# Exhibit 1



DISTRICT OF COLUMBIA, ss:

## DECLARATION OF TOM HEINEMANN

I, Tom Heinemann, declare and say as follows:

1.  I am the Assistant Legal Adviser for the Office of Law Enforcement and Intelligence in the Office of the Legal Adviser for the Department of State, Washington, D.C. This office has responsibility for extradition requests, and I am charged with the extradition case of Adem Kostjerevac. I make the following statements based upon my personal knowledge and upon information made available to me in the performance of my official duties.

2.  The relevant and applicable treaty provisions in full force and effect between the United States and Bosnia and Herzegovina are found in the Treaty between the United States of America and Servia for the Mutual Extradition of Fugitives from Justice, signed October 25, 1901 and entered into force June 12, 1902 ("the Treaty"). This Treaty was in force with the former Yugoslavia. Since the dissolution of Yugoslavia, this treaty has applied to Bosnia and Herzegovina as a successor state. A copy of the Treaty is attached to this declaration.

3.  In accordance with the provisions of the Treaty, the Embassy of Bosnia and Herzegovina has submitted Diplomatic Note number 123-22-14-1-307/18, dated April 30, 2018, requesting the extradition of Adem Kostjerevac. A copy of the diplomatic note is attached to this declaration.

4.  The offense for which extradition is sought is covered by Article II of the Treaty.

19036091-4

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

...ify That Tom Heinemann, whose name is subscribed to the document hereunto annexed, was
...th.. ..e of subscribing the same Assistant Legal Adviser, Office of Law Enforcement and
...te.. ..ce, Department of State, United States of America, and that full faith and credit are due to
.. a.. ...such.

*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, Michael R. Pompeo, Secretary of State ,
have hereunto caused the seal of the Department of State to be
affixed and my name subscribed by the Assistant Authentication
Officer, of the said Department, at the city of Washington, in the
District of Columbia, this tenth day of May, 2019.

*Michael R. Pompeo*
_____
Secretary of State

By *Matthews*
_____
Assistant Authentication Officer,
Department of State

I.. ...ursuant to CHXIV, ... ..f
S.. .. 1789, 1 Stat. 68..
U.. ...7; 22USC 2651a;
3.. ...USC 1733 et. seq.;
14.. ...RULE 44 Federal R..
.Ci.. ...cedure.

-2-

6. The Government of the United States provides legal representation in the United States courts for Bosnia and Herzegovina in its extradition requests, and Bosnia and Herzegovina provides legal representation in its courts for extradition requests made by the United States.

7. The documents submitted by the Government of the Republic of Bosnia and Herzegovina in support of its extradition request were certified on April 24, 2018, by Scott A. Norris, Consul of the United States Embassy in Sarajevo, in accordance with Title 18, United States Code, Section 3190. Mr. Norris, at the time of the certification, was the principal consular officer of the United States in the Republic of Bosnia and Herzegovina.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on May 10th, 2019.

TOM HEINEMANN

Attachments:
   1. Copy of Note
   2. Copy of Treaty



*Embassy of Bosnia and Herzegovina*
*Washington, D.C.*

2018 APR 30 P 4: 11

DEPARTMENT OF STATE

No. 123-22-14-1-307/18

*The Embassy of Bosnia and Herzegovina to the United States of America presents its compliments to the United States Department of State and has the honor to forward the Request for extradition of ADEM KOSTJEREVAC, a son of Sulejman, a citizen of Bosnia and Herzegovina, born on September 11, 1961 in Snagovo, Municipality of Zvornik, as submitted by the Ministry of Justice of Bosnia and Herzegovina.*

*The Embassy of Bosnia and Herzegovina kindly ask for the United States Department of State to forward the above mentioned request to the United States Department of Justice.*

*The Embassy of Bosnia and Herzegovina to the United States of America avails itself of this opportunity to renew to the United States Department of State the assurances of its highest consideration.*



*Washington, DC*
*April 30, 2018*

**United States Department of State**
**Washington, DC**

2109 E Street, N.W. Washington DC 20037, Tel.: +1 202 337 15 00, Fax.: +1 202 337 15 02
E-mail: info@bhembassy.org, Home Page: http://www.bhembassy.org

Case: 4:19-mj-06244-PLC   Doc. #: 1-2   Filed: 08/14/19   Page: 6 of 372 PageID #: 11

TREATY SERIES 406

## SERVIA—EXTRADITION.

# TREATY

BETWEEN

# THE UNITED STATES AND SERVIA

FOR THE

MUTUAL EXTRADITION OF FUGITIVES FROM JUSTICE.

*Signed at Belgrade, October 25, 1901.*
*Ratification advised by the Senate, January 27, 1902.*
*Ratified by the President, March 7, 1902.*
*Ratified by Servia, March 17, 1902.*
*Ratifications exchanged at Belgrade, May 13, 1902.*
*Proclaimed May 17, 1902.*

BY THE PRESIDENT OF THE UNITED STATES OF AMERICA.

### A PROCLAMATION.

Whereas a Treaty between the United States of America and Servia providing for the extradition of fugitives from justice was concluded and signed by their respective Plenipotentiaries at Belgrade on the twenty-fifth (twelfth) day of October, one thousand nine hundred and one, the original of which Treaty, being in the English and Servian languages, is word for word as follows:

The United States of America and His Majesty the King of Servia, being desirous to confirm their friendly relations and to promote the cause of Justice, have resolved to conclude a treaty for the extradition of fugitives from justice between the United States of America and the Kingdom of Servia, and have appointed for that purpose the following Plenipotentiaries:

The President of the United States of America, Charles S. Francis, Envoy Extraordinary and Minister Plenipotentiary to His Majesty the King of Servia.

His Majesty the King of Servia, M. Michel V. Vouitch, President of His Council of Ministers, Minister for Foreign Affairs, Senator, Grand Officer of the Order of Milosh the Great, Grand Cross of the Order of Takovo, Officer of the Order of the White Eagle etc. etc., who, after having communicated to each other their respective full powers, found in good and due form, have agreed upon and concluded the following articles:

### ARTICLE I.

The Government of the United States and the Government of Servia mutually agree to deliver up persons who, having been charged with

---

* The Servian text, in Russian characters, is necessarily omitted in print.

2

or convicted of any of the crimes and offenses specified in the following article, committed within the jurisdiction of one of the high contracting parties, shall seek an asylum or be found within the territories of the other: Provided, that this shall only be done upon such evidence of criminality as, according to the laws of the place where the fugitive or person so charged shall be found, would justify his or her apprehension and commitment for trial if the crime or offense had been committed there.

### ARTICLE II.

Extradition shall be granted for the following crimes and offenses:

1. Murder, comprehending assassination, parricide, infanticide, and poisoning; attempt to commit murder; manslaughter, when voluntary.

2. Arson.

3. Robbery, defined to be the act of feloniously and forcibly taking from person of another money or goods, by violence or putting him in fear; burglary, defined to be the act of breaking, and entering by night, into the dwelling house of another, with intent to commit felony; housebreaking or shopbreaking.

4. Forgery, or the utterance of forged papers; the forgery or falsification of official acts of government, of public authorities, or of courts of justice, or the utterance of the thing forged or falsified.

5. The counterfeiting, falsifying or altering of money, whether coin or paper, or of instruments of debt created by national, state, provincial, or municipal governments, or of coupons thereof, or of banknotes, or the utterance or circulation of the same; or the counterfeiting, falsifying or altering of seals, dies or stamps of state; of postage and revenue stamps.

6. Embezzlement by public officers; embezzlement by persons hired or salaried, to the detriment of their employers; larceny; obtaining money, valuable securities or other property by false pretenses, or receiving money, valuable securities or other property, knowing the same to have been embezzled, stolen or fraudulently obtained, when such act is made criminal by the laws of both countries and the amount of money or the value of the property fraudulently obtained or received, is not less than two hundred dollars or one thousand francs in gold.

7. Fraud or breach of trust by a bailee, banker, agent, factor, trustee, or other person acting in a fiduciary capacity, or director or member or officer of any company, when such act is made criminal by the laws of both countries and the amount of money or the value of the property misappropriated is not less than two hundred dollars or one thousand francs in gold.

8. Perjury; subornation of perjury.

9. Rape; abduction; kidnapping.

10. Wilful and unlawful destruction or obstruction of railroads which endangers human life.

11. Crimes committed at sea:

a. Piracy, by statute or by the law of nations.

b. Revolt, or conspiracy to revolt, by two or more persons on board a ship on the high seas against the authority of the master.

c. Wrongfully sinking or destroying a vessel at sea, or attempting to do so.

3

    d. Assaults on board a ship on the high seas with intent to do grievous bodily harm.

    12. Crimes and offenses against the laws of the United States of America for the suppression of slavery and slave trading.

    Extradition is also to take place for participation in any of the crimes and offenses mentioned in this Treaty, provided such participation may be punished in the United States as felony and in Servia as crime or offense as before specified.

### ARTICLE III.

    Requisitions for the surrender of fugitives from justice shall be made by the Governments of the high contracting parties through their diplomatic agents, or in the absence of such through their respective superior consular officers.

    If the person whose extradition is requested shall have been convicted of a crime or offense, a duly authenticated copy of the sentence of the Court in which he has been convicted, or if the fugitive is merely charged with crime, a duly authenticated copy of the warrant of arrest in the country where the crime has been committed, and of the depositions or other evidence upon which such warrant was issued, shall be produced.

    The extradition of fugitives under the provisions of this Treaty shall be carried out in the United States and in Servia, respectively, in conformity with the laws regulating extradition for the time being in force in the State on which the demand for surrender is made.

### ARTICLE IV.

    Where the arrest and detention of a fugitive in the United States are desired on telegraphic or other information in advance of the presentation of formal proofs, complaint on oath, as provided by the statutes of the United States, shall be made by an agent of the Government of Servia before a judge or other magistrate authorized to issue warrants of arrest in extradition cases.

    In the Kingdom of Servia the diplomatic or consular officer of the United States shall apply to the Foreign Office, which will immediately cause the necessary steps to be taken in order to secure the provisional arrest and detention of the fugitive.

    The provisional detention of a fugitive shall cease and the prisoner be released if a formal requisition for his surrender, accompanied by the necessary evidence of criminality, has not been produced under the stipulations of this Treaty, within two months from the date of his provisional arrest and detention.

### ARTICLE V.

    Neither of the high contracting parties shall be bound to deliver up its own citizens or subjects under the stipulations of this Treaty.

### ARTICLE VI.

    A fugitive criminal shall not be surrendered if the offense in respect of which his surrender is demanded be of a political character, or if

4

he proves that the requisition for his surrender has, in fact, been made with a view to try or punish him for an offense of a political character.

No person surrendered by either of the high contracting parties to the other shall be triable or tried, or be punished, for any political crime or offense, or for any act connected therewith, committed previously to his extradition.

If any questions shall arise as to whether a case comes within the provisions of this article, the decision of the authorities of the Government on which the demand for surrender is made, or which may have granted the extradition, shall be final.

## ARTICLE VII.

Extradition shall not be granted, in pursuance of the provisions of this Treaty, if legal proceedings or the enforcement of the penalty for the act committed by the person claimed has become barred by limitation, according to the laws of the country to which the requisition is addressed.

## ARTICLE VIII.

No person surrendered by either of the high contracting parties to the other shall, without his consent, freely granted and publicly declared by him, be triable or tried or be punished for any crime or offense committed prior to his extradition, other than that for which he was delivered up, until he shall have had an opportunity of returning to the country from which he was surrendered.

## ARTICLE IX.

All articles seized which are in the possession of the person to be surrendered at the time of his apprehension, whether being the proceeds of the crime or offense charged, or being material as evidence in making proof of the crime or offense, shall, so far as practicable and in conformity with the laws of the respective countries, be given up to the Country making the demand, when the extradition takes place. Nevertheless, the rights of third parties with regard to such articles shall be duly respected.

## ARTICLE X.

If the individual claimed by one of the high contracting parties, in pursuance of the present Treaty, shall also be claimed by one or several other powers on account of crimes or offenses committed within their respective jurisdictions, his extradition shall be granted to the State whose demand is first received: Provided, that the Government from which extradition is sought is not bound by treaty to give preference otherwise.

## ARTICLE XI.

The expenses incurred in the arrest, detention, examination, and delivery of fugitives under this Treaty shall be borne by the State in whose name the extradition is sought: Provided, that the demanding Government shall not be compelled to bear any expense for the services of such public officers of the Government from which extradition is

5

sought as received a fixed salary; and, provided, that the charge for the services of such public officers as receive only fees or perquisites shall not exceed their customary fees for the acts or services performed by them had such acts or services been performed in ordinary criminal proceedings under the laws of the country of which they are officers.

The present Treaty shall take effect on the thirtieth day after the date of the exchange of ratifications and shall not act retroactively.

The ratifications of the present Treaty shall be exchanged at Belgrade as soon as possible, and it shall remain in force for a period of six months after either of the contracting Governments shall have given notice of a purpose to terminate it.

In witness whereof, the respective Plenipotentiaries have signed this Treaty in duplicate and have hereunto affixed their seals.

Done at Belgrade this twenty-fifth (twelfth) day of October in the year of our Lord one thousand nine hundred and one.

<div align="right">

CHARLES S. FRANCIS.  [SEAL.]
DR MICHEL VOUITCH  [SEAL.]

</div>

And Whereas the said Treaty has been duly ratified on both parts, and the ratifications of the two governments were exchanged in the City of Belgrade, on the thirteenth day of May, one thousand nine hundred and two;

Now therefore, be it known that I, Theodore Roosevelt, President of the United States of America, have caused the said Treaty to be made public, to the end that the same and every article and clause thereof may be observed and fulfilled with good faith by the United States and the citizens thereof.

In testimony whereof, I have hereunto set my hand and caused the seal of the United States to be affixed.

Done at the City of Washington, this seventeenth day of May in the year of our Lord one thousand nine hundred and two, and of the Independence of the United States the one hundred and twenty-sixth.

<div align="right">

THEODORE ROOSEVELT

</div>

[SEAL.]
By the President:
  JOHN HAY
      Secretary of State.

O



**Embassy of Bosnia and Herzegovina,**
**Washington, D.C.**

2018 APR 30 P 4: 11

DEPARTMENT OF STATE

*No. 123-22-14-1-307/18*

*The Embassy of Bosnia and Herzegovina to the United States of America presents its compliments to the United States Department of State and has the honor to forward the Request for extradition of ADEM KOSTJEREVAC, a son of Sulejman, a citizen of Bosnia and Herzegovina, born on September 11, 1961 in Snagovo, Municipality of Zvornik, as submitted by the Ministry of Justice of Bosnia and Herzegovina.*

*The Embassy of Bosnia and Herzegovina kindly ask for the United States Department of State to forward the above mentioned request to the United States Department of Justice.*

*The Embassy of Bosnia and Herzegovina to the United States of America avails itself of this opportunity to renew to the United States Department of State the assurances of its highest consideration.*



*Washington, DC*
*April 30, 2018*

**United States Department of State**
**Washington, DC**

2109 E Street, N.W. Washington DC 20037, Tel.: +1 202 337 15 00, Fax.: +1 202 337 15 02
E-mail: info@bhembassy.org, Home Page: http://www.bhembassy.org

EXT-KOSTJEREVAC-00001



U.S. Department of State

## Certificate to be Attached to Documentary Evidence Accompanying Requisitions in the United States for Extradition

### AMERICAN FOREIGN SERVICE

Sarajevo, Bosnia and Herzegovina, April 24, 2018

I, Scott A. Norris, Consul of the United States of America in Sarajevo, Bosnia and Herzegovina, hereby certify that the annexed papers, being extradition documents proposed to be used upon an application for the extradition from the United States of Adem Kostjerevac, charged with the crime of "war crimes against civilians" alleged to have been committed in Bosnia and Herzegovina, are properly and legally authenticated so as to entitle them to be received in evidence for similar purposes of the tribunals of Bosnia and Herzegovina, as required by Title 18, United State Code, Section 3190.

In witness whereof I hereunto sign my name and cause my seal of office to be affixed this 24th day of April, 2018.

_____

Scott A. Norris

Consul of the United States of America
U.S. Embassy Sarajevo

Bosna i Hercegovina
MINISTARSTVO PRAVDE



Босна и Херцеговина
МИНИСТАРСТВО ПРАВДЕ

Sarajevo, 28.03.2018.godine.

### ZA: MINISTARSTVO PRAVDE SJEDINJENIH AMERIČKIH DRŽAVA

### OD: MINISTARSTVA PRAVDE BOSNE I HERCEGOVINE

PREDMET: Molba za izručenje KOSTJEREVAC ADEMA iz Sjedinjenih Američkih Država u Bosnu i Hercegovinu

Referentni broj Ministarstva pravde Bosne i Hercegovine: 08-14-7-708/18

Ministarstvo pravde Bosne i Hercegovine izražava poštovanje Ministarstvu pravde Sjedinjenih Američkih Država.

Sukladno odredbama Konvencije o izdavanju krivaca zaključene između Kraljevine Srbije i Sjedinjenih Američkih Država od 12/25 X 1901.godine, koju je od bivše SFR Jugoslavije preuzela Bosne i, Hercegovina, te dosadašnje suradnje između Bosne i Hercegovine i Sjedinjenih Američkih Država na planu međunarodne pravne pomoći, a na temelju članka 57. Zakona o međunarodnoj pravnoj pomoći u kaznenim stvarima, ministar pravde Bosne i Hercegovine ima čast da Ministarstvu pravde Sjedinjenih Američkih Država podnese

### MOLBU ZA IZRUČENJE

Adema Kostjerevca, sina Sulejmana, državljanina Bosne i Hercegovine, rođenog 11.09.1961. godine u mjestu Snagovo, općina Zvornik. Na zahtjev Suda Bosne i Hercegovine koji je izdao naredbu za raspisivanje međunarodne tjeralice, imenovani je predmet potrage u svrhu kaznenog gonjenja i suđenja pred Sudom Bosne i Hercegovine, zbog kaznenog djela "ratni zločin protiv civilnog stanovništva" iz članka 142. stavak 1. Kaznenog zakona SFR Jugoslavije.

### PRIVITAK:

1. Zahtjev Suda Bosne i Hercegovine, broj:S1 1 K 018560 14 Kro od 16.03.2018.godine za ekstradiciju Adema Kostjerevca;
2. Akt Suda Bosne i Hercegovine, broj:S1 1 K 018560 15 Kro od 16.03.2018.godine;
3. Karton lične karte sa lice Adem Kostjerevac;
4. Zahtjev za izdavanje –produženja roka važenja putne isprave i za izdaavanje vize na ime Adem Kostjerevac;
5. Akt Suda Bosne i Hercegovine, broj:S1 1 K 018560 15 Kro od 19.01.2017.godine;
6. Optužnicu Tužilaštva Bosne i Hercegovine, broj:T20 0 KTRZ 0004193 09 od 08.04.2015.godine;
7. Rješenje Suda Bosne i Hercegovine, broj:S1 1 K 018560 15 Kro od 16.05.2017.godine o određivanju pritvora potraživanom Kostjerevac Ademu;
8. Akt NCB Interpola Sarajevo, broj:20-04/1-14-2-I-PL-4776-3/17-12 od 09.11.2017.godine;
9. Uvjerenje o državljanstvu za potraživanog Kostjerevac Adema;

EXT-KOSTJEREVAC-00003

10. Akt Ministarstva pravde Bosne i Hercegovine, broj:01-50-87/14 od 26.12.2014.godine;
11. Sažetak Ministarstva pravde Sjedinjenih Američkih Država, o isporučenju osumnjičenog Kostjerevac Adem broj:MDR:JEC:MB:ARH:fck 182-4783, od 09.12.2014.godine;
12. Zapisnik Tužilašva Bosne i Hercegovine, broj:T20 0 KTRZ 0004193 09 od 09.06.2014.godine;
13. Zapisnik Tužilašva Bosne i Hercegovine, broj:KT-RZ-15/06 od 30.04.2007.godine;
14. Zapisnik Okružnog tužilaštva u Bijeljini, Kt.br.5/01 od 18.01.2007.godine;
15. Zapisnik Ministarstva unutrašnjih poslova Republike Srpske, broj:10-1-5/02-230-1021/09 od 24.09.2009.godine;
16. Zapisnik Tužilaštva Bosne i Hercegovine, broj:T20 0 KTRZ0004193 09 od 09.06.2014.godine;
17. Zapisnik Ministarstva unutrašnjih poslova Republike Srpske, broj:10-1-5/02-230-942/09 od 11.09.2009.godine;
18. Zapisnik Tužilaštva Bosne i Hercegovine, broj:KT-RZ-15/06 od 24.05.2007.godine;
19. Zapisnik Tužilaštva Bosne i Hercegovine, broj:T20 0 KTRZ0004193 09 od 09.07.2014.godine;
20. Zapisnik Tužilaštva Bosne i Hercegovine, broj:T20 0 KTRZ0004193 09 od 21.05.2014.godine;
21. Zapisnik Tužilaštva Bosne i Hercegovine, broj:T20 0 KTRZ0004193 09 od 11.09.2014.godine;
22. Zapisnik Tužilaštva Bosne i Hercegovine, broj:T20 0 KTRZ0004193 09 od 22.09.2014.godine;
23. Zapisnik Tužilaštva Bosne i Hercegovine, broj:T20 0 KTRZ0004193 09 od 25.09.2014.godine;
24. Zapisnik Tužilaštva Bosne i Hercegovine, broj:T20 0 KTRZ0004193 09 od 24.06.2014.godine;
25. Odluku Predsjedništva Republike Bosne i Hercegovine od 08.04.1992.godine;
26. Odluku Predsjedništva Republike Bosne i Hercegovine od 08.04.1992.godine;
27. Uredbu Predsjedništva BiH od 08.04.1992.godine;
28. Uredba sa zakonskom snagom Predsjedništva Republike Bosne i Hercegovine od 20.06.1992.godine
29. Odluku Ministarstva narodne odbrane Srpske Republike BiH od 16.04.1992.godine;
30. Odluku Predsjedništva Srpske Republike BiH od 15.04.1992.godine;
31. Odluku Skupštine Srpskog naroda BiH od 12.05.1992.godine;
32. Naredbu komandanta GŠ Srpske Republike BiH od 15.06.1992.godine;
33. Odluku Predsjedništva Srpske Republike BiH od 16.06.1992.godine;
34. Odluku Predsjedništva Republike Bosne i Hercegovine od 27.12.1995.godine;
35. Akt Ministarstva unutrašnjih poslova Republike Srpske, broj:10-02/1-230-976/14 od 22.10.2014.godine;
36. Ovjerenje kopije obrasca Federalnog ministarstva za pitanje boraca i invalida (Jedinični karton Vob-3 i Matični karton Vob-2);
37. Naredbu broj:107/92 od 25.07.1992.godine;
38. Odluku o fomiranju interventnog odjeljenja T:O: broj:28/92 A od 10.06.1992.godine;
39. Zapisnik O.S.Bosne i Hercegovine, broj:10/92/92 od 10.08.1992.godine;
40. Uvjerenje Ministarstva odbrane Federacije Bosne i Hercegovine;
41. Izvještaj od 26.01.1993.godine;
42. Transkript predmeta IT-03-68-T ;
43. Otpusno pismo Pshijatrijske klinike u Sokocu, broj:03078;
44. Rješenje Opštine Zvornik, broj:06-560-57/00 od 11.03.2005

45. Uvjerenje Kancelarije za traženje nestalih i zarobljenih lica Republike Srpske, broj:104/2003 od 14.10.2003.godine;
46. Izvod iz kaznene evidencije za potraživanog Kostjerevac Adema.


Ministarstvo pravde Bosne i Hercegovine koristi i ovu priliku da Ministarstvu pravde Sjedinjenih Američkih Država ponovno izrazi poštovanje i zahvalnost za suradnju.

M I N I S T A R

Josip Grubeša

Sarajevo, Trg BiH broj I, www.mpr.gov.ba, ured.ministra@mpr.gov.ba
Tel.: +387 33 281-556;  fax: + 387 33 201-653

Bosnia and Herzegovina
MINISTRY OF JUSTICE



Bosnia and Herzegovina
MINISTRY OF JUSTICE

Sarajevo, 28 March 2018

**TO: US DEPARTMENT OF JUSTICE**

**FROM: MINISTRY OF JUSTICE OF BOSNIA AND HERZEGOVINA**

SUBJECT: Request for extradition of KOSTJEREVAC ADEM from the United States of America to Bosnia and Herzegovina

Reference number of the Ministry of Justice of Bosnia and Herzegovina: 08-14-7-708/18

The Ministry of Justice of Bosnia and Herzegovina presents its compliments to the US Department of Justice.

Pursuant to the provisions of the Treaty on Extradition between the Kingdom of Serbia and the United States of America of October 12/25 1901 adopted by Bosnia and Herzegovina from the former SFR of Yugoslavia, and in line with the past cooperation between Bosnia and Herzegovina and the United States of America in international legal assistance and pursuant to Article 57 of the Law on International Legal Assistance in Criminal Matters, the Minister of Justice of Bosnia and Herzegovina has the honor to address to the US Department of Justice the following

EXTRADITION REQUEST

for Adem Kostjerevac, son of Sulejman, citizen of Bosnia and Herzegovina born on 11 September 1961 in Snagovo, Zvornik Municipality. As per the request of the Court of Bosnia and Herzegovina which issued an order for the international arrest warrant, the person named above is the subject of the request for the purpose of criminal prosecution and trial before the Court of Bosnia and Herzegovina on account of the criminal act of "war crimes against civilians" from Article 142, Paragraph 1 of the Criminal Code of the SFR of Yugoslavia.

**ATTACHMENTS:**

1. Request of the Court of Bosnia and Herzegovina, number S1 1 K 018560 14 Kro as at 16 March 2018 for the extradition of Adem Kostjerevac;
2. Act of the Court of Bosnia and Herzegovina, number S1 1 K 018560 15 Kro as at 16 March 2018;
3. Identity card file for the person Adem Kostjerevac;
4. Request for the issuance – extension of the travel document validity and for the issuance of a visa to the name of Adem Kostjerevac;
5. Act of the Court of Bosnia and Herzegovina, number: S1 1 K 018560 15 Kro as at 19 January 2017
6. Indictment of the Prosecutor's Office of Bosnia and Herzegovina, number: T20 0 KTRZ 0004193 09 as at 08 April 2015;
7. Decision of the Court of Bosnia and Herzegovina, number: S1 1 K 018560 15 Kro as at 16 May 2017 on the detention for the person of interest, Adem Kostjerevac;
8. Act of NBC Interpol Sarajevo, number: 20-04/1-14-2-I-PL-4776-3/17-12 as at 09 November 2017;
9. Certificate of Citizenship for the person of interest, Adem Kostjerevac;

10. Act of the Ministry of Justice of Bosnia and Herzegovina, number: 01-50-87/14Pov as at 26 December 2014;
11. Summary from the US Department of Justice of the interrogation of the suspect Kostjerevac Adem, number: MDR:JEC:MB:ARH:fck 182-47836 as at 09 December 2014;
12. Record of the Prosecutor's Office of Bosnia and Herzegovina, number: T20 0 KTRZ 0004193 09 as at 09 June 2014;
13. Record of the Prosecutor's Office of Bosnia and Herzegovina, number:KT-RZ-15/06 as at 30 April 2007;
14. Record of the District Prosecutor's Office of Bijeljina, number 5/01 as at 18 January 2007;
15. Record of the Ministry of Internal Affairs of Republika Srpska, number: 10-1-5/02-230-1021/09 as at 24 September 2009;
16. Record of the Prosecutor's Office of Bosnia and Herzegovina, number: T20 0 KTRZ0004193 09 as at 09 June 2014;
17. Record of the Ministry of Internal Affairs of Republika Srpska, number: 10-1-5/02-230-942/09 as at 11 September 2009;
18. Record of the Prosecutor's Office of Bosnia and Herzegovina, number: KT-RZ-15/06 as at 24 May 2007;
19. Record of the Prosecutor's Office of Bosnia and Herzegovina, number: T20 0 KTRZ0004193 09 as at 09 July 2014;
20. Record of the Prosecutor's Office of Bosnia and Herzegovina, number: T20 0 KTRZ0004193 09 as at 21 May 2014;
21. Record of the Prosecutor's Office of Bosnia and Herzegovina, number: T20 0 KTRZ0004193 09 as at 11 September 2014;
22. Record of the Prosecutor's Office of Bosnia and Herzegovina, number: T20 0 KTRZ0004193 09 as at 22 September 2014;
23. Record of the Prosecutor's Office of Bosnia and Herzegovina, number: T20 0 KTRZ0004193 09 as at 25 September 2014;
24. Record of the Prosecutor's Office of Bosnia and Herzegovina, number: T20 0 KTRZ0004193 09 as at 24 June 2014;
25. Decision of the Presidency of the Republic of Bosnia and Herzegovina as at 08 April 1992;
26. Decision of the Presidency of the Republic of Bosnia and Herzegovina as at 20 June 1992;
27. Regulation of the Presidency of BiH as at 08 April 1992;
28. Decree-Law of the Presidency of the Republic of Bosnia and Herzegovina;
29. Decision of the Ministry of Defence of Republika Srpska BiH as at 16 April 1992;
30. Decision of the Presidency of Republika Srpska BiH as at 15 April 1992;
31. Decision of the Assembly of Serb People BiH as at 12 May 1992;
32. Order of the Commander of General Staff of Republika Srpska BiH as at 16 June 1992;
33. Decision of the Presidency of Republika Srpska BiH as at 15 June 1992;
34. Decision of the Presidency of the Republic of Bosnia and Herzegovina as at 27 December 1995;
35. Act of the Ministry of Internal Affairs of Republika Srpska, number 10-02/1-230-976/14 as at 22 October 2014;
36. Certified copies of the form of the Federal Ministry of Veterans and Disabled Veterans (Unique card Vob-3 and Identity card Vob-2);
37. Order number 107/92 as at 25 July 1992;
38. Decision on the establishment of the intervention department T:O: number:28/92 A as at 10 June 1992;
39. Record of Armed Forces of Bosnia and Herzegovina, number: 10/92/92 as at 10 August 1992;
40. Certificate of the Ministry of Defence of the Federation of Bosnia and Herzegovina;
41. Report from 26 January 1993;
42. Case file transcript IT-03-68-T;
43. Discharge summary of the Psychiatric Clinic in Sokolac, number: 23078;
44. Decision from the Zvornik Municipality, number: 06-560-57/00 as at 11 March 2005;

EXT-KOSTJEREVAC-00007

45. Certificate from the Office for Missing and Detained Persons of Republika Srpska, number 104/2003 as at 14 October 2003;

46. Excerpt from the criminal records for the person in question, Kostjerevac Adem.

The Ministry of Justice of Bosnia and Herzegovina avails itself of this opportunity to renew to the US Department of Justice the assurances of its highest consideration and gratitude for cooperation.

**MINISTER**

**Josip Grubeša**

I hereby certify that this translation fully corresponds to the original written in Croatian.
Date: 12 April 2018
Certified Court Interpreter for English and German – Marina Čotić

EXT-KOSTJEREVAC-00008

Bosna i Hercegovina      Босна и Херцеговина



**Sud Bosne i Hercegovine**
**Суд Босне и Херцеговине**

Broj: S1 1 K 018560 15 Kro

Sarajevo, 16.03.2018. godine

BOSNA I HERCEGOVINA
MINISTARSTVO PRAVDE
S A R A J E V O 19-03-2018

Ministarstvo pravde Bosne i Hercegovine

Trg Bosne i Hercegovine broj 1, Sarajevo

**Veza Vaš akt broj: 08-14-7-708/18 od 01.02.2018. godine**

**PREDMET: Opis bjegunca – Kostjerevac Adem**

Sud je zaprimio Vaš zahtjev za dostavu dokaza kojima se utvrđuje identitet bjegunca (zapisnik sa izjavama svjedoka o prepoznavanju potraživanog na osnovu predočenih fotografija, koje bi bile sastavni dio tog zapisnika ili na osnovu opisa te osobe, koji bi dali svjedoci, a na osnovu kog bi sud potvrdio identitet potraživanog).

Uvidom u materijal koji je dostavljen u prilogu pod nazivom „Kako uspješno izručiti bjegunca iz SAD-a", utvrđeno je da u odjeljku IV- uz Identifikaciju na osnovu fotografije postoje i *Drugi načini identifikacije,* te Vam u prilogu ovog dopisa dostavljamo, i to:

- Karton lične – osobne karte za lice Kostjerevac Adem
- Zahtjev za izdavanje – produženje rokaza važenja putne isprave i za izdavanje vize na ime Kostjerevac Adem

Navedene dokaze dostavljamo u ovjerenoj fotokopiji



SUDIJA ZA PRETHODNO SASLUŠANJE

Željka Marenić

EXT-KOSTJEREVAC000008

Sud Bosne i Hercegovine, Sarajevo, ul. Kraljice Jelene br. 88

Bosna i Hercegovina        Босна и Херцеговина



### Sud Bosne i Hercegovine
### Суд Босне и Херцеговине

**No. S1 1 K 018560 15 Kro**

**Sarajevo, 16 March 2018**

**Ministry of Justice of Bosnia and Herzegovina**

**Trg Bosne i Hercegovine #1, Sarajevo**

**Ref. Your Letter No. 08-14-7-708/18 of 1 February 2018**

**SUBJECT: Description of fugitive – Adem Kostjerevac**

The Court has received your request for submission of proof to determine the fugitive's identity (record containing witness statements on identification of the wanted person based on the presented photographs, which would be an integral part of the record, or based on the person's description, which would be provided by witnesses, based on which the court would confirm the wanted person's identity).

Having inspected the material attached, titled "How to successfully extradite a fugitive from the U.S.," it was established that in Section IV - together with Photography-based identification, there are *Other ways of identification*, so attached to this letter please find those, as follows:

- ID card sheet for Adem Kostjerevac
- Request for issuance/extension of time-frame for the validity of Adem Kostjerevac's travel document and visa.

The foregoing proof is provided as a certified photocopy.

**PRELIMINARY HEARING JUDGE**

**Željka Marenić**

*I hereby confirm that this document is a true translation of the original written in Bosnian/Serb/Croat.*
*Sarajevo, 14 March 2018*
*Branislav Banjac*
*Certified Court Interpreter for English*

EXT-KOSTJEREVAC-00010    Branislav Banjac
SARAJEVO
Sud Bosne i Hercegovine, Sarajevo, ul. Kraljice Jelene Br. 88

Bosna i Hercegovina            Босна и Херцеговина



**Sud Bosne i Hercegovine**
**Суд Босне и Херцеговине**

Broj: S1 1 K 018560 14 Kro

Sarajevo, 16.03.2018. godine                    **H I T N O!**

## SJEDINJENE AMERIČKE DRŽAVE

## NADLEŽNOM ORGANU U SJEDINJENIM AMERIČKIM DRŽAVAMA

-   **Putem Ministarstva pravde Bosne i Hercegovine -**

**PREDMET:  Zahtjev za ekstradiciju**

*Poštovani,*

Ja sudija Željka Marenić, sam državljanka Bosne i Hercegovine, i od 30.10.2008. godine, ja sam sudija Suda Bosne I Hercegovine na Odjeljenju I. – Za ratne zločine, u Bosni I Hercegovini. Moje sadašnje dužnosti uključuju procesuiranje optuženih za kršenja krivičnog zakona Bosne i Hercegovine.

U vezi sa mojim dužnostima sudije, upoznata sam sa optužbama i dokazima protiv optuženog  Kostjerevac Adema, u krivičnom predmetu Tužilac protiv Kostjerevac Adema, broj predmeta: S1 1 K 018560 14 Kro, koji je uspostavljen nakon okončanja istrage i podizanja optužnice zbog postojanja osnovane sumnje da je počinio krivično djelo Ratni zločin protiv civilnog stanovništva iz člana 142. stav 1. Krivičnog zakona Socjalističke Federativne Republike Jugoslavije.

Ovim zahtjevom se traži ekstradicija Kostjerevac Adema iz Sjedinjenih Američkih Država, kako bi on, izašao na suđenje pred Sudom Bosne i Hercegovine.

EXT-KOSTJEREVAC-00011

Nastojao sam ponijeti sve potrebne dokaze kako bi ekstradicija bila

da američke vlasti budu smatrale da su im potrebne dodatne informacije

ekstradiciju, molim da mi se da mogućnost, da dostavim dodatne inform

bude donesena odluka po ovom pitanju.

S poštovanjem

SUDIJA ZA PRETHODNO SASLUŠANJE

Željka Marenić



Sud Bosne i Hercegovine, Sarajevo, ul. Kraljice Jelene br. 88

Bosna i Hercegovina                    Босна и Херцеговина



**Sud Bosne i Hercegovine**
**Суд Босне и Херцеговине**
**Court of Bosnia and Herzegovina**

No. S1 1 K 018560 14 Kro

Sarajevo, 16 March 2018                    U R G E N T !

## THE UNITED STATES OF AMERICA

## TO THE RELEVANT AUTHORITY IN THE UNITED STATES OF AMERICA

- **Via Ministry of Justice of Bosnia and Herzegovina -**

SUBJECT:  Extradition request

*Dear,*

I, Judge Željka Marenić, national of Bosnia and Herzegovina, have been a judge at the Court of Bosnia and Herzegovina since 30 October 2008, Section I for War Crimes. My current duties include trying persons charged with violating the Criminal Code of Bosnia and Herzegovina.

With regard to my duties as a judge, I have been informed of the charges and evidence against the accused Adem Kostjerevac, in the criminal case of *Prosecutor v. Adem Kostjerevac*, No. S1 1 K 018560 14 Kro, which was opened following the completion of investigation and issuance of indictment due to the existence of grounded suspicion that he committed the criminal offense of War Crimes against Civilians under Article 142(1) of the Criminal Code of the Socialist Federative Republic of Yugoslavia.

This request seeks the extradition of Adem Kostjerevac from the United States of America, so he could face trial before the Court of Bosnia and Herzegovina.

We have tried to submit all the necessary proof so the extradition could be ... U.S. authorities find they need additional information in order to grant th... please allow me to provide such additional information before a decision is m... issue.

Yours Respectfully,

**PRELIMINARY HEARING JUDGE**

**Željka Marenić**

*I hereby confirm that this document is a true translation of the original written in Bosnian/Serb/Croa...*
*Sarajevo, 19 March 2018*
*Branislav Banjac*
*Certified Court Interpreter for English*

Sud Bosne i Hercegovine, Sarajevo, ul. Kraljice Jelene br. 88



# K A R T O N
## lične - osobne karte

11o1961183893
(JEDINSTVENI MATIČNI BROJ)

KOSTJEREVAC
(PREZIME)

ADEM
(IME)

SULEJMAN–DŽEMILA
(IME JEDNOG ILI OBA RODITELJA)

248o/97
(REG. BROJ)

BHo749278
(SERIJA I SER. BROJ)

31.o7.97.
(DATUM IZDAVANJA)

1o.god.
(ROK VAŽENJA)

Rođena

SNAGOVO
(MJESTO)

ZVORNIK
(OPŠTINA)

BIH
(DRŽAVA)

SNAGOVO
(PREBIVALIŠTE I ADRESA)

OTISAK DESNOG
KAŽIPRSTA

(POTPIS IMAOCA LIČNE - OSOBNE KARTE)

(POTPIS SLUŽBENOG LICA)

IDENTITET I DRŽAVLJANSTVO UTVRĐENI SU NA OSNOVU:

- IZVODA IZ MATIČNE KNJIGE ROĐENIH (VJENČANIH)

OPŠTINE ........................................... MJESNI URED .........................

................................................................ ZA GODINU ...................

NA STRANI ...................................... POD RED. BR. ............................

- LIČNA KARTA OD SJB ............ Zvornik 5385/77 ...........

................................................................ SERIJA I SER. BR. ...............

................................................................ REG. BROJ ............................

IZDATOJ GODINE .................................................................

- UVJERENJE O DRŽAVLJANSTVU OPŠTINE .... Zvornik ....

................................................................ MJESNI URED ... Zvornik ...

................................................................ UPISAN NA STRANI ...... 2o5 ...

POD REDNIM BROJEM ........ 1228 ...........................

Štampa -CICERPROM- Gračanica. 26-05

Bosna i Hercegovina - Federacija Bosne i Hercegovine
T U Z L A N S K I   K A N T O N
O P Ć I N A   S A P N A
SLUŽBA ZA OPĆU UPRAVU,
DRUŠTVENE DJELATNOSTI I BORAČKA PITANJA

Ov. br. _2496/2018_ datum _09. 03. 2018._

Ovaj prepis istovjetan je sa njegovim
_originalom_ ~~novom~~ ~~o~~im _fotokopija_
koji se sastoji od _=2=_ stranica, a nalazi se
kod _stranke_

Napomena: _____

Taksa: _=2-KM_

BEST-OSTJEREVAC-00016

# KARTON
## lične - osobne karte



**11o1961183893**

(JEDINSTVENI MATIČNI BROJ)



**KOSTJEREVAC**

(PREZIME)

**ADEM**

(IME)

**SULEJMAN—DŽEMILA**

(IME JEDNOG ILI OBA RODITELIA)

**2480/97**

(REG. BROJ)

**BHo749278**

(SERIJA I SER. BROJ)

**31.07.97.**

(DATUM IZDAVANJA)

**1o.god.**

(ROK VAŽENJA)

Rođen-a

**SNAGOVO**

(MJESTO)

**ZVOR$^{N}$IK**

(OPŠTINA)

**BIH**

(DRŽAVA)

**SNAGOVO**

(PREBIVALIŠTE I ADRESA)

OTISAK DESNOG
KAŽIPRSTA



(POTPIS IMAOCA LIČNE - OSOBNE KARTE)

(POTPIS SLUŽBENOG LICA)

EKT-KOSTJEREVAC-00017

IDENTITET I DRŽAVLJANSTVO UTVRĐENI SU NA OSNO

- IZVODA IZ MATIČNE KNJIGE ROĐENIH (VJENČANIH)

OPŠTINE ............................................. MJESNI URED ............................

.......................................................... ZA GODINU ............................

NA STRANI ................................................ POD RED. BR. ............................

- LIČNA KARTA OD SJB ............ Zvornik 5385/77 ............................

................................................................ SERIJA I SER. BR. ............................

................................................................ REG. BROJ ............................

IZDATOJ GODINE .......................................................

- UVJERENJE O DRŽAVLJANSTVU OPŠTINE ............ Zvornik

.................................................... MJESNI URED ............ Zvornik ●

Bosna i Hercegovina - Federacija Bosne i Hercegovne
TUZLANSKI KANTON ............................ UPISAN NA STRANI ............ 205
OPĆINA SAPNA
SLUŽBA ZA OPĆU UPRAVU,
DRUŠTVENE DJELATNOSTI I BORAČKA PITANJA
Ov. br. POD REDNIM BROJEM ............ 1228
2496/18 datum 09. 03. 2018
Ovaj prepis istovjetan je sa njegovim originalom

koji se sastoji od _2_ stranice, a nalazi se

kod _____

Napomena: ............

Taksa: ............ ŠTAMPEROM registrovan. 26/95

EXT-KOSTJEREVAC-00018

*NOVA 1*  *1101 ...*



Obrazac br.
Образац бр. 6

Obrazac popunjavati čitko
Образац попуњавати читко
Za tačnost podataka odgovara
podnosilac zahtjeva
За тачност података одговара
подносилац захтјева

NAZIV ORGANA KOME SE ZAHTJEV PODNOSI
НАЗИВ ОРГАНА КОМЕ СЕ ЗАХТЈЕВ ПОДНОСИ

PU ZVORNIK

| PRIMLJENO<br>ПРИМЉЕНО ..................... 19..... | | | |
|---|---|---|---|
| BROJ<br>БРОЈ | VRIJEDNOST<br>ВРИЈЕДНОСТ | TAKSA<br>ТАКСА | PRILOG<br>ПРИЛОГ |
| 313 | 40 | 70 | |

**ZAHTJEV ZA IZDAVANJE – PRODUŽENJE ROKA VAŽENJA PUTNE ISPRAVE I ZA IZDAVANJE VIZE**
**ЗАХТЈЕВ ЗА ИЗДАВАЊЕ – ПРОДУЖЕЊЕ РОКА ВАЖЕЊА ПУТНЕ ИСПРАВЕ И ЗА ИЗДАВАЊЕ ВИЗЕ**

| Jedinstveni matični broj građana<br>Јединствени матични број грађана | 1 1 0 9 9 8 1 1 8 3 8 9 3 |
|---|---|

| | | |
|---|---|---|
| 1. | Prezime i ime<br>Презиме и име | KOSTJEREVAC ADEM |
| 2. | Dan, mjesec i godina rođenja<br>Дан, мјесец и година рођења | 11. 09. 1981. |
| 3. | Mjesto, opština i republika rođenja<br>(lice rođeno u inostranstvu upisuje i državu)<br>Мјесто, општина и република рођења<br>(лице рођ. у иностр. уписује и државу) | SNAGOVO, ZVORNIK, BIH |
| 4. | Prebivalište i adresa stana (od kada<br>boravi u prebivalištu – mjesec i<br>godina) i broj lične karte<br>Пребивалиште и адреса стана (од када<br>борави у пребивалишту – мјесец и<br>година) и број личне карте | SNAGOVO, ZVORNIK<br>BR. L.K. 2480/97 |
| 5. | Zanimanje<br>Занимање | RADNIK |
| 6. | Naziv organa, organizacije udruženog<br>rada ili druge organizacije, odnosno<br>vojne pošte kod koje podnosilac radi<br>Назив органа, организације удруженог<br>рада или друге организације, односно<br>војне поште код које подносилац ради | |
| 7. | Država u koju lice putuje, odnosno u<br>koju se useljava<br>Држава у коју лице путује, односно у<br>коју се усељава | AMERIKA |
| 8. | Da li ima put. ispravu (br., kada i ko je izdao)<br>Да ли има пут. исп. (бр. када и ко је издао) | |
| 9. | Da li je služio vojni rok<br>Да ли је служио војни рок | DA |
| 10. | Ime oca, ime i djevojačko prezime<br>majke – odnosno podaci o staratelju<br>(popunjava podnosilac zahtjeva za<br>izdavanje dječjeg pasoša)<br>Име оца, име и дјевојачко презиме<br>мајке – односно подаци о старатељу<br>(попуњава подносилац захтјева за<br>издавање дјечјег пасоша) | KOSTJEREVAC SULEJMAN<br>KOSTJEREVAC (IBRAHIMOVIĆ)<br>DZEMILA |

11. Podaci o članovima uže porodice, koji se unose u putnu ispravu:
Подаци о члановима уже породице, који се уносе у путну исправу:

| Prezime i ime – Презиме и име | Srodstvo Сродство | Dan, mjesec i godina rođenja Дан, мјесец и година рођења |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

(potpis podnosioca zahtjeva)
(поттис подносиоца захтјева)

12. Popunjava službeno lice koje je izdalo putnu ispravu i vizu:
Попуњава службено лице које је издало путну исправу и визу:

| | | Viza – Виза | |
|---|---|---|---|
| Naziv putne isprave Назив путне исправе | PT | | |
| Serija i serijski broj Серија и серијски број | RA 718912 | Broj vize Број визе | |
| Datum izdavanja Датум издавања | 31.12.92 | Datum izdavanja Датум издавања | |
| Taksa Такса | 4.0 | Taksa –Такса | |

3. 4. 98

(potpis službenog lica koje je uručilo putnu ispravu)
(поттис службеног лица које је уручило путну исправу)

(datum uručenja) (датум уручења)

(potpis službenog lica koje je zahtjev riješilo) (поттис службеног лица које је захтјев ријешило)

(potpis primaoca putne isprave) (поттис примаоца путне исправе)

13. Podaci o produženju roka važenja putne isprave:
Подаци о продужењу рока важења путне исправе:

| Reg. broj zahtjeva Рег. број захтјева | | Broj vize Број визе | |
|---|---|---|---|
| Datum produženja Датум продужења | | Datum izdavanja Датум издавања | |
| Taksa– Такса | | Taksa – Такса | |

(naziv organa koji je putnu ispravu izdao odnosno produžio)
(назив органа који је путну исправу издао односно продужио)

(potpis službenog lica koje je zahtjev riješilo)
(поттис службеног лица које је захтјев ријешило)

(potpis službenog lica koje je uručilo putnu ispravu)
(поттис службеног лица које је уручило путну исправу)

(datum uručenja) (датум уручења)

(potpis primaoca putne isprave) (поттис примаоца путне исправе)

Bosna i Hercegovina - Federacija Bosne i Hercegovine
TUZLANSKI KANTON
OPĆINA SAPNA
SLUŽBA ZA OPĆU UPRAVU,
DRUŠTVENE DJELATNOSTI I BORAČKA PITANJA

Ov. br. 2495/2018 datum 09.03.2018

Ovaj prepis istovjetan je sa njegovim
ORIGINALOM ... nim ...
koji se sastoji od —2— stranica, a nalazi se
kod stranke

Napomena:

IP Obrasci i nastavna sredstva Sarajevo
Oznaka za narudžbu 2/21

Taksa:

IDENTITY AND CITIZENSHIP DETERMINED ON THE BASIS OF:

**BIRTH (MARRIAGE) CERTIFICATE**

n/a

**IDENTITY CARD ISSUED BY SJB** /Public Security Station/ <u>Zvornik 3385/77</u>

**CERTIFICATE OF CITIZENSHIP ISSUED BY** <u>Zvornik</u> **MUNICIPALITY LOCAL OFFICE** <u>Zvornik</u>

Page <u>205</u>

Number <u>1228</u>

---

*I hereby confirm that this document is a true translation of the original rendered in the Bosnian/Croatian/Serbian language.*
*Sarajevo, 19 March 2018.*

*Elmedin Supic*
*Certified Court Interpreter for the English Language*

> To be filled out legibly
> The applicant is responsible for the accuracy of the information

/photo/

TITLE OF THE AUTHORITY TO WHICH THE APPLICATION IS FILED
ZVORNIK PU /Police Department/

**APPLICATION FOR THE ISSUANCE-RENEWAL OF A TRAVEL DOCUMENT AND/OR THE ISSUANCE OF A VISA**

| Unique Master Citizen Number | 1109961183893 |
|---|---|

| | |
|---|---|
| 1. Full name | Adem Kostjerevac |
| 2. Date of birth | 11 September 1961 |
| 3. Place, municipality and republic of birth (if born abroad, state the country) | Snagovo, Zvornik, BiH |
| 4. Residence and address (dates) and identity card number | Snagovo, Zvornik ID card no. 2480/97 |
| 5. Occupation | Worker |
| 6. Name of body, organization of associated labor or other organization or army post office where the applicant works | n/a |
| 7. Country to which the person travels or immigrates | America |
| 8. Does the person have a travel document (if so, number and date and the issuing authority) | n/a |
| 9. Has the person completed the military service? | Yes |
| 10. Full names of the parents (including mother's maiden name) or the guardian | Sulejman Kostjerevac Dzemila Kostjerevac (Ibrahimovic) |

/signature/
Applicant's signature

| Type of travel document | /illegible, translator's note/ |
|---|---|
| Serial number | BA718912 |
| Issued on: | /illegible, translator's note/ |
| Fee | /illegible, translator's note/ |

(signature of the official
person who handed over the
travel document)

3 April 1998
(date)

(signature of the official
person who processed the
application)

/signature/
Signature of the holder of the travel document

*I hereby confirm that this document is a true translation of the original rendered in the Bosnian/Croatian/Serbian language.*
*Sarajevo, 19 March 2018.*

*Elmedin Šunić*
*Certified Court Interpreter for the English Language*

EXT-KOSTJEREVAC-00022

# IDENTITY CARD FILE

/PHOTO/

1101961183893
(UNIQUE MASTER CITIZEN NUMBER)

KOSTJEREVAC
(LAST NAME)

ADEM
(FIRST NAME)

SULEJMAN-DZEMILA
(NAME OF ONE OR BOTH PARENTS)

2480/97
(REG. NUMBER)

BHo749278
(SERIES AND SER. NUMBER)

31 JULY 1997
(DATE OF ISSUANCE)

10 YEARS
(VALIDITY PERIOD)

/IMPRESSION OF RIGHT INDEX FINGER/

BORN IN:
SNAGOVO
(PLACE)

ZVORNIK
(MUNICIPALITY)

BIH
(COUNTRY)

SNAGOVO
(RESIDENCE AND ADDRESS)

/signature/
(SIGNATURE OF ID CARD HOLDER)

n/a
(SIGNATURE OF OFFICIAL PERSON)

---

*I hereby confirm that this document is a true translation of the original rendered in the*
*Bosnian/Croatian/Serbian language.*
*Sarajevo, 19 March 2018.*

*Elmedin Supic*
*Certified Court Interpreter for the English Language*

EXT-KOSTJEREVAC-00023

BOSNA I HERCEGOVINA                    БОСНА И ХЕРЦЕГОВИНА



Tužilaštvo - Tužiteljstvo Bosne i Hercegovine
Тужилаштво Босне и Херцеговине

Posebno odjeljenje za ratne zločine
Број: T 20 0 КТРЗ 0004193 09
Сарајево: 08.04.2015.године


### СУД БОСНЕ И ХЕРЦЕГОВИНЕ
-Судији за претходно саслушање-
### САРАЈЕВО

На основу члана 35. став 2. тачка и), члана 226. став 1. и члана 227. Закона о кривичном поступку Босне и Херцеговине, п о д и ж е м

## О П Т У Ж Н И Ц У

**Против:**

**КОСТЈЕРЕВАЦ АДЕМА,** син Сулејмана и Џемиле, дјевојачко Ибрахимовић, рођен 11.09.1961. године у мјесту Снагово, општина Зворник, ожењен, отац четверо дјеце, са задњим познатим пребивалиштем у БиХ у Снагову, општина Зворник, по националности Бошњак, држављанин БиХ, тренутно настањен на адреси 8205 Kammerer Avenue, St. Louis, Missouri 63123. Сједињене Америчке Државе, неосуђиван, ЈМБГ 1109961183893,

**Што је :**

За вријеме рата и оружаног сукоба у Босни и Херцеговини, као припадник Војне полиције I Муслиманске бригаде Зворник, Армије БиХ, у временском периоду од 18.09.1992. године до 04.10.1992.године, на подручју општине Зворник поступао

супротно правилима Међународног хуманитарног права кршећи одредбе члана 3. Став 1. тачка а) и ц) и чл. 27. Женевске конвенције о заштити цивилних лица за вријеме рата од 12 августа 1949. године, тако што је за вријеме рата присилио на сексуални однос једну жену цивила српке националности, а све на следећи начин:

Тачно неутврђених дана у временском периоду од 18.09.1992. године до 04.10.1992.године, у вечерњим сатима, на подручју општине Зворник, у подруму млина власништво Смајила Јунузовића, у селу Бајрићи, а који је служио као затворска просторија у којој је држана као заробљеник А.О., за вријеме док је обављао стражарске дужности, у више наврата, а најмање двапут, присилио на сексуални однос А.О., која је у то вријеме била у другом стању, употребом силе, на начин што је долазио у поменуту просторију наоружан пушком и пиштољем, те се А.О. обраћао ријечима: „Сад ћеш да видиш како Турчин јебе", наређивао јој да скине са себе сву одјећу, што је оштећена, плашећи се за свој живот и урадила, те јој рекао да легне након чега ју је Костјеревац Адем силовао, при чему ју је гризао и говорио јој: „Нећете остати ни у Београду", а усљед којег силовања је А.О. изгубила трудноћу,

**Дакле**, за вријеме рата у Босни и Херцеговини и то оружаног сукоба између АРБиХ и ВРС, кршећи правила међународног права, присилио једну жену цивила на сексуални однос,

Чиме је починио кривично дјело Ратни злочин против цивилног становништва из члана 142. Став 1. Кривичног закона СФРЈ.


**Стога:**

## ПРЕДЛАЖЕМ

**I – да се позову:**

- Тужилац Тужилаштва БиХ,
- Осумњичени Адем Костјеревац

Tužilastvo-Tužiteljstvo Bosne i Hercegovine, Sarajevo, Ul. Kraljice Jelene br.88
Telefon: ++ 387 33 707 200; Fax ++ 387 33 707 463; e-mail: info@tuzilastvobih.gov.ba
EXT-KOSTJEREVAC-000029

II – Да се проведу докази:

a) Саслушањем свједока:

1. Свједок-оштећена А.О.,
2. Обрадовић Станоје, Ново село бб, Зворник,
3. Јунузовић Ајка, ул. Сарајац 20, Симин Хан, Тузла,
4. Синановић Фатима, Ул. Сарајац 35, Горњи Чакловићи, Тузла,
5. Мустафић Рефик, Шићи бб, Тузла,
6. Рамић Асим, Ново Село бб, Зворник,
7. Шабић Сабит, Чакловићи Горњи 112, Тузла,
8. Костјеревац Рамо, Ослободилаца до броја 49, Симин Хан, Тузла,
9. Муратовић Омер, Ново Село бб, Зворник.

б) Да се прочита и изврши увид у:

1. Одлука Предсједништва Републике Босне и Херцеговине о проглашењу непосредне ратне опасности од 08.04.1992.године („Службени лист Р БиХ" 1/92);
2. Одлука Предсједништва Републике Босне и Херцеговине о проглашењу ратног стања од 20.06.1992.године („Службени лист Р БиХ" 7/92);
3. Уредба Предсједништва БиХ о укидању тадашњег Републичког штаба Територијалне одбране и успостави Штаба Територијалне одбране Републике БиХ од 08.04.1992.године(„Службени лист Р БиХ" 1/92);
4. Уредба са законском снагом о оружаним снагама Републике Босне и Херцеговине („Службени лист РБиХ", број 4/92),
5. Одлука Министарства народне одбране Српске републике БиХ о формирању Територијалне одбране Српске републике БиХ од 16.04.1992.године;
6. Одлука Предсједништва Српске Републике Босне и Херцеговине о проглашењу непосредне ратне опасности од 15.04.1992.године, потврђена одлуком Скупштине српског народа у БиХ од 12.05.1992.године;
7. Одлука Скупштине Српског народа у БиХ о формирању Војске Српске Републике БиХ од 12.05.1992.године (Сл. гласник Српског народа у БиХ 6/92);

8. Наредба команданта ГШ Војске Српске Републике Босне и Херцеговине О формирању команди и јединица Војске Српске Републике БиХ, број 30/18-17 од 16.06.1992. године;

9. Одлука Предсједништва Српске Републике БиХ о формирању, организацији, формацији и руковођењу и командовању Војском Српске републике БиХ број 01-58/92 од 15.06.1992.године;

10. Одлука Предсједништва Републике Босне и Херцеговине о укидању ратног стања од 28.12.1995.године, ступила на снагу 22.12.1995.године ("Службени лист Р БиХ" 50/95);

11. Допис Муп-а РС, ЦЈБ Бијељина, број 10-02/1-230-976/14 од 22.10.2014. године и Карта са распоредом снага и линијом раздвајања јединица ВРС и АРБиХ на ширем подручју општине Зворник, односно мјеста Ново Село током септембра 1992. године,

12. Овјерене копије Федералног министарства за питања бораца и инвалида одбрамбено ослободилачког рата:

    -Јединични картон (Воб-3) на име Костјеревац Адем,

    -Матични картон (Воб-2) на име Костјеревац Адем,

13. Наредба о именовању војне полиције, Оружане снаге БиХ, Команда здружених јединица Каменице, Липља и Снагова, број 107/92 од 25.07.1992. године (документ МКСЈ, ЕРН 05081415),

14. Одлука о формирању интервентног одјељења, Т.О. Зворник, јединица Липље, број 28/92-А од 10.06.1992. године (документ МКСЈ, ЕРН 05081523),

15. Записник ОС Босне и Херцеговине, Здружене јединице Ново Село, Липље, Каменица, Дрињача и Снагово, број 10/92/92 од 10.08.1992. године (документ МКСЈ, ЕРН 05081800),

16. Извјештаји из службе дежурства за дане 26.01.1993. године (документ МКСЈ, ЕРН 01239555),

17. Транскрипт из предмета IT-03-68-Т, стр. од 4792 до 4808;

18. Фотокопија Отпусног писма Психијатријске клинике у Сокоцу, број 23o78 на име оштећене А.О. – уложен у предмету против **Хоџић Ферид**, као доказ тужилаштва,

19. Фотокопија Рјешења Одјељења за борачко-инвалидску заштиту, Општинска управа Зворник, број 06-500-57/00 од 11.03.2005. године, на име оштећене А.О., уложено у предмету против **Хоџић Ферид**, као доказ тужилаштва,

20. Фотокопија Увјерења Канцеларије за тражење несталих и заробљених лица Републике Српске, број 104/2003 од 14.10.2003. године на име оштећене А.О., уложено у предмету против **Хоџић Ферид**, као доказ тужилаштва,

21. Извод из казнене евиденције за осумњиченог.

**в)'Читањем Записника о испитивању осумњиченог**

На основу члана 227. став 1. тачка ф) ЗКП-а БиХ, подносим:

**РЕЗУЛТАТЕ ИСТРАГЕ**

Резултати спроведене истраге на недвосмислен начин потврђују основаност ове оптужнице, тј. прикупљено је довољно доказа који потврђују основану сумњу да је осумњичени Костјеревац Адем починио кривично дјело у вријеме, на мјесту и на начин како је то описано у диспозитиву оптужнице.

Из чињеничног стања утврђеног у истрази које је засновано како на објективним доказима, тако и на исказима саслушаних свједока, утврђено је:

- Да је осумњичени починио кривично дјело које му се ставља на терет овом оптужницом за вријеме рата у Босни и Херцеговини и то у вријеме оружаног сукоба између Војске Републике Српске и Армије Републике Босне и Херцеговине, као припадник једне од страна у сукобу,
- Оштећено лице је било заштићено према међународном хуманитарном праву,
- Постоји *nexus* између кривичног дјела за које се осумњичени терети и оружаног сукоба,
- Кривично-правне радње које је осумњичени починио представљају повреде заједничког члана 3. Женевских конвенција,
- Кршење је тешко и укључује озбиљне посљедице,
- Осумњичени је индивидуално одговоран за извршено кривично дјело.
- Осумњичени је био свјестан постојања оружаног сукоба и статуса оштећене,
- Постоји довољно доказа за почињено кривично дјело ратног злочина.

BOSN-OSIJEREVAC-000028

**Постојање оружаног сукоба у БиХ**

Све кривично-правне радње које се осумњиченом стављају на терет овом оптужницом почињене су у вријеме оружаног сукоба, а да је такав сукоб постојао на подручју БиХ па тако и општине Зворник, првенствено је утврђено на основу донесених одлука Предсједништва Републике БиХ о проглашењу непосредне ратне опасности од 08. априла 1992.године и Одлуке о проглашењу ратног стања Предсједништва РБиХ од 20. јуна 1992.године. Ратно стање на подручју БиХ трајало је све до доношења одлуке Предсједништва БиХ о престанку ратног стања, која је ступила на снагу 22.12.1995.године. Наведено додатно потврђује и одлука Предсједништва Српске Републике Босне и Херцеговине о проглашењу непосредне ратне опасности.

Постојање оружаног сукоба између Армије Републике Босне и Херцеговине и Војске Републике Српске у периоду од 18.09.1992. године до 04.10.1992.године на подручју општине Зворник сагласно у својим изјавама потврђују и сви саслушани свједоци.

Сви прикупљени докази указују да је оружани сукоб у вријеме извршења кривичног дјела за које се осумњичени терети већ трајао дужи временски период, да је био интензиван и да су стране у сукобу биле довољно организоване да се међусобно сукобе војним средствима.

**Својство оштећене**

Спроведеном истрагом је на несумњив начин утврђено да је оштећена А.О.. имала својство заштићеног лица према правилима међународног хуманитарног права, односно својство лица које не учествује непосредно у непријатељствима, подразумијевајући ту и припаднике оружаних снага који су положили оружје и лица онеспособљена за борбу усљед болести, ране, лишења слободе или из било којег другог узрока.

Наведено својство оштећене у првом реду утврђено је њеним изјавама, као и изјавама других свједока.

Из прикупљених доказа се јасно види да се ради о цивилу лишеном слободе, који није представљао никакву пријетњу по безбједност јединица АРБиХ нити успостављен систем власти РБиХ на критичном подручју, већ је очигледно да је оштећена лишена слободе и физички злостављана искључиво због своје националне припадности, а не због постојања неког правног основа. Оштећена А.О. је жена српске националности која је доведена и затворена у затворенички објекат војне полиције који се налазио у подруму једне куће у селу Бајрићи, општина Зворник, само из разлога што се ради о цивилу српске националности.

Својство оштећене утврђено је пресудом Суда БиХ против Вејза Бјелића, број: X-КР-07/430-1 од 28.03.2008. године, којом пресудом се наводи: "јасно је да свједокиња није имала никакво наоружање, није била припадник оружаних снага било које стране, те је без сумње имала статус цивила и као таква и лишена слободе."[1]

Својство оштећене утврђено је и пресудом Суда БиХ против Ферида Хоџића, број X-КР-07/430 од 29.06.2008. године, којом пресудом Суд, услед опречних и недостатних доказа, са сигурношћу није могао утврдити статус А.О. у вријеме када је заробљена, те је примјеном члана 50. став 1. Допунског протокола I Женевским конвенцијама, а који прописује: "У случају сумње да ли је неко лице цивил, то лице ће се сматрати цивилом", Суд утврдио да се оштећена има сматрати цивилом у контексту њеног затварања од стране органа који су је затворили.[2]

## *Nexus*/веза између кривичног дјела за које се осумњичени терети и оружаног сукоба

Спроведеном истрагом је на несумњив начин доказано да постоји веза између оружаног сукоба и кривичног дјела за које се осумњичени терети. Кривично дјело које се ставља на терет осумњиченом представља тешке повреде Женевске конвенције о заштити цивилних лица за вријеме рата од 12. августа 1949. г., и посљедица је оружаног сукоба.

---

[1] Тужилаштво против Вејза Бјелића, пресуда Суда БиХ број X-КР-07/430-1 од 28.03.2008. године, стр. 13;

[2] Тужилаштво против Ферида Хоџића, пресуда Суда БиХ број X-КР-07/430 од 29.06.2008, пара. 18;

У погледу релевантних фактора за оцјену везе (*nexusa*) са оружаним сукобима, утврђено је сљедеће:

Спроведеном истрагом је утврђено да је осумњичени у инкриминисаном периоду био припадник војних формација Армије Републике Босне и Херцеговине, а што произилази из документације Федералног министарства одбране, гдје је видљиво да је осумњичени овим формацијама приступио 08.04.1992.године и био припадник све до краја ратног стања, а и послије, односно до 17.04.1996. године. Наведено произилази и из наредбе о именовању Војне полиције број 107/92 од 25.07.1992. године, тако и из изјава оштећене, те свједока који су са осумњиченим били ангажовани у истој војној јединици. Наведену припадност војној полицији потврђује и сам осумњичени у својој изјави датој на записник о испитивању.

## Кршење обичајног права (кршење заједничког члана 3. Женевских конвенција), тешко кршење

Оштећена је била заштићена међународним правом.
Спроведеном истрагом је на несумњив начин утврђено да је оштећена имала статус цивила који не учествују непосредно у непријатељствима.

Све наведене посљедице представљају озбиљна кршења заједничког члана 3. Женевских конвенција која су произвела тешке посљедице за жртве које се код оштећене А.О. огледају у силовању и то на нарочито понижавајући начин, те које је имало тешке посљедице по жртву у виду губитка трудноће која је постојала код оштећене у вријеме самог заробљавања и затварања у затворенички објекат војне полиције.

Такође, оштећена је незаконито лишена слободе, јер иако према правилима међународног хуманитарног права, лишење слободе цивила у оружаном сукобу може бити дозвољено у извјесним околностима, оно је противправно ако интернирање или

упућивање заштићених лица на принудни боравак није апсолутно потребно. Поред тога, чак и ако је лишење слободе у почетку било у складу са правом, оно постаје противправно ако се лицу лишеном слободе не омогући да надлежни суд или административно тијело што је прије могуће не испита лишење слободе или да суд или административно тијело потом бар два пута то опет учине. Ови ставови произилазе не само из одредби међународног хуманитарног права, већ и из судске праксе МКСЈ.[3]

## Осумњичени је индивидуално одговоран за извршено кривично дјело

Истрагом је на несумњив начин утврђено да је осумњичени индивидуално одговоран за извршено кривично дјело. Наиме, из изјава оштећене произилази да је осумњичени директно учествовао у радњама извршења.

## Осумњичени је био свјестан постојања оружаног сукоба и статуса жртве

Осумњичени је поступао као припадник једне од страна у сукобу и као такав био је свјестан постојања оружаног сукоба, као и статуса жртве.

По правилима међународног права, цивил (цивилно лице) означава свако лице које не припада оружаним снагама и не учествује директно у борбеним дејствима, односно свако лице које није борац. И борци када не учествују у борбеним дејствима имају статус цивила. У случају сумње да ли је особа цивил, та ће се особа сматрати цивилом.

У конкретном случају осумњичени је био свјестан да поступа према жени српске националности која је у затвореничком објекту била затворена једино из разлога своје националне припадности, те се у односу на припаднике војне полиције налазила у подређеном положају, изложена атмосфери терора створеној убијањем, злостављањем, мучењем, сталним силовањима и држањем у нехуманим животним условима а што је осумњичени искористио приликом предузимања кривичноправне радње из диспозитива оптужнице.

---

[3] Тужилац против Дарија Кордића и Марија Черкеза, пресуда МКСЈ број IT-95-14/2-А од 17. децембар 2004., пара 70;

### Одбрана осумњиченог

Осумњичени је приликом испитивања у свом мјесту становања, на адреси 8205 Kammerer Avenue, St. Louis, Missouri 63123 Сједињене Америчке Државе, а које испитивање је извршено од стране агената ФБИ (Federal Bureau of Investigation), а све по Замолници Тужилаштва БиХ за међународну правну помоћ упућену путем Министарства правде БиХ надлежним органима Сједињених Америчких Држава дана 01.07.2014. године,  изнио своју одбрану, те је том приликом негирао да је починио кривичноправну радњу која му се ставља на терет овом оптужницом, при том не спореħи чињеницу да је био припадник Војне полиције у Интервентном одјељењу „Липље". Осумњичени негира да је извршио силовање оштеħене, међутим наводи да оштеħена јесте била заробљена у нападу на Ново Село који су припадници АРБиХ извршили дана 17.09.1992. године, те да је држана као заробљеник у селу Бајриħи. Осумњичени наводи да он није познавао А.О., међутим, познавао је њеног мужа С.О., који му је био школски друг. Адем Костјеревац у својој изјави надаље наводи да је он А.О., док се налазила у заробљеништву слао храну, да је рекао да јој се да брашно од пшенице, јер је А.О. рекла да не може да једе брашно од кукуруза, те да се противио томе да се оштеħена убије, а што су предлагала друга лица која су се током критичног периода налазила у Бајриħима. Осумњичени наводи да је А.О. видио само једном за сво вријеме док се оштеħена налазила као заробљеник у Бајриħима, те да је те прилике примјетио да је иста имала видљиве повреде на себи. Адем Костјеревац је изјавио и да је А.О. имала слободу кретања за вријеме док је боравила у Бајриħима.

Међутим, да је осумњичени заиста починио радње које му се овом оптужницом стављају на терет,  произилази из исказа свједока који су саслушани у току истраге, прије свега  саме оштеħене А.О. а тако и других предложених свједока који потврђују да је оштеħена била заробљена и у критичном периоду затворена у мјесту Бајриħи, затим да је осумњичени био припадник војне полиције који је, између осталих, обезбјеħивао оштеħену током заробљеништва. О свом заробљеништву као и о самом чину силовања и осумњиченом Адему Костјеревцу као извршиоцу силовања оштеħена је детаљно свједочила и пред Међународним судом за бившу Југославију, дана 08.02.2005.године  у предмету број ИТ-03-68-Т те је транскрипт са тог свједочења у прилогу ове оптужнице.

Поред тога, искази свих свједока су поткријепљени и приложеним материјалним доказима-медицинском документацијом, као и другим прикупљеним документима и записницима. Оштећена А.О. је осумњиченог познавала од раније, познаје његову сестру а и срела га је непосредно пред сам почетак рата, у Новом Селу заједно са својим мужем С.О., који је осумњиченог познавао од раније, будући да су похађали исту основну школу у Новом Селу .

Цијенећи све напријед наведено, сматрам да постоји довољно доказа за основану сумњу да је осумњичени Адем Костјеревац починио кривично дјело које му се ставља на терет овом оптужницом, чиме је оптужница основана, па предлажем да судија за претходно саслушање Суда БиХ исту у цјелости потврди.

На основу члана 227. став 1. тачка г) ЗКП-а, подносим:

## ДОКАЗЕ КОЈИ ПОТКРЕПЉУЈУ НАВОДЕ ОПТУЖНИЦЕ

1. Допис Министарства правде БиХ, број 01-50-87/14Пов. од 26.12.2014. године;
2. Записник о испитивању осумњиченог **Костјеревац Адема** број МДР:ЈЕЦ:МБ:АРХ:фцк182-47836 од 09.12.2014. године;
3. Записник о саслушању свједока **А.О.**, број Т20 0 КТРЗ 0004193 09 од 09.06.2014. године;
4. Записник о саслушању свједока **А.О.**, број КТ-РЗ-15/06 од 30.04.2007. године;
5. Записник о саслушању свједока **А.О.**, Окружно тужилаштво Бијељина, Кт.бр. 5/01 од 18.01.2007. године;
6. Записник о саслушању свједока **А.О.**, ЦЈБ Зворник, број 10-1-5/02-230-1021/09 од 24.09.2009. године;
7. Записник о саслушању свједока **С.О..**, број Т20 0 КТРЗ 0004193 09 од 09.06.2014. године;
8. Записник о саслушању свједока **С.О..**, СЈБ Зворник, број 10-1-5/02-230-942/09 од 11.09.2009. године;
9. Записник о саслушању свједока **Јунузовић Ајке**, број КТ-РЗ-15/06 од 24.05.2007. године;

10. Записник о саслушању свједока **Синановић Фатиме**, број Т20 0 КТРЗ 0004193 09 од 09.07.2014. године

11. Записник о саслушању свједока **Мустафић Рефика**, број Т20 0 КТРЗ 0004193 09 од 21.05.2014. године;

12. Записник о саслушању свједока **Шабић Сабит**, број Т20 0 КТРЗ 0004193 09 од 11.09.2014. године;

13. Записник о саслушању свједока **Рамић Асима**, број Т20 0 КТРЗ 0004193 09 од 22.09.2014. године;

14. Записник о саслушању свједока **Костјеревац Раме**, број Т20 0 КТРЗ 0004193 09 од 25.09.2014. године;

15. Записник о саслушању свједока **Муратовић Омер**, број Т20 0 КТРЗ 0004193 09 од 24.06.2014. године;

## МАТЕРИЈАЛНИ ДОКАЗИ

16. Одлука Предсједништва Републике Босне и Херцеговине о проглашењу непосредне ратне опасности од 08.04.1992.године („Службени лист Р БиХ" 1/92);

17. Одлука Предсједништва Републике Босне и Херцеговине о проглашењу ратног стања од 20.06.1992.године („Службени лист Р БиХ" 7/92);

18. Уредба Предсједништва БиХ о укидању тадашњег Републичког штаба Територијалне одбране и успостави Штаба Територијалне одбране Републике БиХ од 08.04.1992.године(„Службени лист Р БиХ" 1/92);

19. Уредба са законском снагом о оружаним снагама Републике Босне и Херцеговине („Службени лист РБиХ", број 4/92),

20. Одлука Министарства народне одбране Српске републике БиХ о формирању Територијалне одбране Српске републике БиХ од 16.04.1992.године;

21. Одлука Предсједништва Српске Републике Босне и Херцеговине о проглашењу непосредне ратне опасности од 15.04.1992.године, потврђена одлуком Скупштине српског народа у БиХ од 12.05.1992.године;

22. Одлука Скупштине Српског народа у БиХ о формирању Војске Српске Републике БиХ од 12.05.1992.године (Сл. гласник Српског народа у БиХ 6/92);

Tužilastvo-Tužiteljstvo Bosne i Hercegovine, Sarajevo, Ul. Kraljice Jelene br.88
Telefon: ++ 387 33 707 200; Fax ++ 387 33 707 463; e-mail: info@tuzilastvobih.gov.ba
EXTJKOSTJEREVAC-00039

23. Наредба команданта ГШ Војске Српске Републике Босне и Херцеговине О формирању команди и јединица Војске Српске Републике БиХ, број 30/18-17 од 16.06.1992. године;

24. Одлука Предсједништва Српске Републике БиХ о формирању, организацији, формацији и руковођењу и командовању Војском Српске републике БиХ број 01-58/92 од 15.06.1992.године;

25. Одлука Предсједништва Републике Босне и Херцеговине о укидању ратног стања од 28.12.1995.године, ступила на снагу 22.12.1995.године („Службени лист Р БиХ" 50/95);

26. Допис Муп-а РС, ЦЈБ Бијељина, број 10-02/1-230-976/14 од 22.10.2014. године и Карта са распоредом снага и линијом раздвајња јединица ВРС и АРБиХ на ширем подручју општине Зворник, односно мјеста Ново Село током септембра 1992. године,

27. Овјерене копије Федералног министарства за питања бораца и инвалида одбрамбено ослободилачког рата:

    -Јединични картон (Воб-3) на име Костјеревац Адем,

    -Матични картон (Воб-2) на име Костјеревац Адем,

28. Наредба о именовању војне полиције, Оружане снаге БиХ, Команда здружених јединица Каменице, Липља и Снагова, број 107/92 од 25.07.1992. године (документ МКСЈ, ЕРН 05081415),

29. Одлука о формирању интервентног одјељења, Т.О. Зворник, јединица Липље, број 28/92-А од 10.06.1992. године (документ МКСЈ, ЕРН 05081523),

30. Записник ОС Босне и Херцеговине, Здружене јединице Ново Село, Липље, Каменица, Дрињача и Снагово, број 10/92/92 од 10.08.1992. године (документ МКСЈ, ЕРН 05081800),

31. Увјерење о платама припадника Оружаних снага Републике Босне и Херцеговине, Министарства одбране-обране, одјељење Сребреник, ев. бр. 45235503962 од 04.05.1996. године;

32. Извјештаји из службе дежурства за дане 26.01.1993. године (документ МКСЈ, ЕРН 01239555),

33. Транскрипт из предмета IT-03-68-Т, стр. од 4792 до 4808

34. Фотокопија Отпусног писма Психијатријске клинике у Сокоцу, број 23о78 на име оштећене А.О. – уложен у предмету против **Хоџић Ферид**, као доказ тужилаштва,

35. Фотокопија Рјешења Одјељења за борачко-инвалидску заштиту, Општинска управа Зворник, број 06-500-57/00 од 11.03.2005. године, на име оштећене А.О., уложено у предмету против **Хоџић Ферид**, као доказ тужилаштва,

36. Фотокопија Увјерења Канцеларије за тражење несталих и заробљених лица Републике Српске, број 104/2003 од 14.10.2003. године на име оштећене А.О., уложено у предмету против **Хоџић Ферид**, као доказ тужилаштва,

37. Извод из казнене евиденције за осумњиченог **Костјеревац Адема**.

**ТУЖИЛАЦ**

Миланко Кајганић

Tužilastvo-Tužiteljstvo Bosne i Hercegovine, Sarajevo, Ul. Kraljice Jelene br.88
Telefon: ++ 387 33 707 200; Fax ++ 387 33 707 463; e-mail: info@tuzilastvobih.gov.ba
EXT-KOSTJEREVAC-0003/

BOSNA I HERCEGOVINA  БОСНА И ХЕРЦЕГОВИНА

**Tužilaštvo – Tužiteljstvo Bosne i Hercegovine**
**Тужилаштво Босне и Херцеговине**

Special Section for War Crimes
No. T 20 0 KTRZ 0004193 09
Sarajevo: 24 March 2015

## COURT OF BOSNIA AND HERZEGOVINA
### - Preliminary Hearing Judge -
### SARAJEVO

Pursuant to Article 35(2)i), Article 226(1) and Article 227 of the Criminal Procedure Code of Bosnia and Herzegovina, I am hereby issuing the indictment as follows.

## INDICTMENT

**versus**

      **ADEM KOSTJEREVAC**, father's name Sulejman, mother's name Džemila, nee Ibrahimović, born on 11 September 1961 in Snagovo, Municipality of Zvornik, married, father of four, with the latest known place of residence in BiH in Snagovo, Municipality of Zvornik, Bosniak by ethnicity, citizen of BiH, currently residing at 8205 Kammerer Avenue, St. Louis, Missouri 63123, United States of America, no criminal record, JMBG 1109961183893,

**Because:**

      During the war and armed conflict in Bosnia and Herzegovina, as a member of the Military Police of the I Muslim Brigade Zvornik of the Army of BiH, between 18 September 1992 and 4 October 1992, in the territory of the Zvornik municipality, he acted in violation of

international humanitarian law by breaching Article 3(1) a) and c) and Article 27
Convention Relative to the Protection of Civilian Persons in Time of War of 12 August
forcing a Serb woman to sexual intercourse during the war, in the manner as follows:

On yet unidentified dates during the period between 18 September 1992 and 4
October 1992, in the evening hours, in the territory of the Zvornik municipality, in
the basement of the mill owned by Smajil Junuzović, in the village of Bajrići, which
served as a detention room in which A.O. was held prisoner, during the period over
which he performed his duties as a guard, on multiple occasions, at least twice, he
forced A.O. to sexual intercourse, although she was pregnant at the time, by the use
of force, by entering the room armed with a gun and a rifle, and addressed A.O. with
the words: "Now you will see how a Turk fucks," ordered her to take off all her
clothes, which the victim did, fearing for her life, and told her to lie down, after
which Adem Kostjerevac raped her, while biting her and telling her: "There won't be
any of you left, not even in Belgrade," due to which rape A.O. lost her pregnancy,

**Therefore**, during the war in Bosnia and Herzegovina, the armed conflict between the ARBiH
and VRS, in violation of the rules of international law, he forced a civilian woman to sexual
intercourse,

whereby he committed the criminal offense of War Crimes against Civilians under Article
142(1) of the Criminal Code of SFRY.

**Therefore:**

## I PROPOSE

**I – to call:**

- Prosecutor of the BiH Prosecutor's Office,
- Suspect Adem Kostjerevac

**II – to adduce the evidence as follows:**

**a) to hear the following witnesses:**



EXT-KOSTJEREVAC-00039
Tužilastvo-Tužiteljstvo Bosne i Hercegovine, Sarajevo, Ul. Kraljice Jelene br.88
Telefon: ++ 387 33 707 200; Fax ++ 387 33 707 463; e-mail: info@tuzilastvobih.gov.ba

1. Anđa Obradović, Novo Selo bb, Zvornik,

2. Stanoje Obradović, Novo selo bb, Zvornik,

3. Ajka Junuzović, ul. Sarajac 20, Simin Han, Tuzla,

4. Fatima Sinanović, Ul. Sarajac 35, Gornji Čaklovići, Tuzla,

5. Refik Mustafić, Šići bb, Tuzla,

6. Asim Ramić, Novo Selo bb, Zvornik,

7. Sabit Šabić, Čaklovići Gornji 112, Tuzla,

8. Ramo Kostjerevac, Oslobodilaca do broja 49, Simin Han, Tuzla,

9. Omer Muratović, Novo Selo bb, Zvornik.


b) to read out and have insight into the following documents:

1. Decision of the Presidency of the Republic of Bosnia and Herzegovina to declare an imminent threat of war, 8 April 1992 (Official Gazette of R BiH, No. 1/92);

2. Decision of the Presidency of the Republic of Bosnia and Herzegovina to declare a state of war, 20 June 1992 (Official Gazette of R BiH, No. 7/92);

3. Decree of the BiH Presidency to disband the then Republic Territorial Defense Staff and establish the Staff of the Territorial Defense of the Republic of BiH, 8 April 1992 (Official Gazette of R BiH, No. 1/92);

4. Decree with the force of law on the armed forces of the Republic of Bosnia and Herzegovina (Official Gazette of R BiH, No. 4/92),

5. Decision by the Ministry of People's Defense of the Serb Republic of BiH to establish the Territorial Defense of the Serb Republic of BiH, 16 April 1992;

6. Decision by the Presidency of the Serb Republic of Bosnia and Herzegovina to declare an imminent threat of war, 15 April 1992, verified by the decision of the Assembly of the Serb People in BiH, 12 May 1992;

7. Decision by the Assembly of the Serb People in BiH to form the Army of the Serb Republic of BiH of 12 May 1992 (Official Gazette of the Serb people in BiH, No. 6/92);

8. Order by the Commander of the Main Staff of the Army of the Serb Republic of Bosnia and Herzegovina on the establishment of commands and units of the Army of the Serb Republic of BiH, no. 30/18-17 dated 16 June 1992;

9. Decision by the Presidency of the Serb Republic of BiH on the organization, formation and command and control of the Army of the Serb BiH no. 01-58/92 dated 15 June 1992;

10. Decision by the Presidency of the Republic of Bosnia and Herzegovina to Terminate State of War dated 28 December 1995, entered into force on 22 December 1995 (Off. Gazette of R BiH, 50/95);

11. Letter from the RS MUP-Bijeljina CJB, no. 10-02/1-230-976/14 dated 22 October 2014 and a Map with deployment of forces and a line of disengagement between the units of the VRS and the ARBiH in a wider area of Zvornik Municipality/Novo Selo in September 1992, .

12. Authenticated photocopies of the Federation of BiH Ministry for Veterans and Disabled Veterans of the Defensive-Liberation War:

    - Unit file (Vob-3) to the name of Adem Kostjerevac,

    - Master file (Vob-2) to the name of Adem Kostjerevac,

13. Military Police order on appointment, Armed Forces of BiH, Command of joint forces of Kamenica, Liplje and Snagovo, no. 107/92 dated 25 July 1992 (ICTY document, ERN 05081415),

14. Decision on the establishment of an intervention squad, Zvornik TO /Territorial Defense/, Liplje unit, no. 28/92-A dated 10 June 1992 (ICTY document, ERN 05081523),

15. Record of the OS /Armed Forces/ of Bosnia and Herzegovina, joint units of Novo Selo, Liplje, Kamenica, Drinjača and Snagovo, no. 10/92/92 dated 10 August 1992 (ICTY document, ERN 05081800),

16. Duty officer's reports for 26 January 1993 (ICTY document, ERN 01239555),

17. Transcript from Case IT-03-68-T, pp. 4792 through 4808;

18. Photocopy of a Discharge Letter of the Psychiatric Clinic in Sokolac, no. 23078, issued to the injured party A.O. – tendered in the **Ferid Hodžić** case as a Prosecution exhibit,

19. Photocopy of Decision by the Zvornik Municipality Section for Veterans and Disabled Veterans Affairs, no. 06-500-57/00 dated 11 March 2005, issued to the injured party A.O., tendered in the **Ferid Hodžić** case as a Prosecution exhibit,

20. Photocopy of Certificate by the Republika Srpska Office for Missing and Captured Persons, no. 104/2003 dated 14 October 2003, issued to the injured party A.O., tendered in the **Ferid Hodžić** case as a Prosecution exhibit,

21. Criminal record (background check) for the suspect **Adem Kostjerevac**.

EXT-KOST-JEREVAC-00041
Tužilaštvo-Tužiteljstvo Bosne i Hercegovine, Sarajevo, Ul. Kraljice Jelene br.88
Telefon: ++ 387 33 707 200; Fax ++ 387 33 707 463; e-mail: info@tuzilastvobih.gov.ba

Branislav Banjac
SARAJEVO
Бранислав Бањац
САРАЈЕВО

**v) to read out the Suspect Examination Record**

Pursuant to Article 227(1)f) of the CPC BiH, I hereby submit:

### INVESTIGATION RESULTS

Results of the conducted investigation unequivocally confirm the grounds of the present Indictment, namely that sufficient evidence was obtained confirming the grounded suspicion that the suspect Adem Kostjerevac committed the criminal offense at the time, in the place and in the manner as described in the operative part of the Indictment.

The state of facts established during the investigation, which is based on both the objective evidence and the testimony of the examined witnesses, showed the following:

- that during the war in Bosnia and Herzegovina and the armed conflict between the Army of the Republika Srpska and the Army of the Republic of Bosnia and Herzegovina, the suspect, as a member of one of the parties to the conflict, indeed committed the criminal offenses as charged under the present Indictment,
- the injured party was protected under international humanitarian law,
- there is a *nexus* between the criminal offense charged against the suspect and the armed conflict,
- the suspect committed the criminal acts at issue in violation of common Article 3 of the Geneva Conventions,
- violations are serious and include serious consequences,
- the suspect is individually responsible for the committed crime,
- the suspect was aware of the existence of armed conflict and the status of the injured party,
- there is sufficient body of evidence proving that the criminal offense of war crime was committed.

---

### Existence of the armed conflict in BiH

All criminal acts charged against the suspect under the Indictment during the armed conflict. That such a conflict existed in the BiH territory, Zvornik Municipality, was primarily established based on the Decision Presidency of the Republic of BiH to Declare Imminent Threat of War of 8 April 1 Decision the Presidency of the Republic of BiH to Declare the State of War of 20 June, state of war in the BiH territory was ended by the Decision of the Presidency of t Terminate the State of War, which came into effect on 22 December 1995. The foregoing further corroborated by the Decision of the Presidency of the Serb Republic of Bosnia and Herzegovina proclaiming the Imminent Threat of War.

The existence of armed conflict between the Army of the Republic of Bosnia and Herzegovina and the Army of Republika Srpska in the period between 18 September 1992 and 4 October 1992 in the territory of Zvornik Municipality was consistently confirmed by the testimony of all examined witnesses.

All collected evidence suggests that, at the time of the commission of the criminal offense charged against the suspect, the armed conflict had already been lasting for quite some time, that it was intensive and that the parties to the conflict were sufficiently organized to confront each other by military means.

### Status of the injured party

It was established beyond a doubt during the investigation that the injured party A.O. had the status of protected person under the rules of international law, namely the status of the person taking no active part in the hostilities, including members of the armed forces who have laid down their arms or those *placed hors de combat* by sickness, wounds, detention or any other cause.

The referenced status of the injured party was established primarily on the basis of the injured party's statements as well as the other witnesses' statements.

EXT-KOSTJEREVAC-00043
Tužilastvo-Tužiteljstvo Bosne i Hercegovine, Sarajevo, Ul. Kraljice Jelene br.88   SARAJEVO
Telefon: ++ 387 33 707 200; Fax ++ 387 33 707 463; e-mail: info@tuzilastvobih.gov.ba

The evidence collected clearly shows that the injured party was a detained civilian posing no threat to the safety of units of the ARBiH or the system of the RBiH authorities established in the relevant territory. It is rather obvious that the injured party was detained and physically ill-treated exclusively on the ground of her ethnic origin rather than due to any existent legal ground. The injured party A.O. is a Serb woman apprehended and confined in a Military Police detention facility organized in a house basement in the village of Bajrići, Zvornik Municipality, solely because she was a Serb civilian.

The injured party's status was established under the Judgment of the Court of BiH rendered in the case of *Vejz Bjelić*, No. X-KR-07/430-1 of 28 March 2008, which stated the following: "Clearly, the witness had no arms, she was not a member of armed forces of any party to the conflict, she undoubtedly had the civilian status and was detained as such."[1]

The injured party's status was also established under the Judgment of the Court of BiH rendered in the case of *Ferid Hodžić*, No. X-KR-07/430 of 29 June 2008. Specifically, due to the contradicting and insufficient evidence in the referenced Judgment, the Court could not establish the status of A.O. at the time of capture. Therefore, by applying Article 50(1) of Additional Protocol I to the Geneva Conventions, providing that *"In case of doubt whether a person is civilian, that person shall be considered to be a civilian"*, the Court found that the injured party had to be considered as a civilian in the context of her confinement by the bodies who had detained her.[2]

### *Nexus* between the criminal offenses charged against the Suspect and the armed conflict

The investigation has unequivocally proved that there is a *nexus* between the armed conflict and the criminal offense charged against the suspect. The criminal offense with which the suspect is charged amounts to serious violations of the Geneva Convention relative to the Protection of Civilians in Time of War of 12 August 1949 and it results from the armed conflict. With regard to the factors relevant to the evaluation of the connection (*nexus*) with the armed conflict, it was established as follows:

---

1 Prosecutor's Office v. *Vejz Bjelić*, Judgment of the Court of BiH, No. X-KR-07/430-1 of 28.03.2008, p. 13.
2 Prosecutor's Office v. *Ferid Hodžić*, Judgment of the Court of BiH, No. X-KR-07/430 of 29.06.2008, para. 18.

Tužilaštvo-Tužiteljstvo Bosne i Hercegovine, Sarajevo, Ul. Kraljice Jelene br.88
Telefon: ++ 387 33 707 200; Fax ++ 387 33 707 463; e-mail: info@tuzilastvobih.gov.ba

The investigation showed that, at the critical time, the suspect was a military formations of the Army of the Republic of Bosnia and Herzegovina. This the documentation of the Federation Defense Ministry, which obviously shows that joined these formations on 8 April 1992, and was a member thereof until the end of the war, and onwards, that is, until 17 April 1996. The foregoing also ensues from the Police Appointment Order No. 107/92 of 25 July 1992, the injured party's statements as well the statements of the witnesses who were engaged in the same military unit along with suspect. That he was a member of the military police was confirmed by the suspect himself in the statement he gave for the suspect examination record.

## Violations of customary law (violation of common Article 3 of the Geneva Conventions), grave breeches

The injured party was protected under international law.

It was unequivocally established during the investigation that the injured party had the status of a civilian taking no active part in the hostilities.

All the foregoing consequences amount to serious violations of common Article 3 of the Geneva Conventions, which caused serious effects for the victims, which in the injured party A.O.'s case are apparent from the rape committed in a particularly humiliating manner, which caused severe consequences for the victim, that is, a miscarriage, because the injured party had been already pregnant at the time of her capturing and confinement at the Military Police detention facility.

In addition, the injured party was unlawfully detained, even though a detention of civilian during an armed conflict may be allowed in certain circumstances, pursuant to the rules of international humanitarian law; detention is unlawful unless the internment or forcible imprisonment of protected persons is absolutely necessary. Also, an initially lawful confinement clearly becomes unlawful if the detaining party does not respect the basic procedural rights of the detained persons to have such an action reconsidered as soon as possible by an appropriate court or administrative body, at least twice. These views ensue from both the provisions of international law and the ICTY jurisprudence.[3]

---

3 Prosecutor v. Dario Kordić and Marije Čerkez, ICTY Judgment No. IT-95-14/2-A of 17.12/2004.

Tužilastvo-Tužiteljstvo Bosne i Hercegovine, Sarajevo, Ul. Kraljice Jelene br. 88

## The suspect is individually responsible for the perpetrated criminal offense

The investigation results showed beyond doubt that the suspect is individually responsible for the perpetrated criminal offense. It arises from the statements of the injured party that the suspect directly participated in the criminal acts.

## The suspect was aware of the existence of the armed conflict and the victim's status

The suspect acted as a member of one of the parties to the conflict and, as such, was aware of the existence of the armed conflict and the victim's status.

Under the rules of international law, a civilian (civilian person) is every person who is not a member of armed forces and who does not directly take part in combat activities, that is, every person who is not a combatant. When combatants do not take part in combat activities they also have the status of civilians. In case there is a doubt as to whether a person is a civilian, the person will be considered as one.

In the case at hand the suspect was aware that he was acting against a woman of Serb ethnicity who was detained in a detention facility for the sole reason of her ethnicity and who was in a subordinated position in relation to members of the Military Police, exposed to the climate of terror created by killings, abuse, torture, perpetuated rapes and holding of the prisoners in inhumane living conditions, which the suspect made use of when undertaking the criminal act referred to in the operative part of the Indictment.

## Suspect's defense

During the questioning in his residence at 8205 Kammerer Avenue, St. Louis, Missouri 63123, United States of America, carried out on 1 July 2014 by agents of the Federal Bureau of Investigation pursuant to the Letter Rogatory of the Prosecutor's Office of Bosnia and Herzegovina requesting international legal assistance, forwarded through the Ministry of Justice of Bosnia and Herzegovina to authorized bodies of the United States of America, the suspect presented his defense and denied that he committed the criminal act he was charged with under this Indictment, but did not deny that he was a member of the Military Police in the *Liplje* Intervention Squad. The suspect denied that he had raped the injured party, but said that

the injured party had indeed been captured in an attack against Novo Selo by members of the Army of the Republic of Bosnia and Herzegovina on 17 September, that she had been held as a prisoner in the village of Bajrići. The suspect stated that he known A.O., but had known her husband S.O., who had been his schoolmate. Adem Kostje added in his statement that he used to send food to A.O. while she was in captivity, that ordered that she be given wheat flour because she had said that she could not eat corn flour, and that he was against the proposal that the injured party should be killed, as put forward by other persons who were in Bajrići in the period concerned. The suspect stated that he saw A.O. only once throughout the whole period of her captivity in Bajrići and that on that occasion he noticed that she had visible injuries. Adem Kostjerevac also said that A.O. had freedom of movement while she was in Bajrići.

However, that the suspect indeed committed the acts he is charged with under the Indictment follows from the statements of the witnesses who were examined in the investigation, primarily the injured party A.O. herself, as well as the other proposed witnesses who confirmed that the injured party was captured and detained in the period concerned in the place of Bajrići, that the suspect was a member of the Military Police who, among other things, also guarded the injured party during the captivity. The injured party also testified in detail about her captivity and rape and the suspect Adem Kostjerevac as the perpetrator of the rape before the International Criminal Tribunal for the Former Yugoslavia on 8 February 2005 in the case number IT-03-68-T, the transcript of which testimony is attached to this Indictment. In addition to this, the statements of all witnesses are corroborated by the attached documentary evidence – medical documentation, the other compiled documents and records. The injured party A.O. had known the suspect from before, she knows his sister, and she had also met him on the eve of the war in Novo Selo together with her husband S.O., who had known the suspect from before since they had attended the same elementary school in Novo Selo.

Based on the foregoing, I submit that there is sufficient evidence for the grounded suspicion that suspect Adem Kostjerevac committed the criminal offense he is charged with under this Indictment, which makes the Indictment well-founded, therefore I move the Preliminary Hearing Judge of the Court of Bosnia and Herzegovina to confirm it in its entirety.

EXT-KOSTJEREVAC-00047
Tužilastvo-Tužiteljstvo Bosne i Hercegovine, Sarajevo, Ul. Kraljice Jelene br. 88
Telefon: ++ 387 33 707 200; Fax ++ 387 33 707 463; e-mail: info@tuzilastvobih.gov.ba

Pursuant to Article 227(1)(g) of the CPC, I hereby submit

**EVIDENCE CORROBORATING THE INDICTMENT ALLEGATIONS**

1. Letter from the Ministry of Justice of BiH, no. 01-50-87/14Pov. dated 26 December 2014;
2. Record of Questioning of the Suspect **Adem Kostjerevac** no. MDR:JEC:MB:ARH:fck182-47836 dated 9 December 2014;
3. Record of Interview of Witness **A.O.**, no. T20 0 KTRZ 0004193 09 dated 9 June 2014;
4. Record of Interview of Witness **A.O.**, no. KT-RZ-15/06 dated 30 April 2007;
5. Record of Interview of Witness **A.O.**, Bijeljina District Prosecutor's Office, Kt.br. 5/01 dated 18 January 2007;
6. Record of Interview of Witness **A.O.**, Zvornik CJB, no. 10-1-5/02-230-1021/09 dated 24 September 2009;
7. Record of Interview of Witness **S.O..**, no. T20 0 KTRZ 0004193 09 dated 9 June 2014;
8. Record of Interview of Witness **S.O..**, Zvornik SJB /Public Security Station/, no. 10-1-5/02-230-942/09 dated 11 September 2009;
9. Record of Interview of Witness **Ajka Junuzović**, no. KT-RZ-15/06 dated 24 May 2007;
10. Record of Interview of Witness **Fatima Sinanović**, no. T20 0 KTRZ 0004193 09 dated 9 July 2014;
11. Record of Interview of Witness **Refik Mustafić**, no. T20 0 KTRZ 0004193 09 dated 21 May 2014;
12. Record of Interview of Witness **Sabit Šabić**, no. T20 0 KTRZ 0004193 09 dated 11 September 2014;
13. Record of Interview of Witness **Asim Ramić**, no. T20 0 KTRZ 0004193 09 dated 22 September 2014;
14. Record of Interview of Witness **Ramo Kostjerevac**, no. T20 0 KTRZ 0004193 09 dated 25 September 2014;
15. Record of Interview of Witness **Omer Muratović**, no. T20 0 KTRZ 0004193 09 dated 24 June 2014;

## DOCUMENTARY EVIDENCE

16. Decision by the Presidency of the Republic of Bosnia and Herzegovina to Declare Imminent Threat of War dated 8 April 1992 (Official Gazette of R BiH, 1/92);

17. Decision by the Presidency of the Republic of Bosnia and Herzegovina to Declare the State of War dated 20 June 1992 (Official Gazette of R BiH, 7/92);

18. Decree by the Presidency of BiH on the Elimination of the then Republic Territorial Defense Staff and the Establishment of a Territorial Defense Staff of the Republic of BiH dated 8 April 1992 (Official Gazette of R BiH, 1/92);

19. Decree Law on the Armed Forces of the Republic of Bosnia and Herzegovina (Official Gazette of R BiH, 4/92);

20. Decision by the Ministry of Defense of the Serb Republic of BiH on the establishment of a Territorial Defense of the Serb Republic of BiH dated 16 April 1992;

21. Decision by the Presidency of the Serb Republic of Bosnia and Herzegovina to Declare the Imminent Threat of War dated 15 April 1992, verified by a Decision of the Assembly of the Serb People in BiH dated 12 May 1992;

22. Decision by the Assembly of the Serb People in BiH on the Establishment of an Army of the Serb Republic of BiH dated 12 May 1992 (Official Gazette of the Serb People in BiH, 6/92);

23. Order by the Commander of the Main Staff of the Army of the Serb Republic of Bosnia and Herzegovina on the establishment of commands and units of the Army of the Serb Republic of BiH, no. 30/18-17 dated 16 June 1992;

24. Decision by the Presidency of the Serb Republic of BiH on the establishment, organization, formation and command and control of the Army of the Serb Republic of BiH no. 01-58/92 dated 15 June 1992;

25. Decision by the Presidency of the Republic of Bosnia and Herzegovina to Terminate the State of War dated 28 December 1995, entered into force on 22 December 1995 (Official Gazette of R BiH, 50/95);

26. Letter from the RS MUP-Bijeljina CJB, no. 10-02/1-230-976/14 dated 22 October 2014, and a Map with deployment of forces and a line of disengagement between the units of the VRS and the ARBiH in a wider area of Zvornik Municipality/Novo Selo in September 1992;

27. Authenticated photocopies of the Federation of BiH Ministry for Veterans and Disabled Veterans of the Defensive-Liberation War:

    -Unit file (Vob-3) to the name of Adem Kostjerevac,

    -Master file (Vob-2) to the name of Adem Kostjerevac;

28. Military Police order on appointment, Armed Forces of BiH, Command of joint forces of Kamenica, Liplje and Snagovo, no. 107/92 dated 25 July 1992 (ICTY document, ERN 05081415);

29. Decision on the establishment of an intervention squad, Zvornik TO /Territorial Defense/, Liplje unit, no. 28/92-A dated 10 June 1992 (ICTY document, ERN 05081523);

30. Record of the OS /Armed Forces/ of Bosnia and Herzegovina, joint units of Novo Selo, Liplje, Kamenica, Drinjača and Snagovo, no. 10/92/92 dated 10 August 1992 (ICTY document, ERN 05081800);

31. Certificate of salaries of members of the Armed Forces of the Republic of Bosnia and Herzegovina, Ministry of Defense, Srebrenik Section, reg. no. 45235503962 dated 4 May 1996;

32. Duty officer's reports for 26 January 1993 (ICTY document, ERN 01239555);

33. Transcript from Case IT-03-68-T, pp. 4792 through 4808;

34. Photocopy of a Discharge Letter of the Psychiatric Clinic in Sokolac, no. 23078, issued to the injured party A.O. – tendered in the **Ferid Hodžić** case as a Prosecution exhibit;

35. Photocopy of Decision by the Zvornik Municipality Section for Veterans and Disabled Veterans Affairs, no. 06-500-57/00 dated 11 March 2005, issued to the injured party A.O., tendered in the **Ferid Hodžić** case as a Prosecution exhibit;

36. Photocopy of Certificate by the Republika Srpska Office for Missing and Captured Persons, no. 104/2003 dated 14 October 2003, issued to the injured party A.O., tendered in the **Ferid Hodžić** case as a Prosecution exhibit;

37. Criminal record (background check) for the suspect **Adem Kostjerevac**.

**PROSECUTOR**

**Milanko Kajganić**

*I hereby confirm that this document is a true translation of the original written in Bosnian/Serb/Croat.*
*Sarajevo, 22 November 2017*
*Branislav Banjac*
*Certified Court Interpreter for English*

Branislav Banjac
SARAJEVO
Бранислав Бањац
САРАЈЕВО

**Bosna i Hercegovina**          **Босна и Херцеговина**



**Sud Bosne i Hercegovine**
**Суд Босне и Херцеговине**

**Broj: S1 1 K 018560 15 Kro**
**Sarajevo, 16.05.2017. godine**

Sud Bosne i Hercegovine, sudija Željka Marenić, kao sudija za prethodno saslušanje, u krivičnom predmetu protiv optuženog Adema Kostjerevca, zbog krivičnog djela Ratni zločin protiv civilnog stanovništva iz člana 142. stav 1. Krivičnog zakona Socijalističke Federativne Republike Jugoslavije (u daljem tekstu KZ SFRJ), odlučujući o Prijedlogu Tužilaštva BiH broj: T 20 0 KTRZ 0004193 09 od 24.04.2017. godine za određivanje pritvora prema optuženom Kostjerevac Ademu, na osnovu člana 137. stav 1. i 2. tačka c), člana 132. stav 1. tačka a) i člana 131. stav 2. Zakona o krivičnom postupku Bosne i Hercegovine (u daljem tekstu ZKP BiH), dana 16.05.2015. godine, donio je sljedeće:

## RJEŠENJE

**Prema optuženom:**

**KOSTJEREVAC ADEMU,** sin Sulejmana i Džemile, djevojački Ibrahimović, rođen 11.06.1961. godine u mjestu Snagovo, općina Zvornik, oženjen, otac četvero djece, sa zadnjim poznatim prebivalištem u BiH u Snagovu, općina Zvornik, po nacionalnosti Bošnjak, državljanin BiH, trenutno nastanjen na adresi 8205 Kammerer Avenue, St. Louis, Missouri 63123. Sjedinjene Američke Države, neosuđivan, JMB 1109961183893,

Temeljem odredbe člana 137. stav 1. i 2. tačka c) ZKP BIH

### ODREĐUJE SE PRITVOR

po osnovu člana 132. stav 1 tačka a) ZKP BiH, a koji prema optuženom po ovom rješenju može trajati najduže 2 (dvije) godine, računajući od dana i časa lišenja slobode.

Žalba protiv ovog rješenja ne odlaže njegovo izvršenje.

## O b r a z l o ž e n j e

Tužilaštvo Bosne i Hercegovine je dana 08.04.2015. godine podiglo optužnicu pod brojem T20 0 KTRZ 0004193 09 od 08.04.2015. godine protiv optuženog Adema Kostjerevca, zbog krivičnog djela Ratni zločin protiv civilnog stanovništva iz člana 142. stav 1. KZ SFRJ.

Navedenu optužnicu Sud BiH potvrdio je dana 14.04.2015. godine.

Nakon donošenja odluke o prethodnim prigovorima na optužnicu, Sud je za dan 02.02.2016. godine, zakazao ročište za izjašnjenje o krivnji optuženog, ali kako dostava poziva optuženom nije izvršena blagovremeno, ročište je odgođeno.

Na ročište za izjašnjenje o krivnji, zakazano za dan 30.06.2016. godine, optuženi se nije odazvao, ali je Sudu dostavio određenu medicinsku dokumentaciju. Na ročištu je branilac tražio da se, prije donošenja odluke o opravdanosti nedolaska optuženog, provede vještačenje medicinske dokumentacije, te je stalni sudski vještak neuropsihijatar Prof. dr. Alma Bravo Mehmedbašić, nakon izvršenog vještačenja dana 11.10.2016. godine, Sudu dostavila mišljenje i zaključke u kome se navodi da se, *na osnovu dostavljenih nalaza, može pretpostaviti da procesna sposobnost optuženog nije isključena*. Zbog nepreciznosti dostavljene medicinske dokumentacije vještak na kraju navodi potrebu dostavljanja konkretnih nalaza za optuženog, kako bi se mogao izjasniti sa većom vjerovatnošću o njegovom zdravstvenom stanju.

Nalaz je, zajedno sa prijevodom na engleski jezik, dostavljen optuženom, te je Sud za dan 15.02.2017. godine, zakazao ponovno ročište za izjašnjenje o krivnji, na koje optuženi, ni ovaj put, nije pristupio. Kako je optuženi poziv za navedeno ročište primio dana 01.02.2017. godine Sud je, cjeneći vrijeme potrebno za dostavljanje pismena iz Sjedinjenih Američkih Država, ostavio rok od mjesec dana da odbrana obrazloži razlog nedolaska optuženog. Odbrana je u ostavljenom roku dostavila medicinsku

umentaciju, uz napomenu da su kontaktirali samo sa suprugom optuženog, jer isti nije bio sposoban komunicirati sa braniocem.

**Tužilaštvo BiH je, dana 24.04.2017. godine, dostavilo prijedlog za određivanje pritvora** optuženom iz zakonskih razloga propisanih članom 132. stav 1. tačka a) ZKP BiH. Uz prijedlog je dostavljena **i dopuna medicinskog vještačenja zdravstvenog stanja optuženog Kostjerevca,** sačinjena dana 17.04.2017. godine, od strane istog sudskog vještaka, a koja se zasniva na naknadno dostavljenoj dokumentaciji od strane odbrane optuženog.

U obrazloženju prijedloga Tužilaštvo navodi da osnovana sumnja, da je osumnjičeni počinio krivično djelo, proizilazi iz dokaza dostavljenih uz optužnicu, te da je ispunjen i posebni pritvorski razlog propisan članom 132. stav 1. tačka a) ZKP BiH, s obzirom da se osumnjičeni krije od organa gonjenja BiH, odnosno da se nalazi u bjekstvu. Naime, optuženi je ispitan putem međunarodne pravne pomoći u svojstvu osumnjičenog, nakon čega je podignuta optužnica, koja je nakon postavljanja branioca po službenoj dužnosti, dostavljena optuženom. Optuženi se nije odazvao pozivu na ročište za izjašnjenje o krivnji zakazano za dan 02.02.2016. godine, niti je svoj na poziv opravdao. Optuženi se nije odazvao ni na ročište zakazano za dan 30.06.2016. godine, a svoj nedolazak je pravdao lošim zdravstvenim stanjem, a kao potvrdu je dostavio medicinsku dokumentaciju. Nakon što je prema naredbi Tužilaštva BiH, završeno vještačenje medicinske dokumentacije, utvrđeno je da je optuženi sposoban izjasniti se o krivnji i pratiti glavni pretres. Optuženi nije pristupio niti na izjašnjenje o krivnji 15.02.2017. godine, nakon čega je Tužilaštvo naložilo dopunu ranijeg nalaza i mišljenja vještaka, te je utvrđeno da optuženi može učestvovati u krivičnom predmetu koji se vodi protiv njega. Prema mišljenju Tužitelja, iz svega navedenog jasno proizilazi da sve radnje koje je optuženi poduzeo nakon zaprimanja optužnice, ukazuju na namjeru da se izbjegne odazivanje, odnosno prisustvo u krivičnom postupku. Zbog svega navedenog Tužilaštvo smatra da prema optuženom treba treba odrediti mjeru pritvora u trajanju od mjesec dana.

**Braniteljica optuženog Kostjerevac Adema, advokat Vasvija Vidović,** dostavila je pismeno izjašnjenje u kome navodi da se odbrana neće baviti postojanjem osnovane sumnje, jer taj uslov sam po sebi nije dovoljan da bi se pritvor odredio. Odbrana ističe da

3

Sud Bosne i Hercegovine, Sarajevo, ul. Kraljice Jelene br. 88
Telefon: +387 33 707 100; Fax: +387 33 707 155

ne postoje posebni razlozi za određivanje pritvora predviđeni članom 132. stav 1 ZKP-a BiH, da se optuženi krije. Razlog zbog kojeg se optuženi nije pojavio jeste teško zdravstveno stanje, što proizilazi i medicinske dokumentacije. Optuženi boluje PTSP-a, nesposoban je za rad, osjeća poteškoće sa pamćenjem, koncetracijom što se odražava kroz nesanicu. Vještak se u nalazu od 11.10.2016. godine, izjasnio da je optuženi vjerovatno procesno sposoban, te da se o potpunoj sposobnosti optuženog može izjasniti tek nakon ličnog pregleda optuženog. Zbog svega navedenog odbrana smatra da je nalaz vještaka nepotpun i da Sud na osnovu njega ne može donijeti rješenje o određivanju pritvora. Na kraju odbrana predlaže da se obije prijedlog Tužilaštva BiH za određivanjem privora i raspisivanjem međunarodne potjernice.

**Nakon što je izvršio uvid u spsi, kao i u prijedlog Tužilaštva za određivanje pritvora, te dokazni materijal dostavljen uz optužnicu, Sud je donio odluku kao u dispozitivu iz sljedećih razloga:**

Postojanje osnovane sumnje, kao opšte materijalno-pravne pretpostavke i sine qua non uslova za postojanje pritvora, da je optuženi Adem Kostjerevac počinio krivično djelo za koje se tereti proizlazi iz dokaza dostavljenih uz optužnicu i to: iz izjave oštećene A.O., koja je opisala da je poznavala optuženog prije rata, te da je optuženi kršeći pravila međunarodnog prava istu više puta silovao. O silovanju i izvšiocu oštećena je detaljno svjedočila i pred Međunarodnim sudom za bivšu Jugoslaviju dana 08.02.2005. godine u predmetu broj: IT-03-68-T, koji transkript svjedočenja je predložen u optužnici kao dokaz. O silovanju oštećene za vrijeme zatočeništva u svojoj izjavi govorio je i svjedok Asim Ramć, dok svjedoci Ajka Junuzović i Omer Muratović u svojim izjavama potvrđuju da je oštećena boravila u zatočeništvu, a svjedoci Refik Mustafić, Sabit Šabić i Ramo Kostjerevac uz boravak oštećene u zatvoru potvrđuju i ulogu Adema Kostjerevca, u inkriminisanom periodu.

Slijedom navedenog Sud je utvrdio da, u konkretnom slučaju, postoji osnovana sumnja da je optuženi Adem Kostjerevac počinio krivično djelo Ratni zločin protiv civilnog stanovništva iz člana 173. stav 1. tačke c), e) i f) KZ BiH, u vezi sa članom 180. stav 1. i članom 29. istog Zakona, zbog čega je optužnica i potvrđena i čime je, prema mišljenju Suda, ispunjen osnovni uslov za određivanje mjere pritvora.

EXT-KOSTJEREVAC-00056

Nadalje, Sud nalazi da, u konkretnom slučaju, postoje okolnosti i dokazi koji ukazuju da je optuženi nedostupan organima gonjenja BiH, iz kojih razloga prijedlog Tužilaštva za određivanje mjere pritvora iz razloga propisanih odredbom člana 132. stav 1. tačka a) ZKP BiH ("ako postoji osnovana sumnja da je određena osoba učinila krivično djelo, pritvor joj se može odrediti ako se krije ili ako postoje druge okolnosti koje ukazuju na opasnost od bjekstva"), nalazi osnovanim.

Naime, osnov za određivanje pritvora optuženom Kostjerevcu iz navedenog člana, proizilazi iz činjenice, da je optuženi u dva navrata pozivan na ročište za izjašnjenje o krivnji te da je nedolazak na ročište odbrana pravdala medicinskom dokumentacijom, za koju je vještak utvrdio da ne isključuje procesnu sposobnost optuženog.

U oba vještačena je utvrđeno je da je optuženi procesno sposoban, odnosno da optuženi može sudjelovati u krivičnom posutpku i izjasniti se o krivnji. Međutim, prilikom prvog vještačenja 11.10.2016. godine[1], vještak ostavio mogućnost da u slučaju da se Postraumatski stresni poremećaj, od kojeg optuženi boluje, manifestuje u teškoj formi, može rezultirati procesnom nesposobnošću. U nastavku nalaza vještak je naveo pretrage i nalaze koje je potrebno pribaviti kako bi se vještak sa većom sigurnošću izjasnio o procesnoj sposobnosti optuženog.

Kako je navedni nalaz dostavljen braniocu i optuženom Sud nalazi da je optuženi, u slučaju da postoje opravdani medicinski razlozi, imao dovoljno vremena da iste pribavi u ostavljenom roku.

Nakon dopune vještačenja dana 17.04.2017. godine[2], na osnovu medicinske dokumentacije koja je naknadno dostavljena od strane odbrane, (a koja je datirana 02.03.2017. godine), vještak zaključuje da je: "optuženi Kostjerevac Adem sposoban učestvovati u krivično posutpku.... u nalazima nije registrirana slaboumnost, demencija, niti psihotični duševni poremećaj. Registrovan je Posttraumatski stresni poremećaj sa

---

[1] Nalaz i mišljenje vještaka prof. dr. Alma Bravo-Mehmedbašić od 11.10.2016. godine.
[2] Dopuna vještačenja vještaka prof. dr. Alma Bravo-Mehmedbašić od 17.04.2017.godine.

*depresijom, koji ne isljučuje procesnu sposobnost optuženog, odn... mogućnost da se izjasni o krivici."*

Dakle, iako je u ranijem nalazu vještak definirao stupnjeve bolesti kao moguć... poveznice težih oblika sa zdravstvenim stanjem optuženog, u posljednjem nalazu vje... ne ostavlja mjesta dvojbi da je optuženi procesno sposoban. Sve navedeno potvrđuje ... optuženi svjesno izbjegava učestvovati u krivičnom postupku, odnosno da koristi medicinsku dokumentaciju za pravdanje izostanka, iako ista ne predstavlja valjan i osnovan razlog za nedolazak.

Sud je, nadalje, uzeo u obzir da se optuženom na teret stavlja izvršenje krivičnog djela Ratni zločin protiv civilnog stanovništva iz člana 142. stav 1. KZ SFRJ, a težina djela i zaprijećena kazna zatvora mogu predstavljati jak motiv optuženom da izbjegava krivično gonjenje, odnosno da onemogući vođenje krivičnog postupka u BiH.

Prilikom razmatranja prijedloga Tužilaštva za određivanje pritvora prema optuženom, Sud je cijenio i navode u odluci Ustavnog suda BiH koji glase: „pri odlučivanju o opravdanosti određivanja pritvora prema osumnjičenom ili optuženom težina krivičnog djela koje mu se stavlja na teret, svakako je, relevantan elemenat za odlučivanje". Iako težina krivičnog djela nije parametar koji ima odlučujući značaj kada se raspravlja o određivanju mjere pritvora, ovaj element svakako može predstavljati dodatnu okolnost koju treba uzeti u obzir prilikom odlučivanja o lišavanju slobode pojedinca.

Imajući u vidu sve naprijed navedeno, Sud nalazi da, u konkretnom slučaju, postoje okolnosti koje upućuju na zaključak da se optuženi nema namjeru pojaviti pred Sudom BiH, odnosno da će isti ostati nedostupan pravosudnim organima BiH. U prilog ovom zaključku govori i činjenica da se optuženi trenutno nalazi u Sjedinjenim Američkim Državama, da svjesno poduzima radnje kako bi odužio krivični postupak i izbjegao izjašnjenje o krivnji, iz kojih razloga Sud nalazi opravdanim optuženom odrediti mjeru pritvora kako je to navedeno u dispozitivu rješenja.

Sud je u smislu člana 131. stav 1. i člana 123. stav 2. ZKP BiH razmotrio mogućnost da se prema optuženom eventualno odredi neka druga blaža mjera međutim, s obzirom na sve

navedeno, odnosno činjenicu da se optuženi nalazi van BiH i da se, iako je primio poziv Suda, na isti nije odazvao, Sud nalazi da je, u ovom trenutku prema optuženom, jedino osnovano određivanje mjere pritvora, iz kojih razloga je, na osnovu člana 137. stav 1. tačka d), u vezi sa članom 132. stav 1. tačka a) ZKP BiH, donio odluku kao u izreci.

Optuženi će nakon lišenja slobode imati pravo pristupa Sudu, u skladu sa garancijama iz člana 5. stav 3. Evrospke konvencije o ljudskim pravima i osnovim slobodama, kako bi se izjasnio o navedenom prijedlogu Tužilaštva.

U skladu sa svim iznesenim razlozima, Sud je temeljem odredbe člana 137. stav 1. i 2. tačka c), u vezi sa članom 132. stav 1. tačka a) i člana 131. stav 2. ZKP BiH , odlučio kao u dispozitivu rješenja.

SUDIJA ZA PRETHODNO SASLUŠANJE

Željka Marenić

**POUKA O PRAVNOM LIJEKU:**

Žalba na ovo rješenje može se izjaviti krivičnom vanraspravnom vijeću ovog suda u roku od tri (3) dana od dana prijema pismenog otpravka rješenja.



7

Bosna i Hercegovina          Босна и Херцеговина



**Sud Bosne i Hercegovine**
**Суд Босне и Херцеговине**

Number: **S1 1 K 018560 15 Kro**

**Sarajevo, 16 May 2017**

The Court of Bosnia and Herzegovina, Judge Željka Marenić as the Preliminary Hearing Judge, in the criminal case conducted against the Accused Adem Kostjerevac for the criminal offense of War Crimes against Civilians in violation of Article 142(1) of the Criminal Code of the Socialist Federal Republic of Yugoslavia (CC SFRY), having decided on the Motion of the Prosecutor's Office of Bosnia and Herzegovina, No. T 20 0 KTRZ 0004193 09 of 24 April 2017, to order the Accused Adem Kostjerevac into custody pursuant to Article 137(1) and (2)(c), Article 132(1)(a), and Article 131(2) of the Criminal Procedure Code of Bosnia and Herzegovina (CPC B-H), on 16 May 2015, rendered the following:

## DECISION

**The Accused:**

**ADEM KOSTJEREVAC,** son of Sulejman and Džemila nee Ibrahimović, born on 11 June 1961 in Snagovo, Zvornik Municipality, married with four children, last known place of residence in Bosnia and Herzegovina was in Snagovo, Zvornik Municipality, Bosniak by ethnicity, citizen of B-H, currently living at 8205 Kammerer Avenue, St. Louis, Missouri 63123, United States of America, no prior conviction, Personal Identification Number 1109961183893,

pursuant to Article 137(1) and (2)(c) of the CPC B-H is hereby

**ORDERED INTO CUSTODY**

EXT-KOSTJEREVAC-00058

Sud Bosne i Hercegovine, Sarajevo, ul. Kraljice Jelene br. 88



grounds stipulated in Article 132(1)(a) of the CPC B-H, which custody, under this ...son, may last no longer than 2 (two) years since the hour and day of arrest.

...appeal from this Decision shall not stay its execution.

## Reasoning

On 8 April 2015, the Prosecutor's Office of B-H filed an Indictment No. T20 0 KTRZ 0004193 09 dated 8 April 2015, against the Accused Adem Kostjerevac for the criminal offense of War Crimes against Civilians in violation of Article 142(1) of the CC SFRY.

The Court of B-H confirmed the Indictment on 14 April 2015.

Having rendered a decision on preliminary motions contesting the Indictment, the Court scheduled a plea hearing for 2 February 2016, but as the Accused was not served the summons in due time, the hearing was postponed.

The Accused did not attend the plea hearing scheduled for 30 June 2016, but submitted certain medical documentation to the Court. At the hearing the Defense Counsel requested a forensic analysis of the medical documentation to be carried out before the Court rendered a decision whether the Accused's absence was justified. Professor Alma Bravo Mehmedbašić, D.Sc., forensic expert in neuropsychiatry, conducted an analysis on 11 October 2016 and submitted to the Court the Report (Findings and Opinion) stating that, *"based on the submitted findings, it can be assumed that the Accused's capacity to stand trial cannot be ruled out"*. The expert stated in the end that due to the imprecision of the submitted medical documentation, more specific medical reports for the Accused should be submitted in order for her to make a judgment about the Accused's health with a higher degree of certainty.

The Report and its translation into English were served to the Accused so the Court scheduled a new plea hearing for 15 February 2017, which the Accused again failed to attend. As the Accused received the summons for the referenced hearing on 1 February 2017, the Court, being mindful of the time required for the delivery of writs from the United

2
Edina Neretljak
SARAJEVO
Едина Неретљак

granted a one-month deadline to the Defense to explain the reason of the Accused's absence. The Defense submitted medical documentation by the deadline, stating that they had contact with the Accused's wife only, as the Accused was not capable of communicating with the Defense Counsel.

On **24 April 2017, the Prosecutor's Office filed a Motion for ordering the Accused into custody** on the statutory grounds laid down in Article 132(1)(a) of the CPC B-H. Enclosed with the Motion was **a supplementary medical expert analysis of the health condition of the Accused Kostjerevac,** made on 17 April 2017 by the same forensic expert on the basis of the documentation subsequently submitted by the Defense.

In the reasoning of the Motion the Prosecutor's Office states that the grounded suspicion that the suspect committed a criminal offense stems from the evidence submitted with the Indictment, and that special custody ground set forth in Article 132(1)(a) of the CPC B-H was fulfilled given the fact that the suspect was hiding from the prosecution authorities of B-H, that is, that he was at large. The Accused was questioned as a suspect by way of mutual legal assistance, whereupon an Indictment was filed and served to the Accused after the appointment of an *ex officio* Defense Counsel. The Accused failed to appear at the plea hearing on 2 February 2016 and did not justify his absence. The Accused again failed to appear at the plea hearing on 30 June 2016 but justified his absence with his poor health and submitted medical documentation to corroborate it. After a forensic analysis of the medical documentation was conducted upon the order of the Prosecutor's Office of B-H, it was established that the Accused was capable of entering a plea of guilty or not guilty and standing the main trial. The Accused likewise did not appear at the plea hearing on 15 February 2017, whereupon the Prosecutor's Office ordered a supplementary analysis to the previous Findings and Opinion of the forensic expert. It was established that the Accused was capable of standing trial in the criminal proceedings conducted against him. According to the Prosecutor, it follows clearly from the foregoing that all activities that the Accused undertook after having received the Indictment indicate an intention to avoid presence in the criminal proceedings. Based on the foregoing, the Prosecution considers that the Accused should be ordered into one-month custody.



ney **Vasvija Vidović, Defense Counsel for the Accused Adem Kostjerevac,** mitted a written Response stating that the Defense would not discuss the existence of rounded suspicion, as that requirement alone is not sufficient to order a person into custody. The Defense states that there do not exist the special grounds for custody laid down in Article 132(1)(a) of the CPC B-H, that is, that the Accused is not in hiding. The reason why the Accused did not appear before the Court was his grave health condition, which can be seen in the medical documentation. The Accused suffers from PTSD, is incapable of work, has difficulties with memory and concentration and suffers from insomnia. In the Report of 11 October 2016 the expert stated that the Accused was probably capable of standing trial and that she could give her opinion about the Accused's full capacity to stand trial only if she personally examined him. Based on the foregoing, the Defense considers the expert's report to be incomplete and that the Court cannot render a decision ordering the Accused into custody on the basis thereof. Finally, the Defense moves the Court to dismiss the Prosecution motion to order the Accused into custody and issue an international warrant.

**Having reviewed the case file, the Prosecution Motion to order the Accused into custody, and the evidence attached to the Indictment, the Court rendered a decision as quoted in the enacting clause for the reasons that follow:**

The existence of grounded suspicion that the Accused Adem Kostjerevac committed the criminal offense that he is charged with, as a general statutory presumption and the *sine qua non* requirement for the existence of custody, follows from the following evidence attached to the Indictment: the statement of the injured party A.O., who stated that she had known the Accused before the war and that he raped her several times in violation of the rules of international law. The injured party testified in detail about the rape and the perpetrator before the International Criminal Tribunal for the Former Yugoslavia on 8 February 2005 in the case No. IT-03-68-T and the transcript of that testimony was proposed in the Indictment as evidence. Witness Asim Ramić also testified about the rape of the injured party during her detention, while witnesses Ajka Junuzović and Omer Muratović confirmed in their statements that the injured party was detained. Witnesses Refik Mustafić, Sabit Šabić and Ramo Kostjerevac confirmed that the injured party was imprisoned and also confirmed Adem Kostjerevac's role in the period concerned.

Sud Bosne i Hercegovine, Sarajevo, ul. Kraljice Jelene br. 88
Telefon: +387 33 707 100; Fax: +387 33 707 155

4
Edina Neretljak
SARAJEVO
Едина Неретљак

...sed on the foregoing, the Court established that in the case at hand there existed a grounded suspicion that the Accused Adem Kostjerevac committed the criminal offense of War Crimes against Civilians in violation of Article 173(1)(c), (e) and (f) of the CC B-H, as read with Article 180(1) and Article 29 of the CC B-H, for which reason the Indictment was confirmed and whereby, according to the Court, the fundamental requirement for custody measure was fulfilled.

The Court also found that there existed the circumstances and evidence indicating that the Accused was out of reach of the prosecution authorities of B-H, for which reason the Court considered the Prosecution motion to order the Accused into custody on the grounds set forth in Article 132(1)(a) of the CPC B-H to be well-founded (*If there is a grounded suspicion that a person has committed a criminal offense, custody may be ordered against him: a) if he hides or if other circumstances exist that suggest a possibility of flight.*)

The reason for ordering the Accused Kostjerevac into custody on the referenced ground is the fact that the Accused was twice summoned to plea hearing and that the Defense justified his non-attendance with medical documentation which, according to the forensic expert, does not rule out the Accused's capacity to stand trial.

It was established in both expert analyses that the Accused was capable of standing trial, that is, participating in the criminal proceedings and entering a plea of guilty or not guilty However, in the first analysis conducted on 11 October 2016[1], the expert allowed for a possibility that if a PTSD that the Accused suffered from were manifested in severe form, it could result in the lack of capacity to stand trial. The expert then referred to the examinations that should be done and medical reports that should be obtained for her to be able to rule with greater certainty on the Accused's capacity to stand trial.

Given that the referenced Report was served to the Defense Counsel and the Accused, the Court finds that if there existed justified medical reasons, the Accused had sufficient time to obtain the referenced medical reports by the set deadline.

---

[1] Findings and Opinion by forensic expert, Professor Alma Bravo-Mehmedbašić, D.Sc., of 11 October 2016

supplementary expert analysis conducted on 17 April 2017[2] on the basis of the medical documentation subsequently submitted by the Defense (dated 2 March 2017), the expert concluded that: *"the Accused Adem Kostjerevac is capable of participating in criminal proceedings .... feeblemindedness, dementia, or a psychotic mental disorder was not registered in the medical reports. A post-traumatic stress disorder with depression was registered, but it does not rule out the Accused's capacity to stand trial, that is, to enter a plea of guilty or not guilty"*.

Therefore, although in the first Report the expert defined degrees of illness as an option, but did not establish a link between more severe forms and the health condition of the Accused, in the second Report the expert stated unambiguously that the Accused was capable of standing trial. The foregoing confirms that the Accused has been deliberately avoiding participation in the criminal proceedings, that is, using the medical documentation to justify his absence, although the documentation does not constitute a valid and well-founded reason for the absence.

The Court was also mindful of the fact that the Accused was charged with the commission of the criminal offense of War Crimes against Civilians in violation of Article 142(1) of the CC SFRY, and that the gravity of the crime and the prison sentence it carries may constitute a strong motive for the Accused to avoid criminal prosecution, that is, to prevent conduct of criminal proceedings in B-H.

When reviewing the Prosecution Motion to order the Accused into custody, the Court also took into account the averments in the decision of the Constitutional Court of B-H reading: "When deciding on justifiability of ordering a suspect or an accused into custody, the gravity of the charges against him is definitely a relevant element for the decision". Although the gravity of the offense is not a decisive parameter when deliberating on custody, this element may certainly constitute an additional circumstance that should be taken into account when deciding on depriving a person of liberty.

In view of the foregoing, the Court finds that in the case at hand there exist circumstances leading to the conclusion that the Accused does not intend to appear before the Court of

---

[2] Supplementary analysis by forensic expert, Professor Alma Bravo-Mehmedbašić, D.Sc., of 17 April 2017

Sud Bosne i Hercegovine, Sarajevo, ul. Kraljice Jelene br. 88
Telefon: +387 33 707 100; Fax: +387 33 707 155

6
Edina Neretljak

is, that he will remain out of reach of the judicial authorities of B-H. The fact that accused is currently in the United States and that he has deliberately taken steps to prolong the criminal proceedings and avoid plea hearing corroborates this conclusion, therefore the Court finds it justified to order the Accused into custody as quoted in the enacting clause of the Decision.

Pursuant to Article 131(1) and Article 123(2) of the CPC B-H, the Court considered a possibility of imposing some other, more lenient, measure on the Accused. However, given the foregoing, that is, the fact that the Accused is outside of Bosnia and Herzegovina and that he failed to heed the Court's summons although he had been duly served, the Court finds that ordering the Accused into custody is the only reasonable measure at this moment, hence, pursuant to Article 137(1)(d), as read with Article 132(1)(a) of the CPC B-H, the Court rendered the decision as quoted in the enacting clause.

After he is deprived of liberty the Accused will have the right to appear before the Court, in accordance with the guarantees envisaged in Article 5(3) of the European Convention on Human Rights and Fundamental Freedoms, in order to comment on the Prosecution Motion.

In view of the foregoing, the Court rendered a decision as in the enacting clause of the Decision, pursuant to Article 137(1) and (2)(c), as read with Article 132(1)(a) and Article 131(2) of the CPC B-H.

**PRELIMINARY HEARING JUDGE**
**Željka Marenić**

**LEGAL REMEDY:**

An appeal from this Decision is permitted with this Court's Special Panel, referred to in Article 24(7) of the CPC B-H, within three (3) days from the day of receipt thereof.

---

*I hereby confirm that this document is a true translation of the original rendered in the Bosnian/Croatian/Serbian language.*
*Sarajevo, 18 May 2017.*
*Edina Neretljak*
*Certified Court Interpreter for the English language*

Edina Neretljak
SARAJEVO
Едина Неретљак
САРАЈЕВО

Sud Bosne i Hercegovine, Sarajevo, ul. Kraljice Jelene br. 88
Telefon: +387 33 707 100; Fax: +387 33 707 155

7

Primljeno / Примљено

1 0 -11- 2017

9:20

na Klacar

18560

Maunic

NCB INTERPOL SARAJEVO <NTalam@ba.igcs.int> on behalf of ncb interpol
sarajevo <ncb.sarajevo@ba.igcs.int>
9. novembar 2017 15:47
SUD BiH
20-04/1-14-2-I-PL-4776-3/17-12

INTERPOL SARAJEVO

Naš broj: 20-04/1-14-2-I-PL-4776-3/17-12
Datum: 09.11.2017. godine


HITNO


BOSNA I HERCEGOVINA
SUD BOSNE I HERCEGOVINE
S A R A J E V O


PREDMET: KOSTJEREVAC Adem, rođ. 11.09.1961. godine, obavijest, dostavlja se.-

Veza: Naš akt broj 20-04/1-14-2-I-PL-4776-2/17-12 od 24.10.2017. i vaš akt broj
S1 1 K 011087 14 Kro od 11.10.2017. godine


Vezano za naš akt broj i datum gornji, obavještavamo vas da je Interpolova
Jedinica za istrage vezane za lica u bjekstvu (FIS), u okviru Projekta BASIC
(Broadening Analysis on Serious International Crimes), čiji je cilj strateški
pristup pronalasku lica traženih zbog genocida, krivičnih djela protiv
čovječnosti i ratnih zločina, zatražila od NCB Interpola Washington da se
izvrše provjere na teritoriji SAD-a, obzirom na navode iz naše međunarodne
potjernice da bi se lice moglo nalaziti u Sjedinjenim Američkim Državama na
adresi navedenoj u naredbi broj i datum veze.

S tim u vezi, NCB Interpol Washington je dostavio našem NCB-iju i Generalnom
sekretarijatu (FIS-u) sljedeću obavijest:

„Interpol Washington potvrđuje prijem vašeg zahtjeva za dostavu informacija u
vezi predmetnog lica te vas obavještavamo da je provjerom u bazama podataka
samo po imenu i prezimenu i datumu rođenja dobijen pozitivan rezultat za lice
sa istom adresom kao što je navedeno u potjernici.

Izgleda da predmetno lice legalno boravi u Sjedinjenim Državama gdje ima status
izbjeglice. Obavještavamo vas da se bilo kakav zahtjev za lišenje slobode ili
pritvor protiv ovog lica u cilju ekstradicije mora dostaviti od strane vaših
nadležnih vlasti putem zvaničnih diplomatskih kanala Američkom ministarstvu
pravde, Odjel za međunarodne poslove (US Department of Justice, Office of
International Affairs)."

EXT-KOSTJEREVAC-00065

primanja ove obavijesti NCB Interpola Washington, Interpolova jedinica
ernice dostavila nam je sljedeću obavijest:

ao za vašu međunarodnu difuznu potjernicu od 13.10.2017. godine raspisanu
w predmetnog lica, NCB Interpol Washington je u svojoj poruci od
1.2017. godine obavijestio Generalni sekretarijat, a i vaš ured, da je
metnom licu odobren izbjeglički status.

kladu sa članom 74(e) Interpolovog Pravilnika o obradi podataka, Jedinica za
otjernice je izvršila reviziju difuzne potjernice protiv ovog lica u skladu sa
terpolovom politikom o izbjeglicama koja je usvojena na 86. zasjedanju
Generalne skupštine (GA-2017-86-RES-09). Ova politika se primjenjuje jednako na
sve zemlje članice Interpola.

Primjenom ove politike, difuzna potjernica za Kostjerevac Ademom će biti
obustavljena, a odgovarajući podaci izbrisani iz Interpolovih baza podataka.
Pored toga, obavještavamo vas da dalja saradnja kanalima Interpola u ovom
slučaju ne bi bila u skladu sa Interpolovim Statutom i Pravilnicima.

Nadalje vas obavještavamo da će svi primaoci predmetne dfuzne potjernice biti
obaviješteni o ovoj odluci.
)

Ipak, u skladu sa navedenom politikom, Generalni sekretarijat može olakšati
razmjenu informacija između NCB-ija koji je raspisao potjernicu i zemlje koja
je odobrila azil. S tim u vezi, Generalni sekretarijat može proslijediti zemlji
koja je odobrila azil Kostjerevac Ademu sve informacije koje želite da se
dostave toj zemlji.

Ukoliko se zemlja koja je odobrila azil odluči da, na osnovu informacija koje
dostavi vaš NCB, ukine izbjeglički status imenovanom, zahtjev vašeg NCB-ija za
ponovno aktiviranje difuzne potjernice bi se razmotrio od strane Generalnog
sekretarijata.

Međutim, još jednom vam skrećemo pažnju na obavijest NCB Interpola Washington
gdje se savjetuje „da se bilo kakav zahtjev za lišenje slobode ili pritvor
protiv ovog lica u cilju ekstradicije mora dostaviti od strane vaših nadležnih
vlasti putem zvaničnih diplomatskih kanala Američkom ministarstvu pravde, Odjel
za međunarodne poslove".

Informacije radi, Interpolova politika o procesuiranju podataka koji se odnose
na izbjeglice, a koja je usvojena na 86. Generalnoj skupštini Interpola
održanoj u Pekingu, Kina, 26.-29.09.2017. godine, između ostalog, navodi
sljedeće smjernice kada je riječ o procesuiranju podataka o izbjeglicama ili
licima tražiocima azila:

1)      Procesuiranje podataka uglavnom se neće dozvoliti:

a)      kada je potvrđen izbjeglički status lica ili potvrđen status tražioca
azila;

b)      kada procjena slučaja dovodi do zaključka da dodjela izbjegličkog
statusa u nekoj zemlji nije bila vođena pretežno političkim osnovama vis-à-vis
zemlje porijekla;

2)      Kada je odbijeno procesuiranje podataka, mora se uzeti u obzir da se
razmjena informacija dostavljenih od strane zemlje koja potražuje lice sa
zemljom u kojoj lice traži azil, kako bi ovi posljednji mogli ponovo razmotriti
svoju prethodno donesenu odluku o dodjeljivanju statusa izbjeglice...".

EXT-KOSTJEREVAC-00066

Zahvaljujemo na saradnji.

štovanjem,

INTERPOL SARAJEVO

EXT-KOSTJEREVAC-00067

# BOSNA I HERCEGOVINA
# REPUBLIKA SRPSKA

Opština ....ZVORNIK.............................................................

............................................... naziv opštinskog organa

Broj: ....07/1-204.1-7247/17...............................................

Datum: ....24.11.2017.......................................................

Na osnovu člana 35. Zakona o državljanstvu Bosne i Hercegovine ("Službeni glasnik BiH",

broj: 4/97), na zahtjev ....SUD BIH.........................................

iz ....SARAJEVO............................ izdaje se

# U V J E R E N J E

JMB ⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷

da je ....KOSTJEREVAC ADEM.......................... sin-kći ....Sulejman.......

rođen-a ....11.09.1961...... godine u ....Snagovo........ opština ....Zvornik.......

## državljanin-ka Bosne i Hercegovine i Republike Srpske.

Ovo uvjerenje izdaje se na osnovu podataka iz upisa u ....matičnu................ knjigu

....državljana........ koja se vodi za naseljeno mjesto ....Zvornik.................

opština ....ZVORNIK........... na strani ....292.......... pod rednim brojem ....10646....

za godinu ....1961...........................................................

Taksa po tarifnom broju .......................... Odluke o administrativnim taksama Skupštine

opštine ......................................, u iznosu od ......................, naplaćena je i na

podnesku poništena.

M.P.                                          Potpis
                                          službenog lica
EXT-KOSTJEREVAC-000002                    ....UKIĆ MARA......

**BOSNIA AND HERZEGOVINA**
**REPUBLIKA SRPSKA**

Municipality of      **ZVORNIK**
*(name of municipal authority)*

No. **07/1-204-1-7247/17**

Date: **24 Nov. 2017**

Pursuant to Article 35 of the Law on Citizenship of Bosnia and Herzegovina (Official Gazette of BiH, No. 4/97), at the request of **the Court of BiH** from **SARAJEVO**, hereby issued is a certificate as follows.

# CERTIFICATE

JMB

that **ADEM KOSTJEREVAC**.... father's name **Sulejman**
born on **11 Sept. 1961** in **Snagovo**, Municipality of **Zvornik**

**is a citizen of Bosnia and Herzegovina and Republika Srpska.**

The Certificate has been issued based on the data from the **record of citizens** kept for the populated place of **Zvornik**,
municipality of **ZVORNIK**, page **292**, No. **10646**, for the year **1961**.

The fee under tariff No. .... of the Decision on Administrative Fees of the Municipal Assembly of ......, in the amount of ....., has been collected and verified on the application form.

Signature of Official in Charge
MARA LUKIĆ
*(hand and stamp)*

*I hereby confirm that this document is a true translation of the original written in Bosnian/Serb/Croat*
*Sarajevo, 4 December 2017*
*Branislav Banjac*
*Certified Court Interpreter for English*

EXT-KOSTJEREVAC-00069

*Bosna i Hercegovina*
**MINISTARSTVO PRAVDE**



*Босна и Херцеговина*
**МИНИСТАРСТВО ПРАВДЕ**

*Broj: 01-50-87/14Pov.*

*Sarajevo, 26.12.2014.*

POVJERLJIVO !



**TUŽILAŠTVO BOSNE I HERCEGOVINE**

**SARAJEVO**

*Predmet: Međunarodna pravna pomoć*

*Veza: Vaš broj T20 0 KTRZ 0004193 09 od 30.06.2014. godine*


   U povodu Vaše zamolnice broj i datum veze, dostavljamo Vam odgovor Ministarstva pravde Sjedinjenih Američkih Država, sadržan u aktu broj 182-47836 od 18.12.2014. godine, sa priloženim zapisnikom.


   S poštovanjem,

POMOĆNIK MINISTRA
**Nikola Sladoje**

Sarajevo, Trg BiH br.1. Tel.: +387 33 281-556; fax: + 387 33 201 652

Bosnia and Herzegovina
MINISTRY OF JUSTICE

**CONFIDENTIAL!**

Number: 01-50-87/14Pov.

Sarajevo, 26 Dec. 2014

**PROSECUTOR'S OFFICE
OF BOSNIA AND HERZEGOVINA
SARAJEVO**

Subject:        International legal assistance

Reference:     Your No. T20 0 KTRZ 0004193 09 dated 30 June 2014

With reference to your letter rogatory, number and date as above, please find attached the response from the Department of Justice of the United States of America, within the letter No. 182-47836 dated 18 December 2014, with the record as attached.

Yours Respectfully,

**ASSISTANT MINISTER**

**Nikola Sladoje**
*(hand and stamp)*

*I hereby confirm that this document is a true translation of the original written in Bosnian/Serb/Croa*
*Sarajevo, 19 December 2017*
*Branislav Banjac*
*Certified Court Interpreter for English*





**U.S. Department of Justice**

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

MDR:JEC:MB:ARH:fck182-47836

St. Louis Division
December 9, 2014

John Ware
Assistant United States Attorney
U.S. Attorney's Office
Thomas Eagleton, U.S. Courthouse
111 S. 10th Street, Rm. 20.333
St. Louis, MO 63102

On November 20, 2014 Adem Kostjerevac was voluntarily interviewed at his place of residence, 8205 Kammerer Avenue, St. Louis, Missouri 63123, USA. Special Agent (SA) Ivana Sarhatlic, SA Andrew Haap, and Linguist Specialist (LS) Samir Taslaman met with Kostjerevac. SA Sarhatlic: (1) introduced herself to Kostjerevac and (2) advised Kostjerevac that authorities in Bosnia and Herzegovina had requested that he be interviewed by United States law enforcement officials regarding a war crimes investigation. The questions were read by SA Sarhatlic in Bosnian language, LS Taslaman and SA Sarhatlic were taking notes, while Kostjerevac was answering questions in Bosnian language. The following is the summary of the interview:

1. In the period between early 1992 and late 1995, were you a member of the Army of Bosnia and Herzegovina, namely of the Military Police within the Intervention Squad "LIPLJE"? (If he was not a member of the same unit throughout the war, please ask him, "In which specific units were you and who was your immediate?")

   Adem Kostjerevac stated that he was a member of the Army of Bosnia and Herzegovina and also a member of the Military Police within the Intervention Squad "LIPLJE" during a specific time. Kostjerevac states that he was also a member of 212nd Municipality of Srebrenik, 5th Batallion. Further, Kostjerevac stated that he was wounded three times, as such he spent time in Tuzla recovering from being wounded. Kostjerevac added that he was wounded in February 1993 and was recovering for approximately 14 or 15 months. Kostjerevac added that he was under the immediate supervision of Naser Oric.

2. Who was your superior in the Intervention Squad "LIPLJE"?

   Adem Kostjerevac stated that his superior was Omer, last name unknown. Kostjerevac added that Omer was a police commander and that he died.

3. Did you, as a member of the Army of Bill, take part in an attack against the place Novo Selo, municipality of Zvornik, on September 17, 1992?

Adem Kostjerevac stated at that time, he was out in the field in Kamenica, municipality of Zvornik and he was not in Novo Selo. Kostjerevac stated that Kamenica is six or seven kilometers away, when going through the mountains, from Novo Selo, and that they were surrounded and had no means of transportation. Kostjerevac added that Sahbaz Sinanovic was with him in Kamenica and that Sinanovic died in 1993.

4. Do you know whether on that occasion a female person named Anda Obradovic was captured? (If he answers positively, please ask him, "Did you know that woman from before and how did you meet her? Did you know her husband OBRADOVIC, STANOJE?")

Adem Kostjerevac stated that he was aware that Anda Obradovic was captured. Kostjerevac stated that the husband of Anda Obradovic, Stanoje Obradovic, was his school buddy. Stanoje Obradovic's brother, Zarko Obradovic, was Kostjerevac's friend. Kostjerevac did not know Anda Obradovic prior to the war. Kostjerevac further states that he sent food for Anda Obradovic to eat and that others said to kill Anda Obradovic and he said "no." He saw that Anda Obradovic was taken to Cerska, municipality Srebrenica with Muslim women and children. He heard that Anda Obradovic was separated in Cerska, but Kostjerevac did not know what happened to her. He was wounded shortly after. Kostjerevac added that he was glad that Anda Obradovic survived. Kostjerevac further adds that Anda Obradovic was freed in an exchange and that he does not know what further happened with her since he was then wounded. Kostjerevac stated that Anda Obradovic is lying and that he would tell that to the courts.

5. Was a female person named ANDA OBRADOVIC, who was captured on September 17, 1992 during an attack of the Army of Bosnia and Herzegovina against Novo Selo, detained in the place called Bare, municipality of Zvornik, in the period between September 17, 1992 and October 4, 1992?

Adem Kostjerevac stated that he does not know and that he only saw Anda Obradovic once and that was after he came back from Kamenica. Obradovic was unfamiliar to Kostjerevac so he asked who she was. Kostjerevac stated that he did see that Obradovic had bruises on her. Further, Kostjerevac stated that he did not participate in that attack and that he only saw Obradovic in village Bajrici, municipality Zvornik. Kosjterevac stated that Obradovic was by herself and that she was held at a library, on a separate floor from the command. Further, Kostjerevac stated that Obradovic was taken to Josanice and that he did not see her until Bajrici were captured.

6. Were female detainees kept in the same facilities as male detainees? (If not, please ask him, "Where were they accommodated?"

Adem Kostjerevac stated that only Anda Obradovic was captured and no one else. Kostjerevac added that he is ready to come to court and say that.

7. How many portions of food would female detainees get during a day and what conditions were provided to them to maintain their personal hygiene?

Adem Kostjerevac stated that only Anda Obradovic was captured and that she was fed three times a day. Anda Obradovic has said that she could not eat corn bread, so he asked that she be given wheat bread. Further, Kostjerevac stated that Obradovic was taken to the home of Omer Junuzovic so that she can shower. Moreover, Kostjerevac states that Obradovic was free to move around and that she sat amongst other individuals. Finally, Kostjerevac stated that Obradovic received clothing from Muslim women.

In addition, Kostjerevac stated that he only once spoke to Obradovic alone and during the exchange he asked about Stanoje Obradovic.

8. Did you, as a member of the Military Police, guard her and visit her in the prison in Bare?

Adem Kostjerevac stated that he is unaware that Anda Obradovic was in Bare, he only knows that she was in Bajrici, which are located three kilometers from Bare.

9. Are you aware that ANDA OBRADOVIC was raped in the prison in Bare by members of the Army of Bosnia and Herzegovina?

Adem Kostjerevac stated that he is unaware that Anda Obradovic was raped in the Bare prison. Kostjerevac adds that he did not hear nor see anything about Obradovic being raped.

10. Did you take part in the raping of the captured female person ANDA OBRADOVIC in the prison in Bare in the period between September 18, 1992 and October 4, 1992? (If he says he did not, please ask him, "Does anyone from your unit can confirm you did not do it? (If he provides a positive answer, please ask him to say who would be able to confirm that.))

Adem Kostjerevac stated that he did not participate in the rape of Anda Obradovic and added that he is unaware that Obradovic was in Bare at all, he knows that she was only in Bajrici. Kostjerevac stated that everyone who was there can bear witness that he did not participate and identified the following individuals by name: Mehmedalija and Ramiz, last names unknown, Sabir Sabic, Hamdija Selimovic, born approximately in 1962, and Felim Selimovic, born approximately in 1960.

11. Do you know who all took part in the raping of the injured person Anda Obradovic?

Adem Kostjerevac answered: "I do not know."

Page 3 of 7

12. Did you take part in the raping of any other captured female persons either in that period or during the wartime?

Adem Kostjerevac answered: "No."

13. Was the raping of Anda Obradovic carried out at someone's order?

Adem Kostjerevac stated that he has no knowledge of orders being given to rape Anda Obradovic, nor does have knowledge that she was raped.

14. Who were the other members of your unit?

Adem Kostjerevac identified the following individuals as other members of his unit: Nihad Kostjerevac (Adem's cousin, born approximately in 1963), Senad Kostjerevac (Nihad's brother, born approximately in 1968), Idriz Selimovic (born approximately in 1955), and individuals from the Vlasenica municipality that Adem Kostjerevac could not identify by name.

15. Is there anything else you would like to say in relation to the facts about the attack on Novo Selo and the capturing and raping of ANDA OBRADOVR and we have not asked you about?

Adem Kostjerevac stated that he said everything he had to say.

I have reviewed this document and verify that it correctly reflects the statements of Adem Kostjerevac to the above-listed questions.

**Ivana Sarhatlic, Special Agent**
Federal Bureau of Investigation

EXT-KOSTJEREVAC-00075

The following is the translation of Kostjerevac interview in Bosnian language provided by LS Samir Taslaman:

1. Da li je u periodu od početka 1992.godine do kraja 1995.godine bio pripadnik Armije Bosne i Hercegovine i to vojne policije u Interventnom odjeljenju „LIPLJE"? (Ako nije čitav period rata bio u istoj vojnoj jedinici, neka odgovori u kojim tačno jedinicama je bio i ko mu je bio neposredni pretpostavljeni?)

Adem Kostjerevac je izjavio da je bio pripadnik Armije Bosne i Hercegovine i to vojne policije u Interventnom odjeljenju „LIPLJE" jedno vrijeme. Kostjerevac također izjavljuje da je bio pripadnik 212. Opština Srebrenik, 5. bataljon. Kostjerevac izjavljuje da je bio ranjen tri puta pa je jedno vrijeme bio na liječenju u Tuzli. Kostjerevac izjavljuje da je bio ranjen u Februaru 1993. i da je bio na liječenju otprilike 14 ili 15 mjeseci. Kostjerevac izjavljuje da je bio pod komandom Nasera Orića.

2. Ko mu je bio nadređeni u Interventnom odjeljenju „LIPLJE"?

Adem Kostjerevac je izjavio da mu je nadređeni bio Omer, a nije siguran kako se preziva. Omer je bio komandir policije i poginuo je.

3. Da li je dana 17.09.1992. godine, kao pripadnik Armije BiH, učestvovao u napadu na mjesto Novo selo, opština Zvornik?

Adem Kostjerevac je izjavio da je u to vrijeme bio na terenu u Kamenici, opština Zvornik, a ne u Novom Selu. Kostjerevac također izjavljuje da je Kamenica udaljena 6 ili 7 kilometara od Novog Sela, preko brda, i da su bili u okruženju i da nisu imali prevoz. Kostjerevac dalje izjavljuje da je Šahbaz Sinanović bio taj dan sa njim na intervenciji u Kamenici i da je Sinanović poginuo 1993.

4. Da li mu je poznato da je tom prilikom zarobljena žena Anđa Obradović? (Ako odgovori da je to tačno, da li je poznavao tu ženu od ranije i kako ju je upoznao, te da li je poznavao njenog muža OBRADOVIC STANOJA?)

Adem Kostjerevac je izjavio da mu je poznato da je Anđa Obradović bila zarobljena. Kostjerevac izjavljuje da je suprug Anđe Obradović njegov školski drug, Stanoja Obradović. Brat Stanoje Obradovića, Žarko Obradović, je bio drug Kostjerevca. Također, Kostjerevac nije znao Anđu Obradović prije rata. Kostjerevac dalje izjavljuje da je on slao hranu da Obradović jede i da su drugi govorili da se ona ubije ali je Kostjerevac rekao „ne." Kostjerevac je vidio da je Anđa Obradović odvedena do Cerske, opština Srebrenica, sa Muslimanskim ženama i djecom. Čuo je da je bila u Cerskoj, ali Kostjerevac ne zna šta se desilo sa njom. Uskoro nakon toga, Kostjerevac je izjavio da je bio ranjen i dodao je da mu je drago što je ona preživjela. Kostjerevac dalje izjavljuje da

EXT-KOSTJEREVAC-00076

je Anđa Obradović razmjenjena i da ne zna šta se dalje desilo sa njom jer je on bio ranjen. Kostjerevac ističe da Anđa Obradović laže i dodaje da bi on u sudu to rekao.

5. Da li je u mjestu Bare, opština Zvornik, u periodu od 17.09.1992. godine do 04.10.1992. godine bila zatvorena žena ANĐA OBRADOVIĆ koja je zarobljena 17.09.1992. godine prilikom napada Armije BiH na Novo selo?

Adem Kostjerevac je izjavio da on ne zna i da je Anđu Obradović vidio samo jednom nakon što se vratio iz Kamenica i onda pitao ko je ona jer mu je bila nepoznata. Kostjerevac je također uočio da je Obradović imala modrice na njoj. Kostjerevac je dalje izjavio da nije učestvovao u toj akciji i da je Anđu Obradović samo vidio u selu Bajrići, opština Zvornik. Kostjerevac je izjavio da je Anđa Obradović bila sama i da je držana u sastavu čitaonice, samo na drugačijem spratu od komande. Dalje, Kostjerevac je izjavio da je Anđa Obradović odvedena do Jošanice i nije je vidio dok nisu Bajrići pali.

6. Da li su zarobljene žene bile zatvorene u istim objektima kao i zarobljeni muškarci? (Ako nisu, gdje su bile smještene?)

Adem Kostjerevac je izjavio da je samo Anđa Obradović bila zarobljena i niko drugi. Kostjerevac je izjavio da je spreman da dođe na sud i da to kaže.

7. Koliko obroka su tokom dana primale zarobljene žene i kakve su uslove imale za održavanje lične higijene?

Adem Kostjerevac je izjavio da je samo Anđa Obradović bila zarobljena i da je primala tri obroka dnevno. Kostjerevac je rekao da je Obradović rekla da ne može da jede brašno od kukuruza, pa Kostjerevac rekao da joj se da brašno od pšenice. Također, Kostjerevac izvaljuje da je Obradović odvedena do kuće Omera Junuzovića kako bi se istuširala. Kostjerevac dalje izjavljuje da je Obradović imala slobodinu kretanja i da je sjedila zajedno sa ostalim. Također, Kostjerevac je izjavio da je Obradović dobila odjeću od Muslimanskih žena.

Kostjerevac izjavljuje da je samo jednom pričao sa Obradović na samo i da je tom prilikom samo pitao za Stanoju Obradović.

8. Da li ju je on, kao pripadnik vojne policije obezbjeđivao i posjećivao u zatvoru u mjestu Bare?

Adem Kostjerevac je izjavio da ne zna da je Anđa Obradović bila u Barama, zna samo da je bila u Bajrićima, koji su udaljeni 3 kilometra od Bara.

9. Da li mu je poznato da je ANĐA OBRADOVIĆ u zatvoru u mjestu Bare bila silovana od strane pripadnika Armije BiH?

Adem Kostjerevac je izjavio da ne zna da je Anđa Obradovic bila silovana u zatvoru u Bare. Kostjerevac ističe da on nije vidio niti je čuo da je Obradović bila silovana.

10. Da li je on učestvovao u silovanju zarobljene žene ANĐE OBRADOVIĆ u zatvoru u mjestu Bare, u periodu od 18.09.1992. godine do 04.10.1992. godine? (Ako kaže da nije, pitati ga da li neko od pripadnika njegove vojne jedinice može posvjedočiti da on to nije uradio? (Ako je odgovor DA, neka se izjasni ko bi to mogao potvrditi.))

Adem Kostjerevac je izjavio da on nije učestvovao u silovanju Anđe Obradović i dodao je da ne zna da je Obradovic ikako bila u mjestu Bare, zna samo da je bila u Bajrićima. Kostjerevac je rekao da svak ko je bio tu može posvjedočiti da to on nije uradio i naveo je sljedeća imena: Mehmedalija i Ramiz, prezime nepoznato, Sabir Sabić, Hamdija Selemović, otprilike 1962. godište, i Felim Selimović, otprilike 1960. godište.

11. Da li zna ko je sve učestvovao u silovanju žrtve Anđe Obradović?

Adem Kostjerevac je odgovorio „ne znam."

12. Da li je učestvovao u silovanju nekih drugih zarobljenih žena u tom periodu ili tokom rata?

Adem Kostjerevac je odgovorio „ne".

13. Da li je silovanje Anđe Obradović vršeno po nečijem naređenju?

Adem Kostjerevac je izjavio da ne zna da li je bilo po nečijem naređenju niti zna da je Anđa Obradović uopšte bila silovana.

14. Ko su bili ostali pripadnici njegove vojne jedinice?

Adem Kostjerevac je naveo sljedeće osobe kao pripadnike njegove vojne jedinice: Nihad Kostjerevac (Ademov rođak, otprilike 1963. godište), Senad Kostjerevac (Nihadov brat, otprilike 1968. godište), Idriz Selimović (otprilike 1955. godište), i ljudi iz Vlaseničke opštine kojima ne zna imena.

15. Da li ima još šta izjaviti što nije pitan a odnosi se na činjenice o napadu na Novo selo, zarobljavanju i silovanju ANĐE OBRADOVIĆ?

Adem Kostjerevac je izjavio da je rekao sve što je imao reći.

EXT-KOSTJEREVAC-00078

ATTESTATION OF AUTHENTICITY

I, _John Ware_, attest in my position as Commissioner and am authorized

by the law of the United States to attest that the document attached and described below is a true

and accurate copy of an original official record produced by the Federal Bureau of

Investigations, which is a government law enforcement agency of the United States.

Description of Documents:

Letter detailing interview of Adem Kostjervac on November 20, 2014.

_John Ware_
(Signature)

_AUSA - Commissioner_
(Title)

_12/15/2014_
(Date)



*2*

U.S. Department of State

## Certificate to be Attached to Documentary Evidence Accompanying Requisitions in the United States for Extradition

### AMERICAN FOREIGN SERVICE

Sarajevo, Bosnia and Herzegovina, April 24, 2018

I, Scott A. Norris, Consul of the United States of America in Sarajevo, Bosnia and Herzegovina, hereby certify that the annexed papers, being extradition documents proposed to be used upon an application for the extradition from the United States of Adem Kostjerevac, charged with the crime of "war crimes against civilians" alleged to have been committed in Bosnia and Herzegovina, are properly and legally authenticated so as to entitle them to be received in evidence for similar purposes of the tribunals of Bosnia and Herzegovina, as required by Title 18, United State Code, Section 3190.

In witness whereof I hereunto sign my name and cause my seal of office to be affixed this 24th day of April, 2018.

Scott A. Norris

Consul of the United States of America
U.S. Embassy Sarajevo



Potpis svjedoka 

**BOSNA I HERCEGOVINA**
**TUŽILAŠTVO/TUŽITELJSTVO**
**BOSNE I HERCEGOVINE**
**S A R A J E V O**

Predmet br. *T20 0 KTRZ0004193 09*
Datum:       *09.06.2014. godine*

## ZAPISNIK
## O SASLUŠANJU SVJEDOKA

| | |
|---|---|
| Mjesto ispitivanja: | Stanica javne bezbjednosti Zvornik |
| Odredbe za krivično djelo: | Ratni zločin protiv civilnog stanovništva iz člana 173. KZ BiH i ratni zločin protiv ratnih zarobljenika iz člana 175 KZ BiH |
| Osumnjičeni: | Muharem Sinanović i drugi |
| Poziv svjedoku upućen od: | Tužilaštva BiH |
| Datum poziva svjedoku: | 09.06.2014 |

PRISUTNI:

| | |
|---|---|
| Tužilac: | Milanko Kajganić |
| Svjedok: | Anđa Obradović |
| Stručni saradnik: | Elma Muhedinović |
| Zapisničar: | |

Započeto u :     11,30     sati

## OBAVJEŠTENJA I UPOZORENJA

1.    *Službeni jezici Bosne i Hercegovine – bosanski, hrvatski i srpski kao i oba pisma, ćirilica i latinica, su u ravnopravnoj upotrebi pred ovim Tužilaštvom. Ukoliko ne razumijete službene jezike Tužilaštva, osiguraće se usmeno prevođenje vaše izjave kao i prevod dokumenta i drugog dokaznog materijala po potrebi. (Član 8. ZKP-a BiH).*

2.    *Potvrđujem da razumijem jezik kojim se govori na ovom saslušanju.*

DA:    Potpis svjedoka *Obradović Anđa* VRIJEME:  11,30   sati

---

1

EXT-KOSTJEREVAC-00081
Potpis svjedoka *Obradović Anđa*

Potpis svjedoka *Obradović Anđo*

3.    *Potvrđujem da se ovaj zapisnik može voditi na latiničnom pismu.*

Potpis svjedoka *Obradović Anđo*    **VRIJEME: 11,30 sati**

4.    *Obavezni ste obezbjediti slijedeće podatke o sebi (član 86, stav 3. ZKP BiH)*

| | |
|---|---|
| *Ime i prezime:* | Anđa Obradović |
| *Ime oca:* | Slavko |
| *Ime majke:* | Radojka |
| *Djevojačko prezime majke:* | Milošević |
| *Datum rođenja:* | 10.06.1956 godine |
| *Mjesto rođenja:* | Petkovci , opstina Zvornik |
| *Zanimanje:* | Domacica |
| *Da li ste trenutno zaposleni:* | - |
| *Mjesto zaposlenja:* | - |
| *Da li ste udati:* | Udata |
| *Državljanstvo:* | BiH |
| *Etnička pripadnost:* | Srpkinja |
| *Tačna adresa na koju ćete primati pismena:* | Novo selo, Drinjača 75410 Zvornik |
| *Broj telefona:* | 056 376 139 |

5.    *Upozoravate se da ste dužni obavjestiti Tužilaštvo i Sud o svakoj promjeni adrese i boravišta.*

6.    *Obavezni ste da svjedočite. Ukoliko odbijete Sud vam može izreći kaznu. (član 81., stav 1. i 7., ZKP-a BiH). Međutim:*

    a.    *Možete odbiti da svjedočite ako ste bračni drug ili bliski srodnik sa osumnjičenim (član 83. ZKP-a BiH).*

    b.    *Možete odbiti da svjedočite ukoliko bi vaš odgovor mogao izložiti vašeg bračnog druga ili bliskog srodnika krivičnom gonjenju.*

    c.    *Imate pravo da ne odgovarate na pitanja ako bi vas istinit odgovor izložio krivičnom gonjenju. Da biste odgovorili i na ta pitanja, možete tražiti imunitet. Imunitet Vam daje Glavni tužilac. Ukoliko dobijete imunitet, dužni*

---

2

*Potpis svjedoka* *Obradović Anđo*

Potpis svjedoka *Obradović Đuro*

_ste svjedočiti i neće biti krivično gonjeni, osim ako ste dali lažni iskaz. (član 84. ZKP-a BiH)_

7. _Morate govoriti istinu. (član 86. stav 2. ZKP-a BiH)_

8. _Ne smijete prešutjeti ništa. (član 86. stav 2. ZKP BiH)_

9. _Upozoravate se da je davanje lažnog iskaza krivično djelo zbog kojega vam može biti određena kazna zatvora. (član 86. stav 2. ZKP-a BiH u vezi sa članom 235. KZ-a BiH)._

10. _Ukoliko ste vi ili vaša porodica suočeni sa ozbiljnim rizikom ili prijetnjom, možete zatražiti da budete saslušani u svojstvu zaštićenog svjedoka. (Zakon o zaštiti svjedoka pod prijetnjom i ugroženih svjedoka i član 91. ZKP-a BiH)_

11. _Imate pravo pročitati zapisnik ili zatražiti da vam se pročita, te da unesete promjene prije nego što isti potpišete._

12. _Zapisnik će se diktirati zapisničaru. Morati pratiti dok se zapisnik sastavlja. Morate pratiti na ekranu kompjutera ispred vas dok se zapisnik sastavlja. Ukoliko mislite da ima grešaka, možete ih ispraviti dok se zapisnik sastavlja kao i na kraju ispitivanja._

_Svojim potpisom potvrđujem da sam razumjela sva obavještenja i upozorenja koja su gore navedena._

_Potpis svjedoka *Obradović Đuro* VRIJEME: 11,30 sati_

---

3

_Potpis svjedoka *Obradović Đuro*_

Potpis svjedoka *Obradović Anto*

## IZJAVA SVJEDOKA

*Svjedok daje izjavu sa početkom u:*          **11,30**          **sati**

Ja sam do sada davala nekoliko izjava između ostalih svjedočila sam 2005 godine u Hagu , a izjave sam davala Tužilaštvu i policiji te sam istima objasnila sve , na koji način sam zarobljena 17.09.1992 godine prilikom napada na Novo Selo i šta sam sve doživjela u zatobljeništvi dok nisam razmjenjena 05.02.1993 godine . Ja u potpinosti ostajem pri svojim izjavama, a sada ću samo precizirati ono što me budete konkretno pitali.

Dakle 17.09.1992 godine bila sam sa svojim suprugom u kući njegove sestre Ilić Branke i njenog muža Ilic Zorana kada su me zarobili vojnici u crnim uniformama jedan od njih me je htio nozem zaklati ali se tu zadesio Kadrija, kojem ne znam prezime a koji je bio u civilnoj odjeći i bez naoruzanja te me je odbranio rekavši da ja nisam ništa kriva , ja ga nisam od ranije poznavala ali su mi kasnije rekli da me je spasio čovjek po imenu Kadrija .

On me predao Muharemu zvanom Šiško koji me je odveo u komandu u Bajriče gdje sam ispitivana , a nakon što sam tu prenoćila sa povezom na očima su me odveli u neki zatvor koji je od komande bio udaljen pet do deset minuta hoda u tom zatvoru sam ostala do 04.10.1992 godine. U svojim ranijim izjavama sam objasnila kako je zatvor izgledao . Poslije nekoliko dana neko od muslimanskih vojnika je dosao u zatvor i rekao mi sad cemo to dovesti jednog četnika ispitaj ga sve . Doveli su visokog plavog čovjeka , imao je oko nekih cetrdesetak godina doveden je sa rukama naprijed vezanim zicom i povezom na ocima te je bio bos , rekao mi je da se zove Lukić Nenad da je iz Raševa prema Šekovičima , da mu je nestalo municije i da je zarobljen , također mi je rekao da ima zenu i dvoje djce koji su u Srbiji , a da su mu rekli vojnici koji su ga zarobili da mora sve priznati ili će mu „ oči vaditi „ . On se zadrzao u zatvoru oko nekih sat vremena nakon čega su ga vani izveli muslimanski vojnici, tukli su ga ispred tog zatvora tako da je čovijek ispustao zivotinjski krik i kada sam Šahbaza kasnije pitala šta bi sa Nenadom rekao mi je „ ubili su ga" i tom prilikom je Šahbaz povraćao. Ja sam se u Novo selo udala 25.01.1992 godine i prije samog početka rata sa muzem sam bila kada smo sreli Adema Kostjerevca , kojeg je moj muz poznavao od ranije jer zive blizu a muz mi je tada rekao kako se on zove to je bilo na jednom brezuljku nekih sto metara od nase poreodicne kuce u Novom selu . Adem je bio crn , visok i tada je imao brkove i tom priliko je mog muza pitao da mu kupimo brašna njegovoj zeni i djeci jer on ne bude tu , odnosno borav o je u Hrvatskoj. Njegovu sestru sam upoznala mozda petnaestak dana prije rata , ne mogu joj se sada sjetiti imena a upoznala sam je tako što je tada došla kod moje jetrve Obradović Milenije i donijela joj nekakav pekmez jer su od ranije bili dobro prijatelji, sjećam se da je Ademova sestra tada ima troje djece.

Nakon što sam dovedena u taj zatvor u Bajriče prvo veča kada je Adem Kostjerevac došao u zatvor , bio je u crnoj uniformi i sjećam se da je tada rekao „ skini se sad češ da vidis kako turcin j... " , ja sam ga poslušala jer sam od straha morala da se skinem , nakon čega me je on silovao na način sto mi je reko da legnem i izivljavao se na meni , grizao me je i reako necete ostati ni u Beogradu a ja sam plakala međutim on nije prestajao, ja se ne mogu tacno sjetiti koliko je to vremenski trajalo . Znam da je sa sobom nosio pusku i imao je nekakav veliki pistolj za pojasom. Nakon toga je dolazio nekoliko noci poslije i silovao me je na isti nacin , te je jednom prilikom mi rekao da je moj djeveru Zarki Obaradoviću pričao da je bio na vojnoj obuci u Zengama u Hrvatskoj te da je navodno također mom djeveru govorio da mi srbi komšije treba da bjezimo s nima kako bi se soapasili. Ja sam u tom periodu bila trudna i od posljedica silovanja koji je Adem vršio nada mnom izgubila dijete , bila sam n tada u

---

4

*Potpis svjedoka* *Obradović Anto*

Potpis svjedoka *Obradović Anđa*

*trecem mjesecu trudnoce kada sam u toj tamnici imala spontani pobacaj, a u izjava sam objasnila da mi je Ajka Junuzović donosila nekakve krpe kako bi zaustavila krvarenje. Tokom tih noći kada je Adem dolazio da me siluje jednom prilikom mi je rekao da je on u vojnoj policiji zajedno sa još jednim vojnikom koji se zove Asim ili Kasim ne mogu se sad tacno sjetiti.*

*Jedne prilike znam da su bili došli neki vojnici iz Divića koji su trazili da me zakolju pa me je Sinanović Šahbaz , kako bi to izbjegao jedne večeri odveo kod sebe kući gdje sam provela nekoliko dana sa njegovom suprugom Fatimom koju smo zvali Sadika,a koja mi je bila skolska drugarica . Poslije tih par dana odvedena sam u Cersku  te sam u svojim izjavama ranije  objasnila šta sam sve dozivjela u tom periodu. U Cersku su me odveli Šahbaz Sinanović i njegov badzo odnosno muz  njegove svastike , Fatimine sestre kojim ja ne znam ime.   Jedne prilike dok sam u Bajrićima bila u zatvoru pretukao me je jedan vojnik u crnoj uniformi koji je došao u tamnicu sa djevojkom koja je isto bila u crnoj uniformi i zvali su je „hosovka“. Ja tada nisam znala o kome se radi ali mi je neko , nakon što sam razmjenjena rekao  da je to izvijesni „ Gumeni „  sa Kula Grada.*

*Napominjen da Sinanović Šahbaza nisam znala od prije, a Sinanović Muharema zvanog „Šiško“ sam poznavala  jer je on radio kao kondukter u Drina Transu a ja sam putovala na pisao njihovim autobusima na relaciji  od Novog sela do Zvornika jer sam bila  zaposlena u vezionici.*

PAUZA OD ___:___ sati do _____ sati.  Potvrđujem da nisam razgovarao o istrazi za vrijeme pauze.

1.  Potvrđujem da nemam ništa više da dodam.

2.  Potvrđujem da nemam primjedbi na način na koji je vođen razgovor i da mi nije prijećeno niti bilo šta obećano.

3.  Potvrđujem da su prema mom najboljem znanju i uvjerenju odgovori istiniti.

4.  Potvrđujem da sam pročitao izjavu i potvrđujem da je to vjeran zapisnik razgovora i stavljam svoj potpis ispod, na vrh i dno svake stranice.

Izjava svjedoka završena u:      12,40      sati

| Stručni saradnik | Svjedok | Tužilac |
|---|---|---|
| *Elma Muhedinović* | *Anđa Obradović* | *Milanko Kajganić* |

Istrazitelj

*Elvir Kadrić*

---

5

*Potpis svjedoka* *Obradović Anđa*

*Signature of the witness* _____

**BOSNIA AND HERZEGOVINA**
**PROSECUTOR'S OFFICE OF BiH**
**S A R A J E V O**

> Case No. T20 0 KTR0004193 09
> Date: 9 June 2014

## WITNESS EXAMINATION
## RECORD

| | |
|---|---|
| **Place of examination:** | Public Security Station in Zvornik |
| **Provisions related to the criminal offense:** | War Crimes against Civilians under Article 173 of the CC BiH and War Crimes against Prisoners of War under Article 175 of the CC BiH |
| **Suspects:** | Muharem Sinanović et al. |
| **Witness summoned by:** | Prosecutor's Office of BiH |
| **Date of summon:** | 9 June 2014 |

**ATTENDEES:**

| | | |
|---|---|---|
| 1. | **Prosecutor:** | Milanko Kajganić |
| 2. | **Witness:** | Anđa Obradović |
| 3. | **Legal Officer:** | Elma Muhedinović |
| 4. | **Record-taker:** | |

**Commenced at:      11:30 hrs**

### NOTICES AND CAUTIONS

1.  *The official languages of Bosnia and Herzegovina – Bosnian, Croatian and Serbian, as well as both scripts, Latin and Cyrillic, are in equal official use before this Prosecutor's Office. If you do not understand the official languages of the Prosecutor's Office, provisions shall be made for oral translation of your statement and translation of official documents and other pieces of written evidence (Article 8 of the CPC BiH).*

2.  *I confirm that I do understand the language used at this examination.*

    **YES:      Signature of the witness** _____  **TIME: 11:30 hrs**



EXT-KOSTJEREVAC-00086

*Signature of the witness* _____

*Signature of the witness* _____

3.   *I do confirm that this record can be kept in the Latin script.*

     **Signature of the witness:** _____   **TIME: 11:30 hrs**

4.   *You are obligated to provide the following personal details (Article 86(3) of the CPC BiH).*

| | |
|---|---|
| **Surname and name:** | Anđa Obradović |
| **Father's name:** | Slavko |
| **Mother's name:** | Radojka |
| **Mother's maiden name:** | Milošević |
| **Date of birth:** | 10 June 1956 |
| **Place of birth:** | Petkovci, Zvornik Municipality |
| **Occupation:** | housewife |
| **Are you employed:** | - |
| **Place of employment:** | - |
| **Are you married:** | married |
| **Citizenship:** | BiH |
| **Ethnicity:** | Serb |
| **The detailed address where** | |
| **you will receive written documents:** | Novo Selo, Drinjača 75410 Zvornik |
| **Telephone number:** | 056 376 139 |

5.   *You are cautioned that you are under obligation to notify the Prosecutor's Office and the Court on any change of your address and place of residence.*

6.   *You are under obligation to testify. Should you refuse to testify, the Court may impose a fine on you (Article 81(1) and (7) of the CPC BiH). However:*

     a.   *You may refuse to testify only if you are related to the suspect by marriage or family relations (Article 83 of the CPC BiH).*

     b.   *You may refuse to testify if your response would result in the danger of bringing prosecution upon your spouse or close relative.*

     c.   *You are entitled to refuse to answer such questions with respect to which a truthful reply would result in the danger of bringing prosecution upon yourself. In order to answer such questions too, you may seek immunity. Immunity may be granted by the decision of the Chief Prosecutor of BiH. If you have been granted immunity, you shall*



EXT-KOSTJEREVAC-00087

*Signature of the witness* _____

*Signature of the witness* _____

*testify and you shall not be prosecuted except in case of false testimony. (Article 84 of the CPC BiH).*

7.    *You are called upon to tell the truth (Article 86(2) of the CPC BiH).*

8.    *You shall not withhold anything (Article 86(2) of the CPC BiH)*

9.    *You are cautioned that giving a false statement constitutes a criminal offence carrying the sentence of imprisonment (Article 86(2) of the CPC BiH as read with Article 235 of the CC BiH).*

10.   *If you or your family are under a serious risk or threat, you may seek to be heard as a protected witness.(Law on Protection of Witnesses under Threat and Vulnerable Witnesses and Article 91 of the CPC BiH).*

11.   *You are entitled to read the record or to request to have the record read out to you, and to enter any changes before signing it.*

12.   *The record shall be dictated to the record-taker. You shall monitor the drafting of the record on the computer display in front of you. Should you consider that the record contains any errors, you may correct them while the record is being made as well as at the end of examination.*

**I hereby confirm with my signature that I have understood all the above referenced notices and cautions.**

Signature of the witness: _____      TIME: 11:30 hrs



EXT-KOSTJEREVAC-00088

3

*Signature of the witness* _____

# WITNESS STATEMENT

**The witness commenced giving the statement at:**        **11:30 hrs**

*I have given several statements so far. In addition, I testified in The Hague in 2005. I gave statements in the Prosecutors Office and the Police, where I explained everything: how I had been captured on 17 September 1992 during the attack on Novo Selo, and what I survived during the time I spent in captivity up until the time when I was exchanged, on 5 February 1993. I fully stand by my statements. I will now precisely answer only your concrete questions.*

*Thus, on 17 September 1992, I had been, along with my husband, visiting the house of his sister Branka Ilić and her husband, Zoran Ilić, when I was captured by soldiers wearing black uniforms. One of them wanted to slit my throat with his knife, but luckily, Kadrija (I do not know his last name) happened to be there. He was in the civilian clothing and had no arms. He defended me having told the others that I was not to be blamed for anything. I had not known him from before, but I was subsequently told that a man called Kadrija had saved me.*

*He handed me over to Muharem known as Šiško, who took me to the Command seated in the village of Bajrići, where I was interrogated. After I had spent the night there, they blindfolded me and took me to a prison, which was about five to ten minutes away from the prison on foot. I stayed in this prison until 4 October 1992. I have explained in my previous statements how the prison looked like. Several days later, a Muslim soldier came to the prison and told me that they would bring in a Chetnik and that I should question him about everything. They brought in a tall blond man. He was around age 40. He was brought in with his hands tied in front of him with a wire. He wore a blindfold, and he was in his bare feet. He told me that his name was Nenad Lukić, and that he was from the village of Raševo, which was in the direction of the place of Šekovići; that he run out of ammunition and that he was captured. He also told me that he had a wife and two children living in Serbia, and that the soldiers who had captured him told him that he had to confess everything, or otherwise they would "pull out his eyes". He stayed in the prison for about an hour, whereupon Muslim soldiers took him outside the prison, beat him in front of the prison in such a way that he cried as an animal. When I subsequently asked Šahbaz about Nenad's destiny, he told me that "they had killed him", on which occasion he (Šahbaz) vomited. I got married to Novo Selo on 25 January 1992. Just before the mere outbreak of the war, I was with my husband when we met Adem Kosterjevac, whom my husband had known from before, since they lived in close vicinity. My husband told me then his name. We met him on a hillock, which was about 100 meters away from our family house in Novo Selo. Adem was tall, with black hair and moustache. He asked my husband to by some flour to his wife and children, because he was not present there, that is, he was in Croatia. I had met his sister about fifteen days before the war. I cannot remember her name now. I met her in the way that, at the time, she had visited my brother-in-law's wife, Mlenija Obradović, and brought her some jam, since they had been good friends from before. I remember that Adem's sister had three children at the time.*

*After being brought to that prison in Bajrići, Adem Kosterjevac came to the prison on the first evening. He wore a black uniform. I remember him saying at the time: "Strip off your clothes, you will now see how a Turk f....". I obeyed him, because I had to strip off my clothes out of fear. Then he raped me. He told me to lie down and he acted out his instincts. He was biting me and telling me that we would not stay even in Belgrade. I was crying, but he would not stop doing that for I do not remember how long time. I know that he carried a riffle and had a big pistol at his belt. After this incident, he kept coming for the following several nights and raping me repeatedly in the same way. He once told me that he told my husband's brother Zarko Obradovic that he had attended military training with the Zengas in Croatia. In addition, he allegedly also told him that we, the Serb neighbors, had to flee in order to save our lives. At the time, I was three months pregnant, and as a result of being repeatedly raped by Adem, I had a miscarriage in that dangeon.*

4

Alisa
Rajak-Čolaković
SARAJEVO

*Signature of the witness* _____

---

I explained in the referenced statements that Ajka Junuzović had brought me some cloths to stop the bleeding. During one of the nights when Adem was coming to rape me, he told me that he was within the Military Police along with another soldier called Asim or Kasim, I cannot recall it precisely now.

On one occasion, soldiers from Divići had come and requested to slit my throat. In order to avoid that, Šahbaz Sinanović had taken me one night to his house, where I spent several days with his wife Fatima, whom we used to call Sadika, and who was my school friend. After those several days, I was taken to Cerska. In my previous statements, I explained what I had survived in that period. I was taken to Cerska by Šahbaz Sinanović and the husband of his sister-in-law, or his wife Fatima's sister, whose name I do not know. During my stay in the Bajrići prison, I was once beaten up by a soldier in a black uniform, who had entered the dungeon along with a young girl, also in a black uniform, and whom they called a "HOS girl". At the time, I did not know who they were. However, after my exchange, someone told me that he was one "Gumeni" from Kula Grad.

I note that I had not known Šahbaz Sinanović from before. I did know Muharem Sinanović a.k.a. "Šiško" because he used to work as a conductor in the "Drina Trans" Company. I travelled to work by their busses along the Novo Selo-Zvornik route, because I had been employed in an embroidery factory.

BREAK FROM …:… hrs TO: …:… hrs. I confirm that I did not discuss the investigation during the break time.

1.   I confirm that I have nothing else to add.

2.   I confirm that I have no objections to the manner in which the examination was conducted and that no threats or promises were made unto me.

3.   I confirm that the answers that I have given are true to the best of my knowledge and belief.

4.   I confirm that I have read the statement and I confirm that it is a faithful record of the conversation. I affix my signature hereunder as well as on top and bottom sections of each page.

**Taking of the witness's statement completed at:** 12:40 hours.


**Legal officer**              **Witness**                    **Prosecutor**

*Elma Muhedinović*            *Anda Obradović*               *Milanko Kajganić*


**Investigator**

*Elvir Kadrić*



*Signature of the witness*_____

BOSNA I HERCEGOVINA
TUŽILAŠTVO-TUŽITELJSTVO BiH
S A R A J E V O
Broj: KT-RZ-15/06
Sarajevo, 30.04.2007. godine

Z A P I S N I K
O SASLUŠANJU SVJEDOKA

Sastavljen dana 30.04.2007. godine u prostorijama Tužilaštva-Tužiteljstva BiH u Sarajevu, u kaznenom predmetu broj: KT-RZ-15/06, protiv osumnjičenog Naser Orić i dr., zbog kaznenog djela Ratni zločin protiv civilnog stanovništva iz članka 173. stavak 1. KZ BiH.

PRISUTNI:
1. Tužitelj:    Sanja Jukić
2. Pripravnik: Ivana Matijević
3. Svjedok:    Anđa Obradović
4. Zapisničar: Radmila Ilišković

**Započeto u 11,45 sati**

Na temelju članka 86. stavak 2. opominjem Vas da ste dužni govoriti istinu. Ne smijete ništa prešutjeti. Upozoravam Vas da je davanje lažnog iskaza kazneno djelo propisano člankom 235. Krivičnog zakona BiH za koje je zaprijećena kazna zatvora od 6 mjeseci do 5 godina.

Na temelju članka 86. stavak 3. svjedok o sebi daje slijedeće podatke:

| | |
|---|---|
| Prezime i ime: | **Obradović Anđa** |
| Ime oca: | **Slavko** |
| Ime majke: | **Radojka** |
| Djevojačko prezime majke: | **Milošević** |
| Datum vašeg rođenja: | **10.06.1956.** |
| Mjesto rođenja: | **Petkovci – opština Zvornik** |
| Šta ste po zanimanju: | **domaćica** |
| Jeste li zaposleni i gdje: | **Ne** |
| Da li ste udati-oženjeni: | **Da** |
| Imate li djece: | **Troje** |
| Čiji ste državljanin: | **BiH** |
| Nacionalnost: | **Srpkinja** |

**Jeste li u srodstvu sa osumnjičenim: nesrodan sa osumnjičenim**
**Tačna adresa mjesta boravka na koju ćete primati pismena: Novo Selo - Drinjača 75410 Drinjača.**

Upozoravam Vas da ste dužni Tužiteljstvo i Sud obavještavati o svakoj promjeni adrese ili promjeni boravišta.

Na temelju članka 81. stavak 5. 6. i 7. ZKP BiH dužni ste se odazivati na svaki poziv Tužiteljstva i Suda, a ukoliko niste u mogućnosti pristupiti morate o razlozima obavijestiti Sud i Tužiteljstvo.

EXT-KOSTJEREVAC-00091

2

Ukoliko ne postupite po ovom upozorenju možete biti kažnjeni novčanom kaznom do 5.000 KM, a biće naređeno Vaše prinudno dovođenje. Dužni ste da svjedočite. Ako odbijete svjedočenje Sud Vas može kazniti novčanom kaznom do 30.000 KM.

Da li razumijete ovu pouku?
Razumijem.

*Obradović Anto*
/Potpis svjedoka/

Na temelju članka 8. ZKP BiH obaveštavate se da su pred ovim Tužiteljstvom u ravnopravnoj upotrebi službeni jezici Bosne i Hercegovine bosanski, hrvatski i srpski, oba pisma – ćirilica i latinica. Ukoliko ne razumijete službeni jezik Tužiteljstva osigurat će se usmeno prevođenje Vaše izjave kao i isprava i drugog dokaznog materijala.

Da li razumijete službeni jezik Tužiteljstva na kojem pismu želite da se sačini zapisnik?

Razumijem jezik Tužilaštva, ne treba mi prevodilac želim da mi se zapisnik sačini na latinici.

*Obradović Anto*
/Potpis svjedoka/

Na temelju članka 84. ZKP BiH svjedok se poučava:
- Imate pravo da ne odgovarate na pitanja ako bi Vas istinit odgovor izložio kaznenom gonjenju,
- Da biste odgovorili i na ta pitanja možete tražiti imunitet.
  Ukoliko dobijete imunitet dužni ste svjedočiti i nećete biti kažnjeno gonjeni osim ako ste dali lažni iskaz.
- Za vrijeme Vašeg saslušanja na Vaš zahtjev Sud Vam može odrediti za savjetnika advokata ukoliko niste u stanju sami koristiti svoja prava, a Vaši interesi ne mogu se zaštititi na drugi način.

Na temelju članka 91. ZKP BiH možete tražiti da budete saslušani u položaju zaštićenog svjedoka u skladu sa Zakonom o zaštiti svjedoka pod prijetnjom i ugroženih svjedoka.

Da li razumijete ove pouke?
Razumijem.

*Obradović Anto*
/Potpis svjedoka/

IZJAVA SVJEDOKA :

Ja sam pozvana kao svjedok da kažem sve što znam što sam doživjela kada sam zarobljena 17.09.'92. godine i govorim sljedeće?
     Dana 16.09.'92. godine, ja sam živjela u Novom Selu općina Zvornik i živjela sam sa svojim mužem Stanojom Obradović i nismo imali djece. Moja svekrva je već otišla za Srbiju, a u kući prije samog napada na selo bila sam sama ja  i moj muž koji je uspio pobjeći, a pobjegla je i moja zaova Branka Ilić.
     Međutim, prije samog upada vojske u selo ja nisam smjela izaći iz kuće, tako da sam ostala sama u kući.

EXT-KOSTJEREVAC-00092

U ranim časovima 17.09.'92. godine upala je vojska, a čula sam da govore „hvatajte ih žive". Tada sam shvatila da se radi o Muslimanskoj vojsci, a u jednom momentu sam začula pucnjeve u vrata koja su se otvorila  i u prizemlju kuće gdje sam se ja krila ušla su dvojica naoružani puškama u crnim uniformama, sa crnim čarapama na glavi i rukavicama, a imali su proreze na očima i rekli su mi da su „Zenge". Odmah su me pitali gdje su četnici, a kada sam im rekla da neznam jedan od njih me je jako udario ispod  lijevog oka zbog čega i dan danas slabo vidim na to oko.

Ja sam bila u trećem mjesecu trudnoće. Izveli su me ispred kuće na jednu raskrnicu, a jedan od njih je izvadio nož i htio me zaklati, no u tom momentu je naišao moj poznanik, jedan moj komšija po imenu Kadrija koji me je spasio.

Momentom dolaska na tu raskrnicu došao je Muharem Sinanović zv. „Šiško" i odveo me u selo Bare gdje su mi previli oko, a potom me Muharem Sinanović sproveo do mjesta Bajrići i predao me u vojnu komandu gdje su me ispitivali.

Po dolasku pred tu komandu bilo je dosta uniformisanih vojnika, a radilo se o šarenim uniformama, a bilo je i žena koji su me pljuvali govoreći da me treba ubiti. Napominjem da mi je Muharem u tim momentima rekao da bi mene on pustio, ali da nesmije jer će ga ubiti njega i njegovu porodicu.

U Bajrićima me nije nitko maltretirao niti zlostavljao. U Bajrićima sam bila zatvorena u pomoćnom nekom objektu, a nakon toga su me ujutro zatvorili, prethodno mi vezali oči i proveli me do nekakve tamnice, a kažem tamnica, zato što nije bilo ni prozora samo neka mala vrata, a to sam vidjela kad sam ušla i skinula povez s očiju.

Prostorija u kojoj sam bila bila je dužine 4,50, širine 3,50 i visne 1,30 cm, a to tačno znam zato što se ja ovolike visine kolike jesam nisam mogla ispraviti. Vrata su bila drvena, a na vratima je bio jedan mali prostor prekriven mrežastom žicom. Od 18.09.'92. do 04.10.'92. godine sam boravila u toj prostoriji, a za vrijeme tog boravka donosili su mi hranu dva puta i to najčešće Šahbaz Sinanović koji je poginuo.

Nakon nekoliko dana boravka u tom podrumu došao je Adem Kostijerevac koga poznajem,  a koji je bio poznanik sa mojim mužem i djeverom. Izgledao je tada mlad, crn, imao je brkove. Nebih mogla znati kolike je visine, a nadimak mu je bio „Dupla palica", a rekao mi je da je bio u vojnoj policiji.

On je tako jedne prilike došao u taj podrum i silovao me, a ja sam na to morala pristati, jer sam bila nemoćna, zatvorena, sama bez ičije pomoći, a imao je kod sebe i automatsku pušku. Napominjem Adem tada nije bio čuvar te tamnice, nego je imao plavo vojničko odijelo. On je dolazio više puta i svaki put me je silovao i iživljavao se nadamnom.

Dok sam bila u tamnici jedne prilike je došao i Dževad Demirović da me ispituje, a li je i on poginuo.

Boravkom u toj tamnici od silovanja, ja sam izgubila trudnoću, jer sam prokrvarila, a jedne prilike mi je pomoć i krpe za krvarenje dala Ajka Junuzović kojoj nisam rekla da sam silovana, jer nisam smjela.

Napominjem i to da sam odmah kada sam uvedena u tu tamnicu 18.09.'92. dobila dimije, a kada me je jedan prvi put silovao rekao je „da vidiš kako Turčin radi", a dali su mi ime Fata. Osjećala sam se poniženo, nikako. Nakon 4.10. Šahbaz Sinanović me je izveo iz tamnice i odveo me je svojoj kući gdje su me on i njegova žena Fatima malo pripazili i tu sam provela dva do tri dana.

Nakon 2 do 3 dana Šahbaz i još jedan čovjek su me odveli u Cersku i tamo su me smjestili u komandu gdje je Šahbaz predao papire moje i rekao im da sam ja tamo ispitivana. Nakon toga su me odveli u jednu štalu koja je izgrađena od betonskih blokova, a u toj štali sam zatekla Radu Pejića, Jakova Đokića, Ilić Dragana i Sekulić Branka koje sam upoznala boravkom u toj štali. Sa njima sam bila cijelo vrijeme do 26.01.'93. godine.

U tu štalu su ulazili ljudi po nadimcima Peřko, Drago, Cicko i oni su tukli Jakova i ostale, a od stražara bio je Veiz Bijelić, a jedne prilike je došao Alaga koji je rekao da je

4

školski drug od Branka Sekulića, no međutim tada nas je on pretukao sviju redom. Ja tog čovjeka nebi mogla sada prepoznati.

Jedne prilike Veiz Bijelić koji je izgledao ovako visok, mršav, imao je brkove, bio je starijeg izgleda me je izveo iz štale i odveo iza štale gdje me je uz prijetnju da će me ubiti ukoliko nekom kažem silovao i to nekoliko puta možda čak 4., 5. večeri. Bila sam ponižena, isprebijana, krvava, mršava i bol trpim i dan danas.

Moje zdravlje se ne može ničim naplatiti, ali ja želim da Veiz Bijelić odgovara za svoje nedjelo i ovo što mi je napravio dok sam bila nezakonito zatvorena. Veiz je bio čuvar zatvora – štale u Cerskoj i nekada je bio u civilu, a nekada je bio u maskirnoj uniformi.

Čovjek po imenu Salko Kurić mi je pomagao i donio nam je jedne prilike mlijeka i to onda kada je pala Kravica. U Cerskoj sam bila zajedno sa Radom i ostali do 26.01.'93. godine, a napominjem da su uvjeti bili grozni, stravični. Nije mi ni jasno kako sam uopće mogla preživjeti. Ja sam se povjerila da sam silovana Radi Pejić, a Rado Pejić je to prenio Salku Hurić iz Cerske i onda više nisam silovana jer je Veiz bio udaljen. Nije više bio čuvar.

Dana 26.01.'93. u štali po nas je došao Zulfo Tursunović koji je bio jako korektan, znam da se tako zove, jer se tako iprestavio i poveo nas u Srebrenicu. Cijeli dan smo pješačili i u mrak smo došli u Srebrenicu, gdje su me smjestili u zatvor i to u žensku sobu, a u toj ženskoj sobi sam zatekla Milku Tomić, Milosavu Nikolić, Dostanu Filipović, Danicu, Živanu, više se i ne mogu sjetiti sviju, a znam da su Đokića, Ilića, Pejića, Sekulića zatvorili u drugu sobu, a dijelio nas je samo jedan hodnik. Cijelo vrijeme moga boravka ja sam čula jauke, kuknjavu, a najviše sam čula kako su tukli Jakova Đokića i njihove riječi „čiju ćeš vojsku više služiti". Nikome od žena prisutnih nisam rekla da sam silovana, jer sam se bojala za sigurnost svoje porodice, a i sebe same.

Dana 05.02. ja sam razmijenjena zajedno sa ženama, čovjekom Ilijom Ivanović i jednim dječakom i jednim starijim čovjekom Ratkom Popovićem koji je možda još živ, te su nas sve zajedno kamionima doveli do jednog brda zv. „Veznik" i tu smo razmijenjeni.

U zatvoru me tu u Srebrnici nije nitko zlostavljao niti tukao. Uslovi u tom zatvoru su bili grozni, nisam imala nikakvih higijenskih pomagala, a samo sam se jednom okupala za 5 mjeseci. Imala sam samo 37 kg.

Ja sam razmijenjena prije Rade Pejić, a kada sam pošla na razmjenu dozvolili su mi da se pozdravim i tada sam zadnji put vidjela i Jakova, Branka i Dragana.

Ja na kraju želim samo istinu i da se kazne svi oni koji su krivi zbog stanja u kojem sam se ja nalazila.

Nakon toga svjedok se upoznaje da ima pravo da zapisnik pročita prije nego što isti potpiše, pa izjavi, slušao sam glasno diktiranje zapisnika, tako da nije potrebno da se isti čita, isti ću potpisati.

Završeno u 13,40 časova.

Zapisničar                     Svjedok                          Tužitelj

BOSNIA AND HERZEGOVINA
PROSECUTOR'S OFFICE OF BiH
S A R A J E V O
Number: KT-RZ-15/06
Sarajevo, 30 April 2007

### WITNESS EXAMINATION RECORD

Made on 30 April 2007 on the premises of the BiH Prosecutor's Office in Sarajevo, in the criminal case No. KT-RZ-15/06, versus the suspect Naser Orić *et al.* concerning the criminal offense of War Crimes against Civilians under Article 173(1) of the Criminal Code of BiH.

### ATTENDEES:

| | | |
|---|---|---|
| 1. | Prosecutor: | Sanja Jukić |
| 2. | Legal Officer: | Ivana Matijević |
| 3. | Witness: | Anđa Obradović |
| 4. | Record-taker: | Radmila Ilišković |

### Commenced at 11:45 hours

Pursuant to Article 86, Paragraph 2, of the Criminal Code of BiH, you are called upon to tell the truth and not withhold anything. You are cautioned that giving a false statement constitutes a criminal offence provided for in Article 235 of the CC BiH carrying the sentence of imprisonment for a term of between 6 months and 5 years.

Pursuant to Article 86, Paragraph 3, of the CC BiH, the witness provides the following personal data:

| | |
|---|---|
| Surname and first name: | Obradović Anđa |
| Father's name: | Slavko |
| Mother's name: | Radojka |
| Mother's maiden name: | Milošević |
| Date of birth: | 10 June 1956 |
| Place of birth: | Petkovci, Zvornik Municipality |
| Occupation: | housewife |
| Are you employed and, if so, where: | No |
| Are you married: | Yes |
| Any children: | Three |
| Citizenship: | BiH |
| Ethnicity: | Serb |

Are you related to the suspect: not related to the suspect
The exact address where you will receive written documents: Novo Selo - Drinjača 75410 Drinjača

Please be warned that you have the obligation to inform the Prosecutor's Office and the Court about any change of your address or place of residence.

Pursuant to Article 81, Paragraphs 5, 6, and 7, of the CPC BiH, you are obligated to respond to each and every summons by the Prosecutor's Office and the Court, and if you are not able to attend you must inform the Court and the Prosecutor's Office about the reasons for non-attendance.

If you fail to act upon this instruction you may be fined with up to 5,000 KM, and you will be brought to the court by force. You have the obligation to testify. If you refuse to testify the Court may fine you with up to 30,000 KM.

Do you understand this instruction?
Yes, I do.

_____
*(Signature of the witness)*

Pursuant to Article 8 of the CPC BiH, you are hereby informed that the official languages of Bos~~ ~~ Herzegovina – Bosnian, Croatian and Serbian, as well as both scripts – Latin and Cyrillic, are in official use before this Prosecutor's Office. If you do not understand the official language of Prosecutor's Office, provisions shall be made for oral translation of your statement and translation official documents and other pieces of written evidence.

Do you understand the official language of the Prosecutor's Office and in which script would you like this Record to be kept?

I do understand the official language of the Prosecutor's Office and I wish that the record be made in the Latin script.

_____
*(Signature of the witness)*

Pursuant to Article 84 of the CPC BiH, the witness is advised as follows:
- You may refuse to answer such questions with respect to which a truthful reply would expose you to criminal prosecution.
- In order to answer such questions you may seek immunity.
  If you are granted immunity, you will be obliged to testify on such issues and you will not be criminally prosecuted unless you testified falsely.
- At your request, the Court can appoint a legal counsel during your hearing if you are not able to exercise your rights, and if your interests cannot be otherwise protected.

Pursuant to Article 91 of the CPC of BiH, you may request to be heard as a protected witness pursuant to the Law on the Protection of Witnesses under Threat and Vulnerable Witnesses.

Do you understand these instructions?
Yes.

_____
*(Signature of the witness)*

## WITNESS STATEMENT

I was summoned as a witness to tell everything I know and what I experienced when I was captured on 17 September 1992, so here is my statement.

On 16 September 1992, I lived in Novo Selo, Zvornik municipality, with my husband Stanoje Obradović. We did not have any children. My mother-in-law had already left for Serbia, so my husband and I were the only ones in the house prior to the attack; but he managed to escape, as well as my sister-in-law Branka Ilić.

However, prior to the attack by the army I did not dare get out of the house, so I remained there alone.

In the early morning hours of 17 September 1992, the army burst in. I heard them saying "get them alive," which is when I realized those were members of the Muslim army; at one moment I heard gunshots and the door to the groundfloor where I was hiding was busted open and two men entered, armed with rifles, wearing black uniforms, gloves and balaclavas on their heads, with only their eyes uncovered, and told me they were Zengas. They asked me right away where the Chetniks were, and when I told them I did not know one of them hit me

EXT-KOSTJEREVAC-00096

hard below the left eye, which is why I still have poor sight in that eye.

At the time I was three months pregnant. They took me out in front of the house to a crossroads, and one of them pulled out a knife and wanted to slit my throat, but right at that moment an acquaintance/neighbor of mine, Kadrija, passed by, and saved me.

At the moment when we arrived at the crossroads, Muharem Sinanović aka "Šiško" turned up and took me to the village of Bare where they had my eye dressed, after which Muharem Sinanović took me to the village of Bajrići and handed me over to the military command where they interrogated me.

Upon our arrival at the command, there were a lot of uniformed soldiers there, wearing camouflage uniforms, but there were some women too, who spitted at me saying I should be killed. I wish to note that at those moments Muharem told me he would have released me if it had been up to him, but that he did not dare do so for he and his family would then be killed.

Nobody mistreated or abused me in Bajrići, where I was detained in some auxiliary facility. Before they took me to that prison they blindfolded me and took me to a dungeon; I say dungeon because there were no windows there, just some small door, and I was able to see that when I came in and took off my blindfold.

The room in which I was detained was some 4.5m by 3.5m, height 1.30 m. I know that because with my height I was not able to stand straight in that room. The door was made of wood, with a small opening covered with wire netting. I was held there from 18 September to 4 October 1992, during which time I was brought food twice a day, most often by Šahbaz Sinanović, who was later killed.

After several days spent in that basement, Adem Kostjerevac, whom I knew from before the war and who knew my husband and brother-in-law, came in. Back then he looked young, with dark hair and a mustache. I cannot tell you how tall he was, but his nickname was "the double bat," and he told me he was a member of the military police.

So on one occasion he entered the basement and raped me, and I had to let him for I was helpless, incarcerated, alone, without anyone's help, and he had an automatic rifle by his side. Please note that at the time Adem was not a guard at the dungeon, but had a blue military uniform. He would then come by the dungeon repeatedly, and raped me every time, sadistically so.

While I was in the dungeon, on one occasion Dževad Demirović came in to interrogate me, but he was later killed.

Due to the repeated rape, I lost my pregnancy in the dungeon, having bled out, and on one occasion Ajka Junuzović gave me some rags to clean up, but I did not tell her I had been raped, for I did not dare to.

I also wish to note that right after I was placed in the dungeon, on 18 September 1992, I was given a set of *dimije (translator's note: piece of typical Muslim attire)*, and when Adem raped me first time around he said "just so you see how a Turk does it," and they even named me Fata *(translator's note: a typical Muslim name)*. I felt humiliated, I felt like nothing. After 4 October, Šahbaz Sinanović took me from the dungeon to his home, where he and his wife Fatima helped me recover a little, so I spent two or three days there.

After 2 or 3 days, Šahbaz and another man took me to Cerska and placed me inside the command building, where Šahbaz gave them my dossier and told them I had been interrogated. After that, they took me to a barn built of concrete blocks, and in that barn I found Rade Pejić, Jakov Đokić, Dragan Ilić and Branko Sekulić, whom I met for the first time there in that barn, and with whom I spent the entire period until 26 January 1993.

Visiting the barn at will were individuals nicknamed Petko, Drago, Cicko, and they would beat up Jakov and the others, while of the guards there was Veiz Bijelić, and on one occasion Alaga came by too, and said he was Branko Sekulić's classmate, yet on the occasion he beat up all of us. However, I would not be able to recognize and identify that man today.

On one occasion Veiz Bijelić, who was tall, skinny, with a mustache, loo̶k̶e̶d̶ took me out of the barn to a place behind the barn where he raped me repeatedly t̶h̶r̶o̶ night, 4 or 5 times perhaps, threatening to kill me if I told anyone. I was humiliate̶d̶ bloody, emaciated, and the pain never really went away.

My health cannot be paid by anything, but I want to hold Veiz Bijelić accountab̶l̶e̶ his misdeed and what he did to me when I was unlawfully detained. Veiz was a guard o̶f̶ t̶h̶ prison-barn in Cerska, and sometimes wore civilian clothing, sometimes camouflage unif̶o̶r̶m̶

The man named Salko Kurić used to help me, and on one occasion he brought me s̶o̶m̶ milk, right about when Kravica fell. I stayed in Cerska together with Rade and the others unti̶l̶ 26 January 1993, in horrible, horrible conditions. Even today I still don't know how I was able to stay alive at all. I told Rade Pejić that I had been raped, who conveyed that to Salko Hurić from Cerska, after which there was no more rape, for Veiz was removed, he no longer stood guard there.

On 26 January 1993, Zulfo Tursunović came to take us from the barn. His treatment of me was rather fair, and I know that that was his name because he introduced himself and took us to Srebrenica. We walked all day long and arrived in Srebrenica at sundown. I was placed in a prison, in a women's room, where I found Milka Tomić, Milosava Nikolić, Dostana Filipović, Danica, Živana, I cannot remember them all, while Đokić, Ilić, Pejić, Sekulić were detained in another room, with only a corridor between us. Throughout my stay there I used to hear moaning and groaning coming from that room, but what I heard most often is when they beat Jakov Đokić, and their words "whose army are you gonna serve now." I never told any of the women there that I had been raped, for I was afraid for my own and the safety of my family.

On 5 February I was exchanged, together with the women, the man named Ilija Ivanović and a boy, and an elderly man Ratko Popović, who might still be alive. They took us all together by trucks to a hill called "Veznik", which is where the swap took place.

Nobody abused me or beat me there in Srebrenica. The conditions in that prison were horrible, I did not have any hygienic items, and was able to take a bath only once in 5 months. I was reduced to 37 kg of bodyweight.

I was exchanged shortly before Rade Pejić, and when I left for the exchange location they allowed me to say goodbye, which was the last time I saw Jakov, Branko and Dragan.

At the end, I only want the truth and that all those who are responsible for the condition I found myself in be punished.

The witness is advised that she has the right to read the transcript before she signs it, to which she said she had heard a dictation of the record so there is no need for her to read it, and will sign it right away.

Completed at 13:40 hours.


| Record-taker | Witness | Prosecutor |
|---|---|---|
| *(signed)* | *(signed)* | *(signed)* |


*I hereby confirm that this document is a true translation of the original written in Bosnian/Serb/Croat.*
*Sarajevo, 19 December 2017*
*Branislav Banjac*
*Certified Court Interpreter for English*

Branislav Banjac
SARAJEVO
Бранислав Бањац
САРАЈЕВО

EXT-KOSTJEREVAC-00098

REPUBLIKA SRPSKA
OKRUŽNO TUŽILAŠTVO BIJELJINA
Kt. br. 5/01
Datum, 18.01.2007.godine

## ZAPISNIK
## O SASLUŠANJU SVJEDOKA

Sastavljen dana, 18.01.2007.godine u prostorijama Okružnog tužilaštva Bijeljina, u krivičnom predmetu br. S.Kt. 5/01 protiv osumnjičenog  Bijelić Vejiz i dr.  zbog krivičnog djela iz čl. 142 KZ RS – Opšti dio.

**PRISUTNI:**

**1.Tužilac: Nebojša Jovanović**
**2.Svjedok: Anđa Obradović**
**3.Zapisničar: Dragica Veselinović**

Započeto u 10,30  časova.

Prije davanja podataka o sebi svjedok se podučava u smislu čl. 8 ZKP RS da su pred ovim tužilaštvom u ravnopravnoj upotrebi službeni jezici Republike Srpske , jezik srpskog naroda, jezik bošnjačkog naroda i jezik hrvatskog naroda, kao i pisma ćirilica i latinica, te da se može služiti svojim jezikom ili nekim od službenih jezika Republike Srpske koji razumije,  da ukoliko želi koristiti svoj jezik i ne razumije nijedan od službenih jezika RS obezbijedit će mu se usmeno prevođenje, kao i prevod isprava i drugog pisanog materijala.

Na datu pouku svjedok izjavi: Razumio sam gore  navedene pouke, razumijem jezik Tužilaštva na kojem se vodi postupak i nije mi potreban prevodilac, želim da se moja izjava napiše latiničnim pismom.

Što potpisom potvrdi *Obradović Anđa*

Na osnovu čl. 150 st. 2 ZKP-a RS upozoravam Vas da ste dužni govoriti istinu. Ništa ne smijete prećutati, te da je davanje lažnog iskaza krivično djelo propisano čl. 365 KZ RS za koje je propisana kazna do 5 godina, odnosno od 1 do 8 godina zatvora.

S hodno odredbi čl. 150 st. 3 ZKP-a RS o sebi daje sledeće podatke:

**Prezime i ime: Obradović Anđa r. Radović**
**Ime oca: Slavko**
**Ime majke: Radojka**

Djevojačko prezime majke: Milošević
Mjesto rođenja: Kitovnice, opština Zvornik
Datum rođenja: 10.06.1956. godine
Zanimanje: vezilja
Da li je zaposlen i gdje: nezaposlena
Da li je oženjen – udata: da
Ima li djece: da, troje
Državljanstvo: BiH i RS,
Je li u srodstvu sa osumnjičenim: nije u srodstvu sa osumnjičenim,
Tačna adresa prebivališta: Novo Selo – Drinjača 75410, opština Zvornik
Broj telefona: 056-376-139,

Svjedok se upozorava da je dužan Tužilaštvo i Sud obavjestiti o svakoj promjeni adrese ili promjeni prebivališta (boravišta):

Na osnovu čl. 145 st. 5, 6 i 7 ZKP RS dužni ste odazivati se na svaki poziv Tužilaštva i Suda, a ukoliko niste u mogućnosti pristupiti morate o razlozima obavjestiti Tužilaštvo i Sud. Ukoliko se ne odazovete na poziv Tužilaštva i Suda možete biti kažnjeni novčano do 5.000 KM, a može biti naređeno Vaše prinudno dovođenje. Dužni ste da svjedočite, ako odbijete svjedočenje Sud Vas može kazniti do 5.000 KM.

Na osnovu čl. 147. ZKP RS, svjedok se upozorava da može da odbije svjedočenje ako je bračni ili vanbračni drug osumnjičenog, srodnik po tazbini do drugog stepena, usvojenik ili usvojilac osumnjičenog.

S hodno odredbi čl. 148 ZKP RS svjedok se poučava:
    - Da ima pravo da ne odgovori na pitanje ako bi ga istinit odgovor izložio krivičnom gonjenu, a da bi odgovorio na takvo pitanje može tražiti imunitet, te ukoliko dobije imunitet mora svjedočiti i neće za to biti krivično gonjen, osim ako da lažan iskaz.
    - Da za vrijeme saslušanja, a na njegov zahtjev Sud mu može odrediti savjetnika-advokata, ukoliko nije sam u stanju koristiti svoja prava, a njegovi interesi se ne mogu zaštiti na drugi način.
    - Da može tražiti da bude saslušan u položaju zaštićenog svjedoka u skladu sa Zakonom o zaštiti svjedoka.

Na pitanje tužioca da li je razumio pouku, svjedok izjavi : Razumjela sam gore navedene pouke i to potvrdi svojim potpisom *Ostojić Anđa*

Nakon toga svjedok u vezi krivičnog predmeta zbog kojeg je pozvan da svjedoči

3.

# I Z J A V I

Ja sam dala već izjavu u SJB Zvornik 03.11.2005. godine koju ste mi sada pročitali, to je moja izjava ostajem kod iste u cjelosti i danas i na Vaša pitanja što budem znala rećiću.

Ja sam uhapšena 17.09.1992. godine u ujutru u 05,30 sati u mjestu Novo Selo u kući moje zaove i zeta Zorana Ilića, jer sam tu bila smještena, a moja kuća odatle je udaljena 800 metara. Bila sam u drugom stanju, treći mjesec, nisam bila vojno angažovana. Uhapsila su me dva lica koji su bili u crnim uniformama, rekli su da su Zenge, nisam ih poznavala niti su mi rekli ime. Kad su me izveli iz kuće na raskrsnicu jedan me udario bokserom u lijevu stranu lica ispod oka i nanio i povredu, a na raskrsnici je tada prišao meni dobro poznat Sinanović Muharem zv. Šiško, koji je prije rata bio kondukter u Drina-trans Zvornik na relaciji Kamenica – Zvornik i mislim da je on iz zaseoka Bajrići, koje je oko 3 kilometra od mog sela. Dakle, poznavala sam ga imao je tada, mislim da je rođen 1958. godine. Tad mi je prišao s njim i Kadrija , mislim da mu je ime ocu Haso, i on je komšija od tog Sinanović Muharema, neznam gdje je radio. Dakle, kad su njih dva prišla i kad su me ova dvojica što su me uhapsili htjeli zaklati, jer su to rekli, Kadrija je rekao nije ona ništa kriva. Odatle su me odveli preko mjesta zv. Bare koje je u blizini Novog Sela i odveli me u Bajriće. Odveo me je sam Sinanović Muharem i to u ambulantu u tom mjestu Bare gdje mi je pružena medicinska pomoć, gdje su mi previli povredu koju mi je nanio taj jedan što me udario. U Barama me u ambulanti previo Mustafić Refik koji je iz Novog Sela, dakle, moj komšija, a radio je prije rata u našem Domu Zdravlja u Zvorniku, nije bio oženjen bio je mlad, on je po struci bi mediciner sa Srednjom školom i poznavala sam ga lično. Nakon previjanja Sinanović Muharem me je odveo u Bajriće u neku njihovu komandu vojnu koja je bila u jednoj kući, neznam, čija je kuća, tu je bilo dosta njihovog naroda muslimanskog, jedni su govorili zakoljite je šta je vodite, objesite četnikušu, pljuvali i tome slično i tu sam prenoćila u podrumu, da bi ujutru vezali mi oči i odveli me u neki objekat za koje su rekli da je njihovo sklonište, to je podrumska prostorija, objekat nova gradnja do kojeg sam išla pješke oko 5 do 10 minuta, tako da nisam vidjela kuda su me vodili. U tom podrumu gdje su me smjestili odvezali su mi oči i dali mi da obučem dimije, moju odjeću su negdje odnijeli nije mi više ni vraćena i rekli su mi da se od sad zovem Fata. Otprilike tu sam bila do 01.10.1992. godine, a odatle odveo me je Sinanović Šahbaz, koji je brat od Sinanović Muharema, odnosno ja sam tako čula od njih, koji me odveo svojoj kući u blizini tog skloništa, jer je njegova supruga Sadika sa mnom išla zajedno u školu, tako da sam poznavala nju. Kod njega sam bila tri dana, da bi me  04.10.1992., godine iz njegove kuće odveli preko nekih brda, da bi na tim brdima prenoćili, zatim me odveli u Cersku sledeći dan tj. 05.10.1992. godine, te sam prenoćila u nekoj prostoriji kao prodavnica, da bi sledeći dan odveli me u zatvor u štalu u Rovašima, mislim da se tako zovu.  Ja sam u ranijoj izjavi isticala da me je u mjestu Bajrići, u toj tamnici o kojoj sam vam sad govorila silovao Adem Kostjerevac. Mogu pojasniti to silovanje ako me pitate. Naime, Adem je bio u Vojnoj policiji, jer je i nosio uniformu Vojne policije i

zvali su ga po nadimku Dupla palica, on je bio starosti oko, mislim da je rođen 1960. godine, kao i moj muž, ime mu ocu neznam, mislim da je iz tih Bara o kojim sam govorila. Adem je to činio tako što je noću dolazio u tu tamnicu u Bajrićima gdje sam bila smještena, jer sam ja bila sama smještena u toj rpostoriji koja je veličine oko 4,53 x 3,58 metara i visine oko 1,30 metara, jer znam da ja koja sam visoka 1,57 metara nisam se mogla ispraviti, silovao me tako što bi me oborio na betonsku ploču pokrivenu slamom i to je činio oko 5 do 6 večeri, nisam sigurna ali znam da je to sve činio do dana kad su u tu tamnicu doveli još jednog srbina, kog se sada sjećam zvao se Nenad Lukić iz Raševa kod Šekovića, o kome sam već govorila u svojoj ranijoj izjavi. Nakon svakog silovanja govorio mi je da ću roditi Aliju, a po dovođenju Nenada nije više dolazio da me siluje. Posle njegovih silovanja ja sam i izgubila moju trudnoću koju sam imala ranije sa mojim mužem. Kad su doveli Nenada bio je u civilnoj odjeći sa vezanom nekom krpom preko očiju i ruke vezane žicom, noge bose, rekao mi je da ima ženu i dvoje djece i rekao je da mene neće ubiti, jer me štiti neki policajac po imenu Adem, a rekao je za sebe da su rekli da će ga ubiti. Vjerovatno su mu rekli i za mene da me neće ubiti. Nenad je bio samo oko 45 minuta u tamnici sa mnom. Nisam za to vrijeme mogla vidjeti da li je modar, ali je rekao da su ga tukli i da su rekli da će ga mučki ubiti. Bilo je tamno u prostoriji pa nisam mogla vidjeti povrede. Nakon 45 minuta su ga izveli, njih dvojica muslimana sa oružjem, jedan ga je prilikom izvođenja udario kundakom od puške, čim su ga izveli čula sam jauke koji su dopirali po mojoj procjeni sa udaljenosti nekih od 30 do 50 metara, to je bio njegov glas, ti jauci su bili otprilike jedno satipo do dva vremena, a zatim njegov glas se više nije čuo. Odmah posle toga došao je Sinanović Šahbaz, a to je ovaj što me vodio svojoj kući, i rekao jesi li budna, rekla sam da jesam. Pitala sam ga šta je sa Nenada, ne čuje se njegov glas, a Šahbaz mi je rekao ubili su ga jebi im mater, i Šahbaz je posle toga tu ispred tog zatvora povraćao, jer sam to vidjela kroz jedan otvor koji je bio veličine jedno 20 cm i preko istog mrežasta žica, vjerovatno je povraćao od tog prizora koji je doživio gledajući kako ga tuku. Nije mi rekao ko ga je ubio, ni čime. Pominjala sam ime Demirović Dževada zv. Gumeni, čula sam da je sa Kule Grada u Zvorniku, bio je od mene mlađi i on mi je dolazio kad sam bila u tamnici u Bajrićima, te pošto sam imala zlatnog nakita po rukama tražio je da mi odsječe prste na kojima je zlato, ali nije to učinio jer nije dala jedna žena koja je s njim bila. Taj Demirović Dževad me je udario, tako što je uhvatio moju glavu za kosu i mojom glavom tuko od neko kolje koje je bilo u toj prostoriji u Bajrićima i nanio mi povredu u predjelu gornjeg dijela čela. I tu povredu mi je zbrinuo taj Mustafić Refik tako što je došao tu u tu tamnicu i previo mi povredu. Tu u Bajrimića štitio me je Mehmed Junuzović i njegova supruga Ajka i oni su iz tih Bajrića. On mi se tako predstavio i rekao da je radio sa mojim tečom Milošem Ilićem iz Novog Sela, a inače ga nisam do tada znala. On mi je donosio mljeka i šećera, donosio da promijenim dimije i tako nije dao kad bi neko htio da me tuče, barem danju, na osnovu čega sam zaključila da je on stanovao tu negdje blizu.

*Obrodobrt Anjo*

5.

Kad sam smještena u štalu u Rovašima tu sam zatekla sledeće srbe zatvorene:

-Đokić Jakov  rođen 1972.g. iz Kalabača, opština Šekovići, neznam mu ime oca iako je on rekao,

-Ilić Dragan, rođen 1975.g. iz mjesta Vukšići kod Milića,

-Sekulić Branko rođen 1967. godine, od Milića i on,

-Pejić Rado zv. Mišo iz Gobelja kod Milića.

U tom zatvoru bili su sledeći čuvari zatvora:

-Bijelić Vejiz, bio je stariji od mene ali neznam koliko,

-jedno lice po imenu Alija, neznam prezime niti ime oca, starosti oko 1958 do 1960 godine rođen, pričao je da je radio u preduzeću Standard u Zvorniku i da zna moju zavu Milenu.

-bila su još dva lica otac i sin čuvari neznam njihove lične podatke , niti odakle su.

Lice po nadimku Alaga, a neznam mu pravo ime i prezime, niti odakle je, vjerovatno rođen 1967. godine, jer je bio mlađi, a i Branko  Sekulić, koji je bio sa mnom u zatvoru, rekao da je to njegov školski drug i da mu je nadimak Alaga. Ovaj čovjek nas je tukao u tom zatvoru u Rovašima prvo muškarce, a onda i mene, a najviše je tukao Sekulić Branka, tako što je imao jedno drvo dužine oko 70 cm, debljine oko 8 cm, a tukao nas je i nogama i rukama. Dok sam bila u toj štali u zatvoru u Cerskoj dolazio mi je Hurić Salko, odnosno svima nama i donosio nam je hrane, kako je šta kad imao, donosio nam je dimije, marame svima i muškarcima i meni i štitio bi nas u slučaju kad bi muslimanski vojnici dolazivši sa linije i ako su imali gubitke u ljudstvu htjeli bi da nas pobiju, a ako bi se on tu zatekao nije dao da otvore štalu. Vjerovatno je njegova kuća bila tu blizu. Ja bih lično čula kad bi govorio da im neda da uđu u štalu i govorio im nisu oni krivi vidite da su oni robovi.

Rekla sam u ranijoj izjavi da me je dok sam boravila u tok štali u mjestu Rovaši više puta izvodio iz štale i silovao Bijelić Vejiz čuvar tog zatvora, tako što bi me odvodio iza štale i povalio na golu zemlju i mislim d aje to učinio jedno 5 do 6 puta, ali nisam sigurna, odnosno činio je sve to dok nisam Pejić Radi zv. Mišo, koji je bio sa mnom u zatvoru povjerila se gdje me do Vejiz izvodio i kad sam ja Miši rekla da me izvodi Vejiz i siluje Mišo je to rekao tom Hurić Salki, jer je bio dobar sa Salkom, pa je nakon toga Salko došao, otvorio vrata štale i pozvao me da izađem. Kad sam izašla ispred štale u prisustvu i Bijelić Vejiza, Salko me pitao Anđo je li te silovao Bijelić Vejiz ovih večeri. Ja sam rekla jeste više puta, dok sam govorila to plakala sam. Vejiz na to ništa nije govorio, samo je oborio glavu zemlji i pocrvenio se. Nakon toga Salko je rekao mu sram te bilo i nemoj da te više ovdje vidim i zaista ga više tu nisam ni viđala tj. Bijelić Vejiza sve do 26 januara. Tada sam ga vidjela jer smo krenuli tada za Srebrenicu, tako što je on došao da nas otključa i izvede iz štale, tad je došao sa Tursunović Zulfom i još nekim licima.

*Obradović Anđo*

Odatle sam odvedena u zatvoru u Srebrenici zajedno sa ovim srbima koji su sa mnom bili u toj štali, a koje sam već navela.

U zatvoru u Srebrenici pored mene, Ilić Dragana, Pejić Rade, Đokić Jakova i Sekulić Branka, koji smo dovedeni iz Rovaša, tu su bili zatočeni još sledeća lica:

- Nikolić Milosava iz Kravice,
- Filipović Dostana iz Bjelovca,
- Dostanina unuka Filipović Olivera i unuk Filipović Nemanja,
- Tomić Milka,
- Milena neznam joj prezime i ostale podatke,
- Nada neznam joj prezime i ostale podatke,
- Živana neznam joj prezime i ostale podatke,
- Živanina kćerka Svjetlana,
- Jedan dječak po imenu Željko,
- baka Danica, neznam ostale podatke,
- baka Stojanka, neznam ostale podatke,
- Ivanović Ilija – dijete, neznam ostale podatke,
- Popović Ratko, neznam ostale podatke,

To je od ovih što ja sam upoznala, ali je u odjeljenju gdje su bili muškarci, bilo još mnogo muškaraca srba, s tim što ja neznam njihove lične podatke, ali ih je bilo dosta, Kad sam pošla u razmjeni 06.02.1993. godine tražila sam od muslimana po nadimku Gedžo koji je došao i rekao da idemo na razmjenu, da posjetim ove zarobljenike što su zajedno sa mnom bili u Rovašima i dozvolio mi je i kad sam ih pogledala oni su bili takvi da su strašno izgledali jer su bili potpuno crni, neugledni, jer su smršali i potpuno propali. Po izvršenoj razmjeni nisam nigdje bila u bolnicu jer su rekli da nema mjesta, ali su mi obavili sve zdravstvene preglede i rekli su mi da se ne krećem puno jer sam dosta malokrvna, dali su mi lijekove. Od ovih silovanja, koje sam pomenula, nisam ostajala u drugom stanju. Ja se nisam protivila kad me Vejiz izvodio na silovanje, a i kad me Adem silovo, što je činio u tamnici u kojoj sam bila, jer se nisam smjela javiti kako tada tako ni kad mi je Demirović zv. Gumeni rekao da će mi odsjeći prste i ne bi se javila ni da ih je počeo sjeći. Adem mi je rekao, nakon silovanja, da ako kome reknem da će me zaklati, tako da o njegovom silovanju nisam nikome ni govorila. Osim Bijelić Vejiza i Kostjerevac Adema, o kojima sam govorila, mene više niko nije silovao za vrijeme mog boravka u zarobljeništvu kod muslimana u ovom ratu, niti je pokušavao da siluje.

Nemam više ništa izjaviti, zapisnik mi nije potrebno čitati, te isti potpisujem bez primjedbi.

Ispitivanje završeno u 11,55 časova.

ZAPISNIČAR          SVJEDOK                    OKRUŽNI TUŽILAC

                                              Nebojša Jovanović

REPUBLIKA SRPSKA
DISTRICT PROSECUTOR'S OFFICE OF BIJELJINA
Kt. 5/01
Date: 18 January 2007

### WITNESS EXAMINATION RECORD

Composed on the premises of the District Prosecutor's Office of Bijeljina on 18 January 2007, in the criminal case S.Kt. 5/01 against the suspect Vejiz Bijelić *et al.* for the criminal offense under Article 142 of the KZ RS /Criminal Code of the Republika Srpska, CC RS/ - General Part.

**ATTENDEES:**

**1. Prosecutor: Nebojša Jovanović**
**2. Witness: Anđa Obradović**
**3. Record-taker: Dragica Veselinović**

Commenced at 10:30 hours.

Prior to providing her personal details, the witness is advised that according to Article 8 of the ZKP RS /Criminal Procedure Code of the Republika Srpska, CPC RS/ the official languages of the Republika Srpska – the language of the Serbian people, the language of the Bosniac people and the language of the Croatian people – are equally used before this Prosecutor's Office as well as Cyrillic and Latin alphabets, and that she may use her own language or one of the official languages of the Republika Srpska that she understands. The witness was advised that if she wished to use her mother tongue and did not understand any of the official languages of the RS provisions shall be made for oral interpretation of her statement and translation of official documents and other written pieces of evidence.

Having listened to the given instruction, the witness stated: I have understood the aforementioned instructions, I understand the language of the Prosecutor's Office in which the procedure is being conducted, I do not require an interpreter and I prefer that my statement be composed in the Latin alphabet.

Confirmed by signature / *signature of the witness/*

Pursuant to Article 150(2) of the CPC RS, you are hereby cautioned about your duty to tell the truth and not to withhold anything. Giving a false statement is a criminal offense under Article 365 of the CC RS punishable by imprisonment for a term not exceeding five years or for a term between one and eight years.

Pursuant to Article 150(3) of the CPC RS, the witness provided the following personal details:

**Full name: Anđa Obradović (maiden name Radović)**
**Father's name: Slavko**
**Mother's name: Radojka**



**Mother's maiden name: Milošević**
**Place of birth: Kitovnice, Zvornik municipality**
**Date of birth: 10 June 1956**
**Occupation: Embroiderer**
**Employment status (if employed, specify where): unemployed**
**Marital status: Married**
**Any children: Yes, three**
**Citizenship: BiH and the RS**
**Relation to the suspect: not related**
**Exact residence address: Novo Selo – Drinjača, 75410, Zvornik municipality**
**Telephone number: 056-376-139**

The witness is cautioned about her duty to inform prosecutor or the court regarding a change of address or residence.

Pursuant to Article 145(5), (6) and (7) of the CPC RS, you have a duty to respond to each and every summons by the Prosecutor's Office or the Court; if you are unable to appear you are required to justify your absence to the Prosecutor's Office or the Court. If you fail to respond to a summons by the Prosecutor's Office or the Court, the Court may impose on you a fine in an amount up to BAM 5,000 or may order your apprehension. You have a duty to give a statement; should you refuse to give a statement, the Court may impose on you a fine in an amount up to BAM 5,000.

Pursuant to Article 147 of the CPC RS, the witness is cautioned that she may refuse to give a statement if she is the spouse or cohabitee of the suspect, relative by marriage up to the second degree, an adoptive parent or adoptive child of the suspect.

Pursuant to Article 148 of the CPC RS, the witness is advised as follows:
- You have the right to refuse to answer questions if a truthful answer thereto would result in your criminal prosecution. In order to answer such questions you may seek immunity. If you are granted immunity you must testify and you shall not be prosecuted except in case of false statement.
- At the witness's request, a lawyer as the advisor can be assigned to the witness by the Court's decision during the hearing if the witness is not able to exercise his/her rights and if his/her interests cannot be protected in some other manner.

You may ask to be examined as a protected witness in accordance with the Law on Protection of Witnesses.

When asked by the prosecutor is she understood the instructions, the witness stated: I have understood the aforementioned instructions and, in confirmation thereof, the witness affixed her signature. */signature of the witness/*

Thereafter, the witness gave the following statement regarding the criminal offense for which she was summoned to appear.

## STATEMENT

I have already given a statement at the Zvornik SJB /Public Security Station/ on 3 November 2005 that you have just read out to me; that is my statement and I stand by it in its entirety. And today, when answering your questions, I will tell what I know.

I was arrested at 05:30 hours on 17 September 1992 in Novo Selo in the house of my sister-in-law and her husband Zoran Ilić because I was staying there, while my house was 800 meters away. I was three months pregnant; I was not in the army. I was arrested by two persons wearing black uniforms; they said they were Zengas. I did not know them and they did not tell me their names. After they took me out of the house into the crossroads one of them hit me with brass knuckles in the left side of the face under the eye and injured me. Muharem Sinanović aka Šiško, a men well known to me, approached me at the crossroads; before the war he was a bus conductor at *Drina-trans* Zvornik on the Kamenica - Zvornik line and I think he was from the hamlet of Bajrići, about three kilometers from my village. I knew him, at that time he was, I think he was born in 1958. Kadrija was with him; I think his father's name was Haso and he was Muharem Sinanović's neighbor; I do not know where he worked. When the two of them approached and when those two men who arrested me were about to slit my throat (that is what they said), Kadrija said "she hasn't done anything wrong". From there they took me via place called Bare in vicinity of Novo Selo and to Bajrići. I was taken there by Muharem Sinanović, to the infirmary in Bare where I received medical treatment – they dressed the injury caused by the man who had hit me. Refik Mustafić tended to my injury in the infirmary in Bare; he was from Novo Selo, a neighbor of mine; he used to work in our Health Centre in Zvornik, he was not married, he was young, he completed secondary medical school and I knew him personally. After the medical treatment Muharem Sinanović took me to Bajrići to some military HQ of theirs located in a house, I do not know who owned the house, there were many Muslim people there, some said "slit her throat, why are you taking her, hang the Chetnik woman", they were spitting and the like and I spent that night in the basement. On the next morning I was blindfolded and taken to a structure; they said it was their shelter; it was a basement area, a new building. It took 5-10 minutes to get there on foot; I did not see which route we took. They removed the blindfold in the basement and gave me 'dimije' /Muslim women's trousers/ to wear; they took my clothes away somewhere and never gave it back to me and they told me that my now would henceforth be Fata. I was there until about 1 October 1992, and from there I was taken away by Šahbaz Sinanović, Muharem Sinanović's brother (that is what I heard from them). He took me to his house in vicinity of that shelter because his wife Sadika and I were schoolmates and I knew her. I was in his place for three days. On 04 October 1992 I was taken out of his house across some hills, we spent the night on those hills. I was taken to Cerska on the next day, i.e. 5 October 1992. I spent the night in a room, it was like a store, and the next day they imprisoned me in a barn in Rovaši, I believe that was the name. I pointed out in my prior statement that Adem Kostjerevac raped me in Bajrići, in the prison that I just mentioned. I can explain the rape if that is what you are asking me. Namely, Adem was with the Military Police because he was wearing the Military Police uniform and

/signature of the witness/


Elmedin Šupić
SARAJEVO
Елмедин Шупић

EXT-KOSTJEREVAC-00107

he had a nickname 'Dupla palica'. As for his age, he was about, 1960, the same as my husband, I do not know his father's name, from the Bare that I mentioned. Adem did that by coming during the prison in Bajrići where I was; I was in that room the size of about 4.50 and the height of about 1.30 meters; I know because I am 1.57 meters not stand up. He raped me by knocking me down onto a concrete slab straw and he did that on five or six evenings, I am not sure, but I do know it up to the day when they brought another Serb to that prison. As I recall it was Nenad Lukić from Raševo near Šekovići; I mentioned him in my prior statement. After each time he raped me he would say that I would give birth to Alija, but he did not rape me ever again after Nenad was brought. After the rape lost my pregnancy. When they brought Nenad he was in civilian clothes with a piece of cloth over his eyes and his hands were tied with a piece of wire; his feet were bare. He told me that he had a wife and two children and he said that they would not kill me because I was under the protection of a police officer named Adem. As for himself, he said that they said that they would kill him. They probably told him that they would not kill me. Nenad was only for about 45 minutes with me in the prison. During that time I could not see if he was covered with bruises, but he did say that he was beaten and that they said that he would die a painful death. It was dark in the room and I could not see if he had any injuries. He was taken out 45 minutes later by two armed Muslims; as they were leading him out one of them hit him with a rifle butt. As soon as they took him out, I heard shouts of pain coming from a distance of about 30 to 50 meters in my estimate, it was his voice, the shouting lasted for about an hour and a half or two hours and then I no longer heard his voice. Šahbaz Sinanović showed up immediately thereafter; he was the person who took me to his house. He said: "Are you awake?" I said I was. I asked him what happened to Nenad, I could not hear his voice. Šahbaz told me "they killed him, mother f...!" After that, Šahbaz vomited outside the prison, I saw that through an opening the size of about 20 cm and through a mesh; he vomited probably because he saw the beating. He did not tell me who killed him or how he was killed. I mentioned the name of Dževad Demirović aka Gumeni, I heard that he was from Kula Grad in Zvornik, he was younger than me and he used to visit me when I was in the prison in Bajrići. As I had gold jewelry on my hands he wanted to cut off my fingers on which I had gold jewelry, but he did not do that because he was prevented to do that by a woman that was with him. Dževad Demirović hit me by grabbing my hair and banging my head against some poles that were in that room in Bajrići, injuring the upper part of my forehead. Again Refik Mustafić tended to my injury; he came to the prison and took care of my injury. There in Bajrimići I was protected by Mehmed Junuzović and his wife Ajka and they were from Bajrići. That is how he introduced himself and said that he used to work with my uncle Miloš Ilić from Novo Selo, but I did not know him from before. He brought me milk and sugar, a new pair of 'dimije' and he prevented all those who wanted to beat me, at least during the day. Based on that, I concluded that he was living nearby.

/signature of the witness/

When I was taken to the barn in Rovaši I found the following Serbs imprisoned there:
- Jakov Đokić, born in 1972 from Kalabač, Šekovići municipality, I do not know his father's name although he did say it;
- Dragan Ilić, born in 1975, from Vukšići near Milići;
- Branko Sekulić, born in 1967, he too was from Milići;
- Rado Pejić aka Mišo from Gobelj near Milići.

The following persons were the guards in that prison:
- Vejiz Bijelić, he was older than me, but I do not know how much,
- a person by the name of Alija, I do not know his last name or his father's name, born between 1958 and 1960, he said that he worked in *Standard* Company in Zvornik and that he knew my sister-in-law Milena.
- there were two more persons, a father and a son, guards, I do not know their personal details or where they were from.

A person with the nickname Alaga, I do not know his real name or where he was from, he was probably born in 1967 because he was younger, and Branko Sekulić, who was with me in the prison, said that that was his schoolmate and had a nickname Alaga. That man beat us in that prison in Rovaši; he first beat the man and then me. He beat Branko Sekulić most with a piece of wood about 70 cm long and about 8 cm thick; he also punched and kicked us. While I was in that barn, in that prison in Cerska Salko Hurić came to see him, actually he came to see all of us and he brought us food, whatever he had, he brought us 'dimije', kerchiefs for everyone, the men and me, and he protected us when Muslim soldiers, returning from the frontline and having sustained losses, wanted to kill us; if he was present there he would not allow them to open the barn. His house was probably nearby. I personally heard him saying that he did not allow them to enter the barn; he would tell them "it's not their fault; you can see that they are slaves".

I said in my prior statement that while I was in that barn in Rovaši Vejiz Bijelić, a guard in that prison, took me out of the barn on several occasions and raped me: he would take me behind the barn and put me on the ground. I think he did that five or six times, but I am not sure; he did that until I confided in Rade Pejić aka Mišo (he was with me in the prison) where Vejiz was taking me. After I told Mišo that Vejiz was taking me outside and raping me, Mišo said that to Salko Hurić because he was on good terms with Salko. After that Salko showed up, opened the barn door and told me to come out. When I got outside the barn Salko asked me in the presence of Vejiz Bijelić: "Anđa, did Vejiz Bijelić rape you during the previous evenings?" I said "yes, several times", crying. Vejiz did not say anything to that; he just lowered his head to the ground and turned red. After that, Salko told him "you should be ashamed of yourself; I don't want to see you face around here anymore". Indeed, I did not see him (Vejiz Bijelić) there until 26 January. That is when I saw him because we set out for Srebrenica; he came to unlock the door and lead us out of the barn. That is when Zulfo Tursunović came with some other persons.

/signature of the witness/



From there I was taken to a prison in Srebrenica together with the other Serbs who [...]
me in that barn, and I already mentioned them.
In addition to me, Dragan Ilić, Rade Pejić, Jakov Đokić and Branko Sekulić as the persons [...]
from Rovaši, the following persons were also detained in that prison in Srebrenica:

- Milosava Nikolić from Kravica,
- Dostana Filipović from Bjelovac,
- Dostana's granddaughter Olivera Filipović and grandson Nemanja Filipović,
- Milka Tomić,
- Milena (I do not know her last name or other details),
- Nada (I do not know her last name or other details),
- Živana (I do not know her last name or other details),
- Živana's daughter Svjetlana,
- A boy named Željko,
- Old woman by the name of Danica (I do not know other details),
- Old woman by the name of Stojanka (I do not know other details),
- Ilija Ivanović – child (I do not know other details),
- Ratko Popović (I do not know other details).

Those were the ones that I met, but in the male section there were many Serb men; I do not
know their personal details, but there were many of them. When I was about to be exchanged
on 6 February 1993, I asked a Muslim nicknamed 'Gedžo' who came and said that we would
be exchanged to visit those prisoners who were with me in Rovaši and he allowed me. When I
looked at them, they looked terrible: they were completely black, nondescript, they lost
weight. After the exchange I did not go to any hospital because they said that there was no
room, but I was given a medical examination and they told me that I should not move around
much because I was anemic, they gave me medication. The rapes that I mentioned did not
result in a pregnancy. I did not offer resistance when Vejiz took me out to rape me and the
situation was the same when Adem was raping me in the prison because I did not dare come
forward. Did not say anything when Demirović aka Gumeni said that he would cut off my
fingers and I would not have said anything even if started cutting my fingers. Adem told me
after the raping that he would slit my throat if I told anyone, and so I never told anyone that he
had raped me. Except for Vejiz Bijelić and Adem Kostjerevac, whom I referred to, no one else
raped me during my stay in captivity with the Muslims during this war, nor did anyone else try
to do that.

That is all that I wanted to say. There is no need to read out the record and I sign it with no
objections.

Completed at 11:55 hours.


RECORD-TAKER          WITNESS          DISTRICT PROSECUTOR
/signature/            /signature/       /signature/

I hereby confirm that this document is a true translation of the original rendered in the Bosnian/Croatian/Serbian
language.
Sarajevo, 14 December 2017.

Elmedin Supic
Certified Court Interpreter for the English Language

EXT-KOSTJEREVAC-00110

## МИНИСТАРСТВО УНУТРАШЊИХ ПОСЛОВА
### ЦЕНТАР ЈАВНЕ БЕЗБЈЕДНОСТИ БИЈЕЉИНА
#### СТАНИЦА ЈАВНЕ БЕЗБЈЕДНОСТИ ЗВОРНИК
Адреса Светог Саве б.б, Зворник , тел: 056/210-128, факс:056/210-704

Број: 16-1-5/02-230-1021/09
Дана: 24.09.2009 године

# З А П И С Н И К
### о прикупљању изјаве од лица

Састављено дана 24.09.2009. године  у просторијама СЈБ  Зворник ,  а у вези узимања изјаве од лица Обрадовић Анђе из Новог Села, општина Зворник,  на околности учињеног кривичног дјела ратног злочина у мјесту Ново Село, општина Зворниук којом приликом сте заробљени дана 17.09.1992. и одведени у логор  Бајриће, Церску и Сребреницу.

Започето у 14,00 часова.

Присутни:

1.  Овлаштено службено лице: Костић Стево
2.  Записничар: Ањимовић Миле
3.  Лице: Обрадовић Анђа

У смислу члана 8 ЗКП БиХ лице се поучава да су у равноправној употреби службени језици српског народа, језик бошњачког народа и језик хрватског народа. као и оба писма, ћирилица и латиница, да се може служити својим језиком или неким од службених језика БиХ, који разумије, те да уколико жели искористити свој језик и неразумије један од службених језика БиХ, обезбједит ће се усмено превођење и превод исправа и др. писаног материјала.

Да ли разумјете језик на којем разговарамо?
ДА
Да ли вам треба преводилац?
НЕ
Којим писмом желите да се сачини записник?
ћирилицом

Потпис: *Обрадовић Анђо*

У смислу члана 219. став 2. и 3. ЗКП-а БиХ, свједок се поучава да не мора дати никакву изјаву нити одговарати на постављена питања, осим давања личних података.

Да ли сте разумјели ваша права?
ДА

Дали ћете одговарати на постављена питања овлаштеног службеног лица?
ДА

У смислу члана 86. став 2 ЗКП-а БиХ лице се поучава да је дужно говорити истину, да ништа не смије прећутати, те да је давање лажног исказа кривично дјело

прописано чланом 365. КЗ-а БиХ, за које је прописана казна затвора од 6 мјесеци до 5 година, односно 1 до 8 година.

Дали сте разумјели поуку?                    Потпис: *Обрадовић*

ДА

Лице о себи даје личне податке:
Ваше име и презиме:  Анђа Обрадовић
Да ли имате надимак: Нема
Име оца:  Славко
Име мајке: Радојка
Дјевојачко презиме мајке: Милошевић
Дан,мјесец и година рођења: 10.06.1956.г.
Мјесто рођења: Китовнице, Зворнк
Мјесто становања:  Зворник –Ново Село бб.
Шта сте по занимању: домаћица,
Јесте ли запослени и гдје: незапослена
Јесте ли ожењени – удата Да
Имате ли дјеце:не: Да троје
Чији сте држављанин: РС БиХ ;
Националност : Србкиња
Подаци узети из л.к. бр. 03ГКА2680
Јмб: 1006956188913
Телефон за контакт: 056/376-139

Лице се упозорава да је дужан о свакој промјени адресе или промјени пребивалишта (боравишта) обавијестити Суд.

Дали сте разумјели упозорење?             Потпис: *Обрадовић Анђа*

ДА

У смислу члана 83. ЗКП-а БиХ, лице се упозорава да може одбити свједочење ако је брачни или ванбрачни друг осумњиченом, сродник осумњиченом по крви у правој линији, сроднику побочној линији до трећег степена и сродник о тазбини до другог степена, усвојеник или усвојилац осумњиченог.

Дали сте разумијете поуку?                 Потпис: *Обрадовић Анђа*

ДА

У смислу члана 84. ЗКП-а БиХ, лице се поучава да има право да не одговара на питања ако би га истинит одговор изложио кривичном гоњењу, а да би одговорио на таква питања може тражити имунитет, те уколико добије имунитет мора свједочити и неће бити зато кривично гоњен, осим ако да лажан исказ, да му се може, а на његов захтјев, одредити савјетник – адвокат уколико није сам у стању користити своја права, а његови интереси се не могу заштити на други начин, те да може тражити да буде саслушан у положају заштићеног свједока у складу са Законом о заштити свједока.

Дали сте разумјели:                          Потпис: *Обрадовић Анђа*

ДА

Након потписивања наведених права са којима је упознат, овлаштеном службеном лицу даје следећу:

EXT-KOSTJEREVAC-00112

И З Ј А В У

**Питање: Госпођо Анђ шта нам ви можете рећи о томе када је нападнуто ваше мјесто Ново Село, општина Зворник и ко га је напао?**

Ја сам 1992.године живјела у мјесту боравка гдје сам удата, Ново Село, општина Зворник са мужем Станојем Обрадовићем и у браку нисам имала дјеце. Моја Свекрва је избјегла у Србију а ја сам била у кући моје заове Бранке Илић. Дана 16.09.1992.године била сам код моје мајке у Петковцима, општина Зворник, и након посјете истог дана сам се вратила у Ново Село. Дана 17.09.1992.године у раним јутарњим сатима око 05,30 часова, моје село су опколиле Муслиманске снаге из правца села Шахмани, општина Зворник и окружили су село и направили су потковицу око села тако да је нама остало само рјека Дрина као могући излаз. У том моменту моја заова која је била на спрату куће, док сам ја била у приземљу, успјела је побјећи и сакрити се код једне стијене у близини куће уз обалу рјеке Дрине тако што су били у води она и још неки мјештани наведеног села. Мене су затекли у приземљу куће двојица наоружаних у црним униформама са чарапама на глави и рукавицама са изрезима на прстима, те су се представили да су зенге, а који су развалили врата и при уласку мене питали гдје су четници, а затим ме један од њих ударио песницом у предјелу глве испред лијевог ока гдје ме је залила крв, нанијевиши видну повреду од чега сам и данас оштећена јер невидим на лијево око, иако сам тада била трудна 3 мјесец и моја трудноћа је била видљива. У том моменту извадио је нож говорећи да ћеме заклати и извели су ме из куће те довели до раскрснице сеоског пута, када је у том моменту нишло лице коме незнам презиме само знам да се зове Кадрија и исти је из Новог Села и са њиме је био Мухарем Синановић зв. Шишко који је радио у Дринатрансу Зворник као кондуктер те су ме одбранили, говорећи «није она крива, она је синоћ стигла». Одатле ме је Мухарем Синановић зв. Шишко одвео у село звано Баре и предао ме у њихову војну амбуланту гдје је било још лица који су били рањени и ту ме је превио а потом је Мухарем Синановић зв. Шишко мене саму спровео до мјеста Бајрићи и предао ме у њихову војну команду. По доласку пред команду било је доста присутних униформисаних војника и жена који су мојим доласком мене пљували и упућивали ми увредљиве ријечи као што су «треба је заклати, објесити, убити и др.». Доласком у унутрашњост команде затекла сам тројицу људи којима ја незнам имена и један од њих ми је дао таблету проитив болова и стреса, а Синановић је рекао «ову жену смо заробили и морао сам је довести овдје» након чега је изашао а уступ до команде ми је рекао «ја бих тебе пустио, али несмијам због своје породице јер ће ми је побити» Присутни у команди су ме питали гдје су четници притом су ми показивали личне карте Илић Лазара, Илић Зорана, Живиновић Горана, Илић Радована, Марковић Васе и још неких којима се несјећам имена а мене из лично познато да су већ погинули, стим што су Илић Радован и Живановић Горан остали живи а личне карте су узели из њихових кућа. Ту су ме испитивали око један сат времена, а послије испитивања су ме одвели у подрум исте куће и ту ме саму закључали. У наведеном подруму сам преноћила без хране и пића, да би ујутру извели ме наполе везали ми очи крпом и водили су ме отприлике пет-десет минута до некакве тамнице, гдје су ме затворили знам да је била подрумска просторија дужине 4,50 м, ширине 3,50 м и висине 1,30 м, сва је била од бетона, вррата су била дрвена, док прозора није било осим једног малог отвора на вратима који је био покривен мрежастом жицом, на патосу од бетона се налазила некаква слама.Ту су ми одвезали очи и ту сам боравила од 18.09.1992.године до 04.10.1992.године.

**Питање: Госпођо Анђо можете ли нам рећи шта се дешавало у логору, како се поступало према вама као затвореном лиц у том затвору-логору?**

За вријеме боравка у наведеној тамници су ми доносили храну два пута дневно, а чували су ме стражари који су се мјењали сваки вече и у смјени је било по један чувар од истих сам упамтила да се један зове Шахбаз Синановић брат Мухарема за којег сам чула да је погинуо. Након три проведена дана у тамници у ноћним сатима у тамницу је ушао Адем Костијеревац, познајем га лично мој је комшија из Новог Села и том приликом ме

силовао и иживљавао се на мени и у том његовом иживљавању ја сам изгубила трудноћу. Костјеревац Адем је више ноћи мени долазио у затвор и силовао ме и у току силовања Фахрудин Демировић зв. Тумени, и једна жена зв. Хосовка обоје су били у црним униформама и том приликом ме Фахрудин испитивао «гдје су четници» подносећи ми нож под врат пријетећи да ће ме заклати али у тим намјерама га је спречила Хосовка, да би Фахрудин том приликом повукао ме за косу и мојом главом ударио од некакво коље нанјевши ми видне повреде на глави. Сутра дан је дошао медицинар Рефик који ми је указао љекарску помоћ тако што ми је превио главу и зауставио крварење. По самом доласку у наведену тмницу други дан су ми донијели димије, натјерали ме да их обучен и одредили су ми име Фата. Након поменуте посјете од стране Фахрудина можда је био трећи дан у тмницу су довели једно лице српске националности и рекли ми да га ја испитујем. Лице које је доведено мени се представило да је Ненад Лукић из Рашева код Шековића, био је висок плав, плавих очију, старосне доби око 30-ак година, руке су му биле везане, очи су му биле повезане крпом, био је бос и на њему је била цивилна одјећа. Самном у тамници је исти био отприлике два сата. Док је био самном он ми је рекао да има жену и двоје дјеце и рекао је да су избјегли у Србију и бодрио ме да ћу остати жива и да ме заступа некакав полицајац по имену Адем. Исте вечери Лукића су извели тројица војника са пушкама који су га тукли, ја сам чула јауке и негдје око поноћи је утихнуо. Пошто је стражар био поменути Шахбаз истог сма питла шта је са Лукића он ми је одговорио да је завршио те је том приликом повпаћао, вјероватно од призора који је видјео. Дана 04.10.1992.године из тамнице ме извео Синановић Шахбаз и одвео ме својој кући. Његова супруга је моја школска другарица и ту сам провела два-три дана и ту сам имала редовну храну и није ме нико малтретирао. Након три дана Шахбаз и његов бацо су ме одатле одвели у Церску у команду и тамо су их питали јели су заробљена испитана и кад је Шахбаз рекао да јесте, показао им моје папире а одатле су ме Шахбаз и његов бацо одвели на једно брдо и затворили ме у једну шталу која је израђена од бетонских блокова и ту ме затворили. У штали сам затекла затворене Ђокић Јакова 1972.годиште из Калабача, општина Шековићи, Илић Драгана 1975. годиште из Милића, Секулић Бранка 1967.годиште од Милића и Раду Пејића зв. «Мишо» из Гобеља, општина Милићи. У наведеној штали заједно са њима сам провела читаво вријеме до 26.01.1993.године. За вријеме мога боравка заједно са њима, чували су нас по двојица стражара дању и ноћу. Од стражара сам запамтила једноме име и звао се Алага. Један стражар затвора звао се Веиз и он је једне прилике мене извео из штале и одвео ме у стражару гдје су они стражарили и искористио одсутнос другог стражара силовао ме и иживљавао се на мени а послије ми запретио да несмијем никоме рећи. За вријеме тог боравка свакодневно су ту долазили непознати који су нас малтретирали и ударали. Стражар у затвору који је био у штали у Церској Алага је једне прилике мене поставио на један метар од зида шамарао ме, и кад се није тога задовољио ударио ме ногом у стомак којом приликом сам изгубила свјест.

Док сам ту била у затвор је долазио Салко Хурић старији човјек који је све нас који смо били у затвору је штитио. Када је надамном извршио силовање Веиз ја сам се пожалила Ради Пејићу који је био у затвору самном и он је то пренио Салки Хурићу и послије тога је Веиз ноћ одстрањен као стражар и више се није ту појављивао. Дана 26.01.1993.године у шталу гдје смо били затворени код нас је дошао Зулфо Турсуновић са двојицом војника и обратио се нама да нас мора живе довести у Сребреницу, те су нас пјешице довели у Сребреницу. Путовање је трајало читав један дан. У току путовања Бранко Секулић је остао на путу су једним војником па је он други дан дошао у Сребреницу до коњу. У Сребреницу смо дошли по мраку и смјестили су нас у неку мрачну собицу и док смо ту чекали дошла су три униформисана војника са црним унифомама и сунчаним наочалима и одмах су почели да туку, тукли су Ђокића, Илића и Пејића док Секулић није био стигао и тукли су су их док нису сви прокрварили. Мене том приликом није нико дирао а након тога је дошао је Зулфо Турсуновић који када је видио да су наведени крвари напао је

EXT-KOSTJEREVAC-00114

тројицу војника који су тукли затворенике, говорећи им да то нису смјели радити. Одатле су нас одвели у затвор у Сребреници и мене су издвојили у женско одјељење а мушкарце одјељену сам затекла Милосаву Николић из Кравице, Филиповић Достану из Бјеловца њену снају Миру, унуку Оливеру и унука Немању, Милку Томић, двије жене по имену Милена, једну Наду, Живану са кћерком Свјетланом, једног дјечака Жељку који је био трећи разред ОШ, Даницу, Стојанку а свима незнам презимена. У затвору у Сребреници провела сам све до 05.02.1993.године, а за то вријеме у затвору мене и жене које сам затекла у затвору није нико матретирао. Напоменула бих да сам на сами дан када сам обавјештена да ћу да будем размјењена тај дам замолила сам и добила одобрење и посјетила сам затворене мушкарце који су самном дошли из Церске у Сребреницу. Дозволи су ми и кад сам их обишла видјела сам да су били црни од батина, запазила сам да је Јаков Ђокић био у најтежем стању. Затвор за мушкарце видјела сам да је био неуредан и сви су лежали на поду. У нашем женском затвору је био под и имале смо по једно ћебе свака од нас. Тога дана када је била размјена су нас жене и са нама било је и понеки мушкарац од којих се сјећам Ивановић Илије дјечака који је био заробљен код оваца, Поповић Ратка старијег човјека су нас у камиони ма довезли до једног брда који се зове Везник и ту су нас размјенили.Могу да извим да сам имала 57 кг. кад сам заробљена а у вријеме размјене имала сам 37 кг. тежиен.

**Питање: Госпођо Анђо да ли нам ви можете рећи шта је било са имовине, кућа и помоћних објеката и стоке у селу?**

Што се тиче тога могу да кажем да кад сам изашла из логора село је било пусто, куће и помоћне зграде и сви објекту су запаљени и изгорели, становиштво је протјерано, стока свиње побијене а говеда и овце отјерани, Из села су отјеране пољопривредне машиене трактори, косачице, сијачице, казани, каце и све што је било машина у селу.


У смислу члана 154.ЗКП БиХ свједок се поучава да има аправо да прочита записник или да захтјева да се исти прочита:

     Хоћете ли прочитати записник или да вам се прочита?
     ДА
Дали имте примједби на записник?
     НЕ
Дали желите још нешто да изјавите?
     НЕ
Хоћете ли потписати записник?
     ДА


У смислу члана 219 став 4. ЗКП-а БиХ, лице се поучава да у року од 3 дана има право притужбе тужиоцу.

Прикупљање изјаве завршено у 19,00 часова.


ЛИЦЕ:         ЗАПИСНИЧАР:     ОВЛАШТЕНО СЛУЖБЕНО ЛИЦЕ
Обрадовић Анђа     Алимовић Миле     Стево Костић

## REPUBLIKA SRPSKA
### MINISTRY OF THE INTERIOR
### PUBLIC SECURITY CENTER BIJELJINA
### PUBLIC SECURITY STATION ZVORNIK

Address: Svetog Save b.b., Zvornik, Phone: 056/210-128 Fax: 056/210-704

Number: 10-1-5/02-230-1021/09
Date:   24 September 2009

# R E C O R D
### of taking a statement from a person

Made on 24 September 2009, on the premises of the Zvornik SJB (Public Security Station), concerning the taking of a statement from Anđa Obradović from Novo Selo, Zvornik Municipality, about the circumstances of the criminal offense of war crimes committed in the place of Novo Selo, Zvornik Municipality, when Anđa Obradović was captured on 17 September 1992 and taken to camp in Bajrići, Cerska and Srebrenica.

Commenced at 14.00 hrs.

Attendees:

1. Authorized Official Person:  Stevo Kostić
2. Record-taker: Mile Aćimović
3. Person giving a statement: Anđa Obradović

Pursuant to Article 8 of the CPC B-H, you are hereby informed that the official language of the Serb people, the language of the Bosniak people, and the language of the Croat people, as well as both scripts – Latin and Cyrillic, are in equal official use, and that you are entitled to use your language or some of the official languages of Bosnia and Herzegovina that you understand. If you want to use your language and you do not understand one of the official languages of Bosnia and Herzegovina, provisions shall be made for oral interpretation of your statement and translation of official documents and other written evidence.

Do you understand the language at which we converse?
YES.
Do you need an interpreter?
NO.
In which script do you want the Record to be made?
In Cyrillic.

Signature: *Obradović Anđa*

Pursuant to Article 219, Paragraphs 2 and 3 of the Criminal Procedure Code of Bosnia and Herzegovina (CPC B-H), you are hereby instructed that you do not have to give any statement or answer the questioned posed, except for providing personal information.

Do you understand your rights?
YES

EXT-KOSTJEREVAC-00116

Edina Naretljak

Will you answer the questions of the Authorized Official Person?
YES.

Pursuant to Article 86, Paragraph 2, of the CPC B-H, you are called upon to tell the truth and not withhold anything. You are cautioned that giving a false statement constitutes a criminal offense provided for in Article 365 of the Criminal Code of Bosnia and Herzegovina (CC B-H) carrying the sentence of imprisonment for a term of between six months and five years, that is, between one year and eight years.

Do you understand this instruction?          Signature: *Obradović Anđa*
YES.

The person provides the following personal data:

First name and surname:          Anđa Obradović
Any nickname:                    None
Father's name:                   Slavko
Mother's name:                   Radojka
Mother's maiden name:            Milošević
Date of birth:                   10 June 1956
Place of birth:                  Kitovnice, Zvornik
Place of residence:              Zvornik, Novo Selo bb [no number]
Occupation:                      Housewife
Are you employed:                Unemployed
Marital status:                  Married
Any children:                    Yes, three
Citizenship:                     Republika Srpska Bosnia and Herzegovina
Ethnicity:                       Serb
Data taken from ID card number 03GKA2680
Citizen's Personal Identification Number: 1006956188913
Telephone number:                056/376-139

Please be warned that you have the obligation to inform the Court about any change of your address or place of residence.

Do you understand this caution?          Signature: *Obradović Anđa*
YES.

Pursuant to Article 83 of the CPC B-H, you are hereby advised that you may refuse to testify if you are a spouse or extra-marital partner of the suspect, relative of the suspect, relative of lineal descent, relative in collateral line twice removed, and an in-law once removed, adoptive child or adoptive parent of the suspect.

Do you understand this instruction?          Signature: *Obradović Anđa*
YES.



Pursuant to Article 84 of the CPC B-H, you are hereby instructed that you are entitled to refuse to answer such questions with respect to which a truthful reply would expose you to criminal prosecution. In order to answer such questions you may request immunity. If you are granted immunity, you will be obliged to testify on such issues and you will not be criminally prosecuted unless you testify falsely. At your request, you can be appointed a legal counsel – attorney, if you are not able to exercise your rights and your interests cannot be otherwise protected. You may request to be examined as a protected witness pursuant to the Law on the Protection of Witnesses under Threat and Vulnerable Witnesses.

Do you understand this instruction?     Signature: *Obradović Anđa*
YES.

Having signed the foregoing instructions and cautions concerning her rights, the person gave the following statement to the authorized official person:

## STATEMENT

**Question: Ms. Anđa, what can you tell us when your village of Novo Selo in Zvornik Municipality was attacked and who attacked it?**

In 1992, I lived in my place of residence where I had got married, that is, Novo Selo, Zvornik Municipality, with my husband Stanoje Obradović and I did not have children in the matrimony. My mother-in-law had fled to Serbia and I stayed in the house of my husband's sister Branka Ilić. On 16 September 1992, I was at my mother's in Petkovci, Zvornik Municipality, and after the visit I returned to Novo Selo on the same day. Early in the morning on 17 September 1992, that is, at around 05.30 hrs, my village was surrounded by Muslim forces from the direction of the village of Šahmani, Zvornik Municipality, and they encircled the village in the shape of a horseshoe so we were left only with the Drina River as a possible way out. At that moment, my sister-in-law Branka Ilić, who was on the upper floor of the house while I was on the ground floor, managed to escape and hide behind one cliff in the vicinity of the house by the Drina River bank by staying in the water, she and some other villagers. I was found in the ground floor of the house by two armed men in black uniforms with their heads covered in stockings and with finger-cut gloves, they introduced themselves as *Zengas* [member of the Croatian National Guard Corps; translator's note]. They forced the door open and when they entered they asked me where Chetniks were, whereupon one of them punched me to my head below my left eye and blood gushed forth, thus inflicting a visible injury on me whose effects I still suffer as I lost vision in my left eye. He punched me although I was three-months pregnant at that time and my pregnancy was visible. At that moment he took a knife out and said that he would slaughter me and they took me outside the house and brought me to the intersection of the village road, and at that moment a person came across whose last name I don't know, I only know that his name was Kadrija and that he was from Novo Selo, and together with him was Muharem Sinanović, nicknamed Šiško, who had worked at *Drinatrans Zvornik* as a conductor, and they defended me saying: "She's not to blame, she arrived last night." From there Muharem Sinanović, nicknamed Šiško, took me to the village named Bare and handed me over to their military infirmary, where there were also other persons who were wounded, and he dressed my wounds there whereupon Muharem Sinanović, nicknamed Šiško, took me alone to the place of Bajrići and handed me over to their military command. When we arrived in front of the command there were a lot of uniformed soldiers present there as well as women who spat on and cursed me when I arrived saying things like "She should be slaughtered, hanged, killed" and the like. When we entered

the command I found three men there whose names I don't know and one of them gave me a pill against pain and stress and Sinanović said: "We captured this woman and I had to bring her here." After that he got out and on our way to the command he had told me: "I would let you go, but I dare not because of my family as they would be killed." The people present in the command asked me where the Chetniks were at the same time showing to me the ID cards of Lazar Ilić, Zoran Ilić, Goran Živanović, Radovan Ilić, Vaso Marković and some others whose names I cannot remember but I knew that they had already got killed, except for Radovan Ilić and Goran Živanović, who stayed alive but whose ID cards were taken from their houses. There they interrogated me for about an hour and after the questioning they took me to the basement of that house and locked me up there alone. I slept the night over in that basement without food and drink and in the morning they took me out having first blindfolded me. They took me for some 5-10 minutes to some jail where they locked me up, I know it was a basement room 4.50 meter long, 3.50 meter wide and 1.30-meter high. It was made of concrete and the door was made of wood, it was windowless except for a small opening in the door that was covered in wire mesh, and there was some straw spread on the concrete floor. They undid my blindfold there. I stayed there from 18 September to 4 October 1992.

**Question: Ms. Anđa, could you tell us what happened in the camp, how were you treated as a person detained in that prison-camp?**

During my stay in the said jail they brought me food twice a day and I was guarded by guards who changed shifts every evening and there was one guard per shift. I remember that one of the guards was Muharem's brother Šahbaz Sinanović. I heard that Muharem had got killed. After I spent three days in the jail, Adem Kostijerevac entered at nighttime, I know him personally as he is my neighbor from Novo Selo, and on that occasion he raped me and as he abused me I miscarried. Adem Kostjerevac came to me in prison for several nights and raped me and while raping me he would tell me: "You will give birth to Alija [Muslim male name, translator's note]". While I was imprisoned, during the day one guy Fahrudin Demirović called Gumeni [the Rubber One; translator's note] and one woman called Hosovka [female member of HOS, Croatian Armed Force; translator's note] came. They both wore black uniforms and on that occasion Fahrudin asked me "Where are the Chetniks", pressing a knife against my neck and threatening to slaughter me, but Hosovka prevented him from doing it. On that occasion Fahrudin grabbed me by the hair and slammed my head against some stakes inflicting visible injuries to my head. The following day medic Refik came and he bandaged my head and stopped the bleeding. The second day after my arrival in the jail they brought me *dimije* [Muslim women's loose-fitting trousers; translator's note], forced me to put them on and named me Fata [Muslim female name; translator's note]. After the said visit by Fahrudin, it was perhaps on the third day that they brought to jail one Serb person and told me to interrogate him. That person introduced himself as Nenad Lukić from Raševo near Šekovići. He was tall, blond, with blue eyes, around 30, his hands were tied, he was blindfolded, barefoot and in civilian clothes. He stayed with me in the jail for approximately two hours. While he was with me, he told me that he had a wife and two children and that they had fled to Serbia and he attempted to cheer me up by telling me that I would stay alive and that I was protected by some policeman named Adem. On the same night Lukić was taken out by three soldiers with rifles who were beating him, I heard cries and around midnight he went quiet. Since Šahbaz was the guard I asked him what had happened to Lukić and he told me that he was finished, and he vomited on that occasion, probably because of the scene that he had witnessed. On 4 October 1992, I was taken out of the jail by Šahbaz Sinanović and taken to his home. His wife was my schoolmate and I stayed for two-three days at their place and I had regular meals there and nobody mistreated me. Two days later, Šahbaz and his brother-in-

law took me from there to Cerska, to the command, and there they were asked if the captured woman had been interrogated and when Šahbaz said yes, he showed them my documents and from there Šahbaz and his brother-in-law took me to one hill and locked me up in a stable built from concrete blocks and locked me up there. Also detained in the stable were Jakov Đokić, born in 1972, from Kalabače, Šekovići Municipality; Dragan Ilić, born in 1975, from Milići; Branko Sekulić, born in 1967, from Milići; and Rade Pejić nicknamed Mišo from Gobelje, Milići Municipality. I was in the stable together with them for the whole time until 26 January 1993. During my stay there together with them, we were guarded by two guards per shift during the day and night. I remember the name of one of the guards – Alaga. One guard's name was Veiz and he once took me out of the stable and into a guard post where they used to stand guard and he took advantage of the other guard's absence and raped me and abused me sadistically and then threatened me not to tell anything to anyone. During my stay there unknown men came on daily basis and mistreated and beat us. Alaga, the guard in the stable in Cerska, once made me stand one meter away from a wall and slapped me several times, and since that did not satisfy him he kicked me to my stomach and I lost consciousness.

While I was there Salko Hurić used to come to the prison. He was an elderly man who protected all of us who were in the jail. After Veiz had raped me I complained to Rade Pejić, who was in the prison together with me, and he passed it on to Salko Hurić whereupon Veiz was removed from the post of guard and never showed up there again. On 26 January 1993, Zulfo Tursunović came with two soldiers to the stable where we were detained and told us that he had to bring us alive to Srebrenica, so they took us toward Srebrenica on foot. The journey lasted one whole day. During the journey Branko Sekulić remained behind on the road together with one soldier and he arrived in Srebrenica on a horse the other day. We arrived in Srebrenica in the dark and we were put in one small dark room and while we were waiting there, three soldiers wearing black uniforms and sunglasses came and immediately started beating the people. They beat Đokić, Ilić and Pejić, while Sekulić had not arrived yet, and they beat them until they all started bleeding. Nobody harmed me on that occasion, whereupon Zulfo Tursunović came and when he saw that the said men were covered in blood he confronted the three soldiers who had beaten up the detainees and told them that they should not have done it. From there we were taken to prison in Srebrenica and they singled me out to women's ward, while the men were taken to men's ward of the prison … [the rest of the sentence unintelligible, translator's note]. In the women's ward there were Milosava Nikolić from Kravica, Dostana Filipović from Bjelovac, her daughter-in-law Mira, granddaughter Olivera and grandson Nemanja, Milka Tomić, two women by the name of Milena, one Nada, one Živana with her daughter Svjetlana, one boy Željko who was the third grade of elementary school, one Danica, and one Stojanka, but I do not know their family names. I stayed in the prison in Srebrenica until 5 February 1993, during which period nobody mistreated me or the women whom I had encountered in the prison. I would like to say that on the very day when I was informed that I would be exchanged I asked and was granted permission and visited the detained men who had come from Cerska to Srebrenica together with me. I was allowed to do so and when I visited them, I saw that they were black-and-blue from the beating; I noticed that Jakov Đokić was in the most grave condition. I saw that the prison for men was untidy and they were all lying on the floor. There was a floor in our, women's part of the prison, and we had a blanket each. That day when the exchange took place they took us, the women, and few men, of whom I remember Ilija Ivanović, a boy who had been captured when shepherding his sheep, and Ratko Popović, an elderly man, they took us on board trucks to one hill called Veznik and exchanged us there. I can say that I had had 57 kilograms when I had been captured and that I had 37 kilograms at the time of the exchange.

**Question: Ms. Anđa. Could you tell us what happened to the property, houses and outbuildings and cattle in the village?**

As far as that is concerned, I can say that when I got out of the camp the village was deserted, all houses and outbuildings had been set on fire and burnt down, the population was expelled, pigs were killed and cattle and sheep chased away. The farming machinery, tractors, mowers, sowers, cauldrons, tubs and all the machines in the village had been moved out of the village.

Pursuant to Article 154 of the CPC B-H, you are hereby instructed that you are entitled to read the Record or request that it be read out to you.

Will you read the Record or do you want it to be read out to you?
YES
Do you have any objections to the Record?
NO
Is there anything that you would like to add?
NO
Will you sign the Record?
YES

Pursuant to Article 219, Paragraph 4 of the CPC B-H, you are hereby instructed that you are entitled to file a complaint with the Prosecutor's Office within a period of three days.

The statement ends at 19.00 hrs.

| PERSON WHO GAVE THE STATEMENT | RECORD-TAKER | AUTHORIZED OFFICIAL PERSON |
|---|---|---|
| Anđa Obradović | Mile Aćimović | Stevo Kostić |
| [signature affixed] | [signature affixed] | [signature affixed] |

---

*I hereby confirm that this document is a true translation of the original written in Bosnian/Croatian-Serbian.*

*Sarajevo, 19 December 2017*

*Edina Neretljak, Certified Court Interpreter for the English Language*

[signature: Edina Neretljak]

[round stamp: Edina Neretljak / SARAJEVO / Едина Неретљак / САРАЈЕВО / COURT INTERPRETER FOR ENGLISH]

Potpis svjedoka *[signature]*

*BOSNA I HERCEGOVINA*
*TUŽILAŠTVO/TUŽITELJSTVO*
*BOSNE I HERCEGOVINE*
*SARAJEVO*

*Predmet br. T20 0 KTRZ0004193 09*
*Datum:        09.06.2014. godine*

## ZAPISNIK
## O SASLUŠANJU SVJEDOKA

| | |
|---|---|
| *Mjesto ispitivanja:* | Stanica javne bezbjednosti Zvornik |
| *Odredbe za krivično djelo:* | Ratni zločin protiv civilnog stanovništva iz člana 173. KZ BiH i ratni zločin protiv ratnih zarobljenika iz člana 175 KZ BiH |
| *Osumnjičeni:* | Muharem Sinanović i drugi |
| *Poziv svjedoku upućen od:* | Tužilaštva BiH |
| *Datum poziva svjedoku:* | 09.06.2014 |

*PRISUTNI:*

| | |
|---|---|
| *Tužilac:* | Milanko Kajganić |
| *Svjedok:* | Obradović Stanoje |
| *Stručni saradnik:* | Elma Muhedinović |
| *Istrazitelj* | Elvir Kadrić |

*Započeto u :        13,35   sati*

## OBAVJEŠTENJA I UPOZORENJA

1.    *Službeni jezici Bosne i Hercegovine – bosanski, hrvatski i srpski kao i oba pisma, ćirilica i latinica, su u ravnopravnoj upotrebi pred ovim Tužilaštvom. Ukoliko ne razumijete službene jezike Tužilaštva, osiguraće se usmeno prevođenje vaše izjave kao i prevod dokumenta i drugog dokaznog materijala po potrebi. (Član 8. ZKP-a BiH).*

2.    *Potvrđujem da razumijem jezik kojim se govori na ovom saslušanju.*

*DA:    Potpis svjedoka [signature] VRIJEME: 13,35   sati*

1

Potpis svjedoka *[signature]*

Potpis svjedoka *Obradović Stanoje*

3.  Potvrđujem da se ovaj zapisnik može voditi na latiničnom pismu.

    Potpis svjedoka *Obradović Stanoje* **VRIJEME:** 13,35 sati

4.  Obavezni ste obezbjediti slijedeće podatke o sebi (član 86, stav 3. ZKP BiH)

| | |
|---|---|
| **Ime i prezime:** | Obradović Stanoje |
| **Ime oca:** | Čedo |
| **Ime majke:** | Mitra |
| **Djevojačko prezime majke:** | Petrović |
| **Datum rođenja:** | 28.09.1960 |
| **Mjesto rođenja:** | Novo selo, Zvornik |
| **Zanimanje:** | Kv bravar |
| **Da li ste trenutno zaposleni:** | Zaposlen |
| **Mjesto zaposlenja:** | Glinica Karakaj Zvornik |
| **Da li ste udati:** | ozenjen |
| **Državljanstvo:** | BiH |
| **Etnička pripadnost:** | Srbin |
| **Tačna adresa na koju ćete primati pismena:** | Novo selo, Zvornik |
| **Broj telefona:** | 056 376 139 |

5.  Upozoravate se da ste dužni obavjestiti Tužilaštvo i Sud o svakoj promjeni adrese i boravišta.

6.  Obavezni ste da svjedočite. Ukoliko odbijete Sud vam može izreći kaznu. (član 81., stav 1. i 7., ZKP-a BiH).  Međutim:

    a.  Možete odbiti da svjedočite ako ste bračni drug ili bliski srodnik sa osumnjičenim (član 83. ZKP-a BiH).

    b.  Možete odbiti da svjedočite ukoliko bi vaš odgovor mogao izložiti vašeg bračnog druga ili bliskog srodnika krivičnom gonjenju.

    c.  Imate pravo da ne odgovarate na pitanja ako bi vas istinit odgovor izložio krivičnom gonjenju. Da biste odgovorili i na ta pitanja, možete tražiti imunitet. Imunitet Vam daje Glavni tužilac. Ukoliko dobijete imunitet, dužni ste svjedočiti i neće biti krivično gonjeni, osim ako ste dali lažni iskaz. (član 84. ZKP-a BiH)

---

2

EXT-KOSTJEREVAC-00123
Potpis svjedoka *Obradović Stanoje*

Potpis svjedoka *Olemorine Storxrapi*

7. *Morate govoriti istinu.* (član 86. stav 2. ZKP-a BiH)

8. *Ne smijete prešutjeti ništa.* (član 86. stav 2. ZKP BiH)

9. *Upozoravate se da je davanje lažnog iskaza krivično djelo zbog kojega vam može biti određena kazna zatvora.* (član 86. stav 2. ZKP-a BiH u vezi sa članom 235. KZ-a BiH).

10. *Ukoliko ste vi ili vaša porodica suočeni sa ozbiljnim rizikom ili prijetnjom, možete zatražiti da budete saslušani u svojstvu zaštićenog svjedoka.* (Zakon o zaštiti svjedoka pod prijetnjom i ugroženih svjedoka i član 91. ZKP-a BiH)

11. *Imate pravo pročitati zapisnik ili zatražiti da vam se pročita, te da unesete promjene prije nego što isti potpišete.*

12. *Zapisnik će se diktirati zapisničaru. Morati pratiti dok se zapisnik sastavlja. Morate pratiti na ekranu kompjutera ispred vas dok se zapisnik sastavlja. Ukoliko mislite da ima grešaka, možete ih ispraviti dok se zapisnik sastavlja kao i na kraju ispitivanja.*

*Svojim potpisom potvrđujem da sam razumjela sva obavještenja i upozorenja koja su gore navedena.*

Potpis svjedoka *Olemormet Storxrapi* PRIJEME: 13,35 sati

EXT-KOSTJEREVAC-00124
Potpis svjedoka *Olunoha Stoixji*

Potpis svjedoka *Olaudšić Stanyi*

## IZJAVA SVJEDOKA

Svjedok daje izjavu sa početkom u:                    13,35     sati

Ja sam davao izjavu policiji u Zvorniku 2009 godine u vezi napada na Armije BiH na Novo selo 17.09.1992 godinne kada sam ja tom prilikom ranjen, u potpunosti ostajem pri svojoj izjavi datoj policiji . Ja sam rođen i citav zivot zivim u Novom selu, moja kuca je udaljena nekih 500, 600 metara od kuce moje sestre Ilic Branke i njenog muza pokojnog Zorana gdje sam ja bio u vrijeme napada. Ja i supruga Anđa smo u aprilu mjesecu 1992 godine presli da zivimo kod Zorana i Branke jer je nasa porodicna kuca bila prva do bosnjackih kuca u Novom selu , pa so mi preselili jer se jismo sojecali bezbjedno u vlastitoj kuci , tada nismo imali djeca a supruga Anđa je bila tudna . Tog dana 17.09. 1992 u jutro oko pola sest pocela je pucnjava i meci su udarali po kuci ja sam istrcao iz prizemlja kuce prema garazi i presao u cosak u jedne garaze , a supruga Anđa ostala u kuci i zakljucala je ulazna vrata. Ja pošto sam vidio da necu moci ostati u toj garazi protrcao sam ispod kuce i u tom momentu me je zakacio rafal i pogoden sam u predjelu kukova sa cetiri metka. Ja sam tada protrcao iza potpornog zida gdje sam se sakrio i na sebe nabacao nekakve stare gume od auta i građevinska kolica posto je garaza u kojoj je bilo parkirano moje auto bila na suprot mene vidio sam svoje auto. Auto i garaza su udaljeni od mene bili nekih cetiri do pet metara. Tada sam cuo galamu i uzvikivanje „ ALLAHU EKBER“ i u garazu su dosli vojnici medu kojima sam ja prepoznao komšije Mustafić Hameda koji je bio u uniformi bivse JNA , zatim Mustafić Izeta koji je na sebi imao maskirnu uniformu , te Selimović Kadira koji je imao kosulju od maskirne uniforme a dole civilne hlaće. Hamed je imao poluautomatsku pusku , a Izet i Kadir poluautomatske . Vidio sam zatim Alimanović Muniba koji je na sebi imao crnu uniformu i automatsku pusku . Posto nisu mogli da upale fiću jer nije bilo goriva , odvalili su haubu , a onda je neko pitao Hameda Mustafica sta da radimo a on je rekao „ pali“ . Tu su se razdvojili pa su jedni krenuli na sprat kuce a drugi u prizemlje i u garazu u kojoj se nalazio moj traktor marke Tomo Vinković . Cuo sam kako jedni u moj traktor tovare stvari te sam cuo kako Hamed Mustafic nareduje Selimović Kadiru da upali i da vozi traktor . Proviri sam i vidio kako odvoze traktor prema bosnjackom dijelu Novog sela . Tda sam cuo jedan pucanj i cuo glas kako neko od njih vice „ ne pucaj zena je u kuci ,, cuo sam kako je izvode i viču „ polazi s nama ,, , te je odvode putem prema muslimanskoj teritoriji . Takoder sam cuo kako je neko od vonika dozivao Lazara Ilića, Zoranovog oca i pitao ima li cigara , a kada im je ovaj odgovorioa da nema , nego da ima duvana odveli su ga sa sobom , gdje je naknadno pronaden ubijen . Ja tada nisam prepoznao ko je odveo Lazara . Nisam vidio Zorana u trenutku napada ali sam cuo jaku detonaciju u garazi u kojoj je predhodno bio moj traktor u kojoj je Zoran i kasnije pronaden , nakon sto su pripadnici Armije BiH pokupili stvari , zatim zapalili kucu , ja sam ostao između kuce i potpornog zida , a mislim da sve to trajalo nekih sat ipo do dva sata , te posto je dosla pomoc iz Drinjace i kada su se cule detonacije onda sam cuo kako od njih vice „ bjezimo eto cetnika ,, . Ja sam provirio i vidio da njih dosta odlazi prema muslimanskom dijelu Novog sela , u pravcu osnovne skole , a da su kuce komsija zapaljene i da gore .

Meni je moja supruga Anđa nakon sto je razmjenjena 05.02.1993 godine ispricala sta je sve prezivjela u zarobljenistvu te mi je rekla da je bila tučena i silovana ,kad je razmjenjena imala je oko cetrdesetak kila , fizicki slaba i izgubila je trudnocu. Ispricala mi da ju je neko udario ispod oka kada je bila zarobljena , zatim da ju je tukao Mustafić Hamed na mjestu zvanom Brda koje se nalazi vise Bajrica , te su je silovali Adem Kostijerevac i Bielic Vejz koji navodno sada u zatvoru . Bijelić Vejza nisam od ranije poznavao , a Kostijerevac Adema

EXT-KOSTJEREVAC-00125

Potpis svjedoka *Olaudšić Stanyi*

Potpis svjedoka *Obradović Stanoje*

*poznajem i mislim da je on godinu ili dvije mlađi od mene, isli smo cak u istu skolu do cetvrtog razreda Osnovne skole koja se nalazila u Novom selu. Pred rat je bio crn , mrsavje građe , visok i imao je manje brčiće. Ja i moj rođeni brat Zarko smo radili sa njegovim rođenim bratom Dzemalom u istoj firmi Viadukt u Zagrebu. Također sam poznavao i njegovu rodenu sestru koja je bila udata u  prvo selo do mog Šahmane  za Omera Muratovića.*

PAUZA OD ___:___ sati do _____ sati.  Potvrđujem da nisam razgovarao o istrazi za vrijeme pauze.

1.      Potvrđujem da nemam ništa više da dodam.

2.      Potvrđujem da nemam primjedbi na način na koji je vođen razgovor i da mi nije prijećeno niti bilo šta obećano.

3.      Potvrđujem da su prema mom najboljem znanju i uvjerenju odgovori istiniti.

4.      Potvrđujem da sam pročitao izjavu i potvrđujem da je to vjeran zapisnik razgovora i stavljam svoj potpis ispod, na vrh i dno svake stranice.

**Izjava svjedoka završena u:      14,30      sati**

**Stručni saradnik**          **Svjedok**                    **Tužilac**

_____     *Obradović Stanoje*      *Milanko Kajganić*
*Elma Muhedinović*

                         **Istrazitelj**

                         *Elvir Kadrić*

EXT-KOSTJEREVAC-00126
Potpis svjedoka *Obradović Stanoje*

/Signature of the witness/ _____

BOSNIA AND HERZEGOVINA
PROSECUTOR'S OFFICE OF BOSNIA AND HERZEGOVINA
SARAJEVO

Case No. T20 0 KTRZ0004193 09
Date: 9 June 2014

## WITNESS EXAMINATION RECORD

| | |
|---|---|
| **Place of examination**: | Zvornik Public Security Station |
| **Provisions related to the criminal offense**: | War Crimes against Civilians under Article 173 of the CC BiH and War Crimes against Prisoners of War under Article 175 of the CC BiH |
| **Suspects**: | Muharem Sinanović *et al.* |
| **Witness summoned by**: | Prosecutor's Office of BiH |
| **Date of summon**: | 9 June 2014 |

**ATTENDEES:**

| | |
|---|---|
| **Prosecutor**: | Milanko Kajganić |
| **Witness**: | Stanoje Obradović |
| **Legal Officer**: | Elma Muhedinović |
| **Investigator**: | Elvir Kadrić |

**Commenced at:**         **13:35 hrs**

## NOTICES AND CAUTIONS

1.   The official languages of Bosnia and Herzegovina – Bosnian, Croatian and Serbian, and both alphabets of Latin and Cyrillic, are in equal official use before this Prosecutor's Office. If you do not understand the official languages of the Prosecutor's Office, provisions shall be made for oral interpretation of your statement and translation of official documents and other written pieces of evidence (Article 8 of the CPC BiH).

2.   I confirm that I do understand the language used at this examination.

**YES: Signature of the witness:** -------------------------- **TIME: 13:35 hrs**



EXT-KOSTJEREVAC-00127          Signature of the witness/ _____

/Signature of the witness

3.   I hereby confirm that this record can be kept in the Latin alphabet.

**Signature of the witness:** _____   **TIME: 13:35 hrs**

4.   You are obligated to provide the following personal details (Article 86(3) of the CPC BiH.

| | |
|---|---|
| **Full name:** | Stanoje Obradović |
| **Father's name:** | Čedo |
| **Mother's name:** | Mitra |
| **Mother's maiden name:** | Petrović |
| **Date of birth:** | 28 September 1960 |
| **Place of birth:** | Novo Selo, Zvornik |
| **Occupation:** | Skilled locksmith |
| **Are you employed:** | Yes |
| **Place of employment:** | *Glinica* Karakaj Zvornik |
| **Are you married:** | Yes |
| **Citizenship:** | BiH |
| **Ethnic origin:** | Serb |
| **The detailed address where** | |
| **you will receive written documents:** | Novo Selo, Zvornik |
| **Telephone number:** | 056 376 139 |

5.   You are cautioned that you are under obligation to notify the Prosecutor's Office and the Court on any change of your address and place of residence.

6.   You are under obligation to testify. Should you refuse to testify, the Court may impose a fine on you (Article 81(1) and (7) of the CPC BiH). However:

   a. You may refuse to testify only if you are the spouse or a close relative of the suspect (Article 83 of the CPC BiH).
   b. You may refuse to testify if your response would result in the danger of bringing prosecution upon your spouse or close relative.
   c. You are entitled to refuse to answer such questions with respect to which a truthful reply would result in the danger of bringing prosecution upon yourself. In order to answer such questions too, you may seek immunity. Immunity may be granted by the decision of the Chief Prosecutor. If you have been granted immunity, you shall testify and you shall not be prosecuted except in case of false testimony (Article 84 of the CPC BiH).

**Signature of the witness/** _____

/Signature of the witness/ _____

You are called upon to tell the truth (Article 86(2) of the CPC BiH).

8. You shall not withhold anything (Article 86(2) of the CPC BiH)

9. You are cautioned that giving false testimony is criminal offence carrying the sentence of imprisonment (Article 86(2) of the CPC BiH as read with Article 235 of the CC BiH).

10. If you or your family members are under a serious risk or threat, you may seek to be heard as a protected witness. (Law on Protection of Witnesses under Threat and Vulnerable Witnesses and Article 91 of the CPC BiH).

11. You are entitled to read the record or to request to have the record read out to you, and to enter any changes before signing it.

12. The record shall be dictated to the record-taker. You shall monitor the drafting of the record on the computer display in front of you. Should you consider that the record contains any errors, you may correct them while the record is being made as well as at the end of examination.

**I hereby confirm with my signature that I have understood all the above referenced notices and cautions.**

Signature of the witness: _____   **TIME: 13:35 hrs**



Signature of the witness/ _____

/Signature of the witne...

# WITNESS STATEMENT

**The witness commenced giving the statement at:**             **13:35  hrs**

I gave a statement to the police in Zvornik in 2009 regarding an attack by the Army of BiH on Novo Selo on 17 September 1992 on which occasion I was wounded and I maintain that statement of mine to the police in its entirety. I was born and I have spent my entire life in Novo Selo. My house is 500-600 meters away from the house of my sister Branka Ilić and her late husband Zoran where I was staying at the time of the attack. In April 1992 my wife Anđa and I moved to Zoran and Branka's house because our family house was right next to Bosniac houses in Novo Selo and we moved because we did not feel safe in our own house. At that time we did not have any children and my wife Anđa was pregnant. Shooting started on that day of 17 September 1992 at around 05:30 hours and bullets were hitting the house. I ran out of the ground floor of the house towards a garage and moved to a corner of one of the garages, while my wife Anđa remained in the house and locked the front door. Having realized that I would not be able to remain in that garage, I started running behind the house; at that moment a burst of fire caught me and I was hit by four bullets in the hips. I then ran behind a supporting wall where I hid and piled some old tires and a wheel-barrow on top of me; the garage in which my car was parked was opposite me and I saw my car. The distance between me and the car and the garage was four or five meters. Then I heard a commotion and shouts "ALLAHU EKBER", and some soldiers came to the garage. Among them I recognized my neighbors Hamed Mustafić (he was wearing the uniform of the former JNA), Izet Mustafić (he was wearing a camouflage uniform) and Kadir Selimović (he was wearing a camouflage shirt and plain trousers). Hamed had a semi-automatic rifle, while Izet and Kadir had semi-automatic rifles /as in the original/. I then saw Munib Alimanović; he had a black uniform and an automatic rifle. As they could not start the Fićo car engine because there was no fuel, they broke the hood and then someone asked Hamed Mustafić "what shall we do?" and he said "start the engine". They got separated there: some of them went to the upper floor of the house while others went to the ground floor and the garage where my *Tomo Vinković* tractor was. I heard some of them loading things onto my tractor and I heard Hamed Mustafić ordering Kadir Selimović to start the engine and drive the tractor. I peeked through and saw them drive the tractor towards the Bosniac part of Novo Selo. At that point I heard a single shot and the voice of one of them shouting "don't shoot, the wife is in the house". I heard them leading her out and shouting "come with us", and taking her along the road to the Muslim territory. I also heard one of the soldiers calling to Lazar Ilić (Zoran's father) and asking him if he had any cigars. Lazar replied that he did not have any but said that he had some tobacco. They took him with them and he was found killed later on. I did not recognize who took Lazar away. I did not see Zoran at the moment of the attack, but I did hear a huge explosion in the garage where my tractor used to be and where Zoran was later found. After the members of the Army of BiH gathered things, they torched the house. I remained between the house and the supporting wall. I think all that lasted for about an hour and a half or two hours. Then help came from Drinjača. There were explosions and I heard one of them shouting "let's get out of here, Chetniks are coming". I peeked through and saw many of them leaving towards the Muslim part of Novo Selo, in the direction of the elementary school; neighbors' houses were torched and burning.

After she was exchanged on 5 February 1993, my wife Anđa told me everything that she survived in captivity and she told me that she was beaten and raped. When she was exchanged she weighed about 40 kilograms, she was physically weak and she lost her pregnancy. She told me that someone hit her below her eye when she was captured, that she was beaten by Hamed Mustafić at a spot called Brda overlooking Bajrići, that she was raped by Adem Kostijerevac and Vejz Bijelić

EXH-KOS-JEREVAC-00198

**Signature of the witness/** _____

**/Signature of the witness/** _____

(allegedly in prison). I did not know Vejz Bijelić from before. I know Adem Kostijerevac, I think he is one or two years younger than me, we even went to the same school up to the fourth grade of the elementary school in Novo Selo. Before the war he had dark complexion, he was thin, tall and had a short mustache. My brother Žarko and I worked with his brother Džemal in the same company (*Viadukt*) in Zagreb. I also knew his sister; she married Omer Muratović in the neighboring village of my village (Šahmani).

BREAK FROM ----- TO -----. I confirm that I did not discuss the investigation during the break.

1.    I confirm that I have nothing else to add.

2.    I confirm that I have no objections to the manner in which the examination was conducted and that no threats or promises were made unto me.

3.    I confirm that the answers that I have given are true to the best of my knowledge and belief.

4.    I confirm that I have read the statement and I confirm that it is a faithful record of the conversation. I affix my signature hereunder as well as on top and bottom sections of each page.

**Witness's statement completed at: 14:30 hours.**

| **Legal officer** | **Witness** | **Prosecutor** |
|---|---|---|
| | /signature/ | /signature/ |
| Elma Muhedinović | Stanoje Obradović | Milanko Kajganić |
| | **Investigator** | |
| | Elvir Kadrić | |

I hereby confirm that this document is a true translation of the original rendered in the Bosnian/Croatian/Serbian language.
Sarajevo, 14 December 2017.

Elmedin Supic
Certified Court Interpreter for the English Language

EXT-KOSTJEREVAC-00131

**Signature of the witness/** _____

## РЕПУБЛИКА СРПСКА
### МИНИСТАРСТВО УНУТРАШЊИХ ПОСЛОВА
ЦЕНТАР ЈАВНЕ БЕЗБЈЕДНОСТИ БИЈЕЉИНА
СТАНИЦА ЈАВНЕ БЕЗБЈЕДНОСТИ ЗВОРНИК

Адреса Светог Саве б.б, Зворник, тел 056 210-128, факс 056 210-704

Број: 10-1-5/02-230- 942/09
Дана: 11.09.2009 године

# З А П И С Н И К
о прикупљању обавјештења

Састављено дана 11.09.2009. године у просторијама СЈБ Зворник, а у вези прикупљања изјаве од лица Обрадовић Станоје из Ново Село Зворник, на околности учињеног кривичног дјела ратног злочина у мјесту Ново Село, општина Зворник којом приликом су убијени цивили у селу в вањзанесања дана 17.09.1992.године .

Започето у 11.09 часова.

Присутни:

1. Овлаштено службено лице: Нешић Саша
2. Записничар: Којић Младен
3. Лице: Обрадовић Станоје

У смислу члана 8 ЗКП БиХ .... о равноправној употреби службени језици српског народа, језик бошњачког народа и језик хрватског народа, као и оба писма, ћирилица и латиница, да се свако служи својим језиком или неким од службених језика БиХ, који разумије, ... да ... лице не може користити свој језик и неразумије један од службених језика БиХ, обезбиједит ће се усмено превођење и превод исправа и др. писаног материјала.

Да ли разумјете језик на којем разговарате?
ДА
Да ли вам треба преведилац?
НЕ
Којим писмом желите да се сачини записник?
Ћирилицом

_Обрадовић Станоје_

У смислу члана 219. став 3. и 5. ЗКП-а БиХ, свједок се поучава да не мора дати никакву изјаву нити одговарати на постављена питања, осим давања личних података.

Да ли сте разумјели ваша права?
ДА

Дали ћете одговарати на постављена питања овлаштеног службеног лица?
ДА

У смислу члана 86. став 2. ЗКП-а БиХ, лице се поучава да је дужно говорити истину, да ништа не смије прећутати, те да је давање лажног исказа кривично дјело прописано чланом 365. КЗ-а БиХ, за које се може изрећи казна затвора од 6 мјесеци до 5, године, односно 1 до 8 година.

EXT-KOSTJEREVAC-00132

Дали сте разумјели поуку?                    Потпис: *Обрадовић Станоје*
ДА

Лице о себи даје личне податке.
Ваше име и презиме:  Станоје Обрадовић
Да ли имате надимак: Гоцо
Име оца: Чедомир
Име мајке: Митра
Дјевојачко презиме мајке: Петровић
Дан, мјесец и година рођења: 28.09.1960.г
Мјесто рођења: Ново Село, Зворник
Мјесто становања:  Ново Село, Зворник.
Шта сте по занимању: машинбравар
Јесте ли запослени и гдје: Да Мали Зворник
Јесте ли ожењени – удата , ожењен
Имате ли дјеце, не: Да троје
Чији сте држављанин: РС БиХ ;
Националност : Србин
Подаци узети из л.к. бр. 04ГКД4219
Јмб:2809960183933
Телефон за контакт: 056/376-139, 065/447-5880

        Лице се упозорава да је дужан о свакој промјени адресе или промјени
пребивалишта (боравишта) обавијестити Суд.

Дали сте разумјели упозорење?              Потпис: *Обрадовић Станоје*
ДА

        У смислу члана 83. ЗКП-а БиХ, лице се упозорава да може одбити свједочење ако
је брачни или ванбрачни друг осумњиченог, сродник осумњиченом по крви у правој
линији, сроднику побочној линији до трећег степена и сродник о тазбини до другог
степена, усвојеник или усвојилац осумњиченог

Дали сте разумијете поуку?                 Потпис: *Обрадовић Станоје*
ДА

        У смислу члана 84. ЗКП-а БиХ, лице се поучава да има право да не одговара на
питања ако би га истинит одговор изложио кривичном гоњењу, а да би одговорно на
таква питања може тражити имунитет, те ако се добије имунитет мора свједочити и
неће бити зато кривично гоњен, осим ако да лажан исказ. Да му се може, а на његов
захтјев, одредити савјетник – адвокат уколико није сам у стању користити своја права, а
његови интереси се не могу заштити на други начин, те да може тражити да буде
саслушан у положају заштићеног свједока у складу са Законом о заштити свједока.

Дали сте разумјели:                         Потпис: *Обрадовић Станоје*
ДА

        Након потписивања наведених права са којима је упознат, овлаштеном службеном
лицу даје следећу:

Case: 4:19-mj-00344-PLC   Doc. #: 1-2   Filed: 08/14/19   Page: 144 of 372 PageID #: 149

# И З Ј А В У ;

**Питање: Господине Станоје** та ли нам .....ожете рекн сада је нападнуто **ваше мјесто Ново Село, општина Зворник и ко га је напао?**

Моје село Ново Село је удаљено од Зворника око 8 км. насељено је српским и муслиманским живљем. У селу је било 15 српских кућа са укупно око 50 становника. Село је нападнуто 17.09.1992.године у 05.45 часову ујутру. Нападнуто је од стране муслиманксих оружаних снага из правца Шахмана, Прелића, Каменице, Чаушевине, и село је опкољено са свију стран. У оружаним снтама муслиманске војске била је војна полиција, зелене беретке, били су неки у црним униформама и било их је без униформе у цивилној одјећи. У моменту напада ја сам се по јутро са зетором Анђом затекао у приземљу куће свога зета Зорана Илића. Када је почео напад ча село ја сам излетио напоље из приземља и премакао се у гаражу гдје ми је било паркирано моје ПМВ марке «Застава-Фиђо»тип 750. Муслимани су почели да пуцају по кући, прозорима викајући «Алаху хегбер» а ја сам се сакрио за ношак види куће у гаражи. Није прошло пар минута погледао сам више куће у кућу Мирка Илића и видио сам да тројица наоружаних отварају улазну капију у дврсиште Илић Мирка и иду према кући Илић Зорана. Сишли су на плочу од гараже која је била уз кућу у којо сам се ја накалио и са те плоче су ушли на спрат куће. На спрату куће је спавао зет Зоран и моја сестра и његова супруга Бранка. Кад су они отишли на спрат ја сам видио да мене нема ту спонако ношао сам да прођен испод куће неки муслимански војник ме је примјетио и напримаћу са мене и погодио ме са три метка у предјелу кукова. Ја тако рањен сам успио да прорелизим испод куће и прошао сам изнад куће гдје је био потпорни зид који је био покревшен плочом заједно са кућом. Чуо сам глас повикали су «ето четнака побјеже вишкуђу», та сам се склонио да ме ненађу. После парм минута чуо се прича радивлани испод те куће гдје сам се склонио а у приземљу куће у доњем спрату је била моја супруга Анђа. Пуцали су у браву из пушке, један међу њима је повикао «непуцај жена је к. Провалили су за врата и питали су је гдје су четници, ја сам то слушао јер нас је само зид дјелило мене и Анђу и чуо сам да је Анђа њима рекла да незана гдје су и чуо сам када су јој рекли ти морали иби са нама. Ја сам проввирио и видо сам да је Анђа из куће извео Мухарем Силавенић зв. «Шишко» из Бајрића који је одликован у рату озденом чином..ољања. У тој груни са Мухаремом био је Хамед Мустафић зв. «Сивоња» син Сулејмена из Новог Села коуј први комшија сада живи у Љубачама, општина Тузла и он је рекао ево сточног брашна, ево кукуруза за моје теле. Са њиме је био Селимовић Кадир син Алије коуј се сада налази у Швајцаркоу, Селимовић Мухамед зв. «Мушчо» син Алије из Гниш Ново Село, био је Муратовић Кадрија син Хасе из Шахмана коуј се сада налази у Зузли, био је Муратовић Ферид син Хасе из Шахмана брат Кадрије коуј се сада налази у Швајцарскоу, био је Алимаковић Муниб син Ахмета из Отавишта коуј се сада налази у Тузли, био је Мустафић Изет син Хасана из Отвишта. Ново Село. Наведени су ушли у гаражу гдје сам ја био и у гаражи прије и изашао а у гаражи је било мое .анто марке «Застава Фиђ. 750» и сточна храна. Чуо сам су на мом ауту одвалили врата и отворили хауђу и када су видјели да нема горива питли су Хамеда Мустафића шта ћемо да радимо, он је рекао ћпали шта неш друго радити». То сам ја све слушао и видио очзјем очима иза нотпорног зида гдје сам био сакривен. У другој гаражи ми је био трактор марке «Томо Винково, и видо сам када се Кадир син Алије Селимовића издоу оно гдје је сјео на мој трактор и упалио га са кључеви који су били у трактору и исцјерао јг из гараже. Чуо сам да нешто лупа и претпоставио сам да су нешто товарили у приколицу и одвоз. према засеоку Прелићи. После неколико минута чуо сам сада знам Лозара Илића рмасом «О Лазо» имаш ли цигарета. Чуо сам да он њима одговара незам зацара имам нувати неког дјецо. После поново пар минута чуо сам како се Лазар закачиња.о испод синове куће Зорана Илића јер је ту пут пролазио и видио сам да су в.зуе..у наоружаних и униформисаних отјерали тако да он иде испред њих а они заньм и опволи су га у правцу села Прелића путем. Нисам могао познати ко су та двоуица наоружаних. били су мено о..ренути леђима. После

EXT-KOSTUREVAC-0013

...минута чуо сам јаку детонацију и чуо сам вику «ето четника бјежимо». Кад се чуло ... су сви побјегли и после је настала општа тишина и мир. Након тога до неких 1о ...пута чуо сам поново галаму људи и тада сам познао да иде нека војска а познао сам по ...гласу једнога припадника ВРС кога смо називали «Рамбо» родом из Јардана, општина ...зворник. Кад сам га препознао ја сам га викнуо надимком «Рамбо», они ми се јавио и ...рекао је онима који су били са њиме ево има живих. Дошли су њих тројица до мене ...између куће и потпорног зида и изнијели ме јер нисам могао ходати, искрварио сам. Ту ...куда су ме пронијели видио сам да је моје ауто Фиће изгорио, и донијели су ме до камиона ...и унијели ме на карасерију камиона и одвезли ме у амбуланту у Дрињачу. Из амбуланте ...након указане прве помоћи превезен сам чамцем преко језера у мјесто Цулице, Република ...Србија и одатле санитетом сам довежен у болницу Зворник. Ту сам у болници преноћио а ...потом сутра дан сам упућен у Београд у болницу. У Београду у болници су ме оперисали ...и задржао сам се на лијечењу око два мјесеца а након што сам се залијечио у болнице ...упућен сам на бањско лијечење у бању Мелению код Зрењанина. У Бањи сам провео ...годину дана а наккон тог сам пребачен у Бању Ковиљачу и у тој бањи сам остао до краја ...рата.

**Питање:** Господине Станоје да ли нам ви можете рећи ко је у селу убијен а ко ...заробљен приликом напада муслиманских оружаних снага на дана ... 09.1992.године и шта ...је у том нападу било са кућа и осталих привредних објеката у селу?

У току напада на село 17.09.19992.године ... сеоу је убијен Илић Јован у сусједној гаражи ...од гараже у којој сам се ја крио а у тој гаражи је био мој парк-то који је отјеран. Кад је ...убијен чуо сам само пуцњеве из оружја Илић Ђамир 1934 ...одине; је одвезен од куће и ...неких 150-200 метара од куће у једном потоку убијен из ватреног оружја, убијен је и ...Илић Милисав а убијен је на каменом мосту пре ... ведрини Станкови убијена је старица ...Илић Иконија 1939.године а убијена је па је одведена у парк према каменом мосту и ...њено тјело је паљено. убијен је Марковић Ваза 1933.године ... тупим предметом му је ...разбијена лобања и пронађен је у ниву засијаном кукурузом од ... удаљен неких 50 ...метара, убијена је стара жена Илић Смаја 1912.године ..., запаљена је у кући. Куће и ...помоћни објекти су попаљени и стока је побијена.

**Питање: Господине Станоја дали нам ви можете рећи да ли је за убијене вршен ...спољни преглед тјела од стране љекара, те да ли је вршен увиђај од стране комисије ...и ко је вршио идетификацију убијених војника и цивила?**

**На лице мјеста излазио је др. Југослав Гаврић који је вршио увиђај и извршио ...спољни опис убијених лица у Новом Селу.**

Ја сам од имовине имао кућу, помоћну зраду, шталу, свињац, кокошињце, све је ...попаљено и порушено. Имао сам трактор марке «Лемо Виковић Тип-732 са приколицом ...и приикључцима и то ми је отјерао Касим Сеид ... сам Анђе из Новог Села, имао сам ...има «Заставу –750» т., Фићо и њега су ми спалили за гаражу ... ражи, имао сва двије ...моторне пиле марке «Стил» тип 41. 07 које су стол ... узли за...

Убили су ми 5 свиња тежине око по 100 кг.

У смислу члана 154.ЗКП БиХ свједок се поучава да има право да прочита записник или ...да захтјева да се исти прочита:

    Хоћете ли прочитати записник или да вам се прочита?
    ДА

    Дали имте примједби на записник?
    НЕ

    Дали желите још нешто да изјавате?
    НЕ

EXT-KOSTJEREVAC-00135

    Хоћете ли потписати записни...

ДА

У смислу члана 219 став 4. ЗКП-а БиХ, лице се поучава да у року од 3 дана има право притужбе тужиоцу.

Прикупљање изјаве завршено у 12.5 0 часова

| ЛИЦЕ: | ЗАПИСНИЧАР: | ОВЛАШТЕНО СЛУЖБЕНО |
|---|---|---|
| Обрадовић Станоја | Рајић Младен | Срђан Костић |

EXT-KOSTJEREVAC-00136

(Coat-of-Arms)

## REPUBLIKA SRPSKA

MINISTRY OF INTERIOR
PUBLIC SECURITY CENTER BIJELJINA
PUBLIC SECURITY STATION ZVORNIK

Address. Svetog Save b.b. Zvornik,  Tel: 056/210-128; Fax: 056/210-704

Number: 10-1-5/02-230-942/09
Date: 11 September 2009

### R E C O R D

on collection of statement from a person

Drafted on 11 September 2009, on the premises of the Public Security Station in Zvornik, in connection with collection of statement from Stanoje Obradović from Novo Selo, Zvornik, with regard to the criminal offense of war crimes committed on 17 September 1992 in the place of Novo Selo, Zvornik Municipality, on which occasion some civilians in the village were killed and a large number of villagers were wounded.

Commenced at: 11:00 hrs

Attendees:

1. Authorized Official: Stevo Kostić
2. Record-taker: Mladen Kojić
3. Person: Stanoje Obradović

Pursuant to Article 8 of the Criminal Procedure Code of BiH (CPC BiH), the official languages of Bosnia and Herzegovina – Bosnian, Croatian and Serbian, as well as both scripts, Latin and Cyrillic, are in equal official use before this Prosecutor's Office. If you do not understand the official languages of the Prosecutor's Office, provisions shall be made for oral translation of your statement and translation of official documents and other pieces of written evidence.

Do you understand this instruction?
YES.
Do you need a translator?
NO.
In which script you want to have this record to be made.
In Cyrillic.

*Signed by **Stanoje Obradović***

Pursuant to Article 219(2) and (3) of the CPC BiH, the person is hereby informed that he is not obliged to give a statement or respond to any question posed by authorized official, other than to give his own identity data.

Do you understand this instruction?
YES.
Will you respond to the questions posed by the authorized official?
YES.

Pursuant to Article 86(2) of the Criminal Procedure Code of BiH (CPC BiH), you are called upon to tell the truth and not withhold anything. You are cautioned that giving a false statement constitutes a criminal offence provided for in Article 365 of the Criminal Code of BiH (CC of BiH) carrying the sentence of imprisonment for a term of between 6 months and 5 years, or 1 to 8 years.

Do you understand this instruction?
YES.                                             Signature:


The person provides the following personal details:

Name and surname:  Stanoje Obradović
Nickname:          Goco
Father's name:     Čedomir
Mother's name:     Mitra
Maiden name:       Petrović
Date, month and year of birth:        28 September 1960
Place of birth:    Novo Selo, Zvornik
Place of residence:  Novo Selo, Zvornik
Occupation:        machinist
Employment, where:  Yes, in Mali Zvornik
Matrimonial status – married
Children:          Yes, three
Nationality:       RS, BiH
Ethnicity:         Serb
ID data:           ID No. 04GKD4219
Birth register (JMB) No.:    2809960183933
Contact phone:     056/376-139, 065/447-5880


Please be warned that you have the obligation to inform the Court about any change of your address or place of residence.

Do you understand this instruction?
YES.                                             Signature:


Pursuant to Article 83 of the CPC BiH, the witness is advised that he may refuse to testify if he is related to the suspect by marriage or family relations, namely if he is the spouse or extramarital partner of the suspect or accused, a parent or child, an adoptive parent or adopted child of the suspect or accused.

Do you understand this instruction?
YES.                                             Signature:

Branislav Banjac
SARAJEVO
Бранислав Бањац
SARAJEVO

Pursuant to Article 84 of the CPC BiH, you may refuse to answer such questions with respect to which a truthful reply would expose you to criminal prosecution; In order to answer such questions you may seek immunity. If you are granted immunity, you will be obliged to testify on such issues and you will not be criminally prosecuted unless you testified falsely. At your request, the Court can appoint a legal counsel during your hearing if you are not able to

EXT-KOSTJEREVAC-00138

exercise your rights, and if your interests cannot be otherwise protected. You may also seek to be heard as a protected witness in accordance with the Law on the Protection of Witnesses.

Do you understand this instruction?
YES.                                                    Signature:

Having signed the record listing his rights, he gives the following statement to the authorized official:

## STATEMENT

### Question: Mr. Stanoje, can you tell us when your place of Novo Selo, Zvornik municipality, was attacked and who attacked it?

The distance between my village of Novo Selo and Zvornik is about 8 km; it is inhabited by Serbian and Muslim population. There were 15 Serb houses in the village with about 50 residents in total. The village was attacked on 17 September 1992 at 05:45 hours. It was attacked by Muslim armed forces from the direction of Šahmani, Prelići, Kamenica, Čauševina; the village was surrounded from all sides. The Muslim armed forces included Military Police, Green Berets, some men in black uniforms and some men without uniforms in civilian clothes. My wife and I happened to be on the ground floor of the house of my brother-in-law Zoran Ilić on the morning of the attack. When the attack on the village began I rushed out of the ground floor and moved to the garage where my Zastava-Fićo 750 passenger car was parked. The Muslims started shooting at the house and windows shouting 'Alahu hegber' and I hid behind a corner of the house in the garage. A few minutes later I looked above the house at the house of Mirko Ilić and saw three armed men opening the gate to Mirko Ilić's yard and moving towards Zoran Ilić's house. They came to the concrete slab of the garage that was attached to the house (I was in that garage) and from that slab they entered the upper floor of the house. My brother-in-law Zoran and my sister (and his wife) Branka were sleeping on the upper floor. When they went to the upper floor I realized that I could not remain there. I started walking behind the house and I was spotted by a Muslim soldier; he opened fire at me and three bullets him me in the hips. Although I was wounded, I managed to quickly go behind the house and then above the house where was a retaining wall that was covered by the slab that covered the house. I heard a voice; someone shouted "a Chetnik ran behind the house". I hid so that they could not find me. A few minutes later I heard Muslims

EXT-KOSTJEREVAC-00139

talking behind the house where I was hiding, while my wife Anđa was on the ground floor of the house, downstairs. They opened fire from a rifle at the lock; one of among them shouted "don't shoot, it's a woman". They broke in and asked her where the Chetniks were. I was listening to that because Anđa and I were divided by a wall. I heard Anđa telling them that she did not know where they were and I heard when they told her that she had to accompany them. I peered through and I saw Anđa being taken out of the house by Muharem Sinanović aka Šiško from Bajrići; he was awarded the Golden Lily medal during the war. Hamed Mustafić aka Sivonja, son of Sulejmen, from Novo Selo, next-door neighbor (currently lives in Ljubače, Tuzla municipality) was in that group with Muharem. He said: this rice flour, all the corn is for my calf. With them were Kadir Selimović, son of Alija (currently in Switzerland); Muhamed Selimović aka Mušćo, son of Alija, from Gnil, Novo Selo; Kadrija Muratović, son of Haso, from Šahmani (currently in Zuzla); Ferid Muratović, son of Haso, from Šahmani (Kadrija's brother, currently in Switzerland); Munib Alimanović, son of Ahmet, from Otavište (currently in Tuzla); Izet Mustafić, son of Hasan from Otvište, Novo Selo. The aforementioned persons entered the garage in which I had been and then left; my Zastava-Fićo 750 car and fodder were in the garage. I heard when they broke a door on my car and opened the hood. When they saw that there was no fuel they asked Hamed Mustafić when they would do. He said "start the engine, what else". I was listening to and saw all that with my own eyes from behind the retaining wall where I was hiding. I had a "Tomo Viković" tractor in the other garage and I saw Kadir, son of Alija Selimović, singling out from the group, sitting on my tractor, starting the engine with the keys that were in the tractor and driving the tractor out of the garage. I heard a banging noise and I assumed that they were loading something onto the trailer, and drove off towards the hamlet of Prelići. A few minutes later I heard them calling to Lazar Ilić by his name "Lazar, do you have cigarettes?" I heard him answering that he did not have cigarettes but that he had some tobacco. A few minutes later I heard Lazar coughing below the house of his son Zoran Ilić because there was a road there, and I saw two armed men in uniforms taking him away; he was walking in front of them and they were behind him. He was taken in the direction of the village of Prelići along the road. I could not recognize those two armed men; they had their backs to me.

Some 10-15 minutes later I heard a strong detonation and I heard shouts: "Here come the Chetniks, let's run away." When that was heard, they all fled after which

Зbranislav Banjac
SARAJEVO
бранислав Бањац
CAPAJEBO

there was silence and peace everywhere. After that, some 10 minutes later, I heard shouts again and then I realized that our army was coming and I recognized by voice one VRS member whom we used to call Rambo, who was from Jardan, Zvornik Municipality. When I recognized him, I called him by his nickname Rambo, he called back and told the men who were with him "There are alive people here." Three of them approached me between the house and the supporting wall and took me out as I couldn't walk, I was bleeding profusely. While they were carrying me I saw that my *Fićo* car was burnt, and they carried me to a truck and put me on board of it and drove me to an infirmary in Drinjača. After I received first aid I was transported by boat across the lake to the place of Culice, Republic of Serbia, from where I was transported by medical corps to a hospital in Zvornik. I stayed overnight in the hospital and on the following day I was dispatched to a hospital in Belgrade. In the hospital in Belgrade I underwent a surgery and I stayed there for treatment for about two months, and after my treatment ended, I was sent for spa rehabilitation to Melenci spa near Zrenjanin. I stayed in Melenci spa for a year whereupon I was transferred to Banja Koviljača where I stayed until the end of the war.

**Question: Mr. Stanoje, could you tell us who in the village was killed and who was captured in the attack of the Muslim armed forces on 17 September 1992 and what happened in that attack to the houses and outbuildings in the village?**

In the course of the attack on the village on 17 September 1992, Zoran Ilić was killed in a garage next to the garage where I was hiding and in that garage had been my tractor that was driven away. When he was killed I only heard shots from firearms. Lazar Ilić, born in 1914, was taken away from his house and killed by firearms some 150-200 meters from the house in one brook. Milisav Ilić was also killed; he was killed on a stone bridge on the Zvornik-Sarajevo road. Old woman Ikonija Ilić, born in 1939, was also killed when she was running away in her field toward the stone bridge and her body was set ablaze. Vaso Marković, born in 1933, was also killed; his skull was broken with a blunt instrument and he was found in a corn field some 50 meters away from his house. Old woman Spasa Ilić, born in 1912, was killed; she was set ablaze in her house. The houses and outbuildings were set ablaze and the cattle were killed.

**Question: Mr. Stanoje, could you tell us whether doctors conducted external examination of the dead bodies, whether crime scene investigation was carried out by a commission and who conducted identification of the killed soldiers and civilians?**

Dr. Jugoslav Gavrić came to the scene and conducted a crime scene investigation and external examination of the killed persons in Novo Selo.

I had a house, an outbuilding, stable, pigsties, hen-houses, all of that was burnt down and demolished. I had a *Tomo Vinković* tractor, 732 type, with a trailer and attachments, and that was taken away by Kadir Selimović, son of Alija, from Novo Selo. I also had a *Zastava 750* car, the so-called *Fićo*, and it was set ablaze and it burnt down in the garage. I had two *Stil* chainsaws type 41,07.

They killed five of my pigs of 100 kg each.


Pursuant to Article 154 of the CPC B-H, you are hereby instructed that you are entitled to read the Record or request that it be read out to you.


Will you read the Record or do you want it to be read out to you?
YES
Do you have any objections to the Record?
NO
Is there anything that you would like to add?
NO
Will you sign the Record?
YES


Pursuant to Article 219, Paragraph 4 of the CPC B-H, you are hereby instructed that you are entitled to file a complaint with the Prosecutor's Office within a period of three days.


The statement ends at 12.50 hrs.


| PERSON | RECORD-TAKER | AUTHORIZED OFFICIAL |
|---|---|---|
| Stanoje Obradović | Mladen Kojić | Stevo Kostić |
| [signature affixed] | [signature affixed] | [signature affixed] |

*I hereby confirm that this document is a true translation of the original written in Bosnian/Serb/Croat.*
*Sarajevo, 16 January 2018*
*Branislav Banjac*
*Certified Court Interpreter for English*          EXT-KOSTJEREVAC-00142



Do you understand this instruction?
Yes, I do.

_____
*(Signature of the witness)*

Pursuant to Article 8 of the CPC BiH, you are hereby informed that the official languages of Bosnia and Herzegovina – Bosnian, Croatian and Serbian, as well as both scripts – Latin and Cyrillic, are in equal official use before this Prosecutor's Office. If you do not understand the official language of the Prosecutor's Office, provisions shall be made for oral translation of your statement and translation of official documents and other pieces of written evidence.

Do you understand the official language of the Prosecutor's Office and in which script would you like this Record to be kept?

Yes, I understand the official language of the Prosecutor's Office, and I would like the record to be made in the Latin script.

_____
*(Signature of the witness)*

Pursuant to Article 83 of the CPC BiH, you may refuse to testify if you are related to the suspect by marriage or family relations

Pursuant to Article 84 of the CPC BiH, you may refuse to answer such questions with respect to which a truthful reply would expose you to criminal prosecution; In order to answer such questions you may seek immunity, which is granted by the Prosecutor. If you are granted immunity, you will be obliged to testify on such issues and you will not be criminally prosecuted unless you testified falsely. At your request, the Court can appoint a legal counsel during your hearing if you are not able to exercise your rights, and if your interests cannot be otherwise protected.
Pursuant to Article 91 of the CPC of BiH, you may request to be heard as a protected witness pursuant to the Law on the Protection of Witnesses under Threat and Vulnerable Witnesses.

Do you understand these instructions?

Yes, I do.

_____
*(Signature of the witness)*



WITNESS STATEMENT:

Before the war I lived with my husband Mehmed in the village of Bajrići - Novo Selo.

I cannot remember either the day or the year, but I know it was the beginning of the war, when one day some military brought one Anđa into my home.
Before they brought her into my home, that woman Anđa had been detained in a structure right across from my house, that is, across the hill, in a small facility being more like a cattle shelter, of a rather low height.

I do not know Anđa's last name, and when they brought her to my house I gave her some things to put on, and I know she then went to the bathroom. I gave her some rags and I know she washed something in the bathroom, but I do not know what, she did not tell me what she needed those rags for. It all happened a long time ago so I cannot remember everything now.

The military that brought Anđa, I do not know who they were, I did not recognize any of them. I do not remember what uniforms they wore or what weapons they carried.

While they were bringing Anđa to our house my husband Mehmed was there with me, and I recall him saying later to me that he felt sorry for Anđa because she was imprisoned without being guilty of anything.

I know that my Mehmed gave her some milk on a couple of occasions, after we have milked our cow, so Anđa could have some fresh food. I also went to visit Anđa once and did not see anyone else in the stable other than Anđa, and I remember that she was sad, and that it was strange for her to be there, as it would be for any other person.

I did not speak to her at all back then, I just saw her from the doorstep and said hello.

My husband Mehmed would surely have had more to say on the matter, but he is dead now, or rather he went missing in Srebrenica and I have never learned anything about his fate.

That is all I have to say.

After that the witness is advised that she has the right to have the transcript read out to her before she signs it, and after the witness said she had heard it being dictated aloud, she said she had no objections to the transcript, and signed it personally.

Completed at 17:40 hours.

Record-taker          Witness          Prosecutor
*(signed)*            *(signed)*       *(signed)*

*I hereby confirm that this document is a true translation of the original written in Bosnian/Serb/Croat.*
*Sarajevo, 19 December 2017*
*Branislav Banjac*
*Certified Court Interpreter for English*



Potpis svjedoka *Si Fotima*

BOSNA I HERCEGOVINA
TUŽILAŠTVO/TUŽITELJSTVO
BOSNE I HERCEGOVINE
SARAJEVO

Predmet br. T20 0 KTRZ0004193 09
Datum:       09.07.2014. godine

## ZAPISNIK
## O SASLUŠANJU SVJEDOKA

| | |
|---|---|
| **Mjesto ispitivanja:** | Porodična kuća u mjestu Jošanica, opština Zvornik |
| **Odredbe za krivično djelo:** | Krivično djelo Ratni zločin protiv civilnog stanovništva iz člana 173. i ratni zločin protiv ratnih zarobljenika iz člana 175 KZ BiH |
| **Osumnjičeni:** | Muharem Sinanović i drugi |
| **Poziv svjedoku upućen od:** | Tužilaštva BiH |
| **Datum poziva svjedoku:** | 23.06.2014. godine |

**PRISUTNI:**

**Istražitelj: Elvir Kadrić**

**Svjedok:FatimaSinanović**

**Zapisničar: Elvir Kadrić**

### Započeto u :   11.15 sati

### OBAVJEŠTENJA I UPOZORENJA

1.    Službeni jezici Bosne i Hercegovine – bosanski, hrvatski i srpski kao i oba pisma, ćirilica i latinica, su u ravnopravnoj upotrebi pred ovim Tužilaštvom. Ukoliko ne razumijete službene jezike Tužilaštva,

*Potpis svjedoka  C. Fotima*

Potpis svjedoka *S. Fotima*

osiguraće se usmeno prevođenje vaše izjave kao i prevod dokumenta i drugog dokaznog materijala po potrebi. *(Član 8. ZKP-a BiH)*.

2.   Potvrđujem da razumijem jezik kojim se govori na ovom saslušanju.

   **DA:**   *Potpis svjedoka S. Fotima*   **VRIJEME: 11:15 sati**

3.   Potvrđujem da se ovaj zapisnik može voditi na latiničnom pismu.

   *Potpis svjedoka S. Fotimo*   **VRIJEME: 11:15 sati**

4.   TONSKO  SNIMANJE.  Razgovor neće biti sniman audio tehnikom.
5.   Obavezni ste obezbjediti slijedeće podatke o sebi *(član 86, stav 3. ZKP BiH)*

**Ime i prezime: FATIMA SINANOVIĆ zv.SADIKA,**

**Ime oca: MEHMED**

**Ime majke: MEJRA**

**Djevojačko prezime majke:HALILOVIĆ**

**Datum rođenja: 06.03.1957.G.**

**Mjesto rođenja: ĐULIĆI, ZVORNIK**

**Zanimanje:PENZIONER**

**Da li ste trenutno zaposleni:/**

**Mjesto zaposlenja:/**

**Bračno stanje:UDOVICA, MAJKA PETERO PUNOLJETNE DJECE**

**Državljanstvo: BIH**

**Etnička pripadnost: BOŠNJAK**

**Tačna adresa na koju ćete primati pismena: GORNJI ČAKLOVIĆI, ULICA SARAJAC 35, TUZLA**

Potpis svjedoka  *S. Fatima*

Broj telefona:062/270 783

6.     Upozoravate se da ste dužni obavjestiti Tužilaštvo i Sud o svakoj promjeni adrese i boravišta.

7.     Obavezni ste da svjedočite. Ukoliko odbijete Sud vam može izreći kaznu. *(član 81., stav 1. i 7., ZKP-a BiH)*.   Međutim:

   a.     Možete odbiti da svjedočite ako ste bračni drug ili bliski srodnik sa osumnjičenim *(član 83. ZKP-a BiH)*.

   b.     Možete odbiti da svjedočite ukoliko bi vaš odgovor mogao izložiti vašeg bračnog druga ili bliskog srodnika krivičnom gonjenju.

   c.     Imate pravo da ne odgovarate na pitanja ako bi vas istinit odgovor izložio krivičnom gonjenju. Da biste odgovorili i na ta pitanja, možete tražiti imunitet. Imunitet Vam daje Glavni tužilac. Ukoliko dobijete imunitet, dužni ste svjedočiti i neće biti krivično gonjeni, osim ako ste dali lažni iskaz. *(član 84. ZKP-a BiH)*

8.     Morate govoriti istinu. *(član 86. stav 2. ZKP-a BiH)*

9.     Ne smijete prešutjeti ništa. *(član 86. stav 2. ZKP BiH)*

10.    Upozoravate se da je davanje lažnog iskaza krivično djelo zbog kojega vam može biti određena kazna zatvora. *(član 86. stav 2. ZKP-a BiH u vezi sa članom 235. KZ-a BiH)*.

11.    Ukoliko ste vi ili vaša porodica suočeni sa ozbiljnim rizikom ili prijetnjom, možete zatražiti da budete saslušani u svojstvu zaštićenog svjedoka. *(Zakon o zaštiti svjedoka pod prijetnjom i ugroženih svjedoka i član 91. ZKP-a BiH)*

12.    Imate pravo pročitati zapisnik ili zatražiti da vam se pročita, te da unesete promjene prije nego što isti potpišete.

13.    Zapisnik će se diktirati zapisničaru. Morati pratiti dok se zapisnik sastavlja. Morate pratiti na ekranu kompjutera ispred vas dok se zapisnik

Potpis svjedoka  *S. Fatima*

Potpis svjedoka *S, Fotima*

sastavlja. Ukoliko mislite da ima grešaka, možete ih ispraviti dok se
zapisnik sastavlja kao i na kraju ispitivanja.

**Svojim potpisom potvrđujem da sam razumila sva obavještenja i
upozorenja koja su gore navedena.**

*Potpis svjedoka* *S, Fotima* _____ VRIJEME: 11:15 sati

## IZJAVA SVJEDOKA

**Svjedok daje izjavu sa početkom u:   11.30 sati**

1. Zovem se Fatima Sinanović, nisam najboljeg zdravstvenog stanja,
   operisala sam žuč, imam visok pritisak i oboljela mi je kičma, a redovno
   koristim terapiju i druge lijekove i danas sam sposobna dati iskaz
   Tužilaštvu Bosne i Hercegovine.

2. Do sada nikada nikome nisam davala iskaz u vezi ratnih dešavanja na
   ovom području, niti jednoj agencijiza sprovođenje zakona u BiH niti
   Tužilaštvu BiH.

3. Ja sam rođena u selu Đulići, odmah pored sela Petkovci, gdje sam išla u
   osnovnu školu koja se nalazi u Petkovcima.Udala sam se 11.jula 1977.
   godine i živjela sam u braku sa Šahbazom Sinanovićem u Jošanici u
   porodičnoj kući, gdje sam živjela zajedno sa svojim mužem Šahbazom i
   petero djece, sin Said, kćeri Ševala, Saida, Šejla i Sabahudina.

4. Moj muž Šahbaz poginuo je 12.01.1993. godine, između sela Marčići i
   Sultanovići od protivavionskog metka od strane srpskih vojnih
   formacija.Posjedujem izvod iz MKU iz Tuzle, gdje je privremeno upisan
   u matičnu knjigu za raseljena lica i izbjeglice, a po potrebi ranije sam
   vadila izvod iz MKU u Kalesiji.

5. Na početku sukoba 1992 godine, u selu Jošanica i okolnim selima
   Bajrići, Novo Selo, Liplje i dr., moj muž je išao na stražu kako bi zaštitili
   svoja sela i muslimansko stanovništvo i svoju porodicu.Ja ne znam ko je
   bio komandant mome mužu, a na stražu je išao sa komšijama iz okolnih
   sela Jošanica, Bajrići, Liplje, Sultanovići i dr.Poznato mi je da je na
   stražu išao sa komšijama Osmanović Fadil, Osmanović Hašim, sa

Potpis svjedoka *S, Fotima*

bratom Muharemom  Sinanovićem.Koliko se mogu sjetiti sa njim je često na stražu išao i Almir Seferović koji je bio prisutan kada je poginuo moj muž kod Sultanovića.Mislim da je moj muž bio u vojnoj policiji, ali nisam baš sigurna, znam da su ga često zvali nekakvi ljudi da ide negdje sa njima, ja te ljude nisam poznavala, a pošto je pucalo po selu, selo je granatirano, ja sam često odlazila od kuće i bila sam u Cerskoj sa djecom.

6. Jednom prilikom koliko se sjećam negdje na jesen 1992 godine, Šahbaz mi je rekao da je čuo od komšija da je zarobljena jedna žena po imenu Anđa i da su je doveli u Bajriće, nakon čega je on rekao da ide u Bajriće da provjeri ko je ta žena.Poslije kada se vratio kući rekao mi je da je zarobljena žena Anđa iz Novog Sela, da je on tamo pitao odakle je i pitao je da li poznaje Mehmeda Halilovića, nakon čega je Anđa rekla da zna i da je sa njegovom kćerkom išla u osnovnu školu, onda je Šahbaz upitao kako se zove ta njegova kćerka, a Anđa mu je odgovorila da se zove Fatima a nadimak joj je Sadika.Nakon toga Šahbaz joj je rekao da je to njegova žena, a Anđa mu je odgovorila riječima"živa ti djeca bila" dovedi me da je vidim, to je moja školska drugarica, na šta je Šahbaz odgovorio da ne može povesti ženu jer je kod djece kući i puca se, onda je ona rekla du nju povede sa sobom da vidi Fatimu.Šahbaz joj je rekao da će vidjeti da je dovede kod sebe.Po povratku kući sve to mi je Šahbaz ispričao i rekao da će dovesti Anđu kod nas kući u Jošanicu.Nakon nekoliko dana Šahbaz je zajedno sa Osmanović Fadilom i Osmanović Hašimom iz Bajrića doveo Anđu u moju kuću.Kada je Anđa došla mojoj kući, prepoznala me, zagrlila i poljubila i rekla mi da sam se malo udebljala.Ne sjećam se kako je Anđa bila obučena, vidjela sam da je imala povrede na tijelu i glavi u vidu modrica i rekla mi je da je neko udario u Bajrićima, nekakav „Gumeni" koga ja ne poznajem po tom imenu.Ja sam joj dala čist veš da se presvuče, pomogla joj da se okupa, tako što sam joj polijevala vodu dok se kupala, nakon čega sam joj dala odjeću da se obuče.Ja sam joj rekla da nemam suknje da joj dam da imam samo dimije što ti nenosiš a ja nemam suknje, na šta je ona odgovorila da obuče bilo šta samo da je čisto.Anđa je kod nas bila u kući, zajedno sa nama je boravila i Šahbaz joj je rekao da joj niko ništa ne smije dok je kod nas.Anđa je kod nas ostala oko četiri do pet noći koliko se mogu sjetiti.Tokom boravka u našoj kući Anđa mi ništa nije pričala o silovanju, niti mi je rekla da je bila trudna i da je izgubila trudnoću.Rekla mi je da joj je u Bajrićima pomogla jedna žena koja se zove Ajka mislim Junuzović, kako je divna žena i da joj je pomogla tako

*Potpis svjedoka S. Fotima*

Case: 4:19-mj-06244-PLC Doc. #: 1-2 Filed: 08/14/19 Page: 160 of 372 PageID #: 165

što joj je donosila hranu i piće.Šahbaz mi je pričao da je doveo kod nas kako bi je spasio od drugih u Bajrićima da je ne maltretiraju, te da će Anđa biti razmijenjena.

7.  Ne mogu se tačno sjetiti datuma, kada je počelo granatiranje i pucanje po našem selu i okolnim selima od strane srpskih formacija, počele su da gore kuće, tako da smo mi morali da se prinudno iselimo. Tada je Šahbaz rekao meni da idem da spremim djecu i svi da se izvlačimo prema Cerskoj, Anđa je tu bila sa nama, govorila mi je da će i ona ići samnom, dok sam se ja brinula oko svoje djece, kada sam krenula Anđe nije bilo ispred moje kuće, više je nikad nisam vidjela.Saznala sam u putu prema Cerskoj da su Anđu odveli u Cersku.Nije mi poznato ko je odveo Anđu i gdje.Svog muža Šahbaza sam vidjela tek u Cerskoj nakon otprilike dva dana, kada sam ga pitala gdje je Anđa odgovorio mi je da su je odveli neki ljudi u Cersku da je razmijene.

8.  Na upit istražitelja da li ima sestru i kako se zove sestrin muž, svjedok odgovara da ima jednu sestru koja se zoveRrefika Brkić, da živi tu blizu u Jošanici, da je živjela u braku sa mužem po imenu Džemil Brkić, koji je poginuo u novembru 1993 godine na ratištu na zvorničkoj opštini.

9.  Na upit istražitelja da li je nešto ostalo od vojne dokumentacije u kući nakon Šahbazove pogibije, svjedok odgovara da ništa nije ostalo od papira, niti je Šahbaz imao išta od vojne dokumentacije u kući, a kuća je potpuno izgorila prije nego je Šahbaz poginuo, koliko se sjećam 1992 godine.

10. Šahbaz mi nije nikada pričao da je sa Anđom u Bajrićima bio zatvoren jedan vojnik, niti da je ubijen u Bajrićima, samo mi je rekao da je tu bila Anđa zatvorena, a napominjem da mi ni Anđa dok je bila kod nas nije rekla ništa vezano za taj slučaj.

11. Na upit istražitelja da li poznaje osobe: Mujanović Besim, Šabić Sabit, Mahmutović Razim, Osmanović Edin, Ramić Asim, Selimović Admir, Seferović Islam, svjedok odgovara da joj ništa ne znače ta imena, da ih ne poznaje, zna da postoji prezime Šabić u Jošanici, a koliko je njoj poznato nema niko po imenu Sabit, takođe navodi da u Bajrićima ima Selimovića, ali da ona ne poznaje navedene osobe.Svjedok takođe odgovara da ne poznaje Ibrahimović Ziju, da joj to ime ništa ne znači.

Potpis svjedoka *E. Fotima*

12. Dodala bi da sam ja rođena u Đulićima, da sam se ja udala u Jošanicu, tako da nisam poznavala sve stanovnike u Jošanici i okolnim selima, sem uže rodbine od moga muža Šahbaza Sinanovića.

13. Potvrđujem da su prema mom najboljem znanju i uvjerenju odgovori istiniti.

14. Potvrđujem da sam pročitala izjavu i potvrđujem da je to vjeran zapisnik razgovora i stavljam svoj potpis ispod, na vrh i dno svake stranice.

**Izjava svjedoka završena u:  14:20 sati**

| Zapisničar | Svjedok | Istražitelj |
|---|---|---|

Signature of the witness: *S. Fatima*

---

**BOSNIA AND HERZEGOVINA**
**PROSECUTOR'S OFFICE OF B-H**
**SARAJEVO**

**Case number:**     T20 0 KTRZ0004193 09
**Date:**         **9 July 2014**

## WITNESS EXAMINATION RECORD

**Location of examination:**    Family house in the place of Jošanica, Zvornik Municipality

**Criminal offense:**         War Crimes against Civilians under Article 173, and War Crimes against Prisoners of War under Article 175 of the Criminal Code of B-H

**Suspect:**             Muharem Sinanović *et al.*

**Witness summoned by:**     Prosecutor's Office of Bosnia and Herzegovina

**Date of summons:**        23 June 2014

**ATTENDEES:**
**Investigator:**      **Elvir Kadrić**
**Witness:**          **Fatima Sinanović**
**Record-taker:**     **Elvir Kadrić**

### Commenced at 11.15 hrs.

### NOTICES AND CAUTIONS

1. The official languages of Bosnia and Herzegovina – Bosnian, Croatian and Serbian, and both scripts – Latin and Cyrillic, are in equal official use before this Prosecutor's Office. If you do not understand the official languages of the Prosecutor's Office, provisions shall be made for oral interpretation of your statement and translation of official documents and other pieces of written evidence. (*Article 8 of the Criminal Procedure Code of B-H/CPC B-H*)

2. I hereby confirm that I understand the language of this examination.

   **YES: Signature of the witness:** *S. Fatima*    **TIME: 11.15 hrs**

3. I hereby confirm that this Record may be made in the Latin script.



**Signature of the witness:** *S. Fatima*   **TIME: 11.15 hrs**

4.   AUDIO RECORDING: The examination will not be audio-recorded.

5.   It is your duty to provide the following personal data (*Article 86, Paragraph 3 of CPC B-H*):

| | |
|---|---|
| **First name and surname:** | **FATIMA SINANOVIĆ nicknamed SADIKA** |
| **Father's name:** | **MEHMED** |
| **Mother's name:** | **MEJRA** |
| **Mother's maiden name:** | **HALILOVIĆ** |
| **Date of birth:** | **6 March 1957** |
| **Place of birth:** | **ĐULIĆI, ZVORNIK** |
| **Occupation:** | **RETIRED** |
| **Are you employed:** | / |
| **Place of employment:** | / |
| **Marital status:** | **WIDOW WITH FIVE CHILDREN OF AGE** |
| **Citizenship:** | **BOSNIA-HERZEGOVINA** |
| **Ethnicity:** | **BOSNIAK** |
| **The exact address where** | |
| **You will receive writs:** | **GORNJI ČAKLOVIĆI, SARAJAC 35, TUZLA** |
| **Telephone number:** | **062/270 783** |

6.   You are hereby cautioned that it is your duty to inform the Prosecutor's Office and the Court about any change of your address or place of residence.

7.   You have the obligation to testify. If you refuse to testify the Court may impose a fine on you. (*Article 81, Paragraphs 1 and 7 of the CPC B-H*). However:

   a.   You may refuse to testify if you are a spouse or a close relative of the suspect (*Article 83 of the CPC B-H*).

   b.   You may refuse to testify if your answer would expose your spouse or close relative to criminal prosecution.

   c.   You are entitled to refuse to answer such questions with respect to which a truthful reply would expose you to criminal prosecution. In order to answer such questions you may request immunity. Immunity is granted by the Chief Prosecutor. If you are granted immunity, you will be obliged to testify on such issues and you will not be criminally prosecuted unless you testify falsely. (*Article 84 of the CPC B-H*).

8.   You are called upon to tell the truth. (*Article 86, Paragraph 2 of the CPC B-H*)

9.   You must not withhold anything. (*Article 86, Paragraph 2 of the CPC B-H*)



10. You are cautioned that giving a false statement constitutes a criminal offense carrying a sentence of imprisonment. (*Article 86, Paragraph 2 of the CPC B-H as read with Article 235 of the CC B-H*)

11. If there is a manifest risk or threat to you or your family, you may request to be heard as a protected witness. (*The Law on the Protection of Witnesses under Threat and Vulnerable Witnesses and Article 91 of the CPC B-H*)

12. You are entitled to read the Record or request that it be read out to you and to make amendments to it before you sign it.

13. The Record will be dictated to the record-taker. You must follow the Record on the screen of the computer in front of you while it is being taken. If you think there are errors in it, you may correct them while the Record is being taken and at the end of the examination.

**With my signature I hereby confirm that I have understood the foregoing notices and cautions.**

**Signature of the witness:** *S. Fatima*   **TIME: 11.15 hrs**

### WITNESS STATEMENT

**The witness commences the statement at 11.30 hrs.**

1. My name is Fatima Sinanović. I am not in the best of health, I had a gall bladder surgery, I have high blood pressure and an ailing spine, I take the prescribed and other medicines on regular basis, and I am fit to give a statement to the Prosecutor's Office of B-H today.

2. So far I have not given any statement concerning the war events in this area to anyone, either to any law enforcement agency in Bosnia and Herzegovina or the Prosecutor's Office of B-H.

3. I was born in the village of Ðulići, in the immediate vicinity of the village of Petkovci where I attended elementary school. I married on 11 July 1977 to Šahbaz Sinanović and I lived in a family house in Jošanica with him and our five children, son Said and daughters Ševala, Saida, Šejla and Sabahudina.

4. My husband Šahbaz was killed on 12 January 1993, between the villages of Marčići and Sultanovići, by a bullet from an anti-aircraft machine-gun fired by Serb military formations. I have a copy of certificate from the Register of Deaths in Tuzla, where he was temporarily registered in the Register of Displaced Persons and Refugees, and previously I used to have a certificate issued from the Register of Deaths in Kalesija

5. At the beginning of the conflict in 1992, my husband went to keep the neighborhood watch in the village of Jošanica and the neighboring villages of Bajrići, Novo Selo, and Liplje, organized by the inhabitants in order to protect their villages and the Muslim population and their families. I do not know who my husband's commander was and he kept the watch together with the neighbors from the surrounding villages of Jošanica, Bajrići, Liplje, Sultanovići and others. I know that he went to keep the watch together with neighbors Fadil Osmanović and Hašim Osmanović, and his brother Muharem Sinanović. As far as I can remember, Almir Seferović often went to keep watch together with him, and he was also present when my husband got killed near Sultanovići. I think that my husband was in the Military Police, but I'm not quite sure, I know that he was often called by some men to go somewhere with them, I did not know these men, and since there was shooting and the village was shelled, I would often leave home and stay in Cerska with my children.

6. On one occasion, as far as I remember it was in the fall of 1992, Šahbaz told me that he had heard from neighbors that a woman named Anđa was captured and brought to Bajrići, whereupon he said that he would go to Bajrići to check who the woman was. Later, when he returned home, he told me that the captured woman was Anđa from Novo Selo, that he asked her where she came from and if she knew Mehmed Halilović, whereupon Anđa said that she knew him and that she had attended elementary school together with his daughter. Then Šahbaz asked her what the name of that daughter was, and Anđa answered that her name was Fatima and nickname was Sadika. After that Šahbaz told her that that woman was his wife to which Anđa responded: "May your children live long, bring her to me so that I could see her, she was my schoolmate." Šahbaz responded that he could not bring his wife as she was at home with the children and there was shooting going on, to which she said that he should take her with him so that she could see Fatima. Šahbaz told her that he would see about it to take her to his place. When Šahbaz returned home he told me all that and said that he would bring Anđa to our house in Jošanica. A few days later Šahbaz, together with Fadil Osmanović and Hašim Osmanović from Bajrići, brought Anđa from Bajrići to my home. When Anđa arrived in my house, she recognized me, embraced me and kissed me and told me that I had put some weight on. I do not remember how Anđa was dressed, I saw that she had injuries, that is, bruises to her body and head and she told me that someone had hit her in Bajrići, some guy called "Gumeni" [the Rubber One; translator's note], but I don't know anyone by that name. I gave her a clean change of clothes, helped her to wash herself by pouring water over her while she was having a bath, whereupon I gave her the clothes to put on. I told her that I did not have a skirt to give her, that I only had *dimije* [Muslim women's loose-fitting trousers; translator's note], but you don't wear that and I don't have a skirt, to which she answered that she would put on anything as long as it is clean. Anđa was at our house, she lived in it together with us and Šahbaz told her that nobody would harm her while she was with us. Anđa stayed at our home for four-five nights, as far as I can remember. During the stay in our house Anđa did not tell me anything about rape, nor did she tell me that she had been pregnant and that she had a miscarriage. She told me that in Bajrići she was helped by one woman whose name was Ajka and last name, I think, Junuzović, that she was a wonderful woman and that she had helped her by bringing her food and beverage. Šahbaz told me that he brought Anđa to our home to save her from mistreatment by others in Bajrići and that she would be exchanged.

7. I cannot remember exactly the date when the Serb formations started shooting and shelling our village and the neighboring villages, houses started burning so we were forced to move out. Šahbaz told me to get the children ready and that we should all pull out and go toward Cerska. Anđa was there with us, she told me that she would also go with me, and then I got busy with my children and when I set off Anđa was no longer in front of my house and I have never seen her again. En route to Cerska I learned that Anđa was taken to Cerska. I do not know who took Anđa and where. I saw my husband Šahbaz in Cerska approximately two days later, and when I asked him where Anđa was he told me that she had been taken by some people to Cerska in order to be exchanged.

8. Asked by the investigator if she had a sister and what was the name of the sister's husband, the witness said that she had one sister whose name was Refika Brkić, that she lived close over there in Jošanica, that she had been married to Džemil Brkić who got killed in November 1993 in the battlefield in Zvornik Municipality.

9. Asked by the investigator if there was some military documentation left in the house after Šahbaz's death, the witness said that there were no documents left and that Šahbaz had not had any military documentation at home, and that the house had burned down before Šahbaz got killed, in 1992, as far as she could remember.

10. Šahbaz never told me that a soldier had been detained together with Anđa in Bajrići, or that he had been killed in Bajrići. He only told me that Anđa was detained there, and I also state that Anđa did not tell me anything related to that case while she was at our place.

11. Asked by the investigator if she knew the following persons, Besim Mujanović, Sabit Šabić, Razim Mahmutović, Edin Osmanović, Asim Ramić, Admir Selimović, and Islam Seferović, the witness said that the names meant nothing to her, that she did not know them, that she knew that there was the family name of Šabić in Jošanica, and, as far as she knew, there was nobody by the name of Sabit. She also said that there were people with the last name of Selimović in Bajrići, but that she did not know the referenced persons. The witness also said that she did not know Zijo Ibrahimović, that the name meant nothing to her.

12. I would like to add that I was born in Đulići, that I moved to Jošanica when I got married, so I did not know all inhabitants of Jošanica and the neighboring villages, except for my husband Šahbaz Sinanović's close relatives.

13. I hereby confirm that my answers are truthful to the best of my knowledge and belief.

14. I hereby confirm that I have read this statement and that it is a verbatim record of the interview and I affix my signature underneath it and on the top and the bottom of every page.

**The witness statement ends at 14.20 hrs.**

| Record-taker | Witness | Investigator |
|---|---|---|
| *Kadrić Elvir* | EXT-KOST-SERDÁR-00160 | *Kadrić Elvir*    Edina Neretljak |
| | | SARAJEVO |

Signature of the witness: *S. Fatima*

*I hereby confirm that this document is a true translation of the original written in Bosnian/Croatian-Serbian.*
*Sarajevo, 19 December 2017*
*Edina Neretljak, Certified Court Interpreter for the English Language*

Edina Neretljak
SARAJEVO
Eдина Heperљaк
CAPAJEBO

EXT-KOSTJEREVAC-00161

1

BOSNA I HERCEGOVINA
TUŽILAŠTVO-TUŽITELJSTVO BOSNE I HERCEGOVINE
S A R A J E V O
Broj: T20 0 KTRZ 0004193 09
Sarajevo, 21.05.2014. godine

### Z A P I S N I K
### O SASLUŠANJU SVJEDOKA

Sastavljen dana 21.05.2014. godine u prostorijama Tužilaštva-Tužiteljstva BiH u Sarajevu, u krivičnom predmetu protiv: Sinanović Muharem i drugi, broj: T20 0 KTRZ 0004193 09, koji su osumnjičeni da su počinili krivično djelo Ratni zločin protiv civilnog stanovništva iz člana 173. stav 1. tačke a), b), c) i e), a u vezi sa članom 180. stav 1. KZ BiH.

PRISUTNI:
1. Tužilac:                              Milanko Kajganić
2. Stručni saradnik:
3. Stručni saradnik-istražitelj:  Elvir Kadrić
4. Svjedok:                            Refik Mustafić
5. Zapisničar:                        Hatidža Ligata

Započeto u 13:00 sati

Na temelju člana 86. stav 2. ZKP-a BiH opominjem Vas da ste dužni govoriti istinu. Ne smijete ništa prešutjeti. Upozoravam Vas da je davanje lažnog iskaza krivično djelo propisano članom 235. Krivičnog zakona BiH za koje je zaprijećena kazna zatvora od 6 mjeseci do 5 godina.

Na temelju člana 86. stav 3. ZKP-a BiH svjedok o sebi daje slijedeće podatke:

**Prezime i ime: Mustafić Refik**
**Ime oca: Mustafa**
**Ime majke:    Malća**
**Djevojačko prezime majke:  Selimović**
**Datum vašeg rođenja: 12.04.1967. godine**
**Mjesto rođenja: Novo Selo, Zvornik**
**JMBG: 1204967183936**
**Šta ste po zanimanju: Medicinski tehničar**
**Jeste li zaposleni i gdje: Da,  Nerko-mix d.o.o. Tuzla (vlasnik)**
**Da li ste udati-oženjeni: Da**
**Imate li djece:        Otac dvoje djece jedno je maloljetno**
**Čiji ste državljanin: BiH**
**Nacionalnost: Bošnjak**
**Jeste li u srodstvu sa osumnjičenim:NE**
**Tačna adresa mjesta boravka na koju ćete primati pismena: ul. Šići bb, Tuzla**

(Potpis svjedoka)

2

Upozoravam Vas da ste dužni Tužilaštvo i Sud obavještavati o svakoj promjeni adrese ili promjeni boravišta.

Da li razumijete ovu pouku?
Razumijem

(Potpis svjedoka)

Na temelju člana 81. Stav 5, 6. I 7. ZKP-a BiH dužni ste se odazivati se na svaki poziv Tužilaštva i Suda a ukoliko niste u mogućnosti pristupiti morate o razlozima obavijestiti Sud i Tužilaštvo. Ukoliko ne postupite po ovom upozorenju možete biti kažnjeni novčanom kaznom do 5.000 KM, a biće naređeno Vaše prinudno dovođenje. Dužni ste da svjedočite. Ako odbijete svjedočenje Sud Vas može kazniti novčanom kaznom do 30.000 KM.

Da li razumijete ovu pouku?
Razumijem

(Potpis svjedoka)

Na temelju člana 8. ZKP-a BiH obavještavate se da su pred ovim Tužilaštvom u ravnopravnoj upotrebi službeni jezici Bosne i Hercegovine bosanski, hrvatski i srpski i oba pisma – ćirilica i latinica. Ukoliko ne razumijete službeni jezik Tužilaštva osigurat će se usmeno prevođenje Vaše izjave kao i isprava i drugog dokaznog materijala.

Da li razumijete službeni jezik Tužilaštva i na kojem pismu želite da se sačini zapisnik?

Da, ja razumijem sve što ste mi pročitali, ne treba mi prevodilac i zapisnik neka bude sačinjen na latinici.

(Potpis svjedoka)

Na temelju člana 83. ZKP-a BiH svjedok se poučava:

- imate pravo odbiti svjedočenje samo ako ste u bračnom ili rodbinskom odnosu sa osumnjičenim, odnosno ako ste:

  a) bračni, odnosno vanbračni drug osumnjičenog, odnosno optuženog,
  b) roditelj ili dijete, usvojitelj ili usvojenik osumnjičenog odnosno optuženog.

Da li razumijete ovu pouku?
Da, razumijem.

(Potpis svjedoka)

Na temelju člana 84. ZKP-a BiH, svjedok se poučava:

- Imate pravo da ne odgovarate na pitanja ako bi Vas istinit odgovor izložio krivičnom gonjenju.
- Da biste odgovorili i na ta pitanja možete tražiti imunitet. Imunitet Vam daje Glavni tužilac. Ukoliko dobijete imunitet dužni ste svjedočiti i nećete biti krivično gonjeni osim ako ste dali lažni iskaz.

3

- Za vrijeme Vašeg saslušanja na Vaš zahtjev Sud Vam može odrediti za savjetnika advokata ukoliko niste u stanju sami koristiti svoja prava, a Vaši interesi se ne mogu zaštititi na drugi način.

Da li razumijete ove pouke?
Da, razumijem sve ove pouke i ja želim svjedočiti u ovom predmetu.

_____
(Potpis svjedoka)

Na temelju člana 91. ZKP-a BiH možete tražiti da budete saslušani u svojstvu zaštićenog svjedoka u skladu sa Zakonom o zaštiti svjedoka pod prijetnjom i ugroženih svjedoka.

Da li razumijete ove pouke?
Da, razumijem. U ovoj fazi postupka nije mi potrebna nikakva zaštita predviđena Zakonom o zaštiti svjedoka pod prijetnjom i ugroženih svjedoka.

(Potpis svjedoka)

## IZJAVA SVJEDOKA :

1. Ja sam rođen u Novom Selu općina Zvornik, gdje sam i živio do početka ratnih dešavanja, radio sam u Opštoj bolnici u Zvorniku kao medicinski tehničar.
2. Početkom juna mjeseca 1992 godine mene su angažovali tada još uvijek, neorganizovane jedinice da na prostoru mjesca koje se zove Brdo iznad sela Jošanica opština Zvornik, kao medicinski tehničar pružam pomoć ranjenim i povrijeđenim logorašima koji su prethodno oslobođeni iz logora koji se nalazio u osnovnoj školi u Liplju, radilo se o civilnom stanovništvu bošnjačke nacionalnosti.
3. Koliko se sada mogu sjetiti ja sam formalno bio angažovan u Armiji BiH početkom septembra mjeseca 1992 godine kada je formiran „VI Zvornički odred". Tada u tom periodu oformljena je prvi put ratna bolnica koja se nalazila u zaseoku Redžići koji pripada selu Kamenica Donja. Pored mene u pomenutoj bolnici bile su angažovane još tri medicinske sestre, Jasminka, Sabina i Dina, prezimena se trenutno ne sjećam te dva medicinska tehničara i to Idriz Ibrahimbegović i Smajil Zlatarević te jedan pomoćnik Čikarić Muhamed(sin Hase) koji inače nije bio medicinski radnik ali nam je pomagao u zbrinjavanju ranjenih i povrijeđenih.
4. Ja poznajem Radović, odnosno sada udatu Obradović Anđu jer smo komšije iz istog sela a poznajem je od prije par godina pred početak rata jer je sa mojom sestrom radila u vezionici u Zvorniku.
5. Ne sjećam se tačno vremenski ali znam da je bilo 1992 godine kada su pripadnici Armije BiH izveli akciju na zaseok Kočanji koji je dio Novog Sela te su tom prilikom zarobili Obradović Anđu i doveli je u prihvatni centar u naselju Bare koji je bio određen kao sanitetski punkt radi provođenja te akcije odnosno mjesto gdje bi se eventualno ranjeni koji bi učestvovali u toj akciji doveli i medicinski zbrinuli.
6. Kada su Anđu doveli ona je ispod jednog oka, sada se trenutno ne mogu sjetiti kojeg imala povredu u vidu najvjerovatnije posjekotine, Ja sam joj tom prilikom tu povredu očistio i dezinfikovao, međutim nije se radilo o nekoj težoj povredi jer rana, koliko se sjećam nije krvarila. Tom prilikom Anđa me prepoznala jer smo kako sam već gore naveo bili komšije i mogu naglasiti da mi je tada nje bilo žao jer je ona zarobljena zato što nije znala taj teren na

4

kome se nalazila odnosno ostali mještani su pobjegli prema Drini a ona je uhvaćena. Ja sam bio spreman čak i da je pustim, međutim bojao sam se za svoju bezbjednost da meni neko ne bi naudio. Sjećam se da je Anđa u tom periodu bila angažovana da radi u kuhinji i da radi za srpske snage odnosno tako su mi rekli pripadnici Armije BiH.

7. Prilikom tog napada ja sam bio sam na tom sanitetskom punktu u tom naselju Bare, a tu me je rasporedio Almir Seferović koji je bio organizator otpora na tom prostoru. Ja se sad ne mogu sjetiti ko je doveo Anđu do mene na taj sanitetski punkt jer je tada bilo više ranjenika koje sam ja zbrinjavao i dalje so prebacivani prema mjestu Bajrići.

8. Znam da sam da li tog istog dana ili naredne došao u Bajriće i vidio Anđu da je bila zatvorena u prostoru koji je namijenjen za skladištenje kukuruza takozvanom košu, koliko se mogu sada sjetiti radi se o „košu napravljenom od drvenih letava između kojih ima prostora od par centimetara“, a isti je bio u dvorištu kuća Selimović Mustafe i njegovog sina Hase.

9. Tom prilikom ja sa njom nisam kontaktirao niti sam joj se približavao jer mi je bilo žao da je gledam tu zatvorenu a nisam joj mogao pomoći.

10. Ja sam inače često bio stacioniran u Bajrićima gdje sam i spavao u kućama Selimović Sulejmana, dajdže i nekada Selimović Mustafe, a iz razloga što je sa tog mjesta bilo najlakše da dođem do ranjenika.

11. Ja izričito tvrdim da nakon što sam Anđi sanirao povrede odmah po njenom zarobljavanju nisam više nikako bio angažovan da je medicinski pregledam ili zbrinjavam. Ne isključujem da je postojala mogućnost da je nju u tom periodu neko pretukao ali ako postoje informacije da je zbrinjavana od strane nekog od medicinskih radnika postoji mogućnost da joj je tu pomoć pružio Omerović Mirsad koji je takođe u tom periodu bio angažovan kao medicinski tehničar i uglavnom je bio stacioniran u Bajrićima dok sam ja vrijeme provodio na terenu.

12. U tom periodu prije navedene akcije na području Bajrića je došla jedna grupa iz Hrvatske iz Zagreba, naoružanih pripadnika koji su porijeklom sa zvorničkog, vlaseničkog i bratunačnog područja, koje smo mi zvali Kibetova grupa jer im je komandir, koliko se sjećam da se zove Sakib Halilović imao nadimak „Kibe“. U toj grupi bio je i Demirović Fahrudin, koga su zvali gumeni, koga ja nisam poznavao od prije rata a sa njim u društvu bila je i jedna djevojka kojoj ne znam ime. Gumeni je tada u tom periodu imao od 20 – 25 godina. Ja ne znam da li je on pretukao Anđu niti sam za to čuo.

13. S obzirom da je bilo situacija kada bi nekome poginuo bliži član rodbine da su ti ljudi onda pokušavali da fizički se osvete na Anđi sjećam se da je Sinanović Muharema brat  koji se zvao Šahbaz odveo poslije par dana Anđu kod sebe kući kako bi je zaštitio od tih nasrtaja.

14. Ja poznajem Kostjerevac Adema sin Sulejmana, i znam da je živio u dijelu Bajrića koji se zove Kostjerevci.  Ja njega poznajem od prije rata, prvo jer je moja majka rodom iz Bajrića a njegova sestra Zumra je udata u Šahmane, dio Novog Sela gdje ja živim. Adem je koliko se sjećam negdje od 1960 do 1964 godišta. Kao što sam rekao on je bio angažovan kao pripadnik Armije BiH. Ne sjećam se da li je imao bilo kakvu uniformu niti da li je pripadao nekoj od jedinica u smislu da li je pripadao policiji, vojnoj policiji ili nekoj drugoj formaciji.

15. Ja ne znam da li je Adem obezbjeđivao Anđu niti sam to ikako vidio, odnosno koliko je meni poznato ona je bila zaključana u tom prostoru i nije bilo stražara u smislu da je čuvaju.
Koliko ga se sjećam iz tog perioda Adem je bio malo krupnije građe, crne kose postoji mogućnost da je možda imao i brkove ali ne mogu sada u potpunosti garantovati.

16. Koliko je meni poznato Adem je radio u nekoj od građevinskih firmi u Beogradu, ali se ne mogu konkretno izjasniti kojoj. Prema mojim informacijama Adem je nedugo nakon rata otišao u SAD zajedno sa svojoj sestrom Zumrom i nije mi poznato da li dolazi u BiH.

17. Takođe po mojim inforacijama i Almir Seferović, koji bi mogao mnogo više informacija da da o tom događaju jer je bio neka vrsta komandanta otpora odnosno TO je isto tako u SAD-u ali mislim da dolazi povremeno u BiH.

5

18. Što se tiče same akcije na Kočanje meni su pripadnici Armije BiH koji su učestvovali u akciji prenijeli da su tom prilikom poginuli Ilić Ikonija koja je takođe bila moja komšinica, zatim Ilić Lazir te njegov sin Zoran, zatim brat Ilić Mileta, Milisav za koga su mi rekli da je poginuo na samohotci na Kamenom mostu. Meni nije poznato da je tu poginula Ilić Spasa odnosno ja tu ženu ne poznajem i moguće je da nije živjela na tom prostoru, konkretno u Kočanjima, moguće je da je živjela sa druge strane sela. Marković Vaso mi isto tako nije poznat, i smatram da taj čovjek nije živio u Kočanju, jer mi je to prezime nepoznato.

19. Meni nije poznato pod kojim okolnostima su pomenuti ljudi izgubili život, moguće je da su Ikonija i Lazar nastradali prilikom pucnjave jer je bio mrak, sjećam se samo da mi je u sjećanju ostalo da mi je neko od pripadnika Armije BiH rekao da je u Zoranovoj kući viđeno više visećih kuhinja koje potiču iz pljačke bošnjačkih kuća, ali se sada ne sjećam ko je to tada rekao.

20. Po mom sjećaju Husejinović Mujo koji mi je komšija je bio komandir čete Novo Selo u sastavu VI Zvorničkog odreda ali tek kada se taj odred formirao mislim negdje od septembra 1992. godine.

21. Što se tiče Omerović Avdije znam da je bio policajac prije rata u Zvorniku ali nakon što je pala Kula Grad krajem aprila po mojim saznanjima taj čovjek više nije bio angažovan vojno jer je bio psihički nestabilan.

22. Ne znam da li sam napomenuo ali koliko se sjećam Sinanović Šahbaz je poginuo u Jošanici od granate krajem 1992 godine.


Nakon toga svjedok se poučava da ima pravo da mu se zapisnik pročita prije nego što isti potpiše, pa nakon što izjavi da ne želi da mu se zapisnik pročita, jer je slušao glasno diktiranje istog, svjedok izjavi da je sve uneseno onako kao što je on govorio, te da ne stavlja primjedbe na zapisnik, niti na postupak i odnos prema njemu prilikom saslušanja i isti svojeručno i potpisuje.

Završeno u 14,50 sati.

Hatidža Ligata
(Zapisničar)

Refik Mustafić
(Svjedok)

Milanko Kajganić
(Tužilac)

Elvir Kadrić
(Stručni saradnik-istražitelj)

Stručni saradnik

BOSNIA AND HERZEGOVINA
PROSECUTOR'S OFFICE OF BiH
S A R A J E V O
Number: T20 0 KTRZ 00004193 09
Sarajevo, 21 May 2014

### WITNESS EXAMINATION RECORD

Made on 21 May 2014 on the premises of the BiH Prosecutor's Office in Sarajevo in the criminal case versus the suspect Muharem Sinanović et al., No. T20 0 KTRZ 00004193 09, concerning the criminal offense of War Crimes against Civilians under Article 173(1)a), b), c) and e), as read with Article 180(1) of the Criminal Code of BiH.

ATTENDEES:

1. Prosecutor:          Milanko Kajganić
2. Legal Officer:
3. Investigator:        Elvir Kadić
4. Witness:             Refik Mustafić
5. Record-taker:        Hatidža Ligata

Commenced at ….. 13:00 hrs

Pursuant to Article 86(2) of the Criminal Procedure Code of BiH (CPC BiH), you are called upon to tell the truth and not withhold anything. You are cautioned that giving a false statement constitutes a criminal offence provided for in Article 235 of the Criminal Code of BiH (CC of BiH) carrying the sentence of imprisonment for a term of between 6 months and 5 years.

Pursuant to Article 86(3) of the CPC BiH, the witness provides the following personal data:

| | |
|---|---|
| **Surname and first name:** | **Refik Mustafić** |
| **Father's name:** | **Mustafa** |
| **Mother's name:** | **Malća** |
| **Mother's maiden name:** | **Selimović** |
| **Date of birth:** | **12 April 1967** |
| **Place of birth:** | **Novo Selo, Zvornik** |
| **PIN:** | **1204967183936** |
| **Occupation:** | **medical technician** |
| **Are you employed and, if so, where:** | **Yes, in the Nerko-mox d.o.o. Company, Tuzla (owner)** |
| **Are you married:** | **Yes** |
| **Any children:** | **Father of two children, one is a minor.** |
| **Citizenship:** | **BiH** |
| **Ethnicity:** | **Bosniak** |

**Are you related to the suspect: not related with the suspect: NO**
**The exact address where you will receive written documents: Šabići bb Street, Tuzla**

_____
*(Signature of the witness)*

2

Please be warned that you have the obligation to inform the Prosecutor's Office and the Court about any change of your address or place of residence.

Do you understand this instruction?
Yes, I do.

_____
*(Signature of the witness)*

Pursuant to Article 81(5), (6) and (7) of the CPC BiH, you are obligated to respond to each and every summons by the Prosecutor's Office and the Court. If you fail to act upon this instruction you may be fined with up to KM 5.000, and you will be brought to the court by force. You have the obligation to testify. If you refuse to testify the Court may fine you with up to KM 30.000.

Do you understand this instruction?
Yes, I do.

_____
*(Signature of the witness)*

Pursuant to Article 8 of the CPC BiH, you are hereby informed that the official languages of Bosnia and Herzegovina – Bosnian, Croatian and Serbian, as well as both scripts – Latin and Cyrillic, are in equal official use before this Prosecutor's Office. If you do not understand the official language of the Prosecutor's Office, provisions shall be made for oral translation of your statement and translation of official documents and other pieces of written evidence.

Do you understand the official language of the Prosecutor's Office and in which script would you like this Record to be kept?

Yes, I understand all that you have read out to me. I need no translator and I wish that the record be made in the Latin script.

_____
*(Signature of the witness)*

Pursuant to Article 83 of the CPC BiH, the witness is advised as follows:

- You may refuse to testify only if you are related to the suspect by marriage or family relations, namely if you are
    a) the spouse or extramarital of the suspect or accused;
    b) a parent or child, an adoptive parent or adopted child of the suspect or accused.

Do you understand this instruction?
Yes, I do.

_____
*(Signature of the witness)*

Pursuant to Article 84 of the CPC BiH, the witness is advised as follows:

- You may refuse to answer such questions with respect to which a truthful reply would expose you to criminal prosecution.

- In order to answer such questions you may seek immunity. Immunity shall be granted by the Chief Prosecutor. If you are granted immunity, you will be obliged to testify on such issues and you will not be criminally prosecuted unless you testified falsely.

3

At your request, the Court can appoint a legal counsel during your hearing if you are not able to exercise your rights, and your interests cannot be otherwise protected.

Do you understand these instructions?
Yes, I do and I want to testify in this case.

_____
*(Signature of the witness)*

Pursuant to Article 91 of the CPC of BiH, you may request to be heard as a protected witness pursuant to the Law on the Protection of Witnesses under Threat and Vulnerable Witnesses.

Do you understand these instructions?
Yes. I understand. At this stage of the proceedings, I need no protection pursuant to the Law on the Protection of Witnesses under Threat and Vulnerable Witnesses.

_____
*(Signature of the witness)*


## WITNESS STATEMENT:


1. I was born in Novo Selo, Zvornik Municipality and I lived there until the war outbreak. I worked as a medical technician in the General Hospital in Zvornik.

2. In early June 1992, I was as a medical technician hired by a still unorganized unit at the time in the area known as Brdo (hill) above the village of Jošanica, Zvornik Municipality, to provide medical assistance to wounded and injured camp detained previously released from a camp located in the primary school in the place of Liplje. These persons were Bosniak civilians.

3. As far as I can remember now, I formally joined the Army BiH in early September 1992 when the 6th Zvornik Detachment was formed. At the time, a war hospital was established for the first time in the hamlet of Redžići, in the village of Kamenica Donja. Along with me, three nurses were also engaged in the referenced hospital: Jasminka, Sabina and Dina (I cannot remember their last names), two medical technicians, Idriz Ibrahimbegović and Smajil Zlatarević, and an assistant, Muhamed Čikarić (son of Haso), who was not a medical worker by profession, but helped us in taking care of the wounded and injured.

4. I know Anđa Obradović nee Radović because we are neighbors from the same village. I have known her for several years before the war, as she used to work together with my sister in an embroidery factory in Zvornik.

5. I cannot remember the exact time, but I know that it was in 1992, when members of the Army BiH launched an attack on the hamlet of Kočanj, which formed part of Novo Selo, on which occasion Anđa was captured and taken to the holding center in the settlement of Bare, which was designated as a medical station during the referenced attack, that is, the place where possibly wounded personnel taking part in the action could be brought to receive medical aid.

6. When Anđa was brought in, she had an injury, most likely a kind of cut below one of her eyes (I cannot remember which one). I cleaned and disinfected her injury. However, it was not a serious injury, because it was not bleeding, as far as I can remember. Anđa recognized me on that occasion because, as I have already stated above, we were neighbors. I can emphasize that I felt sorry for her, because she was captured being unfamiliar with the terrain where she had found herself. While other villagers fled towards the Drina River, she was captured. I was almost ready to let her go, but I feared for my safety. I was also afraid that someone could harm me. I remember that, at the time, Anđa worked in the kitchen for the Serb forces, as I was told by members of the Army BiH.

7. During the referenced attack, I was at this medical station in the settlement of Bare, where I was deployed by Almir Seferović, who has organized resistance in the area. I cannot remember now who had brought Anđa to me at the medical station, because there were several wounded persons I had to take care of, and who were further transported to the place of Đakovići Bajrići.

8. I know that on the same day, or on the following day, I went to Bajrići and saw that Anđa had been imprisoned in a space intended for corn storage, in the so called "corn crib" made of wood laths, which were placed several centimeters one from another. This corn crib was left in a yard of the house owned by Mustafa Selimović and his son Haso.

9. I had no contacts with her on that occasion and I did not approach her closer either because I felt sorry for her as she was kept closed in that, and I could not help her in any way.

10. I was frequently present in Bajrići, where I used to sleep in the house owned by Sulejman Selimović and sometime in Mustafa Selimović's house, because I could easily reach the wounded from that place.

11. I explicitly state that, after I took care of Anđa's injury immediately after she had been captured, I was never again in a situation to examine her, or to provide any medical assistance to her. I do not exclude a possibility that she was beaten up by someone during that period. However, if there is any information that some other medical worker did provide her any medical assistance, there is a possibility that such assistance was provided to her by Mirsad Omerović, who had also been engaged as a medical technician at the time, and mostly deployed in Bajrići when I was in the field.

12. During the period before the referenced action in the Bajrići territory, a group of armed men arrived from Zagreb, Croatia, who had been originally from the Zvornik, Vlasenica and Bratunac territory. We called them "Kibe's group" because their commander was Sakib Halilović aka Kibe, as far as I remember. Fahrudin Demirović aka Gumeni was also a member of this group. I had not known him from before the war. He was accompanied by a young girl whose name I do not know. At the time, Gumeni was age 20-25. I do not know if Anđa was beaten by him. I heard nothing about that.

13. Considering that there were situations when a close member of one's family would get killed, such aggrieved persons tried physically to take revenge on Anđa for their loss. I remember that, after a couple of days, Muharem Sinanović's brother, whose name was Šahbaz, took Anđa to his house in order to protect her against such assaults.

14. I know Adem Kosterjevac, son of Sulejman. I know that he lived in the part of Bajrići called Kosterjevci. I have known him from before the war, first because my mother is originally from Kosterjevci, and Adem's sister Zumra married a man from the village of Šahmani, which form part of Novo Selo where I live. As far as I can remember, Adem was born between 1960 and 1964. As I have already stated, he was a member of the Army BiH. I do not remember if he had any uniform or if he was a member of any police or military unit, or some other formation.

15. I do not know if Adem provided security to Anđa. I have never seen that. As far as I know, she was locked up in that room and there were no guards to guard her in that sense. I can remember that, at the time, Adem was corpulent, black haired, and perhaps he had moustache, but I cannot fully guarantee that now.

16. As far as I know, Adem used to work in a construction company in Belgrade, but I cannot concretely say which one. According to some information, Adem went to the United States of America shortly after the war, along with his sister Zumra. I do not know if he ever visits BiH.

17. Also according to our information, Almir Seferović, who could provide more information about the referenced events, since he was a sort of resistance commander or Territorial Defense commander, also lives in the USA, but I think that he occasionally visits BiH.

18. As to the action in Kočanj itself, I learned from members of the Army BiH, who took part in the referenced action, that Ikonija Ilić was killed on that occasion (she was also my neighbor), as well as Lazar Ilić and his son Zoran, and Mile Ilić's brother Milisav, who got killed on a self-propelled anti-aircraft gun at the Stone Bridge (Kameni most). I do not know if Spasa Ilić was also killed on that site, namely I do not know that woman, and it is possible that she did not even live there, that is, in Kočannj; she possibly lived on the other side of the village. I also do not know Vaso Marković and I believe that this man did not live in Kočanj at all, because I am not familiar with that last name.

19. I am not aware of the circumstances in which the above mentioned persons lost their lives. It is possible that Ikonija and Lazar were killed during the shooting because it was dark. I only remember that a member of the Army BiH told me that several kitchen hanging cupboards

EXT-KOSTJEREVAC-00170

5

were found in Zoran's house, which originated from pillaged Bosniak houses. However, I do not remember now who said that at the time.

20. I remember that my neighbor Mujo Husejinović was the commander of the Novo Selo Company within the 6th Zvornik Detachment, but only initially after this detachment formation in September 1992, I think.

21. As to Avdija Omerović, I know that he was a police officer in Zvornik before the war. However, after the capture of Kula Grad in late April, this man was not, according to my information, engaged any more in the military because he was mentally unstable.

22. I do not know if I have noted that, but as far as I remember, Šahbaz Sinanović was killed by a grenade in Jošanica in the end of 1992.

The witness was thereupon instructed that he is entitled to have the record read out to him prior to signing it. After saying that he did not want to have the record read out to him, since he was listening to its loud dictation, the witness stated that everything was entered therein in the way as he said it, that he has no objections to the record, or the procedure and the way he was treated during the examination, so he signed it with his own hand

Completed at 14:50 hrs.


Hatidža Ligata  
(Record-taker)

Refik Mustafić  
(Witness)

Milanko Kajganić  
(Prosecutor)


Legal Officer

Elvir Kadrić  
(Investigator)


*I hereby confirm that this document is a true translation of the original written in Bosnian/Serbian/Croatian.*
*Sarajevo, 14 December 2017*
*Ališa Rajak-Golaković*
*Certified Court Interpreter for English*

EXT-KOSTJEREVAC-00171



3

U.S. Department of State

## Certificate to be Attached to Documentary Evidence Accompanying Requisitions in the United States for Extradition

### AMERICAN FOREIGN SERVICE

Sarajevo, Bosnia and Herzegovina, April 24, 2018

I, Scott A. Norris, Consul of the United States of America in Sarajevo, Bosnia and Herzegovina, hereby certify that the annexed papers, being extradition documents proposed to be used upon an application for the extradition from the United States of Adem Kostjerevac, charged with the crime of "war crimes against civilians" alleged to have been committed in Bosnia and Herzegovina, are properly and legally authenticated so as to entitle them to be received in evidence for similar purposes of the tribunals of Bosnia and Herzegovina, as required by Title 18, United State Code, Section 3190.

In witness whereof I hereunto sign my name and cause my seal of office to be affixed this 24th day of April, 2018.

Scott A. Norris

Consul of the United States of America
U.S. Embassy Sarajevo

EXT-KOSTJEREVAC-00172

1

**BOSNA I HERCEGOVINA**
**TUŽILAŠTVO-TUŽITELJSTVO BOSNE I HERCEGOVINE**
**S A R A J E V O**
**Broj: T20 0 KTRZ 0004193 09**
**Sarajevo, 11.09.2014. godine**

# Z A P I S N I K
## O SASLUŠANJU SVJEDOKA

Sastavljen dana 11.09.2014. godine u prostorijama Tužilaštva-Tužiteljstva BiH u Sarajevu, u krivičnom predmetu protiv: Sinanović Muharem i drugi, broj: T20 0 KTRZ 0004193 09, koji su osumnjičeni da su počinili krivično djelo Ratni zločin protiv civilnog stanovništva iz člana 173. stav 1. tačke a), b), c) i e), a u vezi sa članom 180. stav 1. KZ BiH.

PRISUTNI:
1. Tužilac:                            Milanko Kajganić
2. Stručni saradnik-istražitelj:       Elvir Kadrić
3. Stručni saradnik-pravnik:           Darko Martinčević
4. Svjedok:                            Sabit Šabić
5. Zapisničar:                         Hatidža Ligata

Započeto u 10:00 sati

Na temelju člana 86. stav 2. ZKP-a BiH opominjem Vas da ste dužni govoriti istinu. Ne smijete ništa prešutjeti. Upozoravam Vas da je davanje lažnog iskaza krivično djelo propisano članom 235. Krivičnog zakona BiH za koje je zaprijećena kazna zatvora od 6 mjeseci do 5 godina.

Na temelju člana 86. stav 3. ZKP-a BiH svjedok o sebi daje slijedeće podatke:

**Prezime i ime:Šabić Sabit**
**Ime oca: Mehmed**
**Ime majke:    Begija**
**Djevojačko prezime majke: Šabić**
**Datum vašeg rođenja: 29.11.1958.g.**
**Mjesto rođenja: Donje Snagovo, Zvornik**
**JMBG 2911958183909**
**Šta ste po zanimanju: Zidar**
**Jeste li zaposleni i gdje: Penzioner**
**Bračno stanje: Da , oženjen sam.**
**Imate li djece: Otac dvoje djece**

2

**Čiji ste državljanin: BiH**
**Nacionalnost: Bošnjak**
**Jeste li u srodstvu sa osumnjičenim:NE**
**Tačna adresa mjesta boravka na koju ćete primati pismena:Čaklovići Gornji 112, Tuzla**

(Potpis svjedoka)

Upozoravam Vas da ste dužni Tužilaštvo i Sud obavještavati o svakoj promjeni adrese ili promjeni boravišta.

Da li razumijete ovu pouku?
Razumijem

(Potpis svjedoka)

Na temelju člana 81. Stav 5, 6. I 7. ZKP-a BiH dužni ste se odazivati se na svaki poziv Tužilaštva i Suda a ukoliko niste u mogućnosti pristupiti morate o razlozima obavijestiti Sud i Tužilaštvo. Ukoliko ne postupite po ovom upozorenju možete biti kažnjeni novčanom kaznom do 5.000 KM, a biće naređeno Vaše prinudno dovođenje. Dužni ste da svjedočite. Ako odbijete svjedočenje Sud Vas može kazniti novčanom kaznom do 30.000 KM.

Da li razumijete ovu pouku?
Razumijem

(Potpis svjedoka)

Na temelju člana 8. ZKP-a BiH obavještavate se da su pred ovim Tužilaštvom u ravnopravnoj upotrebi službeni jezici Bosne i Hercegovine bosanski, hrvatski i srpski i oba pisma – ćirilica i latinica. Ukoliko ne razumijete službeni jezik Tužilaštva osigurat će se usmeno prevođenje Vaše izjave kao i isprava i drugog dokaznog materijala.

Da li razumijete službeni jezik Tužilaštva i na kojem pismu želite da se sačini zapisnik?

Da, ja razumijem sve što ste mi pročitali, ne treba mi prevodilac i zapisnik neka bude sačinjen na latinici.

(Potpis svjedoka)

Na temelju člana 83. ZKP-a BiH svjedok se poučava:

- imate pravo odbiti svjedočenje samo ako ste u bračnom ili rodbinskom odnosu sa osumnjičenim, odnosno ako ste:

    a) bračni, odnosno vanbračni drug osumnjičenog, odnosno optuženog,
    b) roditelj ili dijete, usvojitelj ili usvojenik osumnjičenog odnosno optuženog.

Da li razumijete ovu pouku?
Da, razumijem.

EXT-KOSTJERENEVAC-00174

3



(Potpis svjedoka)

Na temelju člana 84. ZKP-a BiH, svjedok se poučava:

- Imate pravo da ne odgovarate na pitanja ako bi Vas istinit odgovor izložio krivičnom gonjenju.
- Da biste odgovorili i na ta pitanja možete tražiti imunitet. Imunitet Vam daje Glavni tužilac. Ukoliko dobijete imunitet dužni ste svjedočiti i nećete biti krivično gonjeni osim ako ste dali lažni iskaz.
- Za vrijeme Vašeg saslušanja na Vaš zahtjev Sud Vam može odrediti za savjetnika advokata ukoliko niste u stanju sami koristiti svoja prava, a Vaši interesi se ne mogu zaštititi na drugi način.

Da li razumijete ove pouke?
Da, razumijem sve ove pouke i ja želim svjedočiti u ovom predmetu.

(Potpis svjedoka)

Na temelju člana 91. ZKP-a BiH možete tražiti da budete saslušani u svojstvu zaštićenog svjedoka u skladu sa Zakonom o zaštiti svjedoka pod prijetnjom i ugroženih svjedoka.

Da li razumijete ove pouke?
Da, razumijem. U ovoj fazi postupka nije mi potrebna nikakva zaštita predviđena Zakonom o zaštiti svjedoka pod prijetnjom i ugroženih svjedoka.

(Potpis svjedoka)

## IZJAVA SVJEDOKA :

1. Svjedok izjavljuje da je dobrog zdravstvenog stanja i da je danas sposoban dati iskaz u svojstvu svjedoka.
2. Ja sam prije rata živio u Donjem Snagovu opština Zvornik, gdje sam inače i rođen. Na početku rata sam se zadesio u Njemačkoj pa kad sam čuo da su granatirana sela oko Zvornika u junu mjesecu 1992. godine sam došao na područje zvorničke opštine te sam se priključio Armiji BiH. Komandant svih oružanih formacija na tom području u to vrijeme je bio Seferović Almir koji se zvao prvo Islam ali je pred rat promijenio ime. On je mene rasporedio na poslove vojnog policajca, pored mene vojni policajci su bili još Mujanović Besim koji je ujedno bio i komandir, Sinanović Šahbaz, Kostjerevac Adem, Mahmutović Razim i Ibrahimović Zijo. Sjećam se da sam po dolasku ja zamjenio Veseli Elfetu koja je takođe pripadala vojnoj policiji. Mi smo vodili računa o privođenju ljudi koji se nisu odazivali na pozive za mobilizaciju ili su bježali sa straže ili su vršili neke druge prekršaje. Sjećam se napada na zaseok Kočanji 17.09.1992. godine tog dana ja nisam učestvovao u navedenom napadu nego sam bio angažovan u selu Marčići na prikupljanju pšenice jer je vladala velika

EXT-KOSTJEREVAC-00175

4

glad. Po povratku u Bajriće i to u čitaonicu gdje bila smještena komanda u kojoj je kako sam već naveo komandant bio Seferović Almir čuo sam da je zarobljena jedna žena, a kasnije sam saznao da je to supruga od mog školskog druga koga smo mi zvali Goco sad mu se ne mogu sjetiti imena. Inače sam sa njim u dobrim odnosima kao i sa njegovim bratom Žarkom.

3. Koliko se ja sjećam odnosno kako sam čuo od nekog od pripadnika Armije BiH ta zarobljena žena je samo prenoćila u podrumu čitaonice a kasnije je odvedena i zatvorena u podrum mlina koji je udaljen od čitaonice nekih stotinjak metara a vlasništvo je Smajila Junuzovića, ja sam prije rata dolazio u taj mlin i znam da je podrum površine otprilike 3 x 3 metra da je nizak te da se u njemu ne može ispraviti, da je visine maksimalno 1,5 metar. Na podrumu su bila drvena vrata.

4. Bez obzira što sam ja pripadao vojnoj policiji izjavljujem da ja nisam dolazio u taj podrum gdje je bila zatvorena zarobljenica, čuo sam da je tu bila zaključana i da je jednom prilikom Sejdulah Kostjerevac navodno u pripitom stanju htio da je pretuče ili ubije pa je ona iz tog podruma odvedena kako bi je zaštitili. Ja ne znam ko je nju odveo, jedne prilike nakon možda desetak dana ja i Kostjerevac Adem smo bili poslani na zadatak pa smo vraćajući se navratili kod Sinanović Šahbaza u njegovu kuću tada sam ja u njegovoj kući prvi put vidio tu zarobljenicu ali ni tada nisam znao da je to ona jer je nosila na sebi dimije i šamiju pa sam ja u prvi mah mislio da je to Šahbazova supruga. Ja sam tek kasnije saznao da je to ustvari bila ta zarobljena žena a čuo sam da joj je tu muslimansku nošnju donio Mehmed Junuzović međutim ne znam iz kog razloga, pretpostavljam da nije imala šta drugo da obuče. Što se tiče Adema Kostjerevca ja njega poznajem od djetinjstva kada sam ja došao u junu mjesecu na područje Zvornika on je već bio angažovan u vojnoj policiji nosio je maskirnu uniformu i imao je lovačku pušku sad se ne sjećam da li je imao pištolj. Adem je od mene mlađi 2 – 3 godine, krupan je tamno smeđ, visok otprilike 185 cm, nosio je tada brkove a mislim da ih i sada nosi, nadimak mu je bio „Horo".

5. Ja Adema Kostjerevca nisam viđao poslije sa tom zarobljenom ženom a znam da se i on poznaje sa njenim mužem i to čak koliko se sjećam mislim da su njih dvojica išla zajedno u isti razred u osnovnu školu. Ja sam ovu ženu nakon što je odvedena iz Bajrića vidio ponovo za Božić, 07. Januara 1993 godine kada sam se vraćao iz akcije na selo Kravica zajedno sa svojim saaborcima. Tada sam naišao pored drvene štale u kojoj je bila zatvorena zajedno sa četvoricom srba, a vidio sam je kroz otvor između dasaka. Što se tiče samog napada na Kočanj 17.09.1992 godine ja sam kako sam već rekao bio angažovan u drugom selu i nisam učestvovao u navedenom napadu, sam zaseok Kočanji je od tadašnjih linija razdvajanja udaljen neka 2 – 3 kilometra vazdušne linije, sve što znam o tom napadu sam čuo od drugih pripadnika Armije BiH, ne znam ko je komandovao samim napadom, čuo sam da je u tom napadu ubijen Ilić Zoran i njegov otav Ilić Lazar koje sam ja lično poznavao, ne sjećam se da li je bilo još drugih žrtava. Znam gdje se nalazi kuća od pokojnog Ilić Zorana, udaljena je 50-tak metara od rijeke Drine a u vrijeme napada linija razdvajanja između Armije BiH i srpskih snaga je od Zoranovce kuće bila udaljena vazdušnom linijom 3 – 4 kilometra.

6. Ja ne znam koliko je dugo trajao taj napad ali znam da su se naši vojnici odmah poslije napada povukli nazad jer je prvenstveno razlog za napad bio taj da se dođe do hrane i naoružanja te se sjećam da se sjećam da je tim prilikom zarobljen i bestrzajni top koji je dovezen u Bajriće. Ne sjećam se ko je sve učestovao u napadu, čuo sam da je išla ta takozvana Kibetova grupa i da li su sa njom išli neki još dobrovoljci ne znam ali to pretpostavljam. Znam da je sa naše strane bilo žrtava i da su dvojica starijih ljudi, koliko se sjećam Ramo Ramić i Džemal Huskić poginuli tom prilikom.

EXH-KOSTJEREVAC-00176

5

Nakon toga svjedok se poučava da ima pravo da mu se zapisnik pročita prije nego što  isti potpiše, pa nakon što izjavi da ne želi da mu se zapisnik pročita, jer je slušao glasno diktiranje istog, svjedok  izjavi da je sve uneseno onako kao što je on govorio, te da ne stavlja primjedbe na zapisnik, niti na postupak i odnos prema njemu prilikom saslušanja  i isti svojeručno i potpisuje.

Završeno u  11,30  sati.

| Hatidža Ligata | Šabić Sabit | Milanko Kajganić |
|---|---|---|
| (Zapisničar) | (Svjedok) | (Tužilac) |

| Elvir Kadrić | Darko Martinčević |
|---|---|
| (Stručni saradnik-istražitelj) | (Stručni saradnik-pravnik) |

BOSNIA AND HERZEGOVINA
PROSECUTOR'S OFFICE OF BOSNIA AND HERZEGOVINA
SARAJEVO
Number: T20 0 KTRZ 0004193 09
Sarajevo, 11 September 2014

## WITNESS EXAMINATION RECORD

Composed on the premises of the Prosecutor's Office of BiH in Sarajevo on 11 September 2014, in the criminal case no. No. T20 0 KTRZ 0004193 09 against the suspect Muharem Sinanović *et al.* concerning the criminal offense of War Crimes against Civilians under Article 173(1)(a), (b), (c) and (e) in conjunction with Article 180(1) of the CC of BiH.

ATTENDEES:
1. Prosecutor:        Milanko Kajganić
2. Investigator:      Elvir Kadrić
3. Legal Officer:     Darko Martinčević
4. Witness:           Sabit Šabić
5. Record-taker:      Hatidža Ligata

Commenced at 10:00 hours

Pursuant to Article 86 paragraph 2 of the CPC of BiH, you are called upon to tell the truth and not withhold anything. You are cautioned that giving a false statement constitutes a criminal offence provided for in Article 235 of the CC BiH carrying the sentence of imprisonment for a term of between 6 months and 5 years.

Pursuant to Article 86 paragraph 3 of the CPC of BiH, the witness provides the following personal details:

**Full name: Sabit Šabić**
**Father's name: Mehmed**
**Mother's name: Begija**
**Mother's maiden name: Šabić**
**Date of birth: 29 November 1958**
**Place of birth: Donje Snagovo, Zvornik**
**JMBG /Personal Identification Number/: 2911958183909**
**Occupation: Brick-layer**
**Are you employed and, if so, where: Retired**
**Marital status: Married**
**Do you have any children: Father of two children**
**Citizenship: BiH**
**Ethnicity: Bosniac**
**Are you related to the suspect: NO**
**The exact address of the place of residence where you will receive documents: Čaklovići Gornji 112, Tuzla**

*/Signature of the witness/*



You are hereby cautioned that you have the obligation to inform the Court regarding any change of your address or residence.
Do you understand this instruction?
Yes, I do.

_____
/Signature of the witness/

Pursuant to Article 81 paragraphs 5, 6, and 7 of the CPC of BiH, you are obliged to each and every summons by the Prosecutor's Office and the Court, and if you are to attend you must inform the Court and the Prosecutor's Office about the reasons to appear. If you fail to act upon this instruction the Court may impose on you a fine in amount up to BAM 5,000 or may order your apprehension. You have the obligation to If you refuse to testify the Court may impose on you a fine in an amount up to BAM 300.
Do you understand this instruction?
Yes, I do.

_____
/Signature of the witness/

Pursuant to Article 8 of the CPC of BiH, you are hereby informed that the official languages of Bosnia and Herzegovina – Bosnian, Croatian and Serbian, as well as both alphabets– Latin and Cyrillic, are in equal official use before this Prosecutor's Office. If you do not understand the official language of the Prosecutor's Office, provisions shall be made for oral interpretation of your statement and translation of official documents and other written pieces of evidence.

Do you understand the official language of the Prosecutor's Office and in which alphabet would you prefer this Record to be kept?

I do understand everything that you have read out, I do not need an interpreter and I prefer that the record be made in the Latin alphabet.

_____
/Signature of the witness/

Pursuant to Article 83 of the CPC BiH, the witness is advised as follows:
- You may refuse to testify if you are married or related to the suspect, i.e. of you are
    a) The spouse or the extramarital partner of the suspect or accused,
    b) A parent or child, an adoptive parent or adoptive child of the suspect or accused.

Do you understand this instruction?
Yes, I do.

_____
/Signature of the witness/

Pursuant to Article 84 of the CPC BiH, the witness is advised as follows:
- You are entitled to refuse to answer such questions with respect to which a truthful reply would result in the danger of bringing prosecution upon yourself.

- In order to answer such questions you may seek immunity. Immunity may be granted by the decision of the Chief Prosecutor of BiH. If you are granted immunity, you shall testify and you shall not be prosecuted except in case of false statement.
- At your request, a lawyer as the advisor may be assigned to you by the Court's decision during the hearing if you are not able to exercise your rights and if your interests cannot be protected in some other manner.

Pursuant to Article 91 of the CPC of BiH, you may request to be heard as a protected witness pursuant to the Law on the Protection of Witnesses under Threat and Vulnerable Witnesses.

Do you understand these instructions?
Yes.

_____
/Signature of the witness/

## STATEMENT BY THE WITNESS:

1. The witness states that he is in good health and that he is able to give his statement today in capacity of witness.
2. Before the war I lived in Donje Snagovo, Zvornik municipality, where I was born. I was in Germany when the war broke out, and when I heard that villages surrounding Zvornik were shelled I came to the territory of Zvornik municipality in June 1992 and joined the Army of BiH. The commander of all armed formations in that area at that time was Almir Seferović (his first name was Islam, but he changed it just before the war broke out). He assigned me to the Military Police; other members of the Military Police included Besim Mujanović (our commanding officer), Šahbaz Sinanović, Adem Kostjerevac, Razim Mahmutović and Zijo Ibrahimović. I remember that upon my arrival I replaced Elfeta Veseli who was with the Military Police. We were in charge of apprehending persons who failed to respond to mobilization, deserted guard duty or committed other infringements. I recall an attack on the hamlet of Kočanji on 17 September 1992; I did not participate in that attack on the said day because I was sent to the village of Marčići to gather wheat as there was famine. On the way back to Bajrići, to the reading room where the HQ was stationed (and I already mentioned that Almir Seferović was the Commander), I heard that a woman was captured. I later learned that she was the wife of a schoolmate of mine we called Goco; I cannot recall his name at this point. I was on good terms with him and his brother Žarko.
3. As I recall it, i.e. based on what I heard from a member of the Army of BiH, the captured woman spent only night in the basement of the reading room and was later taken to and detained in the basement of a mill that was about 100 meters from the reading room (the mill was owned by Smajil Junuzović). I visited that mill before the war and I know that the surface area of the basement was approximately 3 x 3 meters, that it was not high and one could not stand up inside, that the height was max. 1.5 meters. The basement had a wooden door.
4. Regardless of my membership of the Military Police, I declare that I did not come to that basement where that female captive was, I heard that she was locked up in there and that on one occasion Sejdulah Kostjerevac, who was allegedly drunk, wanted to beat or kill her and she was taken out of that basement in order to be protected. I do not know who took her away. One time, about 10 days later, Adem Kostjerevac and I were sent on a mission and on the way back we stopped by at Šahbaz Sinanović. That was the first time I saw that female captive, in his house. However, at that time I did not know that it was her because she was wearing 'dimije' /Muslim women's trousers/ and a headscarf and at first I thought it was Šahbaz's wife. I later learned that she

was the captured woman and I heard that Mehmed Junuzović brou[...]
Muslim clothes. I do not know why he did that, though. I assume it wa[...]
did not have anything else to wear. As for Adem Kostjerevac, I have kn[...]
childhood. When I came to the territory of Zvornik in June, he was alread[...]
Military Police. He wore a camouflage uniform and had a hunting rifle; I ca[...]
if he had a pistol. Adem is two or three years younger than me, robust, dark h[...]
about 185 cm tall, he had a mustache at the time and I think he still has them, [...]
nickname was 'Horo'.

5. Later on I did not see Adem Kostjerevac with that captured woman and I know [...]
knows her husband; as I recall it, I think that the two of them were in the same class[...]
the elementary school. After this woman was taken away from Bajrići I again saw he[...]
on Christmas, 7 January 1993, when I was returning from on operation in the village
of Kravica together with my fellow-fighters. I was passing by the wooden barn in
which she was detained together with four Serbs and I saw her through an opening in
between the boards. As for the attack on Kočanj 17 September 1992, as I already
indicated, I was deployed to another village and I did not participate in that attack. The
distance between the hamlet of Kočanji and the then line of disengagement was two or
three kilometers as the crow flies. All I know about that attack is what I heard from
other members of the Army of BiH, I do not know who led the attack. I heard Zoran
Ilić and his father Lazar Ilić (whom I knew personally) were killed in the attack; I do
not recall if there were any other victims. I know where the house of late Zoran Ilić is
located; it was about 50 meters from the Drina River. At the time of the attack the
distance between the line of disengagement of the Army of BiH and the Serbian forces
and Zoran's house was three or four kilometers.

6. I do not know how long that attack lasted, but I do know that our troops withdrew
immediately after the attack because the primary reason for the attack was to obtain
food and weapons. I recall the capturing of a recoilless gun on that occasion, it was
transported to Bajrići. I cannot recall all the participants in the attack; I heard that the
so-called Kibet's group was there. I do not if there were some other volunteers; I
assume there were. I know that we had casualties and that two elderly men – as I
recall, Ramo Ramić and Džemal Huskić – were killed on that occasion.

Thereafter, the witness was advised of his right to have record read to him prior to signing
it. The witness stated that he did not wish the record to be read out because he listened to a
loud dictation of the record. The witness stated that everything that he said has been entered
in the record. The witness had no objections to the record, the procedure or the way he was
treated during the interview, and he signed the record.

Completed at 11:30 hours.

| | | |
|---|---|---|
| | /signature/ | /signature/ |
| Hatidža Ligata | Sabit Šabić | Milanko Kajganić |
| /record-taker/ | /witness/ | /Prosecutor/ |

| | |
|---|---|
| | /signature/ |
| Elvir Kadrić | Darko Martinčević |
| /investigator/ | /legal officer/ |

EXT-KOSTJEREVAC-0018
I hereby confirm that this document is a true translation of the original rendered in the Bosnian/Croatian/Serbian language. Sarajevo, 14 December 2017.

1

BOSNA I HERCEGOVINA
TUŽILAŠTVO-TUŽITELJSTVO BOSNE I HERCEGOVINE
S A R A J E V O
Broj: T20 0 KTRZ 0004193 09
Sarajevo, 22.09.2014. godine

## Z A P I S N I K
## O SASLUŠANJU SVJEDOKA

Sastavljen dana 22.09.2014. godine u prostorijama Tužilaštva-Tužiteljstva BiH u Sarajevu, u krivičnom predmetu protiv: Sinanović Muharem i drugi, broj: T20 0 KTRZ 0004193 09, koji su osumnjičeni da su počinili krivično djelo Ratni zločin protiv civilnog stanovništva iz člana 173. stav 1. tačke a), b), c) i e), a u vezi sa članom 180. stav 1. KZ BiH.

PRISUTNI:

1. Stručni saradnik-pravnik:     Darko Martinčević
2. Svjedok:                       Asim Ramić
3. Zapisničar:                    Hatidža Ligata

Započeto u 10:30 sati

Na temelju člana 86. stav 2. ZKP-a BiH opominjem Vas da ste dužni govoriti istinu. Ne smijete ništa prešutjeti. Upozoravam Vas da je davanje lažnog iskaza krivično djelo propisano članom 235. Krivičnog zakona BiH za koje je zaprijećena kazna zatvora od 6 mjeseci do 5 godina.

Na temelju člana 86. stav 3. ZKP-a BiH  svjedok o sebi daje  slijedeće podatke:

**Prezime i ime:Ramić Asim**
**Ime oca: Ramo**
**Ime majke:  Hurija**
**Djevojačko prezime majke: Huskić**
**Datum vašeg rođenja: 17.04.1963**
**Mjesto rođenja: Novo Selo, Zvornik**
**JMBG 1704963183896**
**Šta ste po zanimanju: Inžinjer inf. Tehnolog.**
**Jeste li zaposleni i gdje:Samostalni terenski inžinjer**
**Bračno stanje: Da , oženjen sam.**
**Imate li djece: Otac dvoje djece.**
**Čiji ste državljanin: BiH**
**Nacionalnost: Bošnjak**
**Jeste li u srodstvu sa osumnjičenim:NE**
**Tačna adresa mjesta boravka na koju ćete primati pismena: Novo Selo bb, Zvornik, 18 Manor Court , Dablin 15.**
**Telefon: 066 285 007**

2

(Potpis svjedoka)
Upozoravam Vas da ste dužni Tužilaštvo i Sud obavještavati o svakoj promjeni adrese ili promjeni boravišta.

Da li razumijete ovu pouku?
Razumijem

(Potpis svjedoka)

Na temelju člana 81. Stav 5, 6. I 7. ZKP-a BiH dužni ste se odazivati se na svaki poziv Tužilaštva i Suda a ukoliko niste u mogućnosti pristupiti morate o razlozima obavijestiti Sud i Tužilaštvo. Ukoliko ne postupite po ovom upozorenju možete biti kažnjeni novčanom kaznom do 5.000 KM, a biće naređeno Vaše prinudno dovođenje. Dužni ste da svjedočite. Ako odbijete svjedočenje Sud Vas može kazniti novčanom kaznom do 30.000 KM.

Da li razumijete ovu pouku?
Razumijem

(Potpis svjedoka)

Na temelju člana 8. ZKP-a BiH obavještavate se da su pred ovim Tužilaštvom u ravnopravnoj upotrebi službeni jezici Bosne i Hercegovine bosanski, hrvatski i srpski i oba pisma – ćirilica i latinica. Ukoliko ne razumijete službeni jezik Tužilaštva osigurat će se usmeno prevođenje Vaše izjave kao i isprava i drugog dokaznog materijala.

Da li razumijete službeni jezik Tužilaštva i na kojem pismu želite da se sačini zapisnik?

Da, ja razumijem sve što ste mi pročitali, ne treba mi prevodilac i zapisnik neka bude sačinjen na latinici.

(Potpis svjedoka)

Na temelju člana 83. ZKP-a BiH svjedok se poučava:

- imate pravo odbiti svjedočenje samo ako ste u bračnom ili rodbinskom odnosu sa osumnjičenim, odnosno ako ste:

     a) bračni, odnosno vanbračni drug osumnjičenog, odnosno optuženog,
     b) roditelj ili dijete, usvojitelj ili usvojenik osumnjičenog odnosno optuženog.

Da li razumijete ovu pouku?
Da, razumijem.

(Potpis svjedoka)

Na temelju člana 84. ZKP-a BiH, svjedok se poučava:

- Imate pravo da ne odgovarate na pitanja ako bi Vas istinit odgovor izložio krivičnom gonjenju.

EXT-KOSTJEREVAC-00183

3

- Da biste odgovorili i na ta pitanja možete tražiti imunitet. Imunitet Vam daje Glavni tužilac. Ukoliko dobijete imunitet dužni ste svjedočiti i nećete biti krivično gonjeni osim ako ste dali lažni iskaz.
- Za vrijeme Vašeg saslušanja na Vaš zahtjev Sud Vam može odrediti za savjetnika advokata ukoliko niste u stanju sami koristiti svoja prava, a Vaši interesi se ne mogu zaštititi na drugi način.

Da li razumijete ove pouke?
Da, razumijem sve ove pouke i ja želim svjedočiti u ovom predmetu.

*(potpis)*

(Potpis svjedoka)

Na temelju člana 91. ZKP-a BiH možete tražiti da budete saslušani u svojstvu zaštićenog svjedoka u skladu sa Zakonom o zaštiti svjedoka pod prijetnjom i ugroženih svjedoka.

Da li razumijete ove pouke?
Da, razumijem. U ovoj fazi postupka nije mi potrebna nikakva zaštita predviđena Zakonom o zaštiti svjedoka pod prijetnjom i ugroženih svjedoka. *(potpis)*

(Potpis svjedoka)

## IZJAVA SVJEDOKA :

1. Svjedok se osjeća dobro i sposoban je za davanje izjave.
2. Mene je rat zatekao u Novom Selu, a 1991 godine u mjesecu septembru sam se priključio Patriotskoj ligi. Od 04. Aprila 1992 godine priključujem se Armiji BiH i bio sam pripadnik VI Zvorničkog odreda. U VI Zvorničkom odredu angažovan sam na dužnosti oficira i obavljao sam poziciju zamjenika komandira čete Novo Selo, komandir čete je bio Ahmetović Haso. A zapovjednik VI Zvorničkog odreda je bio Seferović Almir.
3. Po saznanjima komandir vojne policije VI Zvorničkog odreda je bio Mujanović Besim iz Vlasenice, a komanda vojne policije je bila smještena u Bajrićima. Kostjerevac Adem je bio pripadnik vojne policje VI Zvorničkog odreda. Komanda VI Zvorničkog odreda je bila smještena u kući Selimović Hase, a nije mi poznato gdje je bila smještena vojna policija.
4. Povodom obijanja kuće Halilović Muje i Halilović Kemala ja sam načinio zapisnik u kojem je konstatovano šta je sve odneseno i oštećenja koja su nastala tom prilikom ali nisam učestvovao u uviđaju koji je vršen. Tu su bile dvije kuće ali ja nisam upoznat iz koje kuće je to otuđeno. Poznato mi je da su Selimović Admir kao kurir u komandi, Kostjerevac Adem i Osmanović Edin kao vojni policajci su izvršili uviđaj.
5. Napad na Novo Selo – Kočanj je počeo 17.09.1992. godine naredbu za napad je izdao Seferović Almir i Omerović Adil sin Osme. Naše jedinice su djelovale u pet grupa, ja sam predvodio jednu grupu a zapovjednici  ostalih grupa su bili Hamed Mustafić, Alimanović Munib, Selimović Kadir i Salih čijeg prezimena se ne sjećam. Naše linije su bile udaljene od kuća u Kočanju vazdušne linije oko 200 – 300 metara. Što se tiče grupe koju sam ja predvodio bio je još Alimanović Mustafa i Selimović Fehim. U ostalim grupama učestvovali su još Selimović Muhamed kao vojnik, učestvovao je još i Selimović Adil kao vojnik, Sinanović Muharem zvani Šiško kao vođa diverzanata. Muratović Ferid je učestvovao u

4

napadu kao podrška sa naše linije kao mitraljezac. Mustafić Izet je učestvovao kao običan vojnik i on je bio u grupi sa Alimanović Munibom. Demirović Fahrudin je učestvovao u napadu ali nije bio pripadnik ni jedne od ovih grupa već se ponašao kao „slobodni strijelac" i bio je zadužen za minsko eksplozivna sredstva.

6. Siguran sam da Omerović Avdija uopšte nije učestvovao u ovom napadu na Novo Selo, a za Muratović Kadriju, Kostjerevac Adema i Sinanović Šahbaza nisam siguran da li su učestvovali u navedenom napadu.

7. Grupa koju sam ja predvodio je tokom napada došla do kuće Ilić Mile sin Miloša gdje je bila smještena komanda srpskih snaga, ali tamo nismo zatekli nikoga od vojnika niti od komandnog kadra a ni civila. Ispred te kuće su ranjena dvojica pripadnika Armije BiH Alimanović Mustafa i Selimović Fehim od ručne bombe. Nakon što su ranjeni odvedeni u stacionar koji je bio u Bajrićima moja grupa nastavila kretanje prema komandi i spustili smo se do magistralne ceste Zvornik – Sarajevo. Nakon 10 – 15 minuta na tu lokaciju dolazi pojačanje srpskim snagama iz pravca Drinjače sa oklopnim transporterima i tenkovima., nakon čega smo se povukli prema našim linijama.

8. U ovom napadu je poginuo i moj otac Ramić Ramo zajedno sa Huskić Džemalom koji su bili zaduženi za logističku podršku jedinice.

9. Po ulasku u Kočanj primjetio sam da gore kuće u selu i plastovi sijena.

10. Ja nisam dolazio do kuće Ilić Zorana ali mi je poznato iz kasnije priče da je Ilić Zoran ubijen takođe i Ilić Lazar, Ilić Ikonija koja je poginula od tromblonske mine, takođe sam čuo da je u ovom napadu poginuo Ilić Milisav koji je poginuo na cesti kako mi je preneseno sa puškomitraljezom na Kamenom mostu. Što se tiče ostalih stanovnika Kočanja nisam upoznat gdje su otišli niti imam bilo kakve informacije.

11. Po mojim kasnijim saznanjima u napadu je zarobljena Anđa Obradović, koju ne poznajem od ranije ali znam da je bila supruga Stanoja zv. Goco. Meni je kasnije rečeno da je nju zarobio Alimanović Munib i odveo je u Bajriće (u komandu VI Zvorničkog odreda) gdje je predata vojnoj policiji. Po kasnijim mojim saznanjima prilikom sprovođenja od mjesta zarobljavanja do komande neko od mještana ili vojnika je udario Anđu šamarom ili pesnicom od čega je ona zadobila povrede u predjelu glave.

12. Dan ili dva poslije napada ja sam otišao u komandu u Bajriće kod Seferović Almira i u razgovoru sa njim saznao sam da je Anđa Obradović pritvorena u objekat podruma čitaonice u Bajrićima i tada sam tražio od njega da ne maltretiraju Anđu Obradović i da postupaju korektno. Prilikom izlaska iz komande vidio sam Adema Kostjerevca sa puškom gdje je obezbjeđivao prostorije podruma čitaonice u kojima je bila zatvorena Anđa Obradović. Adem Kostjerevac je bio visok oko 180 cm, krupnije građe, crne kose, bez brkova.

13. Kasnije sam čuo da je Anđa Obradović od strane Adema Kostjerevca i Sinanović Šahbaza fizički maltretirana i seksualno zlostavljana tj. silovana. Ja ne znam koliko dugo je Anđa Obradović bila zatvorena u Bajrićima, ali znam da je kasnije prebačena u Cersku. Meni nije poznato d je neko drugi osim Adema Kostjerevca obezbjeđivao Anđu Obradović dok je bila zatvorena u Bajrićima niti da ju je neko drugi fizički maltretirao ili silovao.

14. U Bajrićima ja sam vidio i dječaka Stojanović Slobodana koji je često bio u društvu sa Demirović Fahrudinom zv. „Gumeni" kasnije sam čuo da je dječak ubijen ali mi nije poznato niti imam bilo kakve informacije o njegovom ubistvu.

5

Nakon toga svjedok se poučava da ima pravo da mu se zapisnik pročita prije nego što isti potpiše, pa nakon što izjavi da ne želi da mu se zapisnik pročita, jer je slušao glasno diktiranje istog, svjedok izjavi da je sve uneseno onako kao što je on govorio, te da ne stavlja primjedbe na zapisnik, niti na postupak i odnos prema njemu prilikom saslušanja i isti svojeručno i potpisuje.

Završeno u 12,00 sati.

Hatidža Ligata
(Zapisničar)

Ramić Asim
(Svjedok)

Darko Martinčević
(Stručni saradnik-pravnik)

**BOSNIA AND HERZEGOVINA**
**PROSECUTOR'S OFFICE OF BiH**
**S A R A J E V O**
**Number: T20 0 KTRZ 00004193 09**
Sarajevo, 22 September 2014

### WITNESS EXAMINATION RECORD

Made on 22 September 2014 on the premises of the BiH Prosecutor's Office in Sarajevo, in the criminal case No. T20 0 KTRZ 00004193 09 versus the suspect Muharem Sinanović et al., concerning the criminal offense of War Crimes against Civilians under Article 173(1)a),b),c) and e), as read with Article 180(1) of the Criminal Code of BiH.

ATTENDEES:

| | | |
|---|---|---|
| 1. | Legal Officer: | Darko Martinčević |
| 2. | Witness: | Asim Ramić |
| 3. | Record-taker: | Hatidža Ligata |

Commenced at ..... 10:39 hrs

Pursuant to Article 86(2) of the Criminal Procedure Code of BiH (CPC BiH), you are called upon to tell the truth and not withhold anything. You are cautioned that giving a false statement constitutes a criminal offence provided for in Article 235 of the Criminal Code of BiH (CC of BiH) carrying the sentence of imprisonment for a term of between 6 months and 5 years.

Pursuant to Article 86(3) of the CPC BiH, the witness provides the following personal data:

| | |
|---|---|
| **Surname and first name:** | **Asim Ramić** |
| **Father's name:** | **Ramo** |
| **Mother's name:** | **Hurija** |
| **Mother's maiden name:** | **Huskić** |
| **Date of birth:** | **17 April 1963** |
| **Place of birth:** | **Novo Selo, Zvornik** |
| **PIN:** | **1704963183896** |
| **Occupation:** | **IT engineer** |
| **Are you employed and, if so, where:** | **Independent field engineer** |
| **Are you married:** | **Yes. I am married.** |
| **Any children:** | **Father of two children** |
| **Citizenship:** | **BiH** |
| **Ethnicity:** | **Bosniak** |
| **Are you related to the suspect:** | **NO** |

**The exact address where you will receive written documents:** Novo Selo bb, Zvornik,
                                                                                          **18 Manor Court, Dublin 15.**

**Telephone:**                                   **066 285 007**

_(Signature of the witness)_          EXT-KOSTJEREVAC-00187



Please be warned that you have the obligation to inform the Prosecutor's Office and the Court of any change of your address or place of residence.

Do you understand this instruction?
Yes, I do.

_____
*(Signature of the witness)*

Pursuant to Article 81(5), (6), and (7) of the CPC BiH, you are obligated to respond to each and every summons by the Prosecutor's Office and the Court. If you fail to act upon this instruction you may be fined with up to KM 5.000, and you will be brought to the court by force. You have the obligation to testify. If you refuse to testify the Court may fine you with up to KM 30.000.

Do you understand this instruction?
Yes, I do.

_____
*(Signature of the witness)*

Pursuant to Article 8 of the CPC BiH, you are hereby informed that the official languages of Bosnia and Herzegovina – Bosnian, Croatian and Serbian, as well as both scripts – Latin and Cyrillic, are in equal official use before this Prosecutor's Office. If you do not understand the official language of the Prosecutor's Office, provisions shall be made for oral translation of your statement and translation of official documents and other pieces of written evidence.

Do you understand the official language of the Prosecutor's Office and in which script would you like this Record to be kept?

Yes, I understand all that you have read out to me. I need no translator and I wish that the record be made in the Latin script.

_____
*(Signature of the witness)*

Pursuant to Article 83 of the CPC BiH, the witness is advised as follows:

- You may refuse to testify only if you are related to the suspect by marriage or family relations, namely if you are
     a) the spouse or extramarital of the suspect or accused;
     b) a parent or child, an adoptive parent or adopted child of the suspect or accused.

Do you understand this instruction?
Yes, I do.

_____
*(Signature of the witness)*

Pursuant to Article 84 of the CPC BiH, the witness is advised as follows:

- You may refuse to answer such questions with respect to which a truthful reply would expose you to criminal prosecution.

EXT-KOSTJEREVAC-00188

- In order to answer such questions you may seek immunity. Immunity shall be granted by the Chief Prosecutor. If you are granted immunity, you will be obliged to testify on such issues and you will not

3

- At your request, the Court can appoint a legal counsel during your hearing if you are not able to exercise your rights, and your interests cannot be otherwise protected.

Do you understand these instructions?
Yes, I do and I want to testify in this case.

_____
*(Signature of the witness)*

Pursuant to Article 91 of the CPC of BiH, you may request to be heard as a protected witness pursuant to the Law on the Protection of Witnesses under Threat and Vulnerable Witnesses.

Do you understand these instructions?
Yes. I understand. At this stage of the proceedings, I need no protection whatsoever pursuant to the Law on the Protection of Witnesses under Threat and Vulnerable Witnesses.

_____
*(Signature of the witness)*

## WITNESS STATEMENT

1. The witness feels good and able to give a statement.
2. I was in Novo Selo when the war started. I joined the Patriotic League in September 1991. On 4 April 1992, I joined the Army BiH. I was a member of the 6th Zvornik Detachment. While I was in the 6th Zvornik Detachment, I performed the duties of an officer. In addition, I held the position of the Deputy Commander of the Novo Selo Company, while its Commander was Haso Ahmetović. The Commander of the 6th Zvornik Detachment was Almir Seferović.
3. According to my information, the Commander of the Military Police of the 6th Zvornik Detachment was Besim Mujanović from Vlasenica, and the Military Police Command was seated in Bajrići. Adem Kosterjevac was a member of the Military Police of the 6th Zvornik Detachment. The 6th Zvornik Detachment Command was seated in Haso Selimović's house, but I do not know where the seat of the Military Police was.
4. I made a record in relation to breakings into both Mujo Halilović's and Kemal Halilović's house, and noted and specified the items stolen and the damages caused on the referenced occasion. However, I did not partake in the on-sight investigation that was carried out. There were two houses, but I had no information about which house exactly was pillaged. I know that Admir Selimović was a courier in the Command. Adem Kosterjevac and Edin Omanović carried out the investigation as members of the Military Police.
5. The attack on Novo Selo-Kočanj was launched on 17 September 1992. The order to attack was issued by Almir Seferović and Adil Omerović son of Osmo. Our units operated in five groups. I was a leader of one group, while the Commanders of other groups were Hamed Mustafić, Munib Alimanović, Kadir Selimović and Salih, whose last name I do not remember. Our lines were located at the distance of around 200-300 m as the crow flies from the houses in Kočanj. Mustafa Alimanović and Fehim Selimović were members of my group. Muhamed Selimović was a soldier-member of one of the groups, and Muharem Sinanović aka Šiško was a sabotage group leader. Ferid Muratović took part in the attack from our frontline as a machine-gunner support. Izet Mustafić participated as an ordinary soldier, and he was in a group along with Munib Alimanović. Fahrudin Demirović participated in the attack, but he was not a member of any of these groups; he rather acted as a "maverick" and he was in charge of mines and explosives.
6. I am sure that Avdija Omanović did not at all participate in the attack on Novo Selo, but I am not sure if Kadrija Muratović, Adem Kosterjevac and Šahbaz Sinanović also took part in the referenced attack.
7. During the attack, the group I led reached the house owned by Mile Ilić son of Miloš, in which the Serb forces Command was seated. We found there no soldiers, no members of the Command personnel nor any civilians. In front of this house, two members of the Army BiH

wounded to the medical station in Bajrići, my group marched further to the com... went down to the Zvornik-Sarajevo route. After about 10-15 minutes, the ser... reinforcement reached this site from the Drinajča direction, with armored person... and tanks, whereupon we retreated towards our frontlines.

8. My father Ramo Ramić and Džemal Huskić, who were in charge of the unit logistic sup... got killed in this attack.

9. Having entered Kočanj, I noticed the houses and haystacks burning in the village.

10. I did not go to Zoran Ilić's house, but I learned from subsequent accounts that Zoran Ilić... killed, as well as Lazar Ilić and Ikonija Ilić, who was killed by a rifle grenade. I also heard that Milisav Ilić was killed in this attack on the road from a machine gun on the Kameni most (Stone Bridge), as I was told. I neither know nor have any information about whereabouts of other villagers of Kočanj.

11. I subsequently learned that Anđa Obradović, whom I did not know from before, was captured in this attack. However, I know that she was a wife of Stanoje aka Goco. I was thereafter told that Munib Alimanović had captured and brought her to Bajrići (to the Command of the 6th Zvornik Detachment), where she was handed over to the Military Police. According to my subsequent information, while being escorted from the capture site to the Command, some of the villagers or soldiers slapped or punched Anđa as a result of which she sustained head injuries.

12. A day or two days after the attack, I went to the Bajrići Command to visit Almir Seferović, and learned from my conversation with him that Anđa Obradocić had been detained on the basement premises of the reading-room in Bajrići. At the time, I requested that they accord correct treatment to Anđa and that they not subject her to any ill-treatment. On my exit from the Command, I met Adem Kosterjevac carrying a rifle. He provided security to the reading-room basement where Anđa Obradović was detained. Adem Kosterjevas was around 180 cm tall, corpulent, black haired, with no moustache.

13. I subsequently learned that Anđa Obradović was physically ill-treated and sexually abused, that is, raped by Adem Kosterjevac and Šahbaz Sinanović. I do not know for how long Anđa Obradović had been detained in Bajrići, but I know that she was subsequently transferred to (the place of) Cerska. I do not know if anyone else, other than Adem Kosterjevac, provided security to Anđa Obradović, or that anyone else physically ill-treated or raped her during her detention in Bajrići.

14. In Bajrići, I also saw a young boy Slobodan Stojanović, who had frequently accompanied Fahrudin Demirović aka Gumeni. I subsequently learned that this boy was killed, but I know nothing and have no information about his murder.

The witness was thereupon instructed that he is entitled to have the record read out to him prior to signing it. After saying that he did not want to have the record read out to him, since he was listening to its loud dictation, the witness stated that everything was entered therein in the way as he said it, that he had no objections to the record, or the procedure, or the way he was treated during the examination, and signed it with his own hand.

Completed at 12:00 hrs.

| | | |
|---|---|---|
| Hatidža Ligata | Asim Ramić | Darko Martinčević |
| (Record-taker) | (Witness) | (Legal Officer) |


I hereby confirm that this document is a true translation of the original written in Bosnian/Serbian/Croatian.
San Diego, 12 December 2017
Aida R. Premilovac
Certified Court Interpreter for English

EXT-KOSTJEREVAC-00190

1

**BOSNA I HERCEGOVINA**
**TUŽILAŠTVO-TUŽITELJSTVO BOSNE I HERCEGOVINE**
**S A R A J E V O**
**Broj: T20 0 KTRZ 0004193 09**
**Sarajevo, 25.09.2014. godine**

**Z A P I S N I K**
**O SASLUŠANJU SVJEDOKA**

Sastavljen dana 25.09.2014. godine u prostorijama Tužilaštva-Tužiteljstva BiH u Sarajevu, u krivičnom predmetu protiv: Sinanović Muharem i drugi, broj: T20 0 KTRZ 0004193 09, koji su osumnjičeni da su počinili krivično djelo Ratni zločin protiv civilnog stanovništva iz člana 173. stav 1. tačke a), b), c) i e), a u vezi sa članom 180. stav 1. KZ BiH.

PRISUTNI:

1.  Stručni saradnik-pravnik:     Darko Martinčević
2.  Svjedok:                      Ramo Kostjerevac
3.  Zapisničar:                   Hatidža Ligata

Započeto u 13:30 sati

Na temelju člana 86. stav 2. ZKP-a BiH opominjem Vas da ste dužni govoriti istinu. Ne smijete ništa prešutjeti. Upozoravam Vas da je davanje lažnog iskaza krivično djelo propisano članom 235. Krivičnog zakona BiH za koje je zaprijećena kazna zatvora od 6 mjeseci do 5 godina.

Na temelju člana 86. stav 3. ZKP-a BiH svjedok o sebi daje slijedeće podatke:

**Prezime i ime:Kostjerevac Ramo**
**Ime oca: Alija**
**Ime majke: Hanifa**
**Djevojačko prezime majke: Sejfić**
**Datum vašeg rođenja: 10.07.1964.**
**Mjesto rođenja: Donje Snagovo, Zvornik**
**JMBG 1007964183900**
**Šta ste po zanimanju: Radio i tv mehaničar**
**Jeste li zaposleni i gdje: Da u BiH sigurnosti**
**Bračno stanje: Da , oženjen sam.**
**Imate li djece: Otac troje djece od čega jedno maloljetno.**
**Čiji ste državljanin: BiH**
**Nacionalnost: Bošnjak**
**Jeste li u srodstvu sa osumnjičenim:NE**
**Tačna adresa mjesta boravka na koju ćete primati pismena:Oslobodilaca do broj 49, Simin Han, Tuzla**
**Telefon: 062 559 576**

2

(Potpis svjedoka)
Upozoravam Vas da ste dužni Tužilaštvo i Sud obavještavati o svakoj promjeni adrese ili promjeni boravišta.

Da li razumijete ovu pouku?
Razumijem

(Potpis svjedoka)

Na temelju člana 81. Stav 5, 6. I 7. ZKP-a BiH dužni ste se odazivati se na svaki poziv Tužilaštva i Suda a ukoliko niste u mogućnosti pristupiti morate o razlozima obavjestiti Sud i Tužilaštvo. Ukoliko ne postupite po ovom upozorenju možete biti kažnjeni novčanom kaznom do 5.000 KM, a biće naređeno Vaše prinudno dovođenje. Dužni ste da svjedočite. Ako odbijete svjedočenje Sud Vas može kazniti novčanom kaznom do 30.000 KM.

Da li razumijete ovu pouku?
Razumijem

(Potpis svjedoka)

Na temelju člana 8. ZKP-a BiH obavještavate se da su pred ovim Tužilaštvom u ravnopravnoj upotrebi službeni jezici Bosne i Hercegovine bosanski, hrvatski i srpski i oba pisma – ćirilica i latinica. Ukoliko ne razumijete službeni jezik Tužilaštva osigurat će se usmeno prevođenje Vaše izjave kao i isprava i drugog dokaznog materijala.

Da li razumijete službeni jezik Tužilaštva i na kojem pismu želite da se sačini zapisnik?

Da, ja razumijem sve što ste mi pročitali, ne treba mi prevodilac i zapisnik neka bude sačinjen na latinici.

(Potpis svjedoka)

Na temelju člana 83. ZKP-a BiH svjedok se poučava:

- imate pravo odbiti svjedočenje samo ako ste u bračnom ili rodbinskom odnosu sa osumnjičenim, odnosno ako ste:

  a) bračni, odnosno vanbračni drug osumnjičenog, odnosno optuženog,
  b) roditelj ili dijete, usvojitelj ili usvojenik osumnjičenog odnosno optuženog.

Da li razumijete ovu pouku?
Da, razumijem.

(Potpis svjedoka)

Na temelju člana 84. ZKP-a BiH, svjedok se poučava:

- Imate pravo da ne odgovarate na pitanja ako bi Vas istinit odgovor izložio krivičnom gonjenju.

3

- Da biste odgovorili i na ta pitanja možete tražiti imunitet. Imunitet Vam daje Glavni tužilac. Ukoliko dobijete imunitet dužni ste svjedočiti i nećete biti krivično gonjeni osim ako ste dali lažni iskaz.
- Za vrijeme Vašeg saslušanja na Vaš zahtjev Sud Vam može odrediti za savjetnika advokata ukoliko niste u stanju sami koristiti svoja prava, a Vaši interesi se ne mogu zaštititi na drugi način.

Da li razumijete ove pouke?
Da razumijem sve ove pouke i ja želim svjedočiti u ovom predmetu.

_(Potpis svjedoka)_

Na temelju člana 91. ZKP-a BiH možete tražiti da budete saslušani u svojstvu zaštićenog svjedoka u skladu sa Zakonom o zaštiti svjedoka pod prijetnjom i ugroženih svjedoka.

Da li razumijete ove pouke?
Da, razumijem. U ovoj fazi postupka nije mi potrebna nikakva zaštita predviđena Zakonom o zaštiti svjedoka pod prijetnjom i ugroženih svjedoka.

_(Potpis svjedoka)_

## IZJAVA SVJEDOKA :

1. Svjedok izjavljuje da je dobrog zdravstvenog stanja da se danas osjeća dobro te da je sposoban dati iskaz u svojstvu svjedoka.
2. Ja sam rođen u Donjem Snagovu opština Zvornik a živio sam prije rata u Novom Selu gdje me je i zatekao rat, odmah po izbijanju sukoba odnosno 17.07.1992. godine ja sam po savjetu oca preselio u Tuzlu gdje sam boravio čitav rat a vojno sam bio angažovan u I Muslimanskoj podrinjskoj brigadi.
3. Za cijelo vrijeme trajanja rata ja nisam dolazio na područje Novog Sela niti sam učestvovao ni u jednoj od akcija Armije BiH koja je organizovana na tom području. Poznato mi je da je kao komandant snaga Armije BiH na tom prostoru jedno vrijeme bio Mujo Huseinović a pored njega tu funkciju su obavljali još i Adil Omerović kao i Seferović Almir.
4. Na poseban upit da li mi je išta poznato vezano za napad Armije BiH na Novo Selo – Kočanj svjedok izjavi da je čuo za tu akciju te da je u toj akciji učestvovao Adil Omerović, Smajil Junuzović Mujo Huseinović, Osman Bečić, Nezir Huskić, Kemal Huskić, Haso Ahmetović i Kadir Selimović. Nije mi poznato je li u toj akciji učestvovao Adem Kostjerevac . Adem Kostjerevac je bio krupnije građe, visok oko 1,85 cm crne kose i u ratu je nosio brkove.
5. Nisam upoznat ko je od mještana Kočanja poginuo tokom te akcije ali mi je poznato da je tom prilikom zarobljena Anđa Obradović i odvedena u Bajriće gdje je bila i zatvorena. Na poslovima obezbjeđenja Anđe Obradović bio je angažovan Adem Kostjerevac, Šahbaz Sinanović, Avdić Đemo i Omer čijeg prezimena se ne mogu sjetiti a koji su poginuli tokom ratnih dešavanja. Takođe mi je poznato da je Anđa Obradović boravila u Bajrićima sve do pada Novog Sela tj. 10.10. 1992 godine kada je zajedno sa ostalim stanovništvom i zarobljenim licima prebačena za Cersku. Te kasnije iz Cerske prebačena za Srebrenicu.

EXT-KOSTJEREVAC-00183

4

6. Od drugih ljudi sam čuo da je na području Bajrića boravio i dječak Stojanović Slobodan čijeg oca Iliju sam upoznao nakon rata i koji je radio u asfaltnoj bazi u Jošanici. Za tog dječaka se pričalo da je poslat na to područje kao špijun i da je navodno imao specijalnu obuku u Nišu te da je od strane pripadnika armije BiH bio fizički maltretiran odnosno tučen a sve da bi priznao razloge njegovog dolaska, te kada su mu zaprijetili da će ga osunetiti da je tada navodno priznao da mu je zadatak na tom području bio da pokupi sve potrebne informacije o broju ljudi, imenima ljudi, broju i vrsti naoružanja.

7. Meni je poznato da je na tom području djelovala i Kibetova grupa i da je pripadnik te grupe bila i Elfeti Vesela iz Vlasenice ali mi nije poznato da bilo ko od pripadnika ove grupe je povezan sa ubistvom Stojanović Slobodana.

8. Meni je poznato da se Adem Kostjerevac trenutno nalazi u Americi ali ja sa njim nemam nikakva kontakta takođe mi je poznato da nakon rata Adem nikako nije dolazio u Bosnu i Hercegovinu. Poznato mi je da je nakon rata živio u Jesenicama kod Srebrenice.

Nakon toga svjedok se poučava da ima pravo da mu se zapisnik pročita prije nego što isti potpiše, pa nakon što izjavi da ne želi da mu se zapisnik pročita, jer je slušao glasno diktiranje istog, svjedok izjavi da je sve uneseno onako kao što je on govorio, te da ne stavlja primjedbe na zapisnik, niti na postupak i odnos prema njemu prilikom saslušanja i isti svojeručno i potpisuje.

Završeno u 14,10 sati.

Hatidža Ligata               Ramo Kostjerevac          Darko Martinčević
(Zapisničar)                  (Svjedok)             (Stručni saradnik-pravnik)

**BOSNIA AND HERZEGOVINA**
**PROSECUTOR'S OFFICE OF BiH**
**S A R A J E V O**
**Number: T20 0 KTRZ 0004193 09**
**Sarajevo, 25 September 2014**

## WITNESS EXAMINATION RECORD

Made on 25 September 2014 on the premises of the BiH Prosecutor's Office in Sarajevo, in the criminal case No. T20 0 KTRZ 0004193 09, versus Muharem Sinanović *et al.* who have been suspected of committing the criminal offense of War Crimes against Civilians under Article 173(1), Subparagraphs a), b), c) and e), as read with Article 180(1) of the Criminal Code of BiH.

ATTENDEES:

1. Legal Officer:  Darko Martinčević
2. Witness:  Ramo Kostjerevac
3. Record-taker:  Hatidža Ligata

Commenced at 13:30 hours

Pursuant to Article 86, Paragraph 2, of the Criminal Code of BiH, you are called upon to tell the truth and not withhold anything. You are cautioned that giving a false statement constitutes a criminal offence provided for in Article 235 of the CC BiH carrying the sentence of imprisonment for a term of between 6 months and 5 years.

Pursuant to Article 86, Paragraph 3, of the CC BiH, the witness provides the following personal data:

| | |
|---|---|
| Surname and first name: | **Kostjerevac Ramo** |
| Father's name: | **Alija** |
| Mother's name: | **Hanifa** |
| Mother's maiden name: | **Sejfić** |
| Date of birth: | **10 July 1964** |
| Place of birth: | **Donje Snagovo, Zvornik** |
| JMBG: | **1007964183900** |
| Occupation: | **Radio and TV mechanic** |
| Are you employed and, if so, where: | **Yes, BiH security sector** |
| Are you married: | **Yes** |
| Any children: | **Three, one of whom minor** |
| Citizenship: | **BiH** |
| Ethnicity: | **Bosniak** |

**Are you related to the suspect: NO**
**The exact address where you will receive written documents: Oslobodilaca do broja 49, Simin Han, Tuzla**
**Tel: 062 559 576**

---

*(Signature of the witness)*

Please be warned that you have the obligation to inform the Prosecutor's Office and the Court about any change of your address or place of residence.
Do you understand this instruction?
Yes, I do.

---

*(Signature of the witness)*          EXT-KOSTJEREVAC-00195

Pursuant to Article 81, Paragraphs 5, 6, and 7, of the CPC BiH, you are obligated to respond to every summons by the Prosecutor's Office and the Court, and if you are not able to attend, inform the Court and the Prosecutor's Office about the reasons for non-attendance. If you fail to act this instruction you may be fined with up to 5,000 KM, and you will be brought to the court by force. have the obligation to testify. If you refuse to testify the Court may fine you with up to 30,000 KM.

Do you understand this instruction?
Yes, I do.

_____
(*Signature of the witness*)

Pursuant to Article 8 of the CPC BiH, you are hereby informed that the official languages of Bosnia and Herzegovina – Bosnian, Croatian and Serbian, as well as both scripts – Latin and Cyrillic, are in equal official use before this Prosecutor's Office. If you do not understand the official language of the Prosecutor's Office, provisions shall be made for oral translation of your statement and translation of official documents and other pieces of written evidence.

Do you understand the official language of the Prosecutor's Office and in which script would you like this Record to be kept?

Yes, I understand everything you've read to me, I do not need an interpreter, and I would like the record to be made in the Latin script.

_____
(*Signature of the witness*)

Pursuant to Article 83 of the CPC BiH, the witness is advised as follows:

- You may refuse to testify only if you are related to the suspect by marriage or family relations, namely if you are

    a) the spouse or extramarital of the suspect or accused;

    b) a parent or child, an adoptive parent or adopted child of the suspect or accused.

Do you understand this instruction?
Yes, I do.

_____
(*Signature of the witness*)

Pursuant to Article 84 of the CPC BiH, the witness is advised as follows:

- You may refuse to answer such questions with respect to which a truthful reply would expose you to criminal prosecution.
- In order to answer such questions you may seek immunity.
  If you are granted immunity, you will be obliged to testify on such issues and you will not be criminally prosecuted unless you testified falsely.
- At your request, the Court can appoint a legal counsel during your hearing if you are not able to exercise your rights, and if your interests cannot be otherwise protected.

Pursuant to Article 91 of the CPC of BiH, you may request to be heard as a protected witness pursuant to the Law on the Protection of Witnesses under Threat and Vulnerable Witnesses.

Do you understand these instructions?
Yes, I do. At this stage of the proceedings I do not need any protection provided by the Law on the Protection of Witnesses under Threat and Vulnerable Witnesses.

EXT-KOSTJEREVAC-00196

_____
(*Signature of the witness*)

Branislav Banjac
SARAJEVO

## WITNESS STATEMENT

1. The witness says he is of good health, that he fells well today and that he is able to give evidence as a witness.

2. I was born in Donje Snagovo, Municipality of Zvornik, and before the war lived in Novo Selo, where I was where the war broke out. Right after the war broke out, specifically on 17 July 1992, heeding my father's advice, I moved to Tuzla, where I spent the entire war, being militarily engaged in the 1st Muslim Podrinje Brigade.

3. For the entire duration of the war I did not visit the area of Novo Selo, nor did I participate in any of the Army of BiH actions organized in that territory. I know that for a while Mujo Huseinović was commander of the Army of BiH forces in that area, and apart from him the position was also held by Adil Omerović and Almir Seferović.

4. When asked whether he knew anything about the Army of BiH attack on Novo Selo – Kočanj, the witness said he had heard about the action and about the participation of Adil Omerović, Smajil Junuzović Mujo Huseinović, Osman Bečić, Nezir Huskić, Kemal Huskić, Haso Ahmetović and Kadir Selimović. I do not know whether Adem Kostjerevac took part in the action. Adem Kostjerevac was of a larger built, about 1.85 cm tall, dark hair, and had a mustache in the war.

5. I do not know who of the Kočanj residents was killed during the action, but I know that on the occasion Anđa Obradović was captured and taken to Bajrići, where she was incarcerated. Adem Kostjerevac, Šahbaz Sinanović, Avdić Đemo and Omer whose last name I cannot remember were engaged on providing security for Anđa Obradović, and they were later killed during the war. I also know that Anđa Obradović was in Bajrići until the fall of Novo Selo, that is, until 10 October 1992, which is when she was transferred to Cerska together with the rest of the population and detainees, after which she was taken from Cerska to Srebrenica.

6. I have heard from other people that there was a boy in Bajrići, named Slobodan Stojanović, whose father Ilija I met after the war and who worked at the asphalt base in Jošanica. There was a rumor back then that the boy was sent to that area as a spy, and that he had allegedly undergone special training in Niš, and that he was physically mistreated and beaten by BiH Army members in order to admit the reasons for his arrival there, and when he was threatened he would be circumcised that he then allegedly admitted that his assignment in that area was to gather all necessary information on the number of men, their names, number and type of weapons.

7. I know that Kibe's group also operated in that area and that Elfeti Vesela from Vlasenica was its member, but I do not know that any member of the group was ever linked to the murder of Slobodan Stojanović.

8. I know that Adem Kostjerevac is currently in the America, but I have no contact with him whatsoever. I also know that after the war Adem never returned to Bosnia and Herzegovina. I know that after the war he lived in Jesenica near Srebrenica.

After that the witness is advised that he has the right to have the transcript read out to him before he signs it, and after he said he did not want the transcript to be read out to him for he had heard it being dictated aloud, the witness said everything was noted down as he told it, and that he had no objections to the transcript, nor to the proceeding and his treatment during the examination, and he signs it personally.

Completed at 14:10 hours.



*I hereby confirm that this document is a true translation of the original written in Bosnian/Serb/Croat.*
*Sarajevo, 19 December 2017*
*Branislav Banjac*                    EXT-KOSTJEREVAC-00197
*Certified Court Interpreter for English*

Potpis svjedoka *[signature]*

BOSNA I HERCEGOVINA
TUŽILAŠTVO/TUŽITELJSTVO
BOSNE I HERCEGOVINE
S A R A J E V O

Predmet br. T20 0 KTRZ0004193 09

Datum:        24.06.2014. godine

## ZAPISNIK
## O SASLUŠANJU SVJEDOKA

| | |
|---|---|
| **Mjesto ispitivanja:** | Stanica javne bezbjednosti Zvornik |
| **Odredbe za krivično djelo:** | Krivično djelo Ratni zločin protiv civilnog stanovništva iz člana 173. i ratni zločin protiv ratnih zarobljenika iz člana 175 KZ BiH |
| **Osumnjičeni:** | Muharem Sinanović i drugi |
| **Poziv svjedoku upućen od:** | Tužilaštva BiH |
| **Datum poziva svjedoku:** | 23.06.2014. godine |

**PRISUTNI:**

**Istražitelj: Elvir Kadrić**

**Istražitelj:NerminHalilagić**

**Svjedok:Omer Muratović**

**Inspektor SJB Zvornik:        Vladislav Vuković**

**Zapisničar:Nermin Halilagić**

## Započeto u :   11.15 sati

## OBAVJEŠTENJA I UPOZORENJA

1.      Službeni jezici Bosne i Hercegovine – bosanski, hrvatski i srpski kao i oba pisma, ćirilica i latinica, su u ravnopravnoj upotrebi pred ovim Tužilaštvom. Ukoliko ne razumijete službene jezike Tužilaštva,

EXT-KOSTJEREVAC-00198

Potpis svjedoka *Muratović Omer*

osiguraće se usmeno prevođenje vaše izjave kao i prevod dokumenta i drugog dokaznog materijala po potrebi. *(Član 8. ZKP-a BiH).*

2. Potvrđujem da razumijem jezik kojim se govori na ovom saslušanju.

DA: *Potpis svjedoka* *Muratović Omer* VRIJEME: 11 : 15 sati

3. Potvrđujem da se ovaj zapisnik može voditi na latiničnom pismu.

*Potpis svjedoka* *Muratović Omer* VRIJEME: 11 : 15 sati

4. TONSKO SNIMANJE. Razgovor neće biti sniman audio tehnikom.
5. Obavezni ste obezbjediti slijedeće podatke o sebi *(član 86, stav 3. ZKP BiH)*

**Ime i prezime: OMER MURATOVIĆ**

**Ime oca: ALJO**

**Ime majke: HABIBA**

**Djevojačko prezime majke:JUNUZOVIĆ**

**Datum rođenja: 17.06.1958.G.**

**Mjesto rođenja: NOVO SELO, ZVORNIK**

**Zanimanje:MINER**

**Da li ste trenutno zaposleni:NEZAPOSLEN**

**Mjesto zaposlenja:**

**Da li ste oženjeni:DA, OTAC TROJE PUNOLJETNE DJECE**

**Državljanstvo: BIH**

**Etnička pripadnost: BOŠNJAK**

**Tačna adresa na koju ćete primati pismena: Novo selo 75410 Drinjača**

**Broj telefona:065 016 095**

Potpis svjedoka *Omeraŝić Omer*

6.  Upozoravate se da ste dužni obavjestiti Tužilaštvo i Sud o svakoj promjeni adrese i boravišta.

7.  Obavezni ste da svjedočite. Ukoliko odbijete Sud vam može izreći kaznu. *(član 81., stav 1. i 7., ZKP-a BiH)*.   Međutim:

    a.  Možete odbiti da svjedočite ako ste bračni drug ili bliski srodnik sa osumnjičenim *(član 83. ZKP-a BiH)*.

    b.  Možete odbiti da svjedočite ukoliko bi vaš odgovor mogao izložiti vašeg bračnog druga ili bliskog srodnika krivičnom gonjenju.

    c.  Imate pravo da ne odgovarate na pitanja ako bi vas istinit odgovor izložio krivičnom gonjenju. Da biste odgovorili i na ta pitanja, možete tražiti imunitet. Imunitet Vam daje Glavni tužilac. Ukoliko dobijete imunitet, dužni ste svjedočiti i neće biti krivično gonjeni, osim ako ste dali lažni iskaz. *(član 84. ZKP-a BiH)*

8.  Morate govoriti istinu. *(član 86. stav 2. ZKP-a BiH)*

9.  Ne smijete prešutjeti ništa. *(član 86. stav 2. ZKP BiH)*

10.  Upozoravate se da je davanje lažnog iskaza  krivično djelo zbog kojega vam može biti određena kazna zatvora. *(član 86. stav 2. ZKP-a BiH u vezi sa članom 235. KZ-a BiH)*.

11.  Ukoliko ste vi ili vaša porodica suočeni sa ozbiljnim rizikom ili prijetnjom, možete zatražiti da budete saslušani u svojstvu zaštićenog svjedoka. *(Zakon o zaštiti svjedoka pod prijetnjom i ugroženih svjedoka i član 91. ZKP-a BiH)*

12.  Imate pravo pročitati zapisnik ili zatražiti da vam se pročita, te da unesete promjene prije nego što isti potpišete.

13.  Zapisnik će se diktirati zapisničaru. Morati pratiti dok se zapisnik sastavlja. Morate pratiti na ekranu kompjutera ispred vas dok se zapisnik sastavlja. Ukoliko mislite da ima grešaka, možete ih ispraviti dok se zapisnik sastavlja kao i na kraju ispitivanja.

**Svojim potpisom potvrđujem da sam razumio sva obavještenja i upozorenja koja su gore navedena.**

EXT-KOSTJEREVAC-00200

2

Potpis svjedoka *Muratović Omer*

Potpis svjedoka *Muratović Omer* VRIJEME: 11 : 15 sati

## IZJAVA SVJEDOKA

**Svjedok daje izjavu sa početkom u:   11.25 sati**

1.  Prije rata živio sam u Novom selu opština Zvornik u porodičnoj kući sa svojom suprugom Zumrom Muratović djevojački Kosterjevac, djecom Merimom, Mirnesom i sinom Hasom kao i majkom Habibom Muratović. Ja sam bio zaposlen u Valjevu u Srbiji kao miner i obično budem na poslu po mjesec dana nakon čega dobijem dopust od četiri slobodna dana koja iskoristim da se vratim kući i budem sa svojom porodicom. Prilikom povratka kući iz Valjeva mislim da je to bio 22. april 1992. godine na mostu Filipa Kljajića zaustavila me policija Srbije legitimisala me i nakon toga su mi rekli da odem u krizni štab u Karakaj da uzmem potvrdu za kretanje do mog sela što sam ja i učinio. Nakon što sam došao u taj krizni štab, mene i još dvojicu ljudi koji su tad bili sa mnom a jednog od njih sam poznavao po imenu Rasim Ahmetović dok drugog ne poznajem jedan od ljudi koji se zatekao u tom štabu nas je odveo u jednu od prostorija u kojem sam zatekao grupu od pet ili šest ljudi koje ja nisam poznavao. U ovoj prostoriji sam zadržan pet ili šest sati nakon čega odvezen sam u mjesto Čelopek na farmu Ekonomija. Na ovoj farmi bilo nas je zatvoreno ukupno jedanaest ljudi koje nisam poznavao. Na ovoj farmi sam prenoćio nakon čega su nas opet, nas pet ponovo vratili u štab u Karakaju. Nakon toga sam na Diviču razmjenjen i ja sam prešao na teritoriju pod kontrolom muslimanskih seoskih straža.

2.  Adema Kosterjevca poznajem još od prije rata od 1985. godine kada sam oženio njegovu sestru Zumru i od tada sam ga povremeno viđao. U toku oružanih sukoba na području Zvorničke opštine možda sam dva puta vidio Adema Kosterjevca. Mislim da je u ratnom periodu Adem Kosterjevac bio pripadnik vojne policije. Ta dva puta kada sam ga vidio Adem je bio u civilnoj odjeći te nije bio naoružan. Adem je bio visok oko 180 centimetara, krupnije građe, tamnijeg tena, kovrđave kose a ne mogu se sjetiti da li je imao brkove.

3.  Ja nisam prije rata lično poznavao Anđu Obradović iako je moja porodica bila u dobrim odnosima sa porodicom Obradović. U periodu od 2006. godine nakon što sam deportovan iz Sjedinjenih Američkih

EXT-KOSTJEREVAC-00201

4

Potpis svjedoka *[potpis]*

Država živio sam kod sestre u selu Snagovo opština Zvornik. Ja sam prvi put vidio lično Anđu Obradović poslije 2008. godine.

4.   Godine 1992. bio sam u selu Šahmani gdje sam i nastanjen i nekad na jesen te godine čuo sam da je Anđa Obradović zaroбljena od strane muslimnskih seoskih formacija te da je odvedena u zaseok Bajriće gdje je po mojim saznanjima bio štab seoske straže. Tu informaciju sam saznao od ljudi u selu. Prvi put sam za stradanje Anđe Obradović čuo 2008. godine od njenog đevera Žarko Obradović koji mi je rekao tom prilikom „Tvoj šurak Adem Kostejrevac je silovao moju snahu Anđu." Ovu informaciju Žarko mi je rekao da mu je direktno Anđa rekla.

5.   Na upit istražitelja izjavljujem da nemam saznanja ko je zarobio i odveo Anđu u Bajriće. Također nije mi poznato gdje je zatvorena i ko je bio angažovan u njenom čuvanju kao i ko je bio glavni u selu Bajrići te 1992. godine kada je počeo rat.

6.   Na upit istražitelja da li svjedok poznaje Lukić Nenada koji je zajedno sa Anđom Obradović bio zaroбljen svjedok je odgovorio da mu ta osoba nije poznata te da nema nikakvih saznanja u vezi sa zarobljavanjem Lukić Nenada 1992. godine.

7.   Ja sam 1997 ili 1998 godine kao izbjeglica sa svojom porodicom otišao u mjesto Ivanić predgrađe Zagreba i tu sam boravio u sabirnom centru oko dva mjeseca. U tom periodu sam se u sabirnom centru viđao sa Ademom Kostjerevcem. Nakon mog odlaska u Ameriku Adem je i dalje ostao u Hrvatskoj u sabirnom centru Ivanić. Još mi je poznato da je Adem Kostjerevac bio sa suprugom i četvero djece. Nakon mog odlaska živio sam u državi Vašington i nisam bio u kontaktu sa Ademon Kostjerevcem. Također, nemam saznanja gdje isti živi u kom gradu i u kojoj državi u Americi.

8.   Na upit istražitelja da li mu je poznato da li Adem Kostjerevac dolazi u Bosnu i Hercegovinu svjedok odgovara da ne zna da li Adem dolazi i da li je dolazio u Bosnu i Hercegovinu.

9.   Potvrđujem da nemam ništa više da dodam.

10.  Potvrđujem da nemam primjedbi na način na koji je vođen razgovor i da mi nije prijećeno niti bilo šta obećano.

11.  Potvrđujem da su prema mom najboljem znanju i uvjerenju odgovori istiniti.

EXT-KOSTJEREVAC-00202

5

Potpis svjedoka *Muratović Omer*

12. Potvrđujem da sam pročitao izjavu i potvrđujem da je to vjeran zapisnik razgovora i stavljam svoj potpis ispod, na vrh i dno svake stranice.

**Izjava svjedoka završena u: 13:00 sati**

| Zapisničar | Svjedok | Istražitelj |
|---|---|---|

**OSL SJB Zvornik**

Signature of the witness: *Muratović Omer*

## BOSNIA AND HERZEGOVINA
## PROSECUTOR'S OFFICE OF B-H
## S A R A J E V O

**Case number:**   **T20 0 KTRZ0004193 09**
**Date:**   **24 June 2014**

### WITNESS EXAMINATION RECORD

| | |
|---|---|
| **Location of examination:** | Zvornik Public Security Station (SJB) |
| **Criminal offense:** | War Crimes against Civilians under Article 173, and War Crimes against Prisoners of War under Article 175 of the Criminal Code of B-H |
| **Suspect:** | Muharem Sinanović *et al.* |
| **Witness summoned by:** | Prosecutor's Office of Bosnia and Herzegovina |
| **Date of summons:** | 23 June 2014 |

**ATTENDEES:**
| | |
|---|---|
| **Investigator:** | **Elvir Kadrić** |
| **Investigator:** | **Nermin Halilagić** |
| **Witness:** | **Omer Muratović** |
| **Inspector of Zvornik SJB:** | **Vladislav Vuković** |
| **Record-taker:** | **Nermin Halilagić** |

### Commenced at 11.15 hrs.

### NOTICES AND CAUTIONS

1. The official languages of Bosnia and Herzegovina – Bosnian, Croatian and Serbian, and both scripts – Latin and Cyrillic, are in equal official use before this Prosecutor's Office. If you do not understand the official languages of the Prosecutor's Office, provisions shall be made for oral interpretation of your statement and translation of official documents and other pieces of written evidence. (*Article 8 of the Criminal Procedure Code of B-H/CPC B-H*)

2. I hereby confirm that I understand the language of this examination.

**YES:   Signature of the witness:** *Muratović Omer*   **TIME: 11.15 hrs**

EXT-KOSTJEREVAC-00204



3. I hereby confirm that this Record may be made in the Latin script.

   **Signature of the witness: _Muratović Omer_  TIME: 11.15 hrs**

4. AUDIO RECORDING: The examination will not be audio-recorded.

5. It is your duty to provide the following personal data (*Article 86, Paragraph 3 of CPC B-H*):

| | |
|---|---|
| **First name and surname:** | **OMER MURATOVIĆ** |
| **Father's name:** | **ALJO** |
| **Mother's name:** | **HABIBA** |
| **Mother's maiden name:** | **JUNUZOVIĆ** |
| **Date of birth:** | **17 June 1958** |
| **Place of birth:** | **NOVO SELO, ZVORNIK** |
| **Occupation:** | **BLASTER** |
| **Are you employed:** | **UNEMPLOYED** |
| **Place of employment:** | |
| **Marital status:** | **MARRIED WITH THREE CHILDREN OF AGE** |
| **Citizenship:** | **BOSNIA-HERZEGOVINA** |
| **Ethnicity:** | **BOSNIAK** |
| **The exact address where you will receive writs:** | **Novo Selo, 75410 Drinjača** |
| **Telephone number:** | **065/016 095** |

6. You are hereby cautioned that it is your duty to inform the Prosecutor's Office and the Court about any change of your address or place of residence.

7. You have the obligation to testify. If you refuse to testify the Court may impose a fine on you. (*Article 81, Paragraphs 1 and 7 of the CPC B-H*). However:

   a. You may refuse to testify if you are a spouse or a close relative of the suspect (*Article 83 of the CPC B-H*).

   b. You may refuse to testify if your answer would expose your spouse or close relative to criminal prosecution.

   c. You are entitled to refuse to answer such questions with respect to which a truthful reply would expose you to criminal prosecution. In order to answer such questions you may request immunity. Immunity is granted by the Chief Prosecutor. If you are granted immunity, you will be obliged to testify on such issues and you will not be criminally prosecuted unless you testify falsely. (*Article 84 of the CPC B-H*).

8. You are called upon to tell the truth. (*Article 86, Paragraph 2 of the CPC B-H*)

EXT-KOSTJEREVAC-00205

Edina Neretljak
SARAJEVO

9. You must not withhold anything. (*Article 86, Paragraph 2 of the CPC B-H*)

10. You are cautioned that giving a false statement constitutes a criminal offense carrying a sentence of imprisonment. (*Article 86, Paragraph 2 of the CPC B-H as read with Article 235 of the CC B-H*)

11. If there is a manifest risk or threat to you or your family, you may request to be heard as a protected witness. (*The Law on the Protection of Witnesses under Threat and Vulnerable Witnesses and Article 91 of the CPC B-H*)

12. You are entitled to read the Record or request that it be read out to you and to make amendments to it before you sign it.

13. The Record will be dictated to the record-taker. You must follow the Record on the screen of the computer in front of you while it is being taken. If you think there are errors in it, you may correct them while the Record is being taken and at the end of the examination.

**With my signature I hereby confirm that I have understood the foregoing notices and cautions.**

**Signature of the witness: *Muratović Omer*   TIME: 11.15 hrs**

## WITNESS STATEMENT

**The witness commences the statement at 11.25 hrs.**

1. Before the war I lived in the family house in Novo Selo, Zvornik Municipality, together with my wife Zumra Muratović, nee Kosterjevac, daughters Merima and Mirnesa and son Haso, and my mother Habiba Muratović. I was employed in Valjevo, in Serbia, as a blaster, and I would usually work for a month, after which I would get four days off that I would use to go back home and spend time with my family. When I was returning home from Valjevo, I think it was on 22 April 1992, on the *Filipa Kljajića* bridge I was halted by the police of Serbia who checked my ID, whereupon they told me to go to the Crisis Staff in Karakaj to be issued with a movement permit to be able to get to my village, which I did. I arrived in that Crisis Staff together with another two men -- I knew one of them by the name of Rasim Ahmetović but I did not know the other one – and then one of the men who were in that Staff took us to one of the rooms in which there was a group of five or six people whom I did not know. I was held in this room for five or six hours whereupon I was transported to the place of Čelopek to the *Ekonomija* farm. I was detained at this farm together with people whom I did not know; there were eleven of us in total. I slept the night over at this farm whereupon they took back the five of us to the Staff in Karakaj. After that I was exchanged at Divič and I crossed to the

territory under the control of Muslim village patrols.

2. I have known Adem Kosterjevac since before the war, since 1985, when I married his sister Zumra and since then I used to see him from time to time. I might have seen
   Adem Kosterjevac twice during the armed conflict in the territory of Zvornik Municipality. I think that Adem Kosterjevac was a member of the Military Police during the war. On these two occasions when I saw him Adem was in civilian clothes and was unarmed. Adem was some 180 centimeters tall, of sturdy build, had dark complexion and curly hair, but I cannot remember if he had moustache.

3. I did not personally know Anđa Obradović before the war, although my family had good relations with the Obradović family. In the period from 2006, after I had been deported from the United States of America, I lived at my sister's in the village of Snagovo, Zvornik Municipality. The first time that I saw Anđa Obradović was after 2008.

4. In 1992, I was in the village of Šahmani, where I live, and some time in the fall of that year I heard that Anđa Obradović was captured by the Muslim village formations and that she was taken to the hamlet of Bajrići where the headquarters of the village patrols was, to my knowledge. I learned this piece of information from the people in the village. The first time I heard about the ordeal of Anđa Obradović was in 2008, from her brother-in-law Žarko Obradović, who told me on that occasion: "Your wife's brother raped my sister-in-law Anđa." Žarko told me that Anđa had personally conveyed this information to him.

5. Asked by the investigator, I hereby state that I have no knowledge of who captured and took Anđa to Bajrići. I also do not know where she was detained, who guarded her and who was in charge in the village of Bajrići in 1992, when the war started.

6. Asked by the investigator if the witness knew Nenad Lukić, who had been captured together with Anđa Obradović, the witness responded that he did not know that person and that he did not have any information about Nenad Lukić's capturing in 1992.

7. In 1997 or 1998, I and my family went as refugees to the place of Ivanić, a suburb of Zagreb, and stayed in a collection center there for about two months. In that period I used to see Adem Kostjerevac in the collection center. When I had gone to the States, I left Adem behind in the collection center in Ivanić in Croatia. I also know that Adem Kostjerevac was with his wife and four children. After I had left the center, I lived in the State of Washington and I did not have contact with Adem Kostjerevac. I do not know where he lives now, in which city and state in the United States, either.

8. Asked by the investigator if he knew whether Adem Kostjerevac came to Bosnia and Herzegovina, the witness responded that he did not know if Adem came to Bosnia and Herzegovina previously or recently.

9.  I hereby confirm that I have nothing more to add.

10. I hereby confirm that I have no objection to the manner in which this interview was conducted and that I was neither threatened nor promised anything.

11. I hereby confirm that my answers are truthful to the best of my knowledge and belief.

12. I hereby confirm that I have read this statement and that it is a verbatim record of the interview and I affix my signature underneath it and on the top and the bottom of every page.

**The witness statement ends at 13.00 hrs.**

| **Record-taker** | **Witness** | **Investigator** |
|---|---|---|
| *Halilagić Nermin* | *Muratović Omer* | *Kadrić Elvir* |

**Zvornik SJB Authorized**
**Official Person**
*Vuković Vladislav*

---

*I hereby confirm that this document is a true translation of the original written in Bosnian/Croatian-Serbian.*
*Sarajevo, 19 December 2017*
*Edina Neretljak, Certified Court Interpreter for the English Language*

Edina Neret

Edina Neretljak
SARAJEVO
Едина Неретљак
САРАЈЕВО

EXT-KOSTJEREVAC-00208

Case: 4:19-mj-06244-PLC   Doc. #: 1-2   Filed: 08/14/19   Page: 215 of 372 PageID #: 220

01194385



# SLUŽBENI LIST

## REPUBLIKE BOSNE I HERCEGOVINE

| Godina I – Broj 1 | Četvrtak, 9. aprila 1992.<br>S A R A J E V O | Akontacija pretplate<br>za 1992. godinu 3.900 dinara<br>Cijena ovom broju 13 dinara<br>Žiro-račun 10100-603-1396 |

**1**

Na osnovu tačke III Odluke o proglašenju neposredne ratne opasnosti (broj 01-011-301/92 od 8. aprila 1992. godine), Predsjedništvo Socijalističke Republike Bosne i Hercegovine, na sjednici održanoj 8. aprila 1992. godine, donijelo je

### UREDBU

#### O IZMJENI NAZIVA SOCIJALISTIČKE REPUBLIKE BOSNE I HERCEGOVINE

##### Član 1.

Mijenja se naziv Socijalističke Republike Bosne i Hercegovine i glasi »REPUBLIKA BOSNA I HERCEGOVINA«.

##### Član 2.

Ova uredba stupa na snagu odmah i objaviće se u »Službenom listu RBiH«.

Broj 01-011-302/92
aprila 1992. godine
Sarajevo

Predsjednik
Predsjedništva RBiH,
**Alija Izetbegović, s.r.**

---

Na osnovu tačke III Odluke o proglašenju neposredne ratne opasnosti, Predsjedništvo Republike Bosne i Hercegovine, na sjednici održanoj 8. aprila 1992. godine, donijelo je

### UREDBU

#### O UKIDANJU DOSADAŠNJEG REPUBLIČKOG ŠTABA TERITORIJALNE ODBRANE I OBRAZOVANJU ŠTABA TERITORIJALNE ODBRANE REPUBLIKE BOSNE I HERCEGOVINE

##### Član 1.

Ukida se dosadašnji Republički štab Teritorijalne odbrane i obrazuje se Štab teritorijalne odbrane Republike Bosne i Hercegovine.

##### Član 2.

Predsjedništvo Republike Bosne i Hercegovine donosiće odluke o upotrebi jedinica teritorijalne odbrane Republike Bosne i Hercegovine.

Ministarstvo za narodnu odbranu Republike Bosne i Hercegovine preko Štaba teritorijalne odbrane Bosne i Hercegovine rukovodi i komanduje sastavima teritorijalne...

**Član 3.**

Zvanični privremeni znak svih pripadnika TO BiH biće stari bosanski grb štitastog oblika plave boje presječen bijelom dijagonalom sa po tri zlatnožuta ljiljana u svakom polju.

**Član 4.**

Razrješava se dužnosti dosadašnji komandant Republičkog štaba TO BiH general-potpukovnik Drago Vukosavljević i načelnik Republičkog štaba TO BiH general-potpukovnik Fikret Jakić.

Za komandanta Štaba TO Republike BiH imenuje se pukovnik Hasan Efendić, a za načelnika Štaba Republike TO BiH pukovnik Stjepan Šiber.

**Član 5.**

Ova uredba stupa na snagu odmah i objaviće se »Službenom listu RBiH«.

Broj 01-011-303/92
8. aprila 1992. godine
Sarajevo

Predsjednik
Predsjedništva RBiH,
**Alija Izetbegović, s.r.**

---

**3**

U skladu sa odredbama amandmana LI i LXXII na Ustav Socijalističke Republike Bosne i Hercegovine, a na prijedlog Skupštine SR Bosne i Hercegovine, Predsjedništvo Republike Bosne i Hercegovine na sjednici od 8. aprila 1992. godine, donijelo je

### ODLUKU

#### O PROGLAŠENJU NEPOSREDNE RATNE OPASNOSTI

**I**

Proglašava se da je na teritoriji Bosne i Hercegovine nastupila neposredna ratna opasnost.

**II**

Za vrijeme neposredne ratne opasnosti sastav Predsjedništva RBiH proširuje se sa predsjednikom Skupštine RBiH, predsjednikom Vlade RBiH i komandantom Teritorijalne odbrane Republike.

**III**

Predsjedništvo RBiH će za vrijeme neposredne ratne opasnosti donositi uredbe sa zakonskom snagom i odluke o izboru ili imenovanju i razrješenju...

ET-KOSTJEREVAC-00209

Strana 2 – Broj 1                    SLUŽBENI LIST RBiH                    Četvrtak, 9 aprila 1992

## IV

Ova odluka stupa na snagu odmah i objaviće se u narednom broju »Službenog lista RBiH«.

Broj 01-011-301/92
8 aprila 1992. godine
Sarajevo

Predsjednik
Predsjedništva RBiH,
**Alija Izetbegović**, s.r.

---

## 4

Na osnovu člana 44. Zakona o Vladi Socijalističke Republike Bosne i Hercegovine (»Službeni list SRBiH«, broj 33/90) u vezi sa članom 2. stav 1. tačka 3. Zakona o mjerama koje se mogu preduzeti radi sprečavanja poremećaja u ostvarivanju utvrđene razvojne i ekonomske politike (»Službeni list SRBiH«, broj 8/91), Vlada Republike Bosne i Hercegovine, donosi

## UREDBU

### O IZMJENAMA I DOPUNAMA UREDBE O NAČINU FORMIRANJA CIJENA ODREĐENIH PROIZVODA I USLUGA

#### Član 1.

U Uredbi o načinu formiranja cijena određenih proizvoda i usluga (»Službeni list SRBiH«, br. 4/92, 5/92 i 7/92) u članu 3. stavu 1 podtačke a), b), c), d) i e) mijenjaju se i glase:

|   | tip »850« | tip »500« dm kg |
|---|---|---|
| a) Pšenično brašno | | |
| – za pakovanje od 1 kg | | 64,00 |
| – za pakovanje od 2 kg | | 62,00 |
| – za pakovanje od 25 kg i više | 45,00 | 52,00 |

|   | tip »850« | tip »500« |
|---|---|---|
| b) Osnovne vrste hljeba od pšeničnog brašna | | |
| – u apenima od 1 kg | 70,00 | 80,00 |
| – u apenima od 0,800 gr | 62,00 | 70,00 |
| – u apenima od 0,750 gr | 58,00 | 66,00 |
| – u apenima od 0,700 gr | 55,00 | 62,00 |
| – u apenima od 0,500 gr | 42,00 | 48,00 |

|   | tip »500« |
|---|---|
| c) Specijalni hljeb od pšeničnog brašna | |
| – domaći hljeb od 1 kg | 90,00 |
| – domaći hljeb od 0,800 gr | 80,00 |
| – domaći hljeb od 0,750 gr | 75,00 |
| – domaći hljeb od 0,700 gr | 70,00 |
| – domaći hljeb od 0,500 gr | 54,00 |

|   | sa 2,8% mliječne masti | sa 3,2% mliječne masti |
|---|---|---|
| d) za svježe mlijeko: | | |
| – pasterizovano mlijeko u PVC ambalaži | 78,00 din/l | 80,00 din/l |

|   | sa 2,8% mliječne masti | sa 3,2% mliječne masti |
|---|---|---|
| e) Svježe sterilizovano mlijeko: | | |
| – u tvrdoj ambalaži 1 l | 120,00 din/l | 125,00 din/l |
| u tvrdoj ambalaži od 0,500 l | 62,00 din/1/2 l | 65,00 din/1/2 l |

U istoj tački u stavu 2 prva, druga, treća i četvrta alineja mijenjaju se i glase:

– za pšenično brašno tip »850« i »500«                    do 20%
– za osnovne i specijalne vrste hljeba proizvedenog od pšeničnog brašna tip »850« i »500«

---

| | | |
|---|---|---|
| – za svježe pasterizovano mlijeko sa 2,8% i 3,2% mliječne masti | | do 13% |
| – za svježe sterilizovano mlijeko sa 2,8% i 3,2% mliječne masti | | do 25% |

U istoj tački u stavu 3 podtačke a) i b) mijenjaju se i glase:

|   | tip »850« | tip »500« |
|---|---|---|
| a) za pšenično brašno | | |
| – za pakovanje od 1 kg | | 60,00 |
| – za pakovanje od 2 kg | | 48,00 |
| – za pakovanje od 25 kg i više | 32,00 | 40,00 |

|   | sa 2,8% mliječne masti | sa 3,2% mliječne masti |
|---|---|---|
| b) za svježe mlijeko: | | |
| – pasterizovano mlijeko u PVC ambalaži | 68,00 din/l | 70,00 din/l |
| – sterilizovano mlijeko u tvrdoj ambalaži do 1 litar | 95,00 din/l | 100,00 din/l |
| u tvrdoj ambalaži od 0,500 l | 49,00 din/1/2 l | 52,00 din/1/2 l |

#### Član 2.

Ova uredba stupa na snagu danom objavljivanja u »Službenom listu RBiH«

V. broj 31
7. aprila 1992. godine
Sarajevo

Predsjednik
Vlade RBiH,
**Jure Pelivan**, s.r.

---

## 5

Na osnovu člana 18. Zakona o opštenarodnoj odbrani (»Službeni list SRBiH«, br. 3/84, 17/87, 35/90), a u vezi sa članom 45. stav 2. Zakona o Vladi BiH (»Službeni list SRBiH«, broj 33/90), Vlada Republike Bosne i Hercegovine donosi

## ODLUKU

### O ZAVOĐENJU RADNE OBAVEZE

#### I

Ovom odlukom zavodi se radna obaveza za sve:
– državne organe, republičke i opštinske organe uprave, organe uprave Grada Sarajeva, upravne organizacije, stručne i druge službe, pravosudne organe, sudove za prekršaje, Službu društvenog knjigovodstva i radne zajednice šlabova za teritorijalnu odbranu,
– organizacije društvenih djelatnosti,
– javna preduzeća, druga pravna lica i samostalne privrednike,
– banke, druge finansijske organizacije i organizacije za osiguranje.

#### II

Radna obaveza izvršavaće se u skladu sa zakonom, drugim propisima i planovima za slučaj neposredne ratne opasnosti.

#### III

Funkcioneri koji rukovode državnim ili drugim organom, poslovodni organ u organizaciji odnosno preduzeću ili drugo ovlašceno lice, obezbijediće izvršavanje radne obaveze utvrđene ovom odlukom.

#### IV

Ova odluka stupa na snagu danom dono

#### V

Ovu odluku objaviti u »Službenom listu RBiH«

V broj 30
9. aprila 1992 godine

Potpis

I certify this document consisting of _____ pages is a true copy of the document held by _____ of the document held by _____ the Prosecutor of the ICTY. _____ 2017

[round stamp: ICTY IPIY Office of the Prosecutor]
Authorised officer's signature

EXT-KOSTJEREVAC 00210

*English Translation*                                   *ET 0050-7522-0050-7522 partial*

*THE OFFICIAL GAZETTE*

*OF THE REPUBLIC OF BOSNIA AND HERZEVGOVINA*

| Year I, Number 1 | Thursday, 9 April 1992 | Subscription for 1992 3,900 |
| --- | --- | --- |
| | SARAJEVO | dinars |
| | | Price for this issue 13 dinars |
| | | Giro Account 1010 603 |
| | | 1396 |

1

Pursuant to Item III of the Decision concerning the Proclamation of the Imminent Threat of War (number 01-011-301/92 of 8 April 1992), the Presidency of the Socialist Republic of Bosnia and Herzegovina, at a session held on 8 April 1992, adopted this

### DECREE

## ON THE CHANGE OF THE NAME OF THE SOCIALIST REPUBLIC OF BOSNIA AND HERZEGOVINA

### Article 1

The name of the Socialist Republic of Bosnia and Herzegovina is changed and now reads THE REPUBLIC OF BOSNIA AND HERZEGOVINA.

### Article 2

This Decree comes into force at once and will be announced in the *Official Gazette of the Republic of Bosnia and Herzegovina.*

Number 01 011 302/92

President

8 April 1992

Presidency of the Republic of BH

Sarajevo

Alija IZETBEGOVIĆ, signed.

00607066

OFFICIAL GAZETTE OF THE REPUBLIC OF BOSNIA AND
HERZEGOVINA

On the basis of point III of the Decision on the proclamation of the
imminent war danger, the Presidency of the Republic of Bosnia and
Herzegovina, on a session held on 8 April 1992, brought the following:

REGULATION

on canceling the previous Republic Headquarters of the
Territorial Defense and establishing the Headquarters of the Territorial
Defense of the Republic of Bosnia and Herzegovina

Article 1

The previous Republic Headquarters of the Territorial Defense are being
canceled and the Headquarters of the Territorial Defense of the Republic
of Bosnia and Herzegovina are being established.

Article 2

The Presidency of the Republic of Bosnia and Herzegovina will bring
decisions about the use of units of the Territorial Defense of the Republic
of Bosnia and Herzegovina.
The Ministry of National Defense of the Republic of Bosnia and
Herzegovina through the Headquarters of the Territorial Defense of the
Republic of Bosnia and Herzegovina is operating and commanding the
structures of the Territorial Defense.

Article 3

An ancient Bosnian blue colored shield-shaped coat of arms, cut with a
white diagonal, with the three golden lilies in each field is going to be the
temporarily official insignia of all the members of the TO of Bosnia and
Herzegovina.

00607067

## Article 4

The previous Commander of the Republic Headquarters of the TO of Bosnia and Herzegovina, general - lieutenant colonel Drago Vukosavljevic and the Chief of the Republic Headquarters of the TO of Bosnia and Herzegovina, general - lieutenant colonel Fikret Jakic are being released from duty.

Colonel Hasan Efendic has been appointed for the Commander of the Headquarters of the TO of the Republic of Bosnia and Herzegovina, and colonel Stjepan Siber has been appointed to the Chief of Headquarters of the TO of the Republic of Bosnia and Herzegovina.

## Article 5

This Regulation takes effect immediately and will be published in the "Official Gazette of the Republic of Bosnia and Herzegovina".

Number 01-011-303/92          The President of the Presidency
8 April 1992          of the Republic of Bosnia and Herzegovina
Sarajevo          Alija Izetbegovic

00607068

IIF28079

OFFICIAL GAZETTE OF THE REPUBLIC OF BOSNIA AND HERZEGOVINA

Year 1 - Number 1
Thursday, 9 April 1992
S a r a j e v o

3

Pursuant to provisions of amendment LI and LXXII to the Constitution of the Socialist Republic of Bosnia and Herzegovina, and on the recommendation of the Assembly of the Socialist Republic of Bosnia and Herzegovina, the Presidency of the Republic of Bosnia and Herzegovina, at the session held on 8 April 1992, issued the following

## DECISION

### ON THE PROCLAMATION OF AN IMMEDIATE THREAT OF WAR

I

An immediate threat of war is hereby proclaimed in the territory of Bosnia and Herzegovina.

II

During the immediate threat of war, the Presidency of the RBH shall be expanded to include the Chairman of the RBH Assembly, the RBH Prime Minister and the Commander of the Territorial Defence of the Republic.

III

During the immediate threat of war, the RBH Presidency shall issue decrees with force of law and decisions on appointments and dismissals which will be submitted for approval to the RBH Assembly as soon as it is able to meet.

IV

This decision shall come into force immediately and shall be published in the Official Gazette of the RBH.

Number 01-011-301/92
8 April 1992
Sarajevo

President of the
RBH Presidency
Alija Izetbegović

UNITED NATIONS ⊕ NATIONS UNIES

INTERNATIONAL CRIMINAL TRIBUNAL   TRIBUNAL PÉNAL INTERNATIONAL
FOR THE FORMER YUGOSLAVIA   POUR L'EX-YUGOSLAVIE

DEFENCE'S EXHIBIT   PIÈCE À CONVICTION DE LA DÉFENSE

CASE NO.: IT-96-21-T   CHAMBER: **TRIAL CHAMBER II**

EXHIBIT NO.: D143-A3-7a/1   DATE SUBMITTED: 01-04-98

COURT OFFICER: JP   DATE ADMITTED: 14-04-98

DESCRIPTION: English translation of the document
unmarked D143-A3-7A   NO. OF PAGES: 3

00607069

I certify the ... ... ing of
a true, authenticated copy of the document...
the Int... ...
Yugoslavia/Mechanism for International Criminal Tribunal...
Portions redacted, if any, contain confidential information to which access has not ...
Dat ...   ...se  17

Authoris... Offi...

EXT-KOSTJEREVAC-00215

01194385



# SLUŽBENI LIST

## REPUBLIKE BOSNE I HERCEGOVINE

| Godina I – Broj 1 | Četvrtak, 9. aprila 1992.<br>SARAJEVO | Akontacija pretplate<br>za 1992. godinu 3.900 dinara<br>Cijena ovom broju 13 dinara<br>Žiro-račun 10100-603-1396 |
| --- | --- | --- |

**1**

Na osnovu tačke III Odluke o proglašenju neposredne ratne opasnosti (broj 01-011-301/92 od 8. aprila 1992. godine), Predsjedništvo Socijalističke Republike Bosne i Hercegovine, na sjednici održanoj 8. aprila 1992. godine, donijelo je

### UREDBU

#### O IZMJENI NAZIVA SOCIJALISTIČKE REPUBLIKE BOSNE I HERCEGOVINE

##### Član 1.

Mijenja se naziv Socijalističke Republike Bosne i Hercegoine i glasi »REPUBLIKA BOSNA I HERCEGOVINA«.

##### Član 2.

Ova uredba stupa na snagu odmah i objaviće se u »Službepm listu RBiH«.

Broj 01-011-302/92
8. aprila 1992. godine
Sarajevo

Predsjednik
Predsjedništva RBiH,
**Alija Izetbegović**, s.r.

Na osnovu tačke III Odluke o proglašenju neposredne ratne opasnosti, Predsjedništvo Republike Bosne i Hercegovine, na sjednici održanoj 8. aprila 1992. godine, donijelo je

### UREDBU

#### O UKIDANJU DOSADAŠNJEG REPUBLIČKOG ŠTABA TERITORIJALNE ODBRANE I OBRAZOVANJU ŠTABA TERITORIJALNE ODBRANE REPUBLIKE BOSNE I HERCEGOVINE

##### Član 1.

Ukida se dosadašnji Republički štab Teritorijalne odbrane i obrazuje Štab teritorijalne odbrane Republike Bosne i Hercegovine.

##### Član 2.

Predsjedništvo Republike Bosne i Hercegovine donosice ke o upotrebi jedinica teritorijalne odbrane Republike i Hercegovine.

Ministarstvo za narodnu odbranu Republike Bosne i Hervine preko Štaba teritorijalne odbrane Bosne i Hercegovi[i]kovodi i komanduje [...]

##### Član 3.

Zvanični privremeni znak svih pripadnika TO BiH biće stari bosanski grb štitastog oblika plave boje presiječen bijelom dijagonalom sa po tri zlatnožuta ljiljana u svakom polju.

##### Član 4.

Razrješava se dužnosti dosadašnji komandant Republičkog štaba TO BiH general-potpukovnik Drago Vukosavljević i načelnik Republičkog štaba TO BiH general-potpukovnik Fikret Jakić.

Za komandanta Štaba TO Republike BiH imenuje se pukovnik Hasan Efendić, a za načelnika Štaba Republike TO BiH pukovnik Stjepan Šiber.

##### Član 5.

Ova uredba stupa na snagu odmah i objaviće se u »Službenom listu RBiH«.

Broj 01-011-303/92
8. aprila 1992. godine
Sarajevo

Predsjednik
Predsjedništva RBiH,
**Alija Izetbegović**, s.r.

**3**

U skladu sa odredbama amandmana LI i LXXII na Ustav Socijalističke Republike Bosne i Hercegovine, a na prijedlog Skupštine SR Bosne i Hercegovine, Predsjedništvo Republike Bosne i Hercegovine na sjednici od 8. aprila 1992. godine, donijelo je

### ODLUKU

#### O PROGLAŠENJU NEPOSREDNE RATNE OPASNOSTI

##### I

Proglašava se da je na teritoriji Bosne i Hercegovine nastupila neposredna ratna opasnost.

##### II

Za vrijeme neposredne ratne opasnosti sastav Predsjedništva RBiH proširuje se sa predsjednikom Skupštine RBiH, predsjednikom Vlade RBiH i komandantom Teritorijalne odbrane Republike.

##### III

Predsjedništvo RBiH će za vrijeme neposredne ratne opasnosti donositi uredbe sa zakonskom snagom i odluke o izboru ili imenovanju [...]

ACT-KOSTJEREVAC-00216

Broj 1     SLUŽBENI LIST RBiH     Četvrtak, 9 aprila 1992

---

#### IV

Ova odluka stupa na snagu odmah i objavice se a nar.ed
nom broju »Službenog lista RBiH«.

Broj 01-011-301/92      Predsjednik
8 aprila 1992. godine      Predsjedništva RBiH,
Sarajevo      Alija Izetbegović, s.r.

---

#### 4

Na osnovu člana 44. Zakona o Vladi Socijalističke Republike Bosne i Hercegovine (»Službeni list SRBiH«, broj 33/90) u vezi sa članom 2. stav 1. tačka 3. Zakona o mjerama koje se mogu preduzeti radi sprečavanja poremećaja u ostvarivanju utvrđene razvojne i ekonomske politike (»Službeni list SRBiH«, broj 8/91), Vlada Republike Bosne i Hercegovine, donosi

## UREDBU

### O IZMJENAMA I DOPUNAMA UREDBE O NAČINU FORMIRANJA CIJENA ODREĐENIH PROIZVODA I USLUGA

#### Član 1.

U Uredbi o načinu formiranja cijena određenih proizvoda i usluga (»Službeni list SRBiH«, br. 4/92, 5/92 i 7/92) u članu 3. stavu 1 podtačke a), b), c), d) i e) mijenjaju se i glase:

| | din./kg | |
|---|---|---|
| a) Pšenično brašno | tip »850« | tip »500« |
| – za pakovanje od 1 kg | | 64,00 |
| – za pakovanje od 2 kg | | 62,00 |
| – za pakovanje od 25 kg i više | 45,00 | 52,00 |
| | | |
| b) Osnovne vrste hljeba | | |
| od pšeničnog brašna | tip »850« | tip »500« |
| – u apoenima od 1 kg | 70,00 | 80,00 |
| – u apoenima od 0,800 gr | 62,00 | 70,00 |
| – u apoenima od 0,750 gr | 58,00 | 66,00 |
| – u apoenima od 0,700 gr | 55,00 | 62,00 |
| – u apoenima od 0,500 gr | 42,00 | 48,00 |
| | | |
| c) Specijalni hljeb od pšeničnog brašna | | tip »500« |
| – domaći hljeb od 1 kg | | 90,00 |
| – domaći hljeb od 0,800 gr | | 80,00 |
| – domaći hljeb od 0,750 gr | | 75,00 |
| – domaći hljeb od 0,700 gr | | 70,00 |
| – domaći hljeb od 0,500 gr | | 54,00 |

| d) za svježe mlijeko: | sa 2,8% mliječne masti | sa 3,2% mliječne masti |
|---|---|---|
| – pasterizovano mlijeko u PVC ambalaži | 78,00 din./l | 80,00 din./l |

| e) Svježe sterilizovano mlijeko: | sa 2,8% mliječne masti | sa 3,2% mliječne masti |
|---|---|---|
| – u tvrdoj ambalaži 1 l | 120,00 din./l | 125,00 din./l |
| u tvrdoj ambalaži od 0,500 l | 62,00 din./l 2 l | 65,00 din./l 2 l. |

U istoj tački u stavu 2 prva, druga, treća i četvrta alineja mijenjaju se i glase:

– za pšenično brašno tip »850«
i »500«     do 20%
– za osnovne i specijalne vrste
hljeba proizvedenog od pšenič-

---

| – za svježe pasterizovano mlijeko sa 2,8% i 3,2% mliječne masti | do 15% |
|---|---|
| – za svježe sterilizovano mlijeko sa 2,8% i 3,2% mliječne masti | do 25% |

U istoj tački u stavu 3 podtačke a) i b) mijenjaju se i glase:

| »a) za pšenično brašno | tip »850« | tip »500« |
|---|---|---|
| – za pakovanje od 1 kg | | 50,00 |
| – za pakovanje od 2 kg | | 48,00 |
| – za pakovanje od 25 kg i više | 32,00 | 40,00 |

| b) za svježe mlijeko: | sa 2,8% mliječne masti | sa 3,2% mliječne masti |
|---|---|---|
| – pasterizovano mlijeko u PVC ambalaži | 58,00 din./l | 70,00 din./l |
| – sterilizovano mlijeko u tvrdoj ambalaži do 1 litar | 90,00 din./l | 100,00 din./l |
| u tvrdoj ambalaži od 0,500 l | 49,00 din./l 2 l | 52,00 din./l 2 l« |

#### Član 2.

Ova uredba stupa na snagu danom objavljivanja u »Službenom listu RBiH«

V. broj 31     Predsjednik
7. aprila 1992. godine     Vlade RBiH,
Sarajevo     Jure Pelivan, s.r.

---

#### 5

Na osnovu člana 18. Zakona o opštenarodnoj odbrani (»Službeni list SRBiH«, br. 3/84, 17/87, 35/90), a u vezi sa članom 45. stav 2 Zakona o Vladi BiH (»Službeni list SRBiH«, broj 33/90), Vlada Republike Bosne i Hercegovine donosi

## ODLUKU

### O ZAVOĐENJU RADNE OBAVEZE

#### I

Ovom odlukom zavodi se radna obaveza za sve:

– državne organe, republičke i opštinske organe uprave, organe uprave Grada Sarajeva, upravne organizacije, stručne i druge službe, pravosudne organe, sudove za prekršaje, Službu društvenog knjigovodstva i radne zajednice štabova za teritorijalnu odbranu,

– organizacije društvenih djelatnosti,

– javna preduzeća, druga pravna lica i samostalne privrednike,

– banke, druge finansijske organizacije i organizacije za osiguranje.

#### II

Radna obaveza izvršavaće se u skladu sa zakonom, drugim propisima i planovima za slučaj neposredne ratne opasnosti.

#### III

Funkcioneri koji rukovode državnim ili drugim organom, poslovodni organ u organizaciji odnosno predsjednik organa ovlašćeno lice, obezbijediće izvršavanje radne obaveze utvrđene ovom odlukom.

#### IV

Ova odluka stupa na snagu danom dono

Ovu odluku objaviti u »Službenom listu

V. broj 30
9. aprila 1992. godine

I certify this document consisting of _____ pages
_____ is a true and correct copy

of the document held by ICTY
_____ 2017

EXT-KOSTJEREVAC0000497

*English Translation*                                                          *ET 0050-7522-0050-7522 partial*

*THE OFFICIAL GAZETTE*

*OF THE REPUBLIC OF BOSNIA AND HERZEVGOVINA*

| Year I, Number 1 | Thursday, 9 April 1992 | Subscription for 1992 3,900 |
|---|---|---|
| | SARAJEVO | dinars |
| | | Price for this issue 13 dinars |
| | | Giro Account 1010 603 |
| | | 1396 |

1

Pursuant to Item III of the Decision concerning the Proclamation of the Imminent Threat of War (number 01-011-301/92 of 8 April 1992), the Presidency of the Socialist Republic of Bosnia and Herzegovina, at a session held on 8 April 1992, adopted this

### DECREE

## ON THE CHANGE OF THE NAME OF THE SOCIALIST REPUBLIC OF BOSNIA AND HERZEGOVINA

### Article 1

The name of the Socialist Republic of Bosnia and Herzegovina is changed and now reads THE REPUBLIC OF BOSNIA AND HERZEGOVINA.

### Article 2

This Decree comes into force at once and will be announced in the *Official Gazette of the Republic of Bosnia and Herzegovina.*

Number 01 011 302/92

President

8 April 1992

Presidency of the Republic of BH

Sarajevo

Alija IZETBEGOVIĆ, signed.

00607066

OFFICIAL GAZETTE OF THE REPUBLIC OF BOSNIA AND
HERZEGOVINA

On the basis of point III of the Decision on the proclamation of the
imminent war danger, the Presidency of the Republic of Bosnia and
Herzegovina, on a session held on 8 April 1992, brought the following:

## REGULATION

on canceling the previous Republic Headquarters of the
Territorial Defense and establishing the Headquarters of the Territorial
Defense of the Republic of Bosnia and Herzegovina

### Article 1

The previous Republic Headquarters of the Territorial Defense are being
canceled and the Headquarters of the Territorial Defense of the Republic
of Bosnia and Herzegovina are being established.

### Article 2

The Presidency of the Republic of Bosnia and Herzegovina will bring
decisions about the use of units of the Territorial Defense of the Republic
of Bosnia and Herzegovina.
The Ministry of National Defense of the Republic of Bosnia and
Herzegovina through the Headquarters of the Territorial Defense of the
Republic of Bosnia and Herzegovina is operating and commanding the
structures of the Territorial Defense.

### Article 3

An ancient Bosnian blue colored shield-shaped coat of arms, cut with a
white diagonal, with the three golden lilies in each field is going to be the
temporarily official insignia of all the members of the TO of Bosnia and
Herzegovina.

00607067

## Article 4

The previous Commander of the Republic Headquarters of the TO of
Bosnia and Herzegovina, general - lieutenant colonel Drago
Vukosavljevic and the Chief of the Republic Headquarters of the TO of
Bosnia and Herzegovina, general - lieutenant colonel Fikret Jakic are
being released from duty.

Colonel Hasan Efendic has been appointed for the Commander of the
Headquarters of the TO of the Republic of Bosnia and Herzegovina, and
colonel Stjepan Siber has been appointed to the Chief of Headquarters of
the TO of the Republic of Bosnia and Herzegovina.

## Article 5

This Regulation takes effect immediately and will be published in the
"Official Gazette of the Republic of Bosnia and Herzegovina".

Number 01-011-303/92          The President of the Presidency
8 April 1992                of the Republic of Bosnia and Herzegovina
Sarajevo                         Alija Izetbegovic

*Translation*

00607068

IIF28079

## OFFICIAL GAZETTE OF THE REPUBLIC OF BOSNIA AND HERZEGOVINA

Year 1 - Number 1
Thursday, 9 April 1992
S a r a j e v o

3

Pursuant to provisions of amendment LI and LXXII to the Constitution of the Socialist Republic of Bosnia and Herzegovina, and on the recommendation of the Assembly of the Socialist Republic of Bosnia and Herzegovina, the Presidency of the Republic of Bosnia and Herzegovina, at the session held on 8 April 1992, issued the following

## DECISION

### ON THE PROCLAMATION OF AN IMMEDIATE THREAT OF WAR

I

An immediate threat of war is hereby proclaimed in the territory of Bosnia and Herzegovina.

II

During the immediate threat of war, the Presidency of the RBH shall be expanded to include the Chairman of the RBH Assembly, the RBH Prime Minister and the Commander of the Territorial Defence of the Republic.

III

During the immediate threat of war, the RBH Presidency shall issue decrees with force of law and decisions on appointments and dismissals which will be submitted for approval to the RBH Assembly as soon as it is able to meet.

IV

This decision shall come into force immediately and shall be published in the Official Gazette of the RBH.

Number 01-011-301/92                           President of the
8 April 1992                                    RBH Presidency
Sarajevo                                        Alija Izetbegović

UNITED NATIONS 🌐 NATIONS UNIES

INTERNATIONAL CRIMINAL TRIBUNAL
FOR THE FORMER YUGOSLAVIA

TRIBUNAL PÉNAL INTERNATIONAL
POUR L'EX-YOUGOSLAVIE

**DEFENCE'S EXHIBIT**　**PIÈCE À CONVICTION DE LA DÉFENSE**

CASE No.: IT-96-21-T　CHAMBER: **TRIAL CHAMBER II**

EXHIBIT No.: D143-A3-7a/1　DATE SUBMITTED: 01-04-98

COURT OFFICER: IP　DATE ADMITTED: 14-04-98

DESCRIPTION: English translation of the document
marked D143-A3-74　No. of Pages: 3

00607069

I certify the document consisting of 3 pages
a true, authenticated copy of the document held by
the International Criminal Tribunal for the former
Yugoslavia Mechanism for International
Portions redacted, if any, contain confidential information for which access

Date:

Authorized Officer

u radu kao i da Predsjedništvu Republike Bosne i Hercegovine podnosi informaciju odnosno izvještaje o svom radu.

III

Državni i drugi organi i institucije kao i građani dužni su da na zahtjev Komisije stave na uvid sve tražene podatke i informacije od značaja za rad Komisije i da Komisiji pružaju punu pomoć u njenom radu.

IV

Ova uredba stupa na snagu danom objavljivanja u »Službenom listu RBiH«.

PR. broj 02-011-417/92
17. juna 1992. godine
Sarajevo

Predsjednik
Predsjedništva RBiH,
Alija Izetbegović, s.r.

158

Polazeći od činjenice da je na Republiku Bosnu i Hercegovinu izvršena agresija od strane Republike Srbije, Republike Crne Gore, Jugoslovenske armije i terorista Srpske demokratske stranke,

- da je činjenica agresije utvrđena od strane Savjeta bezbjednosti Ujedinjenih nacija, Rezolucijom broj 752 od 18. maja 1992. godine,

- da se sa agresija nastavlja i nakon usvajanja pomenute Rezolucije Savjeta bezbjednosti,

- da je agresija praćena brutalnim genocidom nad narodom Bosne i Hercegovine, kao posljedica čega je do sada ubijeno preko 40 hiljada ljudi, prisilno raseljeno oko milion i 400 hiljada stanovnika, a npr. preko 60 hiljada odvedeno u koncentracione logore,

- da agresor organizovano nastavlja da razara civilne, privredne, vjerske i druge objekte,

- da je agresor okupirao oko 70% teritorije države Bosne i Hercegovine i da odbija da obustavi agresiju,

- i polazeći od prava na odbranu koje je priznato po međunarodnim zakonima,

Predsjedništvo Republike Bosne i Hercegovine, na osnovu amandmana LI tačka 3, stav 3, na Ustav Republike Bosne i Hercegovine, na sjednici održanoj 20. juna 1992. godine, donijelo je

## ODLUKU

### O PROGLAŠENJU RATNOG STANJA

1. Na teritoriji Republike Bosne i Hercegovine proglašava se ratno stanje.

2. Proglašavanje ratnog stanja ima za cilj da se, na osnovi prava građana na individualnu i kolektivnu samoodbranu, omogući efikasnije angažovanje svih ljudskih i materijalnih potencijala u domovini i inostranstvu radi njihovog stavljanja u funkciju oslobađanja Republike Bosne i Hercegovine od agresora, kao i radi uspostavljanja narušenog pravnog poretka i stvaranja uslova za povratak svih prognanih stanovnika Bosne i Hercegovine na njihova ognjišta.

3. Ovlašćuju se oružane snage Bosne i Hercegovine da preduzmu potrebne mjere na organizovanju opštenarodnog otpora radi ostvarivanja postavljenih ciljeva.

4. Republika Bosna i Hercegovina će se pridržavati odredaba međunarodnog prava i međunarodnih konvencija koje regulišu ponašanje država u ratnom stanju, te u skladu sa članom 51. Povelje Ujedinjenih nacija, uvažavati odluke i inicijative Savjeta bezbjednosti koje on donese radi uspostavljanja i održavanja međunarodnog mira i sigurnosti. Republika Bosna i Hercegovina će zajedno sa Savjetom bezbjednosti UN, s drugim zajednicom i drugim međunarodnim institucijama voditi da traga za mirnim rješenjem sukoba u Bosni i Hercegovini putem pregovora koje će biti u skladu sa njenim dostojanstvom, nezavisnošću, integritetom i cjelovitošću. U tom pogledu ostaje otvorena svim relevantnim inicijativama.

5. O ovoj odluci Predsjedništvo Republike Bosne i Hercegovine će obavijestiti Savjet bezbjednosti Ujedinjenih nacija.

6. Ova odluka stupa na snagu danom objavljivanja u »Službenom listu RBiH«.

PR. broj 1201/92
20. juna 1992. godine
Sarajevo

Predsjednik
Predsjedništva RBiH,
Alija Izetbegović, s.r.

159

Na osnovu člana 8. Uredbe sa zakonskom snagom o odbrani (»Službeni list RBiH«, broj 4/92), na prijedlog Glavnog štaba oružanih snaga Republike Bosne i Hercegovine, Predsjedništvo Republike Bosne i Hercegovine na sjednici od juna 1992. godine, donijelo je

## NAREDBU

### O PROGLAŠENJU OPŠTE JAVNE MOBILIZACIJE NA TERITORIJI REPUBLIKE BOSNE I HERCEGOVINE

I

Naređuje se opšta javna mobilizacija svih vojnih obveznika na teritoriji Republike Bosne i Hercegovine, starosti od 18 do 55 godina, koji su dužni da se sa vojnom opremom i naoružanjem odmah jave u najbližu jedinicu Teritorijalne odbrane.

II

Naređuje se opšta javna mobilizacija svih ostalih sposobnih građana Republike Bosne i Hercegovine, starosti 18 do 65 (muškarci), odnosno 18 do 55 (žene) da se bez odlaganja jave u jedinice civilne zaštite, koje će u skladu sa odredbama Uredbe sa zakonskom snagom o odbrani odrediti sa izvršavanjem zadataka.

III

Naređuje se svim imaocima materijalnih sredstava podložnih popisu za potrebe odbrane, da sva sredstva bez odlaganja stave na raspolaganje najbližoj jedinici Teritorijalne odbrane, koja će se koristiti za potrebe izvršavanja borbenih zadataka.

IV

Naređuje se svim javnim preduzećima zavođenje neprekidne radne obaveze, u cilju obezbjeđenja funkcionisanja.

V

Naređuje se uvođenje radne obaveze u preduzećima, ustanovama i drugim radnjama, koji su dužni da obezbjede neprekidan rad i funkcionisanje i radno vrijeme od najmanje osam sati dnevno u skladu sa vlastitom organizacijom koju nalaže ratno stanje.

VI

Za izvršenje ove naredbe odgovoran je komandant Teritorijalne odbrane Republike Bosne i Hercegovine, koji će preko organa Glavnog štaba i drugih nadležnih organa obezbjediti potpuno i odgovorno izvršenje ove naredbe.

VII

Svako nepoštovanje ove naredbe povlači krivičnu i drugu odgovornost u uslovima ratnog stanja, u skladu sa zakonom.

Case: 4:19-mj-06244-PLC   Doc. #: 1-2   Filed: 08/14/19   Page: 230 of 372 PageID #: 235

u radu kao i da Predsjedništvu Republike Bosne i Hercegovine podnosi informaciju odnosno izvještaje o svom radu.

### III

Državni i drugi organi i institucije kao i građani dužni su da na zahtjev Komisije stave na uvid sve tražene podatke i informacije od značaja za rad Komisije i da Komisiji pružaju punu pomoć u njenom radu.

### IV

Ova uredba stupa na snagu danom objavljivanja u »Službenom listu RBiH«.

PR. broj 02-011-417/92
17. juna 1992. godine
Sarajevo

Predsjednik
Predsjedništva RBiH,
**Alija Izetbegović, s.r.**

### 158

Polazeći od činjenice da je na Republiku Bosnu i Hercegovinu izvršena agresija od strane Republike Srbije, Republike Crne Gore, Jugoslovenske armije i terorista Srpske demokratske stranke,

- da je činjenica agresije utvrđena od strane Savjeta bezbjednosti Ujedinjenih nacija, Rezolucijom broj 752 od 18. maja 1992. godine,

- da se ta agresija nastavlja i nakon usvajanja pomenute Rezolucije Savjeta bezbjednosti,

- da je agresija praćena brutalnim genocidom nad narodom Bosne i Hercegovine, kao posljedica čega je do sada ubijeno preko 40 hiljada ljudi, prisilno raseljeno oko milion i 400 hiljada stanovnika, a njih preko 60 hiljada odvedeno u koncetracione logore,

- da agresor organizovano nastavlja da razara civilne, privredne, vjerske i druge objekte,

- da je agresor okupirao oko 70% teritorije države Bosne i Hercegovine i da odbija da obustavi agresiju,

- i polazeći od prava na odbranu koje je priznato po međunarodnim zakonima.

Predsjedništvo Republike Bosne i Hercegovine, na osnovu amandmana LI tačka 5. stav 3. na Ustav Republike Bosne i Hercegovine, na sjednici održanoj 20. juna 1992. godine, donijelo je

## ODLUKU
### O PROGLAŠENJU RATNOG STANJA

1. Na teritoriji Republike Bosne i Hercegovine proglašava se ratno stanje,

2. Proglašavanje ratnog stanja ima za cilj da se, na osnovu prava građana na individualnu i kolektivnu samoodbranu, omogući efikasnije angažovanje svih ljudskih i materijalnih potencijalau u domovini i inostranstvu radi njihovog stavljanja u funkciju oslobađanja Republike Bosne i Hercegovine od agresora, kao i radi uspostavljanja narušenog pravnog poretka i stvaranja uslova za povratak svih prognanih stanovnika Bosne i Hercegovine na njihova ognjišta.

3. Ovlašćuju se oružane snage Bosne i Hercegovine da preuzmu potrebne mjere na organizovanju opštenarodnog otpora radi ostvarivanja postavljenih ciljeva.

4. Republika Bosna i Hercegovina će se pridržavati odredaba međunarodnog prava i međunarodnih konvencija koje regulišu ponašanje država u ratnom stanju, te u skladu sa članom 51. Povelje Ujedinjenih nacija, uvažavajući odluke i inicijative Savjeta bezbjednosti koje on donese radi uspostavljanja i

održavanja međunarodnog mira i sigurnosti. Republika Bosna i Hercegovina će zajedno sa Savjetom bezbjednosti UN, Evropskom zajednicom i drugim međunarodnim institucijama raditi da traga za mirnim rješenjem sukoba u Bosni i Hercegovini putem pregovora koje će biti u skladu sa njenim dostojanstvom, nezavisnošću, integritetom i cjelovitošću. U tom pogledu ostaje otvorena svim relevantnim inicijativama.

5. O ovoj odluci Predsjedništvo Republike Bosne i Hercegovine će obavijestiti Savjet bezbjednosti Ujedinjenih nacija.

6. Ova odluka stupa na snagu danom objavljivanja u »Službenom listu RBiH«.

PR. broj 1201/92
20. juna 1992. godine
Sarajevo

Predsjednik
Predsjedništva RBiH,
**Alija Izetbegović, s.r.**

### 159

Na osnovu člana 8. Uredbe sa zakonskom snagom o odbrani, (»Službeni list RBiH«, broj 4/92), na prijedlog Glavnog štaba oružanih snaga Republike Bosne i Hercegovine, Predsjedništvo Republike Bosne i Hercegovine na sjednici od juna 1992. godine, donijelo je

## NAREDBU
### O PROGLAŠENJU OPŠTE JAVNE MOBILIZACIJE TERITORIJI REPUBLIKE BOSNE I HERCEGOVINE

### I

Naređuje se opšta javna mobilizacija svih vojnih obveznika na teritoriji Republike Bosne i Hercegovine, starosti od 18 do 55 godina, koji su dužni da se sa vojnom opremom i ličnim naoružanjem odmah jave u najbližu jedinicu Teritorijalne odbrane.

### II

Naređuje se opšta javna mobilizacija svih ostalih radno sposobnih građana Republike Bosne i Hercegovine, starosti od 18 do 65 (muškarci), odnosno 18 do 55 (žene) da se bez odlaganja jave u jedinice civilne zaštite, koje će u skladu odredbama Uredbe sa zakonskom snagom o odbrani otpočeti sa izvršavanjem zadataka.

### III

Naređuje se svim imaocima materijalnih sredstava koja podliježu popisu za potrebe odbrane, da sva sredstva bez odlaganja stave na raspolaganje najbližoj jedinici Teritorijalne odbrane, koja će se koristiti za potrebe izvršavanja borbenih zadataka.

### IV

Naređuje se svim javnim preduzećima zavođenje neprekidne radne obaveze, u cilju obezbjeđenja funkcionisanja života.

### V

Naređuje se uvođenje radne obaveze u preduzećima, sa stalnim zanatskim i drugim radnjama, koji su dužni da obezbjede neprekidan rad i funkcionisanje i radno vrijeme od najmanje osam sati dnevno u skladu sa vlastitom odlukom i situacijom koju nalaže ratno stanje.

### VI

Za izvršenje ove naredbe odgovorni rijalne odbrane Republike Bosne i Hercegovine organa Glavnog štaba i drugih nadležnih potpuno i odgovorno izvršenje ove naredbe.

### VII

Svako nepoštovanje ove naredbe po odgovornost u uslovima ratnog stanja, u

I certify this document consisting of ... Prosecutor of the ... 08 December 2017



**01194626**

| Saturday, 20 June | OFFICIAL GAZETTE OF THE R BiH | Number 7 – Page 234 |

**158**

Proceeding from the fact that aggression against the Republic of Bosnia and Herzegovina has been carried out by the Republic of Serbia; Republic of Montenegro, Yugoslav Army and terrorists from the Serb Democratic Party

- that the fact regarding the aggression was established by the UN Security Council Resolution 752 dated 18 May 1992;
- that the aggression has continued even following the adoption of the said UN Security Council Resolution;
- that the aggression is accompanied by brutal genocide over the peoples of Bosnia and Herzegovina as a result of which over 30 thousand people were killed to the present day, around one million and 400 thousand citizens were displaced and over 60 thousand of them were taken to prisoner camps,
- that the aggressor continues to destroy civilian, economic, religious and other buildings in an organised manner,
- that the aggressor has occupied more than 70% of the territory of the state of Bosnia and Herzegovina and that they refuse to discontinue the aggression,
- and proceeding from the right to defence which is recognised under international laws.

The Presidency of the Republic of Bosnia and Herzegovina, pursuant to Amendment LI (5) (3) to the Constitution of the Republic of Bosnia and Herzegovina, at the session held on 20 June 1992, issued the following

**DECISION**
**ON DECLARATION OF THE STATE OF WAR**

1. The state of war is hereby declared in the territory of the Republic of Bosnia and Herzegovina.
2. The purpose of declaring the state of war is, based on the right of citizens to individual and collective defence, to allow more efficient mobilisation of all human and material resources in the country and abroad for the purpose of involving them in the liberation of the Republic of Bosnia and Herzegovina from the aggressor, as well as for the purpose of establishing the damaged legal system and creating conditions for return of all expelled citizens of Bosnia and Herzegovina to their homes.
3. The armed forces of Bosnia and Herzegovina are hereby authorised to undertake necessary measures and organise nationwide resistance for the purpose of accomplishing the set goals.
4. The Republic of Bosnia and Herzegovina shall stick to the provisions of international law and international conventions regulating the behaviour of countries in the state of war and, in accordance with Article 51 of the UN Charter, recognise resolutions and initiatives of the Security Council it issues for the purpose of maintaining the international peace and security. The Republic of Bosnia and Herzegovina shall, together with the UN Security Council, European Union and other international institutions continue to look for a peaceful solution of the conflict in Bosnia and Herzegovina through negotiations, which shall be in accordance with its dignity, independency, integrity and unity. In this regard, doors shall be open for all relevant initiatives.
5. The Presidency of Bosnia and Herzegovina shall notify the UN Security Council of this Decision.
6. This Decision shall come into force on the date of its publication in the "Official Gazette of the Republic of Bosnia and Herzegovina".

PR. number: 1201/92
20 June 1992
Sarajevo

President
Of the Presidency of R BiH
**Alija Izetbegović**, signed

I certify this document consisting of
/illegible/ pages
to be a true, authenticated copy of the document held by
the Office of the Prosecutor of the ICTY
08 December 2017



Authorised officer's signature, signed

*I hereby certify this is a true translation of the original written in Bosnian/Serbian/Croatian*

Sarajevo, Bosnia and Herzegovina, 13 December 2017

Ivica Bošnjak, Certified Court Interpreter for English

EXT-KOSTJEREVAC-00225

16/04 '92 14:44     ☎ 38 78  12 566     SO BANJA LUKA ..

16/04 '92 10:16     ☎ 38 78  12 566     SO BANJA LUKA YU          01

## 00574584

09.59 +
43100 SO BL YU
41505 SO PLE YU
SRPSKA REPUBLIKA BOSNA I HERCEGOVINA
MINISTARSTVO NARODNE ODBRANE
    S A R A J E V O

BR: 1/92
DATUM: 16.APRIL 1992.GODINE

VLADAMA AR I SAO SRPSKE REPUBLIKE BOSNE I HERCEGOVINE ,
    SVIM SRPSKIM OPŠTINAMA



NA OSNOVU CLANA 68. A SHODNO CLANU 81. USTAVA SRPSKE REPUBLIKE
BIH, SBIH, PREDSJEDNISTVO SBIH NA SJEDNICI ODRZANOJ 15.04.1992.
GOD. DONIJELO JE:

### O D L U K U

1. FORMIRA SE TERITORIJALNA ODBRANA SRPSKE REPUBLIKE BOSNE I
HERCEGOVINE. KAO ORUZANA SNAGA SBIH. TERITORIJALNOM ODBRANOM
CE RUKOVODITI I KOMANDOVATI OPSTINSKI, OBLASNI, REGVONALNI
STABOVI I REPUBLICKI STAB TO SBIH.

2. ODLUKA O OSTALIM KOMPONENTAMA ORUZANIH SNAGA BICE DONESENA
U SKLADU SA RJESENJEM POLITICKOG UREDJENJA BOSNE I HERCEGOVINE
I STATUSA JNA.

NA OSNOVU CLANA 81. USTAVA SRPSKE REPUBLIKE BOSNE I HERCEGOVINE,
A NA PRIJEDLOG VLADE, PREDSJEDNISTVO SRBIH DONOSI:

### O D L U K U

1. PROGLASAVA SE NEPOSREDNA RATNA OPASNOST.
2. NAREDJUJE SE OPSTA, JAVNA MOBILIZACIJA TO NA CJELOKUPNOJ
TERITORIJI SBIH.
- SVI VOJNI OBVEZNICI DUZNI SU DA SE STAVE NA RASPOLAGANJE
OPSTINSKIM STABOVIMA TO NA PODRUCJU SBIH.

- 2 -

O B R A Z L O Z E N J E :

### OBRAZLOZENJE                                    00574585

OPSTINSKI STABOVI TO KOJI SU DO SADA UREDNO FUNKCIONISALI OSTAJU I DALJE U ISTOJ FORMACIJI I SASTAVU. U NOVO FORMIRANIM SRPSKIM OPSTINAMA PO ISTOM PRINCIPU FORMIRATI STABOVE TO.

2. U OBLASTIMA FORMIRATI OBLASNE STABOVE, STO SE STAVLJA U NADLE-ZNOST VLADA SAO. STABOVE FORMIRATI PO PRINCIPU I FORMACIJI RA-NIJIH ZONSKIH STABOVA, ISTO VAZI I ZA AR BOSANSKA KRAJINA.

3. U POGLEDU PROGLASENJA NEPOSREDNE RATNE OPASNOSTI PODRAZUMI-JEVA SE PREDUZIMANJE SVIH NEOPHODNIH MJERA KOJE PROISTICU IZ STANJA, A SHODNO KONKRETNOJ SITUACIJI NA DATOJ TERITORIJI.

4. KOD NAREDJENJA OPSTE, JAVNE MOBILIZACIJE PREDUZETI SLJEDECE:
- MOBILISANE JEDINICE KOJE SU PRIDODATE SASTAVIMA JNA NE POVLA-CITI IZ RATNIH JEDINICA.
- KOD PREOSTALOG SASTAVA TO IZVRSITI MOBILIZACIJU NEOPHODNOG BROJA  LJUDSTVA I MTS SA KOJIM SE MOZE U POTPUNOSTI OBEZBJE-DITI TERITORIJA BEZ MOGUCNOSTI IZNENADJENJA.
- GDJE GOD JE MOGUCE IZBJECI POTPUNO ANGAZOVANJE LJUDSTVA IZ SFERE MATERIJALNE PROIZVODNJE DO MOMENTA KADA SITUACIJA NE ZAHTIJEVA DRUGACIJE RJESENJE.
- U SVIM OPSTINAMA IZVRSITI POPIS NERASPOREDJENOG, BORBENO SPOSOBNOG LJUDSTVA OD KOJEG FORMIRATI NOV JEDINICE TO I ORGA-NIZOVATI OBUCAVANJE I OSPOSOBLJAVANJE ISTIH.
- U PRIPREMI OSPOSOBLJAVANJA KAO I ANGAZOVANJA JEDINICA TO OSTVARITI SARADNJU SA JEDINICAMA JNA, A GDJE JE TO MOGUCE STAVITI IH POD JEDINSTVENU KOMANDU.

                          MINISTAR NARODNE ODBRANE

                          BOGDAN SUBOTIC, S.R.


PREDAO: VUKOVIC DANA 16.04.92.GODINE U . 10,06 CASOVA
PRIMIO: ZA BANJA LUKU  JERKO BATINAR+?


41505 SO PLE YU*
43100 SO BL. YU





I certify this document consisting of
2 pages
to be a true, authenticated copy of the
document held by the Office of the
Prosecutor of the ICTY.
09-Nov-2009

*Translation* 03015709

/handwritten:/ 13
B/R-
2,

0959 hours
45100 SO BL YU /Banja Luka municipality, Yugoslavia/
41505 SO PLE YU    /Pale Municipality, Yugoslavia/
SERBIAN REPUBIC OF BOSNIA AND HERZEGOVINA
MINISTRY OF NATIONAL DEFENCE
S A R A J E V O

No: 1/92                      /stamp of the Autonomous Region of Krajina/
Date: 16 April 1992                        /a signature/

To the governments of the AR /Autonomous Region/ and SAO /Serbian Autonomous
Districts/ of the Serbian Republic of Bosnia and Herzegovina, that is, to all Serbian
Assemblies.

Pursuant to Article 68 and in keeping with Article 81 of the Constitution of the
Serbian Republic of BH, SBH /?Serbian BH/ /as printed/, the Presidency of SBH at its
session of 15 April 1992 adopted the following

### D E C I S I O N

1. A Territorial Defence of the Serbian Republic of Bosnia and Herzegovina shall be
formed as the armed force of SBH. The Territorial Defence will be led and
commanded by municipal, district and regional staffs and the republican staff of the
SBH TO /territorial defence/.

2. The decision regarding the other components of the armed forces shall be made in
keeping with the solution on the political organisation of Bosnia and Herzegovina and
the statute of the JNA /Yugoslav People's Army/.

Pursuant to Article 81 of the Constitution of the Serbian Republic of Bosnia and
Herzegovina, and at the proposal of the Government, the Presidency of the SRBH
/Serbian Republic of Bosnia and Herzegovina/ hereby adopts the following

### D E C I S I O N

1. A state of imminent threat of war has been declared.
2. A general, public mobilisation has been ordered on the entire territory of SBH.  /
- All military conscripts shall put themselves at the disposal of the municipal TO
staffs in the territory of SBH.

*Translation* 03015710

## STATEMENT OF REASONS

1. The municipal TO staffs that have operated regularly so far shall remain in the same formation and establishment. Set up TO staffs in newly-formed Serbian municipalities on the same principle.                    /handwritten:/ 14

2. Set up district staffs in the districts, which is the responsibility of the governments of the SAO. Set up the staffs on the principle and according to the formation of earlier zone staffs, which also applies to the AR of Bosanska Krajina.

3. The declaration of an imminent threat of war implies taking all the necessary measures stemming from the situation, and in keeping with the specific situation in the given territory.

4. On the order for a general, public mobilisation, take the following measures:
- Do not withdraw from war units the mobilised units that have been attached to JNA formations.
- With the remaining TO formations, mobilise the required number of men and MTS /materiel and equipment/ with which the territory can be secured fully and the possibility of surprises prevented.
- Wherever possible, avoid complete engagement of men employed in production until the moment the situation requires a different solution.
- In all municipalities, make lists of undeployed men fit for combat, form them into new TO units and organise instruction and training for them.
- In preparing the instruction as well as the engagement of TO units, achieve cooperation with JNA units, and where possible, put them under single command.

Minister of National Defence

Bogdan SUBOTIĆ

Delivered by: VUKOVIĆ on 16 April 1992 at 1006 hours
Received by: For Banja Luka   Jerko BATINAR+?

I certify the document consisting
a true, authenticated copy of the original
the International Criminal Tribunal for
Yugoslavia/Mechanism for International
Portions redacted, if any, contain confidential information   which access...

41505 SO PLE YU
45100 SO BL YU

| ECV /electronic communications centre/, MUNICIPAL SECRETARIAT FOR NATIONAL DEFENCE | | |
|---|---|---|
| Submitted/Received Telegram no. 440/800 | | |
| Date 16 April 1992 at 1010 hours | | |
| (TLP)/Teleprinter/ TGR /Telegraph/ TLF /Telephone/ | RRV /Radio Relay/ /illegible/ | |
| Processed by            /a signature/ | | |
|                            (signature) | | |

Case: 4:19-mj-06244-PLC   Doc. #: 1-2   Filed: 08/14/19   Page: 236 of 372 PageID #: 241

Na osnovu Amandmana LI tačka 5. stav 3. na Ustav Republike Bosne i Hercegovine, na prijedlog Vlade Republike Bosne i Hercegovine, Predsjedništvo Republike Bosne i Hercegovine, donosi

# UREDBU

## SA ZAKONSKOM SNAGOM O ORUŽANIM SNAGAMA REPUBLIKE BOSNE I HERCEGOVINE

### OSNOVNE ODREDBE

#### Član 1.

Ovom uredbom uređuje se organiziranje oružanih snaga Republike Bosne i Hercegovine (u daljem tekstu: Republika) kao zajedničke oružane sile svih građana, naroda Republike – Muslimana, Srba i Hrvata i pripadnika drugih naroda i narodnosti koji u njoj žive, i rukovođenje i komandovanje oružanim snagama Republike.

#### Član 2.

Oružane snage Republike čini Armija Republike (u daljem tekstu: Armija). U slučaju rata oružane snage, pored Armije, sačinjavaju i naoružani sastavi koji se stavljaju pod jedinstvenu komandu oružanih snaga Republike.

Pod naoružanim sastavima u smislu stava 1. ove uredbe podrazumijevaju se radnici koji rade na poslovima fizičkog osiguranja u poduzećima i drugim pravnim licima, radnici carinske službe i drugih pograničnih organa.

### 2. ORGANIZACIJA ARMIJE

#### Član 3.

Armija se organizira, osposobljava i priprema u miru za vođenje svih oblika oružane borbe i borbenih dejstava, kao udarna obrambena snaga Republike sa zadatkom da preduprijedi agresiju i drugu opasnost za Republiku, da vodi oružanu borbu protiv neprijatelja i učestvuje u zaštiti i spasavanju stanovništva i materijalnih dobara u ratu, omogućavajući time mobilizaciju svih odrambenih snaga Republike.

#### Član 4.

Armija se organizira u mirnodopske i ratne jedinice i ustanove.

Mirnodopske jedinice i ustanove popunjavaju se kadrovima na profesionalnom radu u Armiji i vojnim obveznicima koji po osnovu vojne obaveze služe vojni rok.

Ratne jedinice i ustanove popunjavaju se vojnim obveznicima iz rezervnog sastava koji su odslužili vojni rok ili su na drugi način osposobljeni za izvršavanje zadataka i dužnosti na koje se raspoređuju.

#### Član 5.

Armija se sastoji od vidova, rodova i službi.

Vidovi su: kopnena vojska, ratno zrakoplovstvo, protuzračna obrana i ratna mornarica.

Vidovi se sastoje od rodova i službi.

Rodovi se dijele na vrste i specijalnosti, a službe na grane i specijalnosti.

Predsjedništvo Republike Bosne i Hercegovine (u daljem tekstu: Predsjedništvo Republike) određuje rodove i službe u Armiji i podjelu rodova i službi na vrste i specijalnosti.

#### Član 6.

U slučajevima vanrednog stanja Predsjedništvo Republike može narediti upotrebu jedinica Armije.

Za vrijeme izvršavanja poslova i zadataka iz stava 1. ovog člana jedinice Armije se stavljaju pod komandu Ministarstva unutarnjih poslova.

#### Član 7.

U slučajevima ratnog stanja, jedinice policije koje uđu, po odluci Predsjedništva, u sastav jedinice Armije stavljaju se pod

Organizaciju komandi jedinica i ustanova Armije utvrđuje Predsjedništvo Republike

### III – RUKOVOĐENJE I KOMANDOVANJE ARMIJOM

#### Član 8.

Predsjedništvo Republike je najviši organ rukovođenja i komandovanja Armijom.

#### Član 9.

U ostvarivanju rukovođenja i komandovanja Armijom, Predsjedništvo Republike naročito:
1. utvrđuje planove razvoja Armije;
2. utvrđuje organizaciju Armije i formaciju komandi, štabova, jedinica i ustanova Armije;
3. utvrđuje sastav rukovođenja i komandovanja u Armiji u skladu sa zakonom;
4. prati sprovođenje utvrđene politike rukovođenja i komandovanja Armijom;
5. utvrđuje plan upotrebe Armije za slučaj rata i naređuje upotrebu Armije u miru i u ratu;
6. daje smjernice za poduzimanje mjera pripravnosti i mobilizacije Armije i smjernice za usklađivanje priprema i planova Armije sa drugim nosiocima obrane;
7. utvrđuje planove naoružavanja i opremanja Armije;
8. utvrđuje vojnoteritorijalnu podjelu Republike;
9. donosi osnovna pravila i druge akte koji se odnose na strategiju oružane borbe, mobilizaciju, razvoj i upotrebu Armije i pravila kojima se regulira unutarnji red i odnosi u vršenju vojne službe u Armiji;
10. donosi propise o obuci u Armiji, o vojnoj disciplini i druge propise predviđene zakonom, drugim propisima i općim aktima;
11. vrši i druge poslove rukovođenja i komandovanja Armijom u skladu sa Ustavom Republike i zakonom.

U vršenju poslova iz stava 1. ovog člana, Predsjedništvo Republike donosi smjernice, direktive, pravila, odluke, naredbe i druge akte.

#### Član 10.

Predsjednik Predsjedništva Republike u ime Predsjedništva:
1. predstavlja oružane snage u Republici i u inozemstvu;
2. potpisuje akte Predsjedništva Republike koji se odnose na Armiju i stara se o njihovom sprovođenju;
3. vrši i druge poslove predviđene Ustavom Republike i zakonom kao i poslove za koje ga ovlasti Predsjedništvo Republike.

#### Član 11.

Predsjedništvo Republike može određene poslove rukovođenja i komandovanja Armijom, iz tačke 11. člana 9. ove Uredbe, prenijeti na ministra obrane.

Ministar obrane odgovoran je Predsjedništvu Republike za poslove koje mu na njega prenese Predsjedništvo Republike

Za izvršavanje akata Predsjedništva Republike iz člana 9 stav 2. ove uredbe i za izvršavanje poslova rukovođenja i komandovanja Armijom, koje na njega prenese Predsjedništvo Republike tim aktima ministar obrane donosi obavezne instrukcije, pravila, naredenja, uputstva i druge akte.

#### Član 12.

Rukovođenje i komandovanje u Armiji ostvaruju starješine jedinica i ustanova Armije u skladu sa zakonom, drugim propisima i općim aktima.

#### Član 13.

Rukovođenje i komandovanje u Armiji zasniva se na načelima jedinstva komandovanja u pogledu upotrebe snaga i sredstava, jednostarješinstva i obaveze izvršavanja odluka, zapovijesti i naređenja pretpostavljenog starješine, osim u slučajevi

C 1 : 9 4 5 3 6

## Član 14.

Jedinice i ustanove Armije i druge snage obrane određene Uredbom sa zakonskom snagom o obrani koje učestvuju u izvršavanju zajedničkog zadatka, potčinjavaju se starješini koji rukovodi izvršavanjem tog zadatka.

## Član 15.

Jedinice i ustanove Armije popunjavaju se ljudstvom stalnog i ratnog sastava Armije i materijalnim sredstvima iz ratne rezerve i materijalnim sredstvma koja su popisana za potrebe Armije.

Popuna ljudstvom i materijalnim sredstvima vrši se po planovima popune Armije.

Popuna ratnih jedinica i ustanova Armije iz rezervnog sastava i materijalnim sredstvima iz popisa vrši se na teritorijalnom i proizvodnom principu, a može se vršiti i na drugi način, u skladu sa planom razvoja Armije i mogućnostima za izvršenje popune.

Radi proporcionalne popunjenosti Armije u starješinskom sastavu Ministarstvo obrane poduzima mjere i aktivnosti za osiguranje potrebnog broja kandidata za popunu vojnih škola, planira popunu i vrši izbor kandidata za popunu vojnih škola.

U formiranju jedinica i ustanova Armije, vojničkog i starješinskog kadra i lica na službi u Armiji mora se osigurati srazmjera zastupljenosti naroda i narodnosti Republike.

## Član 16.

U ratu ili u slučaju vanrednog stanja, kao i za potrebe vojnih vježbi i provjeravanja mobilizacijske spremnosti i obuke, jedinice, ustanove i komande Armije popunjavaju se ljudstvom stalnog i ratnog sastava Armije, materijalnim sredstvima iz ratne rezerve i iz popisa.

U slučajevima iz stava 1. ovog člana, Armija se može popunjavati i drugim licima.

Pod drugim licima, u smislu stava 2. ovog člana, podrazumijevaju se lica koja ne podliježu vojnoj obavezi a na svoj zahtjev su primljena i stupila u Armiju.

Za vrijeme mira mogu se, radi obučavanja, dobrovoljno uključivati na vojne vježbe i druge oblike obuke jedinice, ustanova i štabova i lica koja nisu vojni obveznici.

Lica iz stava 2. ovog člana u pogledu prava i obaveza izjednačuju se sa vojnim licima odnosno vojnim obveznicima.

## Član 17.

U skladu sa planovima razvoja Armije i odlukama Predsjedništva Republike, Ministarstvo obrane:

1. utvrđuje planove školovanja, proizvođenja i unapređivanja aktivnih i rezervnih vojnih starješina za potrebe Armije;

2. utvrđuje plan regrutovanja i popune i brojni raspored regruta u Armiji;

3. utvrđuje godišnje planove školovanja i usavršavanja aktivnih i rezervnih vojnih starješina za potrebe Armije;

4. osigurava usklađenost i koordinaciju popune Armije i drugih nosilaca obrane;

5. obavlja i druge poslove u svezi sa popunom Armije i drugih nosilaca obrane vojnim obveznicima i materijalnim sredstvima iz popisa, koji su mu stavljeni u nadležnost.

## Član 18.

Raspored vojnih starješina na dužnosti vrše:

1. Predsjedništvo Republike – starješina na dužnosti komandanta bataljona, njemu ravnog ili višeg položaja; na prijedlog ministra obrane;

2. ministar obrane – na prijedlog načelnika Glavnog štaba oružanih snaga – svih ostalih starješina u Armiji i drugim nosiocima obrane.

## Član 19.

Regrutovanje i upućivanje regruta na služenje vojnog roka i upućivanje lica iz ratnog sastava na službu u Armiju, kao i raspored i preuzimanje materijalnih sredstava iz popisa za potrebe Armije, vrši se po propisima kojima se utvrđuju poslovi

## IV – MOBILIZACIJA ORUŽANIH SNAGA

### Član 20.

U slučaju vanrednog stanja ili izvršenog napada na [...] liku vrši se mobilizacija građana, oružanih snaga i drugi [...] laca obrane i materijalnih sredstava za potrebe obrane.

Mobilizacija se može vršiti i u slučaju ugroženosti [...] svijetu.

Radi provjeravanja mobilizacijske spremnosti pojed [...] jelova i drugih nosilaca obrane, mogu se vršiti mobiliz [...] vježbe i probna mobilizacija.

Mobilizacijom, Armija ili njezini dijelovi prelaze na [...] organizaciji i formaciju i dovode se u stanje pripravnos [...] tovosti za borbena dejstva po predviđenom planu.

### Član 21.

Mobilizaciju oružanih snaga odnosno njenih dije [...] drugih nosilaca obrane određenih Uredbom sa zako [...] snagom o obrani naređuje Predsjedništvo Republike.

Radi provjeravanja mobilizacijske spremnosti i b [...] gotovosti oružanih snaga i drugih nosilaca obrane, od [...] radi obuke ratnih jedinica i drugih nosilaca obrane, od [...] radi obuke ratnih jedinica i ustanova, kao i radi učešća [...] ti od elementarnih nepogoda i drugih nesreća određene [...] ce i ustanove mogu se mobilizirati u miru, prema njiho [...] noj organizaciji i formaciji.

Mobilizaciju oružanih snaga odnosno njenih dije [...] smislu stava 2. ovog člana, naređuje ministar obrane, u [...] sa odlukom Predsjedništva Republike.

### Član 22.

Opća mobilizacija Armije i drugih nosilaca obrane o [...] ta sve ratne jedinice i ustanove, a djelimična – određen [...] nice i ustanove Armije.

### Član 23.

Mobilizacija Armije i drugih snaga obrane organizi [...] skladu sa planom mobilizacijskog razvoja, a izvršava [...] mobilizacijskim planovima ratnih jedinica i ustanova A [...]

### Član 24.

Za pripremanje i izvršavanje mobilizacije Armije od [...] ni su:

1. ministar obrane – za pripremanje i izvršavanje mob [...] cije Armije i za druge poslove iz djelokruga Ministarstv [...] ne;

2. starješine jedinica i ustanova Armije – za priprem [...] izvršavanje mobilizacije jedinica i ustanova Armije.

### Član 25.

Propise o pripremanju i izvršavanju mobilizacije A [...] donosi ministar obrane.

## V – PRIPRAVNOST ORUŽANIH SNAGA

### Član 26.

Pripravnost oružanih snaga obuhvata poduzimanje [...] povećane borbene obuke, mobilizacijske, organizacijske, [...] nosne, propagandne i druge mjere i postupke koji su pot [...] radi sprečavanja i otklanjanja opasnosti od iznenadnog [...] da na zemlju i druge opasnosti i radi povećanja gotov [...] spremnosti jedinica za izvršavanje borbenih zadataka.

### Član 27.

Pripravnost oružanih snaga poduzima se u slučaju va [...] nog stanja u skladu sa odlukom Predsjedništva Republik [...]

### Član 28.

GOVERNMENT-0023

Poduzimanje određenih mjera pripravnosti jedinica i [...] nova Armije na dijelu teritorije Republike ugroženom ele [...] tarnom ili drugom nesrećom, za čije je otklanjanje potr [...] pomoć Armije naređuje ministar obrane ili starješine koji [...]

Case: 4:19-mj-06244-PLC   Doc. #: 1-2   Filed: 08/14/19   Page: 238 of 372 PageID #: 243

01194537

### - UČEŠĆE ARMIJE U ZAŠTITI I SPASAVANJU OD ELEMENTARNIH I DRUGIH NESREĆA

#### Član 29.

Jedinice i ustanove Armije učestvuju u zaštiti i spasavanju elementarnih nepogoda i drugih nesreća, u slučajevima u kojima je neophodna hitna intervencija i kad jedinice civilne zaštite i druge snage nisu u mogućnosti da otklone opasnost koja prijeti stanovništvu i materijalnim i drugim dobrima, ili posljedice elementarnih nepogoda i drugih nesreća.

Propise o pripremama i učešću jedinica Armije u zaštiti i spasavanju od elementarnih nepogoda i drugih nesreća donosi ministar obrane.

#### Član 30.

Pozadinsko osiguranje Armije ostvaruju komande, štabovi, jedinice i ustanove Armije.

### - VOJNE ZASTAVE, OZNAKE PRIPADNOSTI ARMIJI I OZNAKE ČINOVA I DUŽNOSTI

#### Član 31.

Jedinice i ustanove Armije imaju svoju zastavu.
Zastave jedinica i ustanova Armije ustanovljava i dodjeljuje Predsjedništvo Republike.

#### Član 32.

Pripadnici Armije nose jedinstven znak pripadnosti Armiji Republike Bosne i Hercegovine.

#### Član 33.

Oznake vojnih činova jedinstvene su za Armiju.
U ratu – pripadnici Armije a u miru – ona lica koja nemaju odgovarajući čin vojnog starješine, nose jedinstvenu oznaku prema dužnosti koju vrše.
Uniforme, oznake činova, oznake dužnosti i oznake pripadnosti rodovima i službama, propisuje Predsjedništvo Republike.

### - JEZIK I PISMO U ARMIJI

#### Član 34.

U Armiji je u službenoj upotrebi jezik kojim govore građani Republike u skladu sa Ustavom i zakonom.
Oba pisma, latinica i ćirilica, ravnopravna su.

### - PRELAZNE I ZAVRŠNE ODREDBE

#### Član 35.

Financiranje Armije vrši se iz republičkog budžeta i drugih prihoda, u skladu sa zakonom i drugim propisima.

#### Član 36.

Kao dan formiranja Armije utvrđuje se 15. travnja 1992. godine, dan kada su se sve naoružane formacije u Republici ujedinile u Teritorijalnu obranu Republike.

#### Član 37.

Oficirima, mlađim oficirima, građanskim licima i vojnicima bivše Jugoslovenske narodne armije, koji su prešli u sastav Teritorijalne obrane Republike do dana stupanja na snagu ove uredbe, dobrovoljno sa oružjem ili bez oružja, dobrovoljno u borbenih dejstava, osigurat će se služba u Armiji ili u podjedinicama i drugim pravnim licima, zavisno od organizacijsko-formacijske strukture, broja formacijskih mjesta i broja jedinica koje će prema posebnoj odluci Predsjedništva Republike biti formirane.

#### Član 38

Nadležni organi Republike dužni su voditi računa o racionalnom iskorišćenju nepokretnih i pokretnih vojnih objekata bivše Jugoslovenske narodne armije, koje je ona napustila i predala Republici.

#### Član 39.

Pod pojmom »druge strane obrane« i »drugi nosioci obrane« u smislu ove uredbe podrazumijevaju se snage i sredstva propisana Uredbom sa zakonskom snagom o obrani.

#### Član 40.

Ministar obrane donijeće u roku od 30 dana, od dana stupanja na snagu ove uredbe propise i druge akte za izvršenje ove Uredbe.

#### Član 41.

Do organiziranja Armije njenu funkciju, u skladu sa ovom Uredbom, vršiće Teritorijalna obrana Republike Bosne i Hercegovine.

#### Član 42.

Danom početka primjene ove Uredbe prestaje da važi:
1. Uredba o ukidanju dosadašnjeg Republičkog štaba Teritorijalne obrane i obrazovanje Štaba Teritorijalne obrane Republike Bosne i Hercegovine (»Službeni list SRBiH«, broj 1/92);
2. Uredba sa zakonskom snagom o preuzimanju Zakona o službi u oružanim snagama i njegovoj primjeni u Republici Bosni i Hercegovini kao republičkog zakona (»Službeni list RBiH, broj 2/92);
3. Odluka o objedinjavanju svih naoružanih snaga na teritoriji Republike Bosne i Hercegovine Pv. broj: 01.011-306/92 od 9. travnja 1992. godine.

#### Član 43.

Ova uredba stupa na snagu odmah, a objaviće se u »Službenom listu RBiH«.

PR. Broj: 1163. 92                           Predsjednik
20. svibnja 1992. god.              Predsjedništva RBiH
Sarajevo                              Alija Izetbegović, s. r.

## 55

Na osnovu Amandmana LI tačka 5. stav 3. na Ustav Republike Bosne i Hercegovine Predsjedništvo Republike Bosne i Hercegovine, na prijedlog Vlade Republike Bosne i Hercegovine donosi

### UREDBU

#### SA ZAKONSKOM SNAGOM O ZDRAVSTVENOJ ZAŠTITI PRIPADNIKA TERITORIJALNE ODBRANE REPUBLIKE BOSNE I HERCEGOVINE

#### Član 1.

Ovom uredbom reguliše se zdravstvena zaštita pripadnika teritorijalne odbrane Republike Bosne i Hercegovine i članova njihove uže porodice.

#### Član 2.

Pripadnici Teritorijalne odbrane Republike Bosne i Hercegovine ostvaruju pravo na zdravstvenu zaštitu u obimu utvrđenom za radnike, u skladu sa Zakonom o zdravstvenoj zaštiti (»Službeni list SRBiH«, br. 18/86, 17/89 i 3/...)
Članovi uže porodice pripadnika Teritorijalne odbrane Republike Bosne i Hercegovine, ostvaruju pravo na zaštitu u obimu koji je utvrđen za članove za ka.
Članovi uže porodice pripadnika Teritorijalne odbrane Republike Bosne i Hercegovine smatraju se član ... člana 1922. stav 2. tačka 1. Zakona o zdravst...

#### Član 3.

U slučaju bolesti ... ...

Case: 4:18-mj-06244-PLC Doc. #: 1-2 Filed: 08/14/19 Page: 239 of 372 PageID #: 244

**01194535**

Pursuant to Amendment LI (5) (3) to the Constitution of the Republic of Bosnia and Herzegovina, at the proposal of the Government of the Republic of Bosnia and Herzegovina, the Presidency of the Republic of Bosnia and Herzegovina hereby issues the following

### DECREE LAW
### ON THE ARMED FORCES OF THE REPUBLIC
### OF BOSNIA AND HERZEGOVINA

## I - BASIC PROVISIONS

### Article 1

This Decree regulates the organisation of the armed forces of the Republic of Bosnia and Herzegovina (hereinafter: Republic) as the joint armed forces of all citizens, peoples of the Republic – Muslims, Serb and Croats and members of other peoples and ethnicities living in it, as well as the managing and commanding the armed forces of the Republic.

### Article 2

The armed forces of the Republic shall consist of the Army of the Republic (hereinafter: Army). In the event of war, the armed forces shall, in addition to the Army, also include the police and armed formations that shall place themselves under the joint command of the armed forces of the Republic.

For the purpose of paragraph 1 of this Decree /sic. – Article/, the armed formations shall be taken to include workers carrying out physical security duties in companies and other legal entities, employees of the Customs Service and other border authorities.

## II – ORGANISATION OF THE ARMY

### Article 3

The Army shall be organised, trained and prepared in peacetime to wage all forms of armed combat and combat activities, as the striking defence force of the Republic with a task to prevent any aggression and other dangers for the Republic, to wage armed combat against any enemy and to take part in operations of protecting and rescuing the population and material goods in wartime, thereby allowing the mobilisation of all defence forces in the Republic.

### Article 4

The Army shall be organised into peacetime and wartime units and institutions.

The peacetime units and institutions shall be staffed with personnel professionally working in the Army and with conscripts serving the compulsory military service based on their military obligation.

The wartime units and institutions shall be staffed with conscripts from reserve forces who have served their military service or who have been otherwise trained to carry out the tasks and duties to which they are assigned.

### Article 5

The Army shall consist of forms, branches and services.

The forms shall be: land force, air force, anti-aircraft defence and navy.

The forms shall consist of branches and services.

The branches shall be divided into types and specialities, whereas the services shall be divided into branches and specialities.

The Presidency of the Republic of Bosnia and Herzegovina (hereinafter: Presidency of the Republic) shall determine branches and services in the Army, as well as the division of the branches and services into types and specialities.

### Article 6

In the event of the state of emergency, the Presidency of the Republic may order the use of Army units.

During the performance of the duties and tasks referred to in paragraph 1 of this Article, the Army units shall place themselves under the command of the Ministry of Interior.

### Article 7

In the event of the state of war, police units that, under a Presidency decision, become part of an Army unit shall place themselves under the single command of that unit.

The organisation of the commands of Army units and institutions shall be determined by the Presidency of the Republic.

EXT-KOSTJEREVAC-00233



### III – MANAGING AND COMMANDING THE ARMY

#### Article 8

The Presidency of the Republic shall be the highest authority to manage and command the Army.

#### Article 9

When managing and commanding the Army, the Presidency of the Republic shall in particular:
1. determine plans for Army development;
2. determine the Army organisation and the formation of commands, staffs, units and institutions of the Army;
3. determine the composition of the managing and commanding staff in the Army in accordance with law;
4. monitor the implementation of the determined policy of managing and commanding the Army;
5. determine a plan of using the Army in the event of war and order the use of the Army both in peacetime and wartime;
6. provide guidelines for undertaking measures for the Army readiness and mobilisation, as well as guidelines for the harmonisation of preparations and plans of the Army with other holders of defence;
7. determine plans for arming and equipping the Army;
8. determine the military-territorial division of the Republic;
9. enact basic rules and other enactments relating to the armed combat strategy, mobilisation, development and use of the Army, as well as rules regulating the internal order and relations in performing the military service in the Army;
10. enact regulations regarding training in the Army, military discipline and other regulations as stipulated by law, other regulations and general enactments;
11. also carry out other duties of managing and commanding the Army in accordance with the Constitution and law.

In carrying out the duties referred to in paragraph 1 of this Article, the Presidency of the Republic shall enact guidelines, directives, rules, decisions, orders and other enactments.

#### Article 10

The President of the Republic Presidency shall, on behalf of the Presidency:
1. represent the armed forces both in the Republic and abroad;
2. sign Republic Presidency enactments pertaining to the Army and take care of their implementation;
3. also perform other duties provided for in the Constitution of the Republic and law, as well as the duties for which the Republic Presidency authorises him/her.

#### Article 11

The Republic Presidency may delegate certain duties of managing and commanding the Army referred to in Article 9 (11) of this Decree to the Minister of Defence.

The Minister of Defence shall be answerable to the Republic Presidency for the duties which the Republic Presidency delegates to him/her.

For the implementation of the Republic Presidency enactments referred to in Article 9 (2) of this Decree and for performing the duties of managing and commanding the Army that the Republic Presidency delegates to him/her by these enactments, the Minister of Defence shall enact mandatory instructions, rules, orders, instructions and other enactments.

#### Article 12

The managing and commanding in the Army shall be performed by officers of Army units and institutions in accordance with law, other regulations and general enactments.

#### Article 13

The managing and commanding in the Army shall be based on the principle of the unity of command in terms of the use of forces and means, single command authority and obligation to implement any decisions, commands and orders of a superior officer except where such implementation would constitute a criminal offence.


STALNI SUDSKI TUMAČ ZA ENGLESKI JEZIK
Ivica Bošnjak
SARAJEVO
Ивица Бошњак

Case: 4:19-mj-06244-PLC   Doc. #: 1-2   Filed: 08/14/19   Page: 241 of 372 PageID #: 246

**01194536**

### Article 14

Units and institutions of the Army and other defence forces as determined in the Decree Law on Defence, which take part in the execution of a joint assignment, shall subordinate themselves to the officer managing the execution of that assignment.

### Article 15

Army units and institutions shall be staffed with personnel from among the permanent and war compositions of the Army and shall be equipped with material means that have been inventoried for the purposes of the Army.

The staffing and equipping shall be carried out according to plans of staffing and equipping the Army.

The staffing of Army war units and institutions from the reserve staff and their equipping with inventoried material means shall be carried out on territorial and production principles, and this may also be done in some other way, in accordance with the plan of development of the Army and possibilities to carry out the staffing and equipping.

In order to proportionally staff the Army with officers, the Ministry of Defence shall undertake measures and activities to provide the required number of candidates for staffing military schools, and also plan the staffing and select candidates to staff the military schools.

When establishing Army units and institutions and appointing their military personnel, officers and persons in service with the Army, proportional representation of the peoples and ethnicities in the Republic shall he ensured.

### Article 16

In wartime or in the event of the state of emergency, as well as for the purposes of military exercises and testing the mobilisation readiness and training level, Army units, institutions and commands shall be staffed from among the permanent and war composition of the Army and equipped with material means from the war reserve and from the inventory.

In the cases referred to in paragraph 1 of this Article, the Army may also be staffed with other persons.

For the purpose of paragraph 2 of this Article, other persons shall be taken to include the persons who are not liable to military service but have been admitted to and joined the Army on their request.

During peacetime they may, for the purposes of receiving training, voluntarily involve themselves in military exercises and other forms of training the units, institutions, staffs and persons who are not conscripts.

In terms of their rights and obligations, the persons referred to in paragraph 2 of this Article shall be equal with military persons, i.e. conscripts.

### Article 17

Pursuant to plans for Army development and decisions of the Republic Presidency, the Ministry of Defence shall:
1.  determine plans for education, commissioning and promotion of active and reserve military officers for the purposes of the Army;
2.  determine a plan of recruiting and staffing, as well as a numeric distribution of recruits in the Army
3.  determine annual plans for education and training of active and reserve military officers for the purposes of the Army;
4.  ensure the harmonisation and coordination of staffing the Army and other holders of defence;
5.  also carry out other duties related to the staffing of the Army and other holders of defence with conscripts, and to their equipping with material means from the inventory, which are placed under its authority.

### Article 18

Military officers shall be assigned to their duties by the:
1.  Republic Presidency – for officers performing the duties of a battalion commander, or for officers with equal or higher position than this one, at the proposal of the Minister of Defence;
2.  Minister of Defence – at the proposal of the Chief of Main Staff of the Armed Forces – for all other officers in the Army and in other holders of defence.

### Article 19

The recruitment and sending of recruits to serve the military service, the sending of persons from war personnel to serve the Army, as well as the allocation and taking of material means from the inventory for the purposes of the Army shall be done in accordance with the regulations regulating the military obligation and recruitment.

EXT-KOSTJEREVAC-00235



## IV – MOBILISATION OF THE ARMED FORCES

### Article 20

In the event of the state of emergency or of an attack against the Republic, citizens, armed forces and other holders of defence, as well as material means, shall be mobilised for the purposes of defence.

The mobilisation may also be carried out in the event of endangerment in the world.

For the purpose of testing the mobilisation readiness of individual parts and other holders of defence, mobilisation exercises and trial mobilisation may be carried out.

Upon mobilisation, the Army or any parts thereof shall shift to the defined organisation and formation and shall be brought in the state of readiness for combat activities under a foreseen plan.

### Article 21

The mobilisation of armed forces or its parts and other holders of defence as provided for by the Decree Law on Defence shall be ordered by the Presidency of the Republic.

For the purpose of testing the mobilisation readiness and combat readiness of armed forces and other holders of defence, namely for the purpose of training war units and institutions, as well as for the purpose of involving them in the event of danger from natural disasters and other disasters, certain units and institutions may be mobilised in peacetime, according to their defined organisation and formation.

The mobilisation of armed forces or parts thereof in the sense of paragraph 2 of this Article shall be ordered by the Minister of Defence, in accordance with a decision of the Presidency of the Republic.

### Article 22

General mobilisation of the Army and other holders of defence shall encompass all war units and institutions, and the partial one – certain units and institutions of the Army.

### Article 23

The mobilisation of the Army and other defence forces shall be organised in accordance with the plan of mobilisation development and shall be carried out under mobilisation plans of war units and institutions of the Army.

### Article 24

The following persons shall be designated to prepare and carry out the mobilisation of the Army:
1.  Minister of Defence – to prepare and carry out the mobilisation of the Army, as well as to carry out other duties falling within the responsibility of the Ministry of Defence;
2.  officers in units and institutions of the Army – to prepare and mobilise units and institutions of the Army.

### Article 25

Regulations on preparing and carrying out the mobilisation of the Army shall be passed by the Minister of Defence.

## V – READINESS OF ARMED FORCES

### Article 26

The readiness of armed forces shall include the undertaking of intensified combat training, mobilisation, organisational, propaganda and other measures and procedures required to prevent and eliminate the danger of a sudden attack against the country and other dangers, as well as for the purposes of increasing the readiness of units to carry out combat assignments.

### Article 27

The readiness of armed forces shall be undertaken in the event of emergency situations, in accordance with a decision of the Presidency of the Republic.

### Article 28

The undertaking of certain measures regarding the readiness of units and institutions of the Army in a part of the Republic territory endangered by natural disaster or any other disaster and for the elimination of which the assistance of the Army is required shall be ordered by the Minister of Defence or an officer authorised by the Minister of Defence.



Case: 4:19-mj-06244-PLC   Doc. #: 1-2   Filed: 08/14/19   Page: 243 of 372 PageID #: 248

**01194537**

VI – PARTICIPATION OF THE ARMY IN PROTECTION AND RESCUING
FROM NATURAL AND OTHER DISASTERS

### Article 29

Units and institutions of the Army shall take part in protection and rescuing from natural disasters and other disasters where an urgent intervention is required and where units of Civilian Protection and other forces are unable to eliminate the danger which threatens the population and other goods, or any outcomes of natural disaster and other disasters.

Regulations on the preparation and participation of Army units in protection and rescuing from elementary disasters shall be passed by the Minister of Defence.

### Article 30

The logistic support to the Army shall be provided by commands, staffs, units and institutions of the Army.

VII – MILITARY FLAGS, SYMBOLS OF AFFILIATION
TO THE ARMY AND SYMBOLS OF RANKS AND DUTIES

### Article 31

Army units and institutions shall have their respective flags.
The flags of the Army units and institutions shall be established and conferred by the Presidency of the Republic.

### Article 32

Members of the Army shall wear a unique symbol of their affiliation to the Army of the Republic of Bosnia and Herzegovina.

### Article 33

Military rank symbols shall be unique for the Army.
In wartime – members of the Army, and in peacetime – persons who do not have an appropriate rank of a military officer, shall wear the symbol of the respective duties they perform.
Uniforms, rank symbols, duty symbols and symbols of affiliation to branches and services shall be prescribed by the Presidency of the Republic.

VIII – LANGUAGE AND SCRIPT IN THE ARMY

### Article 34

The language in official use in the Army shall be the one spoken by citizens of the Republic in accordance with the Constitution and law.
Both scripts, Cyrillic and Latin, shall be in equal use.

IX – INTERIM AND FINAL PROVISIONS

### Article 35

The financing of the Army shall be carried out from the Republic budget and other income, in accordance with law and other regulations.

### Article 36

15 April 1992 shall be set as the date of establishing the Army, the date when all armed formations in the Republic were united in the Territorial Defence of the Republic.

### Article 37

Officers, junior officers, civilians and soldiers of the former Yugoslav People's Army who joined the Territorial Defence of the Republic until the date this Decree comes into force, voluntarily, with or without weapons, voluntarily outside of any combat activities, shall be provided the service in the Army or in companies and other legal entities depending on the organisational-formation structure, number of formation posts and the number of units which shall be established by a special decision of the Presidency of the Republic.



Ivica Bošnjak
SARAJEVO
Ивица Бошњак

### Article 38

Relevant Republic authorities shall take care of the rational utilisation of movable and immovable assets in military facilities of the former Yugoslav People's Army, which it abandoned and handed over to the Republic.

Military apartments of the former Yugoslav People's Army in the territory of the Republic shall be taken over by the Republic.

### Article 39

For the purpose of this Decree, the term "other parties of defence" and "other holders of defence" shall be taken to include the forces and means as provided for by the Decree Law on Defence.

### Article 40

The Minister of Defence shall issue regulations and other enactments required for the implementation of this Decree within a period of 30 days from the date this Decree comes into force.

### Article 41

Until the Army is organised, its function shall be carried out by the Territorial Defence of the Republic of Bosnia and Herzegovina, in accordance with this Decree.

### Article 42

On the date this Decree starts applying the following shall be repealed:

1. Decree on Discontinuation of the Former Republic Staff of Territorial Defence and Education of the Staff of Territorial Defence of the Republic of Bosnia and Herzegovina ("Official Gazette of the Socialist Republic of Bosnia and Herzegovina", No. 1/92);

2. The Decree Law on Assuming the Law on Service in Armed Forces and Its Application in the Republic of Bosnia and Herzegovina as a Republic Law ("Official Gazette of the Republic of Bosnia and Herzegovina", No. 2/92);

3. Decision on Uniting All Armed Forces in the Territory of the Republic of Bosnia and Herzegovina Pv. /confidential/ No. 01.011-306/92 dated 9 April 1992.

### Article 43

This Decree shall come into force immediately and it shall be published in the "Official Gazette of the Republic of Bosnia and Herzegovina".

PR. number: 1163.92                                               President
20 May 1992                                            Of the Presidency of R BiH
Sarajevo                                                **Alija Izetbegović**, signed

I certify this document consisting of
/illegible/ pages
to be a true, authenticated copy of the document held by
the Office of the Prosecutor of the ICTY
08 December 2017



Authorised officer's signature, signed

*I hereby certify this is a true translation of the original written in Bosnian/Serbian/Croatian*

Sarajevo, Bosnia and Herzegovina, 13 December 2017

Ivica Bošnjak, Certified Court Interpreter for English

На основу чл. 81. Устава Српске Републике БиХ, а на приједлог. Владе, Предсједништво Српске Републике Босне и Херцеговине, доноси

О  Д  Л  У  К  У

1. Проглашава се непосредна ратна опасност.

2. Наређује се мобилизација ТО на цјелокупној терито-
   рији СБиХ.

- Сви војни обвезници дужни су да се ставе на распо-
лагање општинским штабовима ТО на подручју СБиХ.

Број: 03-11/92
Пале, 15.04.1992. године



ПРЕДСЈЕДНИШТВО

Биљана Плавшић

Др Никола Кољевић

Скупштина српског народа у Босни и Херцеговини, на
сједници одржаној 12.маја 1992. године потврдила је одлуку Пред-
сједништва.број 03-11/92.од 15.4.1992. године.



ПРЕДСЈЕДНИК
СКУПШТИНЕ СРПСКОГ НАРОДА БиХ

Момчило Крајишник

I certify this document consisting of
1 pages
to be a true, authenticated copy of the
document held by the Office of the
Prosecutor of the ICTY
01-Jun-2010



*Translation* 03025638

/handwritten: <u>10</u>
6/92/

Pursuant to Article 81 of the Constitution of the Serbian Republic of BH and at the Government's proposal, the Presidency of the Serbian Republic of Bosnia and Herzegovina hereby adopts the following

## DECISION

1. A state of imminent threat of war is hereby declared.
2. The mobilisation of the TO /Territorial Defence/ in the whole territory of the SBH /Serbian BH/ is hereby ordered.

- All conscripts are obliged to put themselves at the disposal of municipal TO staffs in the SBH.

Number: 03-11/92                    PRESIDENCY
Pale, 15 April 1992                   Dr Biljana PLAVŠIĆ
                                      Dr Nikola KOLJEVIĆ

At its session held on 12 May 1992, the Assembly of the Serbian People in Bosnia and Herzegovina confirmed Decision no. 03-11/92 of the Presidency, dated 15 April 1992.

President of the Assembly of
the Serbian People of BH
Momčilo KRAJIŠNIK /signed/

a true, authenticated c·
the translated text of
translated Michael with the later
Portions redacted if any contain confidential information

INDEX

Tuesday, 12-17 May 1992  OFFICIAL GAZETTE OF THE SERB PEOPLE IN BOSNIA AND HERZEGOVINA  Page 236 – No. 6

**142**

Pursuant to Article 81 of the Constitution of the Serbian Republic of Bosnia and Herzegovina, at the proposal of the Government, the Presidency of the Serbian Republic of Bosnia and Herzegovina hereby issues the following

### DECISION

1.   The state of imminent threat of war is hereby declared.
2.   The mobilization of TO /Territorial defence/ in the entire territory of the Serbian Bosnia and Herzegovina is hereby ordered.
-    All conscripts shall make themselves available to respective TO Municipal Staffs in the territory of the Serbian Bosnia and Herzegovina.

No. 03-11/92                                           Presidency
15 April 1992                                          Biljana Plavšić, PhD, signed
Pale                                                  Nikola Koljević, PhD, signed

The Assembly of Serbian People in Bosnia and Herzegovina, at its session held on 12 May 1992, confirmed the decision of the Presidency Ref. No. 03-11/92 dated 15 April 1992.

Chairman
of the Assembly of Serbian People
in Bosnia and Herzegovina
Momčilo Krajišnik, MSc, signed

*I hereby certify this is a true translation of the original written in Bosnian/Serbian/Croatian*

Sarajevo, Bosnia and Herzegovina, 8 December 2017

Ivica Bošnjak, Certified Court Interpreter for English

Case: 4:19-mj-08244-PLC Doc. #: 1-2 Filed: 08/14/19 Page: 248 of 372 PageID #: 253

... су положена водоравно и то овим редом
..... црвена, плава и бијела. Свака боја заузима
..... једну трећину ширине заставе.

### Члан 2.

Ова Одлука ступа на снагу даном доношења и
објавиће се у "Службеном гласнику српског народа у
БиХ".

Број: 02-235/92                    Предсједник
12. мај 1992. године        Скупштине српског народа
Бања Лука                      Босне и Херцеговине
                                  Мр Момчило Крајишник, с.р.

---

141

На основу члана 70. став 1. тачка 2. Устава Српске
Републике Босне и Херцеговине, Скупштина српског
народа у Босни и Херцеговини, на сједници одржаној
12. маја 1992. године, донијела је

### ОДЛУКУ
о утврђивању граничног појаса,
облика и садржаја граничног обиљежја
Српске Републике Босне и Херцеговине

#### Члан 1.

Гранични појас обухвата дио територије Српске
Републике Босне и Херцеговине на копну, ријекама и
језерима дубине 100 метара дуж граничне линије.

Гранични појас на копну обиљежава се видним
ознакама на прилазним путевима, и то у виду знака у
облику правоугаоника димензија 100 x 50 цм.

Поље ознаке из претходног става обојено је планом
бојом на којем је у горњем десном углу осликана заста-
ва величине 30 в 15 центиметара и ћириличним сло-
вима бијеле боје исписан назив СРПСКА РЕПУБЛИКА
БОСНА И ХЕРЦЕГОВИНА.

#### Члан 2.

Ова одлука ступа на снагу даном доношења и обја-
виће се у "Службеном гласнику српског народа у Босни
и Херцеговини".

Број: 02-236/92                    Предсједник
12. маја 1992. године        Скупштине српског народа
Бања Лука                      Босне и Херцеговине
                                  Мр Момчило Крајишник, с.р.

---

142

На основу чл. 81. Устава Српске Републике БиХ, а
на приједлог Владе, Предсједништво Српске Републи-
ке Босне и Херцеговине, доноси

### ОДЛУКУ

1. Проглашава се непосредна ратна опасност.

2. Наређује се мобилизација ТО на цјелокупној те-
риторији СБиХ.

— Сви војни обвезници дужни су да се ставе на рас-
полагање општинским штабовима ТО на подручју
СБиХ.

Број: 03-11/92.                    Предсједништво
15. април 1992. године      Др Биљана Плавшић, с.р.
Пале                              Др Никола Кољевић, с.р.

Скупштина српског народа у Босни Херцеговини,
на сједници одржаној 12. маја 1992. године потврдила
је одлуку Предсједништва број 03-11/92. од 15.04.
1992. године.

                                    Предсједник
                              Скупштине српског народа
                                  Босне и Херцеговине
                                  Мр. Момчило Крајишник, с.р.

---

143

На основу члана 81. став 2. Устава Српске Републи-
ке Босне и Херцеговине, чланови Предсједништва
српске републике Босне и Херцеговине, доносе

### ОДЛУКУ
о оснивању казнено-поправних
организација на територији Српске Републике
Босне и Херцеговине

#### Члан 1.

На територији Српске Републике Босне и Херцего-
вине (у даљем тексту Републике) у вези са оснивањем
и радом казнено-поправних организација примјењују
се прописи досадашње СРБиХ, ако нису у супротности
са овом одлуком.

#### Члан 2.

Казнено-поправне организације на територији Срп-
ске Републике Босне и Херцеговине преузимају се и

Case: 4:19-mj-06244-PLC    Doc. #:  1-2    Filed: 08/14/19    Page: 249 of 372 PageID #: 254

138

На основу члана 70. тачка 2. Устава Српске Репубике Босне и Херцеговине и Амандмана LI на Устав Републике Босне и Херцеговине, Скупштина српског народа у Босни и Херцеговини, на сједници одржаној 12. маја 1992. године, доноси

### ОДЛУКУ
### О ФОРМИРАЊУ ВОЈСКЕ
### СРПСКЕ РЕПУБЛИКЕ БОСНЕ И ХЕРЦЕГОВИНЕ

#### Члан 1.

Формира се Војска Српске Републике Босне и Херцеговине.

#### Члан 2.

Досадашње јединице и штабови територијалне одбране, преименују се у команде и јединице Војске, чију ће организацију и формацију утврдити Предсједник Републике.

#### Члан 3.

За команданта Главног штаба Војске Српске Републике Босне и Херцеговине поставља се генерал-потпуковник Ратко Младић.

#### Члан 4.

Војска Српске Републике Босне и Херцеговине носи униформе и чинове које су носили припадници Југословенске Народне Армије и Територијалне одбране.

Основу ознака на капама чини Српска застава, а на лијевој надлактици Српска застава на кружној подлози и са натписом "ВОЈСКА СРПСКЕ РЕПУБЛИКЕ БОНЕ И ХЕРЦЕГОВИНЕ".

#### Члан 5.

Ова одлука ступа на снагу даном доношења и важиће до проглашења Закона о војсци Српске Републике Босне и Херцеговине.

#### Члан 6.

Ову одлуку објавити у "Службеном гласнику српког народа у Босни и Херцеговини".

Број: 03-234/92.        Предсједник Скупштине
2. маја 1992. године        српског народа
Бања Лука        Босне и Херцеговине
        Мр Момчило Крајишник, с.р.

---

На основу члана 80. тачка 4. Устава Српске Републике Босне и Херцеговине, у вези са чланом 5. Уставног закона за спровођење Устава Српске Републике Босне и Херцеговине, Предсједништво Републике, доноси

### УКАЗ
### О ПРОГЛАШЕЊУ ЗАКОНА О ПОРЕЗУ НА ПРОМЕТ
### ПРОИЗВОДА И УСЛУГА

Проглашава се Закон о порезу на промет производа и услуга, који је донијела Скупштина српског народа у Босни и Херцеговини, на сједници одржаној 12. маја 1992. године.

Број: 04-242        За предсједника
12. маја 1992. године        Предсједништва
Бања Лука        Др Радован Караџић, с. р.

### ЗАКОН
### О ПОРЕЗУ НА ПРОМЕТ ПРОИЗВОДА И УСЛУГА

#### I — ОСНОВНЕ ОДРЕДБЕ

#### Члан 1.

Овим законом уређује се систем пореза на промет производа и услуга.

Порез на промет производа и услуга је приход Српске Републике Босне и Херцеговине /у даљем тексту Република/ и општина.

#### Члан 2.

Облици пореза на промет производа и услуга су:
1. порез на промет производа,
2. порез на промет услуга.

#### Члан 3.

Порез на промет производа и услуга плаћа се приликом прве продаје, односно продаје производа, опреме и репродукционог материјала од стране произвођача, односно увозника.

#### II — ПОРЕЗ НА ПРОМЕТ ПРОИЗВОДА

#### 1. Предмет опорезивања

#### Члан 4.

Под прометом производа подразумијева се свака продаја производа ако овим Законом није другачије одређено.

Под прометом производа подразумијева се и:
1) увоз, укључујући и привремени увоз производа;
2) узимање сопственог производа, који је произвело односно набавило правно лице или физичко лице које

137

Pursuant to Article 70 (2) of the Constitution of the Serbian Republic of Bosnia and Herzegovina and Amendment /illegible/to the Constitution of the Serbian Republic of Bosnia and Herzegovina, the Assembly of the Serbian People in Bosnia and Herzegovina, at its session held on 12 May 1992, issues the following

## DECISION
## ON FOUNDING THE ARMY
## OF THE SERBIAN REPUBLIC OF BOSNIA AND HERZEGOVINA

### Article 1

The Army of the Serbian Republic of Bosnia is hereby founded.

### Article 2

The former units and staffs of the Territorial Defence shall be renamed to commands and units of the Army the organisation and formation of which shall be determined by the President of the Republic.

### Article 3

Lieutenant-General Ratko Mladić shall be appointed commander of the Main Staff of the Army of Serbian Republic of Bosnia and Herzegovina.

### Article 4

The Army of the Serbian Republic of Bosnia and Herzegovina shall wear the uniforms and ranks that members of the Yugoslav People's Army and Territorial Defence used to wear.

The main one among symbols on caps shall be the Serbian flag, and on the left-hand upper arm - the Serbian flag on a circular base with the inscription "ARMY OF THE SERBIAN REPUBLIC OF BOSNIA AND HERZEGOVINA".

### Article 5

This Decision shall come into force on the date of its issuance and shall be valid until the Law on the Army of the Serbian Republic of Bosnia and Herzegovina is promulgated.

### Article 6

This Decision shall be published in the "Official Gazette of the Serbian People of Bosnia and Herzegovina".

| | |
|---|---|
| No. 03-234/92 | Chairman |
| 12 May 1992 | of the Assembly of Serbian People |
| Banja Luka | in Bosnia and Herzegovina |
| | Momčilo Krajišnik, MSc, signed |

*I hereby certify this is a true translation of the original written in Bosnian/Serbian/Croatian*

Sarajevo, Bosnia and Herzegovina, 8 December 2017

Ivica Bošnjak, Certified Court Interpreter for English   /signature/   /stamp:/

Ivica Bošnjak
SARAJEVO
Ивица Бошњак
САРАЈЕВО

4

U.S. Department of State

**Certificate to be Attached to Documentary Evidence Accompanying
Requisitions in the United States for Extradition**

### AMERICAN FOREIGN SERVICE

Sarajevo, Bosnia and Herzegovina, April 24, 2018

I, Scott A. Norris, Consul of the United States of America in Sarajevo, Bosnia
and Herzegovina, hereby certify that the annexed papers, being extradition documents
proposed to be used upon an application for the extradition from the United States of
Adem Kostjerevac, charged with the crime of "war crimes against civilians" alleged
to have been committed in Bosnia and Herzegovina, are properly and legally
authenticated so as to entitle them to be received in evidence for similar purposes of
the tribunals of Bosnia and Herzegovina, as required by Title 18, United State Code,
Section 3190.

In witness whereof I hereunto sign my name and cause my seal of office to be
affixed this 24th day of April, 2018.

Scott A. Norris

Consul of the United States of America
U.S. Embassy Sarajevo

EXT-KOSTJEREVAC-00245

Case: 4:19-mj-06244-PLC Doc. # 1-2 Filed: 08/14/19 Page: 252 of 372 PageID #: 257

*Ova naredba je izuzimanja iz
Odseka za evip. i pop. u vremenu
od 23.9. do 29.9. 2004 god. kao
prilog akta za mogle kod NGŠ
Akt por. br. 03/2-8/8-44-2 od
29. 09. 2004*

**N A R E D B A** STR.POV.BR.30/18-17
KOMANDANTA GŠ VOJSKE SRPSKE
REPUBLIKE BOSNE I HERCEGOVINE
OD 16.08.1992.GODINE

VOJNA TAJNA
STROGO POVERLJIVO
Primerak br. _____

ČUVAJTH ~~ČUVAJM~~ TAJNO

O formiranju komandi i
jedinica Vojske Srpske
Republike BiH.-

Na osnovu tačke 6. Odluke Predsedništva Srpske Republike Bosne i Hercegovine o
formiranju, organizaciji, formaciji i komandovanju Vojskom Srpske Republike
Bosne i Hercegovine, broj 01-58/92 od 15.06.1992.godine, a u skladu sa datim
ovlašćenjima

# N A R E D J U J E M

FORMIRATI I USTROJITI VOJSKU SRPSKE REPBULIKE BOSNE I HERCEGOVINE, PO SLEDEĆEM

## A) FORMIRATI:

1.- Glavni štab Vojske Srpske Republike Bosne i Hercegovine, u miru i ratu, po
formaciji broj 111.900.
Matični broj u miru 3500, a u ratu 7501. Mirnodopska lokacija i mobilizacijsko
mesto Sarajevo. Mirnodopska vojna pošta 7572 Ratna vojna pošta 14350. Brojni
naziv 8020. Rukovalac plana mobilizacije Glavni štab Vojske SR BiH. Trajanje
mobilizacije 12 časova. Posluje kao MFO I stepena.

2.- 1.KRAJIŠKI KORPUS:

a) Komandu korpusa sa prištapskim jedinicama, u miru i ratu, po formaciji broj
111.901.
Matični broj u miru 3501, a u ratu 7502. Mirnodopska lokacija i mobilizacijsko
mesto Banja luka. Mirnodopska vojna pošta 7001. Ratna vojna pošta 14201.
Brojni naziv 8070. Rukovalac plana mobilizacije Komanda 1.KK. Trajanje
mobilizacije 6 časova. Posluje kao MFO II stepena.

- 2 -

b) 1.bataljon vojne policije "A", u miru i ratu, po formaciji broj 111983.
Matični broj u miru 3502, a u ratu 7503. Mirnodopska lokacija i mobilizacijsko
mesto Banja Luka. Mirnodopska vojna pošta 7007. Ratna vojna pošta 14001.
Brojni naziv 8100. Rukovalac plana mobilizacije Komanda 1.bVP. Trajanje
mobilizacije 6 časova. Posluje kao MFO IV stepena.

c) 1.bataljon veze "B", u miru i ratu, po formaciji broj 118.901.
Matični broj u miru 3503, a u ratu 7504. Mirnodopska lokacija i mobilizacijsko
mesto Banja Luka. Mirnodopska vojna pošta 7002. Ratna vojna pošta 14408.
Brojni naziv 8150. Rukovalac plana mobilizacije Komanda 1.bv. Trajanje
mobilizacije 12 časova. Posluje kao MFO IV stepena.

d) 1.mešovitu protivoklopnu artiljerijsku brigadu "R", u miru i ratu, po
formaciji broj 112.900.
Matični broj u miru 3504, a u ratu 7505. Mirnodopska lokacija i mobilizacijsko
mesto Banja Luka. Mirnodopska vojna pošta 7004. Ratna vojna pošta 14251.
Brojni naziv 8180. Rukovalac plana mobilizacije Komanda 1.mpoabr. Trajanje
mobilizacije 36 časova. Posluje kao MFO IV stepena.

e) 1.mešoviti artiljerijski puk "A", u miru i ratu, po formaciji broj 112.902.
Matični broj u miru 3505, a u ratu 7506. Mirnodopska lokacija i mobilizacijsko
mesto Banja Luka. Mirnodopska vojna pošta 7015. Ratna vojna pošta 14308.
Brojni naziv 8000. Rukovalac plana mobilizacije Komanda 1.map. Trajanje
mobilizacije 12 časova. Posluje kao MFO IV stepena.

f) 1.laki artiljerijski puk PVO "B", u miru i ratu, po formaciji broj 113.901.
Matični broj u miru 3560, a u ratu 7507. Mirnodopska lokacija i mobilizacijsko
mesto Banja Luka. Mirnodopska vojna pošta 7022. Ratna vojna pošta 14015.
Brojni naziv 8050 Rukovalac plana mobilizacije Komanda 1.lap PVO.
Trajanje mobilizacije 18 časova. Posluje kao MFO IV stepena.

g) 1.inžinjerijski puk "R", u miru i ratu, po formaciji broj 117.901.
Matični broj u miru 3507, a u ratu 7508. Mirnodopska lokacija i mobilizacijsko
mesto Banja Luka. Mirnodopska vojna pošta 7039. Ratna vojna pošta 14151.
Brojni naziv 8033. Rukovalac plana mobilizacije Komanda 1.inž. Trajanje
mobilizacije 36 časova. Posluje kao MFO IV stepena.

- 3 -

h) 1.pontonirski bataljon "B", u miru i ratu, po formaciji broj 111.904.
Matični broj u miru 3508, a u ratu 7509. Mirnodopska lokacija i mobilizacijsko
mesto Banja Luka. Mirnodopska vojna pošta 7053. Ratna vojna pošta 14422.
Brojni naziv 8188. Rukovalac plana mobilizacije Komanda 1.pontb. Trajanje
mobilizacije 18 časova. Posluje kao MFO IV stepena.

i) 1.autotransportni bataljon "B", u miru i ratu, po formaciji broj 127.900.
Matični broj u miru 3509, a u ratu 7510. Mirnodopska lokacija i mobilizacijsko
mesto Banja Luka. Mirnodopska vojna pošta 7121. Ratna vojna pošta 14423.
Brojni naziv 8125. Rukovalac plana mobilizacije Komanda 1.autotransportnog
bataljona. Trajanje mobilizacije 18 časova. Posluje kao MFO IV stepena.

j) 1.sanitetski bataljon "R", u miru i ratu, po formaciji broj 125.900.
Matični broj u miru 3510, a u ratu 7511. Mirnodopska lokacija i mobilizacijsko
mesto Banja Luka. Mirnodopska vojna pošta 7139. Ratna vojna pošta 14576.
Brojni naziv 8164. Rukovalac plana mobilizacije Komanda 1.Snb. Trajanje
mobilizacije 36 časova. Posluje kao MFO IV stepena.

k) 1.oklopnu brigadu "A", u miru i ratu, po formaciji broj 114.902.
Matični broj u miru 3511, a u ratu 7512. Mirnodopska lokacija i mobilizacijsko
mesto Banja Luka. Mirnodopska vojna pošta 7225. Ratna vojna pošta 14600.
Brojni naziv 8010. Rukovalac plana mobilizacije Komanda 1.okbr. Trajanje
mobilizacije 12 časova. Posluje kao MFO IV stepena.

l) 2.oklopnu brigadu "A", u miru i ratu, po formaciji broj 114.902.
Matični broj u miru 3512, a u ratu 7513. Mirnodopska lokacija i mobilizacijsko
mesto Manjača. Mirnodopska vojna pošta 7304. Ratna vojna pošta 14005. Brojni
naziv 8049. Rukovalac plana mobilizacije Komanda 2.okbr. Trajanje mobilizacije
12 časova. Posluje kao MFO IV stepena.

m) 16.krajišku motorizovanu brigadu "R", u miru i ratu, po formaciji broj
111.976.
Matični broj u miru 3513, a u ratu 7514. Mirnodopska lokacija i mobilizacijsko
mesto Banja Luka. Mirnodopska vojna pošta 7322. Ratna vojna pošta 14065.
Brojni naziv 8110. Rukovalac plana mobilizacije Komanda 16.mtbr. Trajanje
mobilizacije 36 časova. Posluje kao MFO IV stepena.

- 4 -

n) 43.prijedorsku motorizovanu brigadu "A", u miru i ratu, po formaciji broj 111.975.
Matični broj u miru 3514, a u ratu 7515. Mirnodopska lokacija i mobilizacijsko mesto Prijedor. Mirnodopska vojna pošta 7362. Ratna vojna pošta 14301. Brojni naziv 8090. Rukovalac plana mobilizacije Komanda 43.mtbr. Trajanje mobilizacije 12 časova. Posluje kao MFO IV stepena.

nj) 2.banjalučku laku pešadijsku brigadu "R", u miru i ratu, po formaciji broj 111.971.
Matični broj u miru 3515, a u ratu 7516. Mirnodopska lokacija i mobilizacijsko mesto Banja Luka. Mirnodopska vojna pošta 7372. Ratna vojna pošta 14401. Brojni naziv 8199. Rukovalac plana mobilizacije Komanda 2.banjalučke lpbr. Trajanje mobilizacije 36 časova. Posluje kao MFO IV stepena.

o) 5.kozaračku laku pešadijsku brigadu "R", u miru i ratu, po formaciji broj 111.973.
Matični broj u miru 3516, a u ratu 7517. Mirnodopska lokacija i mobilizacijsko mesto Banja Luka. Mirnodopska vojna pošta 7388. Ratna vojna pošta 14505. Brojni naziv 8140. Rukovalac plana mobilizacije Komanda 2.lpbr. Trajanje mobilizacije 36 časova. Posluje kao MFO IV stepena.

p) 22.laku pešadijsku brigadu "A", u miru i ratu, po fomaciji broj 111.972.
Matični broj u miru 3517, a u ratu 7518. Mirnodopska lokacija i mobilizacijsko mesto Skender Vakuf. Mirnodopska vojna pošta 7404. Ratna vojna pošta 14586. Brojni naziv 8060. Rukovalac plana mobilizacije Komanda 22.lpbr. Trajanje mobilizacije 12 časova. Posluje kao MFO IV stepena.

r) 6.sansku laku pešadijsku brigadu "R", u miru i ratu, po formaciji broj 111.974.
Matični broj u miru 3518, a u ratu 7519. Mirnodopska lokacija i mobilizacijsko mesto Sanski Most. Mirnodopska vojna pošta 7421. Ratna vojna pošta 14176. Brojni naziv 8099. Rukovalac plana mobilizacije Komanda 6.lpbr. Trajanje mobilizacije 36 časova. Posluje kao MFO IV stepena.

s) 11.dubičku pešadijsku brigadu "R", u miru i ratu, po formaciji broj 111.979.
Matični broj u miru 3519, a u ratu 7520. Mirnodopska lokacija i mobilizacijsko mesto Bosanska Dubica. Mirnodopska vojna pošta 7031. Ratna vojna pošta 14225.

- 5 -

Brojni naziv 8174. Rukovalac plana mobilizacije Komanda .11.pbr.  Trajanje mobilizacije 36 časova. Posluje kao MFO IV stepena.

t)˘ 1.šipovsku laku pešadijsku brigadu "R", u miru i ratu, po formaciji broj 111.978.
Matični broj u miru 3520, a u ratu 7521. Mirnodopska lokacija i mobilizacijsko mesto Mrkonjić Grad. Mirnodopska vojna pošta 7048. Ratna vojna pošta 14200. Brojni naziv 8120. Rukovalac plana mobilizacije Komanda 1.šlpbr.  Trajanje mobilizacije 36 časova. Posluje kao MFO IV stepena.

ć) 11.mrkonjičku laku pešadijsku brigadu "B", u miru i ratu, po formaciji broj 111.978.
Matični broj u miru 3521, a u ratu 7522. Mirnodopska lokacija i mobilizacijsko mesto Mrkonjić Grad. Mirnodopska vojna pošta 7097 . Ratna vojna pošta 14226. Brojni naziv 8075. Rukovalac plana mobilizacije Komanda 11.mlpbr.  Trajanje mobilizacije 18 časova. Posluje kao MFO IV stepena.

č) 13. garavu laku pešadijsku brigadu "B", u miru i ratu, po formaciji broj 111.978.
Matični broj u miru 3522, a u ratu 7523. Mirnodopska lokacija i mobilizacijsko mesto Ključ. Mirnodopska vojna pošta 7083. Ratna vojna pošta 14276. Brojni naziv 8025. Rukovalac plana mobilizacije Komanda 13.glpbr.  Trajanje mobilizacije 36 časova. Posluje kao MFO IV stepena.

u) 1. podgrmečku laku pešadijsku brigadu "R", u miru i ratu, po formaciji broj 111.978.
Matični broj u miru 3523, a u ratu 7524. Mirnodopska lokacija i mobilizacijsko mesto Sanski Most. Mirnodopska vojna pošta 7132. Ratna vojna pošta 14581. Brojni naziv 8149. Rukovalac plana mobilizacije Komanda 1.plpbr.  Trajanje mobilizacije 24 časa. Posluje kao MFO IV stepena.

## 3.- 2.KRAJIŠKI KORPUS:

a) Komandu korpusa sa prištapskim jedinicama, u miru i ratu, po formaciji broj 111.901.
Matični broj u miru 3534, a u ratu 7535. Mirnodopska lokacija i mobilizacijsko mesto Drvar. Mirnodopska vojna pošta 7235. Ratna vojna pošta 14002. Brojni naziv 8008. Rukovalac plana mobilizacije Komanda 2.kk. Trajanje mobilizacije 24 časa. Posluje kao MFO II stepena.

EXT-KOSTJEREVAC-00250

- 6 -

b) 2.bataljon vojne policije "A", u miru i ratu, po formaciji broj 111.983. Matični broj u miru 3535, a u ratu 7536. Mirnodopska lokacija i mobilizacijsko mesto Drvar. Mirnodopska vojna pošta 7256. Ratna vojna pošta 14577. Brojni naziv 8040. Rukovalac plana mobilizacije Komanda 2.bVP. Trajanje mobilizacije 24 časa. Posluje kao MFO IV stepena.

c) 2.bataljon veze "A", u miru i ratu, po formaciji broj 118.901. Matični broj u miru 3536, a u ratu 7537. Mirnodopska lokacija i mobilizacijsko mesto Drvar. Mirnodopska vojna pošta 7283. Ratna vojna pošta 14376. Brojni naziv 8132. Rukovalac plana mobilizacije Komanda 2.bv. Trajanje mobilizacije 24 časa. Posluje kao MFO IV stepena.

d) 2.mešoviti protivoklopni artiljerijski puk "B", u miru i ratu, po formaciji broj 112.901. Matični broj u miru 3537, a u ratu 7538. Mirnodopska lokacija i mobilizacijsko mesto Ključ. Mirnodopska vojna pošta 7327. Ratna vojna pošta 14230. Brojni naziv 8160. Rukovalac plana mobilizacije Komanda 2.mpoap. Trajanje mobilizacije 48 časova. Posluje kao MFO IV stepena.

e) 2.mešoviti artiljerijski puk "B", u miru i ratu, po formaciji broj 112.902. Matični broj u miru 3538, a u ratu 7539. Mirnodopska lokacija i mobilizacijsko mesto Bosansko Grahovo. Mirnodopska vojna pošta 7293. Ratna vojna pošta 14400. Brojni naziv 8082. Rukovalac plana mobilizacije Komanda 2.map. Trajanje mobilizacije 48 časova. Posluje kao MFO IV stepena.

f) 2.laki artiljerijski puk PVO "B", u miru i ratu, po formaciji broj 113.901. Matični broj u miru 3539, a u ratu 7540. Mirnodopska lokacija i mobilizacijsko mesto Bosanski Petrovac. Mirnodopska vojna pošta 7319. Ratna vojna pošta 14426. Brojni naziv 8024. Rukovalac plana mobilizacije Komanda 2.lap PVO. Trajanje mobilizacije 48 časova. Posluje kao MFO IV stepena.

g) 2.inžinjerijski puk "A", u miru i ratu, po formaciji broj 117.901. Matični broj u miru 3540, a u ratu 7541. Mirnodopska lokacija i mobilizacijsko mesto Ključ. Mirnodopska vojna pošta 7337. Ratna vojna pošta 14484. Brojni naziv 8080. Rukovalac plana mobilizacije Komanda 2.inžp. Trajanje mobilizacije 24 časa. Posluje kao MFO IV stepena.

- 7 -

h) 2.sanitetski bataljon "B", u miru i ratu, po formaciji broj 125.900. Matični broj u miru 3541, a u ratu 7542. Mirnodopska lokacija i mobilizacijsko mesto Drvar. Mirnodopska vojna pošta 7405. Ratna vojna pošta 14526. Brojni naziv 8155. Rukovalac plana mobilizacije Komanda 2.snb. Trajanje mobilizacije 36 časova. Posluje kao MFO IV stepena.

i) 172.autotransportni bataljon "B", u miru i ratu, po formaciji broj 127.900. Matični broj u miru 3542, a u ratu 7543. Mirnodopska lokacija i mobilizacijsko mesto Bosanski Petrovac. Mirnodopska vojna pošta 7437. Ratna vojna pošta 14552. Brojni naziv 8015. Rukovalac plana mobilizacije Komanda 172.autotransportnog bataljona. Trajanje mobilizacije 36 časova. Posluje kao MFO IV stepena.

j) 1.drvarsku laku pešadijsku brigadu "B", u miru i ratu, po formaciji broj 111.974. Matični broj u miru 3543, a u ratu 7544. Mirnodopska lokacija i mobilizacijsko mesto Drvar. Mirnodopska vojna pošta 7446. Ratna vojna pošta 14475. Brojni naziv 8055. Rukovalac plana mobilizacije Komanda 1.lpbr. Trajanje mobilizacije 48 časova. Posluje kao MFO IV stepena.

k) 2.petrovačku laku pešadijsku brigadu "B", u miru i ratu, po formaciji broj 111.972. Matični broj u miru 3544, a u ratu 7545. Mirnodopska lokacija i mobilizacijsko mesto Bosanski Petrovac. Mirnodopska vojna pošta 7463. Ratna vojna pošta 14025. Brojni naziv 8104. Rukovalac plana mobilizacije Komanda 2.lpbr. Trajanje mobilizacije 48 časova. Posluje kao MFO IV stepena.

l) 5.glamočku laku pešadijsku brigadu "B", u miru i ratu, po formaciji broj 111.978. Matični broj u miru 3545, a u ratu 7546. Mirnodopska lokacija i mobilizacijsko mesto Glamoč. Mirnodopska vojna pošta 7500. Ratna vojna pošta 14050. Brojni naziv 8175. Rukovalac plana mobilizacije Komanda 5.lpbr. Trajanje mobilizacije 48 časova. Posluje kao MFO IV stepena.

m) 7.kupreško-šipovsku laku pešadijsku brigadu "B", u miru i ratu, po formaciji broj 111.971. Matični broj u miru 3546, a u ratu 7547. Mirnodopska lokacija i mobilizacijsko mesto Kupres. Mirnodopska vojna pošta 7529. Ratna vojna pošta 14076. Brojni

EXT-KOST JEREVAC-00252

- 8 -

naziv 8200. Rukovalac plana mobilizacije Komanda 7.lpbr. Trajanje mobilizacije 48 časova. Posluje kao MFO IV stepena.

n) 9.grahovsku laku pešadijsku brigadu "B", u miru i ratu, po formaciji broj 111.978.
Matični broj u miru 3547, a u ratu 7548. Mirnodopska lokacija i mobilizacijsko mesto Bosansko Grahovo. Mirnodopska vojna pošta 7531. Ratna vojna pošta 14125. Brojni naziv 8086. Rukovalac plana mobilizacije Komanda 9.lpbr. Trajanje mobilizacije 48 časova. Posluje kao MFO IV stepena.

nj) 11.krajišku laku pešadijsku brigadu "B", u miru i ratu, po formaciji broj 111.978.
Matični broj u miru 3548, a u ratu 7549. Mirnodopska lokacija i mobilizacijsko mesto Bosanska Krupa. Mirnodopska vojna pošta 7542. Ratna vojna pošta 14136. Brojni naziv 8066. Rukovalac plana mobilizacije Komanda 11.lpbr. Trajanje mobilizacije 36 časova. Posluje kao MFO IV stepena.

o) 15.bihaćku pešadijsku brigadu "B" u miru i ratu, po formaciji broj 111.979. Matični broj u miru 3549, a u ratu 7550. Mirnodopska lokacija i mobilizacijsko mesto Bosanski Petrovac. Mirnodopska vojna pošta 7574. Ratna vojna pošta 14275. Brojni naziv 8030. Rukovalac plana mobilizacije Komanda 15.pbr. Trajanje mobilizacije 36 časova. Posluje kao MFO IV stepena.

4.- SARAJEVSKO-ROMANIJSKI KORPUS:

a) Komanda korpusa sa prištapskim jedinicama, u miru i ratu, po formaciji broj 111.901.
Matični broj u miru 3560, a u ratu 7560. Mirnodopska lokacija i mobilizacijsko mesto Sarajevo. Mirnodopska vojna pošta 7598. Ratna vojna pošta 14388. Brojni naziv 8130. Rukovalac plana mobilizacije Komanda Sarajevsko-romanijskog korpusa. Trajanje mobilizacije 12 časova. Posluje kao MFO II stepena.

b) 4.bataljon vojne policije "A", u miru i ratu, po formaciji broj 111.983. Matični broj u miru 3561, a u ratu 7561. Mirnodopska lokacija i mobilizacijsko mesto Sarajevo. Mirnodopska vojna pošta 7050. Ratna vojna pošta 14451. Brojni naziv 8004. Rukovalac plana mobilizacije Komanda 4.bVP. Trajanje mobilizacije 12 časova. Posluje kao MFO IV stepena.

EXT-KOSTJEREVAC-00253

- 9 -

c) 4.bataljon veze "A", u miru i ratu, po formaciji broj 118.901.
Matični broj u miru 3562, a u ratu 7562. Mirnodopska lokacija i mobilizacijsko mesto Sarajevo. Mirnodopska vojna pošta 7091. Ratna vojna pošta 14525. Brojni naziv 8115. Rukovalac plana mobilizacije Komanda 4.bv. Trajanje mobilizacije 12 časova. Posluje kao MFO IV stepena.

d) 4.mešoviti protivoklopni artiljerijski puk "B", u miru i ratu, po formaciji broj 112.901.
Matični broj u miru 3563, a u ratu 7583. Mirnodopska lokacija i mobilizacijsko mesto Pale. Mirnodopska vojna pošta 7149. Ratna vojna pošta 14560. Brojni naziv 8145. Rukovalac plana mobilizacije Komanda 4.mpoap. Trajanje mobilizacije 24 časa. Posluje kao MFO IV stepena.

e) 4.mešoviti artiljerijski puk "B", u miru i ratu, po formaciji broj 112.902.
Matični broj u miru 3564, a u ratu 7564. Mirnodopska lokacija i mobilizacijsko mesto Lukavica. Mirnodopska vojna pošta 7201. Ratna vojna pošta 14416. Brojni naziv 8046. Rukovalac plana mobilizacije Komanda 4.map. Trajanje mobilizacije 24 časa. Posluje kao MFO IV stepena.

f) 4.laki artiljerijski puk PVO "B", u miru i ratu, po formaciji broj 113.901.
Matični broj u miru 3565, a u ratu 7565. Mirnodopska lokacija i mobilizacijsko mesto Lukavica. Mirnodopska vojna pošta 7306. Ratna vojna pošta 14464. Brojni naziv 8094. Rukovalac plana mobilizacije Komanda 4.lap PVO. Trajanje mobilizacije 24 časa. Posluje kao MFO IV stepena.

g) 4.inžinjerijski bataljon "B", u miru i ratu, po formaciji broj 117.902.
Matični broj u miru 3566, a u ratu 7566. Mirnodopska lokacija i mobilizacijsko mesto Lukavica. Mirnodopska vojna pošta 7347. Ratna vojna pošta 14550. Brojni naziv 8170. Rukovalac plana mobilizacije Komanda 4.inžb. Trajanje mobilizacije 24 časa. Posluje kao MFO IV stepena.

h) 4.sanitetski bataljon "B", u miru i ratu, po formaciji broj 125.900.
Matični broj u miru 3567, a u ratu 7567. Mirnodopska lokacija i mobilizacijsko mesto Pale. Mirnodopska vojna pošta 7395. Ratna vojna pošta 14594. Brojni naziv 8036. Rukovalac plana mobilizacije Komanda 4.Snb. Trajanje mobilizacije 12 časova. Posluje kao MFO IV stepena.

- 10 -

i) 4.autotransportni bataljon "B", u miru i ratu, po formaciji broj 127.900. Matični broj u miru 3568, a u ratu 7568. Mirnodopska lokacija i mobilizacijsko mesto Pale. Mirnodopska vojna pošta 7452. Ratna vojna pošta 14010. Brojni naziv 8124. Rukovalac plana mobilizacije Komanda 4.atb. Trajanje mobilizacije 18 časova. Posluje kao MFO IV stepena.

j) 1.sarajevsku mehanizovanu brigadu "A", u miru i ratu, po formaciji broj 114.901. Matični broj u miru 3569, a u ratu 7569. Mirnodopska lokacija i mobilizacijsko mesto Lukavica. Mirnodopska vojna pošta 7512. Ratna vojna pošta 14537. Brojni naziv 8195. Rukovalac plana mobilizacije Komanda 1.mbr. Trajanje mobilizacije 18 časova. Posluje kao MFO IV stepena.

k) 2.sarajevsku laku pešadijsku brigadu "R", u miru i ratu, po formaciji broj 111.971. Matični broj u miru 3570, a u ratu 7570. Mirnodopska lokacija i mobilizacijsko mesto Lukavica. Mirnodopska vojna pošta 7558. Ratna vojna pošta 14438. Brojni naziv 8074. Rukovalac plana mobilizacije Komanda 2.lpbr. Trajanje mobilizacije 24 časa. Posluje kao MFO IV stepena.

l) 1.romanijsku laku pešadijsku brigadu "B", po formaciji broj 111.973. Matični broj u miru 3571, a u ratu 7571. Mirnodopska lokacija i mobilizacijsko mesto Han Pijesak. Mirnodopska vojna pošta 7536. Ratna vojna pošta 14326. Brojni naziv 8107. Rukovalac plana mobilizacije Komanda 1.lpbr. Trajanje mobilizacije 24 časa. Posluje kao MFO IV stepena.

m) 2.romanijsku motorizovanu brigadu "A", u miru i ratu, po formaciji broj 111.975. Matični broj u miru 3572, a u ratu 7572. Mirnodopska lokacija i mobilizacijsko mesto Sokolac i Pale. Mirnodopska vojna pošta 7581. Ratna vojna pošta 14375. Brojni naziv 8136. Rukovalac plana mobilizacije Komanda 2.mtbr. Trajanje mobilizacije 24 časa. Posluje kao MFO IV stepena.

n) 1.ilijašku laku pešadijsku brigadu "R", u miru i ratu, po formaciji broj 111.872. Matični broj u miru 3573, a u ratu 7573. Mirnodopska lokacija i mobilizacijsko mesto Ilijaš. Mirnodopska vojna pošta 7491. Ratna vojna pošta 14300. Brojni

- 11 -

naziv 8185. Rukovalac plana mobilizacije Komanda 1.1pbr. Trajanje mobilizacije 24 časa. Posluje kao MFO IV stepena.

n,j) 1.ilidžansku laku pešadijsku brigadu "R", u miru i ratu, po formaciji broj 111.974.
Matični broj u miru 3574, a u ratu 7574. Mirnodopska lokacija i mobilizacijsko mesto Lukavica. Mirnodopska vojna pošta 7063. Ratna vojna pošta 14187. Brojni naziv 8044. Rukovalac plana mobilizacije Komanda 1.1pbr. Trajanje mobilizacije 24 časa. Posluje kao MFO IV stepena.

## 5.- ISTOČNO-BOSANSKI KORPUS

a) Komanda korpusa sa prištapskim jedinicama, u miru i ratu, po formaciji broj 111.901.
Matični broj u miru 3585, a u ratu 7585. Mirnodopska lokacija i mobilizacijsko mesto Bijaljina. Mirnodopska vojna pošta 7102. Ratna vojna pošta 14101. Brojni naziv 8190. Rukovalac plana mobilizacije Komanda IBK. Trajanje mobilizacije 12 časova. Posluje kao MFO II stepena.

b) 3.bataljon vojne policije "A", u miru i ratu, po formaciji broj 111.983.
Matični broj u miru 3586, a u ratu 7586. Mirnodopska lokacija i mobilizacijsko mesto Bijeljina. Mirnodopska vojna pošta 7146. Ratna vojna pošta 14026. Brojni naziv 8052. Rukovalac plana mobilizacije Komanda 3.bVP. Trajanje mobilizacije 12 časova. Posluje kao MFO IV stepena.

c) 3.bataljon veze "A", u miru i ratu, po formaciji broj 118.901.
Matični broj u miru 3587, a u ratu 7587. Mirnodopska lokacija i mobilizacijsko mesto Bijeljina. Mirnodopska vojna pošta 7176. Ratna vojna pošta 14175. Brojni naziv 8158. Rukovalac plana mobilizacije Komanda 3.bv. Trajanje mobilizacije 12 časova. Posluje kao MFO IV stepena.

d) 3.mešoviti protivoklopni artiljerijski puk "R", u miru i ratu, po formaciji broj 112.901.
Matični broj u miru 3588, a u ratu 7588. Mirnodopska lokacija i mobilizacijsko mesto Brčko. Mirnodopska vojna pošta 7192. Ratna vojna pošta 14211. Brojni naziv 8058. Rukovalac plana mobilizacije Komanda 3.mpoap. Trajanje mobilizacije 36 časova. Posluje kao MFO IV stepena.

- 12 -

e) 3.mešoviti artiljerijski puk "A", u miru i ratu, po formaciji broj 112.902. Matični broj u miru 3589, a u ratu 7589. Mirnodopska lokacija i mobilizacijsko mesto Bijeljina. Mirnodopska vojna pošta 7215. Ratna vojna pošta 14250. Brojni naziv 8122. Rukovalac plana mobilizacije Komanda 3.map. Trajanje mobilizacije 12 časova. Posluje kao MFO IV stepena.

f) 3.laki artiljerijski puk PVO "A", u miru i ratu, po formacij broj 113.901. Matični broj u miru 3590, a u ratu 7590. Mirnodopska lokacija i mobilizacijsko mesto Brčko. Mirnodopska vojna pošta 7262. Ratna vojna pošta 14325. Brojni naziv 8077. Rukovalac plana mobilizacije Komanda 3.lap PVO. Trajanje mobilizacije 12 časova. Posluje kao MFO IV stepena.

g) 3.inžinjerijski puk "R", u miru i ratu, po formaciji broj 117.901. Matični broj u miru 3591, a u ratu 7591. Mirnodopska lokacija i mobilizacijsko mesto Lopare. Mirnodopska vojna pošta 7316. Ratna vojna pošta 14351. Brojni naziv 8062. Rukovalac plana mobilizacije Komanda 3.inžp. Trajanje mobilizacije 36 časova. Posluje kao MFO IV stepena.

h) 3.pontonirsku četu "R", u miru i ratu, po formaciji broj 117.903. Matični broj u miru 3592, a u ratu 7592. Mirnodopska lokacija i mobilizacijsko mesto Bosanski Šamac. Mirnodopska vojna pošta 7331. Ratna vojna pošta 14500. Brojni naziv 8002. Rukovalac plana mobilizacije Komanda 3.pontč. Trajanje mobilizacije 12 časova. Posluje kao MFO IV stepena.

i) 3.sanitetski bataljon "R", u miru i ratu, po formaciji broj 125.900. Matični broj u miru 3593, a u ratu 7593. Mirnodopska lokacija i mobilizacijsko mesto Doboj. Mirnodopska vojna pošta 7363. Ratna vojna pošta 14575. Brojni naziv 8152. Rukovalac plana mobilizacije Komanda 3.Snb. Trajanje mobilizacije 36 časova. Posluje kao MFO IV stepena.

j) 3.autotransportnu četu "A", u miru i ratu, po formaciji broj 127.901. Matični broj u miru 3594, a u ratu 7594. Mirnodopska lokacija i mobilizacijsko mesto Doboj. Mirnodopska vojna pošta 7401. Ratna vojna pošta 14020. Brojni naziv 8092. Rukovalac plana mobilizacije Komanda 3.atč. Trajanje mobilizacije 12 časova. Posluje kao pomoćni MFO.

k) 1.posavsku pešadijsku brigadu "A", u miru i ratu, po formaciji broj 111.979.

EXT-KOSTJEREVAC-00257

Matični broj u miru 3595, a u ratu 7595. Mirnodopska lokacija i mobilizacijsko mesto Brčko. Mirnodopska vojna pošta 7410. Ratna vojna pošta 14037. Brojni naziv 8168. Rukovalac plana mobilizacije Komanda 1.pbr. Trajanje mobilizacije 12 časova. Posluje kao MFO IV stepena.

l) 2.posavsku pešadijsku brigadu "A", u miru i ratu; po formaciji broj 111.979.
Matični broj u miru 3596, a u ratu 7596. Mirnodopska lokacija i mobilizacijsko mesto Bosanski Šamac. Mirnodopska vojna pošta 7445. Ratna vojna pošta 14100. Brojni naziv 8112. Rukovalac plana mobilizacije Komanda 2.pbr. Trajanje mobilizacije 12 časova. Posluje kao MFO IV stepena.

m) 1.semberijsku laku pešadijsku brigadu "A", u miru i ratu, po formaciji broj 111.972.
Matični broj u miru 3597, a u ratu 7597. Mirnodopska lokacija i mobilizacijsko mesto Bijeljina. Mirnodopska vojna pošta 7506. Ratna vojna pošta 14162. Brojni naziv 8028. Rukovalac plana mobilizacije Komanda 1.lpbr. Trajanje mobilizacije 12 časova. Posluje kao MFO IV stepena.

n) 2.semberijsku laku pešadijsku brigadu "R", u miru i ratu, po formaciji broj 111.973.
Matični broj u miru 3598, a u ratu 7598. Mirnodopska lokacija i mobilizacijsko mesto Bijeljina. Mirnodopska vojna pošta 7561. Ratna vojna pošta 14263. Brojni naziv 8102. Rukovalac plana mobilizacije Komanda 2.lpbr. Trajanje mobilizacije 36 časova. Posluje kao MFO IV stepena.

nj) 1.majevičku laku pešadijsku brigadu "A", u miru i ratu, po formaciji broj 111.971.
Matični broj u miru 3599, a u ratu 7599. Mirnodopska lokacija i mobilizacijsko mesto Ugljevik. Mirnodopska vojna pošta 7244. Ratna vojna pošta 14289. Brojni naziv 8192. Rukovalac plana mobilizacije Komanda 1.lpbr. Trajanje mobilizacije 12 časova. Posluje kao MFO IV stepena.

o) 2.majevičku laku pešadijsku brigadu "R", u miru i ratu, po formaciji broj 111.974.
Matični broj u miru 3600, a u ratu 7600. Mirnodopska lokacija i mobilizacijsko mesto Ugljevik. Mirnodopska vojna pošta 7208. Ratna vojna pošta 14338. Brojni

- 14 -

naziv 8118. Rukovalac plana mobilizacije Komanda 2.lpbr. Trajanje mobilizacije 36 časova. Posluje kao MFO IV stepena.

p) 1.birčansku pešadijsku brigadu "R", u miru i ratu, po formaciji broj 111.979.
Matični broj u miru 3601, a u ratu 7601. Mirnodopska lokacija i mobilizacijsko mesto Zvornik. Mirnodopska vojna pošta 7115. Ratna vojna pošta 14362. Brojni naziv 8012. Rukovalac plana mobilizacije Komanda 1.pbr. Trajanje mobilizacije 36 časova. Posluje kao MFO IV stepena.

r) 1.ozrensku laku pešadijsku brigadu "A", u miru i ratu, po formaciji br· 111.978.
Matični broj u miru 3602, a u ratu 7602. Mirnodopska lokacija i mobilizacijsko mesto Doboj. Mirnodopska vojna pošta 7221. Ratna vojna pošta 14450. Brojni naziv 8084. Rukovalac plana mobilizacije Komanda 1.lpbr. Trajanje mobilizacije 12 časova. Posluje kao MFO IV stepena.

t) 2.ozrensku laku pešadijsku brigadu "R", u miru i ratu, po formaciji broj 111.978.
Matični broj u miru 3603, a u ratu 7603. Mirnodopska lokacija i mobilizacijsko mesto Bosansko Petrovo Selo. Mirnodopska vojna pošta 7312. Ratna vojna pošta 14476. Brojni naziv 8142. Rukovalac plana mobilizacije Komanda 2.lpbr. Trajanje mobilizacije 36 časova. Posluje kao MFO IV stepena.

s) 1.trebavsku laku pešadijsku brigadu "R", u miru i ratu, po formaciji broj 111.978.
Matični broj u miru 3604, a u ratu 7604. Mirnodopska lokacija i mobilizacijsko mesto Modriča. Mirnodopska vojna pošta 7426. Ratna vojna pošta 14514. Brojni

naziv 8178. Rukovalac plana mobilizacije Komanda 1.lpbr. Trajanje mobilizacije 36 časova. Posluje kao MFO IV stepena.

š) 1.zvornička laka pešadijska brigada "B", u miru i ratu, po formaciji broj 111.978.
Matični broj u miru 3605, a u ratu 7605. Mirnodopska lokacija i mobilizacijsko mesto Zvornik. Mirnodopska vojna pošta 7469. Ratna vojna pošta 14294. Brojni naziv 8006. Rukovalac plana mobilizacije Komanda 1.lpbr. Trajanje mobilizacije 36 časova. Posluje kao MFO IV stepena.

- 15 -

## 6.- HERCEGOVAČKI KORPUS

a) Komandu korpusa sa prištapskim jedinicama, u miru i ratu, po formaciji broj 111.901.

Matični broj u miru 3616, a u ratu 7616. Mirnodopska lokacija i mobilizacijsko mesto Bileća. Mirnodopska vojna pošta 7161. Ratna vojna pošta 14590. Brojni naziv 8088. Rukovalac plana mobilizacije Komanda hk. Trajanje mobilizacije 12 časova. Posluje kao MFO II stepena.

b) 7.bataljon vojne policije "A", u miru i ratu, po formaciji broj 111.983. Matični broj u miru 3617, a u ratu 7617. Mirnodopska lokacija i mobilizacijsko mesto Bileća. Mirnodopska vojna pošta 7012. Ratna vojna pošta 14051. Brojni naziv 8128. Rukovalac plana mobilizacije Komanda 7.bVP. Trajanje mobilizacije 18 časova. Posluje kao MFO IV stepena.

c) 7.bataljon veze "B", u miru i ratu, po formaciji broj 118.901. Matični broj u miru 3618, a u ratu 7618. Mirnodopska lokacija i mobilizacijsko mesto Bileća. Mirnodopska vojna pošta 7155 Ratna vojna pošta 14108. Brojni naziv 8018. Rukovalac plana mobilizacije Komanda 7.bv. Trajanje mobilizacije 18 časova. Posluje kao MFO IV stepena.

d) 7.mešoviti protivoklopni artiljerijski puk "B", u miru i ratu, po formaciji broj 112.901.

Matični broj u miru 3619, a u ratu 7619. Mirnodopska lokacija i mobilizacijsko mesto Trebinje. Mirnodopska vojna pošta 7381. Ratna vojna pošta 14218. Brojni naziv 8072. Rukovalac plana mobilizacije Komanda 7.mpoap-a. Trajanje mobilizacije 18 časova. Posluje kao MFO IV stepena.

e) 7.mešoviti artiljerijski puk "B", u miru i ratu, po formaciji broj 112.902. Matični broj u miru 3620, a u ratu 7620. Mirnodopska lokacija i mobilizacijsko mesto Kalinovik. Mirnodopska vojna pošta 7522. Ratna vojna pošta 14240. Brojni naziv 8162. Rukovalac plana mobilizacije Komanda 7.map-a. Trajanje mobilizacije 24 časa. Posluje kao MFO IV stepena.

f) 7.laki artiljerijski puk PVO "A", u miru i ratu, po formaciji broj 113.901. Matični broj u miru 3621, a u ratu 7621. Mirnodopska lokacija i mobilizacijsko mesto Bileća. Mirnodopska vojna pošta 7593. Ratna vojna pošta 14545. Brojni naziv 8182. Rukovalac plana mobilizacije Komanda 7.lap-a PVO. Trajanje mobilizacije 18 časova. Posluje kao MFO IV stepena.

- 16 -

g) 7.inžinjerijski bataljon "B", u miru i ratu, po formaciji broj 117.902. Matični broj u miru 3622, a u ratu 7622. Mirnodopska lokacija i mobilizacijsko mesto Trebinje. Mirnodopska vojna pošta 7457. Ratna vojna pošta 14317. Brojni naziv 8096. Rukovalac plana mobilizacije Komanda 7.inžb. Trajanje mobilizacije 24 časa. Posluje kao MFO IV stepena.

h) 7.sanitetski bataljon "R", u miru i ratu, po formaciji broj 125.900. Matični broj u miru 3623, a u ratu 7623. Mirnodopska lokacija i mobilizacijsko mesto Trebinje. Mirnodopska vojna pošta 7300. Ratna vojna pošta 14282. Brojni naziv 8022. Rukovalac plana mobilizacije Komanda 7.Snb. Trajanje mobilizacije 24 časa. Posluje kao MFO IV stepena.

i) 7.autotransportni bataljon "B", u miru i ratu, po formaciji broj 127.900. Matični broj u miru 3624, a u ratu 7624. Mirnodopska lokacija i mobilizacijsko mesto Bileća. Mirnodopska vojna pošta 7234. Ratna vojna pošta 14382. Brojni naziv 8042. Rukovalac plana mobilizacije Komanda 7.atb. Trajanje mobilizacije 18 časova. Posluje kao MFO IV stepena.

j) 189.samostalni mešoviti artiljerijski divizion "B", u miru i ratu, po formaciji broj 112.903. Matični broj u miru 3625, a u ratu 7625. Mirnodopska lokacija i mobilizacijsko mesto Trebinje. Mirnodopska vojna pošta 7184. Ratna vojna pošta 14458. Brojni naziv 8134. Rukovalac plana mobilizacije Komanda 189.smad-a. Trajanje mobilizacije 18 časova. Posluje kao MFO IV stepena.

k) 10.hercegovačku motorizovanu brigadu "A", u miru i ratu, po formaciji broj 111.976. Matični broj u miru 3626, a u ratu 7626. Mirnodopska lokacija i mobilizacijsko mesto Nevesinje. Mirnodopska vojna pošta 7035. Ratna vojna pošta 14392. Brojni naziv 8166. Rukovalac plana mobilizacije Komanda 10.hrtbr Trajanje mobilizacije 24 časa. Posluje kao MFO IV stepena.

l) 23.hercegovačku laku pešadijsku brigadu "B", u miru i ratu, po formaciji broj 111.974. Matični broj u miru 3627, a u ratu 7627. Mirnodopska lokacija i mobilizacijsko mesto Bileća. Mirnodopska vojna pošta 7076. Ratna vojna pošta 14563. Brojni naziv 8197. Rukovalac plana mobilizacije Komanda 23.hlpbr. Trajanje mobilizacije 24 časa. Posluje kao MFO IV stepena.

m) 29.hercegovačku pešadijsku brigadu "A", u miru i ratu, po formaciji broj 111.979.

Matični broj u miru 3628, a u ratu 7628. Mirnodopska lokacija i mobilizacijsko mesto Trebinje. Mirnodopska vojna pošta 7229. Ratna vojna pošta 14033. Brojni naziv 8172. Rukovalac plana mobilizacije Komanda 29.hpbr. Trajanje mobilizacije 24 časa. Posluje kao MFO IV stepena.

n) 284.samostalni oklopni bataljon "B", u miru i ratu, po formaciji broj 114.903.

Matični broj u miru 3629, a u ratu 7629. Mirnodopska lokacija i mobilizacijsko mesto Nevesinje. Mirnodopska vojna pošta 7278. Ratna vojna pošta 14075. Brojni naziv 8147. Rukovalac plana mobilizacije Komanda 284.saob. Trajanje mobilizacije 18 časova. Posluje kao MFO IV stepena.

nj) 529.samostalni motorizovani bataljon "B", u miru i ratu, po formaciji broj 111.981.

Matični broj u miru 3630, a u ratu 7630. Mirnodopska lokacija i mobilizacijsko mesto Avtovac. Mirnodopska vojna pošta 7441. Ratna vojna pošta 14088. Brojni naziv 8064 Rukovalac plana mobilizacije Komanda 529.smtb. Trajanje mobilizacije 18 časova. Posluje kao MFO IV stepena.

o) 1.fočanska laka pešadijska brigada "B", u miru i ratu, po formaciji broj 111.973.

Matični broj u miru 3631, a u ratu 7631. Mirnodopska lokacija i mobilizacijsko mesto Foča. Mirnodopska vojna pošta 7141. Ratna vojna pošta 14144. Brojni naziv 8078. Rukovalac plana mobilizacije Komanda 1.lpbr. Trajanje mobilizacije 24 časa. Posluje kao MFO IV stepena.

7.- SAMOSTALNE JEDINICE

a) 410.obaveštajni centar "A", u miru i ratu, po formaciji broj 111.982.
Matični broj u miru 3642, a u ratu 7640. Mirnodopska lokacija i mobilizacijsko mesto Sarajevo. Mirnodopska vojna pošta 7496. Ratna vojna pošta 14126. Brojni naziv 8038. Rukovalac plana mobilizacije Komanda 410.obav.centra. Trajanje mobilizacije 12 časova. Posluje kao MFO IV stepena.

b) 89.raketni artiljerijsku "A" brigadu, u miru i ratu, po formaciji broj 112.904.

EXT-KOSTJERE-RAC-00262

-18-

Matični broj u miru 3643, a u ratu 7641. Mirnodopska lokacija i mobilizacijsko mesto Banja Luka. Mirnodopska vojna pošta 7568. Ratna vojna pošta 14150. Brojni naziv 8068. Rukovalac plana mobilizacije Komanda 89. rabr. Trajanje mobilizacije 36 časova. Posluje kao MFO IV stepena.

c) 40. inžinjerijski puk "A", u miru i ratu, po formaciji broj 117.901. Matični broj u miru 3644, a u ratu 7642. Mirnodopska lokacija i mobiliza- cijako mesto Sarajevo. Mirnodopska vojna pošta 7266. Ratna vojna pošta 14195. Brojni naziiv 8138. Rukovalac plana mobilizacije Komanda 40.inžp. Trajanje mobilizacije 24 časa. Posluje kao MFO IV stepena.

d) 67. puk veze "A", u miru i ratu, po formaciji broj 118. 900. Matični broj u miru 3645, a u ratu 7643. Mirnodopska lokacija i mobilizacijsko mesto Sarajevo. Mirnodopska vojna pošta 7044. Ratna vojna pošta 14270. Brojni naziv 8001. Rukovalac plana mobilizacije Komanda 67. pv. Trajanje mobilizacije 12 časova. Posluje kao MFO IV stepena.

e) 65. zaštitni motorizovani puk "B", u miru i ratu, po formaciji broj 111.980. Matični broj u miru 3646, a u ratu 7644. Mirnodopska lokacija i mobilizacijsko mesto Sarajevo. Mirnodopska vojna pošta 7590. Ratna vojna pošta 14330. Brojni naziv 8026. Rukovalac plana mobilizacije Komanda 65. zmtp. Trajanje mobili- zacije 24 časa. Posluje kao MFO IV stepena.

f) Vrhovni vojni sud u Sarajevu, u miru i ratu, po formaciji broj 229.800.01. Matični broj u miru 3730, a u ratu 7718. Mirnodopaka lokacija i mobilizacijsko mesto Sarajevo. Mirnodopaka vojna pošta 7301. Ratna vojna pošta 14227. Brojni naziv 8211. Rukovalac plana mobilizacije GŠ VRS. Trajanje mobilizacije 12 časova. Posluje kao pomoćni MFO.

g) Vojni sud u Sarajevu, u miru i ratu, po formaciji broj 229.800.02. Matični broj u miru 3582, a u ratu 7583. Mirnodopska lokacija i mobilizacijsko mesto Sarajevo. Mirnodopska vojna pošta 7313. Ratna vojna pošta 14236. Brojni naziv 8207. Rukovalac plana mobilizacije Komanda SRK-a. Trajanje mobilizacije 12 časova. Posluje kao pomoćni MFO.

h) Vojni sud u Bileći, u miru i ratu, po formaciji broj 229.800.03. Matični broj u miru 3639, a u ratu 7638. Mirnodopska lokacija i mobilizacijsko mesto Bileća. Mirnodopska vojna pošta 7291. Ratna vojna pošta 14231. Brojni naziv 8179. Rukovalac plana mobilizacije Komanda HK. Trajanje mobilizacije 12 časova. Posluje kao pomoćni MFO.

-19-

i) Vojni sud u Bijeljini, u miru i ratu, po formaciji broj 229.8oo.o4.
Matični broj u miru 36o9, a u ratu 76o9. Mirnodopska lokacija i mobilizacijsko
mesto Bijeljina. Mirnodopska vojna pošta 7243. Ratna vojna pošta 142o8. Brojni
naziv 8186. Rukovalac plana mobilizacije Komanda IBK. Trajanje mobilizacije 12
časova. Posluje kao pomoćni MFO.

j) Vojni sud u Banja Luci, u miru i ratu, po formaciji broj 229.8oo.o5.
Matični broj u miru 3529, a u ratu 753o. Mirnodopska lokacija i mobilizacijsko
mesto Banja Luka. Mirnodopska vojna pošta 7249. Ratna vojna pošta 14181. Brojni
naziv 8183. Rukovalac plana mobilizacije Komanda 1.KK. Trajanje mobilizacije 12
časova. Posluje kao pomoćni MFO.

k) Vojno tužilaštvo pri Glavnom štabu Vojske Republike Srpske, u miru i ratu,
po formaciji broj 129.9oo.ol.
Matični broj u miru 3731, a u ratu 7713. Mirnodopska lokacija i mobilizacijsko
mesto Sarajevo. Mirnodopska vojna pošta 73o3. Ratna vojna pošta 14228. Brojni
naziv 8212. Rukovalac plana mobilizacije GŠ VRS. Trajanje mobilizacije 12 časova.
Posluje kao pomoćni MFO.

l) Vojno tužilaštvo pri Komandi HK, u miru i ratu, po formaciji broj 129.9oo.o2.
Matični broj u miru 364o, a u ratu 7639. Mirnodopska lokacija i mobilizacijsko
mesto Bileća. Mirnodopska vojna pošta 7294. Ratna vojna pošta 14232. Brojni
naziv 8181. Rukovalac plana mobilizacije Komanda HK. Trajanje mobilizacije 12
časova. Posluje kao pomoćni MFO.

m) Vojno tužilaštvo pri Komandi SRK-a, u miru i ratu, po formaciji broj 129.9oo.o3
Matični broj u miru 3583, a u ratu 7584. Mirnodopska lokacija i mobilizacijsko
mesto Sarajevo. Mirnodopska vojna pošta 7314. Ratna vojna pošta 14237. Brojni
naziv 8215. Rukovalac plana mobilizacije Komanda SRK-a. Trajanje mobilizacije 12
časova. Posluje kao pomoćni MFO.

n) Vojno tužilaštvo pri Komandi IBK, u miru i ratu, po formaciji broj 129.9oo.o4.
Matični broj u miru 361o, a u ratu 761o. Mirnodopska lokacija i mobilizacijsko
mesto Bijeljina. Mirnodopska vojna pošta 7246. Ratna vojna pošta 142o9. Brojni
naziv 8189. Rukovalac plana mobilizacije Komanda IBK. Trajanje mobilizacije 12
časova. Posluje kao pomoćni MFO.

nj) Vojno tužilaštvo pri Komandi 1.KK, u miru i ratu, po formaciji broj 129.900.05
Matični broj u miru 353o, a u ratu 7531. Mirnodopska lokacija i mobilizacijsko
mesto Banja Luka. Mirnodopska vojna pošta 7258. Ratna vojna pošta 14182. Brojni
naziv 8193. Rukovalac plana mobilizacije Komanda 1.KK. Trajanje mobilizacije 12
časova. Posluje kao pomoćni MFO.

EX6KOST-HREVAC-00264

-2o-

## 8. POZADINSKE JEDINICE

a) 14. pozadinsku bazu "B", u miru i ratu, po formaciji broj 311.96o. Matični broj u miru 3651, a u ratu 7651. Mirnodopska lokacija i mob. mesto Banja Luka, a odeljak PoB Bosanski Petrovac. Mirnodopska vojna pošta 71ol. Ratna vojna pošta 14358. Brojni naziv 81ol. Rukovalac plana mobilizacije Komanda 14 Trajanje mobilizacije 36 časova. Posluje kao MFO IV stepena.

b) 27. pozadinsku bazu "B", u miru i ratu, po formaciji broj 311.961. Matični broj u miru 3652, a u ratu 7652. Mirnodopska lokacija i mobilizacijsko mesto Sokolac. Mirnodopska vojna pošta 71o3. Ratna vojna pošta 14432. Brojni naziv 8154. Rukovalac plana mobilizacije Komanda 27. PoB. Trajanje mobilizaci. 36. časova. Posluje kao MFO IV stepena.

c) 3o. pozadinsku bazu "B", u miru i ratu, po formaciji broj 311.962. Matični broj u miru 3653, a u ratu 7653. Mirnodopska lokacija i mobilizacijsko mesto Bileća. Mirnodopska vojna pošta 71o5. Ratna vojna pošta 1454o. Brojni naziv 8194. Rukovalac plana mobilizacije Komanda 3o.PoB. Trajanje mobilizacije 36. časova. Posluje kao MFO IV stepena.

d) 35. pozadinsku bazu "B". u miru i ratu, po formaciji broj 311.963. Matični broj u miru 3654, a u ratu 7654. Mirnodopska lokacija i mobilizacijsko mesto Bijeljina. Mirnodopska vojna pošta 71o9. Ratna vojna pošta 14o6o. Brojni naziv 8o76. Rukovalac plana mobilizacije Komanda 35. PoB. Trajanje mobilizacije 36. časova. Posluje kao MFO IV stepena.

## 9. VAZDUHOPLOVSTVO I PVO

a) Komandu sa prištapskim jedinicama "A", u miru i ratu, po formaciji broj 24o.9o Matični broj u miru 366o, a u ratu 766o. Mirnodopska lokacija i mobilizacijsko mesto Banja Luka. Mirnodopska vojna pošta 7o7o. Ratna vojna pošta 14116. Brojni naziv 8o32. Rukovalac plana mobilizacije Komanda VPVO. Trajanje mobilizacije 12 časova. Posluje kao MFO I stepena.

b) 92. mešovitu avijacijsku brigadu "A", u miru i ratu, po formaciji broj 315.9oo. Matični broj u miru 3661, a u ratu 7661. Mirnodopska lokacija i mobilizacijsko mesto Banja Luka. Mirnodopska vojna pošta 7171. Ratna vojna pošta 14533.Brojni naziv 8114. Rukovalac plana mobilizacije Komanda 92.mavbr. Trajanje mobilizacije 8 časova. Posluje kao MFO IV stepena.

c) 155.. raketni puk PVO "A", u miru i ratu, po formaciji broj 513.960:. Matični broj u miru 3662, a u ratu 7662. Mirnodopska lokacija i mobilizacijsko mesto Banja Luka. Mirnodopska vojna pošta 7272. Ratna vojna pošta 14o44.Brojni naziv 8184.. Rukovalac plana mobilizacije Komanda 155.rp. Trajanje mobilizacije 12 časova. Posluje kao MFO IV stepena.

d) 51.. bataljon vazdušnog osmatranja, javljanja i navodjenja "A", u miru i ratu, po formaciji broj 538.ooo. Matični broj u miru 3663, a u ratu 7663. Mirnodopska lokacija i mobilizacijsko mesto Banja Luka. Mirnodopska vojna pošta 7353.. Ratna vojna pošta 14o82. Brojni naziv 8o98. Rukovalac plana mobilizacije Komanda 51.VOJIN. Trajanje mobilizacije 24 časa. Posluje kao MFO IV stepena.

e) 474. vazduhoplovnu bazu "B", u miru i ratu, po formaciji broj 322.9oo.. Matični broj u miru 3664, a u ratu 7664.. Mirnodopska lokacija i mobilizacijsko mesto Banja Luka. Mirnodopska vojna pošta 7484.. Ratna vojna pošta 1418o. Brojni naziv 8o56. Rukovalac plana mobilizacije Komanda 474..vb..Trajanje mobilizacije 24 časa. Poslije kao MFO IV stepena.

f) Vazdušno--prenosnu jurišnu četu "A", u miru i ratu, po formaciji broj 315.9ol Matični broj u miru 3665, a u ratu 7665.. Mirnodopska lokacija i mobilizacijsko mesto Banja Luka. Mirnodopska vojna pošta 7515. Ratna vojna pošta 14245. Brojni naziv 81o6. Rukovalac plana mobilizacije Komanda Vpjč..Trajanje mobilizacije 12 časova. Poslije kao pomoćni MFO.

g) Vod za elektronsko izvidjanje i osmatranje "A", u miru i ratu, po formaciji broj 328.9oo. Matični broj u miru 3666, a u ratu 7666. Mirnodopska lokacija i mobilizacijsko mesto Banja Luka.. Mirnodopska vojna pošta 7565.. Ratna vojna pošta 1437o. Brojni naziv 8126.Rukovalac plana mobilizacije komandir voda za EiO. Trajanje mobilizacije 8 časova. Poslije kao pomoćni MFO..

h) Avijaciju službe bezbednosti "A", u miru i ratu, po formaciji broj 24o.9ol. Matični broj u miru 3667, a u ratu 7667.; Mirnodopska lokacija i mobilizacijsko mesto Banja Luka. Mirnodopska vojna pošta 75oo. Ratna vojna pošta 14556. Brojni naziv 8177.. Rukovalac plana mobilizacije načelnik službe bezbednosti. Trajanje mobilizacije 6 časova. Poslije kao pomoćni MFO..

— 22 —

ZAVRŠNE ODREDBE

1. - Formiranje i ostalo organizacijsko-formacijsko usklađivanje izvršiti do
15.07.1992.godine, nakon čega dostaviti izveštaj.

2. - Pri rešavanju pitanja iz oblasti materijalno-finansijskog poslovanja
vezanih za sprovodjenje ove naredbe postupati na način propisan Zakonom o
sredstvima i finansiranju Vojske SR BiH, kao i drugim propisima kojima se
reguliše materijalno-finansijsko poslovanje.

3. - Izveštaj o realizaciji naredbe dostaviti 15 dana posle isteka određenog
roka za njenu realizaciju.

RJ/AA

KOMANDANT
general-potpukovnik
Ratko Mladić

I certify this document consisting of
22 pages
to be a true, authenticated copy of the
document held by the Office of the
Prosecutor of the ICTY.
01-Jun-2010



0620-1196

/Handwritten: This Order was taken from the
Department for Organisation and Staffing in
the period 23-29 September 2004, as an
attachment of an enactment to be signed by
Head of Main Staff. Enactment Ref. No. 03/2-
3/5-44-2 dated 29 September 2004, signed/

O R D E R  STRICTLY CONFIDENTIAL NO. 30/18-17   MILITARY SECRET
OF THE COMMANDER OF THE MAIN STAFF          STRICTLY CONFIDENTIAL
OF ARMY OF THE SERB REPUBLIC                 Copy No. _____
OF BOSNIA AND HERZEGOVINA

TO BE KEPT ~~UNTIL THE END OF~~ PERMANENTLY

On the establishment of commands and
units of the Army of the Serb
Republic of Bosnia and Herzegovina

Pursuant to Item 6 of the Decision of the Presidency of Serb Republic of Bosnia and Herzegovina on
the Establishment, Organisation, Formation and Commanding the Army of the Serb Republic of
Bosnia and Herzegovina, Ref. No. 01-58/92 dated 15 June 1992, in accordance with the vested
powers, I hereby

# O R D E R

THAT THE ARMY OF THE SERB REPUBLIC OF BOSNIA AND HERZEGOVINA BE ESTABLISHED AS
FOLLOWS

A)  ESTABLISH:

1.   The Main Staff of the Army of Serb Republic of Bosnia and Herzegovina, in peacetime and in
wartime, as per the formation No. 111.900.
The registration number in peacetime shall be 3500, and in wartime 7501. The peacetime location
and mobilisation place shall be Sarajevo. The peacetime military postcode shall be 7572. The
wartime military postcode shall be 14350. The numerical name shall be 8020. The handler of the
mobilisation plan shall be the Main Staff of the Army of Serb Republic of Bosnia and Herzegovina
(SR BiH). The period of mobilisation shall be 12 hours. It shall operate as a 1st degree MFO
/Material-Financial Organ/.

2.   – 1 KRAJINA CORPS

a)   Corps Command with units attached to it, in peacetime and in wartime, as per the formation
No. 111.901.
The registration number in peacetime shall be 3501 and in wartime 7502. The peacetime location
and mobilisation place shall be Banja Luka. The peacetime military postcode shall be 7001. The
wartime postcode shall be 14201. The numerical name shall be 8070. The handler of the
mobilisation plan shall be 1 Krajina Corps Command. The period of mobilisation shall be 6 hours. It
shall operate as a 2nd degree MFO.

EXT-KOSTJEREVAC-00268



0620-1197

-2-

b) 1 Battalion of Military Police "A", in peacetime and in wartime, as per the formation No. 111.983. The registration number in peacetime shall be 3502 and in wartime 7503. The peacetime location and mobilisation place shall be Banja Luka. The peacetime military postcode shall be 7007. The wartime military postcode shall be 14001. The numerical name shall be 8100. The handler of the mobilisation plan shall be the Command of 1 bVP /1 Battalion of Military Police/. The period of mobilisation shall be 6 hours. It shall operate as a 4th degree MFO.

c) 1 Signals Battalion "B", in peacetime and in wartime, as per the formation No. 118.901. The registration number in peacetime shall be 3503 and in wartime 7504. The peacetime location and mobilisation place shall be Banja Luka. The peacetime military postcode shall be 7002. The wartime military postcode shall be 14408. The numerical name shall be 8150. The handler of the mobilisation plan shall be the Command of 1 bv /1 Signals Battalion/. The period of mobilisation shall be 12 hours. It shall operate as a 4th degree MFO.

d) 1 Mixed Antitank Artillery Brigade "R", in peacetime and in wartime, as per the formation No. 112.900. The registration number in peacetime shall be 3504 and in wartime 7505. The peacetime location and mobilisation place shall be Banja Luka. The peacetime military postcode shall be 7004. The wartime military postcode shall be 14251. The numerical name shall be 8180. The handler of the mobilisation plan shall be the Command of 1 mpoabr /1 Mixed Antitank Artillery Brigade/. The period of mobilisation shall be 36 hours. It shall operate as a 4th degree MFO.

e) 1 Mixed Artillery Regiment "A", in peacetime and in wartime, as per the formation No. 112.902. The registration number in peacetime shall be 3505 and in wartime 7506. The peacetime location and mobilisation place shall be Banja Luka. The peacetime military postcode shall be 7015. The wartime military postcode shall be 14308. The numerical name shall be 8000. The handler of the mobilisation plan shall be the Command of 1 map /1 Mixed Artillery Regiment/. The period of mobilisation shall be 12 hours. It shall operate as a 4th degree MFO.

f) 1 Light Anti-Aircraft Artillery Regiment "B", in peacetime and in wartime, as per the formation No. 113.901. The registration number in peacetime shall be 3560 and in wartime 7507. The peacetime location and mobilisation place shall be Banja Luka. The peacetime military postcode shall be 7022. The wartime military postcode shall be 14015. The numerical name shall be 8050. The handler of the mobilisation plan shall be the Command of 1 lap PVO /1 Light Anti-Aircraft Artillery Regiment/. The period of mobilisation shall be 18 hours. It shall operate as a 4th degree MFO.

g) 1 Engineering Regiment "R", in peacetime and in wartime, as per the formation No. 117.901. The registration number in peacetime shall be 3507 and in wartime 7508. The peacetime location and mobilisation place shall be Banja Luka. The peacetime military postcode shall be 7039. The wartime military postcode shall be 14151. The numerical name shall be 8033. The handler of the mobilisation plan shall be the Command of 1 inžp /1 Engineering Regiment/. The period of mobilisation shall be 36 hours. It shall operate as a 4th degree MFO.



0620-1198

-3-

h)    1 Pontoons Battalion "B", in peacetime and in wartime, as per the formation No. 111.904. The registration number in peacetime shall be 3508 and in wartime 7509. The peacetime location and mobilisation place shall be Banja Luka. The peacetime military postcode shall be 7053. The wartime military postcode shall be 14422. The numerical name shall be 8188. The handler of the mobilisation plan shall be the Command of 1 pontb /1 Pontoons Battalion/. The period of mobilisation shall be 18 hours. It shall operate as a 4th degree MFO.

i)    1 Auto-transport Battalion "B", in peacetime and in wartime, as per the formation No. 127.900. The registration number in peacetime shall be 3509 and in wartime 7510. The peacetime location and mobilisation place shall be Banja Luka. The peacetime military postcode shall be 7121. The wartime military postcode shall be 14423. The numerical name shall be 8125. The handler of the mobilisation plan shall be the Command of 1 Auto-Transport Battalion. The period of mobilisation shall be 18 hours. It shall operate as a 4th degree MFO.

j)    1 Medical Battalion "R", in peacetime and in wartime, as per the formation No. 125.900. The registration number in peacetime shall be 3510 and in wartime 7511. The peacetime location and mobilisation place shall be Banja Luka. The peacetime military postcode shall be 7139. The wartime military postcode shall be 14576. The numerical name shall be 8164. The handler of the mobilisation plan shall be the Command of 1 Snb /1 Medical Battalion/. The period of mobilisation shall be 36 hours. It shall operate as a 4th degree MFO.

k)    1 Armoured Brigade "A", in peacetime and in wartime, as per the formation No. 114.902. The registration number in peacetime shall be 3511 and in wartime 7512. The peacetime location and mobilisation place shall be Banja Luka. The peacetime military postcode shall be 7225. The wartime military postcode shall be 14600. The numerical name shall be 8010. The handler of the mobilisation plan shall be the Command of 1 okbr /1 Armoured Brigade/. The period of mobilisation shall be 12 hours. It shall operate as a 4th degree MFO.

l)    2 Armoured Brigade "A", in peacetime and in wartime, as per the formation No. 114.902. The registration number in peacetime shall be 3512 and in wartime 7513. The peacetime location and mobilisation place shall be Manjača. The peacetime military postcode shall be 7304. The wartime military postcode shall be 14005. The numerical name shall be 8049. The handler of the mobilisation plan shall be the Command of 2 okbr /2 Armoured Brigade/. The period of mobilisation shall be 12 hours. It shall operate as a 4th degree MFO.

m)    16 Krajina Motorised Brigade "R", in peacetime and in wartime, as per the formation No. 111.976. The registration number in peacetime shall be 3513 and in wartime 7514. The peacetime location and mobilisation place shall be Banja Luka. The peacetime military postcode shall be 7322. The wartime military postcode shall be 14065. The numerical name shall be 8110. The handler of the mobilisation plan shall be the Command of 16 mtbr /16 Motorised Brigade/. The period of mobilisation shall be 36 hours. It shall operate as a 4th degree MFO.



0620-1199

-4-

n)   43 Prijedor Motorised Brigade "A", in peacetime and in wartime, as per the formation No. 111.975.
The registration number in peacetime shall be 3514 and in wartime 7515. The peacetime location and mobilisation place shall be Prijedor. The peacetime military postcode shall be 7362. The wartime military postcode shall be 14301. The numerical name shall be 8090. The handler of the mobilisation plan shall be the Command of 43 mtbr /43 Motorised Brigade/. The period of mobilisation shall be 12 hours. It shall operate as a 4th degree MFO.

o)   /(nj) in the local language/ 2 Banja Luka Light Infantry Brigade "R", in peacetime and in wartime, as per the formation No. 111.971.
The registration number in peacetime shall be 3515 and in wartime 7516. The peacetime location and mobilisation place shall be Banja Luka. The peacetime military postcode shall be 7372. The wartime military postcode shall be 14401. The numerical name shall be 8199. The handler of the mobilisation plan shall be the Command of 2 Banja Luka lpbr /2 Banja Luka Light Infantry Brigade/. The period of mobilisation shall be 36 hours. It shall operate as a 4th degree MFO.

p)   /(o) in the local language/ 5 Kozara Light Infantry Brigade "R", in peacetime and in wartime, as per the formation No. 111.973.
The registration number in peacetime shall be 3516 and in wartime 7517. The peacetime location and mobilisation place shall be Banja Luka. The peacetime military postcode shall be 7388. The wartime military postcode shall be 14505. The numerical name shall be 8140. The handler of the mobilisation plan shall be the Command of 2 lpbr /2 Light Infantry Brigade/. The period of mobilisation shall be 36 hours. It shall operate as a 4th degree MFO.

q)   /(p) in the local language/ 22 Light Infantry Brigade "A", in peacetime and in wartime, as per the formation No. 111.972.
The registration number in peacetime shall be 3517 and in wartime 7518. The peacetime location and mobilisation place shall be Skender Vakuf. The peacetime military postcode shall be 7404. The wartime military postcode shall be 14586. The numerical name shall be 8060. The handler of the mobilisation plan shall be the Command of 22 lpbr /22 Light Infantry Brigade/. The period of mobilisation shall be 12 hours. It shall operate as a 4th degree MFO.

r)   6 Sana Light Infantry Brigade "R", in peacetime and in wartime, as per the formation No. 111.974.
The registration number in peacetime shall be 3518 and in wartime 7519. The peacetime location and mobilisation place shall be Sanski Most. The peacetime military postcode shall be 7421. The wartime military postcode shall be 14176. The numerical name shall be 8099. The handler of the mobilisation plan shall be the Command of 6 lpbr /6 Light Infantry Brigade/. The period of mobilisation shall be 36 hours. It shall operate as a 4th degree MFO.

s)   11 Dubica Infantry Brigade "R", in peacetime and in wartime, as per the formation No. 111.979.
The registration number in peacetime shall be 3519 and in wartime 7520. The peacetime location and mobilisation place shall be Bosanska Dubica. The peacetime military postcode shall be 7031. The wartime military postcode shall be 14225. The numerical name shall be 8174. The handler of



Case: 4:19-mj-06244-PLC   Doc. #: 1-2   Filed: 08/14/19   Page: 278 of 372 PageID #: 283

0620-1200

the mobilisation plan shall be the Command of 11 pbr /11 Infantry Brigade/. The period of mobilisation shall be 36 hours. It shall operate as a 4th degree MFO.

t)   1 Šipovo Light Infantry Brigade "R", in peacetime and in wartime, as per the formation No. 111.978.
The registration number in peacetime shall be 3520 and in wartime 7521. The peacetime location and mobilisation place shall be Mrkonjić Grad. The peacetime military postcode shall be 7048. The wartime military postcode shall be 14200. The numerical name shall be 8120. The handler of the mobilisation plan shall be the Command of 1 šlpbr /1 Šipovo Light Infantry Brigade/. The period of mobilisation shall be 36 hours. It shall operate as a 4th degree MFO.

u)   /in local language (ć)/ 11 Mrkonjić Light Infantry Brigade "B", in peacetime and in wartime, as per the formation No. 111.978.
The registration number in peacetime shall be 3521 and in wartime 7522. The peacetime location and mobilisation place shall be Mrkonjić Grad. The peacetime military postcode shall be 7097. The wartime military postcode shall be 14226. The numerical name shall be 8075. The handler of the mobilisation plan shall be the Command of 11 mlpbr /11 Mrkonjić Light Infantry Brigade/. The period of mobilisation shall be 18 hours. It shall operate as a 4th degree MFO.

v)   /in local language (č)/ 13 'Garavi' Light Infantry Brigade "B", in peacetime and in wartime, as per the formation No. 111.978.
The registration number in peacetime shall be 3522 and in wartime 7523. The peacetime location and mobilisation place shall be Ključ. The peacetime military postcode shall be 7083. The wartime military postcode shall be 14276. The numerical name shall be 8025. The handler of the mobilisation plan shall be the Command of 13 glpbr /13 'Garavi' Light Infantry Brigade/. The period of mobilisation shall be 36 hours. It shall operate as a 4th degree MFO.

w)   /in local language (u)/ 1 Podgrmeč Light Infantry Brigade "R", in peacetime and in wartime, as per the formation No. 111.978.
The registration number in peacetime shall be 3523 and in wartime 7524. The peacetime location and mobilisation place shall be Sanski Most. The peacetime military postcode shall be 7132. The wartime military postcode shall be 14581. The numerical name shall be 8149. The handler of the mobilisation plan shall be the Command of 1 plpbr /1 Podgrmeč Light Infantry Brigade/. The period of mobilisation shall be 24 hours. It shall operate as a 4th degree MFO.

3.   – 2 KRAJINA CORPS

a)   Corps Command with units attached to it, in peacetime and in wartime, as per the formation No. 111.901.
The registration number in peacetime shall be 3534 and in wartime 7535. The peacetime location and mobilisation place shall be Drvar. The peacetime military postcode shall be 7235. The wartime postcode shall be 14002. The numerical name shall be 8008. The handler of the mobilisation plan shall be the Command of 2 kk /2 Krajina Corps/. The period of mobilisation shall be 24 hours. It shall operate as a 2nd degree MFO.



0620-1201

-6-

b)   2 Battalion of Military Police "A", in peacetime and in wartime, as per the formation No. 111.983. The registration number in peacetime shall be 3535 and in wartime 7536. The peacetime location and mobilisation place shall be Drvar. The peacetime military postcode shall be 7256. The wartime military postcode shall be 14577. The numerical name shall be 8040. The handler of the mobilisation plan shall be the Command of 2 bVP /2 Battalion of Military Police/. The period of mobilisation shall be 24 hours. It shall operate as a 4th degree MFO.

c)   2 Signals Battalion "A", in peacetime and in wartime, as per the formation No. 118.901.
The registration number in peacetime shall be 3536 and in wartime 7537. The peacetime location and mobilisation place shall be Drvar. The peacetime military postcode shall be 7283. The wartime military postcode shall be 14376. The numerical name shall be 8132. The handler of the mobilisation plan shall be the Command of 2 bv /2 Signals Battalion/. The period of mobilisation shall be 24 hours. It shall operate as a 4th degree MFO.

d)   2 Mixed Antitank Artillery Regiment "B", in peacetime and in wartime, as per the formation No. 112.901.
The registration number in peacetime shall be 3537 and in wartime 7538. The peacetime location and mobilisation place shall be Ključ. The peacetime military postcode shall be 7327. The wartime military postcode shall be 14230. The numerical name shall be 8160. The handler of the mobilisation plan shall be the Command of 2 mpoap /2 Mixed Antitank Artillery Regiment/. The period of mobilisation shall be 48 hours. It shall operate as a 4th degree MFO.

e)   2 Mixed Artillery Regiment "B", in peacetime and in wartime, as per the formation No. 112.902. The registration number in peacetime shall be 3538 and in wartime 7539. The peacetime location and mobilisation place shall be Bosansko Grahovo. The peacetime military postcode shall be 7293. The wartime military postcode shall be 14400. The numerical name shall be 8082. The handler of the mobilisation plan shall be the Command of 2 map /2 Mixed Artillery Regiment/. The period of mobilisation shall be 48 hours. It shall operate as a 4th degree MFO.

f)   2 Light Anti-Aircraft Artillery Regiment "B", in peacetime and in wartime, as per the formation No. 113.901.
The registration number in peacetime shall be 3539 and in wartime 7540. The peacetime location and mobilisation place shall be Bosanski Petrovac. The peacetime military postcode shall be 7319. The wartime military postcode shall be 14426. The numerical name shall be 8024. The handler of the mobilisation plan shall be the Command of 2 lap PVO /2 Light Anti-Aircraft Artillery Regiment/. The period of mobilisation shall be 48 hours. It shall operate as a 4th degree MFO.

g)   2 Engineering Regiment "A", in peacetime and in wartime, as per the formation No. 117.901.
The registration number in peacetime shall be 3540 and in wartime 7541. The peacetime location and mobilisation place shall be Ključ. The peacetime military postcode shall be 7337. The wartime military postcode shall be 14484. The numerical name shall be 8080. The handler of the mobilisation plan shall be the Command of 2 inžp /2 Engineering Regiment/. The period of mobilisation shall be 24 hours. It shall operate as a 4th degree MFO.



0620-1202

-7-

h)   2 Medical Battalion "B", in peacetime and in wartime, as per the formation No. 125.900.
The registration number in peacetime shall be 3541 and in wartime 7542. The peacetime location and mobilisation place shall be Drvar. The peacetime military postcode shall be 7405. The wartime military postcode shall be 14526. The numerical name shall be 8155. The handler of the mobilisation plan shall be the Command of 2 snb /2 Medical Battalion/. The period of mobilisation shall be 36 hours. It shall operate as a 4th degree MFO.

i)   172 Auto-transport Battalion "B", in peacetime and in wartime, as per the formation No. 127.900.
The registration number in peacetime shall be 3542 and in wartime 7543. The peacetime location and mobilisation place shall be Bosanski Petrovac. The peacetime military postcode shall be 7437. The wartime military postcode shall be 14552. The numerical name shall be 8015. The handler of the mobilisation plan shall be the Command of 172 Auto-Transport Battalion. The period of mobilisation shall be 36 hours. It shall operate as a 4th degree MFO.

j)   1 Drvar Light Infantry Brigade "B", in peacetime and in wartime, as per the formation No. 111.974.
The registration number in peacetime shall be 3543 and in wartime 7544. The peacetime location and mobilisation place shall be Drvar. The peacetime military postcode shall be 7446. The wartime military postcode shall be 14475. The numerical name shall be 8055. The handler of the mobilisation plan shall be the Command of 1 lpbr /1 Light Infantry Brigade/. The period of mobilisation shall be 48 hours. It shall operate as a 4th degree MFO.

k)   2 Petrovac Light Infantry Brigade "B", in peacetime and in wartime, as per the formation No. 111.972.
The registration number in peacetime shall be 3544 and in wartime 7545. The peacetime location and mobilisation place shall be Bosanski Petrovac. The peacetime military postcode shall be 7463. The wartime military postcode shall be 14025. The numerical name shall be 8104. The handler of the mobilisation plan shall be the Command of 2 lpbr /2 Light Infantry Brigade/. The period of mobilisation shall be 48 hours. It shall operate as a 4th degree MFO.

l)   5 Glamoč Light Infantry Brigade "B", in peacetime and in wartime, as per the formation No. 111.978.
The registration number in peacetime shall be 3545 and in wartime 7546. The peacetime location and mobilisation place shall be Glamoč. The peacetime military postcode shall be 7500. The wartime military postcode shall be 14050. The numerical name shall be 8175. The handler of the mobilisation plan shall be the Command of 5 lpbr /5 Light Infantry Brigade/. The period of mobilisation shall be 48 hours. It shall operate as a 4th degree MFO.

m)   7 Kupres-Šipovo Light Infantry Brigade "B", in peacetime and in wartime, as per the formation No. 111.971.
The registration number in peacetime shall be 3546 and in wartime 7547. The peacetime location and mobilisation place shall be Drvar. The peacetime military postcode shall be 7529. The wartime military postcode shall be 14076. The numerical name shall be 8200. The handler of the mobilisation



0620-1203

-8-

plan shall be the Command of 7 lpbr /7 Light Infantry Brigade/. The period of mobilisation shall be 48 hours. It shall operate as a 4th degree MFO.

n)    9 Grahovo Light Infantry Brigade "B", in peacetime and in wartime, as per the formation No. 111.978.
The registration number in peacetime shall be 3547 and in wartime 7548. The peacetime location and mobilisation place shall be Bosansko Grahovo. The peacetime military postcode shall be 7531. The wartime military postcode shall be 14125. The numerical name shall be 8086. The handler of the mobilisation plan shall be the Command of 9 lpbr /9 Light Infantry Brigade/. The period of mobilisation shall be 48 hours. It shall operate as a 4th degree MFO.

o)    /(nj) in the local language/ 11 Krajina Light Infantry Brigade "B", in peacetime and in wartime, as per the formation No. 111.978.
The registration number in peacetime shall be 3548 and in wartime 7549. The peacetime location and mobilisation place shall be Bosanska Krupa. The peacetime military postcode shall be 7524. The wartime military postcode shall be 14136. The numerical name shall be 8066. The handler of the mobilisation plan shall be the Command of 11 lpbr /11 Light Infantry Brigade/. The period of mobilisation shall be 36 hours. It shall operate as a 4th degree MFO.

p)    /(o) in the local language/ 15 Bihać Infantry Brigade "B", in peacetime and in wartime, as per the formation No. 111.979.
The registration number in peacetime shall be 3549 and in wartime 7550. The peacetime location and mobilisation place shall be Bosanski Petrovac. The peacetime military postcode shall be 7574. The wartime military postcode shall be 14275. The numerical name shall be 8030. The handler of the mobilisation plan shall be the Command of 15 pbr /15 Infantry Brigade/. The period of mobilisation shall be 38 hours. It shall operate as a 4th degree MFO.

*/l. uph/*

4.    SARAJEVO-ROMANIJA CORPS:

a)    Corps Command with units attached to it, in peacetime and in wartime, as per the formation No. 111.901.
The registration number in peacetime shall be 3560 and in wartime 7560. The peacetime location and mobilisation place shall be Sarajevo. The peacetime military postcode shall be 7598. The wartime postcode shall be 14388. The numerical name shall be 8130. The handler of the mobilisation plan shall be the Command of Sarajevo-Romanija Corps. The period of mobilisation shall be 12 hours. It shall operate as a 2nd degree MFO.

b)    4 Battalion of Military Police "A", in peacetime and in wartime, as per the formation No. 111.983. The registration number in peacetime shall be 3561 and in wartime 7561. The peacetime location and mobilisation place shall be Sarajevo. The peacetime military postcode shall be 7050. The wartime military postcode shall be 14451. The numerical name shall be 8004. The handler of the mobilisation plan shall be the Command of 4 bVP /4 Battalion of Military Police/. The period of mobilisation shall be 12 hours. It shall operate as a 4th degree MFO.



0620-1204

-9-

c)   4 Signals Battalion "A", in peacetime and in wartime, as per the formation No. 118.901.
The registration number in peacetime shall be 3562 and in wartime 7562. The peacetime location and mobilisation place shall be Sarajevo. The peacetime military postcode shall be 7091. The wartime military postcode shall be 14525. The numerical name shall be 8115. The handler of the mobilisation plan shall be the Command of 4 bv /4 Signals Battalion/. The period of mobilisation shall be 12 hours. It shall operate as a 4th degree MFO.

d)   4 Mixed Antitank Artillery Regiment "B", in peacetime and in wartime, as per the formation No. 112.901.
The registration number in peacetime shall be 3563 and in wartime 7563. The peacetime location and mobilisation place shall be Pale. The peacetime military postcode shall be 7149. The wartime military postcode shall be 14560. The numerical name shall be 8145. The handler of the mobilisation plan shall be the Command of 4 mpoap /4 Mixed Antitank Artillery Regiment/. The period of mobilisation shall be 24 hours. It shall operate as a 4th degree MFO.

e)   4 Mixed Artillery Regiment "B", in peacetime and in wartime, as per the formation No. 112.902.
The registration number in peacetime shall be 3564 and in wartime 7564. The peacetime location and mobilisation place shall be Lukavica. The peacetime military postcode shall be 7201. The wartime military postcode shall be 14416. The numerical name shall be 8046. The handler of the mobilisation plan shall be the Command of 4 map /4 Mixed Artillery Regiment/. The period of mobilisation shall be 24 hours. It shall operate as a 4th degree MFO.

f)   4 Light Anti-Aircraft Artillery Regiment "B", in peacetime and in wartime, as per the formation No. 113.901.
The registration number in peacetime shall be 3565 and in wartime 7565. The peacetime location and mobilisation place shall be Lukavica. The peacetime military postcode shall be 7306. The wartime military postcode shall be 14464. The numerical name shall be 8094. The handler of the mobilisation plan shall be the Command of 4 lap PVO /4 Light Anti-Aircraft Artillery Regiment/. The period of mobilisation shall be 24 hours. It shall operate as a 4th degree MFO.

g)   4 Engineering Battalion "B", in peacetime and in wartime, as per the formation No. 117.902.
The registration number in peacetime shall be 3566 and in wartime 7566. The peacetime location and mobilisation place shall be Lukavica. The peacetime military postcode shall be 7347. The wartime military postcode shall be 14550. The numerical name shall be 8170. The handler of the mobilisation plan shall be the Command of 4 inžb /4 Engineering Battalion/. The period of mobilisation shall be 24 hours. It shall operate as a 4th degree MFO.

h)   4 Medical Battalion "B", in peacetime and in wartime, as per the formation No. 125.900.
The registration number in peacetime shall be 3567 and in wartime 7567. The peacetime location and mobilisation place shall be Pale. The peacetime military postcode shall be 7395. The wartime military postcode shall be 14594. The numerical name shall be 8036. The handler of the mobilisation plan shall be the Command of 4 snb /4 Medical Battalion/. The period of mobilisation shall be 12 hours. It shall operate as a 4th degree MFO.



0620-1205

-10-

i)   4 Auto-transport Battalion "B", in peacetime and in wartime, as per the formation No. 127.900. The registration number in peacetime shall be 3568 and in wartime 7568. The peacetime location and mobilisation place shall be Pale. The peacetime military postcode shall be 7452. The wartime military postcode shall be 14010. The numerical name shall be 8124. The handler of the mobilisation plan shall be the Command of 4 atb /4 Auto-Transport Battalion/. The period of mobilisation shall be 18 hours. It shall operate as a 4th degree MFO.

j)   1 Sarajevo Mechanised Brigade "A", in peacetime and in wartime, as per the formation No. 114.974.
The registration number in peacetime shall be 3569 and in wartime 7569. The peacetime location and mobilisation place shall be Lukavica. The peacetime military postcode shall be 7512. The wartime military postcode shall be 14537. The numerical name shall be 8195. The handler of the mobilisation plan shall be the Command of 1 mbr /1 Motorised Brigade/. The period of mobilisation shall be 18 hours. It shall operate as a 4th degree MFO.

k)   2 Sarajevo Light Infantry Brigade "R", in peacetime and in wartime, as per the formation No. 111.971.
The registration number in peacetime shall be 3570 and in wartime 7570. The peacetime location and mobilisation place shall be Lukavica. The peacetime military postcode shall be 7556. The wartime military postcode shall be 14438. The numerical name shall be 8074. The handler of the mobilisation plan shall be the Command of 2 lpbr /2 Light Infantry Brigade/. The period of mobilisation shall be 24 hours. It shall operate as a 4th degree MFO.

l)   1 Romanija Light Infantry Brigade "B", in peacetime and in wartime, as per the formation No. 111.973.
The registration number in peacetime shall be 3571 and in wartime 7571. The peacetime location and mobilisation place shall be Han Pijesak. The peacetime military postcode shall be 7536. The wartime military postcode shall be 14326. The numerical name shall be 8107. The handler of the mobilisation plan shall be the Command of 1 lpbr /1 Light Infantry Brigade/. The period of mobilisation shall be 24 hours. It shall operate as a 4th degree MFO.

m)   2 Romanija Motorised Brigade "A", in peacetime and in wartime, as per the formation No. 111.975.
The registration number in peacetime shall be 3572 and in wartime 7572. The peacetime location and mobilisation place shall be Sokolac and Pale. The peacetime military postcode shall be 7581. The wartime military postcode shall be 14375. The numerical name shall be 8136. The handler of the mobilisation plan shall be the Command of 2 mtbr /2 Motorised Brigade/. The period of mobilisation shall be 24 hours. It shall operate as a 4th degree MFO.

n)   1 Ilijaš Light Infantry Brigade "R", in peacetime and in wartime, as per the formation No. 111.972.
The registration number in peacetime shall be 3573 and in wartime 7573. The peacetime location and mobilisation place shall be Ilijaš. The peacetime military postcode shall be 7491. The wartime military postcode shall be 14300. The numerical name shall be 8185. The handler of the mobilisation



0620-1206

-11-

plan shall be the Command of 1 lpbr /1 Light Infantry Brigade/. The period of mobilisation shall be 24 hours. It shall operate as a 4th degree MFO.

o)   /(nj) in the local language/ 1 Ilidža Light Infantry Brigade "R", in peacetime and in wartime, as per the formation No. 111.974.
The registration number in peacetime shall be 3574 and in wartime 7574. The peacetime location and mobilisation place shall be Lukavica. The peacetime military postcode shall be 7063. The wartime military postcode shall be 14187. The numerical name shall be 8044. The handler of the mobilisation plan shall be the Command of 1 lpbr /1 Light Infantry Brigade/. The period of mobilisation shall be 24 hours. It shall operate as a 4th degree MFO.

5.   EAST BOSNIA CORPS:

a)   Corps Command with units attached to it, in peacetime and in wartime, as per the formation No. 111.901.
The registration number in peacetime shall be 3585 and in wartime 7585. The peacetime location and mobilisation place shall be Bijeljina. The peacetime military postcode shall be 7102. The wartime postcode shall be 14101. The numerical name shall be 8190. The handler of the mobilisation plan shall be the Command of IBK /East Bosnia Corps/. The period of mobilisation shall be 12 hours. It shall operate as a 2nd degree MFO.

b)   3 Battalion of Military Police "A", in peacetime and in wartime, as per the formation No. 111.983.
The registration number in peacetime shall be 3586 and in wartime 7586. The peacetime location and mobilisation place shall be Bijeljina. The peacetime military postcode shall be 7050. The wartime military postcode shall be 14451. The numerical name shall be 8052. The handler of the mobilisation plan shall be the Command of 3 bVP /3 Battalion of Military Police/. The period of mobilisation shall be 12 hours. It shall operate as a 4th degree MFO.

c)   3 Signals Battalion "A", in peacetime and in wartime, as per the formation No. 118.901.
The registration number in peacetime shall be 3587 and in wartime 7587. The peacetime location and mobilisation place shall be Bijeljina. The peacetime military postcode shall be 7176. The wartime military postcode shall be 14175. The numerical name shall be 8158. The handler of the mobilisation plan shall be the Command of 3 bv /3 Signals Battalion/. The period of mobilisation shall be 12 hours. It shall operate as a 4th degree MFO.

d)   3 Mixed Antitank Artillery Regiment "R", in peacetime and in wartime, as per the formation No. 112.901.
The registration number in peacetime shall be 3588 and in wartime 7588. The peacetime location and mobilisation place shall be Brčko. The peacetime military postcode shall be 7192. The wartime military postcode shall be 14211. The numerical name shall be 8058. The handler of the mobilisation plan shall be the Command of 3 mpoap /3 Mixed Antitank Artillery Regiment/. The period of mobilisation shall be 36 hours. It shall operate as a 4th degree MFO.



0620-1207

-12-

e)   3 Mixed Artillery Regiment "A", in peacetime and in wartime, as per the formation No. 112.902. The registration number in peacetime shall be 3589 and in wartime 7589. The peacetime location and mobilisation place shall be Bijeljina. The peacetime military postcode shall be 7215. The wartime military postcode shall be 14250. The numerical name shall be 8122. The handler of the mobilisation plan shall be the Command of 3 map /3 Mixed Artillery Regiment/. The period of mobilisation shall be 12 hours. It shall operate as a 4th degree MFO.

f)   3 Light Anti-Aircraft Artillery Regiment "A", in peacetime and in wartime, as per the formation No. 113.901.
The registration number in peacetime shall be 3590 and in wartime 7590. The peacetime location and mobilisation place shall be Brčko. The peacetime military postcode shall be 7262. The wartime military postcode shall be 14325. The numerical name shall be 8077. The handler of the mobilisation plan shall be the Command of 3 lap PVO /3 Light Anti-Aircraft Artillery Regiment/. The period of mobilisation shall be 12 hours. It shall operate as a 4th degree MFO.

g)   3 Engineering Regiment "R", in peacetime and in wartime, as per the formation No. 117.901.
The registration number in peacetime shall be 3591 and in wartime 7591. The peacetime location and mobilisation place shall be Lopare. The peacetime military postcode shall be 7316. The wartime military postcode shall be 14351. The numerical name shall be 8062. The handler of the mobilisation plan shall be the Command of 3 inžp /3 Engineering Regiment/. The period of mobilisation shall be 36 hours. It shall operate as a 4th degree MFO.

h)   3 Pontoons Company "R", in peacetime and in wartime, as per the formation No. 117.903.
The registration number in peacetime shall be 3592 and in wartime 7592. The peacetime location and mobilisation place shall be Bosanski Šamac. The peacetime military postcode shall be 7331. The wartime military postcode shall be 14500. The numerical name shall be 8002. The handler of the mobilisation plan shall be the Command of 3 pontč /3 Pontoons Company/. The period of mobilisation shall be 12 hours. It shall operate as a 4th degree MFO.

i)   3 Medical Battalion "R", in peacetime and in wartime, as per the formation No. 125.900.
The registration number in peacetime shall be 3593 and in wartime 7593. The peacetime location and mobilisation place shall be Doboj. The peacetime military postcode shall be 7363. The wartime military postcode shall be 14575. The numerical name shall be 8152. The handler of the mobilisation plan shall be the Command of 3 Snb /3 Medical Battalion/. The period of mobilisation shall be 36 hours. It shall operate as a 4th degree MFO.

j)   3 Auto-transport Company "A", in peacetime and in wartime, as per the formation No. 127.901.
The registration number in peacetime shall be 3594 and in wartime 7594. The peacetime location and mobilisation place shall be Doboj. The peacetime military postcode shall be 7401. The wartime military postcode shall be 14020. The numerical name shall be 8092. The handler of the mobilisation plan shall be the Command of 3 atč /4 Auto-transport Company/. The period of mobilisation shall be 12 hours. It shall operate as an auxiliary MFO.

k)   1 Posavina Infantry Brigade "A", in peacetime and in wartime, as per the formation No. 111.979.


Ivica Bošnjak
SARAJEVO
Ивица Бошњак

0620-1208

-13-

The registration number in peacetime shall be 3595 and in wartime 7595. The peacetime location and mobilisation place shall be Brčko. The peacetime military postcode shall be 7410. The wartime military postcode shall be 14037. The numerical name shall be 8168. The handler of the mobilisation plan shall be the Command of 1 pbr /1 Infantry Brigade/. The period of mobilisation shall be 12 hours. It shall operate as a 4th degree MFO.

l)    2 Posavina Infantry Brigade "A", in peacetime and in wartime, as per the formation No. 111.979.
The registration number in peacetime shall be 3596 and in wartime 7596. The peacetime location and mobilisation place shall be Bosanski Šamac. The peacetime military postcode shall be 7445. The wartime military postcode shall be 14100. The numerical name shall be 8112. The handler of the mobilisation plan shall be the Command of 2 pbr /2 Infantry Brigade/. The period of mobilisation shall be 12 hours. It shall operate as a 4th degree MFO.

m)    1 Semberija Light Infantry Brigade "A", in peacetime and in wartime, as per the formation No. 111.972.
The registration number in peacetime shall be 3597 and in wartime 7597. The peacetime location and mobilisation place shall be Bijeljina. The peacetime military postcode shall be 7506. The wartime military postcode shall be 14162. The numerical name shall be 8028. The handler of the mobilisation plan shall be the Command of 1 lpbr /1 Light Infantry Brigade/. The period of mobilisation shall be 12 hours. It shall operate as a 4th degree MFO.

n)    2 Semberija Light Infantry Brigade "R", in peacetime and in wartime, as per the formation No. 111.973.
The registration number in peacetime shall be 3598 and in wartime 7598. The peacetime location and mobilisation place shall be Bijeljina. The peacetime military postcode shall be 7561. The wartime military postcode shall be 14263. The numerical name shall be 8102. The handler of the mobilisation plan shall be the Command of 2 lpbr /2 Light Infantry Brigade/. The period of mobilisation shall be 36 hours. It shall operate as a 4th degree MFO.

o)    /(nj) in the local language/ 1 Majevica Light Infantry Brigade "A", in peacetime and in wartime, as per the formation No. 111.971.
The registration number in peacetime shall be 3599 and in wartime 7599. The peacetime location and mobilisation place shall be Ugljevik. The peacetime military postcode shall be 7244. The wartime military postcode shall be 14289. The numerical name shall be 8192. The handler of the mobilisation plan shall be the Command of 1 lpbr /1 Light Infantry Brigade/. The period of mobilisation shall be 12 hours. It shall operate as a 4th degree MFO.

p)    /(o) in the local language/ 1 Majevica Light Infantry Brigade "R", in peacetime and in wartime, as per the formation No. 111.974.
The registration number in peacetime shall be 3600 and in wartime 7600. The peacetime location and mobilisation place shall be Ugljevik. The peacetime military postcode shall be 7208. The wartime military postcode shall be 14338. The numerical name shall be 8118. The handler of the



0620-1209

-14-

mobilisation plan shall be the Command of 2 lpbr /2 Light Infantry Brigade/. The period of mobilisation shall be 36 hours. It shall operate as a 4th degree MFO.

q)   /(p̂) in the local language/ 1 Birač Infantry Brigade "R", in peacetime and in wartime, as per the formation No. 111.979.
The registration number in peacetime shall be 3601 and in wartime 7601. The peacetime location and mobilisation place shall be Zvornik. The peacetime military postcode shall be 7115. The wartime military postcode shall be 14362. The numerical name shall be 8012. The handler of the mobilisation plan shall be the Command of 1 pbr /1 Infantry Brigade/. The period of mobilisation shall be 36 hours. It shall operate as a 4th degree MFO.

r)   2 Ozren Light Infantry Brigade "R", in peacetime and in wartime, as per the formation No. 111.978.
The registration number in peacetime shall be 3603 and in wartime 7603. The peacetime location and mobilisation place shall be Bosansko Petrovo Selo. The peacetime military postcode shall be 7312. The wartime military postcode shall be 14476. The numerical name shall be 8142. The handler of the mobilisation plan shall be the Command of 2 lpbr /2 Light Infantry Brigade/. The period of mobilisation shall be 36 hours. It shall operate as a 4th degree MFO.

s)   1 Trebava Light Infantry Brigade "R", in peacetime and in wartime, as per the formation No. 111.978.
The registration number in peacetime shall be 3604 and in wartime 7604. The peacetime location and mobilisation place shall be Modriča. The peacetime military postcode shall be 7426. The wartime military postcode shall be 14514. The numerical name shall be 8178. The handler of the mobilisation plan shall be the Command of 1 lpbr /1 Light Infantry Brigade/. The period of mobilisation shall be 36 hours. It shall operate as a 4th degree MFO.

t)   /(š) in the local Language/ 1 Zvornik Light Infantry Brigade "B", in peacetime and in wartime, as per the formation No. 111.978.
The registration number in peacetime shall be 3605 and in wartime 7605. The peacetime location and mobilisation place shall be Zvornik. The peacetime military postcode shall be 7469. The wartime military postcode shall be 14294. The numerical name shall be 8006. The handler of the mobilisation plan shall be the Command of 1 lpbr /1 Light Infantry Brigade/. The period of mobilisation shall be 36 hours. It shall operate as a 4th degree MFO.



0620-1211

-16-

g)   7 Engineering Battalion "B", in peacetime and in wartime, as per the formation No. 117.902.
The registration number in peacetime shall be 3622 and in wartime 7622. The peacetime location and mobilisation place shall be Trebinje. The peacetime military postcode shall be 7457. The wartime military postcode shall be 14317. The numerical name shall be 8096. The handler of the mobilisation plan shall be the Command of 7 inžb /7 Engineering Battalion/. The period of mobilisation shall be 24 hours. It shall operate as a 4th degree MFO.

h)   7 Medical Battalion "R", in peacetime and in wartime, as per the formation No. 125.900.
The registration number in peacetime shall be 3623 and in wartime 7623. The peacetime location and mobilisation place shall be Trebinje. The peacetime military postcode shall be 7300. The wartime military postcode shall be 14282. The numerical name shall be 8022. The handler of the mobilisation plan shall be the Command of 7 Snb /7 Medical Battalion/. The period of mobilisation shall be 24 hours. It shall operate as a 4th degree MFO.

i)   7 Auto-transport Battalion "B", in peacetime and in wartime, as per the formation No. 127.900.
The registration number in peacetime shall be 3624 and in wartime 7624. The peacetime location and mobilisation place shall be Bileća. The peacetime military postcode shall be 7234. The wartime military postcode shall be 14382. The numerical name shall be 8042. The handler of the mobilisation plan shall be the Command of 7 atb /7 Auto-transport Battalion/. The period of mobilisation shall be 18 hours. It shall operate as a 4th degree MFO.

j)   189 Independent Mixed Artillery Division "B", in peacetime and in wartime, as per the formation No. 112.903.
The registration number in peacetime shall be 3625 and in wartime 7625. The peacetime location and mobilisation place shall be Trebinje. The peacetime military postcode shall be 7184. The wartime military postcode shall be 14458. The numerical name shall be 8134. The handler of the mobilisation plan shall be the Command of 189 mad /189 Mixed Artillery Division/. The period of mobilisation shall be 18 hours. It shall operate as a 4th degree MFO.

k)   10 Herzegovina Motorised Brigade "A", in peacetime and in wartime, as per the formation No. 111.976.
The registration number in peacetime shall be 3626 and in wartime 7626. The peacetime location and mobilisation place shall be Nevesinje. The peacetime military postcode shall be 7035. The wartime military postcode shall be /illegible/. The numerical name shall be 81466. The handler of the mobilisation plan shall be the Command of 10 hmbr /10 Herzegovina Motorised Brigade/. The period of mobilisation shall be 24 hours. It shall operate as a 4th degree MFO.

l)   23 Herzegovina Light Infantry Brigade "B", in peacetime and in wartime, as per the formation No. 111.974.
The registration number in peacetime shall be 3627 and in wartime 7627. The peacetime location and mobilisation place shall be Bileća. The peacetime military postcode shall be 7076. The wartime military postcode shall be 14563. The numerical name shall be 8197. The handler of the mobilisation plan shall be the Command of 23 hlpbr /23 Herzegovina Light Infantry Brigade/. The period of mobilisation shall be 24 hours. It shall operate as a 4th degree MFO.



Case: 4:19-mj-06244-PLC Doc. #: 1-2 Filed: 08/14/19 Page: 289 of 372 PageID #: 294

0620-1212

m) 29 Herzegovina Infantry Brigade "A", in peacetime and in wartime, as per the formation No. 111.979.
The registration number in peacetime shall be 3628 and in wartime 7628. The peacetime location and mobilisation place shall be Trebinje. The peacetime military postcode shall be 7229. The wartime military postcode shall be 14033. The numerical name shall be 8172. The handler of the mobilisation plan shall be the Command of 29 hpbr /29 Herzegovina Infantry Brigade/. The period of mobilisation shall be 24 hours. It shall operate as a 4th degree MFO.

n) 284 Independent Armoured Battalion "B", in peacetime and in wartime, as per the formation No. 114.903.
The registration number in peacetime shall be 3629 and in wartime 7629. The peacetime location and mobilisation place shall be Nevesinje. The peacetime military postcode shall be 7278. The wartime military postcode shall be 14075. The numerical name shall be 8147. The handler of the mobilisation plan shall be the Command of 284 saob /284 Independent Armoured Battalion/. The period of mobilisation shall be 18 hours. It shall operate as a 4th degree MFO.

o) /(nj) in the local version/ 529 Independent Motorised Battalion "B", in peacetime and in wartime, as per the formation No. 111.981.
The registration number in peacetime shall be 3630 and in wartime 7630. The peacetime location and mobilisation place shall be Avtovac. The peacetime military postcode shall be 7441. The wartime military postcode shall be 14088. The numerical name shall be 8064. The handler of the mobilisation plan shall be the Command of 529 smtb /529 Independent Motorised Battalion/. The period of mobilisation shall be 18 hours. It shall operate as a 4th degree MFO.

p) /(o) in the local language/ 1 Foča Light Infantry Brigade "B", in peacetime and in wartime, as per the formation No. 111.973.
The registration number in peacetime shall be 3631 and in wartime 7631. The peacetime location and mobilisation place shall be Foča. The peacetime military postcode shall be 7141. The wartime military postcode shall be 14144. The numerical name shall be 8078. The handler of the mobilisation plan shall be the Command of 1 lpbr /1 Light Infantry Brigade/. The period of mobilisation shall be 24 hours. It shall operate as a 4th degree MFO.

7. <u>INDEPENDENT UNITS</u>

a) 410 Intelligence Centre "A", in peacetime and in wartime, as per the formation No. 111.982.
The registration number in peacetime shall be 3642 and in wartime 7640. The peacetime location and mobilisation place shall be Sarajevo. The peacetime military postcode shall be 7496. The wartime military postcode shall be 14126. The numerical name shall be 8038. The handler of the mobilisation plan shall be the Command of 410 Intelligence Centre. The period of mobilisation shall be 12 hours. It shall operate as a 4th degree MFO.

b) 89 Rocket Artillery "A" Brigade, in peacetime and in wartime, as per the formation No. 112.904.



0620-1213

-18-

The registration number in peacetime shall be 3643 and in wartime 7641. The peacetime location and mobilisation place shall be Banja Luka. The peacetime military postcode shall be 7568. The wartime military postcode shall be 14150. The numerical name shall be 8068. The handler of the mobilisation plan shall be the Command of 89 rabr /89 Rocket Artillery Brigade/. The period of mobilisation shall be 36 hours. It shall operate as a 4th degree MFO.

c) 40 Engineering Regiment "A", in peacetime and in wartime, as per the formation No. 117.901.
The registration number in peacetime shall be 3644 and in wartime 7642. The peacetime location and mobilisation place shall be Sarajevo. The peacetime military postcode shall be 7266. The wartime military postcode shall be 14195. The numerical name shall be 8138. The handler of the mobilisation plan shall be the Command of 40 inžp /40 Engineering Regiment/. The period of mobilisation shall be 24 hours. It shall operate as a 4th degree MFO.

d) 67 Signals Regiment "A", in peacetime and in wartime, as per the formation No. 118.900.
The registration number in peacetime shall be 3645 and in wartime 7643. The peacetime location and mobilisation place shall be Sarajevo. The peacetime military postcode shall be 7044. The wartime military postcode shall be 14270. The numerical name shall be 8001. The handler of the mobilisation plan shall be the Command of 67 pv. /67 Signals Regiment/. The period of mobilisation shall be 12 hours. It shall operate as a 4th degree MFO.

e) 65 Motorised Protection Regiment "B", in peacetime and in wartime, as per the formation No. 111.980.
The registration number in peacetime shall be 3646 and in wartime 7644. The peacetime location and mobilisation place shall be Sarajevo. The peacetime military postcode shall be 7590. The wartime military postcode shall be 14330. The numerical name shall be 8026. The handler of the mobilisation plan shall be the Command of 65 mtp /65 Motorised Protection Regiment/. The period of mobilisation shall be 24 hours. It shall operate as a 4th degree MFO.

f) Supreme Military Court in Sarajevo, in peacetime and in wartime, as per the formation No. 229.800.01.
The registration number in peacetime shall be 3730 and in wartime 7718. The peacetime location and mobilisation place shall be Sarajevo. The peacetime military postcode shall be 7301. The wartime military postcode shall be 14227. The numerical name shall be 8211. The handler of the mobilisation plan shall be the VRS Main Staff. The period of mobilisation shall be 12 hours. It shall operate as an auxiliary MFO.

g) Military Court in Sarajevo, in peacetime and in wartime, as per the formation No. 229.800.02.
The registration number in peacetime shall be 3582 and in wartime 7583. The peacetime location and mobilisation place shall be Sarajevo. The peacetime military postcode shall be 7313. The wartime military postcode shall be 14236. The numerical name shall be 8207. The handler of the mobilisation plan shall be the Command of the Sarajevo-Romanija Corps. The period of mobilisation shall be 12 hours. It shall operate as an auxiliary MFO.

h) Military Court in Bleća, in peacetime and in wartime, as per the formation No. 229.800.03.
The registration number in peacetime shall be 3639 and in wartime 7638. The peacetime location and mobilisation place shall be Bileća. The peacetime military postcode shall be 7291. The wartime military postcode shall be 14231. The numerical name shall be 8179. The handler of the mobilisation plan shall be the Command of the Herzegovina Corps. The period of mobilisation shall be 12 hours. It shall operate as an auxiliary MFO.



0620-1214

-19-

i)    Military Court in Bijeljina, in peacetime and in wartime, as per the formation No. 229.800.04. The registration number in peacetime shall be 3609 and in wartime 7609. The peacetime location and mobilisation place shall be Bijeljina. The peacetime military postcode shall be 7243. The wartime military postcode shall be 14208. The numerical name shall be 8186. The handler of the mobilisation plan shall be the Command of East Bosnia Corps. The period of mobilisation shall be 12 hours. It shall operate as an auxiliary MFO.

j)    Military Court in Banja Luka, in peacetime and in wartime, as per the formation No. 229.800.05. The registration number in peacetime shall be 3529 and in wartime 7530. The peacetime location and mobilisation place shall be Banja Luka. The peacetime military postcode shall be 7249. The wartime military postcode shall be 14181. The numerical name shall be 8183. The handler of the mobilisation plan shall be the Command of 1 Krajina Corps. The period of mobilisation shall be 12 hours. It shall operate as an auxiliary MFO.

k)    Military Prosecutor's Office attached to the VRS Main Staff, in peacetime and in wartime, as per the formation No. 129.900.01. The registration number in peacetime shall be 3731 and in wartime 7713. The peacetime location and mobilisation place shall be Sarajevo. The peacetime military postcode shall be 7303. The wartime military postcode shall be 14228. The numerical name shall be 8212. The handler of the mobilisation plan shall be the Command of VRS Main Staff. The period of mobilisation shall be 12 hours. It shall operate as an auxiliary MFO.

l)    Military Prosecutor's Office attached to the Herzegovina Corps Command, in peacetime and in wartime, as per the formation No. 129.900.02. The registration number in peacetime shall be 3640 and in wartime 7639. The peacetime location and mobilisation place shall be Bileća. The peacetime military postcode shall be 7294. The wartime military postcode shall be 14232. The numerical name shall be 8181. The handler of the mobilisation plan shall be the Command of Herzegovina Corps. The period of mobilisation shall be 12 hours. It shall operate as an auxiliary MFO.

m)    Military Prosecutor's Office attached to the Sarajevo-Romanija Corps Command, in peacetime and in wartime, as per the formation No. 129.900.03. The registration number in peacetime shall be 3583 and in wartime 7584. The peacetime location and mobilisation place shall be Sarajevo. The peacetime military postcode shall be 7314. The wartime military postcode shall be 14237. The numerical name shall be 8215. The handler of the mobilisation plan shall be the Command of Sarajevo-Romanija Corps. The period of mobilisation shall be 12 hours. It shall operate as an auxiliary MFO.

n)    Military Prosecutor's Office attached to the East Bosnia Corps Command, in peacetime and in wartime, as per the formation No. 129.900.04. The registration number in peacetime shall be 3610 and in wartime 7610. The peacetime location and mobilisation place shall be Bijeljina. The peacetime military postcode shall be 7246. The wartime military postcode shall be 14209. The numerical name shall be 8189. The handler of the mobilisation plan shall be the Command of East Bosnia Corps. The period of mobilisation shall be 12 hours. It shall operate as an auxiliary MFO.

o)    /(nj) in the local language/ Military Prosecutor's Office attached to the 1 Krajina Corps Command, in peacetime and in wartime, as per the formation No. 129.900.05. The registration number in peacetime shall be 3530 and in wartime 7531. The peacetime location and mobilisation place shall be Banja Luka. The peacetime military postcode shall be 7258. The wartime military postcode shall be 14182. The numerical name shall be 8193. The handler of the mobilisation plan shall be the Command of 1 Krajina Corps. The period of mobilisation shall be 12 hours. It shall operate as an auxiliary MFO.



0620-1215

-20-

8.    REAR UNITS

a)  14 Rear Base "B", in peacetime and in wartime, as per the formation No. 311.960. The registration number in peacetime shall be 3651 and in wartime 7651. The peacetime location and mobilisation place shall be Banja Luka, and for a Rear Base segment – Bosanski Petrovac. The peacetime military postcode shall be 7101. The wartime military postcode shall be 14358. The numerical name shall be 8101. The handler of the mobilisation plan shall be the Command of 14 Rear Base. The period of mobilisation shall be 36 hours. It shall operate as a 4th degree MFO.

b)  27 Rear Base "B", in peacetime and in wartime, as per the formation No. 311.961. The registration number in peacetime shall be 3652 and in wartime 7652. The peacetime location and mobilisation place shall be Sokolac. The peacetime military postcode shall be 7103. The wartime military postcode shall be 14432. The numerical name shall be 8154. The handler of the mobilisation plan shall be the Command of 27 PoB /27 Rear Base/. The period of mobilisation shall be 36 hours. It shall operate as a 4th degree MFO.

c)  30 Rear Base "B", in peacetime and in wartime, as per the formation No. 311.962. The registration number in peacetime shall be 3653 and in wartime 7653. The peacetime location and mobilisation place shall be Bileća. The peacetime military postcode shall be 7105. The wartime military postcode shall be 14540. The numerical name shall be 8194. The handler of the mobilisation plan shall be the Command of 30 PoB /30 Rear Base/. The period of mobilisation shall be 36 hours. It shall operate as a 4th degree MFO.

d)  35 Rear Base "B", in peacetime and in wartime, as per the formation No. 311.963. The registration number in peacetime shall be 3654 and in wartime 7654. The peacetime location and mobilisation place shall be Bijeljina. The peacetime military postcode shall be 7109. The wartime military postcode shall be 14060. The numerical name shall be /illegible/. The handler of the mobilisation plan shall be the Command of 35 PoB /35 Rear Base/. The period of mobilisation shall be 36 hours. It shall operate as a 4th degree MFO.

9.    AIRFORCE AND ANTI-AIRCRAFT DEFENCE

a)   Command with units attached to it "A", in peacetime and in wartime, as per the formation No. 240.900. The registration number in peacetime shall be 3660 and in wartime 7660. The peacetime location and mobilisation place shall be Banja Luka. The peacetime military postcode shall be 7070. The wartime postcode shall be 14116. The numerical name shall be 8032. The handler of the mobilisation plan shall be the Command of VPVO /Airforce and Anti-Aircraft Defence/. The period of mobilisation shall be 12 hours. It shall operate as a 2nd degree MFO.

b)  92 Mixed Aviation Brigade "A", in peacetime and in wartime, as per the formation No. 315.900. The registration number in peacetime shall be 3661 and in wartime 7661. The peacetime location and mobilisation place shall be Banja Luka. The peacetime military postcode shall be 7171. The wartime postcode shall be 14533. The numerical name shall be 8114. The handler of the mobilisation plan shall be the Command of 92 mavbr /92 Mixed Aviation Brigade/. The period of mobilisation shall be 8 hours. It shall operate as a 4th degree MFO.


Ivica Bošnjak
SARAJEVO

0620-1216

-21-

c)   155 Rocket Regiment "A", in peacetime and in wartime, as per the formation No. 513.960.
The registration number in peacetime shall be 3662 and in wartime 7662. The peacetime location and mobilisation place shall be Banja Luka. The peacetime military postcode shall be 7272. The wartime postcode shall be 14044. The numerical name shall be 8184. The handler of the mobilisation plan shall be the Command of 155 rp /155 Rocket Regiment/. The period of mobilisation shall be 12 hours. It shall operate as a 4th degree MFO.

d)   51 Air Surveillance, Warning and Guidance Battalion "A", in peacetime and in wartime, as per the formation No. 538.000.
The registration number in peacetime shall be 3663 and in wartime 7663. The peacetime location and mobilisation place shall be Banja Luka. The peacetime military postcode shall be 7353. The wartime postcode shall be 14082. The numerical name shall be 8098. The handler of the mobilisation plan shall be the Command of 51 VOJIN /51 Air Surveillance, Warning and Guidance Battalion/. The period of mobilisation shall be 24 hours. It shall operate as a 4th degree MFO.

e)   474 Airbase "B", in peacetime and in wartime, as per the formation No. 322.900.
The registration number in peacetime shall be 3664 and in wartime 7664. The peacetime location and mobilisation place shall be Banja Luka. The peacetime military postcode shall be 7484. The wartime postcode shall be 14180. The numerical name shall be 8056. The handler of the mobilisation plan shall be the Command of 474 vb /474 Airbase/. The period of mobilisation shall be 24 hours. It shall operate as a 4th degree MFO.

f)   Air-transport Assault Company "A", in peacetime and in wartime, as per the formation No. 315.901.
The registration number in peacetime shall be 3665 and in wartime 7665. The peacetime location and mobilisation place shall be Banja Luka. The peacetime military postcode shall be 7665. The wartime postcode shall be 14245. The numerical name shall be 8106. The handler of the mobilisation plan shall be the Command of vpjč /Air-transport Assault Company/. The period of mobilisation shall be 12 hours. It shall operate as an auxiliary MFO.

g)   Electronic Surveillance and Observation Platoon "A", in peacetime and in wartime, as per the formation No. 328.900.
The registration number in peacetime shall be 3666 and in wartime 7666. The peacetime location and mobilisation place shall be Banja Luka. The peacetime military postcode shall be 7565. The wartime postcode shall be 14370. The numerical name shall be 8126. The handler of the mobilisation plan shall be the Command of Electronic Surveillance and Observation Platoon. The period of mobilisation shall be 8 hours. It shall operate as an auxiliary MFO.

h)   Security Service Aviation "A", in peacetime and in wartime, as per the formation No. 240.901.
The registration number in peacetime shall be 36677 and in wartime 7667. The peacetime location and mobilisation place shall be Banja Luka. The peacetime military postcode shall be 7500. The wartime postcode shall be 14556. The numerical name shall be 8177. The handler of the mobilisation plan shall be the Head of Security Service. The period of mobilisation shall be 6 hours. It shall operate as an auxiliary MFO.



0620-1217

-22-

FINAL PROVISIONS

1.    The forming and other organisational-formational adjustments shall be carried out by 15 July 1992 after which a report shall be communicated.

2.    When resolving issues from the field of material-financial operation related to the implementation of this Order, it is necessary to act in the manner as provided for by the Law on Means and Financing the Army of Serb Republic of Bosnia and Herzegovina, as well as in other regulations regulating the material-financial operations.

3.    A report on the implementation of the Order is to be submitted 15 days from the expiry of the period provided for its implementation.

RJ/AA

                                                    COMMANDER
                                                    Lieutenant General
                                                    Ratko Mladić, signed

                        /Round stamp: Main Staff of Republika Srpska Army/

*I hereby certify this is a true translation of the original written in Bosnian/Serbian/Croatian*

Sarajevo, Bosnia and Herzegovina, 15 December 2017

Ivica Bošnjak, Certified Court Interpreter for English





0620-1246

СРПСКА РЕПУБЛИКА
БОСНА И ХЕРЦЕГОВИНА

БРОЈ 01-58/92.

ДАТУМ 15.06. 1992 год.

САРАЈЕВО

ЧУВАТИ ЛА СМИШ *ТРАЈНО*

47 — drugi
dio

NARODNA ODBRANA
DRŽAVNA TAJNA

Primerak br _____

Na osnovu člana 2.Odluke o formiranju Vojske Srpske Republike
Bosne i Hercegovine, Predsedništvo Srpske Republike Bosne i Hercegovine,
na sjednici održanoj _____ juna 1992 godine, donijelo je


# O D L U K U

### O FORMIRANJU, ORGANIZACIJI, FORMACIJI I RUKOVODJENJU I KOMANDOVANJU
### VOJSKOM SRPSKE REPUBLIKE BOSNE I HERCEGOVINE


1. Organizovati i formirati Vojsku Srpske Republike Bosne i
Hercegovine.

Organizaciju Vojske i sistem rukovodjenja i komandovanja Vojskom
Srpske Republike Bosne i Hercegovine utvrditi u najkraćem vremenu, a
formirati ih u skladu sa strategijsko-operativnim zahtevima na ratištu u
Srpskoj Republici Bosni i Hercegovini.

2. Formiranje Vojske i sistema rukovodjenja i komandovanja Vojskom
Srpske Republike Bosne i Hercegovine izvršiti:

a) obrazovanjem Glavnog štaba Vojske Srpske Republike Bosne i
Hercegovine;

b) obrazovanjem operativnih sastava - korpusa kopnene vojske,
u čiji sastav ulaze: brigade, pukovi i odgovarajuće jedinice za podršku
i obezbjedjenje.

3. Operativne grupacije obrazovati po sledećem:

a) **1. krajiški korpus,** sastava: brigade,pukovi, jedinice podrške,
koje utvrdi komandant Glavnog štaba Vojske SR Bosne i Hercegovine.

Sjedište Komande korpusa u Banja Luci.

Granice odgovornosti korpusa odrediće komandant Glavnog štaba Vojske
Srpske Republike Bosne i Hercegovine.

- 2 -

b) **2.krajiški korpus, sastava:** brigade, pukovi i jedinice podrške.
Sjedište Komande korpusa u Drvaru.

Granice odgovornosti korpusa odrediće komandant GŠ Vojske SR BiH.

c) **Istočno-bosanski korpus,** sastava: brigade, pukovi i jedinice podrške.
Sjedište Komande korpusa u Bijeljini.

Granice odgovornosti korpusa odrediće komandant GŠ Vojske SR BiH.

d) **Sarajevsko-romanijski korpus,** sastava: brigade, pukovi i jedinice
podrške.

Sjedište Komande korpusa u Palama.

Granice odgovornosti korpusa odrediće komandant GŠ Vojske SR BiH.

e) **Hercegovački korpus,** sastava: brigade, pukovi i jedinice podrške.
Sjedište Komande korpusa Bileća.

Granice odgovornosti korpusa odrediće komandant GŠ Vojske SR BiH.

f) **Vazduhoplovstvo i PVO,** sastava: avijacijske i PVO jedinice i
avio baze.

Sjedište Komande Vazduhoplovstva i PVO u Banja Luci.

Granice odgovornosti operativne grupe odrediće komandant GŠ Vojske
SR BiH.

4.Rukovodjenje i komandovanje operativnim grupacijama na forntu
ostvaruje Glavni štab Vojske SR Bosne i Hercegovine, koji je neposredno potčinjen
Predsjedništvu SR Bosne i Hercegovine.

5. Komande korpusa:

a) U miru: rukovode i komanduju jedinicama Vojske SR Bosne i Hercegovine,

– 3 –

planiraju mobilizacijske pripreme, pripremaju korpusne prostorije za oružanu
borbu i pripremaju i osposobljavaju jedinice za oružanu borbu;

b) U ratu: pripremaju i vode jedinstvenu operaciju u zoni odgovornosti,
rukovode i konmanduju jedinicama u zoni odgovornosti.

Da bi se izvršilo formiranje komandi i jedinica Vojske SR Bosne i
Hercegovine, odmah izvršiti pozivanje svih pripadnika srpskog naroda, koji se
nalaze u jedinicama  JNA, da se sa svom opremom i naoružanjem pojedinačno,
grupno ili sa jedinicama stave na raspoloženje Vojske SR Bosne i Hercegovine.

Komande korpusa, brigada,pukova i jedinica podrške formirati od pri-
pripadnika  JNA koji odbiju Odluku Predsedništva  SRJ da se izvuku na
teritoriju  SR Jugoslavije. Opremanje i naoružavanje jedinica izvršiti sa
opremom i naoružanjem koje pripadnici srpskog naroda, koji se sada nalaze u
JNA, stave Vojsci SR Bosne i Hercegovine na raspolaganje.

6. Ovlašćuje se komandant Glavnog štaba Vojske SR Bosne i Hercegovine da,
zavisno od uslova i mogućnosti,utvrdi bližu organizaciju i formaciju jedinica
oružanih snaga.

7. Komandant Glavnog štaba Vojske SR Bosne i Hercegovine će preduzeti
mjere za realizaciju ove Odluke u što kraćem vremenu.

U toku formiranja novih jedinica Vojske SR BiH obezbediti odgovarajuću
borbenu gotovost jedinica na ratištu, koje su u toku borbenih dejstava već
bile formirane i tako nedozvoliti da usled napuštanja fronta od strane jedinica
JNA  dodje do razvijanja borbenih dejstava neprijatelja.

8. Ova Odluka stupa na snagu narednog dana od dana donošenja i neće se
objavljivati.

P R E D S J E D N I Š T V O
SRPSKE REPUBLIKE BOSNE I HERCEGOVINE

I certify this document consisting of
3 pages
to be a true, authenticated copy of the
document held by the Office of the
Prosecutor of the ICTY.
01-Jun-2010

P R E D S J E D N I K
PREDSJEDNIŠTVA SR B
Dr. Radovan Karadži

0620-1246

СРПСКА РЕПУБЛИКА
БОСНА И ХЕРЦЕГОВИНА
БРОЈ 01-58/92.
ДАТУМ 15.06 године
САРАЈЕВО

ЧУВАТИ ДА КУША ТРАЈНО

NARODNA ODBRANA
DRŽAVNA TAJNA
Primerak br _____

Na osnovu člana 2.Odluke o formiranju Vojske Srpske Republike
Bosne i Hercegovine, Predsedništvo  Srpske Republike Bosne i Hercegovine,
na sjednici održanoj _____ juna 1992 godine, donijelo je

## O D L U K U

O FORMIRANJU , ORGANIZACIJI, FORMACIJI I RUKOVODJENJU I KOMANDOVANJU
VOJSKOM SRPSKE REPUBLIKE BOSNE I HERCEGOVINE

1. Organizovati i formirati Vojsku Srpske Republike Bosne i
Hercegovine.
Organizaciju Vojske i sistem rukovodjenja i komandovanja Vojskom
Srpske Republike Bosne i Hercegovine utvrditi u najkraćem vremenu, a
formirati ih u skladu sa strategijsko-operativnim zahtevima na ratištu u
Srpskoj Republici Bosni i Hercegovini.

2. Formiranje Vojske i.sistema rukovodjenja i komandovanja Vojskom
Srpske Republike Bosne i Hercegovine izvršiti:

a) obrazovanjem Glavnog štaba Vojske Srpske Republike Bosne i
Hercegovine;
b) obrazovanjem operativnih sastava – korpusa kopnene vojske,
u čiji sastav ulaze: brigade, pukovi i odgovarajuće jedinice za podršku
i obezbjedjenje.

3. Operativne grupacije obrazovati po sledećem:

a) 1. krajiški korpus, sastava: brigade, pukovi, jedinice podrške,
koje utvrdi komandant Glavnog štaba Vojske SR Bosne i Hercegovine.
Sjedište Komande korpusa u Banja Luci.

Granice odgovornosti korpusa odrediće komandant Glavnog štaba Vojske
Srpske Republike Bosne i Hercegovine.

- 2 -

b) **2.krajiški korpus, sastava:** brigade, pukovi i jedinice podrške. Sjedište Komande korpusa u Drvaru.

Granice odgovornosti korpusa odrediće komandant GŠ Vojske SR BiH.

c) **Istočno–bosanski korpus,** sastava: brigade, pukovi i jedinice podrške. Sjedište Komande korpusa u Bijeljini.

Granice odgovornosti korpusa odrediće komandant GŠ Vojske SR BiH.

d) **Sarajevsko–romanijski korpus,** sastava: brigade, pukovi i jedinice podrške.

Sjedište Komande korpusa u Palama.

Granice odgovornosti korpusa odrediće komandant GŠ Vojske SR BiH.

e) **Hercegovački korpus,** sastava: brigade, pukovi i jedinice podrške. Sjedište Komande korpusa Bileća.

Granice odgovornosti korpusa odrediće komandant GŠ Vojske SR BiH.

f) **Vazduhoplovstvo i PVO,** sastava: avijacijske i PVO jedinice i avio baze.

Sjedište Komande Vazduhoplovstva i PVO u Banja Luci.

Granice odgovornosti operativne grupe odrediće komandant GŠ Vojske SR BiH.

4.Rukovodjenje i komandovanje operativnim grupacijama na forntu ostvaruje Glavni štab Vojske SR Bosne i Hercegovine, koji je neposredno potčinjen Predsjedništvu SR Bosne i Hercegovine.

5. Komande korpusa:

a) U miru: rukovode i komanduju jedinicama Vojske SR Bosne i Hercegovine,

- 3 -

planiraju mobilizacijske pripreme·, pripremaju korpusne prostorije za oružanu
borbu i pripremaju i osposobljavaju jedinice za oružanu borbu;

b) U ratu: pripremaju i vode jedinstvenu operaciju u zoni odgovornosti,
rukovode i komanduju jedinicama u zoni odgovornosti.

Da bi se izvršilo formiranje komandi i jedinica Vojske SR Bosne i
Hercegovine, odmah izvršiti pozivanje svih pripadnika srpskog naroda, koji se
nalaze u jedinicama  JNA, da se sa svom opremom i naoružanjem pojedinačno,
grupno ili sa jedinicama stave na raspoloženje Vojske SR Bosne i Hercegovine.

Komande korpusa, brigada, pukova i jedinica podrške formirati od pri-
pripadnika  JNA koji odbiju Odluku Predsedništva  SRJ da se izvuku na
teritoriju  SR Jugoslavije. Opremanje i naoružavanje jedinica izvršiti sa
opremom i naoružanjem koje pripadnici srpskog naroda, koji se sada nalaze u
JNA, stave Vojsci SR Bosne i Hercegovine na raspolaganje.

6. Ovlašćuje se komandant Glavnog štaba Vojske SR Bosne i Hercegovine da,
zavisno od uslova i mogućnosti, utvrdi bližu organizaciju i formaciju jedinica
oružanih snaga.

7. Komandant Glavnog štaba Vojske SR Bosne i Hercegovine će preduzeti
mjere za realizaciju ove Odluke u što kraćem vremenu.

U toku formiranja novih jedinica Vojske SR BiH obezbediti odgovarajuću
borbenu gotovost jedinica na ratištu, koje su u toku borbenih dejstava već
bile formirane i tako nedozvoliti da usled napuštanja fronta od strane jedinica
JNA  dodje do razvijanja borbenih dejstava neprijatelja.

8. Ova Odluka stupa na snagu narednog dana od dana donošenja i neće se
objavljivati.

PREDSJEDNIŠTVO
SRPSKE REPUBLIKE BOSNE I HERCEGOVINE

I certify this document consisting of
3 pages
to be a true, authenticated copy of the
document held by the Office of the
Prosecutor of the ICTY.
01-Jun-2010

PREDSJEDNIK
PREDSJEDNIŠTVA SR I
Dr. Radovan Karadži



*English Translation*                                   *ET 0620-1246-0620-1248*

/stamp:/

Serbian Republic of                          NATIONAL DEFENCE
Bosnia and Herzegovina                       STATE SECRET
Number: 01-58/92                             Copy no. _____
Date 15 June 1992
Sarajevo

/stamp:/

To keep ~~until the end of~~ PERMANENTLY

Pursuant to Article 2 of the Decision on forming the Army of the Serbian Republic of
Bosnia and Herzegovina, the Presidency of the Serbian Republic of Bosnia and
Herzegovina at the session held on _____ June 1992 adopted

DECISION

ON THE FORMING, ORGANISATION, ESTABLISHMENT AND COMMAND
AND CONTROL OF THE ARMY OF THE SERBIAN
REPUBLIC OF BOSNIA AND HERZERGOVINA

1. To organise and form the Army of the Serbian Republic of Bosnia and
   Herzegovina.
   The organisation of the Army and the system of control and command is to be
   determined as soon as possible and formed in accordance with strategic and
   operative requests on the front in the Serbian Republic of Bosnia and
   Herzegovina.

2. The forming of the Army and the system of control and command of the Army
   of the Serbian Republic of Bosnia and Herzegovina is to be carried out as
   follows:

   a) by establishing the Main Staff of the Army of the Serbian Republic of
      Bosnia and Herzegovina;
   b) by establishing operative groups – corps of land forces consisting of
      brigades, regiments and corresponding units for support and security.

EXT-KOSTJEREVAC-00296

*OTP / Team B / I.B*                                          *1 of 4.*

*English Translation*                                              *ET 0620-1246-0620*

3.   Operative groups are to be established as follows:

   a) **1ˢᵗ Krajina Corps** consisting of brigades, regiments, support units as
       determined by the Commander of the Main Staff of the Army of the
       SR */Serbian Republic/* of Bosnia and Herzegovina.
       The headquarters of the Corps Command shall be located in Banja
       Luka.

       The Corps area of responsibility shall be determined by the
       Commander of the Main Staff of the Army of the Serbian Republic of
       Bosnia and Herzegovina.

   b) **2ⁿᵈ Krajina Corps** consisting of brigades, regiments and support units.
       The headquarters of the Corps Command shall be located in Drvar.

       The Corps area of responsibility shall be determined by the
       Commander of the Main Staff of the Army of the Serbian Republic of
       Bosnia and Herzegovina.

   c) **Eastern Bosnia Corps** consisting of brigades, regiments and support
       units.
       The headquarters of the Corps Command shall be located in Bijeljina.

       The Corps area of responsibility shall be determined by the
       Commander of the Main Staff of the Army of the Serbian Republic of
       Bosnia and Herzegovina.

   d) **Sarajevo-Romanija Corps** consisting of brigades, regiments and
       support units.
       The headquarters of the Corps Command shall be located in Pale.

The Corps area of responsibility shall be determined by the Commander of the Main Staff of the Army of the Serbian Republic of Bosnia and Herzegovina.

c) **Herzegovina Corps** consisting of brigades, regiments and support units.

The headquarters of the Corps Command shall be located in Bileća.

The Corps area of responsibility shall be determined by the Commander of the Main Staff of the Army of the Serbian Republic of Bosnia and Herzegovina.

f) **Air Force and PVO** */anti-aircraft defence/* consisting of air force and PVO units and an air force base.

The headquarters of the Air Force Command shall be located in Banja Luka.

The operative group area of responsibility shall be determined by the Commander of the Main Staff of the Army of the Serbian Republic of Bosnia and Herzegovina.

4. The control and command of operative groups in the front shall be performed by the Main Staff of the Army of the SR of Bosnia and Herzegovina, which shall be directly subordinated to the Presidency of the SR of Bosnia and Herzegovina.

5. Corps commands:

   a) In peacetime: control and command the units of the Army of the SR of Bosnia and Herzegovina, plan mobilisation preparations, prepare corps ground for armed combat and prepare and train units for armed combat;

   b) In wartime: prepare and conduct an integrated operation in the area of responsibility, control and command units in the area of responsibility.

*English Translation*

ET 0620-1246-0620

In order to form commands and units of the Army of the SR Bosnia and Herzegovina, every member of the JNA /Yugoslav People's Army/ unit of Serbian ethnicity is to be called up to join the Army of the SR Bosnia and Herzegovina individually, in a group or with units, along with their equipment and weapons.

The commands of corps, brigades, regiments and support units are to be formed from the JNA members who refuse to obey the Decision of the FRY Presidency to withdraw to the territory of the FR Yugoslavia. The units are to be armed and equipped by weapons and equipment provided by the members of the Serbian people who are currently serving the JNA.

6. The Commander of the Main Staff of the Army of SR Bosnia and Herzegovina is hereby authorised to determine closer organisation and establishment of armed forces units, depending on conditions and circumstances.

7. The Commander of the Main Staff of the Army of SR Bosnia and Herzegovina shall take measures to implement this Decision as soon as possible.

In the process of forming new units of the SR BiH Army, the units which have already been formed during combat activities are to be on alert, in order to avoid the development of enemy combat activities when the JNA units start leaving the front.

8. This decision shall enter into force the day after its adoption and shall not be published.

9.

P R E S I D E N C Y
OF THE SERBIAN REPUBLIC OF BOSNIA AND HERZEGOVINA

PRESIDENT
OF THE SR BH PRESIDENCY
Dr. Radovan KARADŽIĆ
*/signed and stamped/*

I certify the document consisting of 4 pages to be a true, authentic and copy of the document held by the International Criminal Tribunal for the former Yugoslavia/Mechanism for International Criminal Tribunals. Portions redacted, if any, contain confidential information for which access has not been granted. Date: 07 December 201

Authorised Officer signat.

Case: 4:19-mj-06244-PLC Doc. #: 1-2 Filed: 08/14/19 Page: 305 of 372 PageID #: 310

01198227



# SLUŽBENI LIST / СЛУЖБЕНИ ЛИСТ
## REPUBLIKE BOSNE I HERCEGOVINE / РЕПУБЛИКЕ БОСНЕ И ХЕРЦЕГОВИНЕ

| Godina IV - Broj 50 | Četvrtak, 28. decembra/prosinca 1995. SARAJEVO | Akontacija pretplate se utvrđuje kvartalno |
|---|---|---|

## 548

Na osnovu Amandmana LXXIII tačka 1. stav 7. na Ustav Republike Bosne i Hercegovine, Predsjedništvo Republike Bosne i Hercegovine, donosi

### UKAZ
### O PROGLAŠENJU ZAKONA O IZMJENAMA ZAKONA O ODREĐIVANJU GRANIČNIH PRELAZA REPUBLIKE BOSNE I HERCEGOVINE

Proglašava se Zakon o izmjenama Zakona o određivanju graničnih prelaza Republike Bosne i Hercegovine, koji je donijela Skupština Republike Bosne i Hercegovine na sjednici Skupštine od 12. decembra 1995. godine.

| PR broj 1863/95 | Predsjednik |
| 22. decembra 1995. godine | Predsjedništva RBiH, |
| Sarajevo | Alija Izetbegović, s. r. |

### ZAKON
### O IZMJENAMA ZAKONA O ODREĐIVANJU GRANIČNIH PRELAZA REPUBLIKE BOSNE I HERCEGOVINE

#### Član 1.

U Zakonu o određivanju graničnih prelaza Republike Bosne i Hercegovine ("Službeni list RBiH", br. 24/92 i 13/94), u članu 1. u tački a) alineja 1. mijenja se i glasi:

- "drumski prelazi Ivanica, Neum, Doljani, Crveni Grm, Orahovlje, Gorica, Osoje, Kamensko, Strmica, Užljebić, Izačić, Velika Kladuša, Bosanska Dubica, Bosanska Gradiška, Bosanski Brod, Domaljevac i Bosanski Šamac".

#### Član 2.

Ovaj zakon stupa na snagu narednog dana od dana objavljivanja u "Službenom listu RBiH".

| | Predsjednik |
| | Skupštine RBiH, |
| | Miro Lazović, s. r. |

## 549

Na osnovu Amandmana LI tačka 5. stav 3. na Ustav Republike Bosne i Hercegovine, Predsjedništvo Republike Bosne i Hercegovine, donosi

### UREDBU SA ZAKONSKOM SNAGOM
### O DOPUNAMA ZAKONA O PREUZIMANJU SREDSTAVA BIVŠE SOCIJALISTIČKE FEDERATIVNE REPUBLIKE JUGOSLAVIJE U SVOJINU REPUBLIKE BOSNE I HERCEGOVINE

#### Član 1.

U Zakonu o preuzimanju sredstava bivše Socijalističke Federativne Republike Jugoslavije u svojinu Republike Bosne i Hercegovine ("Službeni list RBiH", br. 6/92 i 13/94) u članu 1. iza stava 2. dodaje se novi stav 3. koji glasi:

"Ugovori o kupoprodaji stanova, poslovnih prostora i garaža, zaključeni na osnovu odredaba Zakona o pravima i dužnostima saveznih organa u pogledu sredstava u društvenoj svojini koja oni koriste ("Službeni list RBiH", br. 2/92 i 13/94) i Zakona o stambenom osiguranju u JNA ("Službeni list RBiH", br. 2/92 i 13/94) su ništavni".

Pitanja u vezi sa otkupom nekretnina, koje su bile predmet ovih ugovora, uredit će se zakonom.".

#### Član 2.

Ova uredba objavljena je na oglasnoj tabli Predsjedništva Republike Bosne i Hercegovine dana 22. decembra 1995. godine kada je i stupila na snagu, a objavit će se i u "Službenom listu RBiH".

| PR broj 1866/95 | Predsjednik |
| 22. decembra 1995. godine | Predsjedništva RBiH, |
| Sarajevo | Alija Izetbegović, s. r. |

## 550

Polazeći od odredaba Opšteg okvirnog sporazuma o miru u Bosni i Hercegovini od 14. decembra 1995. godine, Predsjedništvo Republike Bosne i Hercegovine, na prijedlog Ministarstva odbrane, na osnovu Amandmana LI tačka 5. stav 3. na Ustav Republike Bosne i Hercegovine, na sjednici od 22. decembra 1995. godine, donijelo je

### ODLUKU
### O UKIDANJU RATNOG STANJA

#### I

Na teritoriji Republike Bosne i Hercegovine ukida se ratno stanje, uvedeno Odlukom Predsjedništva Republike Bosne i Hercegovine od 20. juna 1992. godine ("Službeni list RBiH", br. 7/92 i 13/94).

#### II

Odluka o proglašenju neposredne ratne opasnosti od 8. aprila 1992. godine ("Službeni list RBiH", br. 1/92 i 13/94) ostaje na snazi.

Case: 4:19-mj-06244-PLC   Doc. #: 1-2   Filed: 08/14/19   Page: 306 of 372 PageID #: 311

01198228

III

Svi državni organi će bez odlaganja izvršiti pripreme i pristupiti sprovođenju Opšteg okvirnog sporazuma o miru u Bosni i Hercegovini.

IV

Ministarstvo odbrane će, u zajednici sa Generalštabom Armije Republike Bosne i Hercegovine i drugim državnim organima, preduzeti potrebne mjere u cilju sprovođenja ove odluke.

V

O ovoj odluci Predsjedništvo Republike Bosne i Hercegovine će obavijestiti Savjet bezbjednosti Ujedinjenih nacija.

VI

Ova odluka objavljena je na oglasnoj tabli Predsjedništva Republike Bosne i Hercegovine dana 22. decembra 1995. godine kada je i stupila na snagu, a objavit će se i u "Službenom listu RBiH".

PR broj 1861/95                    Predsjednik
22. decembra 1995. godine     Predsjedništva RBiH,
Sarajevo                            Alija Izetbegović, s. r.

551

Na osnovu čl. 2. i 16. Zakona o pomilovanju ("Službeni list SRBiH", broj 17/77 i "Službeni list RBiH", br. 6/92 i 13/94) i člana 49. stav 2. Poslovnika Predsjedništva Republike Bosne i Hercegovine, Predsjedništvo Republike Bosne i Hercegovine, na sjednici od 22. decembra 1995. godine, donijelo je

## ODLUKU
### O ABOLICIJI PO SLUŽBENOJ DUŽNOSTI

I

Oslobađaju se od daljeg krivičnog gonjenja, u cilju razmjene za lica zarobljena od strane agresora:

1. KRSTIĆ (Vaso) ČEDO
2. GOLUB (Petar) MILOVAN
3. TOLJ (Nedo) DRAGO
4. KRSTIĆ (Đorđe) MILOŠ
5. KRSTIĆ (Jovo) PREDRAG
6. MILANOVIĆ (Božidar) DANKO
7. KRSTIĆ (Staniša) MARINKO
8. ŽUŽA (Miloš) MIODRAG
9. LOJANICA (Gojko) MILORAD
10. VARAGIĆ (Božidar) MILORAD
11. ĐORĐIĆ (Ilija) BOŽIDAR
12. ĐORĐIĆ (Ilija) BRANKO
13. ZIMONJA (Danilo) SRETKO
14. JOKANOVIĆ (Milenko) MILAN
15. SAMOUKOVIĆ (Nedeljko) NEDELJKO
16. GLAVAŠ (Mirko) BRANKO
17. NJEGOVAN (Milovan) VOJNO
18. LOJANICA (Kosta) KOSTA
19. LOJANICA (Stojan) ŽARKO
20. KRSTIĆ (Svetozar) SRETEN
21. ŠUVAJLO (Spasoje) BORO
22. GOLUB (Milidrag) RANKO
23. LJUJIĆ (Božo) DRAGO
24. VITOR (Savo) NIKOLA
25. KRSTIĆ (Milan) MOMIR
26. VITOR (Zdravko) SRETEN
27. KRSTIĆ (Đorđo) BORO
28. KRSTIĆ (Staniša) RISTO

29. NJEGOVAN (Stevan) DANILO
30. GLAVAŠ (Savo) BRANISLAV
31. LALUŠIĆ (Branko) NEDO
32. MAGAZIN (Rajko) NEDELJKO
33. LALUŠIĆ (Stjepan) RADOSLAV
34. VITOR (Zdravko) OSTOJA
35. KRSTIĆ (Rajko) TIHOMIR
36. ZINDOVIĆ (Lazar) KRSTO
37. GAVRILOVIĆ (Milenko) SRETEN
38. ŠUVAJLO (Boško) MLADEN
39. ĐURIĆ (Vitomir) DRAGAN
40. STANIŠIĆ (Svetislav) VELISAV
41. JEVTIĆ (Milan) MIRKO
42. LAZIĆ (Milan) RAJKO.

II

Odluka stupa na snagu danom izvršene razmjene.

III

Ovlašćuje se Državna komisija za razmjenu ratnih zarobljenika da izvrši provođenje ove odluke.

IV

Odluku objaviti u "Službenom listu RBiH".
Broj 02-011-802/95                 Predsjednik
22. decembra 1995. godine     Predsjedništva RBiH
Sarajevo                            Alija Izetbegović, s. r.

552

Na osnovu čl. 2. i 16. Zakona o pomilovanju ("Službeni list RBiH", broj 17/77 i "Službeni list RBiH", br. 6/92 i 13/94) i člana 49. stav 2. Poslovnika Predsjedništva Republike Bosne i Hercegovine, Predsjedništvo Republike Bosne i Hercegovine, na sjednici od 22. decembra 1995. godine, donijelo je

## ODLUKU
### O POMILOVANJU PO SLUŽBENOJ DUŽNOSTI

I

Oslobađaju se od daljeg izvršenja kazne zatvora, u cilju razmjene za lica zarobljena od strane agresora:

1. OBRADOVIĆ (Dušan) MILAN
2. KOVAČEVIĆ (Milivoj) NEBOJŠA
3. BOKAN (Radmilo) ALEKSANDAR
4. BOKAN (Radmilo) MILOŠ
5. BOKAN (Radmilo) NENAD

II

Odluka stupa na snagu danom izvršene razmjene.

III

Ovlašćuje se Državna komisija za razmjenu ratnih zarobljenika da izvrši provođenje ove odluke.

IV

Odluku objaviti u "Službenom listu RBiH".
Broj 02-011-803/95                 Predsjednik
22. decembra 1995. godine     Predsjedništva RBiH,
Sarajevo                            Alija Izetbegović, s. r.

553

Na osnovu člana 20. stav 2. Zakona o okružnim vojnim sudovima ("Službeni list RBiH", br. 12/92, 21/92, 23/92, 17/93, 22/93 i 28/94), na prijedlog ministra pravde, Predsjedništvo Republike Bosne i Hercegovine, na sjednici od decembra 1995. godine, donijelo je

I certify that this document consisting of 2 pages is a true and authenticated copy of the document held by the ICTY.

November 2017



01198227

# OFFICIAL GAZETTE
## OF THE REPUBLIC
## OF BOSNIA AND HERZEGOVINA

| Year IV – Number 50 | Thursday, 28 December 1995 SARAJEVO | The advance payment for subscription is determined quarterly |
|---|---|---|

550

Proceeding from the provisions of the General Framework Agreement for Peace in Bosnia and Herzegovina dated 14 December, the Presidency of the Republic of Bosnia and Herzegovina, at the proposal of the Ministry of Defence, pursuant to Amendment LI (5) (3) to the Constitution of the Republic of Bosnia and Herzegovina, at its session held on 22 December 1995 issued the following

**DECISION**
**ON TERMINATION OF THE STATE OF WAR**

I

The state of war introduced by a Decision of the Presidency of the Republic of Bosnia and Herzegovina dated 20 June 1992 ("Official Gazette of the Republic of Bosnia and Herzegovina", No. 7/92 and 13/94) is hereby terminated in the territory of the Republic of Bosnia and Herzegovina.

II

The Decision on Declaring the State of Imminent Danger of War dated 8 July 1992 ("Official Gazette of the Republic of Bosnia and Herzegovina", No. 1/92 and 13/94) shall remain in force.

III

All State authorities shall, without delay, carry out preparations and start implementing the General Framework Agreement for Peace in Bosnia and Herzegovina.

IV

The Ministry of Defence shall, together with the General Staff of the Army of Bosnia and Herzegovina and other State authorities, undertake necessary measures to implement this Decision.

V

The Presidency of the Republic of Bosnia and Herzegovina shall notify the UN Security Council of this Decision.

VI

This Decision was published at the noticeboard of the Presidency of the Republic of Bosnia and Herzegovina on 22 December 1995 when it came into force and it shall also be published in the "Official Gazette of the Republic of Bosnia and Herzegovina".

PR No. 1861/95
22 December 1995
Sarajevo

President
of the Presidency of RBiH
**Alija Izetbegović**, signed

*I hereby certify this is a true translation of the original written in Bosnian/Serbian/Croatian*

Sarajevo, Bosnia and Herzegovina, 12 December 2017

Ivica Bošnjak, Certified Court Interpreter for English    *Ivica*



EXT-KOSTJEREVAC-00302





47953214

## РЕПУБЛИКА СРПСКА
### МИНИСТАРСТВО УНУТРАШЊИХ ПОСЛОВА
#### ЦЕНТАР ЈАВНЕ БЕЗБЈЕДНОСТИ БИЈЕЉИНА
Незнаних јунака б.б., Бијељина , тел: 055/235-100 , факс: 055/235-113

Број: 10-02/1-230- 976/14
Датум: 22.10.2014. године

BOSNA I HERCEGOVINA
TUŽILAŠTVO ...ISTVO BiH
Primljen   23 -0- 2014   13,34
Org. jed.
           Broj:
           4193   09  NOMA RADNA
                          EACIJA
Po 22293/14   Ovlašteni radnik za ...štva tuželjstva


**ТУЖИЛАШТВО БИХ**
**САРАЈЕВО**
н/р тужиоца **Миланка Кајганића**

**ПРЕДМЕТ:** Ново Село, општина Зворник, подаци,
Доставља се -

**ВЕЗА:** Ваша Наредба број: Т20 0 КТ-РЗ 0004193 09 од 21.04.2014. год.


У прилогу акта достављамо Вам војну радну карту о распореду снага и линији раздвајања јединица ВРС и Армије РБиХ на ширем подручју општине Зворник, односно мјеста Ново Село током септембра 1992. год.

**ПРИЛОГ:**
-   као у тексту

**ММ**

Б. НАЧЕЛНИК ЦЈБ
Бориелав Тркиниħ



РАСПОРЕД СНАГА

СЕПТЕМБАР 1992

ЗВПбр



/Handwritten: Kajganić/



**47953214**

# REPUBLIKA SRPSKA
## MINISTRY OF INTERIOR
### CENTRE FOR PUBLIC SECURITY BIJELJINA

Neznanih junaka b.b. St, Bijeljina, Tel.: 055/235-100, Fax: 055/235-113

Number: 10-02/1-230-976/14
Date: 22 October 2014

/Rectangular stamp: Bosnia and Herzegovina; Prosecutor's Office of Bosnia and Herzegovina; Received on 23 Oct 2014 at 1.37pm; Organisational unit /illegible/; Number: 4193 09; Attachment: Military working map; Ro 22293/14; Authorised officer of the Prosecutor's Office of Bosnia and Herzegovina, signed /signature illegible//

**PROSECUTOR'S OFFICE
OF BOSNIA AND HERZEGOVINA
SARAJEVO
C/o Milanko Kajganić, Prosecutor**

**SUBJECT:** Novo Selo, municipality of Zvornik, information

**REFERENCE: Your Order Ref. No. T20 0 KT-RZ 0004193 09 dated 21 April 2014**

Please find attached a military working map depicting the disposition of troops and the confrontation line between VRS /RS Army/ and RBiH Army units in the general area of the municipality of Zvornik, i.e. Novo Selo, during September 1992.

**ATTACHMENT:**
- **As above**

**MM**

**PP CHIEF OF CJB /CENTRE FOR PUBLIC SECURITY/**

Borislav Grkinić, signed

/Round stamp: Republika Srpska, Ministry of Interior, Centre for Public Security Bijeljina, coat of arms/



*I hereby certify this is a true translation of the original written in Bosnian/Serbian/Croatian*

Sarajevo, Bosnia and Herzegovina, 8 December 2017

Ivica Bošnjak, Certified Court Interpreter for English



Ivica Bošnjak
SARAJEVO
Ивица Бошњак
САРАЈЕВО



. 385/61                          Obrazac No. ...........

| | | | JEDINIČNI KARTON |
|---|---|---|---|

ored u kartoteci:

| a | Podgrupa | Odeljak | Pododelj. |
|---|---|---|---|
| 1 | 0 | 3 | |

1 1 0 9 9 6 9 1 8 5 8 9 6
(Jedinstveni matični broj građana)

**KUSTJEREVAC** Suljemana **ADEM**                muški
(Prezime, ime oca ili majke i ime)          2. Pol:

**11.09.1961.**         4. D. Snagojevo, Zvornik BiH
(Datum rođenja)        (Mesto, opština i SR-SAP rođenja)

tanuje:  *Tornica – Sapoievni*
                    (Mesto, ulica i broj, opština)

arodnost:  **Musliman**          7. Zanimanje: ...........

aposlen: ...........................................
          (Naziv i adresa radne organizacije)

kolska sprema: ...........................................

nanja važna za OS: ...........................................

egrutovan: ...........................................     12. Sposobnost: ...........
          (Datum)

od-službe: ...........................    14. Trajanje voj. roka: ...........

ES ...........  16. Dužnost: ...........
  (Osnovni)                (Osnovna)

ES ...........  18. Dužnost: ...........
  (Dopunski)               (Dopunska)

luženje vojnog roka:

| Vojna pošta i mesto | Stupio | Otpušten |
|---|---|---|
| | | |

| 21. | 22. |
|---|---|
| Serija, broj vojne knjižice | (Ratna značka) | (Vojna oprema) |

R: ...........    24.
  (Brojni naziv i oznaka RJ)        (VES i dužnost u RJ)

češće u ratu: ...........   **28.04.1992 — 17.04.1996**
  (Brojni naziv    (Datum stupanja)    (Datum pres-
   ili VP RJ)                          tanka sl.)
                OKREHI →

---

| Vojne škole i kursevi | | Naziv ... |
|---|---|---|
| | 1 | |
| | 2 | |
| | 3 | |

27. Ocena:

28. Vojne vežbe:

| | Vojna pošta i mesto | Od | Do |
|---|---|---|---|
| 1 | T MUSLIMANSKA ZVORNIK | 08.04.1992 | 20.04.1994 |
| 2 | VJ 5455 SREBRENIK | 30.08.1994 | 25.03.1995 |
| 3 | VJ 5475 SREBRENIK | 26.03.1995 | 24.12.95 |
| 4 | VJ 5188 GRADAČAC | 25.12.95 | 10.02.96 |
| 5 | V.J. 5033 SREBRENIK | 11.02.96 | 17.04.1996 |
| 6 | | | |
| 7 | | | |
| 8 | | | |

Preobuka     29. VES ...........   30. Dužnost ...........
             31. VES ...........   32. Dužnost ...........

33. Proizvođenje — unapređenje u čin

| | Čin | Ukaz — naredba | Broj i datum |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

34. Odlikovanja

| | Naziv | Ukaz | Naziv | Ukaz |
|---|---|---|---|---|
| 1 | | | 3 | |
| 2 | | | 4 | |

35. Sudske kazne

| | Vrsta delikta | Sud i godina presude | Vrsta i visina kazne |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

36. Ostali podaci:

............ 19...... god.
Starešina jedinice        (M.P.)

Ovlašćeno lice nadležnog
opštinskog organa

Case: 4:19-mj-06244-PLC Doc. #: 1-2 Filed: 08/14/19 Page: 314 of 372 PageID #: 319

Obrazac Vob-2

**MATIČNI KARTON**

d u kartoteci:

| Podgrupa | Odeljak | Pododjelj. |
|----------|---------|------------|
| 1 | 1 | |

1109961183893

(Jedinstveni matični broj građana)

KUSTJEREVAC Sulejmana ADEM    2. Pol: muški
(Prezime, ime oca ili majke i lme)

..09.1961.    4. D. Snagojevo, Zvornik BiH
(Datum rođenja)         (Mjesto, opština i R - AP rođenja)

...Snaqojevo - DOSOIPUICI
(Mjesto, ulica i broj, opština)

...nost  Musliman    7. Zanimanje

...oslen:    (Naziv i adresa radne organizacije)

...lska sprema:

...nja važna za OS:

...    12. Sposobnost:
(Datum)

...služba:    14. Trajanje (voj roka:
(Osnovni)

...    16. Dužnost:    (Osnovna)

M152-C

...    18. Dužnost:    (Dopunska)
(Dopunski)

...enje vojnog roka:

| Vojna pošta i mjesto | Stupio | Otpušten |
|---------------------|--------|----------|
| | | |
| | | |
| | | |

...rja, broj vojne knjižice)    21.    22.
(Ratna značka)    (Vojna oprema)

...    24.
(Brojni naziv i oznaka RJ)    (VES i dužnost u RJ)

...šće u ratu:    08.04.1992.    17.04.1996.
(Brojni naziv    (Datum stupanja)    (Datum pres-
ili VP RJ)    OKRENI →    tanka sl.)

---

| Vojne škole kursevi | | Naziv škole ili kursa | | |
|---|---|---|---|---|
| | 1 | | | |
| | 2 | | | |
| | 3 | | | |

Ocjena

| 28. Vojne vježbe | | Vojna pošta i mjesto | Od | Do |
|---|---|---|---|---|
| | 1 | I MUSLIMANSKA ZVORNIK | 08.04.'92 | 30.08.'93 |
| | 2 | VJ-5155 Srebrenik | 30.08.'94 | 25.03.'95 |
| | 3 | VJ-5475 -n- | 26.03.'95 | 24.12.'95 |
| | 4 | VJ-5188 Gradačac | 25.12.'95 | 10.02.'96 |
| | 5 | VJ-5033 Srebrenik | 11.02.'96 | 17.04.'96 |
| | 6 | | | |
| | 7 | | | |
| | 8 | | | |

Preobuka    29. VES    30. Dužnost

31. VES    32. Dužnost

| 33. Proizvođenje — unapređenje u čin | | Čin | Ukaz — naredba | Broj i datum |
|---|---|---|---|---|
| | 1 | | | |
| | 2 | | | |
| | 3 | | | |
| | 4 | | | |
| | 5 | | | |

| 34. Odlikovanja | | Naziv | Ukaz | Naziv | Ukaz |
|---|---|---|---|---|---|
| | 1 | | | | |
| | 2 | | | | |

| 35. Sudske kazne | | Vrsta delikta | Sud i godina presude | Vrsta i visina kazne |
|---|---|---|---|---|
| | 1 | | | |
| | 2 | | | |
| | 3 | | | |
| | 4 | | | |
| | 5 | | | |

36. Članstvo u

37. Ostali podaci:

...    19...... god.

Potpis ovlašćenog lica nadležnog
opštinskog organa

/Handwritten: The copy corresponds to the original/

Form Vob-2

## REGISTRATION CARD

**File classification:**

| Group | Subgroup | Section | Subsection |
|-------|----------|---------|------------|
| 3 | 4 | 4 | 3 |

**1409960183892**
(Citizen's personal identification number)

1. **KOSTJEREVAC Suleiman ADEM** ..... 2. Sex: ..... Male
(Last name, father or mother's name, first name)

3. 11 September 1961 ..... 4. **D. Snagojevo, Zvornik** B&H
(Date of birth) ..... (Place, municipality and Republic – Autonomous Province of birth)

5. Residing at: **Jasenica - Dobojevici**
(Place, street and house number, municipality)

6. Ethnicity: **Muslim** ..... 7. Occupation: .....

8. Employed with: .....
(Name and address of the work organization)

9. Qualifications: .....

10. Knowledge of importance for the Armed Forces: .....

11. Drafted on: ..... 12. Capability: .....
(Date)

13. Branch-service: ..... 14. Duration of military service: .....

15. Military speciality: .....(Main) ..... 16. Duty: .....(Main)

17. Military speciality: .....(Supplementary) ..... 18. Duty: .....(Supplementary)

19. Military service:

| Military post and place | Start date: | Release date: |
|-------------------------|-------------|---------------|
| | | |
| | | |
| | | |

20. .....(Military booklet series and No.) ..... 21. .....(War badge) ..... 22. .....(Military equipment)

23. Wartime assignment: .....(Numeric name and code of the War Unit) ..... 24. .....(Military speciality and duty in the War Unit)

25. Participation in war: **08.04.1992** .....(Start date) ..... **17.04.1996** .....(Service end date)
(Numeric name or Military Post of the War Unit) Turn over

---

| Military schools and trainings | School or training name | From – To | Mark |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

27. Mark

28. Military exercises

| | Military post and place | From | To |
|---|---|---|---|
| 1 | 1st Muslim - Zvornik | 08.04.92 | 20.08.93 |
| 2 | Military Unit /MU/-5155 Srebrenik | 20.08.94 | 15.02.95 |
| 3 | MU-5475 | 26.03.95 | 24.12.95 |
| 4 | MU-5188 Gradačac | 25.12.95 | 10.02.96 |
| 5 | MU-5033 Srebrenik | 12.03.96 | 17.04.96 |
| 6 | | | |
| 7 | | | |
| 8 | | | |

Retraining

29. Military speciality ..... 30. Duty .....

31. Military speciality ..... 32. Duty .....

33. Conferred the rank of- promoted to the rank of

| | Rank | Decree - order | Number and date |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

34. Decorations

| | Name | Decree | Name | Decree |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |

35. Judicial penalties

| | Type of delict | Court and date of judgement | Type and amount of penalty |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

36. Membership in

37. Other information

Signature of the authorised person from the competent municipal authority

19. .....

INTERPRETER FOR ENGLISH

EXT-KOSTJEREVAC-00310

Form Vob-3 /Handwritten: The copy corresponds to the original/

**UNIT CARD**

1,10996918540 (*underneath:* 1 1 0 9 9 6 9 1 8 5 4 0)
(Citizen's personal identification number)

| Military schools and trainings | | School or training name | From - To | Mark |
|---|---|---|---|---|
| | 1 | | | |
| | 2 | | | |
| | 3 | | | |

27. Mark

**File classification:**

| Group | Subgroup | Section | Subsection |
|---|---|---|---|
| | 4 | 1 | 3 |

1. KOSTJEREVAC Sulejman ADEM                    2. Sex: Male
   (Last name, father or mother's name, first name)

3. 11 September 1961    4. Snagojevo, Zvornik, B&H
   (Date of birth)    (Place, municipality and Republic – Autonomous Province of birth)

5. Residing at: Jasenica – Dobojevići
   (Place, street and house number, municipality)

6. Ethnicity: Muslim        7. Occupation:

8. Employed with:
   (Name and address of the work organization)

9. Qualifications:

10. Knowledge of importance for the Armed Forces:

11. Drafted on:             12. Capability:
    (Date)

13. Branch-service:         14. Duration of military service:

15. Military speciality (Main)    16. Duty: (Main)

17. Military speciality 1452-6 (Supplementary)    18. Duty: (Supplementary)

19. Military service:

| Military post and place | Start date | Release date |
|---|---|---|
| | | |
| | | |
| | | |

20. (Military booklet series and No.)    21. (War badge)    22. (Military equipment)

23. Wartime assignment
    (Numeric name and code of the War Unit)    (Military speciality and duty in the War Unit)

24. Participation in war: 28.05.1992 - 17.04.1996
    (Numeric name or Military Post of the War Unit)   (Start date)   (Service end date)
    Turn over

| 28. Military exercises | | Military post and place | From | To |
|---|---|---|---|---|
| | 1 | 1ˢᵗ Muslim – Zvornik | 28.05.1992 | 30.04.1994 |
| | 2 | Military Unit /MU/-5155 Srebrenik | 30.04.1994 | 25.03.1995 |
| | 3 | MU-5475 Srebrenik | 26.03.1995 | 29.11.1995 |
| | 4 | MU-5188 Gradačac | 10.12.95 | |
| | 5 | MU-5033 Srebrenik | 11.02.96 | 17.04.1996 |
| | 6 | | | |
| | 7 | | | |
| | 8 | | | |

| Retraining | 29. Military speciality | 30. Duty |
|---|---|---|
| | 31. Military speciality | 32. Duty |

| 33. Conferred the rank of- promoted to the rank of | | Rank | Decree - order | Number and date |
|---|---|---|---|---|
| | 1 | | | |
| | 2 | | | |
| | 3 | | | |
| | 4 | | | |
| | 5 | | | |

| 34. Decorations | | Name | Decree | | Name | Decree |
|---|---|---|---|---|---|---|
| | 1 | | | 3 | | |
| | 2 | | | 4 | | |

| 35. Judicial penalties | | Type of delict | Court and date of judgement | Type and amount of penalty |
|---|---|---|---|---|
| | 1 | | | |
| | 2 | | | |
| | 3 | | | |
| | 4 | | | |
| | 5 | | | |

36. Other information:

Unit commander                    (L.S.)

Signature of the authorised person from the competent municipal authority

2

*I hereby certify this is a true translation of the original written in Bosnian/Serbian/Croatian*

Sarajevo, Bosnia and Herzegovina, 11 December 2017

Ivica Bošnjak, Certified Court Interpreter for English



EXT-KOSTJEREVAC-00312



3

Opštína ......
Komanda zdr. jed. Kemenica-Liplje-Selo Snagovo
Broj:/02/92
Dat. 29.7.1992 god.

05081415

N A R E D B A

( Komandan združenih jedinica o imenovanju)
vojne policije

Imenuju se vojna policija u sastavu:

01. Mujanović ..... – komandir
02. ..... ..... Šabić Sabit
03. Sinanović .....
04. Kostjerevac Adem
05. Mahmutović Razin
06. Ibrahimović Zijo

Imenovana policija će raditi po ovlaštenju komande i samoinicija-
tivno ukoliko ustanovi da obveznici TO krše propise koji su obve-
zni za sve pripadnike oružanih snaga.
Vršiti pretres porodičnih kuća i ustanovljavati ionovno stanje,
nakon čega će po nalogu komande uz potvrde za vojsku izimati
.....

Policija će vršiti i druge poslove koje joj se budu stavljali u
zadatak.

Za komandu

Šeferović /Almir



I certify this document consisting of
1 pages
to be a true, authenticated copy of the
document held by the Office of the
Prosecutor of the ICTY
30 January 2015

Armed Forces of Bosnia and Herzegovina
Command of Joint Units Kamenica, Liplje, N. Selo, Snagovo
Number 107/92
Date: 25 July 1992

**05081415**

ORDER

(of the commander of joined units on appointment of
the Military Police)

The Military Police are hereby appointed and they shall consist of:

01. Besim Mujanović – commander
02. ~~Elfeta Veseli~~ - Sabit Šabić
03. Šahbaz Sinanović
04. Adem Kostjerevac
05. Razim Mahmutović
06. Zijo Ibrahimović

The named police shall operate under the authorisation of the Command and on their own initiative if they find that TO members are violating the regulations that all members of the Armed Forces are obliged to observe.

They shall search family houses and establish financial situation there after which they shall, under instructions of the Command and by giving receipts, take for the military the surplus of consumer goods and food from a three-month war stock necessary for the life of a family.

The police shall also carry out other duties assigned to it.

For the Command

Almir Seferović, signed

I certify this document consisting of 1 pages to be a true, authenticated copy of the document held by the Office of the Prosecutor of the ICTY
30 January 2015

Authorized Officer's signature

*I hereby certify this is a true translation of the original written in Bosnian/Serbian/Croatian*

Sarajevo, Bosnia and Herzegovina, 12 December 2017

Ivica Bošnjak, Certified Court Interpreter for English
EXT-KOSTJEREVAC-00314

T.O. Z V O R N I K
Jedinica Liplje
Broj 11 /92 — 8                                   05081523
Datum 0.0  1992 god.


Na sastanku Komande TO Liplje donešena je:

                    O  D  L  U  K  A

        ( O formiranju  interventnog odjeljenja )

    01. Ibrahimović       Zijo
    02. Sinanović         Muharem
    03. Brkić             Hasan
    04. Mahmutović        Razim
    05. Fehrić            Abdulah
    06. Hasanović         Dževad
    07. Hosić             Kasim
    08. Mustafić          Islam
    09. Bečić             Said   — poslo oruži xodotoa 13.6.92.
    10. Sultanović        Ermin
    11.   "               Hedžad
    12. Sačević           Hamo
    13. Kostjerevac       Adem
    14. Smajlović         Razim
    15.


    Zadaci interventnog odjeljenja su: pored intervencija i davanja
straže, privodjenje prekršioca vojnih obaveza, i preduzimanje dru-
gih mjera koje im se nalože.
    Isti su obavezni biti na okupu i pri svakom udaljevanju iz jedi-
nice javiti se.
    Za komandire odjeljenja imenujem  Ziju Ibrahimovića

I certify this document consisting of
                                                    1 pages
Za komandu TO              to be a true, authenticated copy of the
                           document held by the Office of the
                           Prosecutor of the ICTY
                           30 January 2015

EXT-KOSTJEREVAC-00315

TO Territorial Defence/ ZVORNIK
Liplje Unit
Number 28/92-A
Date: 19 June 1992

05081523

At a meeting of the TO Liplje, the following

D E C I S I O N

was made

(to form an intervention squad)

| | |
|---|---|
| 01. Ibrahimović, | Zijo |
| 02. Sinannović, | Muharem |
| 03. Brkić, | Hasan |
| 04. Mahmutović, | Razim |
| 05. Fehrid, | Abdulah |
| 06. Hasanović, | Dževad |
| 07. Hasić, | Kasim |
| 08. Mustafić, | Islam |
| 09. Bečić, | Seid - /handwritten: got another assignment/ |
| 10. Sultanović, | Ermin |
| 11. Sultanović, | Nedžad |
| 12. Sačević, | Ramo |
| 13. Kostjerevac, | Adem |
| 14. Smajlović, | Razim |
| 15. | |

The following shall be the assignments of the intervention squad: in addition to interventions and standing guards, to arrest those who violate military obligations and also to undertake other measures as ordered to them.
They shall be together and shall report each time they are to leave the unit.
I hereby appoint Zijo Ibrahimović squad commander.

For the Command

*I hereby certify this is a true translation of the original written in Bosnian/Serbian/Croatian*

Sarajevo, Bosnia and Herzegovina, 12 December 2017

Ivica Bošnjak, Certified Court Interpreter for English

Za Petrović Munira

...Bosne i Hercegovine
...jedinice Nišelo, Liplje, Kamenica, Drinjača i Cnagovo

Broj: 10/82 /92 05081800
Datum: 10.08.1992.god.

Z A P I S N I K

o obijenju / pljački / kuće Halilović/Halilć/ Muje i Kemala
Imenovanom je dana 09.08. 1992godine izvršena provala i pljačka poredične kuće kom prilikom je sve ispreturano po kući i odnešeno sledeće:

- tegle masla po 2 kg.
- 1 kg meda
- kaput i čizme ženske
- 4 košulje
- 3 potkošulje i 2 pidžeme
- 1. komplet odijelo (mrtvačko ) u sekari sa 2loo DM.
- 1kg pirinča
- 3kg sitnog šećera
- ručni mlin za kafu
- 20kg pekmeza
- 18ooo dinara

Ova kuća nije otvorena nasilno nego ključem ili plaskom kroz prozor

U kući Halilović Kemala nestalo je sledeće stvari i to nasilnim putem to jeste razvaljivanjem 2 sobna vrata, kojom prilikom je odnešeno sledeće:

- 1½kg kafe pržene
- 3 ćebeta orginal
- 6kg kocke šećera
- 1o. paštete
- 1 kaput i cipele
- 3kg praška za veš
- 1o litara ulja u kanti
- 3kg makarona

Sve je ispreturano po kući i u najvećim neredima.

05081801
05081801a

Komisija je radila u sastavu :

1. OSMANOVIĆ EDIN
2. RAMIĆ ASIM
3. KOSTJEREVAC ADEM
4. SELIMOVIĆ ADMIR

Zapisnik je napravljen u prisustvu Halilović Muje koji je lično prisus-
tovao prilikom obilaska u pomenutoj kući. Tom prilikom je ukradeno 65
kg brašna tip 550.

Potpis Halilović Mujo

I certify this document consisting of
2 pages
to be a true, authenticated copy of the
document held by the Office of the
Prosecutor of the ICTY
30 January 2015

EXT-KOSTJEREVAC-00318

/Handwritten: For Almir Seferović/

Armed Forces of Bosnia and Herzegovina
Joint units from N. Selo, Liplje, Kamenica, Drinjača and Snagovo

Number: 10/92_____/92                                    05081800
Date: 10 August 1992

## R E C O R D

Of burglary /plundering/ at the house of Mujo and Kemal (Halil) Halilović. The family house of
the named persons was burgled and plundered on 9 August 1992, on which occasion all items in
the house were ransacked and the following ones were taken away:
- 2 jars of butterfat, 2 kilos each
- 1 kilo of honey
- a coat and female boots
- 4 shirts
- 3 undershirts and 2 pyjamas
- 1 full suit (to be buried in) kept in a chest, together with DM 2100 /German Marks/
- 1 kilo of rice
- 3 kilos of custard sugar
- manual coffee grinder
- 20 kilos of jam
- 1800 Dinars

This house was not opened by force but with a key, or it was entered through a window.

The following items have been reported missing from the house of Kemal Halilović, which was
entered by force, namely by breaking down the doors of 2 rooms:
- 1 kilo of roasted coffee
- 3 original blankets
- 6 kilos of sugar cubes
- 10 pate tins
- 1 coat and shoes
- 3 kilos of washing powder
- 10 litres of edible oil in a can
- 3 kilos of macaroni

The whole house is ransacked and in the utmost mess.



05081801

The commission worked in the following composition:
1. OSMANOVIĆ, EDIN _____, signed
2. NAMIĆ, ASIM _____, signed
3. KOSTJEREVAC, ADEM _____, signed
4. SWLIMOVIĆ, ADMIR _____, signed

The Record was made in the presence of Halilović, Mujo who was personally present when the said house was inspected. On the above-mentioned occasion, 6 kilos of type 500 flour were also stolen.

Signature: Halilović, Mujo

_____, signed

*I hereby certify this is a true translation of the original written in Bosnian/Serbian/Croatian*

Sarajevo, Bosnia and Herzegovina, 12 December 2017

Ivica Bošnjak, Certified Court Interpreter for English



REPUBLIKA BOSNA I HERCEGOVINA
FEDERACIJA BOSNE I HERCEGOVINE
MINISTARSTVO ODBRANE - OBRANE

Ev.br. _____
Odjeljenje u općini SREBRE___
Datum: 04.05.199__

# UVJERENJE
## o plaćama
## pripadnika Oružanih snaga
## Republike Bosne i Hercegovine

1. Prezime          KOSTJEREVAC

2. Ime oca          SULEJMAN

3. Ime              ENVER

4. JMB              _____

5. Broj _____    _____

6. Općina _____  SREBRENICA

7. Status pripadnika OS          ____

8. Vrijeme provedeno u OS    od 08.04.92   do _____
                             od 30.05.94   do _____
                             od _____ do _____
                             od _____ do _____
                             od _____ do _____
                                dan  mj.  god.        dan  mj.  god.

9. Broj mjeseci za plaću                            ____

10. Mjesečni iznos plaće u DEM                      ____

11. Ukupni iznos plaće u DEM                        1320

12. Isplaćeno ranije u DEM                          ____

13. Ukupno za isplatu u DEM                         1320

Ukupno za isplatu u DEM (slovima) _____

SAGLASAN:              ORUŽANE SNAGE R BIH        MINISTARSTVO ODBRANE - OBRANE

(pripadnik OS – potpis)        M.P.                (M.P. potpis)

Uvjerenje se izdaje na osnovu Zakona o plaćama pripadnika Oružanih snaga Republike Bosne i Hercegovine ("Službeni list RBiH", br. 28/95, 37/95, 48/95 i 2/96 ) i Odluke Vlade RBiH br. 01-021-115 od 01.04.1996. godine, u svrhu reguliranja staža, osiguranja i plaće pripadnika Oružanih snaga RBiH, i konačno je u upravnom postupku.



**REPUBLIC OF BOSNIA AND HERZEGOVINA**
**FEDERATION OF BOSNIA AND HERZEGOVINA**
**MINISTRY OF DEFENCE**

/Handwritten: SA

Reg. No. 45235503962
Unit in the municipality of: <u>SREBRENIK</u>
Date: 4 May 1996

# CERTIFICATE

of salaries
to members of the Armed Forces
of the Republic of Bosnia and Herzegovina

| | | | | |
|---|---|---|---|---|
| 1. | Surname | KOSTJEREVAC | | |
| 2. | Father's name | SULEJMAN | | |
| 3. | Name | ADEM | | |
| 4. | PIN | | | 1109961183893 |
| 5. | Military booklet No. | | | 2255200 |
| 6. | in the military records of | SREBRENIK | | <u>55</u> |
| 7. | Status of a member of the Armed Forces | | | <u>24</u> |

8. Time spent in the Armed Forces

| | | | |
|---|---|---|---|
| from <u>08.04.92</u> | to | <u>20.03.93</u> | |
| from <u>30.05.94</u> | to | <u>17.04.96</u> | |
| from | to | Bosnia and Herzegovina; Federation of Bosnia and | |
| from | to | Herzegovina; Ministry of Defence; Division in the | |
| from | to | municipality of Srebrenik; stamp signature/ | |
| ddmmyy | | ddmmyy | |

| | | |
|---|---|---|
| 9. | Number of months for salary | <u>33</u> |
| 10. | Amount of monthly salary in DEM | <u>400</u> |
| 11. | Total amount of salary in DEM | <u>13200</u> |
| 12. | Previously paid in DEM | n/a |
| 13. | Total amount to be paid | <u>13200</u> |

Total amount to be paid in DEM (in writing) _____ Thirteen thousand and two hundred _____

| **COMPLIANT:** | **ARMED FORCES OF R BIH** | **MINISTRY OF DEFENCE** |
|---|---|---|
| /Adem Kostjerevac, signed/ | /signed, signature illegible/ | /signed, signature illegible/ |
| Member of Armed Forces -- signature) | (L.S. -- signature) | (L.S. -- signature) |
| | /Round stamp: Military Unit 5833 Srebrenik, 2, coat of arms/ | Bosnia and Herzegovina; Federation of Bosnia and Herzegovina; Ministry of Defence; Unit in the municipality of Srebrenik/ |

/Signature: Lucija /illegible//

The Certificate is issued pursuant to the Law on Salaries to Members of the Armed Forces of the Republic of Bosnia and Herzegovina ("Official Gazette of the Republic of Bosnia and Herzegovina", No. 28/95, 37/95, 48/95 and 2/96) and the Decision of the Government of the Republic of Bosnia and Herzegovina Ref. No. 01-021-115 dated 01.04.1996 for the purpose of regulating years of employment, insurance and salaries to members of the Armed Forces of the Republic of Bosnia and Herzegovina and is a final one in the administrative procedure.

/Round stamp with: Ivica Bošnjak, SARAJEVO/

Back of the Certificate: handwritten: This copy corresponds to the original document held by the Administrative Office Tuzla.

Head

Muho Halilović, signed

/Round stamp: Bosnia and Herzegovina, Administrative Office, Sarajevo, coat of arms/

*I hereby certify this is a true translation of the original written in Bosnian/Serbian/Croatian*

Sarajevo, Bosnia and Herzegovina, 11 December 2017

Ivica Bošnjak, Certified Court Interpreter for English



I Z V J E Š T A J
(iz službe dežurstva)

01239555

D A N A: 26.o1.1993.god.

V R I J E M E: od o6 do 14 sati.

S T R A N K E: U 11H i 50 min. u stanicu v. policije obratio se  Vahidin
Salihović-vojni policajac iz Abmine jedinice i prijavljuje:
Harbaš Huseina i Harbaš Azema iz iste jedinice.

Isti su napustili (samovoljno) stražu sa Kušića groblja.

S L U Ž B E: Odvijale su se prema rasporedu-

Dežurni:

Osmanović Sabahudin

---

I Z V J E Š T A J
(iz službe dežurstva)

DANA: 26.o1.1993.god.
VRIJEME: od 14 do 22 sata
STRANKE: U 17,45 sati uz stanicu V.policije Ibrahim Mardža je doveo
ratne zarobljenike iz Cerske:
1) Lokić (Vidosav) Jakov,rod.15.1o.1972.god.sl.Kolebače-Šekovići
zarobljen 17.o5.1992.god.u Cerskoj.
2. Ilić (Ljubinko) Dragan,rod.23.11.1975.god.u Pribinićima-Vlasenica,
zarobljen 19.06.1992.god.u Kasabi.
3. Pejić (Mihajlo) Rado,rod.27.o3.1956.god.u Gobelji-Vlasenica,
zarobljen 1o.06.1992.god.u Gobelji.
4) Ređović (Slavko) Anđa,rod.o6.1o66.god.u Petkovcima-Zvornik,
zarobljena 17.o9.1992.god.u Kočanju (kod Drinjače).
U 18,oo sati patrola po gradu je privela Ibišević (Salko)Reuf,
rod.o8.o4.1959.god.u Sasama,pri tome mu je oduzeta poluautomaska puška
(PAP-725512) i 6+1oo(stošest) metaka,razlog privođenja je ne odazivanje
mobilizaciji.
SLUŽBE: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
Na službu nisu došli Kandžetović Esed i Gabeljić Leval.

Dežurni:

---

I Z V JEŠTAJ
(iz službe dežurstva)

DANA:26. o1. 1993.god.

VRIJEME: od 22do o6 sati

STRANKE:U toku službe nije se obratila ni jedna stranka

SLUŽBE: Službe su se odvijale po rasporedu.

Dežurni:

I certify this document consisting of
1 pages
to be a true, authenticated copy of the
document held by the Office of the
Prosecutor of the ICTY.
12-Sep-2007

01239555

REPORT
(from the duty service)

DATE: 26 January 1993
TIME: From 6.00am to 2.00pm
PARTIES: At 11.50am Vahid Salihbegović, military policeman from the Ahmo's Unit came to the Military Police station and reported Husen Harbaš and Azem Harbaš from the same unit.

They (on their own) left their guarding post at the Kušić graveyard:

SERVICES: They were carried out according to the schedule.

Person on duty:
Sabahudin Ismanović, signed

REPORT
(from the duty service)

DATE: 26 January 1993
TIME: From 10.00pm to 6.00am
PARTIES: At 5.45pm, the MP Ibrahim Mandža brought to the police station war prisoners from Cerska:
1. Jakov (Vidosav) Dokić, born on 15 October 1972 in the village of Kolebače- Šekovići, captured on 17 May 1992 in Cerska.
2. Dragan (Ljubinko) Ilić, born on 23 November 1975 in the village of Pribinići – Vlasenica, captured on 19 June 1992 in Kasaba.
3. Rado (Mihajlo) Pajić, born on 27 March 1956 in Gobelja – Vlasenica, captured on 10 June 1992 in Gobelja
4. Anđa (Slavko) Radović, born on 10 June 1956 in Petkovci-Zvornik, captured on 17 September 1992 in Kočanj (near Drinjača).

At 6.00pm, the patrol patrolling around the town brought in /illegible/ (Salko) Ibišević born on 8 April 1959 in Sase. A semi-automatic rifle (PA-795512) and 6+100 (six hundred) rounds were seized from him on that occasion. The reason for bringing him in was his refusal to respond to the mobilisation call.

Esed Kandžetović and Ševal Gabeljić did not come to the service.

Person on duty
Zahidin Delić, signed

REPORT
(from the duty service)

DATE: 26 January 1993
TIME: From 10.00pm to 6.00pm
PARTIES: No party referred to us during the service.
SERVICES: They were carried out according to the schedule.

Person on duty:
Zahrija Salihović, signed

*I hereby certify this is a true translation of the original written in Bosnian/Serbian/Croatian*

Sarajevo, Bosnia and Herzegovina, 12 December 2017

Ivica Bošnjak, Certified Court Interpreter for English

EXT-KOSTJEREVAC-00325

Svjedok: Anda Radović (zatvorena sjednica)
Ispituje gda/gdica Sellers

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22 [Zatvorena sjednica]

23 SUDIJA AGIUS: Gđo Radović, kada kažem da prelazimo na zatvorenu

24 sjednicu, to u osnovi znači da se prijenos izvan ova četiri

25 zida odmah zaustavlja, tako da niko ne može pratiti postupak



1      dok -- sve dok smo na zatvorenoj sjednici. Drugim riječima, niko ne može

2      čuti ono što svjedočite i niko ne može vidjeti šta se dešava,

3      u redu?

4          Izvolite gđo/gđice Sellers.

5          GĐA/GĐICA SELLERS:

6      P.   Gđo Radović, da li ste razumjeli šta Vam je sudija Agius rekao?

7      O.   Da.

8      P.   Hvala. Željela bih Vas pitati, tokom vremenskog perioda kojeg

9      ste proveli na mjestu kojeg nazivamo sklonište, jeste li ikada bili

10     seksualno napadnuti?

11     O.   Da.

12     P.   Biste li samo Pretresnom vijeću svojim vlastitim riječima rekli

13     o prirodi tog seksualnog napada, osobi, ako znate, koja je počinila

14     seksualni napad.

15         SUDIJA AGIUS: Idemo jedno po jedno.

16         Priroda seksualnog napada, kakav je to seksualni napad bio -- i

17     da li je bio? I da li je uvijek bio isti.

18         SVJEDOK: [Prijevod] Mislim da Vas nisam dobro

19     razumjela.

20         GĐA/GĐICA SELLERS: Mogu li biti eksplicitnija?

21         SUDIJA AGIUS: Da, mislim da trebate, i mislim da je bolje da

22     Vi postavljate pitanje a ne ja.

23         GĐA/GĐICA SELLERS:

24     P.   Gđo Radović, jeste li ikada bili silovani dok ste bili u skloništu?

25     O.   Da.

EXT-KOSTJEREVAC-00327

1     P.   Možete li molim Vas reći Pretresnom vijeću okolnosti pod kojima

2  ste bili silovani.

3     O.   Užasne.

4     P.   Ako Pretresnom vijeću možete samo ukratko objasniti prvi put

5  odnosno bilo koje naknadne navrate kada ste bili silovani, molim Vas.

6     O.   Drugu noć, a onda i kasnije, prvi, Radim -- dogodilo se

7  više puta. Ime osobe je Adem. Bio je previše grub. A onda je

8  naišao i školski kolega mog oca i rekao da će se zauzeti za

9  mog muža. Nadimak je bio „Dupla palica". Kasnije sam mnoge stvari

10  skrivala od svog muža, a ni ovdje nisam spremna da govorim o tim

11  stvarima.

12     P.   Gđo Radović, da li bi Vaš iskaz bio da su Vas silovale

13  najmanje dvije osobe dok ste bili u skloništu, taj Adem i ova druga

14  osoba koju opisujete da je poznavala Vašeg oca?

15     O.   Da, da, da.

16     P.   Dakle, da li je prva osoba dok ste bili zatvoreni u skloništu, Adem,

17  bila neko koga ste poznavali od ranije, prije nego što ste bili zatvoreni u sklonište?

18     O.   Da.

19     P.   Da li ste ga poznavali iz Vašeg sela?

20     O.   Iz Novog Sela, da

21     P.   U vrijeme kada Vas je silovao, da li je nosio uniformu ili

22  je nosio civilnu odjeću?

23     O.   Uniformu, a bio je i naoružan.

24     P.   I je li Adem bosanski Srbin, bosanski musliman ili neke druge

25  nacionalnosti?


Ivica Bošnjak
Predmet br. IT-03-68-T c/
Ивица Бошњак

Svjedok: Anđa Radović (zatvorena sjednica)                                    Strana 4795
Ispituje gđa/gđica Sellers

O.   Musliman.

P.   A druga osoba koju ste opisali i koja Vas je takođe silovala,
biste li Pretresnom vijeću rekli kakvu je odjeću nosila, ako je
ikakvu.

O.   Uniformu, a bio je i naoružan.

P.   I da li je ta osoba bila bosanski musliman ili bosanski Srbin?

O.   Musliman.

P.   A kao rezultat tih seksualnih napada, da li je nastupio vremenski
period kada ste pokušali izvršiti samoubistvo?

O.   Da.

P.   Sjećate li se koliko Vas je puta ta osoba koju zovete Adem
silovala?

O.   Stvarno ne mogu reći tačno. Mislim da sam u izjavi rekla
nekoliko puta. Vjerovatno je bilo više puta, ali ne želim preuveličavati
broj.

P.   A što se tiče druge osobe koja Vas je silovala, znate li koliko
Vas je puta on silovao?

O.   Jednom.

P.   Je li Adem imao nadimak?

O.   Palica.

P.   Da li biste molim Vas naveli ime druge osobe koja Vas je silovala
i da li je i ona imala nadimak.

O.   Ne znam mu ime. Znam da je njegov nadimak bio „Druga
palica".

P.   Hvala.

EXT-KOSTJEREVAC-00329


Ivica Bošnjak
Ивица Бошњак
СAРАЈЕВО

Strana 4796

Svjedok: Anđa Radović (zatvorena sjednica)
Ispituje gđa/gdica Sellers

1       GĐA/GĐICA SELLERS: Časni sude, u ovom trenutku se možemo vratiti

2    na otvorenu sjednicu.

3       SUDIJA AGIUS: Da, pređimo na otvorenu sjednicu molim vas.

4               [Otvorena sjednica]

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

EXT-KOSTJEREVAC-00330

Utorak, 8.2.2005. godine



Svjedok: Mendeljev Đurić (nastavak) (otvorena sjednica)                    Strana 4803
Unakrsno ispituje g. Lazarević

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17                        [Zatvorena sjednica]

18          SUDIJA AGIUS: Sada smo na zatvorenoj sjednici gđo/gdice Sellers.

19          GĐA/GĐICA SELLERS: Hvala.

20    P.    Gđo Radović, željela bih Vas pitati, kao što sam to uradila kada

21    smo kratko govorili o skloništu, jeste li bili seksualno napanduti, što

22    znači da li ste ikada bili silovani dok ste bili u štali?

23    O.    Da, izvan štale, u lovačkoj kućici.

24    P.    To je kućica od cerade o kojoj ste ranije svjedočili?

25    O.    Da, ispred štale.

EXT-KOSTJEREVAC-00331



1    P.   Dakle, da li znate ko Vas je silovao dok ste bili u štali?

2    V.   Veiz.

3    P.   Dakle, je li Veiz bio jedan od stražara koji je bio u štali,

4    ili je to bila neka druga osoba?

5    O.   Da bio je stražar.

6    P.   I kao stražar u štali, je li bio obučen u uniformu i da li je

7    nosio naoružanje?

8    O.   Da, imao je uniformu i naoružanje.

9    P.   Dakle, ako se možete prisjetiti, da li biste Pretresnom vijeću

10   rekli da li ste u štali bili silovani jednom ili u više navrata?

11   O.   Više puta.

12   P.   Ako mogu pitati, da li bih mogla reći da je bilo više od tri puta?

13   O.   Mislim da jeste.

14   P.   Dakle, nakon što bi se silovanje desilo, da li biste ikada ikome

15   od kolega zatvorenika rekli šta se desilo?

16   O.   Rekla sam Radi Pajiću, a kasnije je on to rekao nekome drugom i

17   onda je taj čovjek došao i spriječio da se to ponovi. Veiza je

18   prerasporedio negdje drugo. Nije dolazio sedam dana, a kada se vratio,

19   bio je agresivan i ljut. A onda ga je taj čovjek, čije ime ne znam, i ne

20   mogu da lažem u vezi s tim, izgrdio i bio je poprilično žestok s njim.

21   A on je poricao, rekao je da je lagao (sic. vjerovatno 'da je lagala'). A

22   ja sam rekla: „Ne, to je sve istina, nisam lagala. Nisam poznavala tog

23   čovjeka, ali je on za to čuo od Radeta Pejića.

24   P.   Da se samo malo vratimo na to. Čovjek o kojem govorite, je li taj

25   čovjek došao u određenom momentu i zamolio Vas da izađete iz štale?



Ivica Bošnjak
Predmet br. IT-08-68-T
Ивица Бошњак
CAPAJEBO

Svjedok: Mendeljev Đurić (nastavak) (otvorena sjednica)         Strana 4805
Unakrsno ispituje g. Lazarević

1     O.   Da. Otvorio je vrata i pozvao me da izađem van. Da, došao je.

2     P.   I je li Vas pitao da li ste bili seksualno intimni s nekim

3  ili ne?

4     O.   Mislite čovjek u štali?

5     P.   Čovjek koji Vas je zamolio da izađete iz štale, kojem sta onda

6  rekli i koji je izgledao kao da je bijesan na čovjeka koji Vas je silovao,

7  da li Vas je zamolio da izađete van štale i zatim Vas pitao da li ste bili

8  seksualno intimni s nekom osobom ili ne?

9     O.   Da. Došao je -- neko mu je rekao za to, pa je došao, otvorio

10  vrata i pozvao Anđu Radović da izađe napolje. Onda me je suočio sa

11  Veizom, Veiz je to sve poricao, a onda sam ja rekla: „Jeste, istina je,

12  u više navrata". A to se dešavalo izvan štale. Nakon toga je Veiz bio

13  preraspoređen negdje drugo. Nije više bio u štali, tako da nisam imala

14  seksualne odnose ni sa kim drugim nego s Veizom.

15     P.   Dakle, bi li Vaš iskaz bio da je ta osoba, koja je izgleda imala

16  određeni autoritet nad Veizom, odvojila vrijeme da Vas pita da li se to

17  dogodilo i onda Vas suočila -- suočila Veiza sa Vama?

18     O.   Prirodno je bilo da želi da nas suoči, da vidi da li je to bila

19  istina, jer je Veiz bio rekao da sam lagala. A ja sam rekla; briga me.

20  On je kasnije rekao da bih trebala biti zahvalna, jer Bog zna šta mi se

21  još moglo dogoditi.

22     P.   A kao rezultat intervencije te osobe od autoriteta,

23  jesu li silovanja prestala?

24     O.   Da.

25     P.   I da li je izgledalo da je kao rezultat intervencije te osobe



Veiz bio kažnjen odnosno da mu tokom izvjesnog vremenskog perioda

nije bilo dozvoljeno da čuva štalu?

    O.    Mislim da je bio kažnjen, jer nije dolazio. Bilo mu je zabranjeno

da dolazi, najvjerovatnije zbog toga što je bio kažnjen.

    P.    I da li je Veiz ikada ponovo čuvao štalu nakon tog perioda

kazne?

    O.    Jednom je došao i otvorio vrata, doveo svog sina Zorana i rekao:

„Ovo je moj sin Zoran koji je pripadnik ZNG". I ranije, dok smo se

raspravljali, rekao je da su mu se pravoslavke smučile.

    P.    Je li to bilo ono što je rekao ovoj osobi od autoriteta kada je

pokušavao da porekne činjenicu da Vas je silovao?

    O.    Nisam razumjela.

    GĐA/GĐICA SELLERS: Časni sude, povući ću pitanje.

    P.    Gđo Radović, imam samo još jedno pitanje u vezi s ovim.

Da li je Vaš utisak bio da zbog činjenice da je po svoj prilici ova osoba

od autoriteta iskritikovala Veiza više niste bili silovani dok ste bili

u štali?

    O.    Da.

    GĐA/GĐICA SELLERS: Časni sude, možemo se vratiti na otvorenu sjednicu.

    SUDIJA AGIUS: Da. Sudija Eser ima jedno pitanje.

    SUDIJA ESER: Samo radi pojašnjenja, ime Adem se pojavljuje

dva puta. Spomenuli ste ime Adem, po nadimku Kostijerevac, koji je počinio

silovanje nad Vama, a zatim spominjete Adema Hurića. Jesu li ovo dva

različita Adema, dvije različite osobe, ili je to isti Adem?

    SVJEDOK: [Prijevod] Adem Hurić me zaštitio u Cerskoj,



Svjedok: Mendeljev Đurić (nastavak) (otvorena sjednica)                                    Strana 4807
Unakrsno ispituje g. Lazarević

1    Adem Hurić. A druga osoba je Adem Kostijerevac, prvi koji se zvao

2    „Palica". Onaj koji me je zaštitio bio je Adem Hurić. To je u

3    vezi s Veizom u štali. On je imao ključ i zvao se Adem, jer je Mišo

4    znao njegovo ime, ali ja nisam znala tog čovjeka.

5         SUDIJA ESER: Dakle, ovaj Adem, koji je imao ključeve od štale,

6    da li je on po Vašem sjećanju imao ikakav drugi autoritet u odnosu na

7    druge vojnike, ili je imao samo ključeve i ništa -- nije imao ništa

8    drugo na osnovu čega bi komandovao ili rekao bilo šta vojnicima?

9         SVJEDOK: [Prijevod] Pa, mislim da je, pošto je bio tako dobar

10   prema meni, morao biti dobar i prema njima.

11        SUDIJA ESER: Ali imate li -- sjećate li se da li je imao kakav

12   autoritet da daje naređenja drugim vojnicima oko njega?

13        SVJEDOK: [Prijevod] Da nas zaštiti ili...?

14        SUDIJA ESER: Da.

15        SVJEDOK: [Prijevod] Mislim da je imao autoritet,

16   jer su ga poštovali.

17        SUDIJA ESER: Hvala.

18        SUDIJA AGIUS: Hvala. Možemo li se vratiti na --

19        GĐA/GĐICA RICHARDSON: Imam jedno pitanje u vezi s tim.

20        SUDIJA AGIUS: Izvolite gđo/gđice Sellers, molim Vas da nastavite.

21        GĐA/GĐICA SELLERS:

22   P.  Gđo Radović, željela bih samo da Vas pitam, osoba od autoriteta,

23   koji je izgleda kaznio Veiza, možete li Pretresnom vijeću reći kako je

24   bio obučen i da li je bio naoružan?

25   O.  Ne, nije bio naoružan, ali je imao uniformu. Nisam vidjela



Svjedok: Mendeljev Đurić (nastavak) (otvorena sjednica)                    Strana 4808
Unakrsno ispituje g. Lazarević

1      nikakvo naoružanje, vidjela sam samo uniformu.

2           P.   I da li je Vaš utisak bio da je imao neku vrstu više funkcije

3      odnosno komandne funkcije nad stražarem Veizom?

4           O.   Mislim da je imao autoritet, jer ga je prerasporedio negdje

5      drugo.

6           P.   Hvala.

7           GĐA/GĐICA SELLERS: Sada se možemo vratiti na otvorenu sjednicu.

8           SUDIAJ AGIUS: Predimo ponovo na otvorenu sjednicu molim vas sekretaru.

9                       [Otvorena sjednica]

10

11

12

13

14

15

16

17

18

19

20

21                      Potvrđujem da je ovaj dokument koji se sastoji od 11 stranica
22                      vjerna i ovjerena kopija dokumenta u posjedu
                        Međunarodnog krivičnog suada za bivšu
23                      Jugoslaviju
                        Datum: 19.9.2014. godine
24
                        /pečat Ureda tužioca MKSJ-a i svojeručni potpis/
25                      Potpis ovlaštene osobe


*Potvrđujem da ovaj prijevod u potpunosti odgovara izvorniku sačinjenom na engleskom jeziku*
Ivica Bošnjak, stalni sudski tumač za engleski jezik   /potpis/
Sarajevo, BiH, 12.3.2015. godine

EXT-KOSTJEREVAC-00336

Utorak, 8.2.2005. godine                                    Predmet br. IT-03-68-T

Witness: Andja Radovic (Private Session)
Examined by Ms. Sellers

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22          [Private session]
23      JUDGE AGIUS:  Ms. Radovic, when I say we're going into private
24  session, basically what it means is that a transmission outside these four
25  walls stops immediately, so no one can actually follow the proceedings

1     until -- as long as we remain in private session.  In other words, no one

2     can hear what you are testifying, and no one can see what is happening,

3     all right?

4          Yes, Ms. Sellers.

5          MS. SELLERS:

6     Q.   Ms. Radovic, did you understand what Judge Agius said to you?

7     A.   Yes.

8     Q.   Thank you.  I would like to ask you, during the time period you

9     spent at the place we've referred to as the shelter, were you ever sexual

10    assaulted?

11    A.   Yes.

12    Q.   Would you just tell the Trial Chamber, in your own words, the

13    nature of the sexual assault, the person, if you know, who committed the

14    sexual assault, and the frequency of the sexual assault.

15         JUDGE AGIUS:  Let's take them one by one.

16         The nature of the sexual assault, what kind of sexual assault was

17    that -- was it?  And was it always the same?

18         THE WITNESS: [Interpretation] I don't think I understand you

19    properly.

20         MS. SELLERS:  Can I be more explicit?

21         JUDGE AGIUS:  Yes, I think you need to be, and I think it's better

22    if you put the question rather than I.

23         MS. SELLERS:

24    Q.   Ms. Radovic, were you ever raped while you were at the shelter?

25    A.   Yes.

1       Q.    Could you please tell the Trial Chamber the circumstances under

2    which you were raped.

3       A.    Horrible.

4       Q.    If you can just briefly explain the first time, or any subsequent

5    times in which you were raped to the Trial Chamber, please.

6       A.    The second night, and then afterwards, the first one, Radim -- it

7    happened a number of times.  The name of the person was Adem.  He was too

8    rough.  And then my father's schoolmate came along, and he said that he

9    would stand in for my husband.  The nickname was "Double Bat".  Later I

10   kept many things from my husband, and I'm not prepared to discuss these

11   matters here either.

12      Q.    Ms. Radovic, would it be your testimony that you were raped by at

13   least two persons while you were at the shelter, this Adem and this other

14   person who you describe as knowing your father?

15      A.    Yes, yes, yes.

16      Q.    Now, was the first person, Adem, someone who you knew from before,

17   being imprisoned in the shelter?

18      A.    Yes.

19      Q.    Did you know him from your village?

20      A.    From Novo Selo, yes.

21      Q.    At the time that you were raped by him, was he dressed in a

22   uniform or was he wearing civilian clothes?

23      A.    Uniform, and armed.

24      Q.    And was Adem a Bosnian Serb, a Bosnian Muslim, or another ethnic

25   group?

1    A.   Muslim.

2    Q.   Now, the second person that you described who also raped you,

3    would you tell the Trial Chamber what clothing, if any, that he was

4    wearing.

5    A.   Uniformed, and armed.

6    Q.   And was this person a Bosnian Muslim or a Bosnian Serb?

7    A.   Muslim.

8    Q.   And as a result of those sexual assaults, did there come a time

9    period when you tried to commit suicide?

10    A.   Yes.

11    Q.   Do you remember how many times the person that you referred to as

12    Adem raped you?

13    A.   I really can't say exactly.  I think in the statement I said

14    several times.  It was probably many times, but I did not wish to

15    exaggerate the number.

16    Q.   And as far as the second person who raped you, do you know how

17    many times that person raped you?

18    A.   Once.

19    Q.   Did Adem have a nickname?

20    A.   Bat, Palica, P-a-l-i-c-a.

21    Q.   And would you please state the name of the second man who raped

22    you, and whether he had a nickname also.

23    A.   I don't know his name.  I know that his nickname was "The Second

24    Bat."

25    Q.   Thank you.

Witness: Andja Radovic (Private Session)
Examined by Ms. Sellers

1           MS. SELLERS: Your Honour, we can go back into open session at

2  this point.

3           JUDGE AGIUS: Yes, let's go into open session, please.

4                   [Open session]

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

EXT-KOSTJEREVAC-00341

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17                              [Private session]

18          JUDGE AGIUS:  We are in private session now, Ms. Sellers.

19          MS. SELLERS:  Thank you.

20     Q.   Ms. Radovic, I'd like to ask you, as I did when we spoke briefly

21  about the shelter, were you ever sexual assaulted, meaning were you ever

22  raped while you were at the stable?

23     A.   Yes, outside of the stable, in the guards' hut.

24     Q.   That's the tarpaulin hut that you testified about earlier?

25     A.   Yes, in front of the stable.

1     Q.   Now, do you know who raped you while you were at the stable?

2     A.   Veiz.

3     Q.   Now, was Veiz one of the guards who was at the stable, or is it

4     another person?

5     A.   Yes, he was a guard.

6     Q.   And as a guard at the stable, was he dressed in a uniform, and did

7     he carry a weapon?

8     A.   Yes, he had a uniform and a weapon.

9     Q.   Now, if you can remember, would you tell the Trial Chamber whether

10    you were raped on one occasion or several occasions at the stable?

11    A.   Several times.

12    Q.   If I might ask, could I say that it was more than three times?

13    A.   I think it was.

14    Q.   Now, after the rapes would occur, would you ever tell your fellow

15    prisoners what had happened?

16    A.   I told Rado Pejic, and then later on he told somebody else and

17    then that man came and he prevented that from happening again.  He

18    reassigned Veiz someplace else.  He didn't come for a week, and when he

19    returned he was aggressive and angry.  And then this man, whose name I

20    don't know, and I can't lie about it, scolded him and was quite severe

21    with him.  And he denied, he said that he had lied.  And I said, No, this

22    is all true, I didn't lie.  I didn't know the man, but he heard it from

23    Rado Pejic.

24    Q.   Let's just go back to that a bit.  The man who you're referring

25    to, did that man, at one time, come and ask you to come out of the stable?

1    A.    Yes.  He opened up the door and called me out.  Yes, he came.

2    Q.    And did he ask you whether you had been sexually intimate with

3    someone or not?

4    A.    You mean the man in the stable?

5    Q.    The man who asked you to come out of the stable, who you then

6    testified seems as if it was mad at the person who raped you, did he ask

7    you to come out of the stable and then ask you whether you had been

8    sexually intimate with a person or not?

9    A.    Yes.  He came -- somebody had told him that, so he came, opened up

10   the door and called Radovic Andja out.  And then he confronted me with

11   Veiz, Veiz denied it all, and then I said, Yes, that's true, on a number

12   of occasions.  And this took place outside of the stable.  And then after

13   that Veiz was reassigned some place else.  He was not there in the stable

14   anymore, so I did not have sexual relations with anyone else but Veiz.

15   Q.    So would it be your testimony that this person, who appeared to

16   have some authority over Veiz, took the time to ask you whether that

17   happened and then confronted you -- confronted Veiz with you?

18   A.    Naturally, he wanted us confronted, to see whether that was true,

19   because Veiz had said that I lied.  And I said, I don't mind.  And later

20   on, he said that I should be grateful because God knows what else could

21   have happened.

22   Q.    And as a result of the intervention of that person of authority,

23   did the rapes stop?

24   A.    Yes.

25   Q.    And did it appear, as a result of the intervention of that person

1   of authority, that Veiz appeared to have been punished or not allowed to

2   guard the stable during a period of time?

3      A.   I think that he was punished because he didn't come.  He was

4   banned from coming, most likely because he had been punished.

5      Q.   And did Veiz ever guard the stable again after that period of

6   punishment?

7      A.   He came once and opened the door, brought his son, Zoran, and

8   said, This is my son Zoran who is a member of ZNG.  And previously, while

9   we were arguing, he said that Orthodox women sickened him.

10      Q.   Is that what he told the person in authority when he was trying to

11   deny the fact that he raped you?

12      A.   I didn't understand.

13         MS. SELLERS:  Your Honours, I'll withdraw that question.

14      Q.   Ms. Radovic, I just have one other question concerning this area.

15   Is it your impression, the fact that this person of authority seemed to

16   have castigated Veiz, that you were no longer raped while you were at the

17   stable?

18      A.   Yes.

19         MS. SELLERS:  Your Honour, we can go back into open session.

20         JUDGE AGIUS:  Yes.  Judge Eser has a question.

21         JUDGE ESER:  Just for clarification, the name Adem appeared two

22   times.  You mentioned the name of Adem, nicknamed Kostijerevac, who

23   committed rape on you, and then you mentioned Adem Huric.  Has this been

24   two different Adems, two different persons, or is this the same Adem?

25         THE WITNESS:  [Interpretation] Adem Huric protected me in Cerska,

Andja Radović (Private Session)
Examined by Ms. Sellers

Adem Huric.  And the other person is Adem Kostijerevac, the first one
1   called "Bat".  The one who protected me was Adem Huric.  That was to do
2   with Veiz at the stable.  He had the key and was called Adem, because Miso
3   knew his name, but I didn't know the man.

4        JUDGE ESER:  Now, this Adem, who had the keys to the stable,
5   according to your recollection, did he have any other authority with
6   regard to other soldiers, or was he just having the keys and nothing --
7   had nothing else to command or to say to other soldiers?

8        THE WITNESS: [Interpretation] Well, I think that since he was so
9   nice to me, he must have been nice to them as well.

10        JUDGE ESER:  But do you have -- do you recollect whether he had
11   some authority to give orders to the other soldiers around him?

12        THE WITNESS: [Interpretation] To protect us or ...?

13        JUDGE ESER:  Yes.

14        THE WITNESS: [Interpretation] I think that he had authority,
15   because they respected him.

16        JUDGE ESER:  Thank you.

17        JUDGE AGIUS:  I thank you.  Can we go back to --

18        MS. RICHARDSON:  I have one question with regard to that.

19        JUDGE AGIUS:  Yes, Ms. Sellers, please go ahead.

20        MS. SELLERS:

21   Q.   Ms. Radović, I would just like to ask you, the person in authority
22   who seemed to punish Veiz, could you tell the Trial Chamber how he was
23   dressed, and whether he was armed?

24   A.   No, he wasn't armed, but he had a uniform.  I didn't see any

Witness: Andja Radovic (Private Session)                                                          Page 4808
Examined by Ms. Sellers

1    weapons, I saw a uniform only.

2        Q.    And was it your impression that he had some type of superior role

3    or command role over the guard Veiz?

4        A.    I think that he did have authority, because he reassigned him

5    elsewhere.

6        Q.    Thank you.

7              MS. SELLERS:   We can go into open session now.

8              JUDGE AGIUS:   Let's go into open session again, please, registrar.

9                         [Open session]

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

I certify the document consisting of 11 pages, to be
a true, authenticated copy of the document held by
the International Criminal Tribunal for the former
Yugoslavia.
Date: 19 September 2014



Case N<u>Authorised</u> Officer's signature

EXT-KOSTJEREVAC-00347

# OTPUSNO PISMO

| Klinički centar Srpsko Sarajevo *PSIHIJATRIJSKA KLINIKA U SOKOCU* | | Odjeljenje: III | |
|---|---|---|---|
| Matični broj: 23o78 | Prezime, ime oca i ime: Obradović Andja | | Mjesto rođenja: Zvornik |
| Datum rođenja: 1956 god. | Pol: Žensko | Srodstvo sa nosiocem osiguranja: Sin | |
| Zanimanje: bez zanimanja | Br. zdravstvene leg. | Registarski br. 9lo4ooo14 | Šifra djelatnosti: 14o.ll6- RVI |
| Nosilac osiguranja: | | Adresa nosioca osiguranja: adresa za | |
| Re-nosilac osiguranja: | | Filijala Zvornik | Mjesto, opština, strana država |

| Datum prijema: 26.9.2oo5 godine | Datum otpusta: 17.lo.2oo5 god- | Broj bol. dana: | Šifra bolesti: F-32- | Vidovi zdrav. zaštite OB |
|---|---|---|---|---|

Dijagnoza kod prijema: PTSP

Dijagnoza kod otpusta: PTSP

Th:Amyzol a 25 mg 2xl.Ksalol lxl a o,5 mg.

Oporavljen    Direktor,Prim dr Mirjana Djerić

Momir Janković
neurof...

**EPICRISIS:** Starosne je dobi oko 55 godina po zanimaju je bila radnica u vezionici u Zvorniku,ima oko 22 godine radnog staža,udata je ima troje dece,živu u rudjoj kući kao postanar.Prve psihičke tegobe datirajun od kada je bila u neprijatljiskom logor u Cerskoj,Bajrićima i Srebrenici,ukupno 5 meseci .Nakon maltretiranja i zlostavljanja bila je u psihičkom" šoku" ,a po ozlasku iz logora stalno ju je boljela glava,sa nesanicom i strahom uz prividjanje užasavajućih scena iz logora.Uzima le je lekove koji su malo pomagali ali j e sve iz početka se ponavljalo.Nekoliko puta je pokušavala sebi da " oduzme" život eli je u zadnjem trenutku odustajala.

Stanje pri prijemu: svesna orjentisana,afebrilna,pokretna.Fizikalni nalaz na srcu plućima bo.TA-llo/7o mm Hg.Nema perifernih edema.

Neurološki nalaz: Psihički nalaz:napeta sa subdeprsivnim koloritom,i intruzivnim strahom.Perceptivne ohmane negira,mišljenje usporeno,sadržajno se otkrivaju hipogondrijske i pseudoneuratenične tegobe,memoričke funkcije oštećene zbog struktualnih i funkcionalnih poremećaja.Intelektualni ptenciali na nivou fiziološke tuposti.Bioenergetski potencijali redukovani,sa hiposomnijom.

U toku boravka naodeljenju tretirana je anksioliziticima i andtdepresivima.Došlo je u manjoj meri prmetno poboljšanje u afektivnoj relaksaciji ali su trajne promene vidljive na organskomm planu ličnosti.Radne sposobnosti su vidljive...

subjektivno osećanje bezpomoćnosti i nemotivisanosti za bilo kakav posto...

Uputiti bolesnicu na IK-a   N ač e l n i k:Prim dr M.Janko...

Momir Janković
...psihijatr

EXT-KOSTJEREVAC-00348

/Handwritten: T1/

## DISCHARGE LETTER

| Clinical Centre Serb Sarajevo *PSYCHIATRIC CLINIC IN SOKOLAC* | | Ward: III | |
|---|---|---|---|
| Reg. No. 23o78 | Surname, father's name and name: Obradović Anđa | | Place of birth: Zvornik |
| Date of birth: 1956 ⁓ | Sex: Female | Relationship with the health insurance holder: Son /sic. – should be daughter/ | |
| Occupation: Without occupation | Health card No. | Registration No. 91o4ooo14 | Activity code: 14o.116-RVI /war disabled person/ |
| Health insurance holder: | | Address of the health insurance holder: address for | |
| Re-health insurance holder: | | Branch Office Zvornik | Place, municipality, foreign country |
| Admission date: 26 September 2005 | Discharge date: 17 October 2005 | No. of days in hospital: | Illness code: F.32- | Health care type OB |
| Diagnosis on admission: PTSD | | | | |
| Diagnosis on release: PTSD<br><br>Th.: Amyzol a 25 mg 2x1. Ksalol 1x1 a o.5 mg | | | | |
| Recovered | | PP Director: Mirjana Djerić, Head Doctor /Rectangular stamp: Momir Janković, Head Doctor, Neurosurgeon, signed/ | | |

EPICRISIS: She is around 55 years old, she was a worker in an embroidering company in Zvornik, she has around 22 years of work experience, she is married, has three children, lives in someone else's house as a sub-tenant. The first psychiatric problems date back to the time when she was in an enemy camp in Cerska, Bajrići and Srebrenica, where she spent 5 months in total. After having been maltreated and abused, she was in the state of physical "shock" and after leaving the camp she had constant headaches, suffered from insomnia and fear and had visions of horrifying scenes from the camp. She used to take medications which helped her a bit, but the problems would start all over again. She attempted to "take" her own life several times, but desisted from the intention at the last minute.

Condition on admission: conscious, orientated, afebrile, movable. Physical findings of heart and lungs – without any illnesses. TA-110/70 mm Hg. She has no periphery oedema.

Neurological finding: Physical finding – she is tense with sub-depressive signs and intrusive fear. She negates any perceptive deceptions, her mind is slow, the substance of what she is saying shows hypochondrial and functional disorders. Her intellectual potentials are at the level of physiological bluntness. Her bioenergetic potentials are reduced, with hyposomnia.

During her stay at the ward, she was treated by anxiolytics and anti-depressives and she showed some progress in affective relaxation, but permanent changes are noticeable in the organic plan of the person. Her working abilities are noticeably reduced, she subjectively feels helpless and unmotivated for any work. The patient is to be referred to the IK /Disability Board/

Head: M. Janković, Head Doctor, signed
/Rectangular stamp: Momir Janković, Head Doctor, Neurosurgeon/ /Round stamp: Republika Srpska, Clinical Centre Serb Sarajevo/

/Round stamp: STALNI SUDSKI TUMAČ ZA ENGLESKI JEZIK * СТАЛНИ СУДСКИ ТУМАЧ ЗА ЕНГЛЕСКИ ЈЕЗИК * Ivica Bošnjak SARAJEVO Ивица Бошњак/

eby certify this is a true translation of the original written in Bosnian/Serbian/Croatian

ajevo, Bosnia and Herzegovina, 23 November 2017

ica Bošnjak, Certified Court Interpreter for English





T 2

R e p u b l i k a   S r p s k a
Opštinska uprava Zvornik
Odjeljenje za boračko-invalidsku zaštitu
Broj: 05-560-57/00
Zvornik, 11.03.2005.        godine

Odjeljenje za boračko-invalidsku zaštitu Zvornik, u predmetu ostvarivanja prava na ličnu invalidninu, a na osnovu čl.126. Zakona o pravima boraca, vojnih invalida i porodica poginulih boraca odbrambeno-otadžbinskog rata Republike Srpske ("Sl.glasnik Republike Srpske", broj: 46/o4 i 53/o4) i čl. 112. i 19o. Zakona o opštem upravnom postupku ("Sl.glasnik Republike Srpske", broj:13/o2) d o n o s i

R J E Š E N J E

1. __Obradović (Slavka) Andji__        iz        __Novog Sela -__
__- Drinjača__                               priznaje se i nadalje status RVI    __VII-e__    kategorije sa    __50 %__    invaliditeta trajno, sa pravom na:
- ličnu invalidninu u mjesečnom iznosu od __13__ % od osnovice za obračun mjesečnih primanja,
- dodatak za njegu i pomoć __-__ stepena u mjesečnom iznosu od __-__ % od osnovice za obračun mjesečnih primanja,
- ortopedski dodatak __-__ stepena u mjesečnom iznosu od __-__ % od osnovice za obračun mjesečnih primanja, sve dok postoje Zakonom propisani uslovi.

2. Imenovani je dužan u roku od 15 dana, od dana nastanka promjene, ovom odjeljenju prijaviti svaku promjenu koja je od uticaja na korištenje navedenog prava.

3. Ovim rješenjem zamjenjuje se rješenje Odjeljenja za boračko-invalidsku zaštitu Zvornik,br:05-560-57/00 od 05.12.2000.g.

4. Ovo rješenje podliježe reviziji, a revizija i žalba ne odlažu izvršenje rješenja.

O b r a z l o ž e n j e

Zamjenjenim rješenjem broj: __05-560-57/00__        od
__05.12.2000.__        godine   __Obradović Andji__                 bilo je priznato svojstvo RVI __VII-e__    kategorije sa __50__    % invaliditeta trajno i pravom na ličnu invalidninu za pomenutu kategoriju, te pravom na dodatak za njegu i pomoć __-__ stepena i ortopedski dodatak __-__ stepena.

EXT-KOSTJEREVAC-00351

2.-

Odredbom čl. 126. Zakona o pravima boraca, vojnih invalida i porodica poginulih boraca odbrambeno-otadžbinskog rata Republike Srpske ("Sl.glasnik Republike Srpske", br:46/o4 i 53/o4) propisano je da će opštinski organ uprave nadležan za boračko-invalidsku za- štitu donijeti po službenoj dužnosti rješenje o prevodjenju u skladu sa novim Zakonom.

U vezi sa navedenim i uvidom u spis predmeta ovaj organ je utvrdio da je ranije rješenje bilo zakonito te da su ispunjeni uslo- vi iz čl. 4., u vezi sa čl. 2., te čl. 4o., naprijed navedenog Zakona, da se imenovanom i nadalje prizna svojstvo RVI VII-e kategorije sa 50 % invaliditeta trajno, sa pravom na ličnu invalidninu za pomenutu kategoriju kao i pravom na dodatak za njegu i pomoć - stepena i ortopedski dodatak - stepena

Visina primanja po osnovu lične invalidnine je utvrdjena u smislu čl. 2o., i 49. Zakona o pravima boraca, vojnih invalida i po- rodica poginulih boraca ("Sl.glasnik R.S.",br: 35/99) do 31.12.2oo4. godine, a od o1.o1.2oo5. godine u smislu čl. 16., 42., u vezi sa čl. 1o9. Zakona o pravima boraca, vojnih invalida i porodic poginulih boraca odbrambeno-otadžbinskog rata Republike Srpske, a u skladu sa čl. 129. i 13o. istog Zakona.

Na osnovu izloženog, a shodno odredbi čl. 13o. novog Zakona riješeno je kao u dispozitivu rješenja.

Ovo rješenje podliježe reviziji, a revizija i žalba ne odlažu izvršenje rješenja, shodno primjeni odredbe čl. 89. Zakona.

Protiv ovog rješenja može se  izjaviti žalba Ministarstvu rada i boračko-invalidske zaštite Pale u roku od 15 dana od dana prijema rješenja. Žalba se podnosi putem ovog odjeljenja pismeno ili usmeno izjavom na zapisnik, a oslobodjena je plaćanja takse.

Dostaviti:

1. Imenovanom,

2. Računovodstvu,

3. U spis 2x

4. A/A.

V.D. Načelnika odjeljenja,
Miodrag Potovac, dipl.ing.

/Handwritten: T2/

Republika Srpska
Municipal Administration Zvornik
War Veterans-Disabled Persons' Protection Department
Number: 06-560-57/00
Zvornik, 11 March 2005

The War Veterans-Disabled Persons' Protection Department Zvornik, in the case of establishing the rights to personal disability allowance, pursuant to Article 126 of the Republika Srpska Law on the Entitlements of War Veterans, Militaries with Disabilities and Families of Soldiers Fallen in the Fatherland War ("Official Gazette of Republika Srpska", No. 46/04 and 53/04) and Articles 112 and 190 of the Law on General Administrative Procedure ("Official Gazette of Republika Srpska", No. 13/02) hereby issues the following

DECISION

1.  ___Obradović, (Slavko) Andja___ from _____Novo Selo -
- Drinjača_____ is further recognised the status
of a war disabled person of the___VII___ category with ___50 %___ disability on a permanent basis, with the right to:

-   personal disability allowance in the monthly amount of ___13___ % of the base for calculation of monthly income,

-   allowance for care and help of the ___n/a___ level in the monthly amount of ___n/a___ % of the base for calculating monthly income,

-   orthopaedic allowance of the ___n/a___ level in the monthly amount of ___n/a___ % of the base for calculating monthly income, for as long as the conditions provided for in the Law exist.

2.  The named person shall, within a period of 15 days from the date of occurrence of any changes, report to this Department every change affecting the use of the above-mentioned right.

3.  This Decision shall replace the Decision of the War Veterans-Disabled Persons' Protection Department Zvornik, Ref. No. 06-560-57/00 dated 5 December 2000.

4.  This Decision shall be subject to review, but the review and any appeal to it shall not stay the execution of the Decision.

Reasoning

By the replaced Decision with the Ref. No. ___06-560-57/00___ dated ___5 December 2000,___
___Andja Obradović___ was recognised the status of a war disabled person of ___VII___ category with 50% disability on a permanent basis, the right to a personal disability allowance for the aforementioned category and the right to the allowance for care and help of the ___n/a___ level and the orthopaedic allowance of the ___n/a___ level.



The provisions of Article 126 of the Republika Srpska Law on the Entitlements of War Veterans, Militaries with Disabilities and Families of Soldiers Fallen in the Fatherland War ("Official Gazette of Republika Srpska", No. 46/04 and 53/04) stipulates that the municipal administrative authority responsible for protection of war veterans and disabled persons shall, *ex officio*, issue a Decision on Transfer pursuant to the new Law.

In line with the above mentioned and after examining the case file, this authority has established that the earlier Decision was lawful and that conditions referred to in Article 4 in conjunction with Article 2 and Article 40- XXXXXXX of the aforementioned law are met to continue to recognise to the named person the status of a war disabled person of the __VII__ category with __50__% disability on a permanent basis, with the right to the personal disability allowance for the aforementioned category, as well as the right to the allowance for care and help of the __n/a__ level and the orthopaedic allowance of the __n/a__ level.

The amount of funds received as personal disability allowance is determined for the purpose of Article 20 and 49 of the Republika Srpska Law on the Entitlements of War Veterans, Militaries with Disabilities and Families of Soldiers Fallen in the Fatherland War ("Official Gazette of Republika Srpska", No. 35/99) until 31 December 2004 and, as of 1 January 2005, for the purpose of Article 16 and 42 XXXXXXXXXXXX in conjunction with Article 109 of the Republika Srpska Law on the Entitlements of War Veterans, Militaries with Disabilities and Families of Soldiers Fallen in the Fatherland War, and in accordance with Article 129 and 130 of the same Law.

In accordance with the foregoing and pursuant to provisions of Article 130 of the new Law, it was decided as stated in the operative part of the Decision.

This Decision shall be subject to review, but the review and any appeals to it shall not stay its execution, pursuant to the application of provisions of Article 89 of the Law.

An appeal against this Decision may be lodged with the Ministry of Labour and War Veterans and Disabled Persons' Protection in Pale within a period of 15 days from the date of receiving the Decision. The appeal is to be lodged through this Department, either in writing or verbally, by a statement given for the record, and it is exempt from stamp duty.

Cc:

1. As above
2. Accounting Office
3. File 2x
4. a/a

Acting Head of Department

Miodrag Gotovac, BScEng, signed

/Round stamp: Republika Srpska, Municipality of Zvornik, Municipal Administartion Zvornik, coat of arms/

/Rectangular stamp: Republika Srpska, Zvornik Municipality, Administrative Services Certification No, 07016-24833/97; Date: 21 September 2007; This transcript is identical to its original consisting of two pages and is with the party; Stamp duty under Tariff No. n/a in the amount of KM ( BAM) __SP/07__ affixed and properly cancelled/
/Round stamp: Republika Srpska, Zvornik Municipality, Municipal Mayer, Administrative Services, General Administrative Department)
Certification performed by /signed, signature illegible/

*I hereby certify this is a true translation of the original written in Bosnian/Serbian/Croatian*
Sarajevo, Bosnia and Herzegovina, 23 November 2017
Ivica Bošnjak, Certified Court Interpreter for English

ТЗ

Република Српска
**В Л А Д А**
Канцеларија за тражење
несталих и заробљених лица
Републике Српске



**The Republic of Srpska**
**G O V E R N M E N T**
**The Office for Tracing**
**Detained and Missing Persons of the**
**Republic of Srpska**

**51000 БАЊА ЛУКА, Ул. Николе Пашића бр. 36, тел./факс ++387 51 302-150**

Број: 104/2003
Дана: 14. 10. 2003

На основу члана 171 ЗУП-а, а на основу документације којом
располажемо, ова Канцеларија издаје:

# У В Ј Е Р Њ Е

Да је Радовић Анђа, рођена 10.06.1956. год. у Китовницама - Општина
Зворник, заробљена 17.09.1992. год. у мјесту - Ново Село, од стране Армије
БиХ, као припадник ВРС.
Именована је боравила у затвору у периоду од 17.09.1992. год. до
05.02.1993. год., а размјењен је у 05.02.1993. год. у Скеланима.

Ово Увјерење се издаје на захтјев именоване у сврху регулисања статуса
логораша.

ДИРЕКТОР КАНЦЕЛАРИЈЕ

Александар Радета

EXT-KOSTJEREVAC-00355

/Handwritten: T3/



**The Republic of Srpska**
**GOVERNMENT**
**The Office for Tracing**
**Detained and Missing Persons of the**
**Republic of Srpska**

**51000 BANJA LUKA, Nikole Pašića 36 St, Tel/Fax ++387 51 302-150**

**Number:** 104/2003
**Date:** 14 October 2003

Pursuant to Article 171 of the Administrative Procedure Law and based on the documentation in our possession, this Office hereby issues the following:

# CERTIFICATE

That Anđa Radović, born on 10 June 1956 in Kitovnice, Municipality of Zvornik, captured on 17 September 1992 in the place - Novo Selo by the Army of Bosnia and Herzegovina, as a member of the Republika Srpska Army.

The named person was imprisoned in the period between 17 September 1992 and 5 February 1993 and was exchanged on 5 February in Skelani.

This Certificate is issued at the request of the named person for the purpose of regulating her status as a camp inmate.

DIRECTOR OF OFFICE

_____, signed
**Aleksandar Radeta**

/Round stamp: Republika Srpska, Office for Tracing Detained and Missing Persons of Republika Srpska/

*I hereby certify this is a true translation of the original written in Bosnian/Serbian/Croatian*

Sarajevo, Bosnia and Herzegovina, 23 November 2017

Ivica Bošnjak, Certified Court Interpreter for English

RR 6957-0 286 0 614




BN0006919

REPUBLIKA SRPSKA
V L A D A
MINISTARSRVO UNUTRAŠNJIH POSLOVA
CENTAR JAVNE BEZBJEDNOSTI BIJELJINA
STANICA JAVNE BEZBJEDNOSTI ZVORNIK

Ul. Svetog Save br.126 Zvornik, tel. 056/233-100 faks: 056/232-445

KOSTJAHIC

BOSNA I HERCEGOVINA
TUŽILAŠTVO - TUŽITELJSTVO BiH

| Primljeno da | 0 4 -03- 2015 | | |
|---|---|---|---|
| Org. jedinic· | B x o i: | Prilc |
| aru | 4193 09 | |

KO: 4754/15

Ovlašteni radnik tužilaštva-tužiteljstva:

Broj: 10-1/02-234,1-126 /15
Datum: 26.02.2015. godine

BOSNA I HERCEGOVINA
TUŽILAŠTVO BOSNE I HERCEGOVINE
S A R A J E V O

PREDMET: KOSTJEREVAC ADEM, podaci iz KE, dostavljaju se.-
Veza:Vaš akt br.T20 0 KTRZ 0004193 09 od 19.02.2015.godine.


Obavještavamo vas da smo provjerom u kaznenoj evidenciji ove SJB, utvrdili da KOSTJEREVAC ADEM, sin Sulejmana i Džemile, r. Ibrahimović, rođen 11.09.1961.godine u Snagovu, opština Zvornik, JMBG 1109961183893, ne prolazi kroz KE ove SJB.

SD.



NAČELNIK SJB ZVORNIK
Stanimir Vidović

EXT-KOSTJEREVAC-00357

RR 69579 286 064.




BN0006919

REPUBLIKA SRPSKA
G O V E R N M E N T
MINISTRY OF INTERIOR
CENTRE FOR PUBLIC SECURITY BIJELJINA
PUBLIC SECURITY STATION ZVORNIK

Svetog Save 126 St, Zvornik, Tel.: 056/233-100, Fax: 056/232-445

/Handwritten: Kajganić/

Number: 10-1/02-234.1-126/15
Date: 26 February 2015

/Rectangular stamp: Bosnia and Herzegovina; Prosecutor's Office of Bosnia and Herzegovina; Received on 4 Mar 2015 at n/a; Organisational unit /illegible/; Number: 4193 09; Attachment: n/a; Ro 4794/15; Authorised officer of the Prosecutor's Office of Bosnia and Herzegovina, signed /signature illegible//

BOSNIA AND HERZEGOVINA
PROSECUTOR'S OFFICE
OF BOSNIA AND HERZEGOVINA
SARAJEVO

CASE: ADEM KOSTJEREVAC, information from Criminal Records
Reference: Your document Ref. No. T20 0 KTRZ 0004193 09 dated 19 February 2015

We hereby inform you that after checking the Criminal Records of this SJB /Public Security Station/ we established that there is no information in the Criminal Records of this SJB about ADEM KOSTJEREVAC, son of Sulejman and Džemila nee Ibrahimović, born on 11 September 1961 in Snagovo, municipality of Zvornik, PIN 1109961183893.

SD.

**PP CHIEF OF SJB ZVORNIK**

Stanimir Vidović, signed

/Round stamp: Republika Srpska, Ministry of Interior, Centre for Public Security Bijeljina, Public Security Station Zvornik, coat of arms/

*I hereby certify this is a true translation of the original written in Bosnian/Serbian/Croatian*

Sarajevo, Bosnia and Herzegovina, 8 December 2017

Ivica Bošnjak, Certified Court Interpreter for English     /signature/ /stamp: CERTIFIED COURT INTERPRETER FOR ENGLISH, SARAJEVO, Ivica Bošnjak, Ивица Бошњак, САРАЈЕВО/

716A   19. 07. 2019   42

BOSNA I HERCEGOVINA
MINISTARSTVO VANJSKIH POSLOVA

PRIMLJENO:  1 9 -07- 2019

| Urdzbovna... | Klasifikacija | Regni... | Broj |
|---|---|---|---|
| 08/3-21(42)- | 14-1-18390 | /7 |

CERTIFK

19-00-124


The Embassy of the United States of America presents its compliments to the Ministry of Foreign Affairs of Bosnia and Herzegovina and has the honor to inform the Ministry about the following:


This note is in response to your diplomatic note 08/3-21(42)-14-1-18390/18 of June 24, 2019 concerning additional documents as a part of the request for extradition of Adem Kostjerevac from the United States.


The enclosed extradition documentation has been certified and is now ready for forwarding to the Embassy of Bosnia and Herzegovina in Washington, DC and subsequently to the U.S. Department of Justice.


The Embassy of the United States of America avails itself of this opportunity to renew to the Ministry of Foreign Affairs the assurances of its highest consideration.


Embassy of the United States of America,


Sarajevo, July 18, 2019.





U.S. Department of State

**Certificate to be Attached to Documentary Evidence Accompanying Requisitions in the United States for Extradition**

### AMERICAN FOREIGN SERVICE

Sarajevo, Bosnia and Herzegovina, July 18, 2019

I, Scott A. Norris, Consul of the United States of America in Sarajevo, Bosnia and Herzegovina, hereby certify that the annexed papers, being additional extradition documents proposed to be used upon an application for the extradition from the United States of Adem Kostjerevac, charged with the crime of "war crimes against civilians" alleged to have been committed in Bosnia and Herzegovina, are properly and legally authenticated so as to entitle them to be received in evidence for similar purposes of the tribunals of Bosnia and Herzegovina, as required by Title 18, United State Code, Section 3190.

In witness whereof I hereunto sign my name and cause my seal of office to be affixed this 18th day of July, 2019.

Scott A. Norris

Consul of the United States of America
U.S. Embassy Sarajevo

Bosna i Hercegovina          Босна и Херцеговина



### Sud Bosne i Hercegovine
### Суд Босне и Херцеговине

**Broj: S1 1 K 018560 14 Kro**
**Sarajevo, 30.05.2019. godine**

Poštovani,

Pred Sudom Bosne i Hercegovine vodi se prvostepeni krivični postupak protiv optuženog Kostjerevac Adema, sin Sulejmana i Džemile, djevojačko Ibrahimović, rođen 11.09.1961. godine u mjestu Snagovo, općina Zvornik, BiH, **sa prebivalištem 8205 Kammerer Avenue, St. Louis, Missouri 63123, United States of America,** zbog krivičnog djela Ratni zločin protiv civilnog stanovništva iz člana 142. stav 1. Krivičnog zakona SFRJ, u kom postupku je Sud BiH dana, 14.04.2015 potvrdio optužnicu Tužilaštva Bosne i Hercegovine broj: T20 0 KTRZ 0004193 09 od 24.03.2015 .godine.

Potebno je imati u vidu da je u optužnom periodu na snazi bio Krivični Zakon Savezne federative republike Jugoslavije iz 1976. godine (dalje: KZ SFRJ), koji zakon se od KZ BiH ne razlikuje u opisu bića krivičnog djela nego u visini krivične sankcije.

### *Ratni zločin protiv civilnog stanovništva - član 142 KZ SFRJ*

*(1) Tko kršeći pravila međunarodnog prava za vreme rata, oružanog sukoba ili okupacije naredi da se izvrši napad na civilno stanovništvo, naselje, pojedina civilna lica ili lica, onesposobljena za borbu, koji je imao za posledicu smrt, tešku telesnu povredu ili teško narušavanje zdravlja ljudi; napad bez izbora cilja kojim se pogađa civilno stanovništvo; da se prema civilnom stanovništvu vrše ubistva, mučenja, nečovečna postupanja, biološki, medicinski ili drugi naučni eksperimenti, uzimanje tkiva ili organa radi transplantacije; nanošenje velikih patnji ili povreda telesnog integriteta ili zdravlja; raseljavanje ili preseljavanje ili prisilno odnarodnjavanje ili prevodjenje u drugu veru, prisiljavanje na prostituciju ili silovanja; primenjivanje mera zastrašivanja i terora, uzimanje talaca, kolektivno kažnjavanje, protivzakonito odvodjenje u koncentracione logore i druga zakonita zatvaranja, lišavanje prava na pravilno i nepristrasno sudjenje; prisiljavanje na službu u oružanim snagama neprijateljske sile ili u njenoj obaveštajnoj službi ili administraciji; prisiljavanje na prinudni rad, izgladnjavanje stanovništva, konfiskovanje imovine, pljačkanje imovine stanovništva, protivzakonito i samovoljno uništavanje ili prisvajanje u velikim razmerama imovine koja nije opravdano vojnim potrebama, uzimanje nezakonite i nesrazmerno velike kontribucije i rekvizicije, smanjenje vrednosti*

EXT-KOSTJEREVAC-00361

domaceg novca ili protivzakonito izdavanje novca, ili izvrši neko od navedenih del, kazniće se zatvorom najmanje pet godina ili smrtnom kaznom.

(2) Kaznom iz stava 1. ovog člana kazniće se ko kršeci pravila međunarodnog prava za vreme rata, oružanog sukoba ili okupacije naredi: da se izvrši napad na objekte posebno zaštićene međunarodnim pravom i objekte i postrojenja sa opasnom snagom kao što su brane, nasipi i nuklearne elektrane; da se bez izbora cilja pogadjaju civilni objekti koji su pod posebnom zaštitom međunarodnog prava, nebranjena mesta i demilitarizovane zone; dugotrajno i velikih razmera oštecenje prirode okoline koje može da šteti zdravlju ili opstanku stanovništva ili ko izvrši neko od navedenih dela.

(3) Ko kršeci pravila medjunarodnog prava za vreme rata, oružanog sukoba ili okupacije, kao okupator, naredi ili izvrši preseljenje delova svog civilnog stanovništva na okupiranu teritoriju, kaznice se zatvorom najmanje pet godina.

**Nezastarivost**
**Član 100. KZ SFRJ**

Krivično gonjenje I izvršavanje kazne ne zastareva za krivična dela predviđena u članu 141. do 145. ovog zakona, kao ni za krivična dela za koja po međunarodnim ugovorima ova zastarelost ne može nastupiti.

**Kazna dugotrajnog zatvora**
**Član 42b. KZ BiH**
1) Za najteže oblike teških krivičnih djela počinjenih s umišljajem može se propisati kazna dugotrajnog zatvora u trajanju od 21 do 45 godina.
2) Kazna dugotrajnog zatvora nikad se ne može propisati kao jedina glavna kazna za pojedino krivično djelo.
3) Kazna dugotrajnog zatvora ne može se izreći počiniocu koji u vrijeme izvršenja krivičnog djela nije navršio 21 godinu života.
4) Kazna dugotrajnog zatvora izriče se samo na pune godine.
5) Ako je izrečena kazna dugotrajnog zatvora, amnestija i pomilovanje mogu se dati tek nakon izdržavanja tri petine te kazne.

**Zatvor**
**Član 38. KZ SFRJ**
1) Zatvor ne može biti kraći od petnaest dana niti duži od petnaest godina.
2) za krivična djela za koja se može izreći smrtna kazna sud može izreći i kaznu zatvora u trajanju do 20 (dvadeset) godina.
3) Ako je za krivično djelo učinjeno sa umišljajem propisan zatvor u trajanju od petnaest godina može se za teške oblike dela propisati i zatvor od dvadeset godina; 4) Zatvor se izriče na pune godine i mesece, a do šest meseci i na pune dane.
5) Zatvor se izdržava u zatvorenim, poluotvorenim ili otvorenim ustanovama za izdržavanje kazne.

Sud Bosne i Hercegovine, Sarajevo, ul. Kraljice Jelene br. 88

*6) Osudjeni koji je izdržao polovinu kazne zatvora, a izuzetno i onaj koji je izdržao trecinu ove kazne može se otpustiti sa izdržavanja kazne pod uslovom da do isteka vremena za koje je izrecena kazna ne ucini novo krivicno delo (uslovni otpust).*

Sud prilikom odmjeravanja kazne zatvora prema KZ SFRJ ima u vidu protokol broj 6. uz Konvenciju o zaštiti ljudskih prava i osnovnih ljudskih sloboda koji se odnosi na ukidanje smrtne kazne.

SUDIJA ZA PRETHODNO SASLUŠANJE
Željka Marenić



EXT-KOSTJEREVAC-00364

 **Bosna i Hercegovina**           **Босна и Херцеговина**



**Sud Bosne i Hercegovine**
**Суд Босне и Херцеговине**
**Court of Bosnia and Herzegovina**

**No. S1 1 K 018560 14 Kro**
**Sarajevo, 30 May 2019**

Dear!

Currently underway before the Court of Bosnia and Herzegovina is a first-instance criminal proceeding against the accused Adem Kostjerevac, father's name Sulejman, mother's name Džemila, nee Ibrahimović, born on 11 September 1961, in Snagovo, Municipality of Zvornik, BiH, **currently residing at 8205 Kammerer Avenue, St. Louis, Missouri 63123, United States of America**, concerning the criminal offense of War Crimes against the Civilian Population under Article 142(1) of the Criminal Code of the Socialist Federative Republic of Yugoslavia (SFRY), in the framework of which on 14 April 2015 the Court of Bosnia and Herzegovina confirmed the indictment issued by the Prosecutor's Office of Bosnia and Herzegovina, No. T20 0 KTRZ 0004193 09 dated 24 March 2015.

Please note that in effect during the period covered by the indictment was the 1976 Criminal Code of the Socialist Federative Republic of Yugoslavia (hereinafter: the CC of SFRY), which does not differ from the CC BiH in the description of the elements of the given criminal offense, but only in the length of punishment the crime carries.

### *War Crime against the Civilian Population - Article 142 of the CC of SFRY*

*(1) Whoever in violation of rules of international law effective at the time of war, armed conflict or occupation, orders that civilian population, settlement, individual civilians or persons unable to fight which results in the death, grave bodily injuries, or serious damaging of peoples' health; an indiscriminate attack without selecting a target, by which civilian population gets hurt; that civilian population be subject to killings, torture, inhuman treatment, biological experiments or other scientific experiments, taking of tissue or organs for the purpose transplantation; immense suffering or violation of bodily integrity or health; dislocation or displacement or forcible conversion to another nationality or religion, forcible prostitution or rape; application of measures of intimidation or terror, taking hostages, imposing collective punishment, unlawful bringing in collective camps and other illegal arrests and detention, deprivation of rights to fair and impartial trial; forcible service in the armed forces of enemy's army or in its intelligence service or administration; forcible labor, starvation of the population, property confiscation, pillaging, illegal and self-willed destruction and stealing on large scale of a property that is not justified by military needs, taking an illegal and disproportionate contribution or requisition, devaluation of domestic currency, or the unlawful issuance of currency, or who commits one of the foregoing acts, shall be punished with a sentence of imprisonment for not less than five years or by the death penalty.*

(2) The sentence defined in paragraph 1 of this article, shall be imposed also on those who in violation of rules of international law effective at the time of war, armed conflict or occupation, order that an attack be launched against objects specifically protected by the international law, as well as objects and facilities with dangerous power dams, embankments and nuclear power stations; that civilians objects which are under specific protection of international law, undefended places and demilitarized zones be indiscriminately targeted; long-lasting and large-scale environment devastation which may be detrimental to the health or survival of the population, or whoever commits some of the aforementioned acts.

(3) Whoever in violation of rules of international law effective at the time of war, armed conflict or occupation, orders or carries out as an occupier the resettlement of parts of his civilian population into the occupied territory, shall be punished with a sentence of imprisonment for not less than five years.

**Genocide and war crimes as criminal acts not subject to the statute of limitations**
**Article 100 of the CC of SFRY**

Criminal prosecution and the execution of a sentence are not subject to the statute of limitations for criminal offenses referred to in Articles 141 through 145 of this law, as well as for other criminal offenses which pursuant to international agreements are not subject to the statute of limitations.

**Long-term Imprisonment**
**Article 42b of the CC BiH**

(1) For the gravest forms of serious criminal offences perpetrated with intent, long-term imprisonment for a term of 21 to 45 years may be imposed.

(2) Long-term imprisonment shall never be prescribed as the sole principal punishment for a particular criminal offence.

(3) Long-term imprisonment shall not be imposed on a perpetrator who was under the age of 21 at the time of perpetrating the criminal offence.

(4) Long-term imprisonment shall be imposed in full years only.

(5) If long-term imprisonment has been imposed, pardon may be granted only after three-fifths of the punishment have been served.

**Imprisonment**
**Article 38 of the CC SFRY**

(1) The punishment of imprisonment may not be shorter than 15 days nor longer than 15 years.
(2) The court may impose a punishment of imprisonment for a term of 20 years for criminal offenses carrying the death penalty.
(3) If a criminal act committed with intent carries fifteen years of imprisonment, for aggravated forms of the offense the court may impose a punishment of imprisonment for a term of 20 years.
(4) The punishment of imprisonment is imposed in full years and months, but prison terms not exceeding six months may also be measured in full days.
(5) A term of imprisonment is served in closed, semi-open or open institutions for serving sentences.
(6) A convicted person who has served half of his term of imprisonment, and exceptionally a convicted person who has served a third of his term, may be exempted from serving the rest of his term on condition that he does not commit a new criminal act by the end of the period encompassed by his sentence (parole).

**Sud Bosne i Hercegovine, Sarajevo, ul. Kraljice Jelene br. 88**

In fashioning the sentence of imprisonment under the CC of SFRY, the Court is mindful of Protocol No. 6 to the Convention for the Protection of Human Rights and Fundamental Freedoms pertaining to the abolishment of capital punishment.

**PRELIMINARY HEARING JUDGE**

**Željka Marenić**
*(hand and stamp)*

*I hereby confirm that this document is a true translation of the original written in Bosnian/Serb/Croat.*
*Sarajevo, 30 May 2019*
*Branislav Banjac*
*Certified Court Interpreter for English*



---

**Sud Bosne i Hercegovine, Sarajevo, ul. Kraljice Jelene br. 88**
**Telefon: ++ 387 33 707 100, 707 596, 707 597; Fax: ++ 387 33 707 321**