# EXHIBIT LIST

Case Style:_____USA v. Adem Kostjerevac_____
Case No:_____4:19-mj-6244 PLC_____

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | Extradition Request and Declaration | 10/15/19 |
| | A | | | | | Yugoslavian Passport | 10/15/19 |
| | B | | | | | Yugoslavian Driver's License | 10/15/19 |
| | C | | | | | Photo of uniform and rifle of the defendant | 10/15/19 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

☐ EXHIBITS RETURNED TO COUNSEL    ☒ EXHIBITS RETAINED BY COURT

**π** = plaintiff    **Δ** = defendant    **ID** = first date exhibit is used    **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red    **ADMITTED** = use ✔ and  date    **Page** __1__ of ___1___