UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE          ) | |
| EXTRADITION OF                    )    | Case No. 4:19-MJ-6244 PLC |
| ADEM KOSTJEREVAC          ) | |

## ORDER OF CERTIFICATION FOR EXTRADITION

In accordance with the Memorandum and Order filed this date,

**IT IS HEREBY ORDERED** that the request of the United States of America for the certification of Adem Kostjerevac for extradition under 18 U.S.C. § 3184 is **GRANTED**.

**IT IS FURTHER CERTIFIED TO THE UNITED STATES SECRETARY OF STATE** that applicable law and sufficient competent evidence:

(1) support a reasonable belief or probable cause to believe that Adem Kostjerevac "committed the criminal offense of War Crimes against Civilians under Article 142(1) of the Criminal Code of SFRY [the Socialist Federal Republic of Yugoslavia, and now Bosnia and Herzegovina]";

(2) render Adem Kostjerevac extraditable under the provisions of the treaty between the "United States and Servia for the Mutual Extradition of Fugitives from Justice, U.S. – Yugo, Oct. 25, 1901 (32 stat. 1890)," to which Bosnia and Herzegovina succeeds as a party and which is in full force and effect; and

(3) allow the Secretary of State to further consider Adem Kostjerevac's extradition to Bosnia and Herzegovina pursuant to 18 U.S.C. §§ 3184 and 3186, the treaty, and other applicable authority.

**IT IS FURTHER ORDERED** that the Clerk of this Court shall forward to the United States Secretary of State a copy of each of the following:

(1) this Order of Certification for Extradition,

(2) the separate Memorandum and Order entered this date in this proceeding,

(3) the evidence submitted to the Court at the extradition hearing (Government's Exhibit 1 and Adem Kostjerevac's Exhibits A, B, and C), and

(4) the transcript of the extradition hearing.

**IT IS FINALLY ORDERED** that Adem Kosjerevac shall remain in the custody of the United States Marshal pending surrender to Bosnia and Herzegovina or until further order.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 20th day of March, 2020